Erin Rose Ronstadt, SBN 028362
Clayton W. Richards, SBN 029054
OBER PEKAS RONSTADT, PLLC
3030 N. 3rd Street, Suite 1230
Phoenix AZ 85012
Phone: (602) 277-1745
Fax: (602) 761-4443
erin@oberpekas.com
clayton@oberpekas.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Ronald Dewitt Finley,

Plaintiff,

v.

Dick's Sporting Goods Health and Welfare Plan, an ERISA benefit plan; Dick's Sporting Goods, Inc., a plan administrator; and Liberty Life Assurance Company of Boston, a plan fiduciary,

Defendants.

No. CV-19-1215-PHX-BSB

**SUMMONS IN A CIVIL ACTION**

To: **Dick's Sporting Goods Health and Welfare Plan**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Erin Rose Ronstadt
Clayton W. Richards
OBER PEKAS RONSTADT
3030 North 3rd Street, Suite 1230
Phoenix, Arizona 85012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________________

_____ _____ *puty Clerk*

**ISSUED ON 10:06 am, Feb 22, 2019**

**s/ Brian D. Karth, Clerk**