Erin Rose Ronstadt, SBN 028362
Clayton W. Richards, SBN 029054
OBER PEKAS RONSTADT, PLLC
3030 North 3rd Street, Suite 1230
Phoenix, AZ 85012
(602) 277-1745
(602) 761-4443 Fax
erin@oberpekas.com
clayton@oberpekas.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ronald Dewitt Finley,<br><br>Plaintiff,<br>v.<br><br>Dick's Sporting Goods Health and Welfare Plan, an ERISA benefit plan; Liberty Life Assurance Company of Boston, a plan fiduciary; and Dick's Sporting Goods, Inc., the plan administrator,<br><br>Defendants. | No. CV-19-1215-PHX-BSB<br><br>**DECLARATION OF SERVICE BY CERTIFIED MAIL** |

I, Erin Rose Ronstadt, am familiar with the facts stated in this Declaration, and pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, I declare that I have served the Complaint (Doc. 1), Civil Cover Sheet (Doc. 1-1), Consent to Exercise of Jurisdiction by a United States Magistrate Judge (Doc. 3), and Summons (Doc. 4) on Defendant Dick's Sporting Goods, Inc. by certified mail, postage prepaid, and return receipt received. Dick's Sporting Goods, Inc. was individually served at 345 Court Street, Coraopolis, PA 15108-3817.

I know that Dick's Sporting Goods, Inc. is located outside of the State of Arizona. Dick's Sporting Goods, Inc. received the Complaint and other documents on February 25, 2019, and the signed receipt was returned to me on February 27, 2018. A copy of the return receipt and delivery confirmation is attached herein.

Dated: February 28, 2019.

OBER PEKAS RONSTADT

By: *s/ Erin Rose Ronstadt*
Erin Rose Ronstadt
Clayton W. Richards
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2019, I served the foregoing by US mail on the following, who are not registered participants of the CM/ECF System:

Dick's Sporting Goods, Inc.
c/o Dick's Clothing and Sporting Goods, Inc.
345 Court Street
Coraopolis, PA 15108-3817

Dick's Sporting Goods Health and Welfare Plan
c/o Dick's Clothing and Sporting Goods, Inc.
Dick's Sporting Goods, Inc.
345 Court Street
Coraopolis, PA 15108-3817

Liberty Life Assurance Company of Boston
c/o Director of Insurance
100 North 15th Avenue, Suite 102
Phoenix, AZ 85018

*s/ Merry Martin*

OBER PEKAS RONSTADT
3030 North 3rd Street, Suite 1230
Phoenix, AZ 85012
(602) 277-1745

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dick's Sporting Goods, Inc.
c/o Dick's Clothing and Sporting Goods, Inc.
345 Court Street
Coraopolis, PA 15108-3817

9590 9402 3937 8060 5231 67

2. Article Number *(Transfer from service label)*

7018 0360 0000 1347 7155

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by *(Printed Name)* Ed Ac

C. Date of Delivery 2-26-19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ail
- ail Restricted Delivery
- )
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Return Receipt for Merchandise
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

9590 9402 3937 8060 5231 67

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Ober Pekas Ronstadt /Merry
3030 N. 3rd Street
Suite 1230
Phoenix, AZ 85012-3050

Finley-Sue Diaz 2/22/19

RECEIVED

FEB 27 2019

Ober Pekas Ronstadt