**Integrity Attorney Services**
**P.O. Box 33123**
**Phoenix, Arizona 85067-3123**

IAS#: 75672-ds
Atty#: 26672

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| RONALD DEWITT FINLEY,<br>Plaintiff(s),<br><br>vs.<br><br>DICK'S SPORTING GOODS HEALTH AND WELFARE PLAN, AN ERISA BENEFIT PLAN, et al.,<br>Defendant(s). | Case No. CV-19-1215-PHX-BSB<br><br>AMENDED AFFIDAVIT OF SERVICE OF PROCESS |

JOSEPH BEACOM, being duly sworn, states: That I am qualified to serve process in this cause, having been so appointed by the court in Maricopa County, Arizona. I received the following documents in this action:

SUMMONS (DOCUMENT 4-2); COMPLAINT (DOCUMENT 1); CONSENT TO MAGISTRATE JUDGE (DOCUMENT 3); CIVIL COVER SHEET (DOCUMENT 1-1)

From OBER PEKAS RONDSTADT, PLLC, Erin Ronstadt, SBN 028362 on 2/25/2019, and in each instance I, personally, served a copy of each document listed above on those named below at the time and place shown, that all services, except where noted, were made within Maricopa County, Arizona.

Upon LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by service upon the Department of Insurance in the State of Arizona, at 100 N. 15th Ave., Ste. 102, Phoenix, Arizona 85007, on 2/26/2019 at 3:11 PM, by leaving two sets of the above listed documents and $15.00 with Yuliana Salinas, Fiscal Services Specialist, receiving receipt #0073472, which is attached hereto and made a part of this affidavit.

Joseph Beacom

SUBSCRIBED AND SWORN to me this 27th day of February, 2019.

Notary Public: Gail R Dammann

My Commission Expires: August 24, 2022

GAIL R. DAMMANN
NOTARY PUBLIC · ARIZONA
MARICOPA COUNTY
COMMISSION # 549353
MY COMMISSION EXPIRES
AUGUST 24 2022

| | |
|---|---|
| $32.00 | Service(s) |
| $17.50 | Mileage (min)JB |
| $15.00 | Advanced Fee |
| $1.50 | Service Charge |
| $9.00 | Preparation of Affidavit/Notary |
| $ 75.00 | Total |