**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorney for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Ronald Finley,

Plaintiff,

vs.

Dick's Sporting Goods Health and Welfare Plan, an ERISA benefit plan; Dick's Sporting Goods, Inc., a plan administrator; and Liberty Life Assurance Company of Boston, a plan fiduciary,

Defendants.

Case No. 2:19cv01215-DWL

**JOINT STIPULATION REGARDING DEADLINE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

The parties hereby stipulate to set a deadline of April 1, 2019, for Defendants to respond to Plaintiff's Complaint.

This extension is necessary because additional time is required to obtain the necessary documentation for Defendants to respond to the Complaint. As such, the Parties request an extension of time to **April 1, 2019**, for Defendants to answer or otherwise respond to Plaintiff's Complaint.

RESPECTFULLY SUBMITTED this 18th day of March 2019.

/s/ Erin Rose Ronstadt (with permission)

Erin Rose Ronstadt, SBN 028362
Clayton W. Richards, SBN 029054
OBER PEKAS RONSTADT
3030 North 3rd Street, Suite 1230
Phoenix, AZ 85012
(602) 277-1745
(602) 761-4443 Fax
erin@oberpekas.com
clayton@oberpekas.com

AND

**LAW OFFICES OF IWANA RADEMAEKERS**, P.C.

By: /s/ Iwana Rademaekers
Iwana Rademaekers
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2019, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Erin Rose Ronstadt, Esq.
Email: erin@oberpekas.com

Clayton W. Richards, Esq.
Email: clayton@oberpekas.com

*Attorneys for Plaintiff*

/s/ Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.