UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Finley,<br><br>Plaintiff,<br><br>vs.<br><br>Dick's Sporting Goods Health and Welfare Plan, an ERISA benefit plan; Dick's Sporting Goods, Inc., a plan administrator; and Liberty Life Assurance Company of Boston, a plan fiduciary,<br><br>Defendants. | Case No.: 2:19cv01215-DWL<br><br>**[PROPOSED] ORDER** |

Pursuant to the Parties' Joint Stipulation Regarding Deadline for Defendants to Respond to Plaintiff's Complaint, and good cause appearing,

IT IS ORDERED that Defendants shall have until April 1, 2019 to respond to Plaintiff's Complaint.