**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorney for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Ronald Finley,

Plaintiff,

vs.

Dick's Sporting Goods Health and Welfare Plan, an ERISA benefit plan; Dick's Sporting Goods, Inc., a plan administrator; and Liberty Life Assurance Company of Boston, a plan fiduciary,

Defendants.

Case No. 2:19cv01215-PHX-DWL

**JOINT STIPULATION FOR DISMISSAL OF DEFENDANTS DICK'S SPORTING GOODS, INC. AND DICK'S SPORTING GOODS HEALTH AND WELFARE PLAN WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff, as evidenced by the signature of Plaintiff's attorney below, DISMISSES WITHOUT PREJUDICE any and all claims against Defendants Dick's Sporting Goods, Inc. ("Dick's") and Dick's Sporting Goods Health and Welfare Plan (the "Plan") based on the following stipulation:

It is hereby stipulated by and between Plaintiff Ronald Finley ("Plaintiff") and Defendant Liberty Life Assurance Company of Boston ("Liberty Life"), by and

through their respective counsel, that Dick's and the Plan are hereby dismissed from this action without prejudice. Liberty Life agrees that at no time during the course of this litigation will it contend that Plaintiff's claim for recovery of benefits pursuant to 29 U.S.C. § 1132(a)(1)(B) is defective as a result of Dick's Sporting Goods, Inc. and the Dick's Sporting Goods Health and Welfare Plan having been dismissed from the action.

Dismissal under 41(a)(1)(i) is proper since Dick's and the Plan have not filed an answer. Plaintiff shall not pursue any costs or attorneys' fees against Dick's and the Plan.

RESPECTFULLY SUBMITTED this 29th day of March 2019.

/s/ Erin Rose Ronstadt (with permission)
Erin Rose Ronstadt, SBN 028362
Clayton W. Richards, SBN 029054
OBER PEKAS RONSTADT
3030 North 3rd Street, Suite 1230
Phoenix, AZ 85012
(602) 277-1745
(602) 761-4443 Fax
erin@oberpekas.com
clayton@oberpekas.com

AND

**LAW OFFICES OF IWANA RADEMAEKERS**, P.C.

By: /s/ Iwana Rademaekers
Iwana Rademaekers
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2019, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Erin Rose Ronstadt, Esq.
Email: erin@oberpekas.com

Clayton W. Richards, Esq.
Email: clayton@oberpekas.com

*Attorneys for Plaintiff*

/s/ Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.