UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Finley,<br><br>Plaintiff,<br><br>vs.<br><br>Dick's Sporting Goods Health and Welfare Plan, an ERISA benefit plan; Dick's Sporting Goods, Inc., a plan administrator; and Liberty Life Assurance Company of Boston, a plan fiduciary,<br><br>Defendants. | Case No.: 2:19cv01215-PHX-DWL<br><br>**[PROPOSED] ORDER** |

Pursuant to the parties' Stipulation for Dismissal of Defendants Dick's Sporting Goods, Inc. and Dick's Sporting Goods Health and Welfare Plan Without Prejudice and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants Dick's Sporting Goods, Inc. and Dick's Sporting Goods Health and Welfare Plan be and hereby are dismissed without prejudice in this action, and that Plaintiff shall bear his own costs and attorneys' fees with regard to such claims.

DATED this ___ day of ___________ 2019.

.