**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Finley,<br><br>Plaintiff,<br>vs.<br><br>Liberty Life Assurance Company of Boston,<br><br>Defendant. | Case No. 2:19cv01215- DWL<br><br>**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT** |

For its Answer to Plaintiff's Complaint, Defendant Liberty Life Assurance Company of Boston ("Liberty Life") admits, denies, and alleges as follows:

**JURISDICTION, VENUE AND PARTIES**

1. Liberty Life admits that Plaintiff's claims are governed by Section 502 of the Employee Retirement Income Security Act of 1974 ("ERISA") (29 U.S.C. § 1132(a)(1)(B)), but Liberty Life denies that Plaintiff is entitled to any such relief. Liberty Life denies all remaining allegations contained in Paragraph 1 of the Complaint.

2. Liberty Life admits that the Dick's Sporting Goods Health and Welfare Plan (the "Plan") was offered to certain employees of Dick's Sporting Goods, Inc. Liberty Life admits that the Plan is an employee welfare benefit plan within the meaning of 29 U.S.C. § 1002. Liberty Life denies all remaining allegations contained in Paragraph 2 of the Complaint.

3. Liberty Life admits that Plaintiff was, at certain times, employed by Dicks, and that, at certain times, Dick's sponsored the Plan to provide short term disability ("STD") benefits and long term disability ("LTD") benefits to participating, eligible employees of Dick's and was the Plan Administrator of the Plan. Liberty Life denies all remaining allegations contained in Paragraph 3 of the Complaint.

4. Liberty Life admits that it issued Group Disability Income Policy Number GD/GF3-880-025155-01 (the "Policy") to Dick's, which, at certain times, insured LTD benefits from the Plan. Liberty Life denies all remaining allegations contained in Paragraph 4 of the Complaint.

5. Liberty Life admits Plaintiff was, at certain times, employed by Dick's and a participant in the Plan. Liberty Life denies all remaining allegations contained in Paragraph 5 of the Complaint.

6. Liberty Life admits that, at certain times, the Policy insured LTD benefits from the Plan and that Liberty Life was the claims administrator for claims for benefits from the Plan. Liberty Life specifically denies that it was the Plan Administrator of the Plan. Liberty Life denies all remaining allegations contained in Paragraph 6 of the Complaint.

7. Liberty Life admits that, at certain times, the Policy insured LTD benefits from the Plan and that Liberty Life was the claims administrator for claims for benefits from the Plan. Liberty Life specifically denies that it was the Plan Administrator of the Plan. Liberty Life denies all remaining allegations contained in Paragraph 7 of the Complaint.

8. To the extent the allegations in Paragraph 8 contain legal conclusions, Liberty Life is not required to respond. To the extent a response is required, Liberty Life denies the allegations contained in Paragraph 8 of the Complaint.

9. Liberty Life is without sufficient knowledge to either admit or deny Plaintiff's current residence, and accordingly, denies all allegations contained in Paragraph 9 of the Complaint.

10. Liberty Life is without sufficient information at this time regarding the status as business entities of Defendants the Plan and Dick's, and accordingly, denies these and all remaining allegations contained in Paragraph 10 of the Complaint.

11. Liberty Life admits that it is incorporated in New Hampshire and has its principal place of business in the State of Pennsylvania. Liberty Life denies all remaining allegations contained in Paragraph 11 of the Complaint.

12. Liberty Life admits that it is authorized to do business in Maricopa County, Arizona. Liberty Life admits that this Court has jurisdiction over this matter and that venue of this action is proper in this Court. Liberty Life specifically denies, however, that the bringing of this action or the recitation of jurisdictional bases gives rise to any inference that Plaintiff is entitled to any remedy or relief against Liberty Life. Liberty Life is without sufficient information regarding Dick's status as a

business entity, and accordingly, denies these and all remaining allegations contained in Paragraph 12 of the Complaint.

13. Liberty Life admits that this Court has jurisdiction over this matter. Liberty Life specifically denies, however, that the bringing of this action or the recitation of jurisdictional bases gives rise to any inference that Plaintiff is entitled to any remedy or relief against Liberty Life. Liberty Life denies all remaining allegations contained in Paragraph 13 of the Complaint.

14. Liberty Life admits venue of this action is proper in this Court. Liberty Life denies all remaining allegations contained in Paragraph 14 of the Complaint.

**GENERAL ALLEGATIONS**

15. Liberty Life admits Plaintiff was, at certain times, employed by Dick's beginning in April 27, 2015. Liberty Life denies all remaining allegations contained in Paragraph 15 of the Complaint.

16. Liberty Life admits that Plaintiff was, at certain times, a Store Manager at Dick's and that documents pertaining to Plaintiff's job duties at Dick's are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 16 of the Complaint.

17. Liberty Life admits that documents pertaining to Plaintiff's job duties at Dick's are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the

best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 17 of the Complaint.

18. Liberty Life admits that Plaintiff's last day of work at Dick's was September 19, 2015. Liberty Life admits that certain documents concerning Plaintiff's medical complaints and treatments are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan under the Policy, and Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 18 of the Complaint.

19. Liberty Life admits that, at certain times, the Policy insured STD benefits from the Plan and that Liberty Life was the claims administrator for claims for benefits from the Plan. Liberty Life specifically denies that it was the Plan Administrator of the Plan. Liberty Life denies all remaining allegations contained in Paragraph 19 of the Complaint.

20. Liberty Life admits that Plaintiff received, at certain times, STD benefits from the Plan under the Policy. Liberty Life denies all remaining allegations contained in Paragraph 20 of the Complaint.

21. Liberty Life admits it sent a letter to Plaintiff dated January 26, 2016, that is contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 21 of the Complaint.

22. To the extent that the allegations contained in Paragraph 22 seek to interpret the provisions of the Policy, Liberty Life refers to the Policy itself as the best

evidence of its contents. Liberty Life admits the Policy includes language pertaining to the definition of "Disabled" or "Disability" as applicable to a participant's claim for STD benefits under the Policy, but Liberty Life refers to the Policy itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 22 of the Complaint.

23. To the extent that the allegations contained in Paragraph 23 seek to interpret the provisions of the Policy, Liberty Life refers to the Policy itself as the best evidence of its contents. Liberty Life admits the Policy includes language pertaining to the definition of "Disabled" or "Disability" as applicable to a participant's claim for LTD benefits under the Policy, but Liberty Life refers to the Policy itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 23 of the Complaint.

24. Liberty Life denies the allegations contained in Paragraph 24 of the Complaint.

25. To the extent that the allegations contained in Paragraph 25 seek to interpret the provisions of the Policy, Liberty Life refers to the Policy itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 25 of the Complaint.

26. Liberty Life admits Plaintiff was in Class 1 under the Policy.

27. To the extent that the allegations contained in Paragraph 27 seek to interpret the provisions of the Policy, Liberty Life refers to the Policy itself as the best evidence of its contents. Liberty Life admits the Policy includes language pertaining to the definition of "Disabled" or "Disability" as applicable to a participant's claim for

LTD benefits under the Policy, but Liberty Life refers to the Policy itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 27 of the Complaint.

28. To the extent that the allegations contained in Paragraph 28 seek to interpret the provisions of the Policy, Liberty Life refers to the Policy itself as the best evidence of its contents. Liberty Life admits the Policy includes language pertaining to the definitions of "Material and Substantial Duties" as applicable to a participant's claim for LTD benefits under the Policy, but Liberty Life refers to the Policy itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 28 of the Complaint.

29. To the extent that the allegations contained in Paragraph 29 seek to interpret the provisions of the Policy, Liberty Life refers to the Policy itself as the best evidence of its contents. Liberty Life admits the Policy includes language pertaining to the definitions of "Disabled" or "Disability" and "Own Occupation" as applicable to a participant's claim for LTD benefits under the Policy, but Liberty Life refers to the Policy itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 29 of the Complaint.

30. To the extent that the allegations contained in Paragraph 30 seek to interpret the provisions of the Policy, Liberty Life refers to the Policy itself as the best evidence of its contents. Liberty Life admits the Policy includes language pertaining to the definitions of "Disabled" or "Disability" and "Any Occupation" as applicable to a participant's claim for LTD benefits under the Policy, but Liberty Life refers to the

Policy itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 30 of the Complaint.

31. To the extent that the allegations contained in Paragraph 31 seek to interpret the provisions of the Policy, Liberty Life refers to the Policy itself as the best evidence of its contents. Liberty Life admits the Policy includes language pertaining to the definition of "Treatment" as applicable to a participant's claim for LTD benefits under the Policy, but Liberty Life refers to the Policy itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 31 of the Complaint.

32. To the extent that the allegations contained in Paragraph 32 seek to interpret the provisions of the Policy, Liberty Life refers to the Policy itself as the best evidence of its contents. Liberty Life admits the Policy includes language pertaining to the definition of "Appropriate Available Treatment" as applicable to a participant's claim for LTD benefits under the Policy, but Liberty Life refers to the Policy itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 32 of the Complaint.

33. To the extent that the allegations contained in Paragraph 33 seek to interpret the provisions of the Policy, Liberty Life refers to the Policy itself as the best evidence of its contents. Liberty Life admits the Policy includes language pertaining to the definition of "Proof" as applicable to a participant's claim for LTD benefits under the Policy, but Liberty Life refers to the Policy itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 33 of the Complaint.

34. Liberty Life admits that certain documents concerning Plaintiff's medical complaints and treatments are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 34 of the Complaint.

35. Liberty Life admits that certain documents concerning Plaintiff's medical complaints and treatments are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 35 of the Complaint.

36. Liberty Life admits that certain documents concerning Plaintiff's medical complaints and treatments are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 36 of the Complaint.

37. Liberty Life admits that certain documents concerning Plaintiff's medical complaints and treatments are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 37 of the Complaint.

38. Liberty Life admits that certain documents concerning Plaintiff's medical complaints and treatments are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the

administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 38 of the Complaint.

39. Liberty Life admits that certain documents concerning Plaintiff's medical complaints and treatments are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 39 of the Complaint.

40. Liberty Life admits it sent a letter to Plaintiff dated May 12, 2016, that is contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life admits that, at certain times, Plaintiff received benefits from the Plan under the Policy. Liberty Life denies all remaining allegations contained in Paragraph 40 of the Complaint.

41. Liberty Life admits it sent a letter to Plaintiff dated May 12, 2016, that is contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 41 of the Complaint.

42. Liberty Life admits it sent a letter to Plaintiff dated May 12, 2016, that is contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 42 of the Complaint.

43. Liberty Life admits it sent a letter to Plaintiff dated January 26, 2016, along with a Social Security/Reimbursement Agreement and other forms, that are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 43 of the Complaint.

44. Liberty Life denies the allegations contained in Paragraph 44 of the Complaint.

45. Liberty Life is without sufficient knowledge regarding Plaintiff's family and travel unless such information is contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan under the Policy, and Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 45 of the Complaint.

46. Liberty Life admits that Phone Notes regarding telephone conversations with Plaintiff are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan under the Policy, and Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 46 of the Complaint.

47. Liberty Life admits that Phone Notes regarding telephone conversations with Plaintiff are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan under the Policy, and Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 47 of the Complaint.

48. Liberty Life admits that independent physician peer reports and reviews are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan under the Policy, and Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 48 of the Complaint.

49. Liberty Life admits that certain documents concerning Plaintiff's medical complaints and treatments are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 49 of the Complaint.

50. Liberty Life admits certain documents concerning Plaintiff's claim for benefits from the Social Security Administration are contained in the administrative record regarding Plaintiff's claim for benefits from the Plan but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 50 of the Complaint.

51. Liberty Life admits certain documents concerning Plaintiff's claim for benefits from the Social Security Administration are contained in the administrative record regarding Plaintiff's claim for benefits from the Plan but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 51 of the Complaint.

52. To the extent the allegations in Paragraph 52 contain legal conclusions, Liberty Life is not required to respond. To the extent a response is required, Liberty Life denies the allegations contained in Paragraph 52 of the Complaint.

53. To the extent that the allegations contained in Paragraph 53 constitute legal conclusions, Liberty Life is not required to respond. Liberty Life denies all remaining allegations contained in Paragraph 53 of the Complaint.

54. Liberty Life admits it sent a letter to Plaintiff dated August 23, 2017, that is contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 54 of the Complaint.

55. Liberty Life admits that independent physician peer reports and reviews are contained in the administrative record regarding Plaintiff’s claim for LTD benefits from the Plan under the Policy, and Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 55 of the Complaint.

56. Liberty Life admits that independent physician peer reports and reviews are contained in the administrative record regarding Plaintiff’s claim for LTD benefits from the Plan under the Policy, and Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 56 of the Complaint.

57. Liberty Life admits that independent physician peer reports and reviews are contained in the administrative record regarding Plaintiff’s claim for LTD benefits from the Plan under the Policy, and Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 57 of the Complaint.

58. Liberty Life admits that independent physician peer reports and reviews are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan under the Policy, and Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 58 of the Complaint.

59. Liberty Life admits that independent physician peer reports and reviews are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan under the Policy, and Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 59 of the Complaint.

60. Liberty Life admits it sent a letter to Plaintiff dated August 23, 2017, that is contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 60 of the Complaint.

61. Liberty Life admits that independent physician peer reports and reviews are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan under the Policy, and Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 61 of the Complaint.

62. Liberty Life admits that independent physician peer reports and reviews are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan under the Policy, and Liberty Life refers to the administrative record

itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 62 of the Complaint.

63. To the extent that the allegations contained in Paragraph 63 constitute legal conclusions, Liberty Life is not required to respond. Liberty Life denies all remaining allegations contained in Paragraph 63 of the Complaint.

64. Liberty Life denies all allegations contained in Paragraph 64 of the Complaint.

65. Liberty Life admits it sent a letter to Plaintiff dated August 23, 2017, that is contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 65 of the Complaint.

66. Liberty Life admits it sent a letter to Plaintiff dated August 23, 2017, that is contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 66 of the Complaint.

67. Liberty Life admits it sent a letter to Plaintiff dated August 23, 2017, that is contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 67 of the Complaint.

68. Liberty Life admits that it received a letter and from Plaintiff dated February 18, 2018, along with additional documents, appealing the termination of Plaintiff's claim for benefits from the Plan, which are contained in the administrative record, and Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 68 of the Complaint.

69. Liberty Life admits that independent physician peer reports and reviews are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan under the Policy, and Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 69 of the Complaint.

70. Liberty Life admits that independent physician peer reports and reviews are contained in the administrative record regarding Plaintiff's claim for benefits from the Plan under the Policy, and Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life further admits only that its decisions on Plaintiff's claim for benefits from the Plan under the Policy were based on the administrative record regarding Plaintiff's claim for benefits from the Plan and that such decisions are governed by the terms of the Policy. Liberty Life denies all remaining allegations contained in Paragraph 70 of the Complaint.

71. Liberty Life admits it sent a letter to Plaintiff dated April 2, 2018, that is contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best

evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 71 of the Complaint.

72. Liberty Life admits it sent a letter to Plaintiff dated April 2, 2018, that is contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 72 of the Complaint.

73. Liberty Life admits it sent a letter to Plaintiff dated April 2, 2018, that is contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 73 of the Complaint.

74. Liberty Life admits it sent a letter to Plaintiff dated April 2, 2018, that is contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 74 of the Complaint.

75. Liberty Life admits it sent a letter to Plaintiff dated April 2, 2018, that is contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. To the extent that the allegations contained in Paragraph 75 seek to interpret the provisions of the Policy, Liberty Life refers to the Policy itself as

the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 75 of the Complaint.

76. Liberty Life admits it sent a letter to Plaintiff dated April 2, 2018, that is contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 76 of the Complaint.

77. To the extent that the allegations contained in Paragraph 77 seek to interpret the provisions of the Policy, Liberty Life refers to the Policy itself as the best evidence of its contents. Liberty Life admits the Policy includes language pertaining to the definition of “Physician” as applicable to a participant’s claim for benefits under the Policy, but Liberty Life refers to the Policy itself as the best evidence of its contents. To the extent that the allegations contained in Paragraph 77 constitute legal conclusions, Liberty Life is not required to respond. To the extent a response is required, Liberty Life denies that it violated any provision of ERISA and denies all remaining allegations contained in Paragraph 77 of the Complaint.

78. Liberty Life admits that independent physician peer reports and reviews are contained in the administrative record regarding Plaintiff’s claim for LTD benefits from the Plan under the Policy, and Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 78 of the Complaint.

79. To the extent that the allegations contained in Paragraph 79 seek to interpret the provisions of the Policy, Liberty Life refers to the Policy itself as the best

evidence of its contents. Liberty Life admits the Policy includes language pertaining to the definition of "Physician" as applicable to a participant's claim for benefits under the Policy, but Liberty Life refers to the Policy itself as the best evidence of its contents. To the extent that the allegations contained in Paragraph 79 constitute legal conclusions, Liberty Life is not required to respond. To the extent a response is required, Liberty Life denies that it violated any provision of ERISA and denies all remaining allegations contained in Paragraph 79 of the Complaint.

80. To the extent that the allegations contained in Paragraph 80 constitute legal conclusions, Liberty Life is not required to respond. To the extent a response is required, Liberty Life denies that it violated any provision of ERISA and denies all remaining allegations contained in Paragraph 80 of the Complaint.

81. Liberty Life admits it sent a letter to Plaintiff dated April 2, 2018, that is contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 81 of the Complaint.

82. Liberty Life admits it sent a letter to Plaintiff dated April 2, 2018, that is contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 82 of the Complaint.

83. To the extent that the allegations contained in Paragraph 83 constitute legal conclusions, Liberty Life is not required to respond. To the extent a response is

required, Liberty Life denies that it violated any provision of ERISA and denies all remaining allegations contained in Paragraph 83 of the Complaint.

84. Liberty Life admits that certain documents concerning Plaintiff's medical complaints and treatments are contained in the administrative record regarding Plaintiff's claim for benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 84 of the Complaint.

85. Liberty Life admits that surveillance videos and reports are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 85 of the Complaint.

86. Liberty Life admits that surveillance videos and reports are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 86 of the Complaint.

87. Liberty Life admits that surveillance videos and reports are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 87 of the Complaint.

88. Liberty Life admits that surveillance videos and reports are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 88 of the Complaint.

89. Liberty Life denies the allegations contained in Paragraph 89 of the Complaint.

90. Liberty Life admits that surveillance videos and reports are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 90 of the Complaint.

91. Liberty Life admits that surveillance videos and reports are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 91 of the Complaint.

92. Liberty Life admits that certain documents concerning Plaintiff's medical complaints and treatments are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 92 of the Complaint.

93. Liberty Life admits that certain documents concerning Plaintiff's medical complaints and treatments are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 93 of the Complaint.

94. Liberty Life admits that certain documents concerning Plaintiff's medical complaints and treatments are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 94 of the Complaint.

95. Liberty Life admits that certain documents concerning Plaintiff's medical complaints and treatments are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 95 of the Complaint.

96. Liberty Life admits that certain documents concerning Plaintiff's medical complaints and treatments are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 96 of the Complaint.

97. Liberty Life admits that certain documents concerning Plaintiff's medical complaints and treatments are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the

administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 97 of the Complaint.

98. Liberty Life admits that certain documents concerning Plaintiff's medical complaints and treatments are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 98 of the Complaint.

99. Liberty Life admits that certain documents concerning Plaintiff's medical complaints and treatments are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 99 of the Complaint.

100. Liberty Life admits that independent physician peer reports and reviews are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan under the Policy, and Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 100 of the Complaint.

101. Liberty Life admits that certain documents concerning Plaintiff's medical complaints and treatments are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 101 of the Complaint.

102. Liberty Life admits only that its decisions on Plaintiff's claim for LTD benefits from the Plan under the Policy were based on the administrative record regarding Plaintiff's claim for LTD benefits from the Plan and that such decisions are governed by the terms of the Policy. Liberty Life denies all remaining allegations contained in Paragraph 102 of the Complaint.

103. Liberty Life denies the allegations contained in Paragraph 103 of the Complaint.

104. Liberty Life denies the allegations contained in Paragraph 104 of the Complaint.

105. Liberty Life admits it sent a letter to Plaintiff's counsel dated April 2, 2018, but Liberty Life refers to the letter itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 105 of the Complaint.

106. Liberty Life denies that it violated any provision of ERISA and denies all remaining allegations contained in Paragraph 106 of the Complaint.

107. Liberty Life denies all allegations contained in Paragraph 107 of the Complaint.

108. Liberty Life admits that Plaintiff exhausted administrative remedies regarding the specific claims, issues, and rationales that were asserted in the course of Plaintiff's claim and administrative appeal prerequisite to bringing a claim for recovery of benefits from the Plan under 29 U.S.C. § 1132(a)(1)(B). Liberty Life specifically denies, however, that administrative remedies were necessarily exhausted by Plaintiff regarding any specific claims, issues, or rationales that Plaintiff may have failed to

raise in support of Plaintiff's claim or during the administrative review process. Liberty Life denies all remaining allegations contained in Paragraph 108 of the Complaint.

**COUNT I**
**(Recovery of LTD Plan Benefits)**

109. Liberty Life repeats and realleges all of its answers to the allegations contained in Paragraphs 1 through 108 of the Complaint as though fully set forth in response to Paragraph 109 of the Complaint.

110. Liberty Life admits that Plaintiff's claims are governed by ERISA, but Liberty Life denies that Plaintiff is entitled to any such relief. Liberty Life denies all remaining allegations contained in Paragraph 110 of the Complaint.

111. To the extent that the allegations contained in Paragraph 111 seek to interpret the provisions of the Policy, Liberty Life refers to the Policy itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 111 of the Complaint.

112. Liberty Life admits the Policy includes language pertaining to the definitions of "Disabled" or "Disability" as applicable to a participant's claim for benefits under the Policy, but Liberty Life refers to the Policy itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 112 of the Complaint.

113. Liberty Life admits that Plaintiff submitted a claim for LTD benefits from the Plan under the Policy. Liberty Life admits that, at certain times, Plaintiff received benefits from the Plan under the Policy. Liberty Life denies all remaining allegations contained in Paragraph 113 of the Complaint.

114. Liberty Life is without sufficient knowledge to either admit or deny Plaintiff's "expectations" and, accordingly, denies all allegations contained in Paragraph 114 of the Complaint.

115. Liberty Life denies all allegations contained in Paragraph 115 of the Complaint.

116. Liberty Life denies all allegations contained in Paragraph 116 of the Complaint.

117. To the extent that the allegations contained in Paragraph 117 of the Complaint contain legal conclusions, Liberty Life is not required to respond. To the extent a response is required, Liberty Life denies Plaintiff is entitled to any remedy or relief against Liberty Life whatsoever.

118. Liberty Life denies all allegations contained in Paragraph 118 of the Complaint.

119. Liberty Life denies all allegations contained in Paragraph 119 of the Complaint.

120. Liberty Life denies all allegations contained in Paragraph 120 of the Complaint.

121. Liberty Life denies all allegations contained in Paragraph 121 of the Complaint.

122. Liberty Life denies all allegations contained in Paragraph 122 of the Complaint.

123. Liberty Life denies all allegations contained in Paragraph 123 of the Complaint.

124. Liberty Life denies all allegations contained in Paragraph 124 of the Complaint.

125. Liberty Life denies all allegations contained in Paragraph 125 of the Complaint.

126. Liberty Life denies all allegations contained in Paragraph 126 of the Complaint.

127. Liberty Life denies all allegations contained in Paragraph 127 of the Complaint.

128. Liberty Life denies all allegations contained in Paragraph 128 of the Complaint.

129. Liberty Life denies all allegations contained in Paragraph 129 of the Complaint.

130. Liberty Life denies all allegations contained in Paragraph 130 of the Complaint.

131. Liberty Life admits that certain documents concerning Plaintiff's medical complaints and treatments are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan, but Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life further admits only that its decisions on Plaintiff's claim for LTD benefits from the Plan under the Policy were based on the administrative record regarding Plaintiff's claim for LTD benefits from the Plan and that such decisions are governed by the terms of the Policy. Liberty Life denies all remaining allegations contained in Paragraph 131 of the Complaint.

132. Liberty Life admits that independent physician peer reports and reviews are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan under the Policy, and Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 132 of the Complaint.

133. Liberty Life admits that independent physician peer reports and reviews are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan under the Policy, and Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 133 of the Complaint.

134. Liberty Life denies all allegations contained in Paragraph 134 of the Complaint.

135. Liberty Life admits that independent physician peer reports and reviews are contained in the administrative record regarding Plaintiff's claim for LTD benefits from the Plan under the Policy, and Liberty Life refers to the administrative record itself as the best evidence of its contents. Liberty Life denies all remaining allegations contained in Paragraph 135 of the Complaint.

136. Liberty Life denies all allegations contained in Paragraph 136 of the Complaint.

137. Liberty Life denies all allegations contained in Paragraph 137 of the Complaint.

138. Liberty Life denies all allegations contained in Paragraph 138 of the Complaint.

139. Liberty Life denies all allegations contained in Paragraph 139 of the Complaint.

140. Liberty Life admits that it was acquired by Lincoln Financial Group ("Lincoln"). Liberty Life denies all remaining allegations contained in Paragraph 140 of the Complaint.

141. Liberty Life denies all allegations contained in Paragraph 141 of the Complaint.

142. Liberty Life denies all allegations contained in Paragraph 142 of the Complaint.

143. Liberty Life denies all allegations contained in Paragraph 143 of the Complaint.

144. Liberty Life denies all allegations contained in Paragraph 144 of the Complaint.

145. To the extent that the allegations contained in Paragraph 145 of the Complaint contain legal conclusions, Liberty Life is not required to respond. To the extent a response is required, Liberty Life denies Plaintiff is entitled to any remedy or relief against Liberty Life whatsoever.

146. Liberty Life denies all allegations contained in Paragraph 146 of the Complaint.

147. To the extent that the allegations contained in Paragraph 147 of the Complaint contain legal conclusions, Liberty Life is not required to respond. To the extent a response is required, Liberty Life denies Plaintiff is entitled to any remedy or relief against Liberty Life whatsoever.

148. To the extent that the allegations contained in Paragraph 148 of the Complaint contain legal conclusions, Liberty Life is not required to respond. To the extent a response is required, Liberty Life denies Plaintiff is entitled to any remedy or relief against Liberty Life whatsoever.

149. Liberty Life denies all allegations contained in Paragraph 149 of the Complaint.

150. Liberty Life denies all allegations contained in Paragraph 150 of the Complaint.

151. Liberty Life denies all allegations contained in Paragraph 151 of the Complaint.

**COUNT II**
**(Breach of Fiduciary Duty)**
**(Liberty)**

152. Liberty Life repeats and realleges all of its answers to the allegations contained in Paragraphs 1 through 151 of the Complaint as though fully set forth in response to Paragraph 152 of the Complaint.

153. To the extent the allegations in Paragraph 153 contain legal conclusions, Liberty Life is not required to respond. To the extent a response is required, Liberty Life denies that it violated any provision of ERISA and denies that Plaintiff is entitled to any remedy or relief against Liberty Life whatsoever.

154. To the extent the allegations in Paragraph 154 contain legal conclusions, Liberty Life is not required to respond. To the extent a response is required, Liberty Life denies the allegations contained in Paragraph 154 of the Complaint.

155. To the extent that the allegations contained in Paragraph 155 constitute legal conclusions, Liberty Life is not required to respond. To the extent a response is required, Liberty Life denies that it violated any provision of ERISA with regard to Plaintiff's claim for benefits and denies all allegations contained in Paragraph 155 of the Complaint.

156. To the extent that the allegations contained in Paragraph 156 constitute legal conclusions, Liberty Life is not required to respond. To the extent a response is required, Liberty Life denies that it violated any provision of ERISA with regard to Plaintiff's claim for benefits and denies all allegations contained in Paragraph 156 of the Complaint.

157. Liberty Life denies that it violated any provision of ERISA with regard to Plaintiff's claim for benefits and denies all allegations contained in Paragraph 157 of the Complaint.

158. Liberty Life denies the allegations contained in Paragraph 158 of the Complaint.

159. To the extent the allegations in Paragraph 159 contain legal conclusions, Liberty Life is not required to respond. To the extent a response is required, Liberty Life denies that it violated any provision of ERISA and denies that Plaintiff is entitled to any remedy or relief against Liberty Life whatsoever.

160. Liberty Life denies the allegations contained in Paragraph 160 of the Complaint.

161. Liberty Life denies the allegations contained in Paragraph 161 of the Complaint.

162. Liberty Life denies the allegations contained in Paragraph 162 of the Complaint.

163. Liberty Life denies the allegations contained in Paragraph 163 of the Complaint.

164. Liberty Life denies the allegations contained in Paragraph 164 of the Complaint.

165. Liberty Life denies the allegations contained in Paragraph 165 of the Complaint.

166. Liberty Life denies the allegations contained in Paragraph 166 of the Complaint.

167. To the extent the allegations in Paragraph 167 contain legal conclusions, Liberty Life is not required to respond. To the extent a response is required, Liberty Life denies that it violated any provision of ERISA and denies that Plaintiff is entitled to any remedy or relief against Liberty Life whatsoever.

168. Liberty Life denies the allegations contained in Paragraph 168 of the Complaint.

169. Liberty Life denies the allegations contained in Paragraph 169 of the Complaint.

170. Liberty Life denies the allegations contained in Paragraph 170 of the Complaint.

171. Liberty Life denies the allegations contained in Paragraph 171 of the Complaint.

172. To the extent the allegations in Paragraph 172 contain legal conclusions, Liberty Life is not required to respond. To the extent a response is required, Liberty Life denies that it violated any provision of ERISA and denies that Plaintiff is entitled to any remedy or relief against Liberty Life whatsoever.

173. Liberty Life denies the allegations contained in Paragraph 173 of the Complaint.

174. Liberty Life denies the allegations contained in Paragraph 174 of the Complaint.

Liberty Life denies all allegations contained in the WHEREFORE Paragraph of the Complaint and denies Plaintiff is entitled to the relief sought in the Prayer of the Complaint.

Liberty Life denies all allegations contained in the Complaint not specifically admitted to herein.

**AFFIRMATIVE DEFENSES**

1. The Complaint fails, in whole or in part, to state a claim upon which relief can be granted.

2. The standard of review by the District Court in this case should be whether the decision to deny Plaintiff's claim for LTD benefits from the Plan was an abuse of discretion because the relevant plan documents contain sufficient discretionary language to invoke that standard.

3. Plaintiff's claim for recovery of benefits is subject, in whole or in part, to an offset pursuant to the terms of the Policy, resulting from Plaintiff's receipt of

benefits from other income, including, but not limited to, income earned by Plaintiff and disability benefits Plaintiff or her dependents have received from the Social Security Administration.

4. Plaintiff has failed to exhaust administrative remedies regarding any specific claims, issues, or rationales that Plaintiff failed to raise in support of Plaintiff's claim or during the administrative review process.

5. To the extent that Plaintiff seeks recovery from Liberty Life other than past benefits from the Plan or attorneys' fees, such recovery is not permitted under ERISA.

6. Plaintiff's claims are barred to the extent the Complaint was not filed within the Policy or statutory limitations period.

7. Plaintiff has failed to state a claim under 29 USC § 1132(a)(3) upon which relief can be granted in that Plaintiff seeks recovery for the same acts for which suit is brought under 29 USC § 1132(a)(1)(B).

8. Liberty Life reserves the right to assert additional defenses.

**PRAYER**

Liberty Life requests that the Court enter judgment that Plaintiff recovers nothing by this action, that Liberty Life be awarded its attorneys' fees and costs pursuant to 29 U.S.C. § 1132(g), and that Liberty Life be awarded such other and further relief to which it may show itself entitled.

RESPECTFULLY SUBMITTED this 1st day of April 2019.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers
Iwana Rademaekers
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2019, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Erin Rose Ronstadt, Esq.
Email: erin@oberpekas.com

Clayton W. Richards, Esq.
Email: clayton@oberpekas.com

*Attorneys for Plaintiff*

By: /s/Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.