**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Ronald D. Finley,

Plaintiff,

v.

Dick's Sporting Goods Health and Welfare Plan, et al.,

Defendants.

No. CV-19-01215-PHX-DWL

**ORDER**

**IT IS ORDERED** that the parties' Stipulation for Dismissal of Defendants Dick's Sporting Goods, Inc. and Dick's Sporting Goods Health and Welfare Plan Without Prejudice (Doc. 15) is granted.

**IT IS FURTHER ORDERED** that Defendants Dick's Sporting Goods, Inc. and Dick's Sporting Goods Health and Welfare Plan are dismissed without prejudice in this action and that Plaintiff shall bear his own costs and attorneys' fees with regard to such claims.

Dated this 1st day of April, 2019.

Dominic W. Lanza
United States District Judge