**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Finley,<br><br>Plaintiff,<br>vs.<br><br>Liberty Life Assurance Company of Boston,<br><br>Defendant. | Case No.: 2:19cv01215- DWL<br><br>**DEFENDANT'S UNOPPOSED MOTION TO APPEAR AT SCHEDULING CONFERENCE VIA TELEPHONE** |

Defendant Liberty Life Assurance Company of Boston ("Defendant") files this Unopposed Motion to Appear at Scheduling Conference Via Telephone, and state as follows:

The Rule 16 Case Management Conference is set in this matter for May 13, 2019, at 11:00 am before US District Judge Dominic W. Lanza.

Defendant's counsel would like to appear at the Scheduling Conference via telephone. Plaintiff's counsel has no objection to Defendant's counsel appearing via telephone for the Case Management Conference.

WHEREFORE, Defendant requests that its Counsel be allowed to appear at the May 13, 2019, Case Management Conference via telephone.

RESPECTFULLY SUBMITTED this 3rd day of May 2019.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers
Iwana Rademaekers
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2019, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Erin Rose Ronstadt, Esq.
Email: erin@oberpekas.com

Clayton W. Richards, Esq.
Email: clayton@oberpekas.com

*Attorneys for Plaintiff*

/s/ Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.