UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Ronald Finley,

Plaintiff,

vs.

Liberty Life Assurance Company of Boston,

Defendant.

Case No.: 2:19cv01215- DWL

**[PROPOSED] ORDER**

On this day, the Court considered the Unopposed Motion to Appear at Scheduling Conference Via Telephone filed by Defendant Liberty Life Assurance Company of Boston. Having considered the Motion, and the applicable law, the Court is of the opinion that Defendant's Motion should be **GRANTED**. It is, therefore,

**ORDERED** that Defendant's Unopposed Motion to Appear at Scheduling Conference Via Telephone is hereby **GRANTED**. It is, therefore, also

**ORDERED** that Counsel for Defendant shall appear via telephone for the Scheduling conference set for May 13, 2019, at 11:00 am.