**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Finley,<br><br>Plaintiff,<br>vs.<br><br>Liberty Life Assurance Company of Boston,<br><br>Defendant. | Case No. 2:19cv01215-DWL<br><br>**DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD** |

Pursuant to the Court's Case Management Order entered on May 10, 2019, Defendant, Liberty Life Assurance Company of Boston submits the Administrative Record. The exhibit pages have been consecutively numbered for reference.

1. Group Disability Income Policy (Liberty/Finley 001-066).
2. April 2, 2018, correspondence containing decision on appeal (Liberty/Finley 103-108).
3. The Administrative Record (Liberty/Finley 067-102 and 109-925)[1].

RESPECTFULLY SUBMITTED this 31st day of May 2019.

[1] Documents labeled Liberty/Finley 159, 259, 340, and 454 were produced and labeled as part of Defendant's files concerning this claim, but are not part of the administrative record and are not filed with the Court.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers
Iwana Rademaekers
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2019, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, and that I served a copy of this sealed document via electronic mail, as follows:

Erin Rose Ronstadt, Esq.
Email: erin@oberpekas.com

Clayton W. Richards, Esq.
Email: clayton@oberpekas.com

*Attorneys for Plaintiff*

/s/ Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.