**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 5616243 Claim Last Updated 04/02/2018 Printed On 3/5/2019

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | RONALD D FINLEY | SSN | | Birth Date | |
| Address | | Salary Amount $ | 7083.33 | Mode | M |
| | | Date of Hire | 04/27/2015 | | |
| | | Last Work Date | 09/19/2015 | | |
| | | Federal Tax | Employee Option | State Tax | No |
| Phone | | Phys Demands | Medium | | |

JobDesc STORE MANAGER

| | | | | | | |
|---|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Not TD Own Occ | Received Date | 01/18/2016 | |
| Disability Date | 09/20/2015 | Close Date | 08/25/2017 | Reopen Date | | |
| Sick Days Left | 182 | Max Ben Date | 10/31/2029 | RTW FT / PT | | |
| Ben Begin Date | 03/20/2016 | Apprv Thru Date | 08/24/2017 | Gross Ben $ | | |

Diagnosis 1 Code/Desc B02.9 Zoster without complications

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 08 - 025155 DICK'S SPORTING GOODS, INC.

Subsidiary STAS STORE ASSOCIATES

Location SALARIED SALARY ASSOCIATES

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2007

Class 01 ALL SALARIED ASSOCIATES, EXCLUDING VICE PRESIDENTS AND ABOVE

Waiting Period: New/Mode-Current/Mode 30 Day 30 Day Days in WRKWK Pre-X 3-1

Elimination Period: Days/Type 180 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+ Survivor Ben Months/Wait Period 3 180

Non-Verifiable Symptoms Limit 24 Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 01 | 04/27/2015 |
| GD | 01 | STD | 01 | 05/27/2015 |

Additional Information:

EXHIBIT

3, part 1

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 3530535 Claim Last Updated 01/26/2016 Printed On 3/5/2019

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | RONALD D FINLEY | SSN | | Birth Date | |
| Address | | Salary Amount $ | 1634.62 | Mode | W |
| | | Date of Hire | 04/27/2015 | | |
| | | Last Work Date | 09/19/2015 | | |
| | | Federal Tax | Employee Option | State Tax | No |
| Phone | | Phys Demands | Medium | | |

JobDesc STORE MANAGER

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Closed | Status Reason | Max Dur/To LTD | Received Date | 10/08/2015 |
| Disability Date | 09/20/2015 | Close Date | 03/20/2016 | Reopen Date | |
| Sick Days Left | | Max Ben Date | 03/19/2016 | RTW FT / PT | |
| Ben Begin Date | 09/20/2015 | Apprv Thru Date | 03/19/2016 | Gross Ben $ | |

Diagnosis 1 Code/Desc B02.2 Zoster with other nervous system involvement

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 08 - 025155 DICK'S SPORTING GOODS, INC.

Subsidiary STAS STORE ASSOCIATES

Location SALARIED SALARY ASSOCIATES

Symb GD Numeral 01 Product STD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2007

Class 01 ALL SALARIED ASSOCIATES--INCLUDES FULL TIME AND PART TIME ASSOCIATES

Waiting Period: New/Mode-Current/Mode 30 Day 30 Day Days in WRKWK 7 Pre-X NC

Elimination Period: Days/Type 0 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 14 SS Integration:Type/Value

Partial Disability Type/Pct Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit Own Occupation Definition Limit M/N Limit

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 01 | 04/27/2015 |
| GD | 01 | STD | 01 | 05/27/2015 |

Additional Information:

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 5616243 **Accommodation Number**

**Note type:**

Primary Sort Order: Note Type, Note Number, ● Note Date/Time, Accm. No.

Sec ●

**10/12/2018 10:44 AM - PHONE Note 33**
Claim/Event/Leave: 5616243
NoteSubject : Other Called
Other Subject :
Text: [10/12/2018 - AUSTIN, JESSICA]RCVD CALL FROM MERRY AT ATTRNY'S OFFICE. SHE ADVISED THAT THUMB DRIVE INSTRUCTIONS WERE NEVER FAXED OVER. DCM PROVIDED THUMB DRIVE INSTRUCTIONS OVER THE PHONE AND ALSO ADVISED THAT I WOULD EMAIL THEM TO HER AS WELL. SHETHANKED ME FOR ASSISTANCE.

**10/12/2018 10:41 AM - PHONE Note 32**
Claim/Event/Leave: 5616243
NoteSubject : Other Called
Other Subject : CSU
Text: [10/12/2018 - STEPCHIN, LORRAINE]ATTY'S OFC CALLING STATING FAX W/INSTRUCTIONS FOR THUMB DRIVE STILL NOT RECV'D, WARM TRAN TO ADCM.

**10/11/2018 1:00 PM - PHONE Note 31**
Claim/Event/Leave: 5616243
NoteSubject : Called Other
Other Subject : APPEAL
Text: [10/11/2018 - BEAUPAIN, LOIS]ATTY OFFICE CALLED - THEY DID NOT GET THE INSTRUCTIONS FOR OPENDING THE CLAIM FILE - CONFIRMED FAX NUMBER AND EMAIL TO GROUPBENEFITSHOADMIN <GROUPBENEFITSHOADMIN@LIBERTYMUTUAL.COM> TO FAX LETTER

**10/03/2018 12:53 PM - CLAIM Note 76**
Claim/Event/Leave: 5616243
NoteSubject : Other
Other Subject : COPY JOB
Text: [10/03/2018 - PILAR, SARAH]COMPLETE COPY OF CLAIM FILE WITH POLICY ON THUMB DRIVE SENT TO ATTY VIA UPS 2ND DAY 1Z24896X0297243231.

**10/02/2018 3:35 PM - CLAIM Note 75**
Claim/Event/Leave: 5616243
NoteSubject : Other
Other Subject : LTR OF REP
Text: [10/02/2018 - PAINE, JANELLE]REC'D LTR OF REP FROM ERIN RONSTADT, INCLUDING REQUEST FIR COPY OF FILE AND REVOCATION OF PREVIOUSLY SIGNED AUTHS. INCLUDE AUTH AND NOTICE OF ATTY APPOINTMENT.

**04/02/2018 2:42 PM - CLAIM Note 74**
Claim/Event/Leave: 5616243
NoteSubject : Appeal
Other Subject : OUT
Text: [04/02/2018 - PAINE, JANELLE]APPEAL UPHOLD----- THE REVIEW OF THE FILE AND THE INFORMATION RECEIVED ON APPEAL DOES NOT ALTER THE PREVIOUS CLAIM DETERMINATION. THE DETERMINATION TO DENY BENEFITS BEYOND 8/24/17 IS BEING MAINTAINED ON APPEAL. UPHOLDLETTER SENT TO CLAIMANT.

**03/26/2018 4:31 PM - CLAIM Note 73**
Claim/Event/Leave: 5616243
NoteSubject : Peer Review
Other Subject : NEURO
Text: [03/26/2018 - PAINE, JANELLE]REC'D COMPLETED NEURO REVIEW. REVIEW INDICATES:THE PRESENTING SYMPTOMS AND FINDINGS MEET THE DIAGNOSTIC CRITERIA FOR POST-HERPETIC NEURALGIA (B02.22). 2) THE PRESENTING SYMPTOMS AND FINDINGS MAY MEET THE DIAGNOSTIC CRITERIA FOR CO-MORBID DEPRESSION (F32.9) AND/OR ANXIETY (F41.9) BUT DEFER AN OPINION REGARDING POSSIBLE IMPACT ON FUNCTIONAL CAPACITY TO THE APPROPRIATE SPECIALIST. 3) IMPAIRMENT IS BASED ON SELF-REPORTED RIGHT FACE PAIN. 4) THE MEDICAL EVIDENCE AVAILABLE FOR REVIEW DOES NOT SUPPORT A NEUROLOGIC DIAGNOSIS THAT IS CAUSING FUNCTIONAL IMPAIRMENT FROM 8/24/17

REVIEW DOES NOT SUPPORT A NEUROLOGIC DIAGNOSIS THAT IS CAUSING FUNCTIONAL IMPAIRMENT FROM 8/24/17 THROUGH THE PRESENT. HE RESPONDED TO TREATMENT WITH NEUROPATHIC AGENTS WITH MARKED REDUCTION IN SYMPTOMS. HE REPORTED ONGOING INTERMITTENT SHORT BURST OF PAIN BUT THE EVIDENCE DOES NOT SUPPORT THIS PAIN RISES TO THE LEVEL THAT WOULD PREVENT FULL TIME SUSTAINED WORK CAPACITY. PRIOR REPORTS INDICATED DR. KLASKI ENDORSED A RETURN TO WORK AS OF 7/5/16. IT REMAINS UNCLEAR FROM DOCUMENTATION WHAT PREVENTED RETURN TO WORK AS OF 8/24/17, ALMOST TWO YEARS POST ONSET. THE EVIDENCE DOES NOT SUPPORT ANY CHANGE IN TREATMENT SINCE AT LEAST 6/26/17. HE WAS REFERRED FOR A TERTIARY CARE ASSESSMENT BUT THE EVIDENCE DOES NOT SUPPORT HE FOLLOWED THRU WITH THIS RECOMMENDATION. 5) THE MEDICAL EVIDENCE DOES NOT SUPPORT PHYSICAL OR COGNITIVE SIDE EFFECTS FROM PRESCRIBED MEDICATIONS THAT WOULD IMPACT FUNCTIONAL CAPACITY 6) THE EVIDENCE DOES NOT SUPPORT RESTRICTIONS AND LIMITATIONS ON A NEUROLOGIC BASIS THAT WOULD PREVENT FULL TIME SUSTAINED WORK CAPACITY. THE LEVEL OF TREATMENT DOES NOT SUPPORT THE SCOPE AND SEVERITY OF THE CLAIMANT S SELF-REPORTED FACIAL PAIN RISES TO THE LEVEL THAT WOULD PREVENT FULL TIME WORK CAPACITY AT LEAST ASOF 8/24/17. THE EVIDENCE DOES NOT SUPPORT ANY CHANGE IN TREATMENT SINCE AT LEAST 6/26/17.

**03/06/2018 2:28 AM - CLAIM Note 72**
Claim/Event/Leave: 5616243
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 3/5/2018 - REFERRED TO CONSULTING PHYSICIAN FOR FULL REVIEW.

**03/05/2018 11:06 AM - CLAIM Note 71**
Claim/Event/Leave: 5616243
NoteSubject : Appeal
Other Subject :
Text: [03/05/2018 - PAINE, JANELLE]FIEL FORWARDED FOR NEURO REVIEW. F/U ON 3/29/18 FOR RVW STATUS AND TO SEND EE STATUS LETTER IF NO DETERMINATION MADE.

**03/01/2018 11:40 AM - CLAIM Note 70**
Claim/Event/Leave: 5616243
NoteSubject : Appeal
Other Subject :
Text: [03/01/2018 - PAINE, JANELLE]APPEAL REVIEW IN PROCESS.

**02/26/2018 10:35 AM - PHONE Note 30**
Claim/Event/Leave: 5616243
NoteSubject : EE Called
Other Subject :
Text: [02/26/2018 - WINTERER, NANCY]TO CONFIRM FAX OF MEDICAL RECORDS WAS RECEIVED. CONFIRMED RECEIPT OF RECORDS AND DISCUSSED 45/90 DAY TIMEFRAME FOR APPEAL REVIEW.

**02/22/2018 5:32 PM - CLAIM Note 69**
Claim/Event/Leave: 5616243
NoteSubject : Appeal
Other Subject : ASSIGNED
Text: [02/22/2018 - WINTERER, NANCY]PCP RECORDS FROM A PATTON MD FOR PERIOD 9/22/15 THROUGH 1/24/18 RECEIVED TODAY, THUS EXCEPT FOR UPDATED AUTH MAILED TO CLMNT YESTERDAY, APPEAL SUBMISSION IS COMPLETE. ACKNOWLEDGEMENT LETTER SENT. ASSIGNED TO JANELLE PAINE.

**02/21/2018 1:58 PM - CLAIM Note 68**
Claim/Event/Leave: 5616243
NoteSubject : Appeal
Other Subject : PRESCREEN
Text: [02/21/2018 - WINTERER, NANCY]PRESCREEN COMPLETED. JD ON FILE. AUTH IS OUT OF DATE. APPEAL RECEIVED 2/19/18- DAY 179. MEDICAL SUBMITTED BY EE ON APPEAL IS FROM NEURO-KALASKI THROUGH 2/7/18. CALLED CLMNT TO DISCUSS MEDICAL FOR APPEAL. HE EXPLAINED HE HAD TO GET MEDICAID, AND NOW MEDICAID HAS TO PRE-APPROVE SERVICES SUCH AS GOING TO THE BARROW NEURO CLINIC, AND THUS HE HAS HAD GAPS IN CARE/TIME. NEXT OVN WITH DR KALASKI IS THE FIRST WEEK OF MARCH. EE IS HOPING MEDICAID APPROVE THE REFERRAL TO THE NEURO CLINIC BY THAT VISIT. DISCUSSED PCP OVNS. EE TO HAVE THOSE RECORDS SINCE DOD FAXED TO AA. LAST, ADVISED EE THE LIBERTY AUTH ON FILE IS OUTDATED. HE AGREED TO SIGN AND RETURN AN UPDATED AUTH. EMPHASIZED TO EE DAY 180 OF APPEAL WAS YESTERDAY-2/20/18, THUS EE WILL GET PCP RECORDS FAXED IN ASAP. EE INDICATED HAD HAD BEEN BAD-UNABLE TO GET OUT OF BED- FOR SEVERAL MONTHS AND NEEDED HELP FROM WIFE AND MOTHER TO GET APPEAL IN ON TIME. ACKNOWLEDGMENT LETTER TO EE WITH NEW AUTH AND UNDERSTANDING HE WILL SUBMIT PCP RECORDS ASAP. AR[02/21/2018 - WINTERER, NANCY]PCP RECORDS REQUESTED 3/2/18.

**02/21/2018 2:27 AM - CLAIM Note 67**
Claim/Event/Leave: 5616243
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 2/19/2018 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**02/19/2018 4:00 PM - CLAIM Note 66**
Claim/Event/Leave: 5616243
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [02/19/2018 - CRAM, BRIAN]AGREE WITH ARU REFERRAL.

**02/19/2018 1:35 PM - CLAIM Note 65**
Claim/Event/Leave: 5616243
NoteSubject : Ref to Appeals
Other Subject : MNGR REVIEW
Text: [02/19/2018 - AUSTIN, JESSICA]FILE REFERRED TO ARU FOR ADD'L REVIEW. OD 09/20/2015, LTD BBD 03/20/2016. 53 YOM, STORE MANAGER W/MEDIUM OCC. DX: POST-HERPETIC NEURALGIA, WHICH WAS DX'D IN 9/15. THE CLMNT HAS BEEN TREATING WITH MEDICATION MANAGEMENT SINCE THAT TIME, BUT HAS HAD DIFFICULTY CONTROLLING SYMPTOMS. HE HAS ALSO HAD GAPS IN TREATMENT DUE TO HEALTH INSURANCE. THE CLAIM WAS CLOSED BASED ON A NEUROLOGICAL PEER REVIEW, WHICH OUTLINED THAT THE CLMNT HAD FULL-TIME, MEDIUM WORK CAPACITY WITH NORESPONSE FROM AP. THE CLMNT HAS SUBMITTED LETTER OF APPEAL ALONG WITH ADD'L RECORDS FROM HIS NEUROLOGIST, DR. KLASKI FOR REVIEW.

**02/19/2018 1:30 PM - CLAIM Note 64**
Claim/Event/Leave: 5616243
NoteSubject : Appeal
Other Subject :
Text: [02/19/2018 - AUSTIN, JESSICA]RCVD LTR OF APPEAL FROM CLMNT ALONG WITH RECORDS FROM DR. KLASKI, THE MAJORITY OF WHICH ARE ALREADY ON FILE.

**02/19/2018 1:00 PM - CLAIM Note 63**
Claim/Event/Leave: 5616243
NoteSubject : Appeal
Other Subject :
Text: [02/19/2018 - AUSTIN, JESSICA]RCVD LTR OF APPEAL FROM CLMNT ALONG WITH RECORDS FROM HIS NEUROLOGIST, DR. KLASKI, DATED 12/15-11/16 AND THEN 2/7/18. NO OTHER INFORMATION PROVIDED.

**02/07/2018 1:56 PM - PHONE Note 29**
Claim/Event/Leave: 5616243
NoteSubject : Called EE
Other Subject :
Text: [02/07/2018 - AUSTIN, JESSICA]R/C TO CLMNT. DCM EXPLAINED THAT HE NEEDS TO SUBMIT A LETTER OF APPEAL ALONG WITH ANY ADD'L MEDICAL RECORDS THAT WE DO NOT HAVE ON FILE. HE EXPRESSED UNDERSTANDING. HE IS CURRENTLY AT DR. KLASKI'S OFFICE AND JUST OBTAINED ALL HIS RECORDS. HE STATED HE DID HAVE A GAP IN TREATMENT DUE TO INSURANCE, BUT NOW HAS MEDICAID. HE WILL FAX APPEAL INFO TO MY ATTENTION. HE STATED HE IS ALSO STILL WAITING ON SS HEARING.

**02/07/2018 1:51 PM - PHONE Note 28**
Claim/Event/Leave: 5616243
NoteSubject : EE Called
Other Subject :
Text: [02/07/2018 - AUSTIN, JESSICA]EE CALLED AND LEFT MESSAGE STATING HE WANTS TO APPEAL AND NEEDS ASSISTANCE. HE STATED HE UNDERSTANDS APPEAL DEADLINE IS COMING UP. HE STATED THAT HE IS STILL BEING TREATED FOR THE SAME CONDITION AND IS HAVING THE SAME PAIN. HE DID HAVE SOME INSURANCE ISSUES AS WELL AS FAR AS GETTING APPOINTMENTS.

**10/19/2017 10:32 AM - CLAIM Note 62**
Claim/Event/Leave: 5616243
NoteSubject : Social Security
Other Subject :
Text: [10/19/2017 - AUSTIN, JESSICA]RCVD COPY OF SS DENIAL LETTER

**10/09/2017 11:27 AM - OVERPMT Note 1**
Claim/Event/Leave: 5616243
NoteSubject : OP/SS
Other Subject : SS PENDING
Text: [10/09/2017 - AUSTIN-WASHBURN, ELISE]FILE RECEIVED AS A CLOSED CLAIM WITH SS PENDING. SENT LETTER TO CLAIMANT TO CONTACT LIBERTY IMMEDIATELY UPON RECEIPT OF AWARD LETTER. SS PENDING FILE CLOSED AT THIS TIME. IF AWARD INFO PROVIDED, REFERRAL WILL BE REOPENED TO CALCULATE OVERPAYMENT.

**10/03/2017 12:55 PM - CLAIM Note 61**
Claim/Event/Leave: 5616243
NoteSubject : Ref to Other
Other Subject : PMT SVCS
Text: [10/03/2017 - MONAHAN, JAQUELINE]CONTACTED PAT WRIGHT AND SHE HAS NOT RECEIVED ANYTHING ON THE DIRECT DEPOSIT NOT GOING THROUGH FOR THE PAYMENT FOR CHECK 47482229. PAT SAID THE CLAIMANT WILL NEED TO CONTACT THEIR BANK AND SUBMIT PROOF THE DEPOSIT FAILED. DCM WAS INCLUDED IN EMAIL AND I RESPONDED THAT I WILL CLOSE THIS REFERRAL - ONCE DCM RECEIVES PROOF FROM CLAIMANT, THEN SUBMIT A NEW REFERRAL TO RE-ISSUE CHECK.

**09/21/2017 12:11 PM - CLAIM Note 60**
Claim/Event/Leave: 5616243
NoteSubject : Ref to Other
Other Subject : PMT SVCS
Text: [09/21/2017 - MONAHAN, JAQUELINE]REFERRAL IS PENDING TO RE-ISSUE PAYMENT AS WE NEED CONFIRMATION FROM PAT WRIGHT'S DEPT THAT DD FAILED. UPON NOTICE THAT PAYMENT WASN'T DEPOSITED, THE CHECK WILL BE RE-ISSUED.

**09/20/2017 2:29 AM - CLAIM Note 59**
Claim/Event/Leave: 5616243
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF RE-ISSUE (R&C, STOP PAYS) HAS BEEN RECEIVED AND ASSIGNED TO JAQUELINE MONAHAN.

**09/20/2017 2:29 AM - CLAIM Note 58**
Claim/Event/Leave: 5616243
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR RE-ISSUE (R&C, STOP PAYS). COMMENTS: STOP PAY CHECK 47482229 AND REISSUE AS PAPER CHECK.

**09/19/2017 1:48 PM - PHONE Note 27**
Claim/Event/Leave: 5616243
NoteSubject : Called EE
Other Subject :
Text: [09/19/2017 - AUSTIN, JESSICA]R/C TO CLMNT TO DISCUSS CLAIM. HE STATED THAT HE STILL DID NOT RECEIVE CHECK, BUT ALSO ADVISED THAT HE HAS CLOSED THAT BANK ACCOUNT NOW. DCM ADVISED THAT THE CHECK WAS ISSUED YESTERDAY, BUT SINCE HE DOES NOT HAVE ACCOUNT, WE WILL HAVE TO ISSUE A PAPER CHECK. HE STATED THAT HE IS APPLYING FOR UNEMPLOYMENT, BUT HE IS ALSO GOING TO APPEAL. HE STATED THAT HIS NEW DOCTOR IS REFERRING HIM BACK TO DR. KLASKI. HE IS ON A NEW MEDICATION AND HIS PAIN HAS DECREASED, BUT STILLGETTING SHOCKING PAINS EVERY DAY, HAVING DIZZINESS AND VERTIGO. HE WANTED A SECOND OPTION BECAUSE HE DIDN'T WANT TO DO THE GAMMA KNIFE SURGERY, BUT NOW HE MAY TRY SOME KIND OF A NERVE BLOCK INJECTION TO SEE IF THAT HELPS. HE WILL CALL IF HE HAS ADD'LQUESTIONS REGARDING APPEAL.

**09/18/2017 9:41 AM - PHONE Note 26**
Claim/Event/Leave: 5616243
NoteSubject : EE Called
Other Subject : CSU
Text: [09/18/2017 - GENIER, KATHRYN]EE CALLED AND HAS QUESTIONS REGARDING A PAYMENT HE DID NOT REC'D AND THIS IS HOLDING UP HIS UNEMPLOYMENT PAYMENT. DCM NOT AVAIL- DCM WILL RETURN CALL TO EE. EE PROVIDED CELL # 480 248 0066. THANKED AND CALL ENDED. EMAIL TO DCM

**09/15/2017 2:48 PM - PHONE Note 25**
Claim/Event/Leave: 5616243
NoteSubject : EE Called
Other Subject :
Text: [09/15/2017 - RICE, RACHEL]REC'D P/C FROM EE ON BEHALF OF ADCM - HE IS FILING FOR UNEMPLOYMENT AND THEY NOTICED THE GAP IN THAT HE ONLY REC'D DISABILITY THROUGH 8/19/2017 VERSUS 8/24/2017 - LOOKED IN THE SYSTEM AND CAN'T TELL WHY HE HASN'T REC'D PAYMENT FOR 8/20/2017 - 8/24/2017 - DCM WILL REACH OUT TO PAYMENT SERVICES AND FIND OUT WHY THE SYSTEM HASN'T RELEASED PAYMENT 8/20/2017 - 8/24/2017 - WE WOULD BE HONORING OUR LTR AND ISSUING THROUGH 8/24/2017 - HE WILL LET UNEMPLOYMENT KNOW SO THEY WOULD BEGIN AFTER - THANKED- CALL CONCLUDED

**09/15/2017 2:31 AM - CLAIM Note 57**
Claim/Event/Leave: 5616243
NoteSubject : Ref to Other
Other Subject : FRS
Text: THE SCORE REFERRAL FOR FINANCIAL REVIEW SERVICES REFERRAL AND SOCIAL SECURITY PENDING HAS BEEN RECEIVED AND ASSIGNED TO CONNOR NEBESKY.

**09/14/2017 2:30 AM - CLAIM Note 56**
Claim/Event/Leave: 5616243
NoteSubject : Ref to Other
Other Subject : FRS
Text: FOR SOCIAL SECURITY PENDING.WITH A REASON OF .COMMENTS: SS PENDING AT ALJ

**08/23/2017 11:11 AM - CLAIM Note 55**
Claim/Event/Leave: 5616243
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [08/23/2017 - DURLING, BARBARA]GIVEN MEDICAL ASSESSMENT AND LACK OF RESTRICTIONS AND LIMITATIONS, AGREE WITH CLOSURE OF LTD NOT TD OWN OCC.

**08/23/2017 8:23 AM - CLAIM Note 54**
Claim/Event/Leave: 5616243
NoteSubject : Closed
Other Subject : MNGR REVIEW
Text: [08/23/2017 - AUSTIN, JESSICA]FILE REFERRED FOR CLOSURE, NOT TD OWN OCC. DOD 09/20/2015, LTD BBD 03/20/2016. 53 YOM, STORE MANAGER W/MEDIUM OCC. DX: POST-HERPETIC NEURALGIA. THE CLAIMANT INITIALLY WENT OUT OF WORK AFTER HE HAD SHINGLES IN HIS RIGHT SCALP. HE PRESENTED TO THE DOCTORS WITH ELECTRIC SHOCK TYPE PAIN ON THE SIDE OF HIS FACE AND WAS DIAGNOSED WITH POST-HERPETIC NEURALGIA. THE CLAIMANT HAS UNDERGONE MULTIPLE MEDICATION TRIALS SINCE THAT TIME. RECENTLY THE CLAIMANT CHANGED NEUROLOGISTSAND WAS STARTED ON TRILEPTAL 300MG 2X PER DAY, WHICH THE RECORDS DOCUMENT DRAMATICALLY REDUCED THE PAIN. THE CLMNT'S NEUROLOGIST, DR. GITT, HAS INDICATED THAT HE DOES NOT GET INVOLVED IN DISABILITY CLAIMS AND DID

NOT FILL OUT THE RESTRICTIONS FORM AND ALSO DECLINED TO SPEAK WITH THE CP REVIEWING THE FILE. A NEUROLOGY PEER REVIEW WAS COMPLETED IN 8/17 WHICH CONCLUDED THAT BASED ON THE DOCUMENTATION PROVIDED, AND FROM A NEUROLOGICAL PERSPECTIVE ONLY, THE CLAIMANT HAS A DIAGNOSIS OF TRIGEMINAL NEURALGIA, BUT THERE ARE NO RESTRICTIONS AND LIMITATIONS. A COPY OF THE REPORT WAS FORWARDED TO DR. GITT FOR COMMENT; HOWEVER WE DID NOT RECEIVE A RESPONSE. GIVEN THE RECOMMENDATIONS OUTLINED IN THE PEER REVIEW AND NO RESPONSE FROM THE PROVIDER REGARDING WORK CAPACITY, THE CLAIM IS CLOSED FOR NOT TD OWN OCC.

**08/07/2017 2:18 PM - CLAIM Note 53**
Claim/Event/Leave: 5616243
NoteSubject : Peer Review
Other Subject :
Text: [08/07/2017 - AUSTIN, JESSICA]RCVD NEUROLOGY PEER REVIEW FROM MES WHICH OUTLINES THAT THE CLAIMANT DOES NOT CURRENTLY HAVE ANY RESTRICTIONS. PROVIDER CONTACT WAS NOT SUCCESSFUL. COPY OF REPORT HAS BEEN FAXED TO DR. GITT FOR COMMENT.

**08/03/2017 1:10 PM - PHONE Note 24**
Claim/Event/Leave: 5616243
NoteSubject : EE Called
Other Subject : LEFT MESSAGE
Text: [08/03/2017 - AUSTIN, JESSICA]EE CALLED AND LEFT MESSAGE ADVISING THAT HE RCVD LETTER NOTIFYING HIM THAT FILE HAD BEEN REFERRED FOR REVIEW, AND HE WOULD LIKE TO DISCUSS THIS FURTHER.***DCM ATTEMPTED TO R/C AND LM ADVISING THAT FILE HAD BEEN REFERREDFOR PEER REVIEW IN ORDER TO ASSESS CURRENT LEVEL OF IMPAIRMENT. ADVISED THAT AS PART OF THE REVIEW, THE PHYSICIAN WOULD BE CONTACTING HIS PROVIDER TO DISCUSS CASE AS WELL. ADVISED HE COULD CALL BACK WITH ANY ADD'L QUESTIONS.

**07/26/2017 3:11 PM - CLAIM Note 52**
Claim/Event/Leave: 5616243
NoteSubject : Other
Other Subject : COPY REQUEST
Text: [07/26/2017 - PARLIN, NICOLE]PER CM REQUEST, ALL DOCS IN DOC LIST/NOTE REPORT WERE COPIED INTO TWO ZIP FILE AND EMAILED TO PRSCSTL@MESGROUP.COM TODAY VIA SECURE EMAIL.

**07/26/2017 2:29 AM - CLAIM Note 51**
Claim/Event/Leave: 5616243
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 7/25/2017 - REFERRED TO MES SOLUTIONS FOR PEER REVIEW.

**07/25/2017 11:17 AM - CLAIM Note 50**
Claim/Event/Leave: 5616243
NoteSubject : Action Plan
Other Subject :
Text: [07/25/2017 - AUSTIN, JESSICA]FILE REFERRED FOR A NEUROLOGICAL PEER REVIEW IN ORDER TO DETERMINE CURRENT LEVEL OF IMPAIRMENT.

**07/25/2017 10:59 AM - CLAIM Note 49**
Claim/Event/Leave: 5616243
NoteSubject : Med Records Rcvd
Other Subject : DR. GITT
Text: [07/25/2017 - AUSTIN, JESSICA]RCVD MED RECORDS FROM DR. GITT DATED 5/17 AND 6/17.

**07/10/2017 12:29 PM - CLAIM Note 48**
Claim/Event/Leave: 5616243
NoteSubject : Other
Other Subject : VENDOR PAYMENT
Text: [07/10/2017 - KANE, AMANDA]RECD INV FROM BACTES ON 7/10/17, INV # L11GF1, IN THE AMT OF $55.00 FOR 12 PAGES OF RECORDS FROM CENTER FOR NEUROLOGY AND SPINE. INV PD.

**06/30/2017 10:27 AM - CLAIM Note 47**
Claim/Event/Leave: 5616243
NoteSubject : Other
Other Subject :
Text: [06/30/2017 - AUSTIN, JESSICA]RCVD RESPONSE FROM DR. GITT THAT THEY DO NOT HAVE AUTH ON FILE, REFAXED REQUEST WITH AUTH FORM.

**06/26/2017 2:19 PM - CLAIM Note 46**
Claim/Event/Leave: 5616243
NoteSubject : LTR to AP
Other Subject : DR. GITT
Text: [06/26/2017 - AUSTIN, JESSICA]FAXED REQUEST TO DR. GITT FOR ALL RECORDS FROM 5/1/17 THROUGH THE PRESENT DATE.

**05/17/2017 11:46 AM - PHONE Note 23**
Claim/Event/Leave: 5616243
NoteSubject : Called EE
Other Subject :

Other Subject :
Text: [05/17/2017 - COOPER, JENNIFER]EE CALLED TO CONFIRM WHEN CHECK WILL BE DEPOSITED INTO ACCOUNT. ADVISED RELEASED 5/15/17 WILL TAKE A FEW BUSINESS DAYS. EE STATED UNDERSTANDING. EE ADVISED WILL BE GETTING BRAIN SCAN TODAY AND MEDICATIONS HAVE CHANGED TO OXCARDAZDTIPN 150 MG 2 X PER DAY, DR. JEFFREY GITT IS THE NEW NEUROLOGIST WHO IS PRESCRIBING THIS NEW MEDICATION DUE TO DR. KLASKI WANTED TO DO TX THAT EE WAS NOT COMFORTABLE WITH. ON OBAMA CARE NOW SO HAD TO MOVE TO NEW NEUROLOGIST FOR THAT REASON AS WELL. DR. GITT IS THE ONE TO DO THE MRI OF BRAIN THIS MORNING. NOV WITH DR. GITT IS ON 6/7/17 TO DISCUSS THE RESULTS. PHONE NUMBER FOR NEW AP, IS 602-482-2116.[05/17/2017 - COOPER, JENNIFER]DCM THANKED FOR UPDATE, WILL LET DCM KNOW, C/E

**04/20/2017 1:06 PM - PHONE Note 22**
Claim/Event/Leave: 5616243
NoteSubject : EE Called
Other Subject :
Text: [04/20/2017 - AUSTIN, JESSICA]EE CALLED AND LEFT ADVISING THAT THE 2ND OPINION IS SCHEDULED WITH DR. JIPPS (SP?) ON 5/2/17. HE STATED HE HAS NOT BEEN DOING WELL AND MOST DAYS DOES NOT GET OUT OF BED. HE STATED HE IS TAKING MAX DOSE OF TRAMADOL, TYLENOL AND IBUPROFEN ON A DAILY BASIS.

**04/19/2017 2:40 PM - PHONE Note 21**
Claim/Event/Leave: 5616243
NoteSubject : Called EE
Other Subject :
Text: [04/19/2017 - AUSTIN, JESSICA]ATTEMPTED TO CALL EE FOR UPDATE FROM OV W/2ND OPINION AND OBTAIN UPDATED CONTACT INFO AND TREATMENT PLAN GOING FORWARD. LM FOR R/C.

**03/27/2017 10:38 AM - CLAIM Note 45**
Claim/Event/Leave: 5616243
NoteSubject : Other
Other Subject : RETURNED CHECK
Text: [03/27/2017 - AUSTIN, JESSICA]CHECK NUMBER 31070896 WAS RETURNED IN THE AMOUNT OF $ 75.00 FOR CLAIM # 5616243. CHECK WILL CONSIDERED ABANDONED PROPERTY. NO FURTHER F/U ACTION NEEDED.

**02/22/2017 10:54 AM - PHONE Note 20**
Claim/Event/Leave: 5616243
NoteSubject : Called EE
Other Subject :
Text: [02/22/2017 - AUSTIN, JESSICA]CALLED EE FOR UPDATE AND TO DETERMINE IF HE HAD SEEN NEW NEUROLOGIST. HE STATED THAT HE WAS REFERRED FOR A SECOND OPINION, BUT APPOINTMENT IS NOT UNTIL THE END OF MARCH. THEY ARE DEBATING DOING GAMMA KNIFE SURGERY, BUT HE WANTS TO HAVE SECOND OPINION BEFORE MOVING FORWARD WITH THIS AS HE IS NERVOUS ABOUT PROCEDURE. HE STATED THAT THERE IS NO CHANGE IN SS STATUS AND THEY ARE STILL WAITING ON HEARING DATE. DCM ADVISED WE WOULD F/U AFTER OV IN MARCH FOR UPDATE. EE THANKED ME FOR CALL.

**01/13/2017 8:20 AM - CLAIM Note 44**
Claim/Event/Leave: 5616243
NoteSubject : Med Records Rcvd
Other Subject : PATTON
Text: [01/13/2017 - AUSTIN, JESSICA]RCVD R&LS FORM FROM DR. PATTON. UNABLE TO RTW AND BEING REFERRED TO NEW NEUROLOGIST.

**01/12/2017 2:32 AM - CLAIM Note 43**
Claim/Event/Leave: 5616243
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL
Text: 1/11/2017 - REFERRED TO HUB ENTERPRISES FOR SIU VENDOR SERVICES.

**01/11/2017 9:11 AM - CLAIM Note 42**
Claim/Event/Leave: 5616243
NoteSubject : Action Plan
Other Subject :
Text: [01/11/2017 - AUSTIN, JESSICA]DOD 09/20/2015, LTD BBD 03/20/2016. 52 YOM, STORE MANAGER W/MEDIUM OCC. DX: POST-HERPETIC TRIGEMINAL NEURALGIA. THE CLMNT WAS DX'D WITH SHINGLES IN 9/15 AND SINCE THAT TIME HAS CONTINUED TO C/O INTENSE PAIN AND HAS TRIEDSEVERAL MEDICATIONS. AS OF 9/16, MEDICATIONS WERE INCREASED AGAIN. A CP REVIEW WAS COMPLETED IN 12/16 WHICH CONCLUDED THAT WHILE THE CLMNT CONT. TO HAVE PAIN, THERE IS NO LONGER A SEVERITY THAT WOULD IMPAIR HIM FROM WORK; HOWEVER AP CONSENSUS WAS NOT REACHED WITH THE CLMNT'S PROVIDER, DR. KLASKI.***SINCE MOST UPDATED RECORDS ON FILE ARE FROM 9/16, DCM TO REQUEST UPDATED INFORMATION AND THEN CONSIDER POSSIBLE IME. DCM ALSO TO REFER FOR ADD'L SURVEILLANCE.

**01/11/2017 8:43 AM - CLAIM Note 41**
Claim/Event/Leave: 5616243
NoteSubject : Med Records Rcvd
Other Subject : KLASKI
Text: [01/11/2017 - AUSTIN, JESSICA]RCVD RESPONSE FROM AP KLASKI THAT HE IS NOT ABLE TO SIGN LETTER IN AGREEMENT.

**01/03/2017 11:22 AM - CLAIM Note 40**
Claim/Event/Leave: 5616243
NoteSubject : Action Plan

NoteSubject : Action Plan
Other Subject :
Text: [01/03/2017 - AUSTIN, JESSICA]GIVEN THAT REVIEW OUTLINED FULL-TIME WORK CAPACITY, DCM TO FORWARD COPY OF REVIEW TO PROVIDER FOR COMMENT.

**12/30/2016 9:01 AM - CLAIM Note 39**
Claim/Event/Leave: 5616243
NoteSubject : Peer Review
Other Subject : ADDENDUM
Text: [12/30/2016 - ARVENITIS, KERRY]PEER REVIEW ADDENDUM REC'D.

**12/23/2016 7:55 AM - CLAIM Note 38**
Claim/Event/Leave: 5616243
NoteSubject : Social Security
Other Subject : UPDATE
Text: [12/23/2016 - AUSTIN, JESSICA]RCVD SS UPDATE FROM CLMNT SHOWING SS DENIAL AND REQUEST FOR HEARING.

**12/22/2016 1:53 PM - PHONE Note 19**
Claim/Event/Leave: 5616243
NoteSubject : Called EE
Other Subject :
Text: [12/22/2016 - AUSTIN, JESSICA]CALLED EE FOR UPDATE. HE STATED THAT HE WAS ACTUALLY ON HIS WAY TO THE EMERGENCY ROOM BECAUSE HE WAS IN SO MUCH PAIN. HE STATED HE IS TAKING THE MAX DOSE OF TEGRETOL AND IT IS NOT HELPING. APS HAVE RECOMMENDED A LASER SURGERY, BUT HE IS STILL THINKING IT OVER. HE STATED HE HAS APPLIED FOR SSD, BUT HAS BEEN DENIED AND HEARING HAS BEEN FILED. WE AGREED TO SPEAK AT A LATER TIME WHEN HE WAS FEELING BETTER.

**12/01/2016 3:46 PM - PHONE Note 18**
Claim/Event/Leave: 5616243
NoteSubject : Called EE
Other Subject : 60 DAY F/U
Text: [12/01/2016 - AUSTIN, JESSICA]DCM TO F/U WITH CLMNT ONCE CP ADDENDUM IS COMPLETED.

**11/11/2016 2:32 AM - CLAIM Note 37**
Claim/Event/Leave: 5616243
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 11/10/2016 - REFERRED TO CONSULTING PHYSICIAN FOR FULL REVIEW.

**11/10/2016 3:30 PM - CLAIM Note 36**
Claim/Event/Leave: 5616243
NoteSubject : Action Plan
Other Subject :
Text: [11/10/2016 - AUSTIN, JESSICA]FILE REFERRED FOR CP ADDENDUM TO DETERMINE IF IMPAIRMENT FROM MEDIUM WORK CAPACITY CONT. TO BE SUBSTANTIATED.

**11/10/2016 3:04 PM - CLAIM Note 35**
Claim/Event/Leave: 5616243
NoteSubject : Med Records Rcvd
Other Subject : KLASKI
Text: [11/10/2016 - AUSTIN, JESSICA]RCVD RECORDS FROM DR. KLASKI FROM 7/16 AND 9/16.

**11/10/2016 10:38 AM - PHONE Note 17**
Claim/Event/Leave: 5616243
NoteSubject : AP Called
Other Subject :
Text: [11/10/2016 - AUSTIN, JESSICA]RCVD CALLED FROM PHOENIX NEUROLOGY. SHE ADVISED THAT SHE NEVER RCVD OUR PAYMENT. DCM ADVISED THAT IT IS STILL IN ISSUED STATUS. I ADVISED HER OF THE TAX ID NUMBER USED AND SHE STATED THAT WAS ACTUALLY NOT CORRECT, THAT IS THEIR OLD ONE. SHE PROVIDED ME WITH AN UPDATED TAX ID NUMBER OF 20-4772900. DCM ADVISED I WOULD ISSUE NEW PAYMENT BASED ON TAX ID# TODAY AND SHE AGREED TO FAX RECORDS TO US THIS MORNING. DCM THANKED HER FOR ASSISTANCE.

**11/08/2016 3:29 PM - PHONE Note 16**
Claim/Event/Leave: 5616243
NoteSubject : Called AP
Other Subject : KLASKI
Text: [11/08/2016 - AUSTIN, JESSICA]CALLED AP'S OFFICE AND LM WITH MED RECORDS DEPARTMENT. ADVISED THAT WE RCVD INVOICE ON 10/6 AND THAT PAYMENT WAS ISSUED ON 10/7, HOWEVER IT IS STILL IN AN ISSUED STATUS. ASKED TO PLEASE R/C TO CONFIRM THEY RCVD PAYMENT OR IF THEY NEED ANYTHING ADDITIONAL AS WE HAVE NOT YET RECEIVED REQUESTED RECORDS.

**10/21/2016 10:50 AM - CLAIM Note 34**
Claim/Event/Leave: 5616243
NoteSubject : Other
Other Subject : CHANGED DD
Text: [10/21/2016 - WRIGHT, PATRICIA]CHANGED TO ACCT ROUTING#

**10/19/2016 9:27 AM - PHONE Note 15**
Claim/Event/Leave: 5616243
NoteSubject : EE Called
Other Subject : CSU
Text: [10/19/2016 - GENIER, KATHRYN]EE CALLED TO VERIFY IF DD FORMS WERE REC'D. WARM TRANSFER TO A LTD DCM

**10/18/2016 1:10 PM - CLAIM Note 33**
Claim/Event/Leave: 5616243
NoteSubject : LTR to EE
Other Subject : DD APP
Text: [10/18/2016 - PELLETIER, BRANDY]ISSUED UPDATED DD APPLICATION FORM TO CLMT

**10/18/2016 1:02 PM - PHONE Note 14**
Claim/Event/Leave: 5616243
NoteSubject : EE Called
Other Subject : DD FORM
Text: [10/18/2016 - RICHARDS, SUZETTE]HIS ACCOUNT WAS COMPROMISED, NEEDS NEW DD FORM - EMAILED ADCM

**10/06/2016 12:02 PM - PHONE Note 13**
Claim/Event/Leave: 5616243
NoteSubject : AP Called
Other Subject : CSU
Text: [10/06/2016 - LANGHAMMER, HEATHER]PAT FROM AP KLASKI'S OFFICE CALLED TO CONFIRM WHAT THE AP NEEDS TO SEND IF, REVIEWED FAX THAT WAS SENT TO AP'S OFFICE AND ADVISED PAT OF REQUIRED INFORMATION. PAT CONFIRMED DCM'S FAX NUMBER AND WILL BE FAXING AN INVOICE TODAY FOR COPYING OF THE RECORDS. ONCE THE PAYMENT IS RECV'D BACK AP'S OFFICE WILL FORWARD RECORDS TO US FOR REVIEW. PAT THANKED CALL ENDED

**09/26/2016 10:11 AM - CLAIM Note 32**
Claim/Event/Leave: 5616243
NoteSubject : Med Records Rcvd
Other Subject : DR. PATTON
Text: [09/26/2016 - AUSTIN, JESSICA]RCVD UPDATED WORK STATUS REPORT FROM DR. PATTON. CLMNT IS TEMPORARILY DISABLED. REASSESSMENT IN 3 MONTHS.

**09/26/2016 9:05 AM - PHONE Note 12**
Claim/Event/Leave: 5616243
NoteSubject : EE Called
Other Subject :
Text: [09/26/2016 - AUSTIN, JESSICA]EE CALLED AND PROVIDED UPDATED PHONE NUMBERS. HE STATED THAT HE IS NOT DOING WELL. HE WAS RECENTLY SWITCHED FROM PREVIOUS MEDICATION TO TEGRETOL. HE IS TAKING 200MG 4X PER DAY AND ALSO TAKING TRAMADOL FOR BREAKTHROUGH PAIN. HE STATED THAT IN THE LAST 4 MONTHS, HE LOST HIS MOTHER AND OLDER BROTHER, AND FEELS THAT STRESS EXACERBATES PAIN. HE IS STILL HAVE UNRELENTING DIZZINESS AND VERTIGO. HE STATED THAT THE MEDICATION HELPS A LITTLE AND HE HAS ESSENTIALLY GONE FROM WORSE TO BAD. HE STATED HE SPENDS MOST OF THE DAY IN BED AND CONTINUES TO HAVE SEVERE PAIN WITH FREQUENT BREAKTHROUGH SHOCK-LIKE SYMPTOMS. DCM THANKED HIM FOR UPDATE AND TO CALL IF HE NEEDS ANYTHING ADD'L.

**09/15/2016 11:08 AM - CLAIM Note 31**
Claim/Event/Leave: 5616243
NoteSubject : LTR to EE
Other Subject :
Text: [09/15/2016 - AUSTIN, JESSICA]ISSUED UNABLE TO CONTACT LTR TO CLMNT WITH REQUEST TO CONTACT OFFICE BY 9/29.

**09/15/2016 11:05 AM - PHONE Note 11**
Claim/Event/Leave: 5616243
NoteSubject : Called EE
Other Subject :
Text: [09/15/2016 - AUSTIN, JESSICA]ATTEMPTED TO CALL EE FOR UPDATE. CELL PHONE LINE HAD BEEN DISCONNECTED AND ALT. NUMBER WAS BUSY.

**07/12/2016 8:58 AM - CLAIM Note 30**
Claim/Event/Leave: 5616243
NoteSubject : Med Records Rcvd
Other Subject : KLASKI
Text: [07/12/2016 - PELLETIER, BRANDY]/*UNABLE TO COMPLETE RF* OVN 7/7/2016

**07/06/2016 3:46 PM - PHONE Note 10**
Claim/Event/Leave: 5616243
NoteSubject : Called EE
Other Subject : STATUS
Text: [07/06/2016 - PELLETIER, BRANDY]CALLED FOR STATUS UPDATE AND CONFIRMED THAT LAST WEEKS APT WAS CHANGED TO TOMORROW AT 5:30PM. DID RECENTLY HAVE TO BE PLACED ON PAIN MEDICATIONS DUE TO HIS PAIN LEVEL. THINKS THEY MAY WANT TO START HIM ON LYRICA. (OF NOTE, CLMT DID NOT SOUND WELL ON THE PHONE. APPEARED TO HAVE SHORTNESS OF BREATH AND SPOKE VERY SOFTLY) DCM EXPLAINED THAT WE WOULD PLAN TO F/U W/ AP FOR UPDATES AND WISHED HIM WELL. PLEASE CALL IF ANY CHANGES

**06/08/2016 11:26 AM - CLAIM Note 29**
Claim/Event/Leave: 5616243
NoteSubject : Med Records Rcvd
Other Subject : AP CONSENSUS
Text: [06/08/2016 - PELLETIER, BRANDY]RCVD COPY OF PEER / AP CONSENSUS SIGNED 6/6/2016

**06/02/2016 3:44 PM - CLAIM Note 28**
Claim/Event/Leave: 5616243
NoteSubject : Med Records Rcvd
Other Subject : DR. PATTON
Text: [06/02/2016 - AUSTIN, JESSICA]RCVD ATTENDING PHYSICIANS STATEMENT INDICATING THAT THE CLMNT IS CURRENTLY TEMPORARILY TOTALLY DISABLED, DATED 5/24/16.

**05/31/2016 11:17 AM - PHONE Note 9**
Claim/Event/Leave: 5616243
NoteSubject : EE Called
Other Subject : W4S
Text: [05/31/2016 - WAHL, HENRY]RECD W4S? ADVISED YES AND THAT WE SET UP FIT W/H PER W4S. EE THANKED.

**05/28/2016 2:31 AM - CLAIM Note 27**
Claim/Event/Leave: 5616243
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND PAYMENT ADJUSTMENT AND A REASON OF TAX WITHHOLDINGS HAS BEEN RECEIVED AND ASSIGNED TO HANNAH DEXTER.

**05/28/2016 2:31 AM - CLAIM Note 26**
Claim/Event/Leave: 5616243
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR REQUEST FOR TAX WITHHOLDINGS.

**05/27/2016 10:49 AM - CLAIM Note 25**
Claim/Event/Leave: 5616243
NoteSubject : Ref to Other
Other Subject : PAYMENT SERVICES
Text: [05/27/2016 - DEXTER, HANNAH]RECEIVED REFERRAL AND FEDERAL TAX WITHHOLDING HAS BEEN SET UP IN THE AMOUNT OF $88.00 PER EE SUBMISSION OF THE W4S IN THE DOC LIST.

**05/12/2016 12:39 PM - CLAIM Note 24**
Claim/Event/Leave: 5616243
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [05/12/2016 - CAREY, LAUREN]AGREE WITH APPROVAL AND FOLLOWING UP FOR ADDITIONAL MEDICAL INFORMATION IF THE CLMT DOES NOT RTW AS ANTICIPATED.

**05/12/2016 9:04 AM - CLAIM Note 23**
Claim/Event/Leave: 5616243
NoteSubject : Approved
Other Subject : MNGR REVIEW
Text: [05/12/2016 - AUSTIN, JESSICA]DCM RECOMMENDS FORMAL OWN OCC APPROVAL. THE FILE WAS PREVIOUSLY PAID UNDER ROR WHILE AWAITING NEURO CP REVIEW TO REVIEW FOR PRE-X AND DETERMINE CURRENT LEVEL OF IMPAIRMENT. ACCORDING TO THE 5/16 NEURO CP REVIEW, THE IMPAIRING DIAGNOSIS IS POSTHERPETIC NEURALGIA. THE CLMNT DID NOT RECEIVE TREATMENT FOR THIS CONDITION DURING THE PRE-X TIME PERIOD. THE CLMNT CONTINUES TOBE IMPAIRED DUE TO PAIN. PER CONVERSATION WITH DR. KLASKI, THE NOV IS SCHEDULED FOR 6/29/16 AND RTWIS EXPECTED FOR 7/5/16. ACTION PLAN: DCM TO F/U TO CONFIRM RTW IN 7/16. IF NO RTW, WILL OBTAIN ADDITIONAL MED INFO AND CONSIDER FURTHER CLINICAL REVIEW.

**05/12/2016 9:01 AM - CLAIM Note 22**
Claim/Event/Leave: 5616243
NoteSubject : Peer Review
Other Subject :
Text: [05/12/2016 - AUSTIN, JESSICA]RCVD NEURO CP REVIEW DATED 5/11/16. ACCORDING TO THE REPORT, THE IMPAIRING DIAGNOSIS IS POSTHERPETIC NEURALGIA. THE CLMNT DID NOT RECEIVE TREATMENT FOR THIS CONDITION DURING THE PRE-X TIME PERIOD. THE CLMNT CONTINUES TOBE IMPAIRED DUE TO PAIN. PER CONVERSATION WITH DR. KLASKI, THE NOV IS SCHEDULED FOR 6/29/16 AND RTW IS EXPECTED FOR 7/5/16.

**05/06/2016 12:49 PM - CLAIM Note 21**
Claim/Event/Leave: 5616243
NoteSubject : Other
Other Subject :
Text: [05/06/2016 - AUSTIN, JESSICA]REVIEWED CP STATUS REPORT, REVIEW IS CURRENTLY PENDED. SENT UPDATED STATUS LETTER TO CLMNT.

**04/18/2016 1:15 PM - CLAIM Note 20**
Claim/Event/Leave: 5616243

NoteSubject : Other
Other Subject : ADD DD
Text: [04/18/2016 - WRIGHT, PATRICIA]ADDED ACCT ROUTING#

**04/14/2016 3:21 PM - PHONE Note 8**
Claim/Event/Leave: 5616243
NoteSubject : EE Called
Other Subject :
Text: [04/14/2016 - AUSTIN, JESSICA]EE CALLED TO FIND OUT IF HE GOT HAVE A DD APP, DCM ADVISED I WOULD SEND IT OUT. HE STATED HE IS STUCK IN CHICAGO RIGHT NOW HELPING HIS DAD WITH HIS MOM'S AFFAIRS. HE ALSO NOW HAS WALKING PNEUMONIA. HE DOES HAVE F/U NEUROVISIT AT THE END OF APRIL, HE IS TREATING EVERY 30 DAYS. DCM EXPLAINED PAYMENT UNDER ROR AND THAT WE HAVE REFERRED FILE OUT FOR REVIEW. EE EXPRESSED UNDERSTANDING AND THANKED ME FOR ASSISTANCE.

**04/13/2016 9:10 AM - CLAIM Note 19**
Claim/Event/Leave: 5616243
NoteSubject : Voc Rehab
Other Subject :
Text: [04/13/2016 - SULLIVAN, NANCY]TSA PERFORMED PER LIFE CLAIMS REQUEST, SEE LIFE CLAIMS.

**04/08/2016 2:53 AM - CLAIM Note 18**
Claim/Event/Leave: 5616243
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 4/7/2016 - REFERRED TO CONSULTING PHYSICIAN FOR FULL REVIEW.

**04/07/2016 2:16 PM - CLAIM Note 17**
Claim/Event/Leave: 5616243
NoteSubject : Other
Other Subject : MGR REVIEW
Text: [04/07/2016 - BREWSTER, TRISHA]AGREE WITH RECOMMENDATION TO ISSUE PAYMENT UNDER ROR WHILE INVESTIGATION IN TO INITIAL LIABILITY IS CONTINUED;

**04/07/2016 10:56 AM - CLAIM Note 16**
Claim/Event/Leave: 5616243
NoteSubject : Action Plan
Other Subject : MNGR REVIEW
Text: [04/07/2016 - AUSTIN, JESSICA]DCM REC. PAYMENT UNDER ROR WHILE FILE IS UNDERGOING NEUROLOGY PEER REVIEW TO CONFIRM CONDITION IS NOT PRE-EXISTING AND TO DETERMINE DURATION OF CURRENT IMPAIRMENT. DOD 9/20/15, LTD BBD 3/20/16. 51 YOM, MANAGER W/MEDIUM OCC. DX: HERPES ZOSTER (SHINGLES) W/POST HERPETIC NEURALGIA. THE CLMNT WAS INITIALLY TREATED WITH ANTIBIOTICS AND NARCOTIC PAIN MEDICATION. THE RASH RESOLVED, BUT THE CLMNT WAS LEFT WITH SEVERE POST HERPETIC NEURALGIA AFFECTING THE CRANIAL AND VESTIBULAR NERVES. HE LATER DEVELOPED A TOOTH ABSCESS SECONDARY TO SHINGLES, REQUIRING EXTRACTION AND BONE GRAFTING. HE WAS LATER REFERRED TO NEUROLOGY, PT AND VESTIBULAR THERAPY. HE HAS TRIED SEVERAL MEDICATIONS, BUT STILL EXPERIENCES BREAK THROUGH PAIN ALONG WITH VERTIGO. THE FILE HAS BEEN REFERRED FOR NEURO REVIEW TO COMMENT ON PRE-X AS WELL AS CURRENT LEVEL OF IMPAIRMENT.

**04/07/2016 10:12 AM - CLAIM Note 15**
Claim/Event/Leave: 5616243
NoteSubject : Action Plan
Other Subject : CC
Text: [04/07/2016 - AUSTIN, JESSICA]FILE REVIEWED IN CC WITH M2 AND PEERS. DCM TO REFER FOR NEUROLOGY REVIEW TO CONFIRM THAT CONDITION IS NOT PRE-X AND TO DETERMINE EXPECTED DURATION OF IMPAIRMENT FROM MEDIUM WORK CAPACITY. DCM TO REFER FOR PAYMENT UNDER ROR.

**04/04/2016 1:46 PM - PHONE Note 7**
Claim/Event/Leave: 5616243
NoteSubject : EE Called
Other Subject :
Text: [04/04/2016 - AUSTIN, JESSICA]EE CALLED AND ADVISED THAT DR. KLASKI'S RECORDS SHOULD BE CONTAINED W/IN DR. PATTON'S RECORDS. DCM LOOKED THROUGH INFO AND CONFIRMED THAT THEY WERE. I ADVISED I WOULD BE HAVING INFO REVIEWED AT THIS TIME. THE CLMNT STATED THAT HIS MOM JUST PASSED AWAY, AND HE HAD TO TAKE A TRAIN FROM PHOENIX AZ TO CHICAGO TO HELP HIS DAD, AND HE IS THERE NOW. WE CAN CALL HIM ON HIS CELL PHONE. HE STATED THAT HE HAS BEEN DOING WORSE SINCE HE GOT HERE. DCM AGREED TO KEEP HIM UPDATED ON CLAIM.

**04/01/2016 3:36 PM - PHONE Note 6**
Claim/Event/Leave: 5616243
NoteSubject : Called EE
Other Subject :
Text: [04/01/2016 - AUSTIN, JESSICA]CALLED EE AND LM ADVISING THAT WE DID RECEIVE RECORDS FROM DR. PATTON, BUT WE ARE STILL WAITING ON RECORDS FROM KLASKI. ADVISED I SENT ADD'L REQUEST TO THEIR OFFICE TODAY, BUT THAT HE MAY WANT TO F/U AS WELL. ASKED FOR R/C WITH ANY QUESTIONS.

**04/01/2016 3:32 PM - CLAIM Note 14**
Claim/Event/Leave: 5616243
NoteSubject : Other
Other Subject : FAX CONF

Other Subject : FAX CONF
Text: [04/01/2016 - AUSTIN, JESSICA]YOUR FAX HAS BEEN SUCCESSFULLY SENT TO DR. KLASKI AT 623-535-9520. ---------------- -------------------------------------------- TIME: 4/1/2016 1:43:50 PM SENT TO 623-535-9520 WITH REMOTE ID FAX RESULT: (0/339;0/0) SUCCESSFUL SEND PAGE RECORD: 1 - 7 ELAPSED TIME: 02:24 ON CHANNEL 39

**04/01/2016 1:42 PM - CLAIM Note 13**
Claim/Event/Leave: 5616243
NoteSubject : Med Records Rcvd
Other Subject : KLASKI
Text: [04/01/2016 - AUSTIN, JESSICA]RCVD RESPONSE FROM DR. KLASKI (NEURO) THAT THEY ARE UNABLE TO COMPLETE FORMS.

**03/28/2016 9:47 AM - CLAIM Note 12**
Claim/Event/Leave: 5616243
NoteSubject : Med Records Rcvd
Other Subject : DR. PATTON
Text: [03/28/2016 - AUSTIN, JESSICA]RCVD R&LS FORM DATED 3/25/16 AND OV NOTES DATED 12/13/15-2/1/16 AND PT NOTES DATED 1/6/16-2/12/16.

**03/28/2016 9:47 AM - PHONE Note 5**
Claim/Event/Leave: 5616243
NoteSubject : EE Called
Other Subject :
Text: [03/28/2016 - EAGEN, CHRISTINA]EE CALLED TO SEE IF WE RECEIVED RECORDS FROM DR. PATTON. CONFIRMED THAT DCM DID RECEIVE THEM BUT WILL NEED A CHANCE TO REVIEW. HE ASKED HOW QUICKLY A DECISION WILL BE MADE. TOLD HIM THAT WE TRY TO HAVE A DECISION BY THE LTD BBD HOWEVER WE CANT GUARANTEE THIS. HE ASKED FOR DCM TO CALL HIM BACK. TOLD HIM DCM WILL NEED TO REVIEW RECORDS WHICH COULD TAKE A DAY OR 2 AND THEN SHE WILL F/U WITH HIM. HE THANKED ME AND CALL ENDED. SENT NOTE TO DCM.

**03/25/2016 2:28 PM - PHONE Note 4**
Claim/Event/Leave: 5616243
NoteSubject : EE Called
Other Subject :
Text: [03/25/2016 - LAROCCA, KRISTIE]EE CALLED ASKING STATUS, DCM EXPLAINED N&P, EE WILL F/U WITH PROVIDERS, DCM EXPLAINED 30 DAYS CYCLE IF LTD APPROVED, EE VOICED UNDERSTANDING

**03/23/2016 1:48 PM - CLAIM Note 11**
Claim/Event/Leave: 5616243
NoteSubject : Other
Other Subject : EE CALLED
Text: [03/23/2016 - COLEMAN, LORI]TO LET US KNOW HE WILL BE OUT OF TOWN FOR A FUNERAL AND WANTED TO MAKE SURE WE WERE ABLE TO CONTACT HIM IF THERE WAS CHANGE IN HIS CLAIM STATUS. ADVISED EE I WILL EMAIL CASE MANAGER AND BACK UP TO MAKE SURE THEY KNOW EETHANKED CALL ENDED

**03/21/2016 4:45 PM - CLAIM Note 10**
Claim/Event/Leave: 5616243
NoteSubject : Other
Other Subject : DR WYSONG
Text: [03/21/2016 - ARVENITIS, KERRY]REC'D FAX DR IS NO LONGER TREATING.

**03/18/2016 10:27 AM - CLAIM Note 9**
Claim/Event/Leave: 5616243
NoteSubject : LTR to EE
Other Subject :
Text: [03/18/2016 - AUSTIN, JESSICA]ISSUE N&P LTR TO CLMNT FOR RECORDS FROM DR. KLASKI AND PATTON; INFO DUE 5/1/16.

**02/16/2016 2:38 PM - PHONE Note 3**
Claim/Event/Leave: 5616243
NoteSubject : Called EE
Other Subject :
Text: [02/16/2016 - AUSTIN, JESSICA]CALLED EE FOR UPDATE. HE STATED HE IS DOING BETTER, GOING TO PT AND DOING STRENGTHENING. HE STATED HE STILL HAS GOOD DAYS AND BAD AND HAS A LOT OF BREAK THROUGH PAIN. HE STATED HE HAS COMPLETED FORMS AND WILL FAX THEM TOUS. HE STATED THAT HE IS NOT SURE IF HE WILL BE RETURNING TO WORK BEFORE 3/20, HE DOESN'T FEEL LIKE HE COULD RIGHT NOW, GIVEN THAT A MONTH AGO HE WAS ESSENTIALLY BED-RIDDEN. HE STATED HE HAS NO HX OF CONDITION AND ONLY OTHER MED CONDITIONS ARE PRE-DIABETES, ALLERGY INDUCED ASTHMA, S/P APPENDECTOMY, HERNIA SX, AND BICEPS TENDON REPAIR. DCM ADVISED THAT ONCE FORMS WERE RCVD WE WOULD BE REQUESTING MED RECORDS FOR CLAIM, EE EXPRESSED UNDERSTANDING.

**02/04/2016 3:01 PM - CLAIM Note 8**
Claim/Event/Leave: 5616243
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: [02/04/2016 - DUBE, JACILYNN]SET UP SCHEDULED PAYMENT BASED ON ELIGIBILITY APPROVED: $85,000.00 ANNUALLY / 12 MONTHS = BME OF $7,083.33. THE BENEFIT IS 60% OR $4250.00. NO OFFSETS TO REPORT AT THIS TIME. NO DEDUCTIONS. THE INITIAL PAYMENT WORKSHEETHAS BEEN SAVED TO THE DOC LIST.

**01/27/2016 2:32 AM - CLAIM Note 7**
Claim/Event/Leave: 5616243
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO JACILYNN DUBE.

**01/27/2016 2:32 AM - CLAIM Note 6**
Claim/Event/Leave: 5616243
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL
Text: 1/26/2016 - REFERRED TO HUB ENTERPRISES FOR SIU VENDOR SERVICES.

**01/27/2016 2:32 AM - CLAIM Note 5**
Claim/Event/Leave: 5616243
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION.

**01/26/2016 3:31 PM - PHONE Note 2**
Claim/Event/Leave: 5616243
NoteSubject : EE Called
Other Subject : ICP
Text: [01/26/2016 - AUSTIN, JESSICA]EE R/C FOR ICP. WE HAD LENGTHY CONVERSATION, BUT WE DID NOT DISCUSS LTD BENS IN DETAIL AS CLMNT WAS ON HIS WAY TO DOCTORS APPOINTMENT (BROTHER WAS DRIVING). WE AGREED TO F/U NEXT WEEK. THE CLMNT RELAYED HIS HISTORY AND ADVISED THAT HE DEVELOPED SHINGLES, WHICH TURNED INTO POST-HERPETIC NEURALGIA. HE STATED THAT PAIN AND OTHER SYMPTOMS HAVE BEEN SO SEVERE, THAT HE WAS BED-RIDDEN FOR THREE MONTHS. HE STATED HE WAS INITIALLY ON GABAPENTIN, BUT WAS SWITCHED TO ZONISAMIDE, WHICH IS AN ANTI-SEIZURE DRUG. HE STATED THAT SINCE THAT TIME HIS PAIN HAS GOTTEN BETTER, BUT STILL HAS SEVERE BREAK-THOUGH PAIN. HE STATED THAT HE HAD A VESTIBULAR TEST YESTERDAY BECAUSE THEY THINK THAT SHINGLES VIRUS MAY HAVE ATTACKED VESTIBULARNERVE AS WELL AND THAT MAY BE WHY HE IS HAVING SO MUCH VERTIGO. THEY MAY HAVE HIM DO A REPEAT MRI DEPENDING ON TESTING RESULTS. SHINGLES VIRUS ALSO ATTACKED NERVE ROOT IN HIS MOUTH AND HE HAD TO HAVE A BONE GRAFTING SURGERY--JUST HAD F/U, HAD OVER 100 STITCHES IN HIS MOUTH. THEY HAVE ALSO STARTED HIM IN PT, WHICH HE IS DOING 3X PER WEEK. AP HAS SUGGESTED THAT HE SPEAK WITH PSYCH TO BE ABLE TO DEAL WITH PAIN, BUT HE IS HOLDING OFF ON THAT. HE STATED HE HAS NEVER BEEN SICK LIKE THIS AND JUST WANTS TO GET BACK TO WORK. HIS GOAL IS TO RTW IN MARCH, BUT IT WILL DEPEND ON SYMPTOMS. HE ALSO IS NOT DRIVING AT ALL RIGHT NOW. DCM ADVISED I WOULD EXT OUT STD CLAIM THRU MAX AND WE WOULD F/U NEXT WEEK TO DISCUSS LTD FURTHER.

**01/26/2016 1:12 PM - PHONE Note 1**
Claim/Event/Leave: 5616243
NoteSubject : Called EE
Other Subject :
Text: [01/26/2016 - AUSTIN, JESSICA]ATTEMPTED TO CALL EE FOR ICP. LM FOR R/C.

**01/21/2016 10:53 AM - CLAIM Note 4**
Claim/Event/Leave: 5616243
NoteSubject : STD Trans. LTD
Other Subject :
Text: [01/21/2016 - AUSTIN, JESSICA]DOD 9/20/15, LTD BBD 3/20/16. 51 YOM, MANAGER W/MEDIUM OCC. DX: HERPES ZOSTER (SHINGLES) W/POST HERPETIC NEURALGIA. THE CLMNT WAS INITIALLY TREATED WITH ANTIBIOTICS AND NARCOTIC PAIN MEDICATION. THE RASH RESOLVED, BUT THE CLMNT WAS LEFT WITH SEVERE POST HERPETIC NEURALGIA. HE LATER DEVELOPED A TOOTH ABSCESS SECONDARY TO SHINGLES, REQUIRING EXTRACTION AND BONE GRAFTING. HE WAS LATER REFERRED TO NEUROLOGY AND CONTINUING TO TAKE NARCOTIC PAIN MEDICATION AND GABAPENTIN.HE HAS ALSO DEVELOPED NAUSEA, VERTIGO AND TINNITUS AND HAS BEEN REFERRED FOR PT. THE CLMNT HAS NOV W/NEURO ON 1/22. THE CLAIM IS ALSO SUBJECT TO A PRE-X REVIEW FOR THE PERIOD OF 1/27/15-4/26/15. THE RECORDS ON FILE CONFIRM TREATMENT IN THE PRE-X PERIOD FOR ASTHMA, PRE-DIABETES, CHOLESTEROL, VIT DEFICIENT, HORMONAL IMBALANCE. HERPES ZOSTER APPEARS TO BE A NEW CONDITION.

**01/21/2016 10:20 AM - CLAIM Note 3**
Claim/Event/Leave: 5616243
NoteSubject : Other
Other Subject : LTD EDOC
Text: [01/21/2016 - AUSTIN, JESSICA]ACCORDING TO POLICY, FOR CLASS 1--IF THE COVERED PERSON IS EMPLOYED BY THE SPONSOR ON THE POLICY EFFECTIVE DATE - NONE. THEREFORE, THE LTD EDOC IS 4/27/15, WHICH IS THE DOH.

**01/20/2016 2:32 AM - CLAIM Note 2**
Claim/Event/Leave: 5616243
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 1/19/2016 - REFERRED TO TCMS FOR REVIEW AND POTENTIAL MANAGEMENT.

**01/19/2016 12:36 PM - CLAIM Note 1**
Claim/Event/Leave: 5616243
NoteSubject : Other
Other Subject :
Text: [01/19/2016 - DURLING, BARBARA]CLAIM ASSIGNED TO JESSICA AUSTIN

Text: [01/19/2016 - DURLING, BARBARA]CLAIM ASSIGNED TO JESSICA AUSTIN

**01/18/2016 10:13 AM - POSSINV Note 1**
Claim/Event/Leave: 5616243
NoteSubject : Possible Pre-Ex
Other Subject :
Text: THIS CLAIM IS SUBJECT TO A PRE-EX INVESTIGATION. THE PRE-EX PROVISION IS 3-12, THE DOD FOR THIS CLAIMANT IS 09/20/2015, THE ELIGIBILITY DATE IS 05/27/2015, AND THE TRANSFER PROVISION IS YES. THEREFORE, MEDICAL MUST BE GATHERED AND REVIEWED FROM 02/27/2015 THROUGH THE PRESENT.[04/07/2016 - AUSTIN, JESSICA]FILE REFERRED FOR NEURO REVIEW TO COMMENT ON TREATMENT DURING PRE-X--CLAIM REFERRED FOR PAYMENT UNDER ROR.

**Note Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim

* **Claim/Event/Leave Number** 3530535 **Accommodation Number**

**Note type:**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**01/26/2016 3:21 PM - CLAIM Note 28**
Claim/Event/Leave: 3530535
NoteSubject : Extended Benefits
Other Subject : AND CLOSE
Text: [01/26/2016 - AUSTIN, JESSICA]PER DISCUSSION WITH CLMNT (UNDER LTD CLAIM) HE IS CONTINUING PT 3X PER WEEK FOR BALANCE, JUST HAD VESTIBULAR NERVE TESTING, HAD F/U FOR BONE GRAFT SURGERY, AND MAY HAVE REPEAT MRI. HE HAS NOV ON 2/1 AT WHICH TIME MEDICATION ADJUSTMENTS WILL BE MADE IF NEEDED. ACCORDING TO CLMNT, CURRENT MEDS ARE HELPING, BUT STILL EXPERIENCING SIGNIFICANT BREAKTHROUGH PAIN. BASED ON ONGOING TREATMENT AND SEVERITY OF REPORTED SYMPTOMS, REASONABLE TO EXT THRU 3/19/16 AND CLOSE FOR MAXDUR/TO LTD.

**01/26/2016 10:40 AM - CLAIM Note 27**
Claim/Event/Leave: 3530535
NoteSubject : Med Records Rcvd
Other Subject : BEAN
Text: [01/26/2016 - AUSTIN, JESSICA]RCVD OOW NOTE STATING THE CLMNT MAY BE OFF WORK FOR 6 MORE MONTHS, BUT COULD RTW SOONER.

**01/18/2016 10:13 AM - CLAIM Note 26**
Claim/Event/Leave: 3530535
NoteSubject : STD Trans. LTD
Other Subject : LTD: 5616243
Text: [01/18/2016 - QUINTO, SCOTT]STD TRANSITIONED TO LTD: 5616243

**01/13/2016 6:45 AM - CLAIM Note 25**
Claim/Event/Leave: 3530535
NoteSubject : Escalation
Other Subject : SR. REVIEW
Text: [01/13/2016 - BLATCHLEY, JOHN]CLAIM HAS BEEN REFERRED TO LTD FOR EVALUATION OF BENEFITS AND ONGOING CLAIMS HANDLING. DID NOT INDENTIFY ANY UPDATES IN THE STD CLAIM THAT WERE NEEDED. CLAIM HAS BEEN LOADED CORRECTLY, SALARY CORRECT. DOCS LIST UPDATED,JOB DESCR ON FILE, AND F/U TASK SET.

**01/12/2016 11:26 AM - CLAIM Note 24**
Claim/Event/Leave: 3530535
NoteSubject : Other
Other Subject : FILE REVIEW
Text: [01/12/2016 - PLOCHARCZYK, LISA]FILE REFERRED TO SR DCM FOR REVIEW OF ESCALATION TO LTD.

**12/31/2015 12:40 PM - PHONE Note 21**
Claim/Event/Leave: 3530535
NoteSubject : EE Called
Other Subject : PAY INFO
Text: [12/31/2015 - HUGHES, JOHN]EE CALLED FOR PAY INFO, DCM ADVISED FIRST CHECK FORM LM ISSUED ON 12/24/15 DCM ADVISED CHECK MAY BE DELAYED DUE TO HOLIDAY, ADVISED EE TO GIVE CHECK A FEW MORE DAYS TO REACH HIM, ADVISED OF S/P AND REISSUE PROCESS IF CHECKSTILL DOES NOT ARRIVE. DCM ADVISED OF NEXT SCHEDULED PAYMENT AS WELL, EE UNDERSTOOD NO QUESTIONS.

**12/29/2015 3:54 PM - PHONE Note 20**
Claim/Event/Leave: 3530535
NoteSubject : EE Called
Other Subject : PAY
Text: [12/29/2015 - GASPARINO, TAYLOR]EE CALLED REGARDING PAY. ER STATED THAT LM WILL NOW BE THE ONES PAYING EE. EXPLAINED THAT THE CHECKS WILL GO DIRECTLY TO HIM THROUGH THE MAIL. EE UNDERSTOOD. CONFIRMED ADDRESS AND GAVE FIRST CHECK DATES AND AMOUNT. EETHANKED AND NOTHING FURTHER.

**12/29/2015 10:57 AM - PHONE Note 19**
Claim/Event/Leave: 3530535
NoteSubject : Called EE
Other Subject : EXTENDED
Text: [12/29/2015 - PLOCHARCZYK, LISA]CALLED EE AND L/MSG THAT CLAIM AS EXTENDED THRU NOV AND TO F/U WITH ME AT THAT TIME.

**12/29/2015 10:55 AM - CLAIM Note 23**
Claim/Event/Leave: 3530535
NoteSubject : Extended Benefits
Other Subject : THRU 1/22/16
Text: [12/29/2015 - PLOCHARCZYK, LISA]EXTENDED APPROVAL THRU 1/22/19 NOV. RCVD LAST OV SHOWING THAT EE IS STILL HAVING TROUBLE HEALING AND WIT HIS PAIN.T HEY SWTICED HIM TO ZONISAFE IN STEAD OF GABAPETNTIN. HE IS TO SART PT FOR VERTIGO AND F/U ON 1/22/16.ACTION PLAN: DUE TO ESCALATION IN TREATMENT FOR PT, IT IS ERASOBNLE TO EXTEND BENEFITS THRU NOV. ACTION PLAN: IF NO RTW, RECRDS ARE NEEDED. JOB TITLE: STORE MANAGER.

**12/29/2015 10:50 AM - CLAIM Note 22**
Claim/Event/Leave: 3530535
NoteSubject : Med Records Rcvd
Other Subject : BEAN
Text: [12/29/2015 - PLOCHARCZYK, LISA]RCVD OVN 12/23/15 STOPPED GABAPENTIN AND STARTED ZONISAMIDE BY NEURO. IT HASSEEN GIVIGIN HIM NAUSEA. REFERAL TO PT FOR VERTIGO.

**12/28/2015 11:59 AM - CLAIM Note 21**
Claim/Event/Leave: 3530535
NoteSubject : LTR to EE
Other Subject : N & P DUE 2/10/16
Text: [12/28/2015 - PLOCHARCZYK, LISA]NEED MED RECRDS TO MAKE ONGOING CLAIM DETERMINATION. FAXED RQST TO DR PATTON FOR ALL OVNS FROM 12/22/15 TO PRESENT. LTR TO EE. EMAIL NOD TO ER.

**12/28/2015 11:58 AM - PHONE Note 18**
Claim/Event/Leave: 3530535
NoteSubject : Called EE
Other Subject : NO RTW/N&P
Text: [12/28/2015 - PLOCHARCZYK, LISA]CALLED EE AND GOT UPDATE. LOV WITH DR PATTON WAS 12/23/15 AND NOV IS 1/22/16, HE IS OUT OF WORK THRU THEN. HE SAID THEY CHANGED HIM FROM GABAPETNTIN TO A NEW MEDICATION. THEY ALSO ARE GOING TO START HIM ON PHYSICAL THERAPY BUT HE HAS NOT STARTED YET. ADVISED EE THAT ADDITIONAL MED INFO IS NEEDED TO MAKE ONGOING DETERMINATION ON CLAMI.

**12/28/2015 10:16 AM - CLAIM Note 20**
Claim/Event/Leave: 3530535
NoteSubject : Other
Other Subject : DUPLICATE OOW NOTE
Text: [12/28/2015 - PLOCHARCZYK, LISA]RCVD DUPLICATE OOW NOTE AND IT SHOWS THAT EE WAS SEEN 12/23 AND TO EXCUSE FROM WORK 4 WKS PENDING NURO EVAL.

**12/18/2015 11:56 AM - CLAIM Note 19**
Claim/Event/Leave: 3530535
NoteSubject : Other
Other Subject : 90 DAY REVIEW
Text: [12/18/2015 - PLOCHARCZYK, LISA]90 DAY REVIEW COMPLETED. ALL CODING CORRECT. JD ON FILE. MAILED LTD FORMS. CONFIRMED LTD COV

**12/18/2015 11:45 AM - CLAIM Note 18**
Claim/Event/Leave: 3530535
NoteSubject : Job Description
Other Subject : STORE MNGR
Text: [12/18/2015 - PLOCHARCZYK, LISA]RCVD JD- MEDIUM JOB CLASS

**12/09/2015 8:58 AM - CLAIM Note 17**
Claim/Event/Leave: 3530535
NoteSubject : Other
Other Subject : 12 WEEK EXCEPTION
Text: [12/09/2015 - DURLING, BARBARA]APPROPRIATE ACTION PLAN - MONITORING RECOVERY

**12/08/2015 3:55 PM - PHONE Note 17**
Claim/Event/Leave: 3530535
NoteSubject : EE Called
Other Subject :
Text: [12/08/2015 - STEPHENS, ALYSSA]EE CALLED AND ADVISED HE REC'VD LETTER STATING MEDICAL INFO WAS NEEDED, BUT HE WAS ADVISED LAST WEEK HIS CLAIM WAS ALL SET. DCM ADIVSED CLAIM WAS EXTENDED AFTER LETTER WAS SENT, SO LETTER ARRIVED TO EE LATE - SO EE CANDISREGARD LETTER AS CLAIM IS ALL SET THROUGH 12/24/15. EE HAD NO FURTHER QUESTIONS.

**12/03/2015 10:39 AM - CLAIM Note 16**

Claim/Event/Leave: 3530535
NoteSubject : LTR to EE
Other Subject : EXTENSION
Text: [12/03/2015 - PLOCHARCZYK, LISA]SENT LTR TO EE THAT CLAIM WAS EXTENDED AS IT IS TOO EARLY TO CALL

**12/03/2015 10:29 AM - CLAIM Note 15**
Claim/Event/Leave: 3530535
NoteSubject : Extended Benefits
Other Subject : THRU 12/24/15
Text: [12/03/2015 - PLOCHARCZYK, LISA]EXTENDED APPROVAL THRU 12/24/15. RCVD NCM REVIEW SHOWING THAT R&LS OFNO MORE THAN ADLS ARE REASAONBLE AND SUPPORTED THRU 12/24/15 TO ALLOW FOR FURTHER EVAL AND DEVELOPMENT OF TX PLAN. JOB TITLE: STORE MANGAGER. THE R&LS LISTED WOULD DISABLE THE EE. THEREFORE EXTNDING BENEFITS. ACTION PLAN: IF NO RTW, RECRDS WOULD BE NEEDED.

**12/02/2015 2:14 PM - MDS Note**
Claim/Leave: 3530535
Episode #: 1
Nurse Name: RATTERREE, SUSIE
Service #: 16150609
Service Date: 12/02/2015
Activity: NURSE REVIEW, FILE REVIEW
Contact Information: NO CONTACT, ,
Note Type: INFORMATION OBTAINED DESC
Text: THE EE IS TREATING FOR SHINGLES, WITH POST HERPETIC NEURALGIA{NERVE PAIN CAUSED BY SHINGLES} WITH DR ANDREA PATTON, FP. THE EE INITIALLY DX IN 9/15, WAS GIVEN ANTI VIRAL MEDICATIONS AND AS OF 10/8/15, THE RASH HAD RESOLVED AND REDNESS REMAINED ON THE EEFACE. THE EE CONTINUED TO HAVE PAIN REQUIRING NARCOTIC PAIN MEDICATIONS, THEN DEVELOPED A TOOTH ABSCESS SECONDARY TO THE SHINGLES. THE EE REQUIRED TOOTH EXTRACTION AND BONE GRAFTING AND AS OF THE MOST RECENT OVN DATED 11/24/15, THE EE WAS REFERRED TO NEUROLOGY, COULD NOT GET AN APPOINTMENT UNTIL THE END OF DECEMBER, HOWEVER DR PATTON ARRANGED FOR A VISIT NEXT WEEK. EE STATES CONTINUES TO HAVE PAIN REQUIRING NARCOTIC PAIN MEDICATIONS. EE ADVISED TO INCREASE GABAPENTIN{TREATS NERVE PAIN} AND MAY NEED IMAGING WHICH WILL BE DEFERRED TO NEUROLOGY. THE EE IS TO REMAIN OOW FOR AN ADDITIONAL 4 WEEKS UNTIL COMPLETED NEUROLOGY EVALUATION AND FU. THE EE CONTINUES TO HAVE PAIN ASSOCIATED WITH SHINGLES WHICH REQUIRES NARCOTIC PAIN MEDICATIONS AND NOW HAS BEEN REFERRED TO NEUROLOGY, THEREFORE, R/LS OF NO MORE THAN ADLS ARE REASONABLE AND SUPPORTED THROUGH 12/24/15 TO ALLOW TIME FOR FURTHER EVALUATION AND DEVELOPMENT OF TX PLAN. PAIN FROM SHINGLES CAN LAST FOR SEVERAL MONTHS BEYOND RESOLUTION OF SHINGLES. RECOMMENDATIONS: OBTAIN UPDATED OVN FROM DR PATTON AND THE NEUROLOGIST AND RE-REFER TO NCM. MAY NEED TO CONTACT THE AP AT THAT TIME TO CLARIFY ONGOING SEVERITY, TX PLAN, R/LS AND RTW. DCM NOTIFIED AND FILE REMOVED FROM ASSIGNMENT,

**12/02/2015 10:57 AM - PHONE Note 16**
Claim/Event/Leave: 3530535
NoteSubject : EE Called
Other Subject : STATUS
Text: [12/02/2015 - STEVENS, JEFFREY]RECEIVED CALL FROM EE REQUESTING STATUS OF CLAIM. DCM ADVISED MEDICAL WAS RECEIVED AND CURRENTLY BEING REVIEWED BY MDS. DCM ADVISED EE TO ALLOW TIME FOR DOCUMENTS TO BE REVIEWED. EE THANKED, CALL ENDED, EMAIL TO ADCM

**12/01/2015 10:35 AM - CLAIM Note 14**
Claim/Event/Leave: 3530535
NoteSubject : Ref to Managed Care
Other Subject : REF TO LA
Text: [12/01/2015 - PLOCHARCZYK, LISA]REF TO LA TO DETERMINE IF MED RECORDS SHOW A SEVERITY OF SYMPTOMS THAT WOULD WARRANT R&LS AT THIS TIME.

**12/01/2015 10:34 AM - CLAIM Note 13**
Claim/Event/Leave: 3530535
NoteSubject : Med Records Rcvd
Other Subject : AP
Text: [12/01/2015 - PLOCHARCZYK, LISA]RCVD OVN 11/24/15 TAKING GABAPENTIN, WORKS SOMEWHAT. PAIN IS NOW RANDOM SHOCKS. PATIENT CANT GET APPT UNTIL END OF DECEMBER. EXAM MILD ERTHEMA IN SCALP. EXTEND WORK LEAVE 4 ADDITIONAL WEEKS.

**11/30/2015 9:30 AM - CLAIM Note 12**
Claim/Event/Leave: 3530535
NoteSubject : LTR to EE
Other Subject : N & P DUE 1/13/15
Text: [11/30/2015 - PLOCHARCZYK, LISA]NEED MED RECRD TO MAKE ONGOING CALIM DETERMIATNION. FAXED RQST TO DR PATTON FOR ALL OVNS FROM 11/1/15 TO PRESENT. LTR TO EE.E AMIL NOD TO ER.

**11/30/2015 9:28 AM - CLAIM Note 11**
Claim/Event/Leave: 3530535
NoteSubject : Med Records Rcvd
Other Subject : OOW NOTE
Text: [11/30/2015 - PLOCHARCZYK, LISA]RCVD JUB OOW NOTE STATING TO EXCUSE EE FORM WORK AND ADDITIONAL 4 WKS FROM TODAY PENDING A COMPLETE NEURO EVAL.

**11/17/2015 12:13 PM - PHONE Note 15**

**11/17/2015 12:15 PM - PHONE Note 15**
Claim/Event/Leave: 3530535
NoteSubject : Called EE
Other Subject : EXTENDED
Text: [11/17/2015 - PLOCHARCZYK, LISA]CALLED EE AND ADVISED THAT CLAIM IS EXTENDED TO NOV WITH DR PATTON AND TO F/U WITH US THEN

**11/17/2015 12:11 PM - CLAIM Note 10**
Claim/Event/Leave: 3530535
NoteSubject : Extended Benefits
Other Subject : THRU 11/29/15
Text: [11/17/2015 - PLOCHARCZYK, LISA]EXTENDED APPROVAL THRU 11/29/15 NOV WITH DR PATTON WHERE ERTW WILL BE DISCUSSED. CNOFIRMED EE HAD SX 11/13 WHICH WAS A TOOTH EXTRACTION AND BONE GRAFT. JOB TITLE: STORE MANAGER. BASED ON SURGERY WITH BONE GRAFT, IT ISREASONABLE TO EXTEND BENEFITS THRU NOV FOR REEVAL. ACTION PLAN: IF NO RTW, RECRDS WOULD BE NEEDED.

**11/16/2015 2:48 PM - PHONE Note 14**
Claim/Event/Leave: 3530535
NoteSubject : EE Called
Other Subject : UPDATE
Text: [11/16/2015 - LENARES, NICHOLAS]EE CALLED WITH WIFE- DCM CONFIRMED THAT AP DID C/B AND CONFIRM SX INFO AND DCM WILL REVIEW FOR EXT ON CLAIM- WIFE AND EE UNDERSTOOD

**11/16/2015 12:21 PM - PHONE Note 13**
Claim/Event/Leave: 3530535
NoteSubject : AP Called
Other Subject : RTC
Text: [11/16/2015 - HUGHES, JOHN]REC'VD CALL FROM AP DR. DAVIES OFFICE, CONFIRMED EE UNDERWENT SX ON 11/13/15-TOOTH EXTRACTION, BONE GRAFT AND MEMBRANE, ERTW: NOTHING INDICATED IN OVN, NOV: 12/3/15, FAX: 602-971-2069

**11/16/2015 12:06 PM - PHONE Note 12**
Claim/Event/Leave: 3530535
NoteSubject : Called AP
Other Subject : 1ST ATMPT
Text: [11/16/2015 - PLOCHARCZYK, LISA]CALLED DR DAVIDSON AND IT GOES DIRECTLY TO A VM. L/MSG ASKING TO CONFIRM DATE AND TYPE OF SX.

**11/16/2015 12:05 PM - PHONE Note 11**
Claim/Event/Leave: 3530535
NoteSubject : Called EE
Other Subject : GOT INFO
Text: [11/16/2015 - PLOCHARCZYK, LISA]CALLED EE TO FIND OUT WHERE SX WAS DONE. SPK TO WIFE WHO SAID THRU DR DAVIDSON. GOT INFO.

**11/16/2015 12:04 PM - PHONE Note 10**
Claim/Event/Leave: 3530535
NoteSubject : Called AP
Other Subject : 1ST ATMPT
Text: [11/16/2015 - PLOCHARCZYK, LISA]CALLED DR PATTON AND SPK TO RHONDA. SHE SAID SHE DOES NOT AVE RECORD OF A SX.

**11/16/2015 9:23 AM - PHONE Note 9**
Claim/Event/Leave: 3530535
NoteSubject : Other Called
Other Subject : WIFE/EE
Text: [11/16/2015 - CHARLES, NATASHA]EE WIFE CALLED, WITH EE ON THE LINE. CONF EE HAD SX ON 11/13 FOR TOOTH EXTRACTION/BONE GRAFT. ADV OOW UNTIL 11/29 EE WILL F/U WITH AP PATTON FOR CLEARANCE TO RTW. EE WIFE HAD A QUESTION ABOUT ONLINE CLAIM STATUS INDICATING EE TO RTW 11/14. ADV OF APPROVAL DATE AND EXPLAINED ONGOING CLAIMS PROCESS. ADV ADCM WILL F/U WITH ANY UPDATES. NOTHING ADDL. EMAIL ADCM.

**11/04/2015 10:15 AM - PHONE Note 8**
Claim/Event/Leave: 3530535
NoteSubject : EE Called
Other Subject : UPDATE
Text: [11/04/2015 - TRAN, JENNIFER]RECVD CALL FROM EE WANTING TO PROCIDE UPDATE. EE ADVISED LOV W/ DR PATTON WAS ON 10/29 AND AP IS CONTINUING TO KEEP EE OOW FOR ADDTL 4 WKS. EE ADVISED ORAL SX IS SCHEDULED FOR 11/13/15 WHERE EE WILL HAVE TOOTH EXTRACTIONAND BONE GRAFT. DCM ADVISED EE CLAIM IS EXTENDED THRU SX DATE AND ONCE ADCM CAN CONFIRM EE HAD SX ON 11/13, ADCM WILL BE ABLE TO EXTEND CLAIM TO ALLOW FOR RECOVERY TIME. EE UNDERSTOOD, NO OTHER QUESTIONS.

**10/30/2015 10:16 AM - CLAIM Note 9**
Claim/Event/Leave: 3530535
NoteSubject : Extended Benefits
Other Subject : THRU 11/13/15
Text: [10/30/2015 - PLOCHARCZYK, LISA]EXTENDED APPROVAL THRU SX DATE 11/13/15. EE SX WAS PUSHED BACK UNTIL 11/13/15 OV DUE TO TOOTH INFECTION. EE STILL HAVING PAIN WHICH REQUIRES NARCOTICS DUE TO POST HEPATIC

NUEROLGOA. JOB TITLE: STORE MANAGER. DUE TO ONGOING SYMTPOMS AND INFECTION, IT IS REASONABLE TO EXTEND BENEFITS THRU SX DATE 11/13/15. ACTION PLAN: CONFIRM SX FOR EXTENISON.

**10/30/2015 10:13 AM - CLAIM Note 8**
Claim/Event/Leave: 3530535
NoteSubject : Med Records Rcvd
Other Subject :
Text: [10/30/2015 - PLOCHARCZYK, LISA]RCVD RTW FORM SHOWING DX POST HRPATIC NEURALGIA REQUIRING NARCOTICS. OVN 9/22/15 - 10/8/15 STILL REQURING PERCOCET. OVN 10/29/15 SOME IMPROVEMENT IN PAIN. SYTMPOMS PERSISTENT RIGHT EAR PAIN AND RINGING IN EARS. TOOTH INFECTION, UNABLE TO PULL. REFERRAL TO NERUOLGOY. F/U IN ONE MONTH.

**10/29/2015 3:08 PM - PHONE Note 7**
Claim/Event/Leave: 3530535
NoteSubject : EE Called
Other Subject : UPDATE
Text: [10/29/2015 - TYRRELL, JESSICA]EE RTC FROM ADCM. ADVISED HE ALSO LEFT ADCM VM. EE STATED HIS PHONE # HAS CHANGED AND BEST # TO REACH HIM AT IS DCM UPDATED # ON PROFILE. EE ALSO ADVISED HE IS STILL HAVING EXTREME VERTIGO AND PAIN, SO SXWAS PUSHED BACK TO 11/13. EE MEETING WITH AP PATTON TODAY AT 2:30 TO DISCUSS ONGOING TX FOR SHINGLES. DCM ADVISED OF N&P. EE STATED HE WOULD HAVE AP FAX OVER NEEDED INFO. DCM PROVIDED ADCM FAX #. EE THANKED. NOTHING ADDITIONAL.

**10/29/2015 11:42 AM - CLAIM Note 7**
Claim/Event/Leave: 3530535
NoteSubject : LTR to AP
Other Subject : MEDRQST
Text: [10/29/2015 - PLOCHARCZYK, LISA]FAXED RQST TO DR PATTON FOR ALL OVNS FROM DOD TO PRESENT.[10/29/2015 - PLOCHARCZYK, LISA].

**10/29/2015 11:41 AM - PHONE Note 6**
Claim/Event/Leave: 3530535
NoteSubject : Called EE
Other Subject : ERTW?
Text: [10/29/2015 - PLOCHARCZYK, LISA]CALLED EE FOR UPDATE AND ERTW PLANS, L.MSG

**10/15/2015 10:01 AM - CLAIM Note 6**
Claim/Event/Leave: 3530535
NoteSubject : Status Report
Other Subject : APPROVED
Text: DOD 9/20/15 BBD 9/20/15 APPROVED THRU 11/1/15 ERTW UNKNOWN

**10/15/2015 10:01 AM - CLAIM Note 5**
Claim/Event/Leave: 3530535
NoteSubject : Approved
Other Subject : THRU 11/1/15
Text: [10/15/2015 - PLOCHARCZYK, LISA]LDW 9/19/15 DOD 9/20/15 BBD 9/20/15 (0 DAY EP) DX: RCVD PAPEWRK SHOWNG EE DX WITH SHINGLES 9/19/15 AND GIVEN NARCOTIC MEDICATION. AT LOV 10/8/15 EE STILL TAKING NARCOTICS FOR PAIN AND UNABLE TO WORK. HE IS SCHED FOR TOOTH EXTRACTION WITH BONE GRAFT DUE TO DX. SX WOTN BE UNTIL 10/23. JOB TITLE: STORE MANAGER. DUE TO DX AND ONGOING SYPMTOMS, APPROVING CLAIM TO 11/1/15 TO ALLOW EE TO HAVE SX AND THEN RECOVERY. ACTION PLAN: IF NO RTW, RECRDS RE NEEDED.

**10/15/2015 10:00 AM - PHONE Note 5**
Claim/Event/Leave: 3530535
NoteSubject : Called EE
Other Subject : APPROVED
Text: [10/15/2015 - PLOCHARCZYK, LISA]CALLED EE TO FIND OUT FI HE IS HAVING HIS SX TODAY. HE SAID THEY MOVED IT TO 10/23 BECAUSE THEY WANT A SPECILAIST TO DO IT. ADVISED EE I WOULD BE APPROVNG CLAIM TO 11/1/15 AT THIS TIME AND TOLD HIM TO F/U WITH ME ABOUTA WK AFTER SX TO LET ME KNOW HOW HE IS DOING.

**10/15/2015 9:56 AM - CLAIM Note 4**
Claim/Event/Leave: 3530535
NoteSubject : Other
Other Subject : TYPE EFFECTIVE DATE
Text: [10/15/2015 - PLOCHARCZYK, LISA]PER DOD 9/20/15 THE TED IS 12/20/15

**10/15/2015 9:51 AM - CLAIM Note 3**
Claim/Event/Leave: 3530535
NoteSubject : Med Records Rcvd
Other Subject : FMLA
Text: [10/15/2015 - PLOCHARCZYK, LISA]RCVD FMLA PAPERWORK. DOI 9/19/15 DX SHINGLES HERPATIC NEURALGIA. RCVD OVN 10/8/15 F/U SHINGLES. STILL REQUIRING PERCOCET. ALSO HAS ABCESS IN TOOTH REQURING EXRACTION ASAP WITH BONE GRAFT. UNABLE TO WORK ON MEDICATION.OVN 9/22/15 WENT TO ED LAST WEEK AND STARTED ON PERCOCET AND STREOID.

**10/14/2015 2:58 PM - PHONE Note 4**
Claim/Event/Leave: 3530535
NoteSubject : Called AP

NoteSubject : Called AP
Other Subject : 2ND ATMPT
Text: [10/14/2015 - PLOCHARCZYK, LISA]CALLED DR PATTON AND L/MSG IN VM FOR CATHERINE MED ASST.

**10/13/2015 11:19 AM - PHONE Note 3**
Claim/Event/Leave: 3530535
NoteSubject : EE Called
Other Subject :
Text: [10/13/2015 - GASPARINO, TAYLOR]EE CALLED MAKING SURE WE DID NOT NEED ANY MORE INFORMATION FROM HIM. LOOKED ONLINE AND SAID WE NEEDED INFO. LET EE KNOW THAT WE CALL AP YESTERDAY AND LEFT VMX REQUESTING A C/B OR FAX OF MED INFO. NO ADD'TL QUESTIONS.

**10/12/2015 2:46 PM - PHONE Note 2**
Claim/Event/Leave: 3530535
NoteSubject : Called AP
Other Subject : 1ST ATMPT
Text: [10/12/2015 - PLOCHARCZYK, LISA]CALLED DR PATTON AND WAS TRANS TO VM FOR CATHERINE MED ASST. L/MSG ASKING TO CONFIRM MED INFO OR TO FAX OVNS.

**10/12/2015 2:45 PM - PHONE Note 1**
Claim/Event/Leave: 3530535
NoteSubject : Initial EE Interview
Other Subject : COMPLETE
Text: [10/12/2015 - PLOCHARCZYK, LISA]CALLED EE AND COMPLETED INTREW. LDW 9/19/15 DOD 9/20/15 DUE TO SHINGLES. EE SAID THAT HE WENT TO URGENT CARE 9/20/15 DUE TO HE BROKE OUT IN BLISTERS ON THE RIGHT SIDE OF HIS HEAD. IT WAS VERY PAINFUL LIKE STABBING PAIN. THEY DX HIM WITH SHINGLES OF THE CRANIAL NERVE AND GAVE HIM ANIT VIRAL MEDS AND SENT HIM HOME. HE WENT BACK TO URGENT CARE THE NEXT DAY DUE TO THE PAIN AND THEY SENT HIM TO THE HOSPITAL AT WHICH POINT THEY SENT HIM TO HOSPITAL. THEY GAVE HIM MORPHINE AND TRAMADOL. HE ALSO TREATED WITH PCP PATTON WHO HAS HIM OOW THRU NOV 10/29/15. THEY GAVE HIM GABBA PENTIN AND MAY NEED TO INCREASE THE DOSE. HE SAID THAT HIS TOOTH ALSO GOT INFECTED FROM THIS AND HE HAS APPT 10/15 TO DO A BONE GRAFT BECAUSE THEY HAVE TO TAKE OUT PART OF HIS JAW BONE AND TOOTH. COMRBIDS DIABETS. JOB TITLE: STORE MANAGER. EE DENYS OTHER INCOME OR BENEFITS. ADVISED EE THAT WE WOULD BE TRYING TO CONFIRM MED INFO IN ORDER TO MAKE DETERMINATION ON CLAIM.

**10/09/2015 12:35 PM - CLAIM Note 2**
Claim/Event/Leave: 3530535
NoteSubject : Initial Entry
Other Subject :
Text: [10/09/2015 - FAUCHER, KIMBERLY]USED DEFAULT LDW, PLS VERIFY

**10/08/2015 1:49 PM - CLAIM Note 1**
Claim/Event/Leave: 3530535
NoteSubject : Telephonic Intake
Other Subject : REPORTED CLAIM NOTE
Text: ERTW UNKNOWN. SDULA

JANELLE PAINE
603-731-6463
LIBERTY MUTUAL-DOVER-0096
100 LIBERTY WAY
DOVER NH 03820

**0.0 LBS LTR 1 OF 1**

**SHIP TO:**
MS. ERIN RONSTADT
OBER PEKAS RONSTADT
SUITE 1230
3030 N 3RD STREET
**PHOENIX AZ 85012-3050**

**AZ 850 9-10**

**UPS 2ND DAY AIR 2**

TRACKING #: 1Z 248 96X 02 9724 3231

BILLING: P/P

Office/Dept Number: 009603304

CS 20.5.13. WNTNV50 03.0A 07/2018

Ronald Finley 5616243

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MS. ERIN RONSTADT
OBER PEKAS RONSTADT
3030 N 3RD STREET, SUITE 1230
PHOENIX AZ 85012

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-3598

October 2, 2018

Ms. Erin Ronstadt
Ober Pekas Ronstadt
3030 N 3RD STREET, SUITE 1230
PHOENIX, AZ 85012

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley

Dear Ms. Erin Ronstadt:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Dick's Sporting Goods, Inc.'s Group Disability Policy. We are writing in reference to Ronald Finley's claim for LTD benefits under the Policy.

Per Mr. Finley's September 25, 2018 request for relevant claim documentation, we have enclosed the following information:

- Dick's Sporting Goods, Inc.’s Long Term Disability (LTD) Policy
- A complete copy of our claim file

The enclosed claim file copy contains the names and reports of all individuals consulted in our review of this claim, including all medical doctors and vocational consultants. All claim file records and data are, and will be, maintained appropriately.

If Mr. Finley has any questions regarding this information, please contact me.

Sincerely,

Janelle Paine
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 41495
Secure Fax No.: (603) 334-3598

7C275180016

PR Pekas Ronstadt

Edward M. Ober
Jeremy D. Pekas
Erin R. Ronstadt
Kevin Koelbel
Charles D. Scrivner
Clayton W. Richards

Mark R. Caldwell

September 25, 2018

**Sent Via Certified Mail**
Janelle Paine
Appeal Review Consultant
Liberty Life Assurance Company of Boston
PO Box 7213
London, KY 40742-7213
Certified Mail Tracking No. 7018 0360 0000 1347 6271

| | | |
|---|---|---|
| **RE:** | ***Request for Relevant Documents; Revocation of Authorizations*** | |
| | **Claimant:** | **Ronald Finley** |
| | **DOB:** | |
| | **Claim No.:** | **5616243** |
| | **Employer:** | **Dick's Sporting Goods, Inc.** |
| | **Plan:** | **Dick's Sporting Goods, Inc. Long Term Disability Plan (the "Plan")** |

Dear Janelle:

Please be advised that Ronald Finley has retained our Firm regarding the recent termination of his long-term disability ("LTD") benefits. I am enclosing notice of our appointment and authorization for disclosure of benefits information. All further communications should be directed to our Firm, including disbursements of any funds.

The Employee Retirement Income Security Act of 1974 ("ERISA") presumably governs Mr. Finley's LTD benefits under the Plan. Under ERISA, you are required to provide Mr. Finley with a copy of all relevant documents free of charge. *See* 29 C.F.R. § 2560.503-1(i)(5). As the Plan Administrator, Dick's Sporting Goods, Inc. ("Dick's") is responsible for ensuring that Mr. Finley receives all documents relevant to his claim for benefits. *See id.* Please be advised that ERISA outlines whether information is relevant. Under 29 C.F.R. § 2560(m)(8), a document is "relevant" to a claim if it:

1) Was relied upon in making the benefit determination;

2) Was submitted, considered, or generated in the course of making the benefit determination, **without regard to whether such document, record, or other information was relied upon in making the benefit determination;**

3) Demonstrates compliance with the administrative processes and safeguards required pursuant to paragraph (b)(5) of this section in making the benefit determination; or

OBER PEKAS RONSTADT, PLLC 3030 N 3rd Street, Suite 1230, Phoenix, AZ 85012
PHONE 602.277.1745 TOLL-FREE 800.572.6222 FAX 602.277.0346

4) Constitutes a statement of policy or guidance with respect to the plan concerning the denied benefit for the claimant's diagnosis, without regard to whether such advice or statement was relied upon in making the benefit determination.

(emphasis added).

Pursuant to your disclosure obligations under ERISA, please make a proper disclosure of Mr. Finley's LTD claim file, including but not limited to:

1) Mr. Finley's medical records
2) Internal notes
3) An explanation of all acronyms used in the administration of Mr. Finley's claims
4) Documents,[1] including written or oral, to and from Mr. Finley
5) Documents, including written or oral, to and from Mr. Finley's employer
6) Documents, including written or oral, to and from legal counsel regarding administration of the Plan and Mr. Finley's claims
7) All recorded telephone conversations and voicemails regarding the claim or administration of the Plan that occurred during the administration of the claims
8) All medical reviews, including records reviews and in-person evaluations performed by nurse case managers, independent physician reviewers, and any other person or entity who reviewed Mr. Finley's medical records
9) All Functional Capacity Evaluations ("FCEs")
10) All Vocational Evaluations
11) All Surveillance tapes or data
12) All Documents, whether or not in the claim file, for each roundtable or group conference that discussed Mr. Finley's claims
13) All Documents that involve compliance with any administrative processes and safeguards designed to ensure and to verify that claim determinations are made in accordance with governing Plan documents, and that the Plan provisions have been applied consistently with respect to similarly-situated claimants
14) All plans, policies, guidelines, and training manuals used to guide Liberty Life Assurance Company of Boston ("Liberty") nurse representatives in evaluating claims
15) The policies and procedures used by Liberty to assess Mr. Finley's disabling conditions
16) All policies and procedures that are designed to mitigate the structural conflict of interest in deciding which participants are eligible for benefits and the financial interest of Liberty as payor of those benefits
17) For each medical and vocational expert who evaluated Mr. Finley's claims without regard to whether their opinion was relied upon in making the benefit determination, please provide the past five (5) years' information relevant to that expert as follows: (a) the total number of reports prepared by the expert for Liberty broken out by year; (b) the number of those reports that were favorable to the granting or

[1] When we use the term "document(s)" in this request, we mean any oral, written, electronic, or digital communication or contact including, without limitation, any written contracts, memorandums, writings, telephone calls, recordings, emails, voicemails, or any other correspondence either internally or between Liberty and any other persons or entities.

extension of disability benefits; and (c) the number of those reports that were favorable to the ending or termination of disability benefits

18) The names and qualifications of the medical and vocational experts whose advice was obtained on behalf of the Plan without regard to whether their opinion was relied upon in making the benefit determination
19) All service contracts for third-party vendors or entities that consulted on Mr. Finley's claims or that Liberty communicated with regarding Mr. Finley's claims
20) Documents, including written or oral, to and from any third-party vendors
21) Whether the funds for any potential benefits paid under this Plan will be paid by Liberty, by Dick's, or by some other party
22) Please state whether the money deducted from Mr. Finley's paycheck for his portion of the premium for the coverage in question was pre-tax or after-tax dollars
23) If this Plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to Mr. Finley
24) If there is a contractual period of limitations governing Mr. Finley's LTD claim, please advise my office of Liberty's position on the date by which Mr. Finley must bring a civil action for his benefits
25) The name and address of the registered agent for service of process for the Plan, the Plan Administrator and Claims Administrator
26) The Plan Document(s), including the LTD Insurance Policy, Certificate of Coverage, or Plan Booklet
27) The group insurance contracts and/or service contracts between Dick's and Liberty
28) All documents pertaining to Mr. Finley's short-term disability claim in Liberty's possession, if applicable
29) All documents pertaining to Mr. Finley's life insurance coverage, including but not limited to his life insurance waiver of premium claim (Policy SA3-880-025155-01, Claim No. 5733672)
30) Any other documents that fall within the definition of "relevant" documents as discussed *supra* without regard to whether those documents were relied upon in making the benefit determination

**We request that you disclose the requested information within thirty (30) days.** *See* ERISA § 502(c), 29 USC §1132(c). You have an affirmative, legal, and fiduciary duty to provide the information requested. This information is necessary to Mr. Finley's ability to fairly review your adverse benefits determinations. If you fail to disclose any of the information outlined above, please explain in detail your failure to disclose. If you refuse to disclose any of the requested information, please explain why you believe the information is exempted from your disclosure obligations under ERISA and other pertinent law.

**Also, this letter serves as your notice that any prior authorizations signed by Mr. Finley to obtain medical records, medical information, personal information, electronic funds transfer ("EFT"), Social Security information, or other information of any kind are hereby revoked.** To the extent that Liberty needs to contact Mr. Finley's treating providers, this may be arranged through my office. Any direct communication with Mr. Finley or his treating providers will be considered an invasion of Mr. Finley's privacy.

Lastly, this letter serves as notice of your duty to immediately preserve any and all relevant information related to the above-referenced matter. Please be advised that the laws and rules

prohibiting the destruction and alteration of evidence are applicable to electronically stored information ("ESI").[2] As such, you and your officers, employees, agents, and consultants must take all reasonable steps to preserve all paper records, electronic data, phone calls, and other materials. Failure to preserve and retain ESI may result in serious sanctions or penalties. This is especially pertinent here, given the importance of the administrative record in ERISA matters. Therefore, please notify and instruct all individuals and entities of their obligation to preserve this information. Please also ensure that no policy for e-data backup, deletion, destruction, or tape recycling could cause the loss or destruction of evidence.

Thank you for your prompt attention to this request. Should you have any questions, please do not hesitate to contact me. Please note that we encourage electronic disclosures but do ask that you contact our office prior to providing electronic disclosures. You may reach me by telephone at (602) 445-5653, by fax at 602-761-4443, or by email at erin@oberpekas.com. You may also contact my Associate, Clayton Richards, by phone at (602) 900-5061 or by email at clayton@oberpekas.com.

Sincerely,

ERIN RONSTADT

ERR/mm
cc: Ronald Finley
Dick's (via Certified Mail, Tracking No. 7018 0360 0000 1347 6264)

*Encl(2)*
*Notice of Appointment of Representative*
*Authorization, Notice of Lien and Payment Instructions*

[2] ESI is defined as "writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations--stored in any medium from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form." Fed. R. Civ. P. 34(a).

7C275180016

**NOTICE OF APPOINTMENT OF REPRESENTATIVE AND AUTHORIZATION TO DISCLOSE HEALTH INFORMATION**

**TO:** Liberty Life Assurance Company of Boston

**RE:** **Beneficiary:** **RONALD FINLEY**
**Date of Birth:**
**SSN:**

1. I authorize the use or disclosure of the above-named individual's health and insurance information as described below.

2. I consent to the appointment of **OBER PEKAS RONSTADT, PLLC,** 3030 North 3rd Street, Suite 1230, Phoenix, AZ 85012 as my representatives in all further proceedings related to request for information related to my health and disability benefits.

3. Your complete file related to me, including all claim forms, summary plan descriptions, plan documents, claim files, medical records, medical bills, letters, telephone memoranda, meeting notes, internal notes, correspondence, medical reviews, vocational evaluations, adjuster notes, surveillance tapes, and any other documents relevant to my coverage.

4. I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

5. This information may be disclosed to and used by **OBER PEKAS RONSTADT, PLLC,** 3030 North 3rd Street, Suite 1230, Phoenix, AZ 85012 for the purpose of legal representation.

6. I understand I have the right to revoke this authorization at any time. I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department. I understand the revocation will not apply to information that has already been released in response to this authorization. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Unless otherwise revoked, this authorization will expire **ONE YEAR** from the date that I signed this authorization. A photocopy is as valid as the original.

7. I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand I may inspect or copy the information to be used or disclosed, as provided in 45 C.F.R. §164.524. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have questions about disclosure of my health information, I can contact my attorneys at the address listed above.

Dated this 25 of September,

RONALD FINLEY

7C275180016

*Please Reply To:*
**OBER PEKAS RONSTADT, PLLC**
**3030 North 3rd Street, Suite 1230**
**Phoenix, AZ 85012**
**Phone: (602) 277-1745**
**Fax: (602) 279-1028**

**AUTHORIZATION, NOTICE OF LIEN AND PAYMENT INSTRUCTIONS**

**Re: Claimant: RONALD FINLEY**
**SSN:**
**DOB:** ______________

**To any Administrator, Insurance Company, and/or other interested persons:**

I have hired *Ober Pekas Ronstadt, PLLC* as my attorneys with regards to my disability claim. I AUTHORIZE you, and all companies and individuals, to communicate directly with my attorneys and to produce all documentation requested directly to my attorneys. I grant a Limited Power of attorney for my attorneys to obtain all such documentation the same as if I could obtain such documentation. I have obligated myself to pay attorney fees and costs to *Ober Pekas Ronstadt, PLLC* in regards to this claim. To insure that *Ober Pekas Ronstadt, PLLC* is properly compensated, I hereby grant *Ober Pekas Ronstadt, PLLC* a full lien against any entitlement I may receive or recovery I might make. *Ober Pekas Ronstadt, PLLC* is granted all general, promissory, or retaining liens and all special or charging liens available under law.

I direct any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity (hereafter "you") from whom I am claiming benefits or who is paying benefits, a settlement or judgment (or any part thereof) of my claim, to recognize this lien and to forward any check for past due and future benefits or any other type of settlement/judgment/benefits check to my duly appointed attorneys at *Ober Pekas Ronstadt, PLLC, 3030 North 3rd Street, Suite 1230, Phoenix, AZ 85012.* This direction shall remain valid until *Ober Pekas Ronstadt, PLLC* notifies you that checks or documents may be sent to me. I also direct you to forward all documents and letters to my attorneys until you are notified by my attorneys to act differently.

I also give a Limited Power of Attorney to *ERIN RONSTADT* to sign documents and endorse checks received with regard to my claim, judgment, payment, and/or settlement for the claim or benefits sought. I understand that any such checks will be deposited into a non-interest bearing Trust account and held until funds clear before my portion of any such proceeds will be forwarded to me.

DATED: ______________________

Signed: ______________________
RONALD FINLEY

APPROVED AND ACCEPTED:

OBER PEKAS RONSTADT, PLLC

By ______________________
ERIN RONSTADT

7C275180016

Ober Pekas Ronstadt
ARIZONA DISABILITY ATTORNEYS

ATTORNEYS
Edward M. Ober
Jeremy D. Pekas
Erin R. Ronstadt
Kevin Koelbel
Charles D. Scrivner
Clayton W. Richards

OF COUNSEL
Mark R. Caldwell

COPY

September 25, 2018

<u>Sent Via Certified Mail</u>
Dick's Sporting Goods
345 Court St.
Coraopolis, PA 15108
Certified Mail Tracking No. 7018 0360 0000 1347 6264

| | | |
|---|---|---|
| **RE:** | ***Request for Plan Documents*** | |
| | **Beneficiary:** | **Ronald Finley** |
| | **Date of Birth:** | |
| | **Plan:** | **Dick's Sporting Goods, Inc. Long Term Disability Plan (the "Plan")** |
| | **Insurer:** | **Liberty Life Assurance Company of Boston** |

Dear Sir/Madam:

Please be advised that my Firm has been retained by Ronald Finley to represent him regarding the termination of his long-term disability ("LTD") benefits. I am enclosing a copy of our retention notice for your records. In light of my representation, all further communications should come through our office.

Dick's Sporting Goods ("Dick's") is presumably the Plan Sponsor and Plan Administrator of the Plan as listed above. As the presumed Plan Sponsor and Administrator, Dick's is subject to disclosure obligations under the Employee Retirement Income Security Act of 1974 ("ERISA"). Pursuant to these requirements, please provide our office with the following information pertaining to the Plan and any other employee benefit plans (life insurance, medical/dental insurance, thrift), including but not limited to, those benefits that would have continued based on approval of disability benefits or Mr. Finley's status as a disabled employee:

1. The Plan Document(s)[1] executed by Dick's controlling the operation of the Plan, including the documents under which the Plan was originally created and maintained, and any and all Plan amendments
2. The Trust Agreement.

---

[1] Section 402 of ERISA provides that every employee welfare benefit plan must be established and maintained pursuant to a written plan document. 29 U.S.C. §1102(a)(1). The plan document must identify the Plan Administrator and any other fiduciaries authorized to control and manage the Plan. The Plan document must also specify how the Plan will be funded, how the responsibilities for the operation and administration of the Plan will be allocated, the procedure for amending the Plan and the person(s) with authority to amend the Plan, and the basis on which payments are made to and from the Plan. 29 U.S.C. §1102(b)(1)-(4).

3. The LTD Insurance Policy, Certificate of Coverage and Plan Booklet.
4. The LWOP Insurance Policy (SA3-880-025155-01), Certificate of Coverage and Plan Booklet.
5. The group insurance contracts and/or service contracts between Dick's and Liberty Life Assurance Company of Boston ("Liberty").
6. A summary of the Plan or "Summary Plan Description" ("SPD").
7. Summaries of Material Modifications ("SMM") for the Plan.
8. Copies of the Annual Reports (Forms 5500 or 5500-C/R) with signed signature pages, together with all attachments, including (if applicable) accountant opinions, financial statements, notes to the financial statements, and management letters for the past five (5) years.
9. Copies of the Summary Annual Reports ("SAR") from the past five (5) years.
10. Copies of any other communications sent out to all Plan Participants under the Plan.
11. The Plan's enrollment policies, procedures, and forms.
12. Mr. Finley's elections and enrollment for 2015 through 2018.
13. The date(s) on which the actual contents of the coverage and SPD were made available to Plan Participants.
14. Copies of the minutes or notes from any Plan trust or Plan committee meetings taking place between 2015 and 2018.
15. All communications, whether written or oral, to/from the Plan and/or Liberty regarding the service, administration, and/or operation of the Plan.
16. All communications with legal counsel, including but not limited to in-house counsel, which involves Dick's fiduciary responsibilities under the Plan.
17. All policies and/or procedures employed by Dick's over the last five (5) years for monitoring and/or managing administration of the Plan.
18. If Dick's contributions to the Plan have been in arrears at any time since the Plan's inception, please provide a schedule or documentation of the delinquent contributions and actions undertaken to correct this situation.
19. The exact name and address of the Plan.
20. The Plan number.
21. The name and address of the Plan Sponsor, Plan Administrator, and Claims Administrator.
22. The name and address of the registered agent for service of process for the Plan.

Mr. Finley is also requesting a job description of his position with Dick's and a copy of his personnel file for his entire length of service with Dick's. Please provide all employment information including his job application, resume, training records, performance appraisals, salary increases, and other employment records. If a copy cannot be provided to Mr. Finley, please direct us to the relevant employee manual or handbook. Please also indicate Mr. Finley's last day of active employment and annual salary at that time.

<u>We request that the above information be provided within thirty (30) days.</u> If you fail to disclose any of the information outlined above, please explain in detail your failure to disclose. If you refuse to disclose any of the requested information, please explain why you believe the information is exempted from your disclosure obligations under ERISA and other pertinent law. If any of these requests need to be directed at another entity, please let me know immediately and provide contact information for that entity.

Lastly, this letter serves as notice of your duty to immediately preserve any and all relevant information related to the above-referenced matter. Please be advised that the laws and rules prohibiting the destruction and alteration of evidence are applicable to electronically stored information ("ESI").[2] As such, Dick's and its officers, employees, agents, and consultants must take all reasonable steps to preserve all paper records, electronic data, and other materials. Failure to preserve and retain ESI may result in serious sanctions or penalties. Therefore, please notify and instruct all individuals and entities of their obligation to preserve this information. Please also ensure that no Dick's or other policy for e-data backup, deletion, destruction, or tape recycling could cause the loss or destruction of evidence.

Thank you for your prompt attention to this request. Should you have any questions, please do not hesitate to contact me. You may reach me by telephone at (602) 445-5653, by fax at 602-761-4443, or by email at erin@oberpekas.com. You may also contact my Associate, Clayton Richards, by phone at (602) 900-5061 or by email at clayton@oberpekas.com.

Sincerely,

Erin Rose Ronstadt

ERR/mm
cc: Ronald Finley
cc: Liberty Life Assurance Company of Boston
(via Certified Mail Tracking No. 7018 0360 0000 1347 6271)

*Enclosures(2):*
*Notice of Appointment of Representative*
*Authorization, Notice of Lien and Payment Instructions*

[2] ESI is defined as "writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations--stored in any medium from which information can be obtained either directly or, if necessary, after translation by the responding party into a reasonably usable form."

OPRDISABILITYLAW.COM

7C275180016

**NOTICE OF APPOINTMENT OF REPRESENTATIVE AND AUTHORIZATION TO DISCLOSE HEALTH INFORMATION**

TO: Dick's Sporting Goods

RE: **Beneficiary:** **RONALD FINLEY**
**Date of Birth:** ____
**SSN:** ____

1. I authorize the use or disclosure of the above-named individual's health and insurance information as described below.

2. I consent to the appointment of **OBER PEKAS RONSTADT, PLLC**, 3030 North 3rd Street, Suite 1230, Phoenix, AZ 85012 as my representatives in all further proceedings related to request for information related to my health and disability benefits.

3. Your complete file related to me, including all claim forms, summary plan descriptions, plan documents, claim files, medical records, medical bills, letters, telephone memoranda, meeting notes, internal notes, correspondence, medical reviews, vocational evaluations, adjuster notes, surveillance tapes, and any other documents relevant to my coverage.

4. I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.

5. This information may be disclosed to and used by **OBER PEKAS RONSTADT, PLLC**, 3030 North 3rd Street, Suite 1230, Phoenix, AZ 85012 for the purpose of legal representation.

6. I understand I have the right to revoke this authorization at any time. I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department. I understand the revocation will not apply to information that has already been released in response to this authorization. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Unless otherwise revoked, this authorization will expire **ONE YEAR** from the date that I signed this authorization. A photocopy is as valid as the original.

7. I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand I may inspect or copy the information to be used or disclosed, as provided in 45 C.F.R. §164.524. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have questions about disclosure of my health information, I can contact my attorneys at the address listed above.

Dated this 25 of September.

[signature]
RONALD FINLEY

7C275180016

*Please Reply To:*
**OBER PEKAS RONSTADT, PLLC**
**3030 North 3rd Street, Suite 1230**
**Phoenix, AZ 85012**
**Phone: (602) 277-1745**
**Fax: (602) 279-1028**

**AUTHORIZATION, NOTICE OF LIEN AND PAYMENT INSTRUCTIONS**

**Re: Claimant: RONALD FINLEY**
**SSN:**
**DOB:** ________________

**To any Administrator, Insurance Company, and/or other interested persons:**

I have hired *Ober Pekas Ronstadt, PLLC* as my attorneys with regards to my disability claim. I AUTHORIZE you, and all companies and individuals, to communicate directly with my attorneys and to produce all documentation requested directly to my attorneys. I grant a Limited Power of attorney for my attorneys to obtain all such documentation the same as if I could obtain such documentation. I have obligated myself to pay attorney fees and costs to *Ober Pekas Ronstadt, PLLC* in regards to this claim. To insure that *Ober Pekas Ronstadt, PLLC* is properly compensated, I hereby grant *Ober Pekas Ronstadt, PLLC* a full lien against any entitlement I may receive or recovery I might make. *Ober Pekas Ronstadt, PLLC* is granted all general, promissory, or retaining liens and all special or charging liens available under law.

I direct any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity (hereafter "you") from whom I am claiming benefits or who is paying benefits, a settlement or judgment (or any part thereof) of my claim, to recognize this lien and to forward any check for past due and future benefits or any other type of settlement/judgment/benefits check to my duly appointed attorneys at *Ober Pekas Ronstadt, PLLC, 3030 North 3rd Street, Suite 1230, Phoenix, AZ 85012.* This direction shall remain valid until *Ober Pekas Ronstadt, PLLC* notifies you that checks or documents may be sent to me. I also direct you to forward all documents and letters to my attorneys until you are notified by my attorneys to act differently.

I also give a Limited Power of Attorney to *ERIN RONSTADT* to sign documents and endorse checks received with regard to my claim, judgment, payment, and/or settlement for the claim or benefits sought. I understand that any such checks will be deposited into a non-interest bearing Trust account and held until funds clear before my portion of any such proceeds will be forwarded to me.

DATED: ______________________

Signed: ______________________
RONALD FINLEY

APPROVED AND ACCEPTED:

OBER PEKAS RONSTADT, PLLC

By ______________________
ERIN RONSTADT

7C275180016

PR pekas ronstadt
ARIZONA DISABILITY ATTORNEYS

CERTIFIED MAIL

7018 0360 0000 1347 6271

Janelle Paine
Appeal Review Consultant
Liberty Life Assurance Company of Boston
PO Box 7213
London, KY 40742-7213

Return Receipt Requested

40742-7213

Liberty Mutual.
INSURANCE

Liberty Life Assurance
Company of Boston

Group Benefits Disability
Claims
P.O. Box 7206
London, KY 40742-7206
Secure Fax 866-841-1415

March 23, 2018
Albert Klaski, M.D
Fax: 623-

Re: Disability Benefits
Claimant Name: Ronald Finley
Claimant DOB:
Claim Number: 5616243

Dear Dr. Klaski,

I am a neurologist who was asked by Liberty Mutual to review the medical records Mr. Finley submitted in support of his request for disability benefits. I am writing to offer you the opportunity to provide your opinion, with supporting evidence, regarding work capacity with restrictions and limitations, if any and a return to work plan for Mr. Finley.

If you would like your input considered in the review of his claim please comment directly on this letter or attach corroborating evidence then sign below in the space provided and return this letter back to me as soon as possible by return fax. The toll free and secure return fax number is (866) 841-1415.

Thank you for your time and consideration. Liberty is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Respectfully yours,

-Electronically Signed-

Reva B. Klein, M.D.
Consulting Physician (Neurology)
Diplomate, American Board of
Psychiatry and Neurology
(603-970-5505)

__ No changes/comments, OR
__ With changes/comments as noted above

Albert Klaski, MD Date

Dr. Klaski is unable to complete
(initials)

Liberty Mutual. INSURANCE

Liberty Life Assurance
Company of Boston

Group Benefits Disability
Claims
P.O. Box 7206
London, KY 40742-7206
Secure Fax 866-841-1415

March 23, 2018
Albert Klaski, M.D
Fax: 623-

Re: Disability Benefits
Claimant Name: Ronald Finley
Claimant DOB:
Claim Number: 5616243

Dear Dr. Klaski,

I am a neurologist who was asked by Liberty Mutual to review the medical records Mr. Finley submitted in support of his request for disability benefits. I am writing to offer you the opportunity to provide your opinion, with supporting evidence, regarding work capacity with restrictions and limitations, if any and a return to work plan for Mr. Finley.

If you would like your input considered in the review of his claim please comment directly on this letter or attach corroborating evidence then sign below in the space provided and return this letter back to me as soon as possible by return fax. The toll free and secure return fax number is (866) 841-1415.

Thank you for your time and consideration. Liberty is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Respectfully yours,

-Electronically Signed-

Reva B. Klein, M.D.
Consulting Physician (Neurology)
Diplomate, American Board of
Psychiatry and Neurology
(603-970-5505)

__ No changes/comments, OR
__ With changes/comments as noted above

________________ ________
Albert Klaski, MD Date

Dr. Klaski is unable to complete (PG)

**Memorandum**

***From:*** Reva B. Klein, M.D. ***Date:*** March 23, 2018
***To:*** Janelle Paine
***Claim#:*** 5616243 ***DOD:*** 9/20/15 ***DOB:***
***Claimant:*** Ronald Finley ***Occupation:*** Dick's sporting goods regional manager

***Recommendations and Conclusions:***

1) The presenting symptoms and findings meet the diagnostic criteria for post-herpetic neuralgia (B02.22).
2) The presenting symptoms and findings may meet the diagnostic criteria for co-morbid depression (F32.9) and/or anxiety (F41.9) but defer an opinion regarding possible impact on functional capacity to the appropriate specialist.
3) Impairment is based on self-reported right face pain.
4) The medical evidence available for review does not support a neurologic diagnosis that is causing functional impairment from 8/24/17 through the present. He responded to treatment with neuropathic agents with marked reduction in symptoms. He reported ongoing intermittent short burst of pain but the evidence does not support this pain rises to the level that would prevent full time sustained work capacity. Prior reports indicated Dr. Klaski endorsed a return to work as of 7/5/16. It remains unclear from documentation what prevented return to work as of 8/24/17, almost two years post onset. The evidence does not support any change in treatment since at least 6/26/17. He was referred for a tertiary care assessment but the evidence does not support he followed thru with this recommendation.
5) The medical evidence does not support physical or cognitive side effects from prescribed medications that would impact functional capacity
6) The evidence does not support restrictions and limitations on a neurologic basis that would prevent full time sustained work capacity. The level of treatment does not support the scope and severity of the claimant's self-reported facial pain rises to the level that would prevent full time work capacity at least as of 8/24/17. The evidence does not support any change in treatment since at least 6/26/17.
7) Functional capacity may need to be assessed by alternate measures, as there is no additional medical testing that would further define the level of impairment.
8) Telephone contact with the treating neurologist, Albert Klaski, MD (623-535-0050, Fax 623-535-9520) can be made for further clarification if needed once a signed release is available from the claimant. In the meantime a letter was sent under separate cover to clarify impairment, restrictions and limitations, if any and a return to work plan in writing.

***Referral Questions:***

1) ***This is an appeal - do not refer to Dr. Fife as he previously reviewed claim***Please contact Dr. Klaski, to discuss the claimants medical condition, treatment, and prognosis. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or

not you reached consensus with the treating provider. If not, please discuss your final assessment after the call.

2) What diagnoses are supported by the medical evidence?
3) Does the medical evidence support any diagnoses causing functional impairment from 8/24/17 through the present? Please explain your medical rationale as to why or why not.
4) If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported.
5) Does the medical evidence support the claimant has the ability to sustain full time capacity (8 hours/day, 5 days/ week) within the identified restrictions and limitations? Please explain your medical rationale.
6) Are there any reported or observed cognitive and/or physical side effects attributed to the prescribed medications? If yes, do the side effects contribute to claimants impairment?
7) Do you agree with the assessment of the claimants capacity and the restrictions as noted by the treating providers? Please explain.

***Analysis:***

Trigeminal neuralgia is a clinical diagnosis characterized by recurrent attacks of very severe lancinating pain in the trigeminal distribution. The International Headache Society (IHS) diagnostic criteria include paroxysmal attacks of pain lasting from a fraction of a second up to two minutes and pain that is at least (a) intense, sharp, superficial, stabbing or (b) attacks have specific triggers in a particular pattern plus attacks are stereotyped and there is no evidence for neurologic deficit and other causes are ruled out. If caused by a complication of herpes zoster it is known as post-herpetic neuralgia. Differential diagnosis includes cluster headache, tooth pain, vasculitis (Giant cell arteritis), tumors, migraine, paroxysmal hemicrania, SUNCT, MS, sinusitis, or temporomandibular joint syndrome. Attacks are very brief, recurring throughout the day, unilateral and commonly triggered by talking, eating, chewing, brushing teeth, touching the face, a cool breeze, or shaving. Tegretol is the drug of choice. Baclofen and gabapentin (Neurontin) may be helpful in refractory cases. Other medical treatment includes phenytoin, lamotrigine, topiramate, clonazepam, pimozide, valproic acid, Botox, intranasal lidocaine, topical capsaicin, IM Sumatriptan and dextromethorphan. If medical therapy is unsuccessful acupuncture can be helpful and there are surgical options as well, although many procedures produce only short term effects. These can include partial trigeminal rhizotomy and decompression. Occasionally there is spontaneous remission but often it persists for years. It can be associated with MS so neuroimaging is useful to rule out underlying causes. Etiology is hypothesized to be related to demyelination of the trigeminal nerve with ephaptic transmission. The neurologic exam is generally normal. (1)

The claimant is a 53 year old right handed Dick's Sporting Goods Regional manager with a date of disability 9/20/15 who claims impairment on the basis of dizziness, vertigo, right face pain, ear pain and tinnitus. The presenting symptoms and findings meet the diagnostic criteria for post-herpetic neuralgia after a herpes zoster infection. The rash and acute infection resolved with treatment using ibuprofen, methylprednisolone and famcyclovir September 2015. However he later reported paroxysmal intermittent attacks of severe intense pain that was hot and burning with the sensation of spiders crawling on his face in the areas of V2 and V3, and deep burning

ear pain. This description does suggest neuropathic pain with the paroxysmal burning sensation. Triggers were not identified. He also reported tinnitus, dizziness and vertigo which resolved. His neurologic exam was normal. He was on intermittent opioids, tramadol and ibuprofen. He was also started on Gabapentin 300 mg TID and he was 30% improved. This was only increased as high as 400 tid, still a very low dose and stopped for sedation. He also had dental complications with a tooth abscess thought to be related to the herpes zoster, which was successfully treated surgically around November 2015, documentation not included. His dental and ear pain resolved a few months later. He also tried Zonogran, Tegretol and Trileptal.

Albert Klaski, MD saw him on 12/1/15 for a neurologic opinion, over two months post onset. He reported this was the second time he had herpes zoster, which developed on the right side of his ear up to his head. The rash slowly resolved but he continued with significant pain and discomfort along the area including deep inside his ear. He was put on gabapentin 300 mg TID but this was causing fatigue without much relief. Dr. Klaski changed him to Zonegran 25 mg with the expectation for improvement over the next 3-6 months. He continued on NSAID and opioids. The end of December he was referred to PT for increased dizziness on zonisamide and to rtw one month later. He followed up with neurology 2/1/16 and Zonisamide was increased to 50 g. He improved by 50% but continued to report pain and discomfort that was lancinating and intermittent. He was advised to take an extra dose of Zonogran if his pain flared. He was still taking hydrocodone with ibuprofen and oxycodone although his PCP reported stopping these. Dr. Klaski saw him in neurologic follow up 4/27/16, about 7 months post onset and he reported doing well until he had a go from Arizona to Chicago for a funeral. He felt the cold weather made his symptoms worse. He increased the zonisamide to 50 twice a day and improved. He had to return to Chicago and was advised to increase the dose during travel and could go up to 400 mg per day if needed but it was unclear how he did with this. He increased as high as 200 without much difference in efficacy. His anxiety and depression were worsening, but he declined pharmacologic treatment of either. He felt sedated on zonisamid. He was seen again 7/7/16 and was started on carbamazepine 200 bid and to follow up in two weeks but did not return until 9/13/16. He reported improvement since the last visit with intermittent flares that were severe lasting about 30 minutes. The dose was increased to 400/800 of carbamazepine with tramadol for flares. He had multiple deaths in his family but continued to decline pharmacologic treatment of his mood disorder and was recommended for counseling and for stress reduction with massage, yoga, exercise or relaxation. On 11/14/16 Dr. Klaski increased the carbamazepine to 400/800 and he continued to improve but had ongoing occasional intermittent severe flares of face pain. He was on tramadol and referred for Cyber Knife treatment. He was unable to refill the carbamazepine and January 2017 was off and it was not restarted and continued on only tramadol and ibuprofen.

Jeffrey Gitt, DO saw him for a second opinion on 5/2/17. He tried Neurontin up to 400 tid, zonisamide, and Tegretol up to 600 bid. Vertigo resolved. CyberKnife evaluation had been recommended but he was leery of this. He was using Tylenol, ibuprofen and tramadol which were not helpful. He was started on Trileptal 150 mg, titrated up to 300 bid. Gabapentin was still considered because he never got past the very low dose of 400 TID. Tylenol, ibuprofen and tramadol were stopped. MRI of the brain 5/24/17 was normal. He was improved by 6/26/17 with less severe pain and Trileptal was increased to 300 tid. He saw Dr. Klaski again on 2/7/18 and he was referred to the Barrows Institute for possible CyberKnife. He was to follow up in one month

but there was no additional documentation available for review.

Impairment is based on self-reported right face pain but the evidence does not support this pain rises to the level that would prevent full time sustained work capacity. He responded to treatment with neuropathic agents with marked reduction in symptoms. Prior reports indicated Dr. Klaski endorsed a return to work as of 7/5/16. It remains unclear from documentation what prevented return to work as of 8/24/17, almost two years post onset. The evidence does not support any change in treatment since at least 6/26/17. He was referred for a tertiary care assessment but the evidence does not support he followed thru with this recommendation. The evidence also does not support restrictions and limitations on a neurologic basis that would prevent full time sustained work capacity. Telephone contact with the treating neurologist, Albert Klaski, MD can be made for further clarification if needed once a signed release is available from the claimant.

(1) Rudolph M. Krafft, MD. Trigeminal Neuralgia. American Family Physician. 2008;77(9):1291-1296.

***Historical:***

- Brief synopsis of history.

The claimant is a 53 year old right handed Dick's Sporting Goods Regional manager with a date of disability 9/20/15 who claims impairment on the basis of dizziness, vertigo, right face pain, ear pain and tinnitus.

9/22/15-PCP: Andrea Patton, MD. He followed up and ED visit and was diagnosed with herpes zoster. He was started on antivirals in the emergency department and returned and was started on Percocet and steroids. Percocet reduce the pain to 0/10 but without it the pain was 7/10. He was unable to drive secondary to the opioids. He had a new job and reported increased stress with driving. He reported ear pain. Meds included ibuprofen, methylprednisolone and famcyclovir. On exam the rash had resolved with only mild erythema in the scalp at the previous site. He was given two weeks of opioids and instructed to wean as soon as possible.

10/8/15-PCP: Andrea Patton, MD. He was seen to follow up postherpetic neuralgia. Meds included oxycodone. He was initially diagnosed 9/19/15. He reported 20% improvement in pain but was taking Percocet to tablets during the day, ibuprofen 800 every six hours and Tylenol p.m. at night. He also had dental complications with a tooth abscess thought to be related to the herpes zoster. He was now requiring antibiotics and would need a tooth extraction with a bone graft as soon as possible. His exam was normal. The previous rash was resolved. He was unable to work while taking the opioids. He had ongoing nerve pain one month post-onset of rash. Gabapentin was started 300 mg TID and Percocet limited to nighttime only. He was unable to work secondary to the pain and unable to drive secondary to the opioids.

10/29/15-PCP: Andrea Patton, MD. He was seen in follow-up for postherpetic neuralgia on the right. He was 30% improved on the gabapentin 300 TID. He was using the Roxicet at night four times a week. He continued with right ear pain, tinnitus, fatigue, dizziness/vertigo, nausea, diarrhea and right-sided headaches. His tooth was infected so was unable to be pulled. He was

having increased anxiety about his job. Meds included Neurontin 300 tid and oxycodone. He reported vertigo and headaches and required narcotics at night and gabapentin during the day. He was unable to drive due to symptoms and medication. He was referred to neurology. No changes were made.

11/24/15-PCP: Andrea Patton, MD. He followed up for postherpetic neuralgia. He was taking gabapentin which was working somewhat. Pain now was more random shocks. He denied side effects on the meds. Since the last visit he used nine tablets of Roxicet. He had oral surgery with grafting and was on antibiotics. He reported dizziness and numbness at the side of the previous rash. Had imaging was considered due to vertigo, tinnitus, and ongoing pain. This would be deferred to neurology with an appointment the next week. Off work was extended for weeks. Gabapentin was increased to 400 TID. Roxicet was refilled for breakthrough pain.

12/1/15-neurology: Albert Klaski, MD. He presented with a two month history of postherpetic neuralgia syndrome. He reported this was the second time he had herpes zoster. Most recent episode developed on the right side of his ear up to his head. This slowly resolved but he continued with significant pain and discomfort along the area including deep inside his ear. He also reported intermittent vertigo. He had some dental work done. He reported his discomfort as hot, burning, loss of appetite, a sensation of spiders crawling on his face in the areas of V2 and V3, and intermittent burning deep in his ear. He was put on gabapentin 300 mg TID but this was causing fatigue without much relief. He was exhibiting postherpetic neuralgia neuropathy with crossover to intermittent trigeminal neuralgia secondary from a viral infection. A longer acting medication with less sedation such as Zonegran 25 mg was recommended. Other possibilities include carbamazepine and Lyrica. Over the course of 3 to 6 months the symptoms should continue to slowly improve and resolve. His current meds also included hydrocodone, ibuprofen, and oxycodone. He was in no distress on exam. The rest of his exam was normal without evidence for trigeminal neuropathy. Gait and balance were normal. The diagnosis was other postherpetic nervous system involvement. He was started on Zonegran 25 mg HS to increase in two weeks to 50 mg if needed. He was to stop gabapentin and consider Lyrica or carbamazepine.

12/23/15-PCP: Andrea Patton, MD. He was seen for follow-up for postherpetic neuralgia, vertigo, tinnitus and nausea. He stopped gabapentin two days ago and started zonisamide per neurology which was increasing his nausea and dizziness. He was not driving. He was referred to PT for the vertigo and started on Zofran. He was to return to work in one month.

1/22/16-PCP: Matthew Bean, MD. He followed up vertigo and postherpetic neuralgia. He reported ongoing shocks in his face with tinnitus. PT was not yet helpful. He missed his neurology appointment in January. Oxycodone was stopped.

2/1/16-neurology: Albert Klaski, MD. He was started on Zonegran 25 mg HS with improvement. This was increased to 50. He continued to have pain and discomfort that was lancinating and intermittent. Vertigo was improved. He was doing PT and vestibular therapy and felt it was helpful. He was advised to take an extra dose of Zonegran if his pain flared. He was still taking hydrocodone with ibuprofen and oxycodone. His exam remained normal.

2/25/16-PCP: Matthew Bean, MD. He was better with the increased dose of zonisamide. Shock

like pain was better. He continued with vertigo but it was 50% improved. He joined a post neuralgia group and this was helpful. He reported recently being rear-ended while restrained. He denied loss of consciousness or hitting the windshield. His exam was normal. He was referred to PT for neck pain following the motor vehicle accident. Recommendations for weight loss were made.

3/24/16-PCP: Andrea Patton, MD. His hemoglobin A1c was elevated over 6. Diet and weight loss were discussed. He was referred to a nutritionist. He was on zonisamide and improved. Dental pain and ear pain resolved. He reported neck pain after motor vehicle accident.

4/27/16-neurology: Albert Klaski, MD. He reported doing well until he had a go to Chicago for a funeral. He felt the cold weather there made his symptoms worse. He increased the zonisamide to 50 twice a day and he improved. He had to return to Chicago and was advised to increase the dose during travel. He was to go up to 400 per day. His exam remained normal.

6/21/16-PCP: Andrea Patton, MD. He reported frequent heart palpitations, tinnitus, shocking pain radiating down the right side of his face with tooth pain treated with ibuprofen and oxycodone. Zonisamide was increased to 200 mg but he did not note improved pain or change in vertigo. His anxiety and depression were worsening. He declined pharmacologic treatment of either. He felt sedated on zonisamide and was referred for a second opinion neurology consultation.

7/7/16-neurology: Albert Klaski, MD. He was instructed how to increase to 400 mg to travel to Chicago. It was unclear how he did with this. He was started on carbamazepine 200 twice a day.

9/13/16-neurology: Albert Klaski, MD. He was started on carbamazepine the last visit with the plan to return in two weeks but he did not follow-up for two months. He reported improvement since the last visit with intermittent flares that were severe lasting about 30 minutes. The dose was increased to 400/800 of carbamazepine with tramadol for flares. Oxcarbazepine was considered as well as Lyrica.

9/20/16-PCP: Andrea Patton, MD. He was having anxiety and depression related to frustration with the postherpetic neuralgia. Both his stepmother and his brother died in the last three months and he was feeling very depressed. He was started on carbamazepine 200 b.i.d. He declined pharmacologic treatment of his mood disorder and was recommended for counseling. Other recommendations including stress reduction with massage, yoga, exercise or relaxation.

11/14/16-neurology: Albert Klaski, MD. Since increasing the carbamazepine to 400/800 he improved with reduction in his overall symptoms. He continued with occasional intermittent flares that were severe. Carbamazepine was increased to 600/600. He was given information on the CyberKnife. He continued on tramadol.

1/12/17-PCP: Andrea Patton, MD. He was on the maximal dose of carbamazepine which was 600 bid. CyberKnife was being considered. He had a period where he was off the carbamazepine in the tramadol in October 2016 due to loss of his insurance. He was taking Tylenol PM and ibuprofen 600 mg. He was not restarted on the carbamazepine as it was felt to lack efficacy.

Tramadol was refilled.

4/11/17-PCP: Andrea Patton, MD. He was taking ibuprofen 600 every six hours and tramadol at night. No changes were made.

5/2/17-neurology: Jeffrey Gitt, DO. He followed up for trigeminal neuralgia and dizziness. Onset was September 2015. He reported a taser like sensation on the right side of his face with shocks, sparks and jolts of pain involving the upper lip, lower lip, cheek and chin on the right. He had been placed on Tegretol and went up to 600 b.i.d. but experienced drowsiness. Zonisamide was not helpful. Neurontin up to 400 TID did not help. He had vertigo which resolved. This occurred when he change positions were turned quickly. CyberKnife evaluation had been recommended but the patient was leery of this. He recently had a tooth pulled a bone graft on the right mandible. He was using Tylenol, ibuprofen and tramadol which were not helpful. On exam his BMI was 37.45 with a weight of 261 pounds. The rest of his detailed neurologic exam was normal. He was started on Trileptal 150 mg to titrate up to 300 b.i.d. Gabapentin was still considered because he never got past the very low dose of 400 TID. Tylenol, ibuprofen and tramadol were stopped. MRI of the brain was recommended.

5/24/17-a brain MRI reported distortion due to dental hardware. Cranial nerves in the posterior fossa were normal. CP angle was normal. Meckel's cave was normal. There were no vascular loops. Cavernous sinuses were normal. There was no diffusion restriction to indicate acute ischemia or infarct. There were no masses. There were a few punctate foci of T2 and FLAIR hyperintense signal in the subcortical white matter of the bifrontal lobes. These are likely sequela of migraine or chronic ischemic changes. The trigeminal nerves were normal.

6/26/17-neurology: Jeffrey Gitt, DO. He was seen to follow up trigeminal neuralgia. Medications included oxcarbazepine 300 b.i.d., ibuprofen and tramadol. His pain was reduced dramatically once he increased the Trileptal. He had some episodes of pain but they were less severe. He had a period of three weeks without medication due to difficulty refilling the prescription and his pain increased off of that but resolved again. His detailed neurologic exam was normal including balance, gait and tandem. Trileptal was restarted.

8/18/17-PCP: Andrea Patton, MD. He was recently started on oxcarbazepine with an increased dose but now had swelling in his hands and feet.

9/19/17-PCP: Andrea Patton, MD. He was on oxcarbazepine 300 TID. He had an epidermal cyst removed.

2/7/18-neurology: Albert Klaski, MD. Since he was last seen he went for a second opinion and his medications were changed however he did not do well. Carbamazepine was restarted and titrated from 200 bid. Further assessment at the Barrows Institute was recommended for possible CyberKnife to treat the chronic trigeminal neuralgia. His exam remained normal. He was to follow up in one month.

- Relevant office notes.

Neurology office notes: Albert Klaski MD 12/1/15 to 2/7/18

Neurology office notes: Jeffrey Gitt, DO 5/2/17 and 6/26/17
PCP office notes: Andrea Patton, MD 9/22/15 to 9/19/17
PCP office notes: Matthew Bean, MD 1/22/16 and 2/25/16
Peer review (neurology): Terry Fife, MD 5/11/16 and 12/29/16
Peer review (neurology): David Hoenig, MD 8/4/17
Authorization not available

- Relevant diagnostic tests.

Brain MRI 5/24/17

Electronically signed,

Reva B. Klein, M.D.
Diplomate American Board Psychiatry and Neurology
Consulting Physician (Neurology), Liberty Mutual

Liberty Mutual INSURANCE

Liberty Life Assurance
Company of Boston

Group Benefits Disability
Claims
ᒣ.O. Box 7206
ˏondon, KY 40742-7206
ecure Fax 866-841-1415

March 23, 2018
Albert Klaski, M.D
Fax: 623-

Re: Disability Benefits
Claimant Name: Ronald Finley
Claimant DOB:
Claim Number: 5616243

Dear Dr. Klaski,

I am a neurologist who was asked by Liberty Mutual to review the medical records Mr. Finley submitted in support of his request for disability benefits. I am writing to offer you the opportunity to provide your opinion, with supporting evidence, regarding work capacity with restrictions and limitations, if any and a return to work plan for Mr. Finley.

If you would like your input considered in the review of his claim please comment directly on this letter or attach corroborating evidence then sign below in the space provided and return this letter back to me as soon as possible by return fax. The toll free and secure return fax number is (866) 841-1415.

Thank you for your time and consideration. Liberty is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Respectfully yours,

-Electronically Signed-

Reva B. Klein, M.D.
Consulting Physician (Neurology)
Diplomate, American Board of
Psychiatry and Neurology
(603-970-5505)

__ No changes/comments, OR
__ With changes/comments as noted above

_____________ ______
Albert Klaski, MD Date

**n0133085**

**From:** RightFax E-mail Gateway
**Sent:** Friday, March 23, 2018 9:54:27 PM
**To:** Klein, Reva
**Subject:** Your fax has been successfully sent to Albert Klaski, MD at 623-535-9520. RE:

Your fax has been successfully sent to Albert Klaski, MD at 623-535-9520. RE:
------------------------------------------------------------
3/23/2018 9:53:17 PM Transmission Record
Sent to 6235359520 with remote ID "8557141388"
Result: (0/339;0/0) Success
Page record: 1 - 2
Elapsed time: 01:03 on channel 27

**n0141862**

**From:** GRP MKT MD Referral
**Sent:** Monday, March 05, 2018 11:49:54 AM
**To:** Paine, Janelle
**Cc:** GMKT MD Referral Dover
**Subject:** Referral 5616243 - FINLEY, RONALD - Assignment Notification

Thank you for this referral.

The referral has been assigned to Reva Klein MD in the Dover office.

If you have questions regarding the status of this referral, please review the daily status report. If you have further questions, please contact the Medical Department in the Dover office.

(Please do not respond to this e-mail, as this is a system generated e-mail and responses are not monitored.)

Office: GM - Phoenix
Claim Number: 5616243
Claimant: FINLEY, RONALD
Priority Status: 1
Date of Disability: 9/20/2015
Product Type: LTD
Disability Level: Own Occupation
Claim Status: CL
Date Referred: 3/5/2018
Date Report Needed: 3/14/2018
Policy Holder: DICKS SPORTING GOODS, INC.
Referred By: PAINE, JANELLE 913 8*734-1495
Diagnosis: B02.9 Zoster without complications,
Questions or Issues for Physician: ***This is an appeal - do not referr to Dr. Fife as he previously reviewed claim***Please contact Dr. Klaski, to discuss the claimants medical condition, treatment, and prognosis. When contacting the treating provider please discuss the claimants condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call. What diagnoses are supported by the medical evidence? Does the medical evidence support any diagnoses causing functional impairment from 8/24/17 through the present? Please explain your medical rationale as to why or why not. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Does the medical evidence support the claimant has the ability to sustain full time capacity (8 hours/day, 5 days/ week) within the identified restrictions and limitations? Please explain your medical rationale. Are

there any reported or observed cognitive and/or physical side effects attributed to the prescribed medications? If yes, do the side effects contribute to claimants impairment? Do you agree with the assessment of the claimants capacity and the restrictions as noted by the treating providers? Please explain.

# Liberty Mutual Consulting Physician Referral
## File Review - Priority

**Physician Specialty: Neurology**

Office: 0913

Claim #: 5616243

Claimant Name: RONALD D FINLEY

Date of Birth:

Claim Status: CL

Date of Disability: 9/20/2015

Date Sent: 3/5/2018

Claimant SSN:

Date Benefits Began: 3/20/2016

Product Type: LTD

Paid Through: 8/24/2017

Disability Level: Own Occupation

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

Policyholder/Self-Insured Plan Holder: DICK'S SPORTING GOODS, INC.

Referred By: PAINE, JANELLE 913 8*734-1495

Assigned Nurse Case Manager:

Diagnosis: B02.9 Zoster without complications,

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

***This is an appeal - do not referr to Dr. Fife as he previously reviewed claim***Please contact Dr. Klaski, to discuss the claimant's medical condition, treatment, and prognosis. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call. What diagnoses are supported by the medical evidence? Does the medical evidence support any diagnoses causing functional impairment from 8/24/17 through the present? Please explain your medical rationale as to why or why not. If functional impairment is supported, please describe how that translates into restrictions or limitations and for what period(s) of time. Please explain your medical rationale for any restrictions or limitations or why restrictions or limitations are not supported. Does the medical evidence support the claimant has the ability to sustain full time capacity (8 hours/day, 5 days/ week) within the identified restrictions and limitations? Please explain your medical rationale. Are there any reported or observed cognitive and/or physical side effects attributed to the prescribed medications? If yes, do the side effects contribute to claimant's impairment? Do you agree with the assessment of the claimant's capacity and the restrictions as noted by the treating providers? Please explain.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. RONALD FINLEY

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

February 26, 2018

Mr. Ronald D. Finley

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243

Dear Mr. Ronald Finley:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Dick's Sporting Goods, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on your Long Term Disability (LTD) claim.

Your file is being forwarded to Liberty's Appeal Review Unit for an independent review of your claim eligibility. Your claim will be assigned to an Appeal Consultant who will contact you when they have completed a review of the appeal. If you have any questions regarding the status of the appeal prior to hearing from the Appeal Consultant, you may contact the Appeal Review Unit at 1-888-437-7611 during the hours of 8am to 5pm Eastern Standard Time.

In accordance with the Employee Retirement Income Security Act of 1974 (ERISA), under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your request for review was received.

If there are special circumstances requiring a delay in Liberty's response, you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Nancy Winterer
Appeal Associate
Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

# FAX

| | | | |
|---|---|---|---|
| TO: | Nancy - Appeals | FROM: | Ronald D. Finley |
| FAX: | 603-334-5708 | FAX: | 480-588-3739 |
| PHONE: | | PHONE: | |
| SUBJECT: | | DATE: | February 22, 2018 |

COMMENTS: Physician Notes Regarding Appeal -- Ronald D. Finley Claim #5616243

# Finley, Ronald D

MRN: 2554822
Description: 50 year old male

**Office Visit** 9/22/2015
HonorHealth Medical Group - Cave Creek

Provider: Andrea W Patton, MD (Family Medicine)
Primary diagnosis: Shingles
Reason for Visit: Follow-up

## Progress Notes

Andrea W Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 09/22/2015 - Review Complete 09/22/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 9/22/15 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • famciclovir (FAMVIR) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 3 (three) times daily for 7 days. | 21 tablet | 0 |
| • fluticasone (FLONASE) 50 MCG/ACT nasal | 1 spray by Nasal route daily. | 1 Bottle | 2 |
| • ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 1 tablet (800 mg total) by mouth every 6 (six) hours as needed for up to 10 days for Pain. | 30 tablet | 0 |
| • methylPREDNIsolone (MEDROL DOSPACK) 4 MG tablet | Dispense one DOSEPACK to be taken as directed by prescriber. | 1 kit | 0 |
| • montelukast (SINGULAIR) 10 MG tablet | Take 10 mg by mouth nightly. | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 50 y.o. male.

Chief Complaint
Patient presents with
- Follow-up

HPI

Here to fu ED visit. Diagnosed with shingles. Initially started on famciclovir 500mg BID and last week back to ED started on percocet and steroid.
Today stopped percocet pain 7/10. On percocet pain 0/10. Unable to drive 2/2 narcotic use.

Pt reports has had significant increase in stress with new job (driving to Prescott daily.)
**Vitamin D deficiency**

2/2015 Vit D 15.7
Has been taking 2K. 3/17/15 Increase to 50K for 12 weeks, then recheck
9/15 recheck

**Prediabetes**
2/2015 Glucose 106 HgA1C: 6.1 (old records 7/2014 5.7, + microalbumin)
Discussed diet and weight loss
Referral to nutritionist
9/15 recheck labs

**Low testosterone**
3/2015 302, will recheck testosterone, refer to urology if > 300
9/15 recheck

**Elevated cholesterol**
2/2015 TC: 220 Trig:90 HDL:54 LDL:148
ASCVD Risk Calculator: 9.6%
Diet and exercise for 3 month trial
9/15 recheck

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |

Review of Systems
HENT: Positive for dental problem **(dental pain)** and ear pain.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Musculoskeletal: Negative.
Skin: Negative. Negative for rash **(resolved)**.
Neurological: Positive for numbness **(nerve pain at site of previous shingles rash)**.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 144/74 mmHg | Pulse 65 | Temp(Src) 98.2 °F (36.8 °C) (Tympanic) | Ht 5' 9" (1.753 m) | Wt 250 lb (113.399 kg) | BMI 36.90 kg/m2 | SpO2 97%

Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.

Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
He has no cervical adenopathy.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and associated orders for this visit:

**Shingles**
Refill narcotic . Will only provide 2 week course (and should last longer as pt should attempt wean ASAP) At fu consider topical

For below due for repeat labs for all chronic conditions. Pt reports stable
**Elevated cholesterol**
- Lipid Panel
- Comprehensive Metabolic Panel

**Low testosterone**
- Testosterone

**Prediabetes**
- Hemoglobin A1c

**Vitamin D deficiency**
- Vitamin D 25 Hydroxy

**Other Orders**
- oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet; Take 2 tablets by mouth every 8 (eight) hours as needed for up to 30 doses for Pain.

Return in about 3 weeks (around 10/13/2015) for physical.

## Other Notes

- Elevated cholesterol A&P from Andrea W Patton, MD (Family Medicine)
- Low testosterone A&P from Andrea W Patton, MD (Family Medicine)
- Prediabetes A&P from Andrea W Patton, MD (Family Medicine)
- Vitamin D deficiency (Resolved 10/19/2017) A&P from Andrea W Patton, MD (Family Medicine)

## Instructions

Return in about 3 weeks (around 10/13/2015) for physical.

### Patient Instructions

After Visit Summary (Printed 9/22/2015)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 144/74 Pulse 65 Temp 98.2 °F (36.8 °C) (Tympanic) Ht 5' 9" (1.753 m)<br>Wt 250 lb (113.4 kg) (Abnormal) SpO2 97% BMI 36.92 kg/m² BSA 2.35 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

**Hemoglobin A1c** (Resulted 9/29/2015, Abnormal)
**Vitamin D 25 Hydroxy** (Resulted 9/29/2015, Abnormal)
Comprehensive Metabolic Panel (Resulted 9/29/2015)
Lipid Panel (Resulted 9/29/2015)
Testosterone (Resulted 9/29/2015)

## Medication Changes

As of 9/22/2015 4:00 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Changed: oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet** | 0 | 9/22/2015 | 10/8/2015 |

Take 2 tablets by mouth every 8 (eight) hours as needed for up to 30 doses for Pain. - Oral
Previously: 2 tablets Oral Every 4 hours PRN

## Visit Diagnoses

Shingles 053.9
Elevated cholesterol 272.0
Low testosterone 257.2
Prediabetes 790.29
Vitamin D deficiency 268.9

# Finley, Ronald D

MRN: 2554822
Description: 50 year old male

**Office Visit** 10/8/2015
HonorHealth Medical Group - Cave Creek

Provider: Andrea W Patton, MD (Family Medicine)
Primary diagnosis: Post herpetic neuralgia
Reason for Visit: Follow-up

## Progress Notes

Andrea W Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 10/08/2015 - Review Complete 10/08/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 10/8/15 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • fluticasone (FLONASE) 50 MCG/ACT nasal | 1 spray by Nasal route daily. | 1 Bottle | 2 |
| • montelukast (SINGULAIR) 10 MG tablet | Take 10 mg by mouth nightly. | | |
| • oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet | Take 2 tablets by mouth At bedtime as needed for up to 30 doses for Pain. | 45 tablet | 0 |
| • [DISCONTINUED] oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet | Take 2 tablets by mouth every 8 (eight) hours as needed for up to 30 doses for Pain. | 45 tablet | 0 |

**Subjective:**

**Patient ID:** Ronald D Finley is a 50 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

HPI

Here to follow up shingles. First diagnosis 9/19/15. Reports pain 20% better, however still requiring percocet 2 tablets during the day, ibuprofen 800mg every 6 hours and tylenol PM at night. On percocet 3/10, off percocet 7/10.

Patient also has had dental complication. Abscess in tooth - thought 2/2 shingles. Now requiring antibiotics - extraction of tooth will be scheduled ASAP with bone graft.

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |

Review of Systems
HENT: Positive for dental problem **(dental pain)** and ear pain.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Musculoskeletal: Negative.
Skin: Negative. Negative for rash **(resolved)**.
Neurological: Positive for numbness **(nerve pain at site of previous shingles rash)**.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 132/79 mmHg | Pulse 68 | Temp(Src) 98.1 °F (36.7 °C) (Tympanic) | Resp 20 | Ht 5' 9" (1.753 m) | Wt 249 lb 8 oz (113.172 kg) | BMI 36.83 kg/m2 | SpO2 99%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
He has no cervical adenopathy.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and associated orders for this visit:

**Post herpetic neuralgia**

Continued nerve pain 1 month out from initial rash. No improvement with narcotics - unable to work on medication
Trial gabapentin
Percocet night only
FU 3 weeks
See FMLA paperwork (unable to work 2/2 pain and unable to drive on narcotics)

**Other Orders**

- oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet; Take 2 tablets by mouth At bedtime as needed for up to 30 doses for Pain.
- gabapentin (NEURONTIN) 300 MG capsule; Take 1 capsule (300 mg total) by mouth 3 (three) times daily.

Return in about 3 weeks (around 10/29/2015).

## Other Notes

Addendum Note from Catherine Hernandez, MA

## Instructions

Return in about 3 weeks (around 10/29/2015).

Start gabapentin Day 1: 300mg PO daily, Day 3: 300mg PO BID, Day 5: 300mg PO TID. We can increase further if needed - call.

Continue percocet for night use only.

After Visit Summary (Printed 10/8/2015)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 132/79 Pulse 68 Temp 98.1 °F (36.7 °C) (Tympanic) Resp 20 Ht 5' 9" (1.753 m)<br>Wt 24 lb oz (113.2 kg) (Abnormal) SpO2 99 BMI 36.84 kg/m² BSA 2.35 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes

As of 10/8/2015 10:14 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: gabapentin (NEURONTIN) 300 MG capsule** | 0 | 10/8/2015 | 10/29/2015 |

| | Refills | Start Date | End Date |
|---|---|---|---|
| Take 1 capsule (300 mg total) by mouth 3 (three) times daily. - Oral | | | |
| **Changed: oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet** | 0 | 10/8/2015 | 10/29/2015 |
| Take 2 tablets by mouth At bedtime as needed for up to 30 doses for Pain. - Oral<br>Previously: 2 tablets Oral Every 8 hours PRN | | | |

## Visit Diagnoses

Post herpetic neuralgia B02.29
Need for influenza vaccination Z23

## Immunizations Given

Influenza vaccine injection

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 10/29/2015
HonorHealth Medical Group - Cave Creek

Provider: Andrea W Patton, MD (Family Medicine)
Primary diagnosis: Post herpetic neuralgia
Reason for Visit: Herpes Zoster

## Progress Notes

Andrea W Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 10/29/2015 - Review Complete 10/29/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 10/29/15 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • fluticasone (FLONASE) 50 MCG/ACT nasal | 1 spray by Nasal route daily. | 1 Bottle | 2 |
| • gabapentin (NEURONTIN) 300 mg capsule | Take 1 capsule (300 mg total) by mouth 3 (three) times daily. | 90 capsule | 2 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |
| • oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet | Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain. | 16 tablet | 0 |
| • PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler | INHALE 2 PUFFS BY MOUTH INTO LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZING | 6.7 g | 0 |
| • [DISCONTINUED] gabapentin (NEURONTIN) 300 MG capsule | Take 1 capsule (300 mg total) by mouth 3 (three) times daily. | 90 capsule | 0 |
| • [DISCONTINUED] montelukast (SINGULAIR) 10 MG tablet | Take 10 mg by mouth nightly. | | |
| • [DISCONTINUED] oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet | Take 2 tablets by mouth At bedtime as needed for up to 30 doses for Pain. | 45 tablet | 0 |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

Chief Complaint
Patient presents with
- Herpes Zoster

HPI

Here for follow up post herpetic neuralgia from herpes zoster of right. Currently on gabapentin 300mg TID. Some improvement in pain ~ 30%. Using roxicet at night - 4 times a week.

Symptoms today - persistent right ear pain, ringing in ears, fatigue, vertigo/dizziness, nausea, diarrhea, right sided headaches.

Tooth infection - unable to pull 2/2 infection.

Depression/anxiety - patient having anxiety about job.

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |

Review of Systems
Constitutional: Positive for fatigue. Negative for fever.
HENT: Positive for dental problem **(dental pain)**, ear pain and tinnitus.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for nausea and diarrhea.
Musculoskeletal: Negative.
Skin: Negative. Negative for rash **(resolved)**.
Neurological: Positive for numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: The patient is nervous/anxious.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 138/84 mmHg | Pulse 67 | Temp(Src) 98.1 °F (36.7 °C) (Tympanic) | Ht 5' 9" (1.753 m) | Wt 249 lb (112.946 kg) | BMI 36.75 kg/m2 | SpO2 96%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
He has no cervical adenopathy.

Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for herpes zoster.

Diagnoses and associated orders for this visit:

**Post herpetic neuralgia**
Vertigo, headaches. Requiring narcotics at night, gabapentin during day.
Unable to drive 2/2 symptoms and medication.
Referral to neurology placed today

**Diarrhea**
Recent Abx, stress. Started with gabapentin
Benign abdominal exam
Start probiotic

**Elevated blood pressure**
Elevated 2/2 pain, pt reports normal in the past. No prior diagnosis HTN
Will check BP log and fu 1 month with log. Consider starting medication if still elevated

**Other Orders**
- montelukast (SINGULAIR) 10 mg tablet; Take 1 tablet (10 mg total) by mouth nightly.
- oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet; Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain.
- gabapentin (NEURONTIN) 300 mg capsule; Take 1 capsule (300 mg total) by mouth 3 (three) times daily.

Return in about 1 month (around 11/29/2015).

## Instructions

Return in about 1 month (around 11/29/2015).

Referral to neurology placed

Medications reordered

Follow up with myself or Dr. Bean in 1 month

Monitor Blood pressure at home at least once a day. Bring log to follow up appointment.

After Visit Summary (Printed 10/29/2015)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 138/84 Pulse 67 Temp 98.1 °F (36.7 °C) (Tympanic) Ht 5' 9" (1.753 m)<br>Wt 24 lb (112. kg) (Abnormal) SpO2 96 BMI 36.77 kg/m² BSA 2.34 m² More Vitals |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Communications

Summary of care document sent to Justin Xavier Mussomeli, MD
Sent 11/2/2015

## Orders Placed

Ambulatory referral to Neurology Closed

## Medication Changes

As of 10/29/2015 2:47 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Changed: oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet** | 0 | 10/29/2015 | 11/24/2015 |

Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain. - Oral
Previously: 2 tablets Oral At bedtime PRN

## Visit Diagnoses

Post herpetic neuralgia B02.29
Diarrhea R19.7
Elevated blood pressure R03.0

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 11/24/2015
HonorHealth Medical Group - Cave Creek

Provider: Andrea W Patton, MD (Family Medicine)
Primary diagnosis: Post herpetic neuralgia
Reason for Visit: Follow-up

## Progress Notes

Andrea W Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 11/24/2015 - Review Complete 11/24/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 11/24/15 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • clindamycin (CLEOCIN) 300 mg capsule | | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

HPI

Here for post herpatic neuraglia. Pt cannot get appointment prior to end of December.

Taking gabapentin - works somewhat. Pain now random "shocks." No SE on medication.

Since last visit has used ~ roxicet 9 tablets.

Patient feels like dizziness has worsened. Anxiety worsening.

Had oral surgery with grafting, started on clindamycin. Has caused nausea.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |

Review of Systems

Constitutional: Positive for fatigue. Negative for fever.
HENT: Positive for dental problem **(dental pain - s/p graft surgery and oral infection)**, ear pain and tinnitus.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for nausea.
Musculoskeletal: Negative.
Skin: Negative. Negative for rash **(resolved)**.
Neurological: Positive for dizziness and numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: The patient is nervous/anxious.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 138/88 mmHg | Pulse 65 | Resp 18 | Ht 5' 9" (1.753 m) | Wt 257 lb (116.574 kg) | BMI 37.93 kg/m2 | SpO2 98%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit.
Coordination normal.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Post herpetic neuralgia**
Given vertigo and tinnitus with continued pain pt may need head imaging
Called neurology office - got pt in next week, will defer imaging to neurology

Extended work leave for additional 4 weeks
Increase gabapentin to 400mg TID
Refill roxicet for breakthrough pain

**Vertigo**

**Tinnitus aurium, right**

**Other orders**

- oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet; Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain.
- gabapentin (NEURONTIN) 400 mg capsule; Take 1 capsule (400 mg total) by mouth 3 (three) times daily.

Return in about 4 weeks (around 12/22/2015), or if symptoms worsen or fail to improve.

## Instructions

Return in about 4 weeks (around 12/22/2015), or if symptoms worsen or fail to improve.

Increase gabapentin to 400mg three times a day, new prescription sent.

Continue as needed roxicet. Neurologist to take over prescription once you are seen.

After Visit Summary (Printed 11/24/2015)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 138/88 Pulse 65 Resp 18 Ht 5' 9" (1.753 m) Wt 257 lb (11 . kg) (Abnormal)<br>SpO2 98 BMI 37.95 kg/m² BSA 2.38 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes

As of 11/24/2015 2:57 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Changed: gabapentin (NEURONTIN) 400 mg capsule** | 2 | 11/24/2015 | 12/23/2015 |

Take 1 capsule (400 mg total) by mouth 3 (three) times daily. - Oral
Previously: 300 mg Oral 3 times daily

## Visit Diagnoses

Post herpetic neuralgia B02.29
Vertigo R42
Tinnitus aurium, right H93.11

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 12/23/2015
HonorHealth Medical Group - Cave Creek

Provider: Matthew C Bean, MD (Family Medicine)
Primary diagnosis: Post herpetic neuralgia
Reason for Visit: Follow-up

## Progress Notes

Matthew C Bean, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 12/23/2015 - Review Complete 12/23/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 12/23/15 encounter (Office Visit) with Matthew C Bean, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • fluticasone (FLONASE) 50 MCG/ACT nasal | 1 spray by Nasal route daily. | 1 Bottle | 2 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |
| • oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet | Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain. | 21 tablet | 0 |
| • zonisamide (ZONEGRAN) 25 mg capsule | Take 25 mg by mouth daily. | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up
  *post herpetic neuralgia / fmla*

**HPI Comments:** Here for follow up on post herpetic neurologia, vertigo, and tinnitus, and Nausea. He was on gabapentin and stopped that 2 days ago and started zonisamide by neurology (follow up on January 5th). The zonisamide is having nausea and worsening dizziness.
Worried about driving with vertigo and isn't driving right now.
Onset: 3 months ago
Course: same
ROS: no hearing loss

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |

| | |
|---|---|
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional:
**Per HPI**

## Objective:

BP 134/82 mmHg | Pulse 75 | Resp 18 | Ht 5' 9" (1.753 m) | Wt 261 lb (118.389 kg) | BMI 38.53 kg/m2 | SpO2 97%

Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Eyes: EOM are normal.
Neck: Normal range of motion. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert and oriented to person, place, and time.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

## Assessment & Plan

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Post herpetic neuralgia**

**Vertigo**
Orders:
- Ambulatory referral to Physical Therapy

**Tinnitus of both ears**

**Nausea**

Orders:

- ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet; Take 1-2 tablets (4-8 mg total) by mouth every 8 (eight) hours as needed for Nausea.

No Follow-up on file.

**Patient Instructions**

Vertigo due to post herpetic neuralgia
- we will call your neurologist to see if you should continue or stop the Zonegran.
- referral to vertigo physical therapy
- follow up with neurologist on 1/5
- if not improvement, consider seeing the vertigo clinic at barrows
- use Zofran as needed for nausea
- plan on returning to work in one month. I will fill out FMLA for your work.

## Instructions

Vertigo due to post herpetic neuralgia
- we will call your neurologist to see if you should continue or stop the Zonegran.
- referral to vertigo physical therapy
- follow up with neurologist on 1/5
- if not improvement, consider seeing the vertigo clinic at barrows
- use Zofran as needed for nausea
- plan on returning to work in one month. I will fill out FMLA for your work.

After Visit Summary (Printed 12/23/2015)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 134/82 Pulse 75 Resp 18 Ht 5' 9" (1.753 m) Wt 2 1 lb (11 .4 kg) (Abnormal)<br>SpO2 97 BMI 38.54 kg/m² BSA 2.4 m² More Vitals |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

Ambulatory referral to Physical Therapy Closed

## Medication Changes

As of 12/23/2015 12:26 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet** | 5 | 12/23/2015 | 9/20/2016 |

| | Refills | Start Date | End Date |
|---|---|---|---|
| Take 1-2 tablets (4-8 mg total) by mouth every 8 (eight) hours as needed for Nausea. - Oral | | | |
| **Discontinued: clindamycin (CLEOCIN) 300 mg capsule** | | | |
| **Discontinued: gabapentin (NEURONTIN) 400 mg capsule** | | | |

## Visit Diagnoses

Post herpetic neuralgia B02.29
Vertigo R42
Tinnitus of both ears H93.13
Nausea R11.0

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 1/22/2016
HonorHealth Medical Group - Cave Creek

Provider: Matthew C Bean, MD (Family Medicine)
Primary diagnosis: Post herpetic neuralgia
Reason for Visit: Follow-up

## Progress Notes

Matthew C Bean, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 01/22/2016 - Review Complete 01/22/2016**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 1/22/16 encounter (Office Visit) with Matthew C Bean, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |
| • ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet | Take 1-2 tablets (4-8 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 20 tablet | 5 |
| • PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler | INHALE 2 PUFFS BY MOUTH INTO LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZING | 6.7 g | 0 |
| • zonisamide (ZONEGRAN) 25 mg capsule | Take 25 mg by mouth daily. | | |
| • [DISCONTINUED] oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet | Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain. | 21 tablet | 0 |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

Chief Complaint
Patient presents with
- Follow-up
  *vertigo, pain*

**HPI Comments:** Follow up on vertigo and post herpetic neuralgia. Still having shocks in face, tinnitus. Going to physical therapy but not helping much yet.. Not working right. He missed his neurologist appointment in January. His next appointment in early February.
Onset: 5 months ago
ROS: mood is very bad and frustrating.

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional:
**Per HPI**

**Objective:**

BP 130/82 mmHg | Pulse 64 | Resp 18 | Ht 5' 9" (1.753 m) | Wt 267 lb (121.11 kg) | BMI 39.41 kg/m2 | SpO2 98%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Post herpetic neuralgia**

No Follow-up on file.
**Patient Instructions**
Post herpetic neuralgia
- follow up with neuralgia and physical therapy
- restart meditation www.headspace.com
- I will help you with FMLA and disability if needed
- http://www.practicalpainmanagement.com/patient/conditions/postherpetic-neuralgia/6-lifestyle-tips-postherpetic-neuralgia

## Instructions

Post herpetic neuralgia
- follow up with neuralgia and physical therapy
- restart meditation www.headspace.com
- I will help you with FMLA and disability if needed
- http://www.practicalpainmanagement.com/patient/conditions/postherpetic-neuralgia/6-lifestyle-tips-postherpetic-neuralgia

After Visit Summary (Printed 1/22/2016)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 130/82 Pulse 64 Resp 18 Ht 5' 9" (1.753 m) Wt 2 7 lb (121.1 kg) (Abnormal)<br>SpO2 98 BMI 39.43 kg/m² BSA 2.43 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes

As of 1/22/2016 8:21 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Discontinued: oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet** | | | |

## Visit Diagnoses

Post herpetic neuralgia B02.29

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 2/25/2016
HonorHealth Medical Group - Cave Creek

Provider: Matthew C Bean, MD (Family Medicine)
Primary diagnosis: Neck pain
Reason for Visit: Follow-up

## Progress Notes

Matthew C Bean, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 02/25/2016 - Review Complete 02/25/2016**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 2/25/16 encounter (Office Visit) with Matthew C Bean, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |
| • ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet | Take 1-2 tablets (4-8 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 20 tablet | 5 |
| • PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler | INHALE 2 PUFFS BY MOUTH INTO LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZING | 6.7 g | 0 |
| • zonisamide (ZONEGRAN) 50 mg capsule | | | |
| • [DISCONTINUED] zonisamide (ZONEGRAN) 25 mg capsule | Take 50 mg by mouth daily. | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

Chief Complaint
Patient presents with
• Follow-up

**HPI Comments:** Post herpetic neuralgia improved with increased dose of zonisamide and shocks are a lot betters. They are going to keep progressing him up. Still having issue with vertigo. 50+% of what he was. He is starting long term disability paperwork.
Has joined a post neuralgia group and it has been helpful.
Also recently was rear ended. Restrained.
ROS: No LOC and no staring the windsheild.

Would like help with weight loss.

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional:
**Per HPI**

**Objective:**

BP 140/90 mmHg | Pulse 71 | Temp(Src) 97.8 °F (36.6 °C) (Oral) | Resp 18 | Ht 5' 9" (1.753 m) | Wt 269 lb (122.018 kg) | BMI 39.71 kg/m2 | SpO2 95%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
Musculoskeletal:
**No tenderness to palpation on neck and full range of motion (if tender)**
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Neck pain**
Orders:
- Ambulatory referral to Physical Therapy

**Obesity, unspecified obesity severity, unspecified obesity type**

**Post herpetic neuralgia**

No Follow-up on file.
**Patient Instructions**
**Post herpetic neuralgia - improving!**

**Neck pain due to car accident without concerning signs**

**Weight loss**
**- write down what you eat**

**- use the PACT app to help you exercise**
**- follow up with your diet log**
**- daily weigh loss calorie goal was 2000.**

**Dr. Bean's Diet Recommendations**

1. **Avoid fast food,**
2. **Avoid drinking your calories (e.g. Soda, sweetened beverages, and alcohol). Drink water, milk (~2 cups/day), tea, or coffee,**
3. **Avoid processed foods (i.e. things that come out of bags, boxes, or cans),**
4. **Mediterranean diet and their recipes are a good place to start.** The Mediterranean diet is associated with improved health status and reductions in overall death, cardiovascular mortality (heart disease and strokes), cancer, and incidence of Parkinson's disease and Alzheimer's disease.
5. Eat whole grains (e.g. whole wheat flour) and brown rice and avoid white flour and white rice,
6. Eat vegetables with every meal,
7. Fats should compose about 30% of your diet. Eating "low fat" does not improve health or help you lose weight.
   a. Avoid foods with transfats (e.g. margarine. Use olive oil or butter instead). The data against the other fats is unconvincing.
   b. Avoid foods that have been made low fat because they increase salt and sugar to make them appetizing. Salt and sugar increase cravings.
   c. Choose fats that are healthy and found in nature (e.g. olive oil, avocado, nuts, milk, and cheese).
8. Try to eat fish and/or seafood about 2 times per week,
9. Make your own food as much as possible,
10. A portion size is about the size of your fist,
11. Use herbs and spices instead of salt to flavor foods,
12. Supplements are usually unhelpful. The exception is that women between 13 years old and menopause should take 400mcg of folic acid daily to avoid birth defects in pregnancy,
13. Do not eat after 7pm,
14. Sleep 7-9 hours a day,
15. Exercise 30 minutes a day (1 hour for weight loss and all children and adolescents). Include aerobic, weight lifting, and balance work to regimen.
16. If you are trying to lose weight, write down everything that you eat. If you need help, bring this list in so that we can discuss it.
17. A healthy rate of weight loss is 1-2 pounds per week. To do this, you need to eat about 500 calories less than your daily caloric needs (http://www.calorieking.com/interactive-tools/how-many-calories-should-you-eat/?ref=nav).
18.

## Instructions

**Patient Instructions**

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 140/90 Pulse 71 Temp 97.8 °F (36.6 °C) (Oral) Resp 18 Ht 5' 9" (1.753 m)<br>Wt 2 lb (122 kg) (Abnormal) SpO2 95 BMI 39.72 kg/m² BSA 2.44 m² More Vitals |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

Ambulatory referral to Physical Therapy Closed

## Medication Changes

As of 2/25/2016 9:51 AM

None

## Visit Diagnoses

Neck pain M54.2
Obesity, unspecified obesity severity, unspecified obesity type E66.9
Post herpetic neuralgia B02.29

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 3/24/2016
HonorHealth Medical Group - Cave Creek

Provider: Andrea W Patton, MD (Family Medicine)
Primary diagnosis: Prediabetes
Reason for Visit: Follow-up

## Progress Notes

Andrea W Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 03/24/2016 - Review Complete 03/24/2016**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 3/24/16 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |
| • ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet | Take 1-2 tablets (4-8 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 20 tablet | 5 |
| • PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler | INHALE 2 PUFFS BY MOUTH INTO LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZING | 6.7 g | 0 |
| • zonisamide (ZONEGRAN) 50 mg capsule | | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

Chief Complaint
Patient presents with
- Follow-up

HPI

**Prediabetes**
2/2015 Glucose 106 HgA1C: 6.1 (old records 7/2014 5.7, + microalbumin)
Discussed diet and weight loss
Referral to nutritionist
9/15 HgA1C 6.2
3/2016 - recheck

**Vitamin D deficiency**

2/2015 Vit D 15.7
Has been taking 2K. 3/17/15 Increase to 50K for 12 weeks, then recheck
9/15 18.3
3/16 recheck

**Post herpetic neuralgia**
3/2016: Improved, but not at baseline.
Followed by neurology - on zonegram. Currently 50mg

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional: Positive for fatigue. Negative for fever, activity change and appetite change.
HENT: Positive for congestion, sinus pressure and tinnitus. Negative for dental problem and ear pain.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for nausea.
Musculoskeletal: Positive for neck pain **(s/p MVA)**.
Skin: Negative. Negative for rash **(resolved)**.
Neurological: Positive for dizziness **(vertigo)** and numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: Positive for dysphoric mood **(improving)**. The patient is nervous/anxious.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 128/84 mmHg | Pulse 61 | Resp 18 | Ht 5' 9" (1.753 m) | Wt 270 lb (122.471 kg) | BMI 39.85 kg/m2 | SpO2 96%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.

Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Bowel sounds are normal. He exhibits no distension. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion.
Cervical back: He exhibits normal range of motion **(but slowed ROM due to pain)**, no tenderness, no bony tenderness and no deformity.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit.
Coordination normal.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Prediabetes**
Orders:
- Hemoglobin A1c
- Basic Metabolic Panel

Recheck labs today
Diet and exercise reviewed

**Vitamin D deficiency**
Orders:
- Vitamin D 25 Hydroxy

Recheck labs

**Post herpetic neuralgia**
Followed by Neuro - next fu 3 days

**Need for Tdap vaccination**
Orders:
- Tdap vaccine greater than or equal to 7yo IM (for non-VFC and VFC use)

Return in about 4 weeks (around 4/21/2016).

## Other Notes

Post herpetic neuralgia A P from Andrea W Patton, MD (Family Medicine)

Vitamin D deficiency (Resolved 10/19/2017) A P from Andrea W Patton, MD (Family Medicine)

Prediabetes A P from Andrea W Patton, MD (Family Medicine)

## Instructions

Return in about 4 weeks (around 4/21/2016).

Restart physical therapy for your neck

Get labs done today

TDap (Tetanus, Diptheria and Pertussis) vaccine updated today. Next due for Td vaccine 2026

After Visit Summary (Printed 3/24/2016)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 128/84 Pulse 61 Resp 18 Ht 5' 9" (1.753 m) Wt 270 lb (122.5 kg) (Abnormal) SpO2 96 BMI 39.87 kg/m² BSA 2.44 m² More Vitals |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

asic Metabolic Panel (Resulted 3/24/2016, Abnormal)
**Hemoglobin A1c** (Resulted 3/24/2016, Abnormal)
**Vitamin D 25 Hydroxy** (Resulted 3/24/2016, Abnormal)

## Medication Changes

As of 3/24/2016 9:37 AM

None

## Visit Diagnoses

Prediabetes R73.09
Vitamin D deficiency E55.9
Post herpetic neuralgia B02.29
Need for Tdap vaccination Z23

## Immunizations Given

Tdap

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 4/28/2016
HonorHealth Medical Group - Cave Creek

Provider: Andrea W Patton, MD (Family Medicine)
Primary diagnosis: Prediabetes
Reason for Visit: Follow-up

## Progress Notes

Andrea W Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 04/28/2016 - Review Complete 04/28/2016**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 4/28/16 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • Cholecalciferol (VITAMIN D3) 10000 UNITS capsule | Take 5 capsules (50,000 Units total) by mouth once a week for 12 doses. Twice weekly for 12 weeks only | 60 capsule | 0 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |
| • ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet | Take 1-2 tablets (4-8 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 20 tablet | 5 |
| • PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler | INHALE 2 PUFFS BY MOUTH INTO LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZING | 6.7 g | 0 |
| • zonisamide (ZONEGRAN) 50 mg capsule | 100 mg. | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

HPI
Patient reports 1 month ago developed sinus infection, which turned into chest cold. Took doxycycline.
When pt back home, colder temperature had significant worsening of sharp pains, dizzy spells.
Saw neurologist yesterday of zonisamide to 100mg.
Since returned to AZ symptoms improving.

**Prediabetes**
2/2015 Glucose 106 HgA1C: 6.1 (old records 7/2014 5.7, + microalbumin)
Discussed diet and weight loss
Referral to nutritionist
9/15 HgA1C 6.2
3/2016 6.0

**Vitamin D deficiency**
2/2015 Vit D 15.7
Has been taking 2K. 3/17/15 Increase to 50K for 12 weeks, then recheck
9/15 18.3
3/16 13.2, repeat 50K X 12 weeks, then 2K daily and recheck
4/16 No improvement, but no SE. Finish 12 weeks

**Post herpetic neuralgia**
3/2016: Improved, but not at baseline.
Failed gabapentin.
Never tried TCA or lyrica.
Followed by neurology - on zonegram. Currently 50mg

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional: Positive for fatigue. Negative for fever, activity change and appetite change.
HENT: Negative for congestion, dental problem, ear pain, sinus pressure and tinnitus.
Eyes: Negative.
Respiratory: Positive for cough **(since chest cold 2 weeks ago)**.
Cardiovascular: Negative.
Gastrointestinal: Negative for nausea.
Musculoskeletal: Positive for neck pain **(sudden sharp pain from previous shingles site)**.
Skin: Negative. Negative for rash.
Neurological: Positive for dizziness **(vertigo)** and numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: Positive for dysphoric mood **(improving)**.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 132/80 mmHg | Pulse 90 | Resp 18 | Ht 5' 9" (1.753 m) | Wt 265 lb (120.203 kg) | BMI 39.12 kg/m2 | SpO2 97%

Physical Exam

Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oral lesions. Normal dentition. No dental abscesses. No oropharyngeal exudate, posterior oropharyngeal erythema or tonsillar abscesses.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Bowel sounds are normal. He exhibits no distension. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion.
Cervical back: He exhibits normal range of motion, no tenderness, no bony tenderness and no deformity.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm. No rash noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Prediabetes**
Stable, diet and exercise reviewed

**Vitamin D deficiency**
50K weekly

**Post herpetic neuralgia**
Continue zonegran per neuro
Break thru refill for ibuprofen and percocet

**Cough**
Tessalon perles prn, likely post viral. FU if not resolved in 4 weeks

**Other orders**

- ibuprofen (ADVIL,MOTRIN) 600 mg tablet; Take 1 tablet (600 mg total) by mouth every 6 (six) hours as needed for up to 10 days for Pain.
- oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet; Take 1 tablet by mouth every 6 (six) hours as needed for Pain.
- benzonatate (TESSALON PERLES) 100 mg capsule; Take 1 capsule (100 mg total) by mouth 3 (three) times daily as needed for Cough.

Return in about 2 months (around 6/28/2016).

## Other Notes

Post herpetic neuralgia A P from Andrea W Patton, MD (Family Medicine)

Vitamin D deficiency (Resolved 10/19/2017) A P from Andrea W Patton, MD (Family Medicine)

Prediabetes A P from Andrea W Patton, MD (Family Medicine)

## Instructions

Return in about 2 months (around 6/28/2016).

Follow up with neurology. If you do not get complete control with the zonegran you may want to discuss other medication options with your neurologist (like amitriptyline or Lyrica)

Follow up with me when you are back in June

After Visit Summary (Printed 4/28/2016)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 132/80 Pulse 90 Resp 18 Ht 5' 9" (1.753 m) Wt 2 5 lb (120.2 kg) (Abnormal) SpO2 97 BMI 39.13 kg/m² BSA 2.42 m² More Vitals |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes

As of 4/28/2016 1:02 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: benzonatate (TE ALON PERLE ) 100 mg capsule** | 0 | 4/28/2016 | 9/20/2016 |
| Take 1 capsule (100 mg total) by mouth 3 (three) times daily as needed for Cough. - Oral | | | |
| **Added: ibuprofen (ADVIL,MOTRIN) 00 mg tablet** | 1 | 4/28/2016 | 5/8/2016 |
| Take 1 tablet (600 mg total) by mouth every 6 (six) hours as needed for up to 10 days for Pain. - Oral | | | |
| **Added: oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet** | 0 | 4/28/2016 | 1/12/2017 |
| Take 1 tablet by mouth every 6 (six) hours as needed for Pain. - Oral | | | |

## Visit Diagnoses

Prediabetes R73.09
Vitamin D deficiency E55.9
Post herpetic neuralgia B02.29
Cough R05

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 6/21/2016
HonorHealth Medical Group - Cave Creek

Provider: Andrea W Patton, MD (Family Medicine)
Primary diagnosis: Vitamin D deficiency
Reason for Visit: Follow-up

## Procedures

Andrea W Patton, MD (Physician) • Family Medicine

Procedure Orders:

1. ECG 12 lead [77408821] ordered by Catherine Hernandez, MA at 06/21/16 0931

My interpretation of the ECG on Ronald D Finley:
Rhythm and Rate: Sinus Arrhythmia at 65 BPM
Axis: Normal: (-30 to 90 degrees)
Intervals: Normal PR, QRS, and QT Intervals
ST Segment Analysis: No ST-Segment Abnormalities

## Progress Notes

Andrea W Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 06/21/2016 - Review Complete 06/21/2016**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

No outpatient prescriptions have been marked as taking for the 6/21/16 encounter (Office Visit) with Andrea W Patton, MD.

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

Chief Complaint
Patient presents with
- Follow-up

HPI

Frequent heart palpitations, tinnitus, shocking pain radiating right side of face with tooth pain - taking ibuprofen and oxycodone. Using ibuprofen 200-400mg every other day, oxycodone 2 times a week.
Using zonegran - increase to 200mg when worsened, but pt does not notice improves pain.
No change in vertigo. Upset stomach and bloating. Increased depression.

Patient reports palpitations becoming less frequent - usually at night.

Patient does not want to start depression or anxiety medication.

**Post herpetic neuralgia**
3/2016: Improved, but not at baseline.
Failed gabapentin.
Never tried TCA or lyrica.
Followed by neurology - on zonegram. Currently 50mg
6/16 No improvement - still out of work. Feels zonegran not working and causing too much sedation. Referral to neurologist for 2nd opinion.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional: Positive for fatigue. Negative for fever, activity change and appetite change.
HENT: Positive for tinnitus. Negative for congestion, dental problem, ear pain and sinus pressure.
Eyes: Negative.
Respiratory: Negative for cough.
Cardiovascular: Positive for palpitations.
Gastrointestinal: Positive for abdominal distention **(bloating)**.
Musculoskeletal: Positive for neck pain **(sudden sharp pain from previous shingles site)**.
Skin: Negative. Negative for rash.
Neurological: Positive for dizziness **(vertigo)** and numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: Positive for sleep disturbance **(improving)** and dysphoric mood **(stable)**.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 136/98 mmHg | Pulse 62 | Temp(Src) 97.6 °F (36.4 °C) (Tympanic) | Resp 20 | Ht 5' 9" (1.753 m) | Wt 267 lb (121.11 kg) | BMI 39.41 kg/m2 | SpO2 96%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.

Mouth/Throat: Oropharynx is clear and moist. No oral lesions. Normal dentition. No dental abscesses. No oropharyngeal exudate, posterior oropharyngeal erythema or tonsillar abscesses.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Bowel sounds are normal. He exhibits no distension. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion.
Cervical back: He exhibits normal range of motion, no tenderness, no bony tenderness and no deformity.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm. No rash noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

## Assessment & Plan

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Vitamin D deficiency**
Orders:
- Vitamin D 25 Hydroxy

**Elevated cholesterol**
Orders:
- Comprehensive Metabolic Panel
- Lipid Panel

**Post herpetic neuralgia**
Orders:
- Ambulatory referral to Neurology

Referral for 2nd opinion as pt without improvement

**Tinnitus of both ears**
Orders:
- Ambulatory referral to Neurology

**Vertigo**
Orders:
- Ambulatory referral to Neurology

**Palpitation**
Orders:

- ECG 12 lead

EKG wnl - pt reported improving. Will monitor for now.
Bp elevated today, pt reports always high at beginning of appt - at goal at when checks at home

Return in about 3 months (around 9/21/2016).

## Other Notes

Post herpetic neuralgia A P from Andrea W Patton, MD (Family Medicine)

## Instructions

Return in about 3 months (around 9/21/2016).

### Patient Instructions

After Visit Summary (Printed 6/21/2016)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 13 / (Abnormal) Pulse 62 Temp 97.6 °F (36.4 °C) (Tympanic) Resp 20<br>Ht 5' 9" (1.753 m) Wt 2 7 lb (121.1 kg) (Abnormal) SpO2 96 BMI 39.43 kg/m$^2$<br>BSA 2.43 m$^2$ |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

Comprehensive Metabolic Panel (Resulted 9/13/2016, Abnormal)
Lipid Panel (Resulted 9/13/2016)
Vitamin D 25 Hydroxy (Resulted 9/13/2016)
ECG 12 lead (Resulted 6/21/2016)
Ambulatory referral to Neurology Closed

## Medication Changes

As of 6/21/2016 9:29 AM

None

## Visit Diagnoses

Vitamin D deficiency E55.9
Elevated cholesterol E78.0
Post herpetic neuralgia B02.29
Tinnitus of both ears H93.13
Vertigo R42

Palpitation R00.2

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 9/20/2016
HonorHealth Medical Group - Cave Creek

Provider: Andrea Wolfrey Patton, MD (Family Medicine)
Primary diagnosis: Vitamin D deficiency
Reason for Visit: Follow-up, OTHER

## Progress Notes

Andrea Wolfrey Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 09/20/2016 - Review Complete 09/20/2016**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 9/20/16 encounter (Office Visit) with Andrea Wolfrey Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • carBAMazepine (TEGRETOL) 200 mg tablet | | | |
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth at bedtime. | 90 tablet | 3 |
| • traMADol (ULTRAM) 50 mg tablet | | | |
| • [DISCONTINUED] montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

Chief Complaint
Patient presents with
- Follow-up
  *review lab results*
- OTHER
  *post herpetic neuralgia*

HPI
Patient has been having anxious, depression related to frustration with post herpetic neuralgia diagnosis. Patient has had step mother and brother die in the last 3 months. Patient feels depressed.

**Vitamin D deficiency**
2/2015 Vit D 15.7
Has been taking 2K. 3/17/15 Increase to 50K for 12 weeks, then recheck
9/15 18.3
3/16 13.2, repeat 50K X 12 weeks, then 2K daily and recheck
4/16 No improvement, but no SE. Finish 12 weeks

9/16 42 - decrease to 2000 per day (current 5000 daily)

**Elevated cholesterol**
2/2015 TC: 220 Trig:90 HDL:54 LDL:148 ASCVD Risk Calculator: 9.6%, trial diet and exercise
9/15 TC: 174 Trig: 113 JD:: 55 LDL: 96
9/16 TC: 170 Trig: 87 HDL: 54 LDL: 99 ASCVD 5.8%

**Post herpetic neuralgia**
3/2016: Improved, but not at baseline.
Failed gabapentin.
Never tried TCA or lyrica.
Followed by neurology - on zonegram. Currently 50mg
6/16 No improvement - still out of work. Feels zonegran not working and causing too much sedation. Referral to neurologist for 2nd opinion.
7/16 - plan for sphenocath and start carbamazepine 200mg BID, recommend lyrica if no improvement
9/16 Pt followed by neurology. Has been unable to work.

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | PREDIABETES |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional: Positive for fatigue. Negative for fever, activity change and appetite change.
HENT: Positive for tinnitus. Negative for congestion, dental problem, ear pain and sinus pressure.
Eyes: Negative.
Respiratory: Negative for cough.
Cardiovascular: Positive for palpitations.
Gastrointestinal: Positive for abdominal distention **(bloating)**.
Musculoskeletal: Positive for neck pain **(sudden sharp pain from previous shingles site)**.
Skin: Negative. Negative for rash.
Neurological: Positive for dizziness **(vertigo)** and numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: Positive for sleep disturbance and dysphoric mood.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 122/86 mmHg | Pulse 57 | Temp(Src) 97.8 °F (36.6 °C) (Oral) | Resp 18 | Ht 5' 10" (1.778 m) | Wt 263 lb 12.8 oz (119.659 kg) | BMI 37.85 kg/m2 | SpO2 94%

Physical Exam

Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oral lesions. Normal dentition. No dental abscesses. No oropharyngeal exudate, posterior oropharyngeal erythema or tonsillar abscesses.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Bowel sounds are normal. He exhibits no distension. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion.
Cervical back: He exhibits normal range of motion, no tenderness, no bony tenderness and no deformity.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm. No rash noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up and other.

Diagnoses and all orders for this visit:

**Vitamin D deficiency**
Decrease to 2K daily

**Elevated cholesterol**
At goal

**Post herpetic neuralgia**
Followed by Neurology

**Depression**
Pt declines meds, No SI/HI
Recommend CBT

**Other orders**
- montelukast (SINGULAIR) 10 mg tablet; Take 1 tablet (10 mg total) by mouth at bedtime.

Return in about 3 months (around 12/20/2016).

**Patient Instructions**

# Try to reduce stress. This can be done with massage therapy, yoga, tai chi, exercise, or relaxation techniques. Take time for yourself!

# Recommend you see psychology for Cognitive Behavioral Therapy (CBT)

# Get immediate help if you have any feelings of hurting yourself or someone else.

Follow up in 3 months

## Other Notes

Post herpetic neuralgia A P from Andrea Wolfrey Patton, MD (Family Medicine)

Elevated cholesterol A P from Andrea Wolfrey Patton, MD (Family Medicine)

Vitamin D deficiency (Resolved 10/19/2017) A P from Andrea Wolfrey Patton, MD (Family Medicine)

## Instructions

Return in about 3 months (around 12/20/2016).

### Patient Instructions

After Visit Summary (Printed 9/20/2016)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 122/86 Pulse 57 Temp 97.8 °F (36.6 °C) (Oral) Resp 18 Ht 5' 10" (1.778 m) Wt 2 3 lb 12. oz (11 .7 kg) (Abnormal) SpO2 94 BMI 37.85 kg/m² BSA 2.43 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes

As of 9/20/2016 9:28 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Discontinued: benzonatate (TE ALON PERLE ) 100 mg capsule** | | | |

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Discontinued: ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet** | | | |
| **Discontinued: zonisamide (ZONEGRAN) 50 mg capsule** | | | |

## Visit Diagnoses

Vitamin D deficiency E55.9
Elevated cholesterol E78.0
Post herpetic neuralgia B02.29
Mild episode of recurrent major depressive disorder F33.0

# Finley, Ronald D

MRN: 2554822
Description: 52 year old male

**Office Visit** 1/12/2017
HonorHealth Medical Group - Cave Creek

Provider: Andrea Wolfrey Patton, MD (Family Medicine)
Primary diagnosis: Postherpetic neuralgia
Reason for Visit: Follow-up

## Progress Notes

Andrea Wolfrey Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 01/12/2017 - Review Complete 01/12/2017**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 1/12/17 encounter (Office Visit) with Andrea Wolfrey Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth at bedtime. | 90 tablet | 3 |
| • PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler | INHALE 2 PUFFS BY MOUTH INTO LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZING | 6.7 g | 0 |
| • traMADol (ULTRAM) 50 mg tablet | Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed for Pain. | 60 tablet | 0 |
| • [DISCONTINUED] carBAMazepine (TEGRETOL) 200 mg tablet | | | |
| • [DISCONTINUED] oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet | Take 1 tablet by mouth every 6 (six) hours as needed for Pain. | 21 tablet | 0 |
| • [DISCONTINUED] traMADol (ULTRAM) 50 mg tablet | | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 52 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

HPI

Has rash under right axilla - present for 3 weeks. Used different Deoderant day before symptoms started. Not spreading.

**Post herpetic neuralgia**
3/2016: Improved, but not at baseline.
Failed gabapentin.
Never tried TCA or lyrica.
Followed by neurology - on zonegram. Currently 50mg
6/16 No improvement - still out of work. Feels zonegran not working and causing too much sedation. Referral to neurologist for 2nd opinion.
7/16 - plan for sphenocath and start carbamazepine 200mg BID, recommend lyrica if no improvement
9/16 Pt followed by neurology. Has been unable to work.
11/16 Diagnosed as trigeminal neuralgia by Neuro - max carbamazepine 3 tablets BID - consider cyberknife technique. Pt loss of insurance (10/16) - has been off carbamazepine and tramadol. Has been taking tylenol PM and ibuprofen 600mg ever 6-8 hours. Will refill medications for 1 month.

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | PREDIABETES |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional: Positive for fatigue. Negative for fever, activity change and appetite change.
HENT: Positive for tinnitus. Negative for congestion, dental problem, ear pain and sinus pressure.
Eyes: Negative.
Respiratory: Negative for cough.
Cardiovascular: Positive for palpitations.
Gastrointestinal: Positive for abdominal distention (**bloating**).
Musculoskeletal: Positive for neck pain (**sudden sharp pain from previous shingles site**).
Skin: Positive for rash.
Neurological: Positive for dizziness (**vertigo**) and numbness (**nerve pain at site of previous shingles rash**).
Psychiatric/Behavioral: Positive for sleep disturbance and dysphoric mood.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 120/84 mmHg | Pulse 64 | Temp(Src) 97.4 °F (36.3 °C) | Wt 268 lb (121.564 kg) | SpO2 97%

Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:

Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oral lesions. Normal dentition. No dental abscesses. No oropharyngeal exudate, posterior oropharyngeal erythema or tonsillar abscesses.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Bowel sounds are normal. He exhibits no distension. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion.
Cervical back: He exhibits normal range of motion, no tenderness, no bony tenderness and no deformity.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm. Rash **(right axilla, thickened, darked skin in linear streaks - possible satellite lesions)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Postherpetic neuralgia**
- Ambulatory referral to Neurology

Refill tramadol. Carbamazepine not helpful so will not restart and wait for new neurology follow up

**Trigeminal neuralgia**
- Ambulatory referral to Neurology

**Post herpetic neuralgia**

**Low testosterone**
- Testosterone, Free, Total

**Prediabetes**
- Hemoglobin A1c
- Basic Metabolic Panel

**Vitamin D deficiency**
- Vitamin D 25 Hydroxy

**Dermatitis**

Trial ketoconazole cream
Use OTC steroid if no improvement and fu

**Other orders**

- traMADol (ULTRAM) 50 mg tablet; Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed for Pain.
- ketoconazole (NIZORAL) 2 % cream; Apply topically daily for 28 days.

Return in about 3 months (around 4/12/2017).

## Other Notes

Post herpetic neuralgia A P from Andrea Wolfrey Patton, MD (Family Medicine)

## Instructions

Return in about 3 months (around 4/12/2017).

### Patient Instructions

After Visit Summary (Printed 1/12/2017)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 120/84 Pulse 64 Temp 97.4 °F (36.3 °C) Wt 2 lb (121. kg) (Abnormal) SpO2 97<br>BMI 38.45 kg/m² BSA 2.45 m² |
| Flowsheets: | Custom Formula Data, Vitals Reassessment, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Communications

Summary of Care sent to Jeffrey S Gitt, DO
Sent 1/17/2017

## Orders Placed

**Hemoglobin A1c** (Resulted 1/12/2017, Abnormal)
Basic Metabolic Panel (Resulted 1/12/2017)
Testosterone, Free, Total (Resulted 1/12/2017)
Vitamin D 25 Hydroxy (Resulted 1/12/2017)
Ambulatory referral to Neurology Closed

## Medication Changes

As of 1/12/2017 11:26 AM

| | Refills | Start Date | End Date |
|---|---|---|---|

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: ketoconazole (NIZORAL) 2 cream** | 0 | 1/12/2017 | 2/9/2017 |
| Apply topically daily for 28 days. - Topical | | | |
| **Changed: traMADol (ULTRAM) 50 mg tablet** | 0 | 1/12/2017 | 4/11/2017 |
| Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed for Pain. - Oral<br>Previously: No dose, route, or frequency recorded. | | | |
| **Discontinued: car AMazepine (TEGRETOL) 200 mg tablet** | | | |
| **Discontinued: oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet** | | | |

## Visit Diagnoses

Postherpetic neuralgia B02.29
Trigeminal neuralgia G50.0
Post herpetic neuralgia B02.29
Low testosterone E29.1
Prediabetes R73.03
Vitamin D deficiency E55.9
Dermatitis L30.9

# Finley, Ronald D

MRN: 2554822
Description: 52 year old male

**Office Visit** 2/26/2017
HonorHealth Medical Group - Gavilan Peak

Provider: Hugh Jordan Halbeck, DO (Family Medicine)
Primary diagnosis: Dermatomycosis
Reason for Visit: Rash

## Progress Notes

Hugh Jordan Halbeck, DO (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 02/26/2017 - Review Complete 02/26/2017**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 2/26/17 encounter (Office Visit) with Hugh Jordan Halbeck, DO**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • traMADol (ULTRAM) 50 mg tablet | Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed for Pain. | 60 tablet | 0 |

**Subjective:**

**Patient ID:** Ronald D Finley is a 52 y.o. male.

**Chief Complaint**
Patient presents with
- Rash
  *under arms*

HPI
This patient presents today with onset of a rash of both of his axillary or armpit areas over the last two weeks. Patient states seem to have a symptom start of the right axilla but now is involving both sides. Patient states have been seen and was prescribed a cream for a fungus but that did not seem to resolve his symptoms. He continues to have some itchiness and soreness with some pigmentation of these areas both side. Patient continues to use deodorant at this time. Patient denies any recent change in his deodorant or bathing products or soaps or detergents. Patients medical history is positive for a prediabetic state but he is not on any medication and states he is not had any acute diabetic symptoms. Patient is a chronic suffer from a postherpetic neuralgia syndrome which is involved trigeminal neuralgia and he is seeing a neurologist for that. Patient is not on any new medications. Patient denies significant chills or fever. He denies any acute rash anywhere else on his body and he is denying any flair of any type of a herpetic rash about the head or neck or anywhere else. He has had no significant symptoms of ears nose and throat otherwise. No acute cardiopulmonary symptoms. And no other systemic complaint at this time

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|

| | |
|---|---|
| • Prediabetes | PREDIABETES |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems Review of systems is positive for predominantly a rash of both axillary areas which has had some what darkening of the skin as well as some itchiness and soreness in those areas. No overt redness or abscess formation. No acute rashes anywhere else. No significant chills or fever. Is absolutely no acute symptoms of the head or neck otherwise. No cardiopulmonary symptoms no gastrointestinal symptoms or genitourinary tract symptoms acutely. Remainder review systems all negative.

**Objective:**

There were no vitals taken for this visit.
Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished. No distress.
**NAD**
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae are normal. No scleral icterus.
Neck: Neck supple. No JVD present.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes.
Abdominal: Soft. He exhibits no distension. There is no tenderness.
Genitourinary:
**Asymptomatic by HX**
Musculoskeletal: Normal range of motion. He exhibits no edema or tenderness.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert and oriented to person, place, and time.
Skin: Rash noted. He is not diaphoretic. No erythema. No pallor.
**Mild to Moderate dry, scaly, slightly fissured patchy hyperpigmented dermatosis of both axilla. No significant erythema , induration or evidence of cellulitis. No vesicles or vascular lesions. No active bleeding, drainage or purulence. No evidence of abscess.**
Psychiatric: He has a normal mood and affect. His behavior is normal.
Vitals reviewed.

**Assessment & Plan**

There are no diagnoses linked to this encounter.

No Follow-up on file.

## Instructions

Return in about 2 weeks (around 3/12/2017).

No Deodorants/ Warm soapy water X 2 Daily/ Keep clean and dry o/w.

After Visit Summary (Printed 2/26/2017)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 133/78 Pulse 60 Temp 98.1 °F (36.7 °C) (Oral) Resp 16 Ht 5' 10" (1.778 m)<br>Wt 2 4 lb (11 .7 kg) (Abnormal) SpO2 98 BMI 37.88 kg/m² BSA 2.43 m² |
| Flowsheets: | Travel Screening, Custom Formula Data, Vitals Reassessment, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes

As of 2/26/2017 11:05 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: clotrimazole-betamethasone (LOTRI ONE) cream**<br>Apply to affected area 2 times daily X 2 weeks | 1 | 2/26/2017 | 4/11/2017 |

## Visit Diagnoses

Dermatomycosis B36.9 - Acute Persistent--Bilateral Axillary

# Finley, Ronald D

MRN: 2554822
Description: 52 year old male

**Office Visit** 4/11/2017
HonorHealth Medical Group - Cave Creek

Provider: Andrea Wolfrey Patton, MD (Family Medicine)
Primary diagnosis: Post herpetic neuralgia
Reason for Visit: Follow-up

## Progress Notes

Andrea Wolfrey Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 04/11/2017 - Review Complete 04/11/2017**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

No outpatient prescriptions have been marked as taking for the 4/11/17 encounter (Office Visit) with Andrea Wolfrey Patton, MD.

**Subjective:**

**Patient ID:** Ronald D Finley is a 52 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up
  *neuralgia*

HPI

**Post herpetic neuralgia**
Failed gabapentin. Failed zonegram (sedation). Carbamazepine - did not feel working well.
Never tried TCA or lyrica.
Plans for neurologist for 2nd opinion - has appt 4/2017
11/16 Diagnosed as trigeminal neuralgia by Neuro - max carbamazepine 3 tablets BID - consider cyberknife technique. Pt loss of insurance (10/16) - has been off carbamazepine and tramadol. Has been taking tylenol PM and ibuprofen 600mg ever 6-8 hours. Will refill medications for 1 month.
4/17 Currently taking ibuprofen 600mg every 6 hours. Tramadol at night

Reports bilateral axillary rash has not improved. Used ketoconazole with minimal improvement. Saw immediate care - given steroid/antifungal combination. Plan to see derm.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | PREDIABETES |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |

| | |
|---|---|
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional: Positive for fatigue. Negative for fever, activity change and appetite change.
HENT: Positive for tinnitus. Negative for congestion, dental problem, ear pain and sinus pressure.
Eyes: Negative.
Respiratory: Negative for cough.
Gastrointestinal: Positive for abdominal distention **(bloating)**.
Musculoskeletal: Positive for neck pain **(sudden sharp pain from previous shingles site)**.
Skin: Positive for rash.
Neurological: Positive for dizziness **(vertigo)** and numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: Positive for sleep disturbance and dysphoric mood.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 128/82 mmHg | Pulse 86 | Temp(Src) 98.1 °F (36.7 °C) | Wt 263 lb (119.296 kg) | SpO2 96%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oral lesions. Normal dentition. No dental abscesses. No oropharyngeal exudate, posterior oropharyngeal erythema or tonsillar abscesses.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Bowel sounds are normal. He exhibits no distension. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion.
Cervical back: He exhibits normal range of motion, no tenderness, no bony tenderness and no deformity.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm. Rash **(left axilla, thickened, darked skin of axilla. down lateral chest erythematous palpable rash. No vesicles, no discharge, no sign of infection. Non**

tender) noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Post herpetic neuralgia**

**Dermatitis**
- Ambulatory referral to Dermatology

**Other orders**
- traMADol (ULTRAM) 50 mg tablet; Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed for Pain.

Return in about 3 months (around 7/11/2017) for prediabetes, neuralgia.
**Patient Instructions**
Follow up with dermatology for rash

See the new neurologist for treatment options
I will refill tramadol for pain control

Repeat labs will be due at our next visit in July

## Other Notes

Post herpetic neuralgia A P from Andrea Wolfrey Patton, MD (Family Medicine)

## Instructions

Return in about 3 months (around 7/11/2017) for prediabetes, neuralgia.

Follow up with dermatology for rash

See the new neurologist for treatment options
I will refill tramadol for pain control

Repeat labs will be due at our next visit in July

After Visit Summary (Printed 4/11/2017)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 128/82 Pulse 86 Temp 98.1 °F (36.7 °C) Wt 2 3 lb (11 .3 kg) (Abnormal) SpO2 96<br>BMI 37.74 kg/m² BSA 2.43 m² More Vitals |
| Flowsheets: | Custom Formula Data, Vitals Reassessment, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

Ambulatory referral to Dermatology Closed

## Medication Changes

As of 4/11/2017 10:40 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Discontinued: clotrimazole-betamethasone (LOTRI ONE) cream** | | | |

## Visit Diagnoses

**Post herpetic neuralgia** B02.29
**Dermatitis** L30.9

# Finley, Ronald D

MRN: 2554822
Description: 52 year old male

**Office Visit** 4/14/2017
HonorHealth Medical Group - Gavilan Peak

Provider: John P Deuel, DO (Family Medicine)
Primary diagnosis: Dermatitis
Reason for Visit: Urticaria

## Progress Notes

John P Deuel, DO (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 04/14/2017 - Review Complete 04/14/2017**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

No outpatient prescriptions have been marked as taking for the 4/14/17 encounter (Office Visit) with John P Deuel, DO.

**Subjective:**

**Patient ID:** Ronald D Finley is a 52 y.o. male.

Chief Complaint
Patient presents with
- Urticaria

**HPI Comments:** Recurring full body rash

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | PREDIABETES |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional: Negative for fever, appetite change, fatigue and unexpected weight change.
HENT: Negative for congestion, dental problem, facial swelling, hearing loss, nosebleeds, rhinorrhea, tinnitus, trouble swallowing and voice change.
Eyes: Negative for photophobia, pain and visual disturbance.
Respiratory: Negative for cough, choking, chest tightness and shortness of breath.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.

Gastrointestinal: Negative for nausea, vomiting, abdominal pain, diarrhea, constipation and blood in stool.
Genitourinary: Negative for dysuria, hematuria, flank pain, decreased urine volume and difficulty urinating.
Musculoskeletal: Negative for myalgias, back pain, joint swelling, arthralgias, gait problem and neck pain.
Skin: Positive for rash. Negative for color change.
Neurological: Negative for dizziness, seizures, speech difficulty, weakness, numbness and headaches.
Hematological: Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for behavioral problems and sleep disturbance. The patient is not nervous/anxious.

**Objective:**

BP 140/78 mmHg | Pulse 100 | Temp(Src) 98.5 °F (36.9 °C) (Oral) | Resp 16 | Wt 260 lb (117.935 kg) | SpO2 98%
Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light. No scleral icterus.
Neck: Normal range of motion. Neck supple. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses. No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. He has no wheezes. He has no rales.
Abdominal: Soft. Bowel sounds are normal. He exhibits no mass.
Musculoskeletal: Normal range of motion. He exhibits no edema.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert and oriented to person, place, and time. No cranial nerve deficit.
Skin: Skin is warm and dry. Rash noted.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.

**Assessment & Plan**

Ronald was seen today for urticaria.

Diagnoses and all orders for this visit:

**Dermatitis**

- methylprednisoLONE (MEDROL DOSEPACK) 4 MG tablet; Take 1 tablet (4 mg total) by mouth daily. Dispense one DOSEPACK to be taken as directed by prescriber.
- Ambulatory referral to Dermatology

No Follow-up on file.

| | SNOMED CT(R) | |
|---|---|---|
| **1. Dermatitis** | ECZEMA | **methylprednisoLONE (MEDROL DOSEPACK) 4 MG tablet**<br>**Ambulatory referral to Dermatology** |

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 140/78 Pulse 100 (Abnormal) Temp 98.5 °F (36.9 °C) (Oral) Resp 16<br>Wt 2 0 lb (117. kg) (Abnormal) SpO2 98 BMI 37.31 kg/m² BSA 2.41 m² |
| Flowsheets: | Custom Formula Data, Vitals Reassessment, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Communications

Summary of Care sent to Jason Arthur Barr, DO
Sent 4/19/2017

## Orders Placed

Ambulatory referral to Dermatology Authorized

## Medication Changes

As of 4/14/2017 5:30 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: methylprednisoLONE (MEDROL DO EPACK) 4 MG tablet** | 0 | 4/14/2017 | 8/18/2017 |

Take 1 tablet (4 mg total) by mouth daily. Dispense one DOSEPACK to be taken as directed by prescriber. - Oral

## Visit Diagnoses

Dermatitis L30.9

# Finley, Ronald D

MRN: 2554822
Description: 52 year old male

**Office Visit** 8/18/2017
HonorHealth Medical Group - Cave Creek

Provider: Andrea Wolfrey Patton, MD (Family Medicine)
Primary diagnosis: Prediabetes
Reason for Visit: Other, Edema, Sinus Problem

## Progress Notes

Andrea Wolfrey Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 08/18/2017 - Review Complete 08/18/2017**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

No outpatient prescriptions have been marked as taking for the 8/18/17 encounter (Office Visit) with Andrea Wolfrey Patton, MD.

**Subjective:**

**Patient ID:** Ronald D Finley is a 52 y.o. male.

**Chief Complaint**
Patient presents with
- Other
  *pre-diabetes*
- Edema
- Sinus Problem
- Other
  *neuralgia*

HPI

**Prediabetes**
2/2015 Glucose 106 HgA1C: 6.1 (old records 7/2014 5.7, + microalbumin)
Discussed diet and weight loss
Referral to nutritionist
9/15 HgA1C 6.2
3/2016 6.0 1/17 6.0
8/17 Repeat testing

**Post herpetic neuralgia**
Failed gabapentin. Failed zonegram (sedation). Carbamazepine - did not feel working well.
Never tried TCA or lyrica.
Plans for neurologist for 2nd opinion - has appt 4/2017
11/16 Diagnosed as trigeminal neuralgia by Neuro - max carbamazepine 3 tablets BID - consider cyberknife technique. Pt loss of insurance (10/16) - has been off carbamazepine and

tramadol. Has been taking tylenol PM and ibuprofen 600mg ever 6-8 hours. Will refill medications for 1 month.
4/17 Currently taking ibuprofen 600mg every 6 hours. Tramadol at night
8/17 Neurologist changed to oxcarbazepine - recently increased dosage, but now with swelling in feet and hands.

sinus symptoms X 2 weeks, yellow discharge, fevers, chills. Pain maxillary sinus.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | PREDIABETES |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Respiratory: Negative for cough, shortness of breath and wheezing.
Skin: Positive for wound **(cyst on back)**.
Neurological: Positive for light-headedness and headaches.
Psychiatric/Behavioral: Negative for dysphoric mood **(improved)**.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 136/84 mmHg | Pulse 73 | Temp(Src) 98.2 °F (36.8 °C) (Tympanic) | Ht 5' 10" (1.778 m) | Wt 271 lb 9.6 oz (123.197 kg) | BMI 38.97 kg/m2 | SpO2 96%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oral lesions. Normal dentition. No dental abscesses. No oropharyngeal exudate, posterior oropharyngeal erythema or tonsillar abscesses.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Bowel sounds are normal. He exhibits no distension. There is no tenderness. There is no rebound and no guarding.

Musculoskeletal: Normal range of motion.
Cervical back: He exhibits normal range of motion, no tenderness, no bony tenderness and no deformity.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm.
**Mid back 1 cm cystic structure. Does not appear infected or inflammed**
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

## Assessment & Plan

Ronald was seen today for other, edema, sinus problem and other.

Diagnoses and all orders for this visit:

**Prediabetes**
- Hemoglobin A1c; Future

**Post herpetic neuralgia**
Followed neurology

**Acute non-recurrent maxillary sinusitis**
Antibiotic - see pt plan

**Elevated cholesterol**
- Comprehensive Metabolic Panel; Future
- Lipid Panel; Future

**Vitamin D deficiency disease**
- Vitamin D 25 Hydroxy; Future

**Edema, unspecified type**
Known SE of tripetal - started after increased dosage. No SOB, no chest pain. Decrease to previously dosage and call neurologist

**Other orders**
- doxycycline (MONODOX) 100 mg capsule; Take 1 capsule (100 mg total) by mouth 2 (two) times daily for 7 days.

Return in about 1 month (around 9/18/2017) for cyst removal - procedure.
**Patient Instructions**
Sinusitis
Consistent with viral infection. No evidence of bacterial infection at this time
# For congestion: nasal saline/irrigation (with netipot), antihistamine (loratadine or cetirizine), pseudofed. If you decide to try a phenylephrine nasal spray, do not use for longer than 3 days as this can make symptoms worse.
# Use tylenol or ibuprofen for discomfort or low grade fever.
# Start antibiotics

# Seek medical care if you develop worsening symptoms, continued fever, worsening pain or other concerns.

## Other Notes

Post herpetic neuralgia A&P from Andrea Wolfrey Patton, MD (Family Medicine)

Prediabetes A&P from Andrea Wolfrey Patton, MD (Family Medicine)

## Instructions

Return in about 1 month (around 9/18/2017) for cyst removal - procedure.

### Patient Instructions

After Visit Summary (Printed 8/18/2017)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 136/84 Pulse 73 Temp 98.2 °F (36.8 °C) (Tympanic) Ht 5' 10" (1.778 m)<br>Wt 271 lb . oz (123.2 kg) (Abnormal) SpO2 96% BMI 38.97 kg/m² BSA 2.47 m²<br>More Vitals |
| Flowsheets: | Custom Formula Data, Vitals Reassessment, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

**Comprehensive Metabolic Panel** (Resulted 8/21/2017, Abnormal)
**Hemoglobin A1c** (Resulted 8/21/2017, Abnormal)
Lipid Panel (Resulted 8/21/2017)
Vitamin D 25 Hydroxy (Resulted 8/21/2017)

## Medication Changes

As of 8/18/2017 1:18 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: doxycycline (MONODOX) 100 mg capsule** | 0 | 8/18/2017 | 8/25/2017 |
| Take 1 capsule (100 mg total) by mouth 2 (two) times daily for 7 days. - Oral | | | |
| **Discontinued: methylprednisoLONE (MEDROL DO EPACK) 4 MG tablet** | | | |

## Visit Diagnoses

Prediabetes R73.03
Post herpetic neuralgia B02.29

Acute non-recurrent maxillary sinusitis J01.00
Elevated cholesterol E78.00
Vitamin D deficiency disease E55.9
Edema, unspecified type R60.9

# Finley, Ronald D

MRN: 2554822
Description: 52 year old male

**Office Visit** 9/19/2017
HonorHealth Medical Group - Cave Creek

Provider: Andrea Wolfrey Patton, MD (Family Medicine)
Primary diagnosis: Epidermoid cyst
Reason for Visit: Referral, Other

## Progress Notes

Andrea Wolfrey Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 09/19/2017 - Review Complete 09/19/2017**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 9/19/17 encounter (Office Visit) with Andrea Wolfrey Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol (VENTOLIN HFA) 108 (90 Base) MCG/ACT inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. | 1 Inhaler | 0 |
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth at bedtime. | 90 tablet | 3 |
| • OXcarbazepine (TRILEPTAL) 150 mg tablet | Take 300 mg by mouth 3 (three) times daily. | | |
| • traMADol (ULTRAM) 50 mg tablet | Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed for Pain. | 60 tablet | 0 |

### Subjective:

**Patient ID:** Ronald D Finley is a 52 y.o. male.

**Chief Complaint**
Patient presents with
- Referral
- Other
  *cyst*

HPI
Here for cyst removal - growing, tender.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | PREDIABETES |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |

| | |
|---|---|
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems

**Objective:**

BP 132/84 mmHg | Pulse 57 | Temp(Src) 97.7 °F (36.5 °C) (Tympanic) | Ht 5' 10" (1.778 m) | Wt 271 lb (122.925 kg) | BMI 38.88 kg/m2 | SpO2 94%
Physical Exam

**Assessment & Plan**

Ronald was seen today for referral and other.

Diagnoses and all orders for this visit:

**Epidermoid cyst**

**Post herpetic neuralgia**
- Ambulatory referral to Neurology

No Follow-up on file.
See procedure note and patient instructions

## Procedures

Andrea Wolfrey Patton, MD (Physician) • Family Medicine

Pre-procedure Diagnoses:
1. Epidermoid cyst [L72.0]

Post-procedure Diagnoses:
1. Epidermoid cyst [L72.0]

Procedures:
1. CYST REMOVAL [SHX22 (Custom)]

**Sebaceous Cyst Excision Procedure Note**

**Pre-operative Diagnosis**: epidermoid cyst

**Post-operative Diagnosis**: same

**Locations**:mid back 6mm cystic structure with central black plug. No evidence of inflammation or infection
**Indications:** growing cyst - sometimes tender

**Anesthesia**: Lidocaine 2% without epinephrine without added sodium bicarbonate

**Procedure Details**
History of allergy to iodine: no

Patient informed of the risks (including bleeding and infection) and benefits of the procedure and Written informed consent obtained.

The lesion and surrounding area was given a sterile prep using alcohol and draped in the usual sterile fashion. An incision was made over the cyst, which was dissected free of the surrounding tissue and removed. The cyst was filled with typical sebaceous material. The wound was closed with 3-0 Nylon using simple interrupted stitches. Antibiotic ointment and a sterile dressing applied. The specimen was sent for pathologic examination. The patient tolerated the procedure well.

**EBL**: 5 ml

**Findings:**
As expected

**Condition:**
Stable

**Complications:**
none.

**Plan:**
1. Instructed to keep the wound dry and covered for 24-48h and clean thereafter.
2. Warning signs of infection were reviewed.
3. Recommended that the patient use OTC analgesics as needed for pain.
4. Return for suture removal in 7 days.

## Instructions

**Patient Instructions**

After Visit Summary (Printed 9/19/2017)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 132/84 Pulse 57 Temp 97.7 °F (36.5 °C) (Tympanic) Ht 5' 10" (1.778 m) Wt 271 lb (122. kg) (Abnormal) SpO2 94 BMI 38.88 kg/m$^2$ BSA 2.46 m$^2$ |
| Flowsheets: | Custom Formula Data, Vitals Reassessment, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Communications

Summary of Care sent to Albert Leonard Klaski, MD
Sent 9/20/2017

## Media

Scan on 9/19/2017 5:23 PM by Marylin Figueroa, MA : procedure consent 9/19/17

## Orders Placed

Ambulatory referral to Neurology Authorized

## Medication Changes

As of 9/19/2017 4:05 PM

None

## Visit Diagnoses

Epidermoid cyst L72.0

Post herpetic neuralgia B02.29

# Finley, Ronald D

MRN: 2554822
Description: 53 year old male

**Office Visit** 10/15/2017
HonorHealth Medical Group - Gavilan Peak

Provider: John P Deuel, DO (Family Medicine)
Primary diagnosis: LUQ pain
Reason for Visit: Abdominal Pain

## Progress Notes

John P Deuel, DO (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 10/15/2017 - Review Complete 10/15/2017**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Latex | Rash | 10/15/2017 |
| • Penicillins | Anaphylaxis | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 10/15/17 encounter (Office Visit) with John P Deuel, DO**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol (VENTOLIN HFA) 108 (90 Base) MCG/ACT inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. | 1 Inhaler | 0 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth at bedtime. | 90 tablet | 3 |

**Subjective:**

**Patient ID:** Ronald D Finley is a 53 y.o. male.

**Chief Complaint**
Patient presents with
- Abdominal Pain
  *hemrrhoid/ constipation*

Patient gives eight-day history of intermittent episodes of sharp left upper quadrant abdominal pain. Has no fever nausea vomiting or diarrhea. No effect w/ food intake or liquid intake.

**Abdominal Pain**

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | PREDIABETES |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Gastrointestinal: Positive for abdominal pain.
All other systems reviewed and are negative.

**Objective:**
BP 138/78 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Large adult) | Pulse 61 | Temp 97.8 °F (36.6 °C) (Tympanic) | Resp 16 | Ht 5' 9" (1.753 m) | Wt (!) 275 lb (124.7 kg) | SpO2 96% | BMI 40.61 kg/m²

Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light. No scleral icterus.
Neck: Normal range of motion. Neck supple. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses. No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. He has no wheezes. He has no rales.
Abdominal: Soft. Bowel sounds are normal. He exhibits no distension and no mass. There is no rebound and no guarding.




1: Mild tenderness to the upper left lateral quadrant of the abdomen more specifically along the lateral lower rib order

Musculoskeletal: Normal range of motion. He exhibits no edema.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert and oriented to person, place, and time. No cranial nerve deficit.

Skin: Skin is warm and dry. No rash noted.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.

Procedures

**Assessment & Plan**

Ronald was seen today for abdominal pain.

Diagnoses and all orders for this visit:

**LUQ pain**
- US Abdomen Complete; Future
- naproxen (NAPROSYN) 500 mg tablet; Take 1 tablet (500 mg total) by mouth 2 (two) times daily with breakfast and dinner.

No Follow-up on file.

| | | SNOMED CT(R) | |
|---|---|---|---|
| **1.** | **LUQ pain** | LEFT UPPER QUADRANT PAIN | **US Abdomen Complete**<br>**naproxen (NAPROSYN) 500 mg tablet** |

## Other Notes

Addendum Note from John P Deuel, DO (Family Medicine)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 138/78 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Large adult)<br>Pulse 61 Temp 97.8 °F (36.6 °C) (Tympanic) Resp 16 Ht 5' 9" (1.753 m)<br>Wt 275 lb (124.7 kg) (Abnormal) SpO2 96 BMI 40.61 kg/m² BSA 2.46 m² |
| Flowsheets: | Travel Screening, Patient Health Questionnaire, Custom Formula Data, Vitals Reassessment, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

CT Abdomen Pelvis WO Contrast (Resulted 10/18/2017)
US Abdomen Complete (Resulted 10/17/2017)

## Medication Changes

As of 10/15/2017 8:10 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: naproxen (NAPRO YN) 500 mg tablet** | 3 | 10/15/2017 | 12/28/2017 |

| | Refills | Start Date | End Date |
|---|---|---|---|
| Take 1 tablet (500 mg total) by mouth 2 (two) times daily with breakfast and dinner. - Oral | | | |

## Visit Diagnoses

LUQ pain R10.12

# Finley, Ronald D

MRN: 2554822
Description: 53 year old male

**Office Visit** 10/18/2017
HonorHealth Medical Group - Gavilan Peak

Provider: Christa Marie McEnerney, DO (Family Medicine)
Primary diagnosis: Renal cyst, right
Reason for Visit: Results

## Progress Notes

Christa Marie McEnerney, DO (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 10/18/2017 - Review Complete 10/18/2017**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Latex | Rash | 10/15/2017 |
| • Penicillins | Anaphylaxis | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 10/18/17 encounter (Office Visit) with Christa Marie McEnerney, DO**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol (VENTOLIN HFA) 108 (90 Base) MCG/ACT inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. | 1 Inhaler | 0 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth at bedtime. | 90 tablet | 3 |
| • naproxen (NAPROSYN) 500 mg tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily with breakfast and dinner. | 60 tablet | 3 |

**Subjective:**
**Chief Complaint** - Results (c/o left-side pain)

**HPI**
The patient is a 53 y.o. male who presents to clinic today for follow up on LUQ discomfort. Seen in IC a few days ago. Had US that showed mild L hydronephrosis, 7cm right renal cyst, recommended CT to look for left sided kidney stone. CT was done this morning. Appeared more consistent with left renal sinus cysts rather than hydronephrosis, no evidence of stones, colonic diverticula with non-specific increased density in fat around proximal sigmoid.

Patient reports symptoms are unchanged. States it is not pain, just discomfort, especially after eating fatty foods or dairy. Doesn't notice it other times. No diarrhea, fevers, blood in stool, hematuria, or urinary symptoms.

He previously had seen Dr. Andrea Patton but our clinic is closer for him. He had recent lab work 8/2017 that revealed persistent but improved pre-diabetes, borderline elevated lipids, but otherwise normal CMP, Vit D level. He has some asthma that is well controlled on Singulair. Only needs to use albuterol once every few weeks.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | PREDIABETES |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

**Review of Systems**
Constitutional: Denies fevers, chills.
Respiratory: Denies shortness of breath, wheezing, cough.
Cardiovascular: Denies chest pain, palpitations, dyspnea on exertion, edema.
Gastrointestinal: Denies nausea, vomiting, diarrhea, constipation, abdominal pain, melena, hematochezia.
Genitourinary: Denies dysuria, hematuria.
Musculoskeletal: Denies joint pain or swelling, back pain.
Skin: Denies rash.
Neurological: Denies any weakness, numbness, dizziness.
Psychiatric/Behavioral: Denies depressed mood, anxiety.

**Objective:**
BP 128/77 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Large adult) | Pulse 66 | Temp 98.3 °F (36.8 °C) (Tympanic) | Resp 14 | Ht 5' 9" (1.753 m) | Wt (!) 277 lb (125.6 kg) | SpO2 98% | BMI 40.91 kg/m²

**Physical Exam**
**Constitutional**: Patient is well developed and well nourished. No distress.
**HEENT**: Head normocephalic and atraumatic. No scleral icterus.
**Cardiovascular**: Heart is regular rate and rhythm without extra sounds. No murmur.
**Pulmonary/Chest**: No increased work of breathing. Lungs clear to auscultation bilaterally without wheezes, rales, or rhonchi.
**Abdominal**: Abdomen is soft, non-tender, non-distended. Normoactive bowel sounds. No masses palpated.
**Musculoskeletal**: No edema.
**Neurological**: Patient is alert and oriented. No focal neurologic deficits.
**Skin**: Skin is warm and dry.
**Psychiatric**: Patient has a normal mood and affect.
Nursing note and vitals reviewed.

**Assessment & Plan**

**1. Renal cyst, right**
-Urgent referral to urology for further eval. Large cyst on right and left sided renal sinus cysts. Patient reports having right cyst in past but much larger now per his recollection.
- Ambulatory referral to Urology

**2. Abdominal discomfort in left upper quadrant**
-I don't expect any of the renal findings or diverticulosis on US and CT are related to his discomfort. It sounds to be mild discomfort after fatty meals and dairy. No gallstones seen on

US. Recommended avoiding high fat foods and keeping food diary. If symptoms persist, return to discuss further workup.

**3. Mild intermittent asthma without complication**
-Stable. Continue Singulair.

**4. Pre-diabetes**
-Improved on most recent check. Continue working on lifestyle changes.

**5. Pure hypercholesterolemia**
-Stable on recent check. Statin not indicated based on ASCVD. Continue working on lifestyle changes.

Return in about 2 months (around 12/18/2017) for review referrals, meds.

## Other Notes

Procedure note

## Instructions

Return in about 2 months (around 12/18/2017) for review referrals, meds.

Follow up with urology ASAP.

After Visit Summary (Printed 10/18/2017)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 128/77 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Large adult) Pulse 66 Temp 98.3 °F (36.8 °C) (Tympanic) Resp 14 Ht 5' 9" (1.753 m) Wt 277 lb (125. kg) (Abnormal) SpO2 98 BMI 40.91 kg/m² BSA 2.47 m² |
| Flowsheets: | Travel Screening, Patient Health Questionnaire, Custom Formula Data, Vitals Reassessment, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

Ambulatory referral to Urology Authorized

## Medication Changes

As of 10/19/2017 7:12 AM

None

## Visit Diagnoses

Renal cyst, right N28.1
Abdominal discomfort in left upper quadrant R10.12
Mild intermittent asthma without complication J45.20
Pre-diabetes R73.03

Pure hypercholesterolemia E78.00

# Finley, Ronald D

MRN: 2554822
Description: 53 year old male

**Office Visit** 12/28/2017
HonorHealth Medical Group - Gavilan Peak

Provider: Christa Marie McEnerney, DO (Family Medicine)
Primary diagnosis: LUQ pain
Reason for Visit: Follow-up

## Progress Notes

Christa Marie McEnerney, DO (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 12/28/2017 - Review Complete 12/28/2017**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Latex | Rash | 10/15/2017 |
| • Penicillins | Anaphylaxis | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 12/28/17 encounter (Office Visit) with Christa Marie McEnerney, DO**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cholecalciferol (VITAMIN D3) 2000 units capsule | Take 2,500 Units by mouth daily. | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth at bedtime. | 90 tablet | 3 |

**Subjective:**
**Chief Complaint** - Follow-up (c/o GI issues. C/o left side pain and constipation)

**HPI**
The patient is a 53 y.o. male who presents to clinic today for follow up.

Left upper quadrant discomfort still present. His wife recommended he cut out gluten. He has done this for the past week and not had any discomfort in this time. He does note that he has been constipated recently. Usually improves with drinking more water. Has been doing this with minimal relief. Also increased veggie intake.

Has seen Dr. Kaplan for renal cysts. I only received one note. CT urogram again showed the cysts. Per the patient, Dr. Kaplan told him everything was "good" on CT urogram and that he didn't need procedure, f/u 1 year. Patient filled out ROI today for second office visit where this was discussed.

Asthma well controlled with Singulair.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | PREDIABETES |
| • Pure hypercholesterolemia | PURE HYPERCHOLESTEROLEMIA |
| • Low testosterone | HYPOTESTOSTERONISM |

| | |
|---|---|
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Tinnitus of both ears | BILATERAL TINNITUS |
| • Renal cyst, right | SIMPLE RENAL CYST |
| • Mild intermittent asthma without complication | MILD INTERMITTENT ASTHMA |
| • LUQ pain | LEFT UPPER QUADRANT PAIN |
| • Chronic idiopathic constipation | CHRONIC IDIOPATHIC CONSTIPATION |

**Review of Systems**
Constitutional: Denies fevers, chills, night sweats, changes in weight.
HEENT: Denies headache
Respiratory: Denies shortness of breath, wheezing, cough.
Cardiovascular: Denies chest pain, palpitations, dyspnea on exertion, edema.
Gastrointestinal: Constipation as in HPI. Denies nausea, vomiting, diarrhea, abdominal pain, melena, hematochezia.
Skin: Denies rash.
Neurological: Denies any weakness, numbness, dizziness.
Psychiatric/Behavioral: Denies depressed mood, anxiety.

**Objective:**
BP 136/82 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Large adult) | Pulse 72 | Temp 97.9 °F (36.6 °C) (Tympanic) | Resp 16 | Ht 5' 9" (1.753 m) | Wt (!) 277 lb (125.6 kg) | SpO2 96% | BMI 40.91 kg/m²
**Physical Exam**
**Constitutional**: Patient is well developed and well nourished. No distress.
**HEENT**: Head normocephalic and atraumatic. No scleral icterus.
**Cardiovascular**: Heart is regular rate and rhythm without extra sounds. No murmur.
**Pulmonary/Chest**: No increased work of breathing. Lungs clear to auscultation bilaterally without wheezes, rales, or rhonchi.
**Abdominal**: Abdomen is soft, non-tender, non-distended. Normoactive bowel sounds.
**Musculoskeletal**: No edema.
**Neurological**: Patient is alert and oriented. No focal neurologic deficits.
**Skin**: Skin is warm and dry.
**Psychiatric**: Patient has a normal mood and affect.
Nursing note and vitals reviewed.

**Assessment & Plan**

**1. LUQ pain**
-Now resolved for past week with avoiding gluten. Ok to continue dietary changes to see if this is persistent.

**2. Chronic idiopathic constipation**
-Counseled patient on increasing physical activity, water intake, fiber intake. Given instructions for trying Miralax 17gm daily if above therapies not successful.
-Discussed symptoms that would warrant return to clinic and/or ER.

**3. Prediabetes**
-Recheck labs prior to next visit.
- Hemoglobin A1c; Future

**4. Mild intermittent asthma without complication**
-Stable. Continue Singulair.

**5. Renal cyst, right**
-Obtaining most recent office note with Dr. Kaplan for review.

Return in about 2 months (around 2/28/2018) for Recheck symptoms, Labs prior to next visit.

## Instructions

Return in about 2 months (around 2/28/2018) for Recheck symptoms, Labs prior to next visit.

**Patient Instructions**

After Visit Summary (Printed 12/28/2017)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 136/82 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Large adult)<br>Pulse 72 Temp 97.9 °F (36.6 °C) (Tympanic) Resp 16 Ht 5' 9" (1.753 m)<br>Wt 277 lb (125. kg) (Abnormal) SpO2 96 BMI 40.91 kg/m² BSA 2.47 m² |
| Flowsheets: | Travel Screening, Patient Health Questionnaire, Custom Formula Data, Vitals Reassessment, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

Hemoglobin A1c

## Medication Changes

As of 12/28/2017 8:47 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Discontinued: naproxen (NAPRO YN) 500 mg tablet** (Patient Discontinued) | | | |

## Visit Diagnoses

LUQ pain R10.12
Chronic idiopathic constipation K59.04
Prediabetes R73.03
Mild intermittent asthma without complication J45.20
Renal cyst, right N28.1

# Finley, Ronald D

MRN: 2554822
Description: 53 year old male

**Office Visit** 1/24/2018
HonorHealth Medical Group - Gavilan Peak

Provider: Jerry M Fioramonti, MD (Family Medicine)
Primary diagnosis: Bronchitis with bronchospasm
Reason for Visit: Cough, Sinus Problem

## Progress Notes

Jerry M Fioramonti, MD (Physician) • Family Medicine

Expand All Collapse All

swRonald D Finley is a 53 y.o. male

**Chief Complaint**

Patient presents with

- Cough
  *4 days*
- Sinus Problem

SUBJECTIVE:

Body aches, fever, chills, coughing green and brown sputum
Ribs ache from coughing. Some gurgling last night. NO SOB but using Singulair and MDI.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | PREDIABETES |
| • Pure hypercholesterolemia | PURE HYPERCHOLESTEROLEMIA |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Tinnitus of both ears | BILATERAL TINNITUS |
| • Renal cyst, right | SIMPLE RENAL CYST |
| • Mild intermittent asthma without complication | MILD INTERMITTENT ASTHMA |
| • LUQ pain | LEFT UPPER QUADRANT PAIN |
| • Chronic idiopathic constipation | CHRONIC IDIOPATHIC CONSTIPATION |

**Current Outpatient Prescriptions on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol (VENTOLIN HFA) 108 (90 Base) MCG/ACT inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. | 1 Inhaler | 0 |
| • Cholecalciferol (VITAMIN D3) 2000 units capsule | Take 2,500 Units by mouth daily. | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth at bedtime. | 90 tablet | 3 |

No current facility-administered medications on file prior to visit.

**Allergies**

| Allergen | Reactions |
|---|---|
| • Codeine | Nausea And Vomiting |
| • Latex | Rash |
| • Penicillins | Anaphylaxis |

- Amoxicillin — Rash

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • APPENDECTOMY | | |
| • BICEPS TENDON REPAIR | | |
| • HERNIA REPAIR | | |
| • TONSILLECTOMY | | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer *prostate* | Father | |
| • Hypertension | Father | |
| • Hypertension | Mother | |
| • Thyroid disease | Mother | |

**Social History**

| Social History | |
|---|---|
| • Marital status: | Married |
| Spouse name: | N/A |
| • Number of children: | N/A |
| • Years of education: | N/A |

| Occupational History |
|---|
| • Not on file. |

| Social History Main Topics | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | Yes |
| | *Comment: occas* |
| • Drug use: | No |
| • Sexual activity: | Yes |

| Other Topics | Concern |
|---|---|
| • Not on file | |

| Social History Narrative |
|---|
| • No narrative on file |

ROS:

**GEN**: Negative
**ENT:** Negative
**RESP:** Negative
**CV:** Negative

**GI:** Negative
**GU:** Negative
**NEURO:** Negative
**SKIN:** Negative
**MS:** Negative
**ENDOCRINE:** Negative
**PSYCH:** Negative

Above 11 point ROS performed and negative as relates to current visit except as noted in the HPI.

WN, WD, NAD. A&O x 3. VSS.
Normocephalic. Atraumatic. Conj pink, sclera white, PEARLA, EOMI, fundi benign. Canals clear, TM's normal. TMJ's not ttp. Nasal membranes inflamed, no discharge. Sinuses are ttp. Throat clear.
NECK: Supple. Good ROM. No thyromegaly, adenopathy, bruits, masses.
LUNGS: BS coarse with exp rhochi
HEART: RSR. No murmur, gallops, rubs.

Ronald was seen today for cough and sinus problem.

Diagnoses and all orders for this visit:

**Bronchitis with bronchospasm**

**Other orders**

- clarithromycin (BIAXIN) 500 mg tablet; Take 1 tablet (500 mg total) by mouth 2 (two) times daily for 10 days.
- Discontinue: HYDROcodone-chlorpheniramine (TUSSIONEX ER) 10-8 MG/5ML oral suspension; Take 5 mLs by mouth every 12 (twelve) hours as needed for up to 10 days for Cough or Congestion.
- HYDROcodone-chlorpheniramine (TUSSIONEX ER) 10-8 MG/5ML oral suspension; Take 5 mLs by mouth every 12 (twelve) hours as needed for up to 10 days for Cough or Congestion.

**Patient Instructions**

For respiratory congestion, may use humidifier at night. You may also use afrin nasal spray every 12 hours for nasal congestion and drainage but must stop using after 3 days. Take prescribed/sample meds as directed to completion. Rest and push fluids. Use tylenol or ibuprofen as needed fever or pain. Follow up with PCP if not improving within 5-7 days, sooner if getting worse.
Gylcerine, honey and lemon cough medicine OTC - for children < 6 yrs old.

## Instructions

**Patient Instructions**

After Visit Summary (Printed 1/24/2018)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 15 / 0 (Abnormal) Pulse 86 Temp 100.3 °F (37.9 °C) (Oral) Resp 16 Ht 5' 9" (1.753 m) Wt 27 lb (125.2 kg) (Abnormal) SpO2 95% BMI 40.76 kg/m² BSA 2.47 m² More Vitals |
| Flowsheets: | Custom Formula Data, Anthropometrics, Vitals Reassessment, Travel Screening, Patient Health Questionnaire |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes

As of 1/24/2018 6:01 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: clarithromycin ( IAXIN) 500 mg tablet** | 0 | 1/24/2018 | 2/3/2018 |
| Take 1 tablet (500 mg total) by mouth 2 (two) times daily for 10 days. - Oral | | | |
| **Added: HYDROcodone-chlorpheniramine (TU IONEX ER) 10- MG/5ML oral suspension** | 0 | 1/24/2018 | 2/3/2018 |
| Take 5 mLs by mouth every 12 (twelve) hours as needed for up to 10 days for Cough or Congestion. - Oral | | | |

## Visit Diagnoses

Bronchitis with bronchospasm J20.9

02/22/2018 10:06 AM 14805883739 -> 16033345708 98

Finley,Ronald D [2554822] - DOB: - Review Flowsheets

| Component | Latest Ref Rng & Units | 3/18/2015 | 5/30/2015 | 9/29/2015 | 3/24/2016 |
|---|---|---|---|---|---|
| WBC | 3.4 - 10.8 x10E3/uL | 4.5 | | | |
| RBC | 4.14 - 5.80 x10E6/uL | 4.97 | | | |
| Hemoglobin | 12.6 - 17.7 g/dL | 14.7 | | | |
| Hematocrit | 37.5 - 51.0 % | 43.8 | | | |
| MCV | 79 - 97 fL | 88 | | | |
| MCH | 26.6 - 33.0 pg | 29.6 | | | |
| MCHC | 31.5 - 35.7 g/dL | 33.6 | | | |
| RDW | 12.3 - 15.4 % | 13.8 | | | |
| Platelets | 150 - 379 x10E3/uL | 210 | | | |
| Neutrophils | % | 51 | | | |
| Lymphs | % | 35 | | | |
| Monocytes | % | 9 | | | |
| Eosinophils | % | 5 | | | |
| Basophils | % | 0 | | | |
| Neutrophils Absolute | 1.4 - 7.0 x10E3/uL | 2.3 | | | |
| Lymphocytes Absolute | 0.7 - 3.1 x10E3/uL | 1.6 | | | |
| Monocytes Absolute | 0.1 - 0.9 x10E3/uL | 0.4 | | | |
| Eosinophils Absolute | 0.0 - 0.4 x10E3/uL | 0.2 | | | |
| Basophils Absolute | 0.0 - 0.2 x10E3/uL | 0.0 | | | |
| Immature Grans | % | 0 | | | |
| Immature Granulocytes Absolute | 0.0 - 0.1 x10E3/uL | 0.0 | | | |
| Glucose | 65 - 99 mg/dL | | 96 | | |
| BUN | 8 - 20 mg/dL | | 8 | | |
| Sodium | 136 - 144 mmol/L | | 141 | | |
| Corrected Sodium | 136 - 144 mmol/L | | Test not performed | | |
| Potassium | 3.6 - 5.0 mmol/L | | 3.8 | | |
| Chloride | 101 - 111 mmol/L | | 107 | | |
| CO2 | 22 - 32 mmol/L | | 29 | | |
| Anion Gap | 7 - 16 | | 9 | | |
| Creatinine | 0.7 - 1.2 mg/dL | | 1.0 | | |
| eGFR MDRD Non Af Amer | >60 ML/MIN | | >60 | | |
| eGFR MDRD Af Amer | >60 ML/MIN | | >60 | | |
| AST | 0 - 41 IU/L | | 24 | | |
| ALT | 0 - 63 IU/L | | 43 | | |
| Alkaline Phosphatase | 38 - 126 IU/L | | 76 | | |
| Total Protein | 6.1 - 7.9 g/dL | | 6.9 | | |
| Albumin | 3.5 - 5.0 g/dL | | 3.5 | | |
| Globulin, Total | 2.0 - 3.9 g/dL | | 3.4 | | |

Finley,Ronald D [2554822] - DOB: - Review Flowsheets

| Component | Latest Ref Rng & Units | 3/18/2015 | 5/30/2015 | 9/29/2015 | 3/24/2016 |
|---|---|---|---|---|---|
| A/G Ratio | 1.1 - 2.5 | | 1.0 | | |
| Bilirubin, Total | 0.2 - 2.0 mg/dL | | 0.40 | | |
| Calcium | 8.5 - 10.3 mg/dL | | 8.8 | | |
| Corrected Calcium | 8.9 - 10.3 mg/dL | | 9.2 | | |
| WBC | 4.0 - 10.4 K/UL | | 7.1 | | |
| RBC | 3.90 - 5.70 M/UL | | 4.86 | | |
| Hemoglobin | 10.4 - 17.4 G/DL | | 14.7 | | |
| Hematocrit | 31.5 - 46.5 % | | 44.4 | | |
| MCV | 81.0 - 97.3 FL | | 91.4 | | |
| MCH | 27.0 - 34.0 PG | | 30.2 | | |
| MCHC | 31.0 - 37.0 G/DL | | 33.1 | | |
| RDW-SD | 35.1 - 43.9 FL | | 42.7 | | |
| RDW-CV | 11.6 - 14.4 % | | 13.0 | | |
| Platelets | 120 - 339 K/UL | | 230 | | |
| MPV | 9.4 - 12.4 FL | | 9.8 | | |
| Lymphs | 10 - 50 % | | 34.3 | | |
| Lymphocytes Absolute | 1.0 - 4.8 K/UL | | 2.4 | | |
| Monocytes | 0 - 12 % | | 7.6 | | |
| Monocytes Absolute | 0.1 - 1.6 K/UL | | 0.5 | | |
| Neutrophils | 37 - 80 % | | 54.2 | | |
| Neutrophils Absolute | 1.8 - 7.0 K/UL | | 3.8 | | |
| Eosinophils | 0 - 5 % | | 3.5 | | |
| Eosinophils Absolute | 0.0 - 0.5 K/UL | | 0.3 | | |
| Basophils | 0 - 1.0 % | | 0.4 | | |
| Basophils Absolute | 0.0 - 0.2 K/UL | | 0.0 | | |
| eGFR (Non African American) | >60 mL/min/1.73m2 | | | | |
| eGFR (African American) | >60 mL/min/1.73m2 | | | | |
| Glucose | 65 - 99 mg/dL | | | 93 | 112 (H) |
| BUN | 8 - 25 mg/dL | | | 14 | 10 |
| Creatinine | 0.60 - 1.50 mg/dL | | | 1.07 | 1.09 |
| eGFR | >=61 mL/min/1.73m2 | | | 80 | 78 |
| eGFR African Americans | >=61 mL/min/1.73m2 | | | 93 | 90 |
| BUN/Creatinine Ratio | 10.0 - 28.0 | | | 13.1 | 9.2 (L) |
| Sodium | 135 - 145 mmol/L | | | 140 | 143 |
| Potassium | 3.5 - 5.2 mmol/L | | | 4.7 | 4.5 |
| Chloride | 96 - 110 mmol/L | | | 102 | 104 |
| CO2 | 19 - 31 mmol/L | | | 27 | 24 |
| Anion Gap | 4 - 18 | | | 11 | 15 |

02/22/2018 10:06 AM 14805883739 -> 16033345708 100

Finley,Ronald D [2554822] - DOB: - Review Flowsheets

| Component | Latest Ref Rng & Units | 3/18/2015 | 5/30/2015 | 9/29/2015 | 3/24/2016 |
|---|---|---|---|---|---|
| Total Protein | 6.0 - 8.0 g/dL | | | 6.6 | |
| Albumin | 3.3 - 4.9 g/dL | | | 4.1 | |
| Globulin, Total | 2.0 - 3.7 g/dL | | | 2.5 | |
| A/G Ratio | 1.0 - 2.4 | | | 1.6 | |
| Calcium | 8.3 - 10.4 mg/dL | | | 9.3 | 9.6 |
| Alkaline Phosphatase | 40 - 129 IU/L | | | 75 | |
| ALT | 5 - 60 IU/L | | | 27 | |
| AST | 10 - 50 IU/L | | | 18 | |
| Bilirubin, Total | 0.2 - 1.3 mg/dL | | | 0.5 | |
| Diagnosis | | | | | |
| Diagnostic Comment | | | | | |
| Comments | | | | | |
| Immunofluorescent Microscopic Description | | | | | |
| Electron Microscopy | | | | | |
| SQ Summary of Findings | | | | | |
| Clinical Information | | | | | |
| Specimen Site | | | | | |
| Procedure | | | | | |
| Gross Description | | | | | |
| SQ Microscropic Description | | | | | |
| SQ Intraoperative Consult | | | | | |
| Additional Procedure | | | | | |
| Cholesterol, Total | <=199 mg/dL | | | 174 | |
| Triglycerides | <=149 mg/dL | | | 113 | |
| Cholesterol/HDL Ratio | <=4.9 | | | 3.2 | |
| HDL Cholesterol | >=40 mg/dL | | | 55 | |
| Non-HDL | <=159 mg/dL | | | 119 | |
| LDL Cholesterol, Calc | <=129 mg/dL | | | 96 | |
| VLDL Cholsterol | <=29 mg/dL | | | 23 | |
| Cholesterol, Total | <=199 mg/dL | | | | |
| HDL Cholesterol | Desirable >40 mg/dL | | | | |
| Triglycerides | <150 mg/dl | | | | |
| LDL Cholesterol (Calculated) | 0.0 - 129.0 mg/dL | | | | |
| LDL/HDL Ratio | 0.0 - 3.0 | | | | |
| Risk Factor | | | | | |
| VLDL Cholesterol | mg/dL | | | | |
| . | | | | | |
| . | | | | | |

# FAX

| | | | |
|---|---|---|---|
| TO: | Nancy - Appeals | FROM: | Ronald D. Finley |
| FAX: | 603-334-5708 | FAX: | |
| PHONE: | | PHONE: | |
| SUBJECT: | | DATE: | February 22, 2018 |

COMMENTS: Physician Notes Regarding Appeal -- Ronald D. Finley Claim #5616243

# Finley, Ronald D

MRN: 2554822
Description: 50 year old male

**Office Visit** 9/22/2015
HonorHealth Medical Group - Cave Creek

Provider: Andrea W Patton, MD (Family Medicine)
Primary diagnosis: Shingles
Reason for Visit: Follow-up

## Progress Notes

Andrea W Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 09/22/2015 - Review Complete 09/22/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 9/22/15 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • famciclovir (FAMVIR) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 3 (three) times daily for 7 days. | 21 tablet | 0 |
| • fluticasone (FLONASE) 50 MCG/ACT nasal | 1 spray by Nasal route daily. | 1 Bottle | 2 |
| • ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 1 tablet (800 mg total) by mouth every 6 (six) hours as needed for up to 10 days for Pain. | 30 tablet | 0 |
| • methylPREDNIsolone (MEDROL DOSPACK) 4 MG tablet | Dispense one DOSEPACK to be taken as directed by prescriber. | 1 kit | 0 |
| • montelukast (SINGULAIR) 10 MG tablet | Take 10 mg by mouth nightly. | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 50 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

HPI

Here to fu ED visit. Diagnosed with shingles. Initially started on famciclovir 500mg BID and last week back to ED started on percocet and steroid.
Today stopped percocet pain 7/10. On percocet pain 0/10. Unable to drive 2/2 narcotic use.

Pt reports has had significant increase in stress with new job (driving to Prescott daily.)
**Vitamin D deficiency**

2/2015 Vit D 15.7
Has been taking 2K. 3/17/15 Increase to 50K for 12 weeks, then recheck
9/15 recheck

**Prediabetes**
2/2015 Glucose 106 HgA1C: 6.1 (old records 7/2014 5.7, + microalbumin)
Discussed diet and weight loss
Referral to nutritionist
9/15 recheck labs

**Low testosterone**
3/2015 302, will recheck testosterone, refer to urology if > 300
9/15 recheck

**Elevated cholesterol**
2/2015 TC: 220 Trig:90 HDL:54 LDL:148
ASCVD Risk Calculator: 9.6%
Diet and exercise for 3 month trial
9/15 recheck

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |

Review of Systems
HENT: Positive for dental problem **(dental pain)** and ear pain.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Musculoskeletal: Negative.
Skin: Negative. Negative for rash **(resolved)**.
Neurological: Positive for numbness **(nerve pain at site of previous shingles rash)**.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 144/74 mmHg | Pulse 65 | Temp(Src) 98.2 °F (36.8 °C) (Tympanic) | Ht 5' 9" (1.753 m) | Wt 250 lb (113.399 kg) | BMI 36.90 kg/m2 | SpO2 97%

Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.

Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
He has no cervical adenopathy.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and associated orders for this visit:

**Shingles**
Refill narcotic . Will only provide 2 week course (and should last longer as pt should attempt wean ASAP) At fu consider topical

For below due for repeat labs for all chronic conditions. Pt reports stable
**Elevated cholesterol**
- Lipid Panel
- Comprehensive Metabolic Panel

**Low testosterone**
- Testosterone

**Prediabetes**
- Hemoglobin A1c

**Vitamin D deficiency**
- Vitamin D 25 Hydroxy

**Other Orders**
- oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet; Take 2 tablets by mouth every 8 (eight) hours as needed for up to 30 doses for Pain.

Return in about 3 weeks (around 10/13/2015) for physical.

## Other Notes

- Elevated cholesterol A&P from Andrea W Patton, MD (Family Medicine)
- Low testosterone A&P from Andrea W Patton, MD (Family Medicine)
- Prediabetes A&P from Andrea W Patton, MD (Family Medicine)
- Vitamin D deficiency (Resolved 10/19/2017) A&P from Andrea W Patton, MD (Family Medicine)

## Instructions

Return in about 3 weeks (around 10/13/2015) for physical.

### Patient Instructions

After Visit Summary (Printed 9/22/2015)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 144/74 Pulse 65 Temp 98.2 °F (36.8 °C) (Tympanic) Ht 5' 9" (1.753 m) Wt 250 lb (113.4 kg) (Abnormal) SpO2 97% BMI 36.92 kg/m² BSA 2.35 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

**Hemoglobin A1c** (Resulted 9/29/2015, Abnormal)
**Vitamin D 25 Hydroxy** (Resulted 9/29/2015, Abnormal)
Comprehensive Metabolic Panel (Resulted 9/29/2015)
Lipid Panel (Resulted 9/29/2015)
Testosterone (Resulted 9/29/2015)

## Medication Changes

As of 9/22/2015 4:00 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Changed: oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet** | 0 | 9/22/2015 | 10/8/2015 |

Take 2 tablets by mouth every 8 (eight) hours as needed for up to 30 doses for Pain. - Oral
Previously: 2 tablets Oral Every 4 hours PRN

## Visit Diagnoses

Shingles 053.9
Elevated cholesterol 272.0
Low testosterone 257.2
Prediabetes 790.29
Vitamin D deficiency 268.9

# Finley, Ronald D

MRN: 2554822
Description: 50 year old male

**Office Visit** 10/8/2015
HonorHealth Medical Group - Cave Creek

Provider: Andrea W Patton, MD (Family Medicine)
Primary diagnosis: Post herpetic neuralgia
Reason for Visit: Follow-up

## Progress Notes

Andrea W Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 10/08/2015 - Review Complete 10/08/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 10/8/15 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • fluticasone (FLONASE) 50 MCG/ACT nasal | 1 spray by Nasal route daily. | 1 Bottle | 2 |
| • montelukast (SINGULAIR) 10 MG tablet | Take 10 mg by mouth nightly. | | |
| • oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet | Take 2 tablets by mouth At bedtime as needed for up to 30 doses for Pain. | 45 tablet | 0 |
| • [DISCONTINUED] oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet | Take 2 tablets by mouth every 8 (eight) hours as needed for up to 30 doses for Pain. | 45 tablet | 0 |

**Subjective:**

**Patient ID:** Ronald D Finley is a 50 y.o. male.

Chief Complaint
Patient presents with
- Follow-up

HPI

Here to follow up shingles. First diagnosis 9/19/15. Reports pain 20% better, however still requiring percocet 2 tablets during the day, ibuprofen 800mg every 6 hours and tylenol PM at night. On percocet 3/10, off percocet 7/10.

Patient also has had dental complication. Abscess in tooth - thought 2/2 shingles. Now requiring antibiotics - extraction of tooth will be scheduled ASAP with bone graft.

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |

Review of Systems
HENT: Positive for dental problem **(dental pain)** and ear pain.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Musculoskeletal: Negative.
Skin: Negative. Negative for rash **(resolved)**.
Neurological: Positive for numbness **(nerve pain at site of previous shingles rash)**.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 132/79 mmHg | Pulse 68 | Temp(Src) 98.1 °F (36.7 °C) (Tympanic) | Resp 20 | Ht 5' 9" (1.753 m) | Wt 249 lb 8 oz (113.172 kg) | BMI 36.83 kg/m2 | SpO2 99%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
He has no cervical adenopathy.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and associated orders for this visit:

**Post herpetic neuralgia**

Continued nerve pain 1 month out from initial rash. No improvement with narcotics - unable to work on medication
Trial gabapentin
Percocet night only
FU 3 weeks
See FMLA paperwork (unable to work 2/2 pain and unable to drive on narcotics)

**Other Orders**

- oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet; Take 2 tablets by mouth At bedtime as needed for up to 30 doses for Pain.
- gabapentin (NEURONTIN) 300 MG capsule; Take 1 capsule (300 mg total) by mouth 3 (three) times daily.

Return in about 3 weeks (around 10/29/2015).

## Other Notes

Addendum Note from Catherine Hernandez, MA

## Instructions

Return in about 3 weeks (around 10/29/2015).

Start gabapentin Day 1: 300mg PO daily, Day 3: 300mg PO BID, Day 5: 300mg PO TID. We can increase further if needed - call.

Continue percocet for night use only.

After Visit Summary (Printed 10/8/2015)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 132/79 Pulse 68 Temp 98.1 °F (36.7 °C) (Tympanic) Resp 20 Ht 5' 9" (1.753 m) Wt 24 lb oz (113.2 kg) (Abnormal) SpO2 99 BMI 36.84 kg/m² BSA 2.35 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes

As of 10/8/2015 10:14 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: gabapentin (NEURONTIN) 300 MG capsule** | 0 | 10/8/2015 | 10/29/2015 |

| | Refills | Start Date | End Date |
|---|---|---|---|
| Take 1 capsule (300 mg total) by mouth 3 (three) times daily. - Oral | | | |
| **Changed: oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet**<br>Take 2 tablets by mouth At bedtime as needed for up to 30 doses for Pain. - Oral<br>Previously: 2 tablets Oral Every 8 hours PRN | 0 | 10/8/2015 | 10/29/2015 |

## Visit Diagnoses

Post herpetic neuralgia B02.29
Need for influenza vaccination Z23

## Immunizations Given

Influenza vaccine injection

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 10/29/2015
HonorHealth Medical Group - Cave Creek

Provider: Andrea W Patton, MD (Family Medicine)
Primary diagnosis: Post herpetic neuralgia
Reason for Visit: Herpes Zoster

## Progress Notes

Andrea W Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 10/29/2015 - Review Complete 10/29/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 10/29/15 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • fluticasone (FLONASE) 50 MCG/ACT nasal | 1 spray by Nasal route daily. | 1 Bottle | 2 |
| • gabapentin (NEURONTIN) 300 mg capsule | Take 1 capsule (300 mg total) by mouth 3 (three) times daily. | 90 capsule | 2 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |
| • oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet | Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain. | 16 tablet | 0 |
| • PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler | INHALE 2 PUFFS BY MOUTH INTO LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZING | 6.7 g | 0 |
| • [DISCONTINUED] gabapentin (NEURONTIN) 300 MG capsule | Take 1 capsule (300 mg total) by mouth 3 (three) times daily. | 90 capsule | 0 |
| • [DISCONTINUED] montelukast (SINGULAIR) 10 MG tablet | Take 10 mg by mouth nightly. | | |
| • [DISCONTINUED] oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet | Take 2 tablets by mouth At bedtime as needed for up to 30 doses for Pain. | 45 tablet | 0 |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

Chief Complaint
Patient presents with
- Herpes Zoster

HPI

Here for follow up post herpetic neuralgia from herpes zoster of right. Currently on gabapentin 300mg TID. Some improvement in pain ~ 30%. Using roxicet at night - 4 times a week.

Symptoms today - persistent right ear pain, ringing in ears, fatigue, vertigo/dizziness, nausea, diarrhea, right sided headaches.

Tooth infection - unable to pull 2/2 infection.

Depression/anxiety - patient having anxiety about job.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |

Review of Systems
Constitutional: Positive for fatigue. Negative for fever.
HENT: Positive for dental problem **(dental pain)**, ear pain and tinnitus.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for nausea and diarrhea.
Musculoskeletal: Negative.
Skin: Negative. Negative for rash **(resolved)**.
Neurological: Positive for numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: The patient is nervous/anxious.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 138/84 mmHg | Pulse 67 | Temp(Src) 98.1 °F (36.7 °C) (Tympanic) | Ht 5' 9" (1.753 m) | Wt 249 lb (112.946 kg) | BMI 36.75 kg/m2 | SpO2 96%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
He has no cervical adenopathy.

Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

## Assessment & Plan

Ronald was seen today for herpes zoster.

Diagnoses and associated orders for this visit:

**Post herpetic neuralgia**
Vertigo, headaches. Requiring narcotics at night, gabapentin during day.
Unable to drive 2/2 symptoms and medication.
Referral to neurology placed today

**Diarrhea**
Recent Abx, stress. Started with gabapentin
Benign abdominal exam
Start probiotic

**Elevated blood pressure**
Elevated 2/2 pain, pt reports normal in the past. No prior diagnosis HTN
Will check BP log and fu 1 month with log. Consider starting medication if still elevated

**Other Orders**
- montelukast (SINGULAIR) 10 mg tablet; Take 1 tablet (10 mg total) by mouth nightly.
- oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet; Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain.
- gabapentin (NEURONTIN) 300 mg capsule; Take 1 capsule (300 mg total) by mouth 3 (three) times daily.

Return in about 1 month (around 11/29/2015).

## Instructions

Return in about 1 month (around 11/29/2015).

Referral to neurology placed

Medications reordered

Follow up with myself or Dr. Bean in 1 month

Monitor Blood pressure at home at least once a day. Bring log to follow up appointment.

After Visit Summary (Printed 10/29/2015)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 138/84 Pulse 67 Temp 98.1 °F (36.7 °C) (Tympanic) Ht 5' 9" (1.753 m)<br>Wt 24 lb (112. kg) (Abnormal) SpO2 96 BMI 36.77 kg/m² BSA 2.34 m² More Vitals |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Communications

Summary of care document sent to Justin Xavier Mussomeli, MD
Sent 11/2/2015

## Orders Placed

Ambulatory referral to Neurology Closed

## Medication Changes

As of 10/29/2015 2:47 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Changed: oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet**<br>Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain. - Oral<br>Previously: 2 tablets Oral At bedtime PRN | 0 | 10/29/2015 | 11/24/2015 |

## Visit Diagnoses

Post herpetic neuralgia B02.29
Diarrhea R19.7
Elevated blood pressure R03.0

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 11/24/2015
HonorHealth Medical Group - Cave Creek

Provider: Andrea W Patton, MD (Family Medicine)
Primary diagnosis: Post herpetic neuralgia
Reason for Visit: Follow-up

## Progress Notes

Andrea W Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 11/24/2015 - Review Complete 11/24/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 11/24/15 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • clindamycin (CLEOCIN) 300 mg capsule | | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

HPI

Here for post herpatic neuraglia. Pt cannot get appointment prior to end of December.

Taking gabapentin - works somewhat. Pain now random "shocks." No SE on medication.

Since last visit has used ~ roxicet 9 tablets.

Patient feels like dizziness has worsened. Anxiety worsening.

Had oral surgery with grafting, started on clindamycin. Has caused nausea.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |

Review of Systems

Constitutional: Positive for fatigue. Negative for fever.
HENT: Positive for dental problem **(dental pain - s/p graft surgery and oral infection)**, ear pain and tinnitus.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for nausea.
Musculoskeletal: Negative.
Skin: Negative. Negative for rash **(resolved)**.
Neurological: Positive for dizziness and numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: The patient is nervous/anxious.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

## Objective:

BP 138/88 mmHg | Pulse 65 | Resp 18 | Ht 5' 9" (1.753 m) | Wt 257 lb (116.574 kg) | BMI 37.93 kg/m2 | SpO2 98%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

## Assessment & Plan

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Post herpetic neuralgia**
Given vertigo and tinnitus with continued pain pt may need head imaging
Called neurology office - got pt in next week, will defer imaging to neurology

Extended work leave for additional 4 weeks
Increase gabapentin to 400mg TID
Refill roxicet for breakthrough pain

**Vertigo**

**Tinnitus aurium, right**

**Other orders**

- oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet; Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain.
- gabapentin (NEURONTIN) 400 mg capsule; Take 1 capsule (400 mg total) by mouth 3 (three) times daily.

Return in about 4 weeks (around 12/22/2015), or if symptoms worsen or fail to improve.

## Instructions

Return in about 4 weeks (around 12/22/2015), or if symptoms worsen or fail to improve.

Increase gabapentin to 400mg three times a day, new prescription sent.

Continue as needed roxicet. Neurologist to take over prescription once you are seen.

After Visit Summary (Printed 11/24/2015)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 138/88 Pulse 65 Resp 18 Ht 5' 9" (1.753 m) Wt 257 lb (11 . kg) (Abnormal) SpO2 98 BMI 37.95 kg/m² BSA 2.38 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes

As of 11/24/2015 2:57 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Changed: gabapentin (NEURONTIN) 400 mg capsule** | 2 | 11/24/2015 | 12/23/2015 |

Take 1 capsule (400 mg total) by mouth 3 (three) times daily. - Oral
Previously: 300 mg Oral 3 times daily

## Visit Diagnoses

Post herpetic neuralgia B02.29
Vertigo R42
Tinnitus aurium, right H93.11

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 12/23/2015
HonorHealth Medical Group - Cave Creek

Provider: Matthew C Bean, MD (Family Medicine)
Primary diagnosis: Post herpetic neuralgia
Reason for Visit: Follow-up

## Progress Notes

Matthew C Bean, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 12/23/2015 - Review Complete 12/23/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 12/23/15 encounter (Office Visit) with Matthew C Bean, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • fluticasone (FLONASE) 50 MCG/ACT nasal | 1 spray by Nasal route daily. | 1 Bottle | 2 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |
| • oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet | Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain. | 21 tablet | 0 |
| • zonisamide (ZONEGRAN) 25 mg capsule | Take 25 mg by mouth daily. | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up
  *post herpetic neuralgia / fmla*

**HPI Comments:** Here for follow up on post herpetic neurologia, vertigo, and tinnitus, and Nausea. He was on gabapentin and stopped that 2 days ago and started zonisamide by neurology (follow up on January 5th). The zonisamide is having nausea and worsening dizziness.
Worried about driving with vertigo and isn't driving right now.
Onset: 3 months ago
Course: same
ROS: no hearing loss

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |

| | |
|---|---|
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional:
**Per HPI**

**Objective:**

BP 134/82 mmHg | Pulse 75 | Resp 18 | Ht 5' 9" (1.753 m) | Wt 261 lb (118.389 kg) | BMI 38.53 kg/m2 | SpO2 97%

Physical Exam

Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Eyes: EOM are normal.
Neck: Normal range of motion. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert and oriented to person, place, and time.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Post herpetic neuralgia**

**Vertigo**

Orders:
- Ambulatory referral to Physical Therapy

**Tinnitus of both ears**

**Nausea**

Orders:

- ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet; Take 1-2 tablets (4-8 mg total) by mouth every 8 (eight) hours as needed for Nausea.

No Follow-up on file.

**Patient Instructions**

Vertigo due to post herpetic neuralgia
- we will call your neurologist to see if you should continue or stop the Zonegran.
- referral to vertigo physical therapy
- follow up with neurologist on 1/5
- if not improvement, consider seeing the vertigo clinic at barrows
- use Zofran as needed for nausea
- plan on returning to work in one month. I will fill out FMLA for your work.

## Instructions

Vertigo due to post herpetic neuralgia
- we will call your neurologist to see if you should continue or stop the Zonegran.
- referral to vertigo physical therapy
- follow up with neurologist on 1/5
- if not improvement, consider seeing the vertigo clinic at barrows
- use Zofran as needed for nausea
- plan on returning to work in one month. I will fill out FMLA for your work.

After Visit Summary (Printed 12/23/2015)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 134/82 Pulse 75 Resp 18 Ht 5' 9" (1.753 m) Wt 2 1 lb (11 .4 kg) (Abnormal) |
| | SpO2 97 BMI 38.54 kg/m² BSA 2.4 m² More Vitals |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

Ambulatory referral to Physical Therapy Closed

## Medication Changes

As of 12/23/2015 12:26 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet** | 5 | 12/23/2015 | 9/20/2016 |

| | Refills | Start Date | End Date |
|---|---|---|---|
| Take 1-2 tablets (4-8 mg total) by mouth every 8 (eight) hours as needed for Nausea. - Oral | | | |
| **Discontinued: clindamycin (CLEOCIN) 300 mg capsule** | | | |
| **Discontinued: gabapentin (NEURONTIN) 400 mg capsule** | | | |

## Visit Diagnoses

Post herpetic neuralgia B02.29
Vertigo R42
Tinnitus of both ears H93.13
Nausea R11.0

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 1/22/2016
HonorHealth Medical Group - Cave Creek

Provider: Matthew C Bean, MD (Family Medicine)
Primary diagnosis: Post herpetic neuralgia
Reason for Visit: Follow-up

## Progress Notes

Matthew C Bean, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 01/22/2016 - Review Complete 01/22/2016**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 1/22/16 encounter (Office Visit) with Matthew C Bean, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |
| • ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet | Take 1-2 tablets (4-8 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 20 tablet | 5 |
| • PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler | INHALE 2 PUFFS BY MOUTH INTO LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZING | 6.7 g | 0 |
| • zonisamide (ZONEGRAN) 25 mg capsule | Take 25 mg by mouth daily. | | |
| • [DISCONTINUED] oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet | Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain. | 21 tablet | 0 |

### Subjective:

**Patient ID:** Ronald D Finley is a 51 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up
  *vertigo, pain*

**HPI Comments:** Follow up on vertigo and post herpetic neuralgia. Still having shocks in face, tinnitus. Going to physical therapy but not helping much yet.. Not working right. He missed his neurologist appointment in January. His next appointment in early February.
Onset: 5 months ago
ROS: mood is very bad and frustrating.

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional:
**Per HPI**

**Objective:**

BP 130/82 mmHg | Pulse 64 | Resp 18 | Ht 5' 9" (1.753 m) | Wt 267 lb (121.11 kg) | BMI 39.41 kg/m2 | SpO2 98%

Physical Exam
Constitutional: He appears well-developed and well-nourished.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Post herpetic neuralgia**

No Follow-up on file.
**Patient Instructions**
Post herpetic neuralgia
- follow up with neuralgia and physical therapy
- restart meditation www.headspace.com
- I will help you with FMLA and disability if needed
- http://www.practicalpainmanagement.com/patient/conditions/postherpetic-neuralgia/6-lifestyle-tips-postherpetic-neuralgia

## Instructions

Post herpetic neuralgia
- follow up with neuralgia and physical therapy
- restart meditation www.headspace.com
- I will help you with FMLA and disability if needed
- http://www.practicalpainmanagement.com/patient/conditions/postherpetic-neuralgia/6-lifestyle-tips-postherpetic-neuralgia

After Visit Summary (Printed 1/22/2016)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 130/82 Pulse 64 Resp 18 Ht 5' 9" (1.753 m) Wt 2 7 lb (121.1 kg) (Abnormal)<br>SpO2 98 BMI 39.43 kg/m² BSA 2.43 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes

As of 1/22/2016 8:21 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Discontinued: oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet** | | | |

## Visit Diagnoses

Post herpetic neuralgia B02.29

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 2/25/2016
HonorHealth Medical Group - Cave Creek

Provider: Matthew C Bean, MD (Family Medicine)
Primary diagnosis: Neck pain
Reason for Visit: Follow-up

## Progress Notes

Matthew C Bean, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 02/25/2016 - Review Complete 02/25/2016**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 2/25/16 encounter (Office Visit) with Matthew C Bean, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |
| • ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet | Take 1-2 tablets (4-8 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 20 tablet | 5 |
| • PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler | INHALE 2 PUFFS BY MOUTH INTO LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZING | 6.7 g | 0 |
| • zonisamide (ZONEGRAN) 50 mg capsule | | | |
| • [DISCONTINUED] zonisamide (ZONEGRAN) 25 mg capsule | Take 50 mg by mouth daily. | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

**HPI Comments:** Post herpetic neuralgia improved with increased dose of zonisamide and shocks are a lot betters. They are going to keep progressing him up. Still having issue with vertigo. 50+% of what he was. He is starting long term disability paperwork.
Has joined a post neuralgia group and it has been helpful.
Also recently was rear ended. Restrained.
ROS: No LOC and no staring the windsheild.

Would like help with weight loss.

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional:
**Per HPI**

**Objective:**

BP 140/90 mmHg | Pulse 71 | Temp(Src) 97.8 °F (36.6 °C) (Oral) | Resp 18 | Ht 5' 9" (1.753 m) | Wt 269 lb (122.018 kg) | BMI 39.71 kg/m2 | SpO2 95%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
Musculoskeletal:
**No tenderness to palpation on neck and full range of motion (if tender)**
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Neck pain**
Orders:
- Ambulatory referral to Physical Therapy

**Obesity, unspecified obesity severity, unspecified obesity type**

**Post herpetic neuralgia**

No Follow-up on file.
**Patient Instructions**
**Post herpetic neuralgia - improving!**

**Neck pain due to car accident without concerning signs**

**Weight loss**
**- write down what you eat**

**- use the PACT app to help you exercise**
**- follow up with your diet log**
**- daily weigh loss calorie goal was 2000.**

**Dr. Bean's Diet Recommendations**

1. **Avoid fast food,**
2. **Avoid drinking your calories (e.g. Soda, sweetened beverages, and alcohol). Drink water, milk (~2 cups/day), tea, or coffee,**
3. **Avoid processed foods (i.e. things that come out of bags, boxes, or cans),**
4. **Mediterranean diet and their recipes are a good place to start.** The Mediterranean diet is associated with improved health status and reductions in overall death, cardiovascular mortality (heart disease and strokes), cancer, and incidence of Parkinson's disease and Alzheimer's disease.
5. Eat whole grains (e.g. whole wheat flour) and brown rice and avoid white flour and white rice,
6. Eat vegetables with every meal,
7. Fats should compose about 30% of your diet. Eating "low fat" does not improve health or help you lose weight.
   a. Avoid foods with transfats (e.g. margarine. Use olive oil or butter instead). The data against the other fats is unconvincing.
   b. Avoid foods that have been made low fat because they increase salt and sugar to make them appetizing. Salt and sugar increase cravings.
   c. Choose fats that are healthy and found in nature (e.g. olive oil, avocado, nuts, milk, and cheese).
8. Try to eat fish and/or seafood about 2 times per week,
9. Make your own food as much as possible,
10. A portion size is about the size of your fist,
11. Use herbs and spices instead of salt to flavor foods,
12. Supplements are usually unhelpful. The exception is that women between 13 years old and menopause should take 400mcg of folic acid daily to avoid birth defects in pregnancy,
13. Do not eat after 7pm,
14. Sleep 7-9 hours a day,
15. Exercise 30 minutes a day (1 hour for weight loss and all children and adolescents). Include aerobic, weight lifting, and balance work to regimen.
16. If you are trying to lose weight, write down everything that you eat. If you need help, bring this list in so that we can discuss it.
17. A healthy rate of weight loss is 1-2 pounds per week. To do this, you need to eat about 500 calories less than your daily caloric needs (http://www.calorieking.com/interactive-tools/how-many-calories-should-you-eat/?ref=nav).
18. 

## Instructions

### Patient Instructions

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 140/90 Pulse 71 Temp 97.8 °F (36.6 °C) (Oral) Resp 18 Ht 5' 9" (1.753 m) Wt 2 lb (122 kg) (Abnormal) SpO2 95 BMI 39.72 kg/m² BSA 2.44 m² More Vitals |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

Ambulatory referral to Physical Therapy Closed

## Medication Changes

As of 2/25/2016 9:51 AM

None

## Visit Diagnoses

Neck pain M54.2
Obesity, unspecified obesity severity, unspecified obesity type E66.9
Post herpetic neuralgia B02.29

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 3/24/2016
HonorHealth Medical Group - Cave Creek

Provider: Andrea W Patton, MD (Family Medicine)
Primary diagnosis: Prediabetes
Reason for Visit: Follow-up

## Progress Notes

Andrea W Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 03/24/2016 - Review Complete 03/24/2016**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 3/24/16 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |
| • ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet | Take 1-2 tablets (4-8 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 20 tablet | 5 |
| • PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler | INHALE 2 PUFFS BY MOUTH INTO LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZING | 6.7 g | 0 |
| • zonisamide (ZONEGRAN) 50 mg capsule | | | |

### Subjective:

**Patient ID:** Ronald D Finley is a 51 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

HPI

**Prediabetes**
2/2015 Glucose 106 HgA1C: 6.1 (old records 7/2014 5.7, + microalbumin)
Discussed diet and weight loss
Referral to nutritionist
9/15 HgA1C 6.2
3/2016 - recheck

**Vitamin D deficiency**

2/2015 Vit D 15.7
Has been taking 2K. 3/17/15 Increase to 50K for 12 weeks, then recheck
9/15 18.3
3/16 recheck

**Post herpetic neuralgia**
3/2016: Improved, but not at baseline.
Followed by neurology - on zonegram. Currently 50mg

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional: Positive for fatigue. Negative for fever, activity change and appetite change.
HENT: Positive for congestion, sinus pressure and tinnitus. Negative for dental problem and ear pain.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for nausea.
Musculoskeletal: Positive for neck pain **(s/p MVA)**.
Skin: Negative. Negative for rash **(resolved)**.
Neurological: Positive for dizziness **(vertigo)** and numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: Positive for dysphoric mood **(improving)**. The patient is nervous/anxious.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 128/84 mmHg | Pulse 61 | Resp 18 | Ht 5' 9" (1.753 m) | Wt 270 lb (122.471 kg) | BMI 39.85 kg/m2 | SpO2 96%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.

Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Bowel sounds are normal. He exhibits no distension. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion.
Cervical back: He exhibits normal range of motion **(but slowed ROM due to pain)**, no tenderness, no bony tenderness and no deformity.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Prediabetes**
Orders:
- Hemoglobin A1c
- Basic Metabolic Panel

Recheck labs today
Diet and exercise reviewed

**Vitamin D deficiency**
Orders:
- Vitamin D 25 Hydroxy

Recheck labs

**Post herpetic neuralgia**
Followed by Neuro - next fu 3 days

**Need for Tdap vaccination**
Orders:
- Tdap vaccine greater than or equal to 7yo IM (for non-VFC and VFC use)

Return in about 4 weeks (around 4/21/2016).

## Other Notes

Post herpetic neuralgia A P from Andrea W Patton, MD (Family Medicine)

Vitamin D deficiency (Resolved 10/19/2017) A P from Andrea W Patton, MD (Family Medicine)

Prediabetes A P from Andrea W Patton, MD (Family Medicine)

## Instructions

Return in about 4 weeks (around 4/21/2016).

Restart physical therapy for your neck

Get labs done today

TDap (Tetanus, Diptheria and Pertussis) vaccine updated today. Next due for Td vaccine 2026

After Visit Summary (Printed 3/24/2016)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 128/84 Pulse 61 Resp 18 Ht 5' 9" (1.753 m) Wt 270 lb (122.5 kg) (Abnormal) SpO2 96 BMI 39.87 kg/m² BSA 2.44 m² More Vitals |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

asic Metabolic Panel (Resulted 3/24/2016, Abnormal)
Hemoglobin A1c (Resulted 3/24/2016, Abnormal)
Vitamin D 25 Hydroxy (Resulted 3/24/2016, Abnormal)

## Medication Changes

As of 3/24/2016 9:37 AM

None

## Visit Diagnoses

Prediabetes R73.09
Vitamin D deficiency E55.9
Post herpetic neuralgia B02.29
Need for Tdap vaccination Z23

## Immunizations Given

Tdap

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 4/28/2016
HonorHealth Medical Group - Cave Creek

Provider: Andrea W Patton, MD (Family Medicine)
Primary diagnosis: Prediabetes
Reason for Visit: Follow-up

## Progress Notes

Andrea W Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 04/28/2016 - Review Complete 04/28/2016**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 4/28/16 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • Cholecalciferol (VITAMIN D3) 10000 UNITS capsule | Take 5 capsules (50,000 Units total) by mouth once a week for 12 doses. Twice weekly for 12 weeks only | 60 capsule | 0 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |
| • ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet | Take 1-2 tablets (4-8 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 20 tablet | 5 |
| • PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler | INHALE 2 PUFFS BY MOUTH INTO LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZING | 6.7 g | 0 |
| • zonisamide (ZONEGRAN) 50 mg capsule | 100 mg. | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

HPI
Patient reports 1 month ago developed sinus infection, which turned into chest cold. Took doxycycline.
When pt back home, colder temperature had significant worsening of sharp pains, dizzy spells.
Saw neurologist yesterday of zonisamide to 100mg.
Since returned to AZ symptoms improving.

**Prediabetes**
2/2015 Glucose 106 HgA1C: 6.1 (old records 7/2014 5.7, + microalbumin)
Discussed diet and weight loss
Referral to nutritionist
9/15 HgA1C 6.2
3/2016 6.0

**Vitamin D deficiency**
2/2015 Vit D 15.7
Has been taking 2K. 3/17/15 Increase to 50K for 12 weeks, then recheck
9/15 18.3
3/16 13.2, repeat 50K X 12 weeks, then 2K daily and recheck
4/16 No improvement, but no SE. Finish 12 weeks

**Post herpetic neuralgia**
3/2016: Improved, but not at baseline.
Failed gabapentin.
Never tried TCA or lyrica.
Followed by neurology - on zonegram. Currently 50mg

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional: Positive for fatigue. Negative for fever, activity change and appetite change.
HENT: Negative for congestion, dental problem, ear pain, sinus pressure and tinnitus.
Eyes: Negative.
Respiratory: Positive for cough **(since chest cold 2 weeks ago)**.
Cardiovascular: Negative.
Gastrointestinal: Negative for nausea.
Musculoskeletal: Positive for neck pain **(sudden sharp pain from previous shingles site)**.
Skin: Negative. Negative for rash.
Neurological: Positive for dizziness **(vertigo)** and numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: Positive for dysphoric mood **(improving)**.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 132/80 mmHg | Pulse 90 | Resp 18 | Ht 5' 9" (1.753 m) | Wt 265 lb (120.203 kg) | BMI 39.12 kg/m2 | SpO2 97%

Physical Exam

Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oral lesions. Normal dentition. No dental abscesses. No oropharyngeal exudate, posterior oropharyngeal erythema or tonsillar abscesses.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Bowel sounds are normal. He exhibits no distension. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion.
Cervical back: He exhibits normal range of motion, no tenderness, no bony tenderness and no deformity.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm. No rash noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Prediabetes**
Stable, diet and exercise reviewed

**Vitamin D deficiency**
50K weekly

**Post herpetic neuralgia**
Continue zonegran per neuro
Break thru refill for ibuprofen and percocet

**Cough**
Tessalon perles prn, likely post viral. FU if not resolved in 4 weeks

**Other orders**

- ibuprofen (ADVIL,MOTRIN) 600 mg tablet; Take 1 tablet (600 mg total) by mouth every 6 (six) hours as needed for up to 10 days for Pain.
- oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet; Take 1 tablet by mouth every 6 (six) hours as needed for Pain.
- benzonatate (TESSALON PERLES) 100 mg capsule; Take 1 capsule (100 mg total) by mouth 3 (three) times daily as needed for Cough.

Return in about 2 months (around 6/28/2016).

## Other Notes

Post herpetic neuralgia A P from Andrea W Patton, MD (Family Medicine)

Vitamin D deficiency (Resolved 10/19/2017) A P from Andrea W Patton, MD (Family Medicine)

Prediabetes A P from Andrea W Patton, MD (Family Medicine)

## Instructions

Return in about 2 months (around 6/28/2016).

Follow up with neurology. If you do not get complete control with the zonegran you may want to discuss other medication options with your neurologist (like amitriptyline or Lyrica)

Follow up with me when you are back in June

After Visit Summary (Printed 4/28/2016)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 132/80 Pulse 90 Resp 18 Ht 5' 9" (1.753 m) Wt 2 5 lb (120.2 kg) (Abnormal)<br>SpO2 97 BMI 39.13 kg/m² BSA 2.42 m² More Vitals |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes

As of 4/28/2016 1:02 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: benzonatate (TE ALON PERLE ) 100 mg capsule** | 0 | 4/28/2016 | 9/20/2016 |
| Take 1 capsule (100 mg total) by mouth 3 (three) times daily as needed for Cough. - Oral | | | |
| **Added: ibuprofen (ADVIL,MOTRIN) 00 mg tablet** | 1 | 4/28/2016 | 5/8/2016 |
| Take 1 tablet (600 mg total) by mouth every 6 (six) hours as needed for up to 10 days for Pain. - Oral | | | |
| **Added: oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet** | 0 | 4/28/2016 | 1/12/2017 |
| Take 1 tablet by mouth every 6 (six) hours as needed for Pain. - Oral | | | |

## Visit Diagnoses

Prediabetes R73.09
Vitamin D deficiency E55.9
Post herpetic neuralgia B02.29
Cough R05

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 6/21/2016
HonorHealth Medical Group - Cave Creek

Provider: Andrea W Patton, MD (Family Medicine)
Primary diagnosis: Vitamin D deficiency
Reason for Visit: Follow-up

## Procedures

Andrea W Patton, MD (Physician) • Family Medicine

Procedure Orders:

1. ECG 12 lead [77408821] ordered by Catherine Hernandez, MA at 06/21/16 0931

My interpretation of the ECG on Ronald D Finley:
Rhythm and Rate: Sinus Arrhythmia at 65 BPM
Axis: Normal: (-30 to 90 degrees)
Intervals: Normal PR, QRS, and QT Intervals
ST Segment Analysis: No ST-Segment Abnormalities

## Progress Notes

Andrea W Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 06/21/2016 - Review Complete 06/21/2016**

| Allergen | Reaction | Noted |
| --- | --- | --- |
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

No outpatient prescriptions have been marked as taking for the 6/21/16 encounter (Office Visit) with Andrea W Patton, MD.

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

HPI

Frequent heart palpitations, tinnitus, shocking pain radiating right side of face with tooth pain - taking ibuprofen and oxycodone. Using ibuprofen 200-400mg every other day, oxycodone 2 times a week.
Using zonegran - increase to 200mg when worsened, but pt does not notice improves pain.
No change in vertigo. Upset stomach and bloating. Increased depression.

Patient reports palpitations becoming less frequent - usually at night.

Patient does not want to start depression or anxiety medication.

**Post herpetic neuralgia**
3/2016: Improved, but not at baseline.
Failed gabapentin.
Never tried TCA or lyrica.
Followed by neurology - on zonegram. Currently 50mg
6/16 No improvement - still out of work. Feels zonegran not working and causing too much sedation. Referral to neurologist for 2nd opinion.

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional: Positive for fatigue. Negative for fever, activity change and appetite change.
HENT: Positive for tinnitus. Negative for congestion, dental problem, ear pain and sinus pressure.
Eyes: Negative.
Respiratory: Negative for cough.
Cardiovascular: Positive for palpitations.
Gastrointestinal: Positive for abdominal distention **(bloating)**.
Musculoskeletal: Positive for neck pain **(sudden sharp pain from previous shingles site)**.
Skin: Negative. Negative for rash.
Neurological: Positive for dizziness **(vertigo)** and numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: Positive for sleep disturbance **(improving)** and dysphoric mood **(stable)**.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 136/98 mmHg | Pulse 62 | Temp(Src) 97.6 °F (36.4 °C) (Tympanic) | Resp 20 | Ht 5' 9" (1.753 m) | Wt 267 lb (121.11 kg) | BMI 39.41 kg/m2 | SpO2 96%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.

Mouth/Throat: Oropharynx is clear and moist. No oral lesions. Normal dentition. No dental abscesses. No oropharyngeal exudate, posterior oropharyngeal erythema or tonsillar abscesses.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Bowel sounds are normal. He exhibits no distension. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion.
Cervical back: He exhibits normal range of motion, no tenderness, no bony tenderness and no deformity.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit.
Coordination normal.
Skin: Skin is warm. No rash noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

## Assessment & Plan

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Vitamin D deficiency**

Orders:
- Vitamin D 25 Hydroxy

**Elevated cholesterol**

Orders:
- Comprehensive Metabolic Panel
- Lipid Panel

**Post herpetic neuralgia**

Orders:
- Ambulatory referral to Neurology

Referral for 2nd opinion as pt without improvement

**Tinnitus of both ears**

Orders:
- Ambulatory referral to Neurology

**Vertigo**

Orders:
- Ambulatory referral to Neurology

**Palpitation**

Orders:

- ECG 12 lead

EKG wnl - pt reported improving. Will monitor for now.
Bp elevated today, pt reports always high at beginning of appt - at goal at when checks at home

Return in about 3 months (around 9/21/2016).

## Other Notes

Post herpetic neuralgia A P from Andrea W Patton, MD (Family Medicine)

## Instructions

Return in about 3 months (around 9/21/2016).

### Patient Instructions

After Visit Summary (Printed 6/21/2016)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 13 / (Abnormal) Pulse 62 Temp 97.6 °F (36.4 °C) (Tympanic) Resp 20<br>Ht 5' 9" (1.753 m) Wt 2 7 lb (121.1 kg) (Abnormal) SpO2 96 BMI 39.43 kg/m²<br>BSA 2.43 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

Comprehensive Metabolic Panel (Resulted 9/13/2016, Abnormal)
Lipid Panel (Resulted 9/13/2016)
Vitamin D 25 Hydroxy (Resulted 9/13/2016)
ECG 12 lead (Resulted 6/21/2016)
Ambulatory referral to Neurology Closed

## Medication Changes

As of 6/21/2016 9:29 AM

None

## Visit Diagnoses

Vitamin D deficiency E55.9
Elevated cholesterol E78.0
Post herpetic neuralgia B02.29
Tinnitus of both ears H93.13
Vertigo R42

Palpitation R00.2

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 9/20/2016
HonorHealth Medical Group - Cave Creek

Provider: Andrea Wolfrey Patton, MD (Family Medicine)
Primary diagnosis: Vitamin D deficiency
Reason for Visit: Follow-up, OTHER

## Progress Notes

Andrea Wolfrey Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 09/20/2016 - Review Complete 09/20/2016**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 9/20/16 encounter (Office Visit) with Andrea Wolfrey Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • carBAMazepine (TEGRETOL) 200 mg tablet | | | |
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth at bedtime. | 90 tablet | 3 |
| • traMADol (ULTRAM) 50 mg tablet | | | |
| • [DISCONTINUED] montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

Chief Complaint
Patient presents with
- Follow-up
  *review lab results*
- OTHER
  *post herpetic neuralgia*

HPI
Patient has been having anxious, depression related to frustration with post herpetic neuralgia diagnosis. Patient has had step mother and brother die in the last 3 months. Patient feels depressed.

**Vitamin D deficiency**
2/2015 Vit D 15.7
Has been taking 2K. 3/17/15 Increase to 50K for 12 weeks, then recheck
9/15 18.3
3/16 13.2, repeat 50K X 12 weeks, then 2K daily and recheck
4/16 No improvement, but no SE. Finish 12 weeks

9/16 42 - decrease to 2000 per day (current 5000 daily)

**Elevated cholesterol**
2/2015 TC: 220 Trig:90 HDL:54 LDL:148 ASCVD Risk Calculator: 9.6%, trial diet and exercise
9/15 TC: 174 Trig: 113 JD:: 55 LDL: 96
9/16 TC: 170 Trig: 87 HDL: 54 LDL: 99 ASCVD 5.8%

**Post herpetic neuralgia**
3/2016: Improved, but not at baseline.
Failed gabapentin.
Never tried TCA or lyrica.
Followed by neurology - on zonegram. Currently 50mg
6/16 No improvement - still out of work. Feels zonegran not working and causing too much sedation. Referral to neurologist for 2nd opinion.
7/16 - plan for sphenocath and start carbamazepine 200mg BID, recommend lyrica if no improvement
9/16 Pt followed by neurology. Has been unable to work.

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | PREDIABETES |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional: Positive for fatigue. Negative for fever, activity change and appetite change.
HENT: Positive for tinnitus. Negative for congestion, dental problem, ear pain and sinus pressure.
Eyes: Negative.
Respiratory: Negative for cough.
Cardiovascular: Positive for palpitations.
Gastrointestinal: Positive for abdominal distention **(bloating)**.
Musculoskeletal: Positive for neck pain **(sudden sharp pain from previous shingles site)**.
Skin: Negative. Negative for rash.
Neurological: Positive for dizziness **(vertigo)** and numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: Positive for sleep disturbance and dysphoric mood.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 122/86 mmHg | Pulse 57 | Temp(Src) 97.8 °F (36.6 °C) (Oral) | Resp 18 | Ht 5' 10" (1.778 m) | Wt 263 lb 12.8 oz (119.659 kg) | BMI 37.85 kg/m2 | SpO2 94%

Physical Exam

Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oral lesions. Normal dentition. No dental abscesses. No oropharyngeal exudate, posterior oropharyngeal erythema or tonsillar abscesses.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Bowel sounds are normal. He exhibits no distension. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion.
Cervical back: He exhibits normal range of motion, no tenderness, no bony tenderness and no deformity.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm. No rash noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

## Assessment & Plan

Ronald was seen today for follow-up and other.

Diagnoses and all orders for this visit:

**Vitamin D deficiency**
Decrease to 2K daily

**Elevated cholesterol**
At goal

**Post herpetic neuralgia**
Followed by Neurology

**Depression**
Pt declines meds, No SI/HI
Recommend CBT

**Other orders**

- montelukast (SINGULAIR) 10 mg tablet; Take 1 tablet (10 mg total) by mouth at bedtime.

Return in about 3 months (around 12/20/2016).

**Patient Instructions**

# Try to reduce stress. This can be done with massage therapy, yoga, tai chi, exercise, or relaxation techniques. Take time for yourself!

# Recommend you see psychology for Cognitive Behavioral Therapy (CBT)

# Get immediate help if you have any feelings of hurting yourself or someone else.

Follow up in 3 months

## Other Notes

Post herpetic neuralgia A P from Andrea Wolfrey Patton, MD (Family Medicine)

Elevated cholesterol A P from Andrea Wolfrey Patton, MD (Family Medicine)

Vitamin D deficiency (Resolved 10/19/2017) A P from Andrea Wolfrey Patton, MD (Family Medicine)

## Instructions

Return in about 3 months (around 12/20/2016).

### Patient Instructions

After Visit Summary (Printed 9/20/2016)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 122/86 Pulse 57 Temp 97.8 °F (36.6 °C) (Oral) Resp 18 Ht 5' 10" (1.778 m) |
| | Wt 2 3 lb 12. oz (11 .7 kg) (Abnormal) SpO2 94 BMI 37.85 kg/m² BSA 2.43 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes

As of 9/20/2016 9:28 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Discontinued: benzonatate (TE ALON PERLE ) 100 mg capsule** | | | |

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Discontinued: ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet** | | | |
| **Discontinued: zonisamide (ZONEGRAN) 50 mg capsule** | | | |

## Visit Diagnoses

Vitamin D deficiency E55.9
Elevated cholesterol E78.0
Post herpetic neuralgia B02.29
Mild episode of recurrent major depressive disorder F33.0

# Finley, Ronald D

MRN: 2554822
Description: 52 year old male

**Office Visit** 1/12/2017
HonorHealth Medical Group - Cave Creek

Provider: Andrea Wolfrey Patton, MD (Family Medicine)
Primary diagnosis: Postherpetic neuralgia
Reason for Visit: Follow-up

## Progress Notes

Andrea Wolfrey Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 01/12/2017 - Review Complete 01/12/2017**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 1/12/17 encounter (Office Visit) with Andrea Wolfrey Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth at bedtime. | 90 tablet | 3 |
| • PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler | INHALE 2 PUFFS BY MOUTH INTO LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZING | 6.7 g | 0 |
| • traMADol (ULTRAM) 50 mg tablet | Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed for Pain. | 60 tablet | 0 |
| • [DISCONTINUED] carBAMazepine (TEGRETOL) 200 mg tablet | | | |
| • [DISCONTINUED] oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet | Take 1 tablet by mouth every 6 (six) hours as needed for Pain. | 21 tablet | 0 |
| • [DISCONTINUED] traMADol (ULTRAM) 50 mg tablet | | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 52 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

HPI

Has rash under right axilla - present for 3 weeks. Used different Deoderant day before symptoms started. Not spreading.

**Post herpetic neuralgia**
3/2016: Improved, but not at baseline.
Failed gabapentin.
Never tried TCA or lyrica.
Followed by neurology - on zonegram. Currently 50mg
6/16 No improvement - still out of work. Feels zonegran not working and causing too much sedation. Referral to neurologist for 2nd opinion.
7/16 - plan for sphenocath and start carbamazepine 200mg BID, recommend lyrica if no improvement
9/16 Pt followed by neurology. Has been unable to work.
11/16 Diagnosed as trigeminal neuralgia by Neuro - max carbamazepine 3 tablets BID - consider cyberknife technique. Pt loss of insurance (10/16) - has been off carbamazepine and tramadol. Has been taking tylenol PM and ibuprofen 600mg ever 6-8 hours. Will refill medications for 1 month.

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | PREDIABETES |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional: Positive for fatigue. Negative for fever, activity change and appetite change.
HENT: Positive for tinnitus. Negative for congestion, dental problem, ear pain and sinus pressure.
Eyes: Negative.
Respiratory: Negative for cough.
Cardiovascular: Positive for palpitations.
Gastrointestinal: Positive for abdominal distention (**bloating**).
Musculoskeletal: Positive for neck pain (**sudden sharp pain from previous shingles site**).
Skin: Positive for rash.
Neurological: Positive for dizziness (**vertigo**) and numbness (**nerve pain at site of previous shingles rash**).
Psychiatric/Behavioral: Positive for sleep disturbance and dysphoric mood.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 120/84 mmHg | Pulse 64 | Temp(Src) 97.4 °F (36.3 °C) | Wt 268 lb (121.564 kg) | SpO2 97%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:

Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oral lesions. Normal dentition. No dental abscesses. No oropharyngeal exudate, posterior oropharyngeal erythema or tonsillar abscesses.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Bowel sounds are normal. He exhibits no distension. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion.
Cervical back: He exhibits normal range of motion, no tenderness, no bony tenderness and no deformity.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm. Rash **(right axilla, thickened, darked skin in linear streaks - possible satellite lesions)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Postherpetic neuralgia**
- Ambulatory referral to Neurology

Refill tramadol. Carbamazepine not helpful so will not restart and wait for new neurology follow up

**Trigeminal neuralgia**
- Ambulatory referral to Neurology

**Post herpetic neuralgia**

**Low testosterone**
- Testosterone, Free, Total

**Prediabetes**
- Hemoglobin A1c
- Basic Metabolic Panel

**Vitamin D deficiency**
- Vitamin D 25 Hydroxy

**Dermatitis**

Trial ketoconazole cream
Use OTC steroid if no improvement and fu

**Other orders**

- traMADol (ULTRAM) 50 mg tablet; Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed for Pain.
- ketoconazole (NIZORAL) 2 % cream; Apply topically daily for 28 days.

Return in about 3 months (around 4/12/2017).

## Other Notes

Post herpetic neuralgia A P from Andrea Wolfrey Patton, MD (Family Medicine)

## Instructions

Return in about 3 months (around 4/12/2017).

### Patient Instructions

After Visit Summary (Printed 1/12/2017)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 120/84 Pulse 64 Temp 97.4 °F (36.3 °C) Wt 2 lb (121. kg) (Abnormal) SpO2 97<br>BMI 38.45 kg/m² BSA 2.45 m² |
| Flowsheets: | Custom Formula Data, Vitals Reassessment, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Communications

Summary of Care sent to Jeffrey S Gitt, DO
Sent 1/17/2017

## Orders Placed

Hemoglobin A1c (Resulted 1/12/2017, Abnormal)
Basic Metabolic Panel (Resulted 1/12/2017)
Testosterone, Free, Total (Resulted 1/12/2017)
Vitamin D 25 Hydroxy (Resulted 1/12/2017)
Ambulatory referral to Neurology Closed

## Medication Changes

As of 1/12/2017 11:26 AM

| | Refills | Start Date | End Date |
|---|---|---|---|

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: ketoconazole (NIZORAL) 2 cream** | 0 | 1/12/2017 | 2/9/2017 |
| Apply topically daily for 28 days. - Topical | | | |
| **Changed: traMADol (ULTRAM) 50 mg tablet** | 0 | 1/12/2017 | 4/11/2017 |
| Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed for Pain. - Oral<br>Previously: No dose, route, or frequency recorded. | | | |
| **Discontinued: car AMazepine (TEGRETOL) 200 mg tablet** | | | |
| **Discontinued: oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet** | | | |

## Visit Diagnoses

Postherpetic neuralgia B02.29
Trigeminal neuralgia G50.0
Post herpetic neuralgia B02.29
Low testosterone E29.1
Prediabetes R73.03
Vitamin D deficiency E55.9
Dermatitis L30.9

# Finley, Ronald D

MRN: 2554822
Description: 52 year old male

**Office Visit** 2/26/2017
HonorHealth Medical Group - Gavilan Peak

Provider: Hugh Jordan Halbeck, DO (Family Medicine)
Primary diagnosis: Dermatomycosis
Reason for Visit: Rash

## Progress Notes

Hugh Jordan Halbeck, DO (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 02/26/2017 - Review Complete 02/26/2017**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 2/26/17 encounter (Office Visit) with Hugh Jordan Halbeck, DO**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • traMADol (ULTRAM) 50 mg tablet | Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed for Pain. | 60 tablet | 0 |

**Subjective:**

**Patient ID:** Ronald D Finley is a 52 y.o. male.

**Chief Complaint**
Patient presents with
- Rash
  *under arms*

HPI
This patient presents today with onset of a rash of both of his axillary or armpit areas over the last two weeks. Patient states seem to have a symptom start of the right axilla but now is involving both sides. Patient states have been seen and was prescribed a cream for a fungus but that did not seem to resolve his symptoms. He continues to have some itchiness and soreness with some pigmentation of these areas both side. Patient continues to use deodorant at this time. Patient denies any recent change in his deodorant or bathing products or soaps or detergents. Patients medical history is positive for a prediabetic state but he is not on any medication and states he is not had any acute diabetic symptoms. Patient is a chronic suffer from a postherpetic neuralgia syndrome which is involved trigeminal neuralgia and he is seeing a neurologist for that. Patient is not on any new medications. Patient denies significant chills or fever. He denies any acute rash anywhere else on his body and he is denying any flair of any type of a herpetic rash about the head or neck or anywhere else. He has had no significant symptoms of ears nose and throat otherwise. No acute cardiopulmonary symptoms. And no other systemic complaint at this time

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|

| | |
|---|---|
| • Prediabetes | PREDIABETES |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems Review of systems is positive for predominantly a rash of both axillary areas which has had some what darkening of the skin as well as some itchiness and soreness in those areas. No overt redness or abscess formation. No acute rashes anywhere else. No significant chills or fever. Is absolutely no acute symptoms of the head or neck otherwise. No cardiopulmonary symptoms no gastrointestinal symptoms or genitourinary tract symptoms acutely. Remainder review systems all negative.

**Objective:**

There were no vitals taken for this visit.
Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished. No distress.
**NAD**
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae are normal. No scleral icterus.
Neck: Neck supple. No JVD present.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes.
Abdominal: Soft. He exhibits no distension. There is no tenderness.
Genitourinary:
**Asymptomatic by HX**
Musculoskeletal: Normal range of motion. He exhibits no edema or tenderness.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert and oriented to person, place, and time.
Skin: Rash noted. He is not diaphoretic. No erythema. No pallor.
**Mild to Moderate dry, scaly, slightly fissured patchy hyperpigmented dermatosis of both axilla. No significant erythema , induration or evidence of cellulitis. No vesicles or vascular lesions. No active bleeding, drainage or purulence. No evidence of abscess.**
Psychiatric: He has a normal mood and affect. His behavior is normal.
Vitals reviewed.

**Assessment & Plan**

There are no diagnoses linked to this encounter.

No Follow-up on file.

## Instructions

Return in about 2 weeks (around 3/12/2017).

No Deodorants/ Warm soapy water X 2 Daily/ Keep clean and dry o/w.

After Visit Summary (Printed 2/26/2017)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 133/78 Pulse 60 Temp 98.1 °F (36.7 °C) (Oral) Resp 16 Ht 5' 10" (1.778 m)<br>Wt 2 4 lb (11 .7 kg) (Abnormal) SpO2 98 BMI 37.88 kg/m² BSA 2.43 m² |
| Flowsheets: | Travel Screening, Custom Formula Data, Vitals Reassessment, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes

As of 2/26/2017 11:05 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: clotrimazole-betamethasone (LOTRI ONE) cream**<br>Apply to affected area 2 times daily X 2 weeks | 1 | 2/26/2017 | 4/11/2017 |

## Visit Diagnoses

Dermatomycosis B36.9 - Acute Persistent--Bilateral Axillary

# Finley, Ronald D

MRN: 2554822
Description: 52 year old male

**Office Visit** 4/11/2017
HonorHealth Medical Group - Cave Creek

Provider: Andrea Wolfrey Patton, MD (Family Medicine)
Primary diagnosis: Post herpetic neuralgia
Reason for Visit: Follow-up

## Progress Notes

Andrea Wolfrey Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 04/11/2017 - Review Complete 04/11/2017**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

No outpatient prescriptions have been marked as taking for the 4/11/17 encounter (Office Visit) with Andrea Wolfrey Patton, MD.

**Subjective:**

**Patient ID:** Ronald D Finley is a 52 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up
  *neuralgia*

HPI

**Post herpetic neuralgia**
Failed gabapentin. Failed zonegram (sedation). Carbamazepine - did not feel working well.
Never tried TCA or lyrica.
Plans for neurologist for 2nd opinion - has appt 4/2017
11/16 Diagnosed as trigeminal neuralgia by Neuro - max carbamazepine 3 tablets BID - consider cyberknife technique. Pt loss of insurance (10/16) - has been off carbamazepine and tramadol. Has been taking tylenol PM and ibuprofen 600mg ever 6-8 hours. Will refill medications for 1 month.
4/17 Currently taking ibuprofen 600mg every 6 hours. Tramadol at night

Reports bilateral axillary rash has not improved. Used ketoconazole with minimal improvement. Saw immediate care - given steroid/antifungal combination. Plan to see derm.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | PREDIABETES |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |

| | |
|---|---|
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional: Positive for fatigue. Negative for fever, activity change and appetite change.
HENT: Positive for tinnitus. Negative for congestion, dental problem, ear pain and sinus pressure.
Eyes: Negative.
Respiratory: Negative for cough.
Gastrointestinal: Positive for abdominal distention **(bloating)**.
Musculoskeletal: Positive for neck pain **(sudden sharp pain from previous shingles site)**.
Skin: Positive for rash.
Neurological: Positive for dizziness **(vertigo)** and numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: Positive for sleep disturbance and dysphoric mood.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 128/82 mmHg | Pulse 86 | Temp(Src) 98.1 °F (36.7 °C) | Wt 263 lb (119.296 kg) | SpO2 96%

Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oral lesions. Normal dentition. No dental abscesses. No oropharyngeal exudate, posterior oropharyngeal erythema or tonsillar abscesses.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Bowel sounds are normal. He exhibits no distension. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion.
Cervical back: He exhibits normal range of motion, no tenderness, no bony tenderness and no deformity.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm. Rash **(left axilla, thickened, darked skin of axilla. down lateral chest erythematous palpable rash. No vesicles, no discharge, no sign of infection. Non**

tender) noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Post herpetic neuralgia**

**Dermatitis**
- Ambulatory referral to Dermatology

**Other orders**
- traMADol (ULTRAM) 50 mg tablet; Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed for Pain.

Return in about 3 months (around 7/11/2017) for prediabetes, neuralgia.
**Patient Instructions**
Follow up with dermatology for rash

See the new neurologist for treatment options
I will refill tramadol for pain control

Repeat labs will be due at our next visit in July

## Other Notes

Post herpetic neuralgia A P from Andrea Wolfrey Patton, MD (Family Medicine)

## Instructions

Return in about 3 months (around 7/11/2017) for prediabetes, neuralgia.

Follow up with dermatology for rash

See the new neurologist for treatment options
I will refill tramadol for pain control

Repeat labs will be due at our next visit in July

After Visit Summary (Printed 4/11/2017)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 128/82 Pulse 86 Temp 98.1 °F (36.7 °C) Wt 2 3 lb (11 .3 kg) (Abnormal) SpO2 96<br>BMI 37.74 kg/m² BSA 2.43 m² More Vitals |
| Flowsheets: | Custom Formula Data, Vitals Reassessment, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

Ambulatory referral to Dermatology Closed

## Medication Changes

As of 4/11/2017 10:40 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Discontinued: clotrimazole-betamethasone (LOTRI ONE) cream** | | | |

## Visit Diagnoses

Post herpetic neuralgia B02.29
Dermatitis L30.9

# Finley, Ronald D

MRN: 2554822
Description: 52 year old male

**Office Visit** 4/14/2017
HonorHealth Medical Group - Gavilan Peak

Provider: John P Deuel, DO (Family Medicine)
Primary diagnosis: Dermatitis
Reason for Visit: Urticaria

## Progress Notes

John P Deuel, DO (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 04/14/2017 - Review Complete 04/14/2017**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

No outpatient prescriptions have been marked as taking for the 4/14/17 encounter (Office Visit) with John P Deuel, DO.

**Subjective:**

**Patient ID:** Ronald D Finley is a 52 y.o. male.

Chief Complaint
Patient presents with
- Urticaria

**HPI Comments:** Recurring full body rash

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | PREDIABETES |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional: Negative for fever, appetite change, fatigue and unexpected weight change.
HENT: Negative for congestion, dental problem, facial swelling, hearing loss, nosebleeds, rhinorrhea, tinnitus, trouble swallowing and voice change.
Eyes: Negative for photophobia, pain and visual disturbance.
Respiratory: Negative for cough, choking, chest tightness and shortness of breath.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.

Gastrointestinal: Negative for nausea, vomiting, abdominal pain, diarrhea, constipation and blood in stool.
Genitourinary: Negative for dysuria, hematuria, flank pain, decreased urine volume and difficulty urinating.
Musculoskeletal: Negative for myalgias, back pain, joint swelling, arthralgias, gait problem and neck pain.
Skin: Positive for rash. Negative for color change.
Neurological: Negative for dizziness, seizures, speech difficulty, weakness, numbness and headaches.
Hematological: Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for behavioral problems and sleep disturbance. The patient is not nervous/anxious.

**Objective:**

BP 140/78 mmHg | Pulse 100 | Temp(Src) 98.5 °F (36.9 °C) (Oral) | Resp 16 | Wt 260 lb (117.935 kg) | SpO2 98%
Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light. No scleral icterus.
Neck: Normal range of motion. Neck supple. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses. No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. He has no wheezes. He has no rales.
Abdominal: Soft. Bowel sounds are normal. He exhibits no mass.
Musculoskeletal: Normal range of motion. He exhibits no edema.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert and oriented to person, place, and time. No cranial nerve deficit.
Skin: Skin is warm and dry. Rash noted.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.

**Assessment & Plan**

Ronald was seen today for urticaria.

Diagnoses and all orders for this visit:

**Dermatitis**

- methylprednisoLONE (MEDROL DOSEPACK) 4 MG tablet; Take 1 tablet (4 mg total) by mouth daily. Dispense one DOSEPACK to be taken as directed by prescriber.
- Ambulatory referral to Dermatology

No Follow-up on file.

| | | SNOMED CT(R) | |
|---|---|---|---|
| 1. | **Dermatitis** | ECZEMA | **methylprednisoLONE (MEDROL DOSEPACK) 4 MG tablet**<br>**Ambulatory referral to Dermatology** |

## Additional Documentation

Vitals: BP 140/78 Pulse 100 (Abnormal) Temp 98.5 °F (36.9 °C) (Oral) Resp 16
Wt 2 0 lb (117. kg) (Abnormal) SpO2 98 BMI 37.31 kg/m² BSA 2.41 m²

Flowsheets: Custom Formula Data, Vitals Reassessment, Anthropometrics

Encounter Info: Billing Info, History, Allergies, Detailed Report

## Communications

Summary of Care sent to Jason Arthur Barr, DO
Sent 4/19/2017

## Orders Placed

Ambulatory referral to Dermatology Authorized

## Medication Changes

As of 4/14/2017 5:30 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: methylprednisoLONE (MEDROL DO EPACK) 4 MG tablet** | 0 | 4/14/2017 | 8/18/2017 |

Take 1 tablet (4 mg total) by mouth daily. Dispense one DOSEPACK to be taken as directed by prescriber. - Oral

## Visit Diagnoses

Dermatitis L30.9

# Finley, Ronald D

MRN: 2554822
Description: 52 year old male

**Office Visit** 8/18/2017
HonorHealth Medical Group - Cave Creek

Provider: Andrea Wolfrey Patton, MD (Family Medicine)
Primary diagnosis: Prediabetes
Reason for Visit: Other, Edema, Sinus Problem

## Progress Notes

Andrea Wolfrey Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 08/18/2017 - Review Complete 08/18/2017**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

No outpatient prescriptions have been marked as taking for the 8/18/17 encounter (Office Visit) with Andrea Wolfrey Patton, MD.

**Subjective:**

**Patient ID:** Ronald D Finley is a 52 y.o. male.

Chief Complaint
Patient presents with
- Other
  *pre-diabetes*
- Edema
- Sinus Problem
- Other
  *neuralgia*

HPI

**Prediabetes**
2/2015 Glucose 106 HgA1C: 6.1 (old records 7/2014 5.7, + microalbumin)
Discussed diet and weight loss
Referral to nutritionist
9/15 HgA1C 6.2
3/2016 6.0 1/17 6.0
8/17 Repeat testing

**Post herpetic neuralgia**
Failed gabapentin. Failed zonegram (sedation). Carbamazepine - did not feel working well.
Never tried TCA or lyrica.
Plans for neurologist for 2nd opinion - has appt 4/2017
11/16 Diagnosed as trigeminal neuralgia by Neuro - max carbamazepine 3 tablets BID - consider cyberknife technique. Pt loss of insurance (10/16) - has been off carbamazepine and

tramadol. Has been taking tylenol PM and ibuprofen 600mg ever 6-8 hours. Will refill medications for 1 month.
4/17 Currently taking ibuprofen 600mg every 6 hours. Tramadol at night
8/17 Neurologist changed to oxcarbazepine - recently increased dosage, but now with swelling in feet and hands.

sinus symptoms X 2 weeks, yellow discharge, fevers, chills. Pain maxillary sinus.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | PREDIABETES |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Respiratory: Negative for cough, shortness of breath and wheezing.
Skin: Positive for wound **(cyst on back)**.
Neurological: Positive for light-headedness and headaches.
Psychiatric/Behavioral: Negative for dysphoric mood **(improved)**.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 136/84 mmHg | Pulse 73 | Temp(Src) 98.2 °F (36.8 °C) (Tympanic) | Ht 5' 10" (1.778 m) | Wt 271 lb 9.6 oz (123.197 kg) | BMI 38.97 kg/m2 | SpO2 96%

Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oral lesions. Normal dentition. No dental abscesses. No oropharyngeal exudate, posterior oropharyngeal erythema or tonsillar abscesses.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Bowel sounds are normal. He exhibits no distension. There is no tenderness. There is no rebound and no guarding.

Musculoskeletal: Normal range of motion.
Cervical back: He exhibits normal range of motion, no tenderness, no bony tenderness and no deformity.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm.
**Mid back 1 cm cystic structure. Does not appear infected or inflammed**
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

## Assessment & Plan

Ronald was seen today for other, edema, sinus problem and other.

Diagnoses and all orders for this visit:

**Prediabetes**
- Hemoglobin A1c; Future

**Post herpetic neuralgia**
Followed neurology

**Acute non-recurrent maxillary sinusitis**
Antibiotic - see pt plan

**Elevated cholesterol**
- Comprehensive Metabolic Panel; Future
- Lipid Panel; Future

**Vitamin D deficiency disease**
- Vitamin D 25 Hydroxy; Future

**Edema, unspecified type**
Known SE of tripetal - started after increased dosage. No SOB, no chest pain. Decrease to previously dosage and call neurologist

**Other orders**
- doxycycline (MONODOX) 100 mg capsule; Take 1 capsule (100 mg total) by mouth 2 (two) times daily for 7 days.

Return in about 1 month (around 9/18/2017) for cyst removal - procedure.
**Patient Instructions**
Sinusitis
Consistent with viral infection. No evidence of bacterial infection at this time
# For congestion: nasal saline/irrigation (with netipot), antihistamine (loratadine or cetirizine), pseudofed. If you decide to try a phenylephrine nasal spray, do not use for longer than 3 days as this can make symptoms worse.
# Use tylenol or ibuprofen for discomfort or low grade fever.
# Start antibiotics

# Seek medical care if you develop worsening symptoms, continued fever, worsening pain or other concerns.

## Other Notes

Post herpetic neuralgia A&P from Andrea Wolfrey Patton, MD (Family Medicine)

Prediabetes A&P from Andrea Wolfrey Patton, MD (Family Medicine)

## Instructions

Return in about 1 month (around 9/18/2017) for cyst removal - procedure.

### Patient Instructions

After Visit Summary (Printed 8/18/2017)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 136/84 Pulse 73 Temp 98.2 °F (36.8 °C) (Tympanic) Ht 5' 10" (1.778 m)<br>Wt 271 lb . oz (123.2 kg) (Abnormal) SpO2 96% BMI 38.97 kg/m² BSA 2.47 m²<br>More Vitals |
| Flowsheets: | Custom Formula Data, Vitals Reassessment, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

**Comprehensive Metabolic Panel** (Resulted 8/21/2017, Abnormal)
**Hemoglobin A1c** (Resulted 8/21/2017, Abnormal)
Lipid Panel (Resulted 8/21/2017)
Vitamin D 25 Hydroxy (Resulted 8/21/2017)

## Medication Changes

As of 8/18/2017 1:18 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: doxycycline (MONODOX) 100 mg capsule** | 0 | 8/18/2017 | 8/25/2017 |
| Take 1 capsule (100 mg total) by mouth 2 (two) times daily for 7 days. - Oral | | | |
| **Discontinued: methylprednisoLONE (MEDROL DO EPACK) 4 MG tablet** | | | |

## Visit Diagnoses

Prediabetes R73.03
Post herpetic neuralgia B02.29

Acute non-recurrent maxillary sinusitis J01.00
Elevated cholesterol E78.00
Vitamin D deficiency disease E55.9
Edema, unspecified type R60.9

# Finley, Ronald D

MRN: 2554822
Description: 52 year old male

**Office Visit** 9/19/2017
HonorHealth Medical Group - Cave Creek

Provider: Andrea Wolfrey Patton, MD (Family Medicine)
Primary diagnosis: Epidermoid cyst
Reason for Visit: Referral, Other

## Progress Notes

Andrea Wolfrey Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 09/19/2017 - Review Complete 09/19/2017**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 9/19/17 encounter (Office Visit) with Andrea Wolfrey Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol (VENTOLIN HFA) 108 (90 Base) MCG/ACT inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. | 1 Inhaler | 0 |
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth at bedtime. | 90 tablet | 3 |
| • OXcarbazepine (TRILEPTAL) 150 mg tablet | Take 300 mg by mouth 3 (three) times daily. | | |
| • traMADol (ULTRAM) 50 mg tablet | Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed for Pain. | 60 tablet | 0 |

**Subjective:**

**Patient ID:** Ronald D Finley is a 52 y.o. male.

**Chief Complaint**
Patient presents with
- Referral
- Other
  *cyst*

HPI
Here for cyst removal - growing, tender.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | PREDIABETES |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |

| | |
|---|---|
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems

**Objective:**

BP 132/84 mmHg | Pulse 57 | Temp(Src) 97.7 °F (36.5 °C) (Tympanic) | Ht 5' 10" (1.778 m) | Wt 271 lb (122.925 kg) | BMI 38.88 kg/m2 | SpO2 94%
Physical Exam

**Assessment & Plan**

Ronald was seen today for referral and other.

Diagnoses and all orders for this visit:

**Epidermoid cyst**

**Post herpetic neuralgia**
- Ambulatory referral to Neurology

No Follow-up on file.
See procedure note and patient instructions

## Procedures

Andrea Wolfrey Patton, MD (Physician) • Family Medicine

Pre-procedure Diagnoses:
1. Epidermoid cyst [L72.0]

Post-procedure Diagnoses:
1. Epidermoid cyst [L72.0]

Procedures:
1. CYST REMOVAL [SHX22 (Custom)]

**Sebaceous Cyst Excision Procedure Note**

**Pre-operative Diagnosis**: epidermoid cyst

**Post-operative Diagnosis**: same

**Locations**:mid back 6mm cystic structure with central black plug. No evidence of inflammation or infection
**Indications:** growing cyst - sometimes tender

**Anesthesia**: Lidocaine 2% without epinephrine without added sodium bicarbonate

**Procedure Details**
History of allergy to iodine: no

Patient informed of the risks (including bleeding and infection) and benefits of the procedure and Written informed consent obtained.

The lesion and surrounding area was given a sterile prep using alcohol and draped in the usual sterile fashion. An incision was made over the cyst, which was dissected free of the surrounding tissue and removed. The cyst was filled with typical sebaceous material. The wound was closed with 3-0 Nylon using simple interrupted stitches. Antibiotic ointment and a sterile dressing applied. The specimen was sent for pathologic examination. The patient tolerated the procedure well.

**EBL**: 5 ml

**Findings:**
As expected

**Condition:**
Stable

**Complications:**
none.

**Plan:**
1. Instructed to keep the wound dry and covered for 24-48h and clean thereafter.
2. Warning signs of infection were reviewed.
3. Recommended that the patient use OTC analgesics as needed for pain.
4. Return for suture removal in 7 days.

## Instructions

### Patient Instructions

After Visit Summary (Printed 9/19/2017)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 132/84 Pulse 57 Temp 97.7 °F (36.5 °C) (Tympanic) Ht 5' 10" (1.778 m)<br>Wt 271 lb (122. kg) (Abnormal) SpO2 94 BMI 38.88 kg/m² BSA 2.46 m² |
| Flowsheets: | Custom Formula Data, Vitals Reassessment, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Communications

Summary of Care sent to Albert Leonard Klaski, MD
Sent 9/20/2017

## Media

Scan on 9/19/2017 5:23 PM by Marylin Figueroa, MA : procedure consent 9/19/17

## Orders Placed

Finley, Ronald D (MR # 2554822) DOB: Encounter Date: 09/19/2017

# FAX

| | | | |
|---|---|---|---|
| TO: | Nancy - Appeals | FROM: | Ronald D. Finley |
| FAX: | 603-334-5708 | FAX: | |
| PHONE: | | PHONE: | |
| SUBJECT: | | DATE: | February 22, 2018 |

COMMENTS: Physician Notes Regarding Appeal -- Ronald D. Finley Claim #5616243

# Finley, Ronald D

MRN: 2554822
Description: 50 year old male

**Office Visit** 9/22/2015
HonorHealth Medical Group - Cave Creek

Provider: Andrea W Patton, MD (Family Medicine)
Primary diagnosis: Shingles
Reason for Visit: Follow-up

## Progress Notes

Andrea W Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 09/22/2015 - Review Complete 09/22/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 9/22/15 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • famciclovir (FAMVIR) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 3 (three) times daily for 7 days. | 21 tablet | 0 |
| • fluticasone (FLONASE) 50 MCG/ACT nasal | 1 spray by Nasal route daily. | 1 Bottle | 2 |
| • ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 1 tablet (800 mg total) by mouth every 6 (six) hours as needed for up to 10 days for Pain. | 30 tablet | 0 |
| • methylPREDNIsolone (MEDROL DOSPACK) 4 MG tablet | Dispense one DOSEPACK to be taken as directed by prescriber. | 1 kit | 0 |
| • montelukast (SINGULAIR) 10 MG tablet | Take 10 mg by mouth nightly. | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 50 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

HPI

Here to fu ED visit. Diagnosed with shingles. Initially started on famciclovir 500mg BID and last week back to ED started on percocet and steroid.
Today stopped percocet pain 7/10. On percocet pain 0/10. Unable to drive 2/2 narcotic use.

Pt reports has had significant increase in stress with new job (driving to Prescott daily.)
**Vitamin D deficiency**

2/2015 Vit D 15.7
Has been taking 2K. 3/17/15 Increase to 50K for 12 weeks, then recheck
9/15 recheck

**Prediabetes**
2/2015 Glucose 106 HgA1C: 6.1 (old records 7/2014 5.7, + microalbumin)
Discussed diet and weight loss
Referral to nutritionist
9/15 recheck labs

**Low testosterone**
3/2015 302, will recheck testosterone, refer to urology if > 300
9/15 recheck

**Elevated cholesterol**
2/2015 TC: 220 Trig:90 HDL:54 LDL:148
ASCVD Risk Calculator: 9.6%
Diet and exercise for 3 month trial
9/15 recheck

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |

Review of Systems
HENT: Positive for dental problem **(dental pain)** and ear pain.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Musculoskeletal: Negative.
Skin: Negative. Negative for rash **(resolved)**.
Neurological: Positive for numbness **(nerve pain at site of previous shingles rash)**.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 144/74 mmHg | Pulse 65 | Temp(Src) 98.2 °F (36.8 °C) (Tympanic) | Ht 5' 9" (1.753 m) | Wt 250 lb (113.399 kg) | BMI 36.90 kg/m2 | SpO2 97%
<u>Physical Exam</u>
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.

Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
He has no cervical adenopathy.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and associated orders for this visit:

**Shingles**
Refill narcotic . Will only provide 2 week course (and should last longer as pt should attempt wean ASAP) At fu consider topical

For below due for repeat labs for all chronic conditions. Pt reports stable
**Elevated cholesterol**
- Lipid Panel
- Comprehensive Metabolic Panel

**Low testosterone**
- Testosterone

**Prediabetes**
- Hemoglobin A1c

**Vitamin D deficiency**
- Vitamin D 25 Hydroxy

**Other Orders**
- oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet; Take 2 tablets by mouth every 8 (eight) hours as needed for up to 30 doses for Pain.

Return in about 3 weeks (around 10/13/2015) for physical.

## Other Notes

- Elevated cholesterol A&P from Andrea W Patton, MD (Family Medicine)
- Low testosterone A&P from Andrea W Patton, MD (Family Medicine)
- Prediabetes A&P from Andrea W Patton, MD (Family Medicine)
- Vitamin D deficiency (Resolved 10/19/2017) A&P from Andrea W Patton, MD (Family Medicine)

## Instructions

Return in about 3 weeks (around 10/13/2015) for physical.

### Patient Instructions

After Visit Summary (Printed 9/22/2015)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 144/74 Pulse 65 Temp 98.2 °F (36.8 °C) (Tympanic) Ht 5' 9" (1.753 m)<br>Wt 250 lb (113.4 kg) (Abnormal) SpO2 97% BMI 36.92 kg/m² BSA 2.35 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

**Hemoglobin A1c** (Resulted 9/29/2015, Abnormal)
**Vitamin D 25 Hydroxy** (Resulted 9/29/2015, Abnormal)
Comprehensive Metabolic Panel (Resulted 9/29/2015)
Lipid Panel (Resulted 9/29/2015)
Testosterone (Resulted 9/29/2015)

## Medication Changes

As of 9/22/2015 4:00 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Changed: oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet** | 0 | 9/22/2015 | 10/8/2015 |

Take 2 tablets by mouth every 8 (eight) hours as needed for up to 30 doses for Pain. - Oral
Previously: 2 tablets Oral Every 4 hours PRN

## Visit Diagnoses

Shingles 053.9
Elevated cholesterol 272.0
Low testosterone 257.2
Prediabetes 790.29
Vitamin D deficiency 268.9

# Finley, Ronald D

MRN: 2554822
Description: 50 year old male

**Office Visit** 10/8/2015
HonorHealth Medical Group - Cave Creek

Provider: Andrea W Patton, MD (Family Medicine)
Primary diagnosis: Post herpetic neuralgia
Reason for Visit: Follow-up

## Progress Notes

Andrea W Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 10/08/2015 - Review Complete 10/08/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 10/8/15 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • fluticasone (FLONASE) 50 MCG/ACT nasal | 1 spray by Nasal route daily. | 1 Bottle | 2 |
| • montelukast (SINGULAIR) 10 MG tablet | Take 10 mg by mouth nightly. | | |
| • oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet | Take 2 tablets by mouth At bedtime as needed for up to 30 doses for Pain. | 45 tablet | 0 |
| • [DISCONTINUED] oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet | Take 2 tablets by mouth every 8 (eight) hours as needed for up to 30 doses for Pain. | 45 tablet | 0 |

**Subjective:**

**Patient ID:** Ronald D Finley is a 50 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

HPI

Here to follow up shingles. First diagnosis 9/19/15. Reports pain 20% better, however still requiring percocet 2 tablets during the day, ibuprofen 800mg every 6 hours and tylenol PM at night. On percocet 3/10, off percocet 7/10.

Patient also has had dental complication. Abscess in tooth - thought 2/2 shingles. Now requiring antibiotics - extraction of tooth will be scheduled ASAP with bone graft.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |

Review of Systems
HENT: Positive for dental problem **(dental pain)** and ear pain.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Musculoskeletal: Negative.
Skin: Negative. Negative for rash **(resolved)**.
Neurological: Positive for numbness **(nerve pain at site of previous shingles rash)**.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 132/79 mmHg | Pulse 68 | Temp(Src) 98.1 °F (36.7 °C) (Tympanic) | Resp 20 | Ht 5' 9" (1.753 m) | Wt 249 lb 8 oz (113.172 kg) | BMI 36.83 kg/m2 | SpO2 99%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
He has no cervical adenopathy.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and associated orders for this visit:

**Post herpetic neuralgia**

Continued nerve pain 1 month out from initial rash. No improvement with narcotics - unable to work on medication
Trial gabapentin
Percocet night only
FU 3 weeks
See FMLA paperwork (unable to work 2/2 pain and unable to drive on narcotics)

**Other Orders**
- oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet; Take 2 tablets by mouth At bedtime as needed for up to 30 doses for Pain.
- gabapentin (NEURONTIN) 300 MG capsule; Take 1 capsule (300 mg total) by mouth 3 (three) times daily.

Return in about 3 weeks (around 10/29/2015).

## Other Notes

Addendum Note from Catherine Hernandez, MA

## Instructions

Return in about 3 weeks (around 10/29/2015).

Start gabapentin Day 1: 300mg PO daily, Day 3: 300mg PO BID, Day 5: 300mg PO TID. We can increase further if needed - call.

Continue percocet for night use only.

After Visit Summary (Printed 10/8/2015)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 132/79 Pulse 68 Temp 98.1 °F (36.7 °C) (Tympanic) Resp 20 Ht 5' 9" (1.753 m) Wt 24 lb oz (113.2 kg) (Abnormal) SpO2 99 BMI 36.84 kg/m² BSA 2.35 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes

As of 10/8/2015 10:14 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: gabapentin (NEURONTIN) 300 MG capsule** | 0 | 10/8/2015 | 10/29/2015 |

| | Refills | Start Date | End Date |
|---|---|---|---|
| Take 1 capsule (300 mg total) by mouth 3 (three) times daily. - Oral | | | |
| **Changed: oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet**<br>Take 2 tablets by mouth At bedtime as needed for up to 30 doses for Pain. - Oral<br>Previously: 2 tablets Oral Every 8 hours PRN | 0 | 10/8/2015 | 10/29/2015 |

## Visit Diagnoses

Post herpetic neuralgia B02.29
Need for influenza vaccination Z23

## Immunizations Given

Influenza vaccine injection

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 10/29/2015
HonorHealth Medical Group - Cave Creek

Provider: Andrea W Patton, MD (Family Medicine)
Primary diagnosis: Post herpetic neuralgia
Reason for Visit: Herpes Zoster

## Progress Notes

Andrea W Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 10/29/2015 - Review Complete 10/29/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 10/29/15 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • fluticasone (FLONASE) 50 MCG/ACT nasal | 1 spray by Nasal route daily. | 1 Bottle | 2 |
| • gabapentin (NEURONTIN) 300 mg capsule | Take 1 capsule (300 mg total) by mouth 3 (three) times daily. | 90 capsule | 2 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |
| • oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet | Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain. | 16 tablet | 0 |
| • PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler | INHALE 2 PUFFS BY MOUTH INTO LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZING | 6.7 g | 0 |
| • [DISCONTINUED] gabapentin (NEURONTIN) 300 MG capsule | Take 1 capsule (300 mg total) by mouth 3 (three) times daily. | 90 capsule | 0 |
| • [DISCONTINUED] montelukast (SINGULAIR) 10 MG tablet | Take 10 mg by mouth nightly. | | |
| • [DISCONTINUED] oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet | Take 2 tablets by mouth At bedtime as needed for up to 30 doses for Pain. | 45 tablet | 0 |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

**Chief Complaint**
Patient presents with
- Herpes Zoster

HPI

Here for follow up post herpetic neuralgia from herpes zoster of right. Currently on gabapentin 300mg TID. Some improvement in pain ~ 30%. Using roxicet at night - 4 times a week.

Symptoms today - persistent right ear pain, ringing in ears, fatigue, vertigo/dizziness, nausea, diarrhea, right sided headaches.

Tooth infection - unable to pull 2/2 infection.

Depression/anxiety - patient having anxiety about job.

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |

Review of Systems
Constitutional: Positive for fatigue. Negative for fever.
HENT: Positive for dental problem **(dental pain)**, ear pain and tinnitus.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for nausea and diarrhea.
Musculoskeletal: Negative.
Skin: Negative. Negative for rash **(resolved)**.
Neurological: Positive for numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: The patient is nervous/anxious.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 138/84 mmHg | Pulse 67 | Temp(Src) 98.1 °F (36.7 °C) (Tympanic) | Ht 5' 9" (1.753 m) | Wt 249 lb (112.946 kg) | BMI 36.75 kg/m2 | SpO2 96%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
He has no cervical adenopathy.

Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for herpes zoster.

Diagnoses and associated orders for this visit:

**Post herpetic neuralgia**
Vertigo, headaches. Requiring narcotics at night, gabapentin during day.
Unable to drive 2/2 symptoms and medication.
Referral to neurology placed today

**Diarrhea**
Recent Abx, stress. Started with gabapentin
Benign abdominal exam
Start probiotic

**Elevated blood pressure**
Elevated 2/2 pain, pt reports normal in the past. No prior diagnosis HTN
Will check BP log and fu 1 month with log. Consider starting medication if still elevated

**Other Orders**
- montelukast (SINGULAIR) 10 mg tablet; Take 1 tablet (10 mg total) by mouth nightly.
- oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet; Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain.
- gabapentin (NEURONTIN) 300 mg capsule; Take 1 capsule (300 mg total) by mouth 3 (three) times daily.

Return in about 1 month (around 11/29/2015).

## Instructions

Return in about 1 month (around 11/29/2015).

Referral to neurology placed

Medications reordered

**Follow up with myself or Dr. Bean in 1 month**

**Monitor Blood pressure at home at least once a day. Bring log to follow up appointment.**

After Visit Summary (Printed 10/29/2015)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 138/84 Pulse 67 Temp 98.1 °F (36.7 °C) (Tympanic) Ht 5' 9" (1.753 m) Wt 24 lb (112. kg) (Abnormal) SpO2 96 BMI 36.77 kg/m² BSA 2.34 m² More Vitals |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Communications

Summary of care document sent to Justin Xavier Mussomeli, MD
Sent 11/2/2015

## Orders Placed

Ambulatory referral to Neurology Closed

## Medication Changes

As of 10/29/2015 2:47 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Changed: oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet** | 0 | 10/29/2015 | 11/24/2015 |

Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain. - Oral
Previously: 2 tablets Oral At bedtime PRN

## Visit Diagnoses

Post herpetic neuralgia B02.29
Diarrhea R19.7
Elevated blood pressure R03.0

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 11/24/2015
HonorHealth Medical Group - Cave Creek

Provider: Andrea W Patton, MD (Family Medicine)
Primary diagnosis: Post herpetic neuralgia
Reason for Visit: Follow-up

## Progress Notes

Andrea W Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 11/24/2015 - Review Complete 11/24/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 11/24/15 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • clindamycin (CLEOCIN) 300 mg capsule | | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

HPI

Here for post herpatic neuraglia. Pt cannot get appointment prior to end of December.

Taking gabapentin - works somewhat. Pain now random "shocks." No SE on medication.

Since last visit has used ~ roxicet 9 tablets.

Patient feels like dizziness has worsened. Anxiety worsening.

Had oral surgery with grafting, started on clindamycin. Has caused nausea.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |

Review of Systems

Constitutional: Positive for fatigue. Negative for fever.
HENT: Positive for dental problem **(dental pain - s/p graft surgery and oral infection)**, ear pain and tinnitus.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for nausea.
Musculoskeletal: Negative.
Skin: Negative. Negative for rash **(resolved)**.
Neurological: Positive for dizziness and numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: The patient is nervous/anxious.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 138/88 mmHg | Pulse 65 | Resp 18 | Ht 5' 9" (1.753 m) | Wt 257 lb (116.574 kg) | BMI 37.93 kg/m2 | SpO2 98%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Post herpetic neuralgia**
Given vertigo and tinnitus with continued pain pt may need head imaging
Called neurology office - got pt in next week, will defer imaging to neurology

Extended work leave for additional 4 weeks
Increase gabapentin to 400mg TID
Refill roxicet for breakthrough pain

**Vertigo**

**Tinnitus aurium, right**

**Other orders**

- oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet; Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain.
- gabapentin (NEURONTIN) 400 mg capsule; Take 1 capsule (400 mg total) by mouth 3 (three) times daily.

Return in about 4 weeks (around 12/22/2015), or if symptoms worsen or fail to improve.

## Instructions

Return in about 4 weeks (around 12/22/2015), or if symptoms worsen or fail to improve.

Increase gabapentin to 400mg three times a day, new prescription sent.

Continue as needed roxicet. Neurologist to take over prescription once you are seen.

After Visit Summary (Printed 11/24/2015)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 138/88 Pulse 65 Resp 18 Ht 5' 9" (1.753 m) Wt 257 lb (11 . kg) (Abnormal) SpO2 98 BMI 37.95 kg/m² BSA 2.38 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes

As of 11/24/2015 2:57 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Changed: gabapentin (NEURONTIN) 400 mg capsule** | 2 | 11/24/2015 | 12/23/2015 |

Take 1 capsule (400 mg total) by mouth 3 (three) times daily. - Oral
Previously: 300 mg Oral 3 times daily

## Visit Diagnoses

Post herpetic neuralgia B02.29
Vertigo R42
Tinnitus aurium, right H93.11

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 12/23/2015
HonorHealth Medical Group - Cave Creek

Provider: Matthew C Bean, MD (Family Medicine)
Primary diagnosis: Post herpetic neuralgia
Reason for Visit: Follow-up

## Progress Notes

Matthew C Bean, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 12/23/2015 - Review Complete 12/23/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 12/23/15 encounter (Office Visit) with Matthew C Bean, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • fluticasone (FLONASE) 50 MCG/ACT nasal | 1 spray by Nasal route daily. | 1 Bottle | 2 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |
| • oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet | Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain. | 21 tablet | 0 |
| • zonisamide (ZONEGRAN) 25 mg capsule | Take 25 mg by mouth daily. | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up
  *post herpetic neuralgia / fmla*

**HPI Comments:** Here for follow up on post herpetic neurologia, vertigo, and tinnitus, and Nausea. He was on gabapentin and stopped that 2 days ago and started zonisamide by neurology (follow up on January 5th). The zonisamide is having nausea and worsening dizziness.
Worried about driving with vertigo and isn't driving right now.
Onset: 3 months ago
Course: same
ROS: no hearing loss

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |

| | |
|---|---|
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional:
**Per HPI**

**Objective:**

BP 134/82 mmHg | Pulse 75 | Resp 18 | Ht 5' 9" (1.753 m) | Wt 261 lb (118.389 kg) | BMI 38.53 kg/m2 | SpO2 97%

Physical Exam

Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Eyes: EOM are normal.
Neck: Normal range of motion. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert and oriented to person, place, and time.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Post herpetic neuralgia**

**Vertigo**

Orders:

- Ambulatory referral to Physical Therapy

**Tinnitus of both ears**

**Nausea**

Orders:

- ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet; Take 1-2 tablets (4-8 mg total) by mouth every 8 (eight) hours as needed for Nausea.

No Follow-up on file.

**Patient Instructions**

Vertigo due to post herpetic neuralgia
- we will call your neurologist to see if you should continue or stop the Zonegran.
- referral to vertigo physical therapy
- follow up with neurologist on 1/5
- if not improvement, consider seeing the vertigo clinic at barrows
- use Zofran as needed for nausea
- plan on returning to work in one month. I will fill out FMLA for your work.

## Instructions

Vertigo due to post herpetic neuralgia
- we will call your neurologist to see if you should continue or stop the Zonegran.
- referral to vertigo physical therapy
- follow up with neurologist on 1/5
- if not improvement, consider seeing the vertigo clinic at barrows
- use Zofran as needed for nausea
- plan on returning to work in one month. I will fill out FMLA for your work.

After Visit Summary (Printed 12/23/2015)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 134/82 Pulse 75 Resp 18 Ht 5' 9" (1.753 m) Wt 2 1 lb (11 .4 kg) (Abnormal)<br>SpO2 97 BMI 38.54 kg/m² BSA 2.4 m² More Vitals |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

Ambulatory referral to Physical Therapy Closed

## Medication Changes

As of 12/23/2015 12:26 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet** | 5 | 12/23/2015 | 9/20/2016 |

| | Refills | Start Date | End Date |
|---|---|---|---|
| Take 1-2 tablets (4-8 mg total) by mouth every 8 (eight) hours as needed for Nausea. - Oral | | | |
| **Discontinued: clindamycin (CLEOCIN) 300 mg capsule** | | | |
| **Discontinued: gabapentin (NEURONTIN) 400 mg capsule** | | | |

## Visit Diagnoses

Post herpetic neuralgia B02.29
Vertigo R42
Tinnitus of both ears H93.13
Nausea R11.0

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 1/22/2016
HonorHealth Medical Group - Cave Creek

Provider: Matthew C Bean, MD (Family Medicine)
Primary diagnosis: Post herpetic neuralgia
Reason for Visit: Follow-up

## Progress Notes

Matthew C Bean, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 01/22/2016 - Review Complete 01/22/2016**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 1/22/16 encounter (Office Visit) with Matthew C Bean, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |
| • ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet | Take 1-2 tablets (4-8 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 20 tablet | 5 |
| • PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler | INHALE 2 PUFFS BY MOUTH INTO LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZING | 6.7 g | 0 |
| • zonisamide (ZONEGRAN) 25 mg capsule | Take 25 mg by mouth daily. | | |
| • [DISCONTINUED] oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet | Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain. | 21 tablet | 0 |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

Chief Complaint
Patient presents with
- Follow-up
  *vertigo, pain*

**HPI Comments:** Follow up on vertigo and post herpetic neuralgia. Still having shocks in face, tinnitus. Going to physical therapy but not helping much yet.. Not working right. He missed his neurologist appointment in January. His next appointment in early February.
Onset: 5 months ago
ROS: mood is very bad and frustrating.

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
| --- | --- |
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional:
**Per HPI**

**Objective:**

BP 130/82 mmHg | Pulse 64 | Resp 18 | Ht 5' 9" (1.753 m) | Wt 267 lb (121.11 kg) | BMI 39.41 kg/m2 | SpO2 98%

Physical Exam
Constitutional: He appears well-developed and well-nourished.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Post herpetic neuralgia**

No Follow-up on file.
**Patient Instructions**
Post herpetic neuralgia
- follow up with neuralgia and physical therapy
- restart meditation www.headspace.com
- I will help you with FMLA and disability if needed
- http://www.practicalpainmanagement.com/patient/conditions/postherpetic-neuralgia/6-lifestyle-tips-postherpetic-neuralgia

## Instructions

Post herpetic neuralgia
- follow up with neuralgia and physical therapy
- restart meditation www.headspace.com
- I will help you with FMLA and disability if needed
- http://www.practicalpainmanagement.com/patient/conditions/postherpetic-neuralgia/6-lifestyle-tips-postherpetic-neuralgia

After Visit Summary (Printed 1/22/2016)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 130/82 Pulse 64 Resp 18 Ht 5' 9" (1.753 m) Wt 2 7 lb (121.1 kg) (Abnormal)<br>SpO2 98 BMI 39.43 kg/m² BSA 2.43 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes

As of 1/22/2016 8:21 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Discontinued: oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet** | | | |

## Visit Diagnoses

Post herpetic neuralgia B02.29

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 2/25/2016
HonorHealth Medical Group - Cave Creek

Provider: Matthew C Bean, MD (Family Medicine)
Primary diagnosis: Neck pain
Reason for Visit: Follow-up

## Progress Notes

Matthew C Bean, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 02/25/2016 - Review Complete 02/25/2016**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 2/25/16 encounter (Office Visit) with Matthew C Bean, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |
| • ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet | Take 1-2 tablets (4-8 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 20 tablet | 5 |
| • PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler | INHALE 2 PUFFS BY MOUTH INTO LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZING | 6.7 g | 0 |
| • zonisamide (ZONEGRAN) 50 mg capsule | | | |
| • [DISCONTINUED] zonisamide (ZONEGRAN) 25 mg capsule | Take 50 mg by mouth daily. | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

Chief Complaint
Patient presents with
- Follow-up

**HPI Comments:** Post herpetic neuralgia improved with increased dose of zonisamide and shocks are a lot betters. They are going to keep progressing him up. Still having issue with vertigo. 50+% of what he was. He is starting long term disability paperwork.
Has joined a post neuralgia group and it has been helpful.
Also recently was rear ended. Restrained.
ROS: No LOC and no staring the windsheild.

Would like help with weight loss.

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional:
**Per HPI**

## Objective:

BP 140/90 mmHg | Pulse 71 | Temp(Src) 97.8 °F (36.6 °C) (Oral) | Resp 18 | Ht 5' 9" (1.753 m) | Wt 269 lb (122.018 kg) | BMI 39.71 kg/m2 | SpO2 95%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
Musculoskeletal:
**No tenderness to palpation on neck and full range of motion (if tender)**
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

## Assessment & Plan

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Neck pain**
Orders:
- Ambulatory referral to Physical Therapy

**Obesity, unspecified obesity severity, unspecified obesity type**

**Post herpetic neuralgia**

No Follow-up on file.
**Patient Instructions**
**Post herpetic neuralgia - improving!**

**Neck pain due to car accident without concerning signs**

**Weight loss**
**- write down what you eat**

**- use the PACT app to help you exercise**
**- follow up with your diet log**
**- daily weigh loss calorie goal was 2000.**

**Dr. Bean's Diet Recommendations**

1. **Avoid fast food,**
2. **Avoid drinking your calories (e.g. Soda, sweetened beverages, and alcohol). Drink water, milk (~2 cups/day), tea, or coffee,**
3. **Avoid processed foods (i.e. things that come out of bags, boxes, or cans),**
4. **Mediterranean diet and their recipes are a good place to start.** The Mediterranean diet is associated with improved health status and reductions in overall death, cardiovascular mortality (heart disease and strokes), cancer, and incidence of Parkinson's disease and Alzheimer's disease.
5. Eat whole grains (e.g. whole wheat flour) and brown rice and avoid white flour and white rice,
6. Eat vegetables with every meal,
7. Fats should compose about 30% of your diet. Eating "low fat" does not improve health or help you lose weight.
    a. Avoid foods with transfats (e.g. margarine. Use olive oil or butter instead). The data against the other fats is unconvincing.
    b. Avoid foods that have been made low fat because they increase salt and sugar to make them appetizing. Salt and sugar increase cravings.
    c. Choose fats that are healthy and found in nature (e.g. olive oil, avocado, nuts, milk, and cheese).
8. Try to eat fish and/or seafood about 2 times per week,
9. Make your own food as much as possible,
10. A portion size is about the size of your fist,
11. Use herbs and spices instead of salt to flavor foods,
12. Supplements are usually unhelpful. The exception is that women between 13 years old and menopause should take 400mcg of folic acid daily to avoid birth defects in pregnancy,
13. Do not eat after 7pm,
14. Sleep 7-9 hours a day,
15. Exercise 30 minutes a day (1 hour for weight loss and all children and adolescents). Include aerobic, weight lifting, and balance work to regimen.
16. If you are trying to lose weight, write down everything that you eat. If you need help, bring this list in so that we can discuss it.
17. A healthy rate of weight loss is 1-2 pounds per week. To do this, you need to eat about 500 calories less than your daily caloric needs (http://www.calorieking.com/interactive-tools/how-many-calories-should-you-eat/?ref=nav).
18.

## Instructions

### Patient Instructions

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 140/90 Pulse 71 Temp 97.8 °F (36.6 °C) (Oral) Resp 18 Ht 5' 9" (1.753 m)<br>Wt 2 lb (122 kg) (Abnormal) SpO2 95 BMI 39.72 kg/m² BSA 2.44 m² More Vitals |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

Ambulatory referral to Physical Therapy Closed

## Medication Changes

As of 2/25/2016 9:51 AM

None

## Visit Diagnoses

Neck pain M54.2
Obesity, unspecified obesity severity, unspecified obesity type E66.9
Post herpetic neuralgia B02.29

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 3/24/2016
HonorHealth Medical Group - Cave Creek

Provider: Andrea W Patton, MD (Family Medicine)
Primary diagnosis: Prediabetes
Reason for Visit: Follow-up

## Progress Notes

Andrea W Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 03/24/2016 - Review Complete 03/24/2016**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 3/24/16 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |
| • ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet | Take 1-2 tablets (4-8 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 20 tablet | 5 |
| • PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler | INHALE 2 PUFFS BY MOUTH INTO LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZING | 6.7 g | 0 |
| • zonisamide (ZONEGRAN) 50 mg capsule | | | |

### Subjective:

**Patient ID:** Ronald D Finley is a 51 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

HPI

**Prediabetes**
2/2015 Glucose 106 HgA1C: 6.1 (old records 7/2014 5.7, + microalbumin)
Discussed diet and weight loss
Referral to nutritionist
9/15 HgA1C 6.2
3/2016 - recheck

**Vitamin D deficiency**

2/2015 Vit D 15.7
Has been taking 2K. 3/17/15 Increase to 50K for 12 weeks, then recheck
9/15 18.3
3/16 recheck

**Post herpetic neuralgia**
3/2016: Improved, but not at baseline.
Followed by neurology - on zonegram. Currently 50mg

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional: Positive for fatigue. Negative for fever, activity change and appetite change.
HENT: Positive for congestion, sinus pressure and tinnitus. Negative for dental problem and ear pain.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for nausea.
Musculoskeletal: Positive for neck pain **(s/p MVA)**.
Skin: Negative. Negative for rash **(resolved)**.
Neurological: Positive for dizziness **(vertigo)** and numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: Positive for dysphoric mood **(improving)**. The patient is nervous/anxious.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 128/84 mmHg | Pulse 61 | Resp 18 | Ht 5' 9" (1.753 m) | Wt 270 lb (122.471 kg) | BMI 39.85 kg/m2 | SpO2 96%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.

Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Bowel sounds are normal. He exhibits no distension. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion.
Cervical back: He exhibits normal range of motion **(but slowed ROM due to pain)**, no tenderness, no bony tenderness and no deformity.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

## Assessment & Plan

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Prediabetes**
Orders:
- Hemoglobin A1c
- Basic Metabolic Panel

Recheck labs today
Diet and exercise reviewed

**Vitamin D deficiency**
Orders:
- Vitamin D 25 Hydroxy

Recheck labs

**Post herpetic neuralgia**
Followed by Neuro - next fu 3 days

**Need for Tdap vaccination**
Orders:
- Tdap vaccine greater than or equal to 7yo IM (for non-VFC and VFC use)

Return in about 4 weeks (around 4/21/2016).

## Other Notes

Post herpetic neuralgia A P from Andrea W Patton, MD (Family Medicine)

Vitamin D deficiency (Resolved 10/19/2017) A P from Andrea W Patton, MD (Family Medicine)

Prediabetes A P from Andrea W Patton, MD (Family Medicine)

## Instructions

Return in about 4 weeks (around 4/21/2016).

Restart physical therapy for your neck

Get labs done today

TDap (Tetanus, Diptheria and Pertussis) vaccine updated today. Next due for Td vaccine 2026

After Visit Summary (Printed 3/24/2016)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 128/84 Pulse 61 Resp 18 Ht 5' 9" (1.753 m) Wt 270 lb (122.5 kg) (Abnormal) SpO2 96 BMI 39.87 kg/m² BSA 2.44 m² More Vitals |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

asic Metabolic Panel (Resulted 3/24/2016, Abnormal)
Hemoglobin A1c (Resulted 3/24/2016, Abnormal)
Vitamin D 25 Hydroxy (Resulted 3/24/2016, Abnormal)

## Medication Changes

As of 3/24/2016 9:37 AM

None

## Visit Diagnoses

Prediabetes R73.09
Vitamin D deficiency E55.9
Post herpetic neuralgia B02.29
Need for Tdap vaccination Z23

## Immunizations Given

Tdap

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 4/28/2016
HonorHealth Medical Group - Cave Creek

Provider: Andrea W Patton, MD (Family Medicine)
Primary diagnosis: Prediabetes
Reason for Visit: Follow-up

## Progress Notes

Andrea W Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 04/28/2016 - Review Complete 04/28/2016**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 4/28/16 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • Cholecalciferol (VITAMIN D3) 10000 UNITS capsule | Take 5 capsules (50,000 Units total) by mouth once a week for 12 doses. Twice weekly for 12 weeks only | 60 capsule | 0 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |
| • ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet | Take 1-2 tablets (4-8 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 20 tablet | 5 |
| • PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler | INHALE 2 PUFFS BY MOUTH INTO LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZING | 6.7 g | 0 |
| • zonisamide (ZONEGRAN) 50 mg capsule | 100 mg. | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

HPI
Patient reports 1 month ago developed sinus infection, which turned into chest cold. Took doxycycline.
When pt back home, colder temperature had significant worsening of sharp pains, dizzy spells.
Saw neurologist yesterday of zonisamide to 100mg.
Since returned to AZ symptoms improving.

**Prediabetes**
2/2015 Glucose 106 HgA1C: 6.1 (old records 7/2014 5.7, + microalbumin)
Discussed diet and weight loss
Referral to nutritionist
9/15 HgA1C 6.2
3/2016 6.0

**Vitamin D deficiency**
2/2015 Vit D 15.7
Has been taking 2K. 3/17/15 Increase to 50K for 12 weeks, then recheck
9/15 18.3
3/16 13.2, repeat 50K X 12 weeks, then 2K daily and recheck
4/16 No improvement, but no SE. Finish 12 weeks

**Post herpetic neuralgia**
3/2016: Improved, but not at baseline.
Failed gabapentin.
Never tried TCA or lyrica.
Followed by neurology - on zonegram. Currently 50mg

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional: Positive for fatigue. Negative for fever, activity change and appetite change.
HENT: Negative for congestion, dental problem, ear pain, sinus pressure and tinnitus.
Eyes: Negative.
Respiratory: Positive for cough **(since chest cold 2 weeks ago)**.
Cardiovascular: Negative.
Gastrointestinal: Negative for nausea.
Musculoskeletal: Positive for neck pain **(sudden sharp pain from previous shingles site)**.
Skin: Negative. Negative for rash.
Neurological: Positive for dizziness **(vertigo)** and numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: Positive for dysphoric mood **(improving)**.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 132/80 mmHg | Pulse 90 | Resp 18 | Ht 5' 9" (1.753 m) | Wt 265 lb (120.203 kg) | BMI 39.12 kg/m2 | SpO2 97%

Physical Exam

Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oral lesions. Normal dentition. No dental abscesses. No oropharyngeal exudate, posterior oropharyngeal erythema or tonsillar abscesses.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Bowel sounds are normal. He exhibits no distension. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion.
Cervical back: He exhibits normal range of motion, no tenderness, no bony tenderness and no deformity.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit.
Coordination normal.
Skin: Skin is warm. No rash noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Prediabetes**
Stable, diet and exercise reviewed

**Vitamin D deficiency**
50K weekly

**Post herpetic neuralgia**
Continue zonegran per neuro
Break thru refill for ibuprofen and percocet

**Cough**
Tessalon perles prn, likely post viral. FU if not resolved in 4 weeks

**Other orders**
- ibuprofen (ADVIL,MOTRIN) 600 mg tablet; Take 1 tablet (600 mg total) by mouth every 6 (six) hours as needed for up to 10 days for Pain.
- oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet; Take 1 tablet by mouth every 6 (six) hours as needed for Pain.
- benzonatate (TESSALON PERLES) 100 mg capsule; Take 1 capsule (100 mg total) by mouth 3 (three) times daily as needed for Cough.

Return in about 2 months (around 6/28/2016).

## Other Notes

Post herpetic neuralgia A P from Andrea W Patton, MD (Family Medicine)

Vitamin D deficiency (Resolved 10/19/2017) A P from Andrea W Patton, MD (Family Medicine)

Prediabetes A P from Andrea W Patton, MD (Family Medicine)

## Instructions

Return in about 2 months (around 6/28/2016).

Follow up with neurology. If you do not get complete control with the zonegran you may want to discuss other medication options with your neurologist (like amitriptyline or Lyrica)

Follow up with me when you are back in June

After Visit Summary (Printed 4/28/2016)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 132/80 Pulse 90 Resp 18 Ht 5' 9" (1.753 m) Wt 2 5 lb (120.2 kg) (Abnormal) |
| | SpO2 97 BMI 39.13 kg/m² BSA 2.42 m² More Vitals |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes

As of 4/28/2016 1:02 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: benzonatate (TE ALON PERLE ) 100 mg capsule** | 0 | 4/28/2016 | 9/20/2016 |
| Take 1 capsule (100 mg total) by mouth 3 (three) times daily as needed for Cough. - Oral | | | |
| **Added: ibuprofen (ADVIL,MOTRIN) 00 mg tablet** | 1 | 4/28/2016 | 5/8/2016 |
| Take 1 tablet (600 mg total) by mouth every 6 (six) hours as needed for up to 10 days for Pain. - Oral | | | |
| **Added: oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet** | 0 | 4/28/2016 | 1/12/2017 |
| Take 1 tablet by mouth every 6 (six) hours as needed for Pain. - Oral | | | |

## Visit Diagnoses

Prediabetes R73.09
Vitamin D deficiency E55.9
Post herpetic neuralgia B02.29
Cough R05

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 6/21/2016
HonorHealth Medical Group - Cave Creek

Provider: Andrea W Patton, MD (Family Medicine)
Primary diagnosis: Vitamin D deficiency
Reason for Visit: Follow-up

## Procedures

Andrea W Patton, MD (Physician) • Family Medicine

Procedure Orders:

1. ECG 12 lead [77408821] ordered by Catherine Hernandez, MA at 06/21/16 0931

My interpretation of the ECG on Ronald D Finley:
Rhythm and Rate: Sinus Arrhythmia at 65 BPM
Axis: Normal: (-30 to 90 degrees)
Intervals: Normal PR, QRS, and QT Intervals
ST Segment Analysis: No ST-Segment Abnormalities

## Progress Notes

Andrea W Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 06/21/2016 - Review Complete 06/21/2016**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

No outpatient prescriptions have been marked as taking for the 6/21/16 encounter (Office Visit) with Andrea W Patton, MD.

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

HPI

Frequent heart palpitations, tinnitus, shocking pain radiating right side of face with tooth pain - taking ibuprofen and oxycodone. Using ibuprofen 200-400mg every other day, oxycodone 2 times a week.
Using zonegran - increase to 200mg when worsened, but pt does not notice improves pain.
No change in vertigo. Upset stomach and bloating. Increased depression.

Patient reports palpitations becoming less frequent - usually at night.

Patient does not want to start depression or anxiety medication.

**Post herpetic neuralgia**
3/2016: Improved, but not at baseline.
Failed gabapentin.
Never tried TCA or lyrica.
Followed by neurology - on zonegram. Currently 50mg
6/16 No improvement - still out of work. Feels zonegran not working and causing too much sedation. Referral to neurologist for 2nd opinion.

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional: Positive for fatigue. Negative for fever, activity change and appetite change.
HENT: Positive for tinnitus. Negative for congestion, dental problem, ear pain and sinus pressure.
Eyes: Negative.
Respiratory: Negative for cough.
Cardiovascular: Positive for palpitations.
Gastrointestinal: Positive for abdominal distention **(bloating)**.
Musculoskeletal: Positive for neck pain **(sudden sharp pain from previous shingles site)**.
Skin: Negative. Negative for rash.
Neurological: Positive for dizziness **(vertigo)** and numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: Positive for sleep disturbance **(improving)** and dysphoric mood **(stable)**.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 136/98 mmHg | Pulse 62 | Temp(Src) 97.6 °F (36.4 °C) (Tympanic) | Resp 20 | Ht 5' 9" (1.753 m) | Wt 267 lb (121.11 kg) | BMI 39.41 kg/m2 | SpO2 96%

Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.

Mouth/Throat: Oropharynx is clear and moist. No oral lesions. Normal dentition. No dental abscesses. No oropharyngeal exudate, posterior oropharyngeal erythema or tonsillar abscesses.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Bowel sounds are normal. He exhibits no distension. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion.
Cervical back: He exhibits normal range of motion, no tenderness, no bony tenderness and no deformity.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit.
Coordination normal.
Skin: Skin is warm. No rash noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Vitamin D deficiency**
Orders:
- Vitamin D 25 Hydroxy

**Elevated cholesterol**
Orders:
- Comprehensive Metabolic Panel
- Lipid Panel

**Post herpetic neuralgia**
Orders:
- Ambulatory referral to Neurology

Referral for 2nd opinion as pt without improvement

**Tinnitus of both ears**
Orders:
- Ambulatory referral to Neurology

**Vertigo**
Orders:
- Ambulatory referral to Neurology

**Palpitation**
Orders:

- ECG 12 lead

EKG wnl - pt reported improving. Will monitor for now.
Bp elevated today, pt reports always high at beginning of appt - at goal at when checks at home

Return in about 3 months (around 9/21/2016).

## Other Notes

Post herpetic neuralgia A P from Andrea W Patton, MD (Family Medicine)

## Instructions

Return in about 3 months (around 9/21/2016).

### Patient Instructions

After Visit Summary (Printed 6/21/2016)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 13 / (Abnormal) Pulse 62 Temp 97.6 °F (36.4 °C) (Tympanic) Resp 20<br>Ht 5' 9" (1.753 m) Wt 2 7 lb (121.1 kg) (Abnormal) SpO2 96 BMI 39.43 kg/m$^2$<br>BSA 2.43 m$^2$ |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

**Comprehensive Metabolic Panel** (Resulted 9/13/2016, Abnormal)
Lipid Panel (Resulted 9/13/2016)
Vitamin D 25 Hydroxy (Resulted 9/13/2016)
ECG 12 lead (Resulted 6/21/2016)
Ambulatory referral to Neurology Closed

## Medication Changes

As of 6/21/2016 9:29 AM

None

## Visit Diagnoses

Vitamin D deficiency E55.9
Elevated cholesterol E78.0
Post herpetic neuralgia B02.29
Tinnitus of both ears H93.13
Vertigo R42

Palpitation R00.2

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 9/20/2016
HonorHealth Medical Group - Cave Creek

Provider: Andrea Wolfrey Patton, MD (Family Medicine)
Primary diagnosis: Vitamin D deficiency
Reason for Visit: Follow-up, OTHER

## Progress Notes

Andrea Wolfrey Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 09/20/2016 - Review Complete 09/20/2016**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 9/20/16 encounter (Office Visit) with Andrea Wolfrey Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • carBAMazepine (TEGRETOL) 200 mg tablet | | | |
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth at bedtime. | 90 tablet | 3 |
| • traMADol (ULTRAM) 50 mg tablet | | | |
| • [DISCONTINUED] montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

Chief Complaint
Patient presents with
- Follow-up
  *review lab results*
- OTHER
  *post herpetic neuralgia*

HPI
Patient has been having anxious, depression related to frustration with post herpetic neuralgia diagnosis. Patient has had step mother and brother die in the last 3 months. Patient feels depressed.

**Vitamin D deficiency**
2/2015 Vit D 15.7
Has been taking 2K. 3/17/15 Increase to 50K for 12 weeks, then recheck
9/15 18.3
3/16 13.2, repeat 50K X 12 weeks, then 2K daily and recheck
4/16 No improvement, but no SE. Finish 12 weeks

9/16 42 - decrease to 2000 per day (current 5000 daily)

**Elevated cholesterol**
2/2015 TC: 220 Trig:90 HDL:54 LDL:148 ASCVD Risk Calculator: 9.6%, trial diet and exercise
9/15 TC: 174 Trig: 113 JD:: 55 LDL: 96
9/16 TC: 170 Trig: 87 HDL: 54 LDL: 99 ASCVD 5.8%

**Post herpetic neuralgia**
3/2016: Improved, but not at baseline.
Failed gabapentin.
Never tried TCA or lyrica.
Followed by neurology - on zonegram. Currently 50mg
6/16 No improvement - still out of work. Feels zonegran not working and causing too much sedation. Referral to neurologist for 2nd opinion.
7/16 - plan for sphenocath and start carbamazepine 200mg BID, recommend lyrica if no improvement
9/16 Pt followed by neurology. Has been unable to work.

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | PREDIABETES |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional: Positive for fatigue. Negative for fever, activity change and appetite change.
HENT: Positive for tinnitus. Negative for congestion, dental problem, ear pain and sinus pressure.
Eyes: Negative.
Respiratory: Negative for cough.
Cardiovascular: Positive for palpitations.
Gastrointestinal: Positive for abdominal distention **(bloating)**.
Musculoskeletal: Positive for neck pain **(sudden sharp pain from previous shingles site)**.
Skin: Negative. Negative for rash.
Neurological: Positive for dizziness **(vertigo)** and numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: Positive for sleep disturbance and dysphoric mood.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 122/86 mmHg | Pulse 57 | Temp(Src) 97.8 °F (36.6 °C) (Oral) | Resp 18 | Ht 5' 10" (1.778 m) | Wt 263 lb 12.8 oz (119.659 kg) | BMI 37.85 kg/m2 | SpO2 94%

Physical Exam

Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oral lesions. Normal dentition. No dental abscesses. No oropharyngeal exudate, posterior oropharyngeal erythema or tonsillar abscesses.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Bowel sounds are normal. He exhibits no distension. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion.
Cervical back: He exhibits normal range of motion, no tenderness, no bony tenderness and no deformity.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm. No rash noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up and other.

Diagnoses and all orders for this visit:

**Vitamin D deficiency**
Decrease to 2K daily

**Elevated cholesterol**
At goal

**Post herpetic neuralgia**
Followed by Neurology

**Depression**
Pt declines meds, No SI/HI
Recommend CBT

**Other orders**
- montelukast (SINGULAIR) 10 mg tablet; Take 1 tablet (10 mg total) by mouth at bedtime.

Return in about 3 months (around 12/20/2016).
**Patient Instructions**
# Try to reduce stress. This can be done with massage therapy, yoga, tai chi, exercise, or relaxation techniques. Take time for yourself!
# Recommend you see psychology for Cognitive Behavioral Therapy (CBT)
# Get immediate help if you have any feelings of hurting yourself or someone else.

Follow up in 3 months

## Other Notes

Post herpetic neuralgia A P from Andrea Wolfrey Patton, MD (Family Medicine)

Elevated cholesterol A P from Andrea Wolfrey Patton, MD (Family Medicine)

Vitamin D deficiency (Resolved 10/19/2017) A P from Andrea Wolfrey Patton, MD (Family Medicine)

## Instructions

Return in about 3 months (around 12/20/2016).

### Patient Instructions

After Visit Summary (Printed 9/20/2016)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 122/86 Pulse 57 Temp 97.8 °F (36.6 °C) (Oral) Resp 18 Ht 5' 10" (1.778 m) |
| | Wt 2 3 lb 12. oz (11 .7 kg) (Abnormal) SpO2 94 BMI 37.85 kg/m$^2$ BSA 2.43 m$^2$ |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes

As of 9/20/2016 9:28 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Discontinued: benzonatate (TE ALON PERLE ) 100 mg capsule** | | | |

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Discontinued: ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet** | | | |
| **Discontinued: zonisamide (ZONEGRAN) 50 mg capsule** | | | |

## Visit Diagnoses

Vitamin D deficiency E55.9
Elevated cholesterol E78.0
Post herpetic neuralgia B02.29
Mild episode of recurrent major depressive disorder F33.0

# Finley, Ronald D

MRN: 2554822
Description: 52 year old male

**Office Visit** 1/12/2017
HonorHealth Medical Group - Cave Creek

Provider: Andrea Wolfrey Patton, MD (Family Medicine)
Primary diagnosis: Postherpetic neuralgia
Reason for Visit: Follow-up

## Progress Notes

Andrea Wolfrey Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 01/12/2017 - Review Complete 01/12/2017**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 1/12/17 encounter (Office Visit) with Andrea Wolfrey Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth at bedtime. | 90 tablet | 3 |
| • PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler | INHALE 2 PUFFS BY MOUTH INTO LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZING | 6.7 g | 0 |
| • traMADol (ULTRAM) 50 mg tablet | Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed for Pain. | 60 tablet | 0 |
| • [DISCONTINUED] carBAMazepine (TEGRETOL) 200 mg tablet | | | |
| • [DISCONTINUED] oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet | Take 1 tablet by mouth every 6 (six) hours as needed for Pain. | 21 tablet | 0 |
| • [DISCONTINUED] traMADol (ULTRAM) 50 mg tablet | | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 52 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

HPI

Has rash under right axilla - present for 2 weeks. Used different Deodorant day before

# FAX

| | | | |
|---|---|---|---|
| TO: | Nancy - Appeals | FROM: | Ronald D. Finley |
| FAX: | 603-334-5708 | FAX: | 9 |
| PHONE: | | PHONE: | |
| SUBJECT: | | DATE: | February 22, 2018 |

COMMENTS: Physician Notes Regarding Appeal – Ronald D. Finley Claim #5616243

Part 2 of Physicians Notes - Ronald D. Finley Claim #5616243

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: ketoconazole (NIZORAL) 2 cream** | 0 | 1/12/2017 | 2/9/2017 |
| Apply topically daily for 28 days. - Topical | | | |
| **Changed: traMADol (ULTRAM) 50 mg tablet** | 0 | 1/12/2017 | 4/11/2017 |
| Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed for Pain. - Oral | | | |
| Previously: No dose, route, or frequency recorded. | | | |
| **Discontinued: car AMazepine (TEGRETOL) 200 mg tablet** | | | |
| **Discontinued: oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet** | | | |

## Visit Diagnoses

Postherpetic neuralgia B02.29
Trigeminal neuralgia G50.0
Post herpetic neuralgia B02.29
Low testosterone E29.1
Prediabetes R73.03
Vitamin D deficiency E55.9
Dermatitis L30.9

# Finley, Ronald D

MRN: 2554822
Description: 52 year old male

**Office Visit** 2/26/2017
HonorHealth Medical Group - Gavilan Peak

Provider: Hugh Jordan Halbeck, DO (Family Medicine)
Primary diagnosis: Dermatomycosis
Reason for Visit: Rash

## Progress Notes

Hugh Jordan Halbeck, DO (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 02/26/2017 - Review Complete 02/26/2017**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 2/26/17 encounter (Office Visit) with Hugh Jordan Halbeck, DO**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • traMADol (ULTRAM) 50 mg tablet | Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed for Pain. | 60 tablet | 0 |

**Subjective:**

**Patient ID:** Ronald D Finley is a 52 y.o. male.

**Chief Complaint**

Patient presents with
- Rash
  *under arms*

HPI

This patient presents today with onset of a rash of both of his axillary or armpit areas over the last two weeks. Patient states seem to have a symptom start of the right axilla but now is involving both sides. Patient states have been seen and was prescribed a cream for a fungus but that did not seem to resolve his symptoms. He continues to have some itchiness and soreness with some pigmentation of these areas both side. Patient continues to use deodorant at this time. Patient denies any recent change in his deodorant or bathing products or soaps or detergents. Patients medical history is positive for a prediabetic state but he is not on any medication and states he is not had any acute diabetic symptoms. Patient is a chronic suffer from a postherpetic neuralgia syndrome which is involved trigeminal neuralgia and he is seeing a neurologist for that. Patient is not on any new medications. Patient denies significant chills or fever. He denies any acute rash anywhere else on his body and he is denying any flair of any type of a herpetic rash about the head or neck or anywhere else. He has had no significant symptoms of ears nose and throat otherwise. No acute cardiopulmonary symptoms. And no other systemic complaint at this time

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|

| | |
|---|---|
| • Prediabetes | PREDIABETES |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems Review of systems is positive for predominantly a rash of both axillary areas which has had some what darkening of the skin as well as some itchiness and soreness in those areas. No overt redness or abscess formation. No acute rashes anywhere else. No significant chills or fever. Is absolutely no acute symptoms of the head or neck otherwise. No cardiopulmonary symptoms no gastrointestinal symptoms or genitourinary tract symptoms acutely. Remainder review systems all negative.

**Objective:**

There were no vitals taken for this visit.
Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished. No distress.
**NAD**
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae are normal. No scleral icterus.
Neck: Neck supple. No JVD present.
Cardiovascular: Normal rate and regular rhythm.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes.
Abdominal: Soft. He exhibits no distension. There is no tenderness.
Genitourinary:
**Asymptomatic by HX**
Musculoskeletal: Normal range of motion. He exhibits no edema or tenderness.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert and oriented to person, place, and time.
Skin: Rash noted. He is not diaphoretic. No erythema. No pallor.
**Mild to Moderate dry, scaly, slightly fissured patchy hyperpigmented dermatosis of both axilla. No significant erythema , induration or evidence of cellulitis. No vesicles or vascular lesions. No active bleeding, drainage or purulence. No evidence of abscess.**
Psychiatric: He has a normal mood and affect. His behavior is normal.
Vitals reviewed.

**Assessment & Plan**

There are no diagnoses linked to this encounter.

No Follow-up on file.

## Instructions

Return in about 2 weeks (around 3/12/2017).

No Deodorants/ Warm soapy water X 2 Daily/ Keep clean and dry o/w.

After Visit Summary (Printed 2/26/2017)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 133/78 Pulse 60 Temp 98.1 °F (36.7 °C) (Oral) Resp 16 Ht 5' 10" (1.778 m)<br>Wt 2 4 lb (11 .7 kg) (Abnormal) SpO2 98 BMI 37.88 kg/m² BSA 2.43 m² |
| Flowsheets: | Travel Screening, Custom Formula Data, Vitals Reassessment, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes

As of 2/26/2017 11:05 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: clotrimazole-betamethasone (LOTRI ONE) cream**<br>Apply to affected area 2 times daily X 2 weeks | 1 | 2/26/2017 | 4/11/2017 |

## Visit Diagnoses

Dermatomycosis B36.9 - Acute Persistent--Bilateral Axillary

# Finley, Ronald D

MRN: 2554822
Description: 52 year old male

**Office Visit** 4/11/2017
HonorHealth Medical Group - Cave Creek

Provider: Andrea Wolfrey Patton, MD (Family Medicine)
Primary diagnosis: Post herpetic neuralgia
Reason for Visit: Follow-up

## Progress Notes

Andrea Wolfrey Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 04/11/2017 - Review Complete 04/11/2017**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

No outpatient prescriptions have been marked as taking for the 4/11/17 encounter (Office Visit) with Andrea Wolfrey Patton, MD.

**Subjective:**

**Patient ID:** Ronald D Finley is a 52 y.o. male.

Chief Complaint
Patient presents with
- Follow-up
  *neuralgia*

HPI

**Post herpetic neuralgia**
Failed gabapentin. Failed zonegram (sedation). Carbamazepine - did not feel working well.
Never tried TCA or lyrica.
Plans for neurologist for 2nd opinion - has appt 4/2017
11/16 Diagnosed as trigeminal neuralgia by Neuro - max carbamazepine 3 tablets BID - consider cyberknife technique. Pt loss of insurance (10/16) - has been off carbamazepine and tramadol. Has been taking tylenol PM and ibuprofen 600mg ever 6-8 hours. Will refill medications for 1 month.
4/17 Currently taking ibuprofen 600mg every 6 hours. Tramadol at night

Reports bilateral axillary rash has not improved. Used ketoconazole with minimal improvement. Saw immediate care - given steroid/antifungal combination. Plan to see derm.

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | PREDIABETES |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |

| | |
|---|---|
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional: Positive for fatigue. Negative for fever, activity change and appetite change.
HENT: Positive for tinnitus. Negative for congestion, dental problem, ear pain and sinus pressure.
Eyes: Negative.
Respiratory: Negative for cough.
Gastrointestinal: Positive for abdominal distention **(bloating)**.
Musculoskeletal: Positive for neck pain **(sudden sharp pain from previous shingles site)**.
Skin: Positive for rash.
Neurological: Positive for dizziness **(vertigo)** and numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: Positive for sleep disturbance and dysphoric mood.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 128/82 mmHg | Pulse 86 | Temp(Src) 98.1 °F (36.7 °C) | Wt 263 lb (119.296 kg) | SpO2 96%

Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oral lesions. Normal dentition. No dental abscesses. No oropharyngeal exudate, posterior oropharyngeal erythema or tonsillar abscesses.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Bowel sounds are normal. He exhibits no distension. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion.
Cervical back: He exhibits normal range of motion, no tenderness, no bony tenderness and no deformity.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm. Rash **(left axilla, thickened, darked skin of axilla. down lateral chest erythematous palpable rash. No vesicles, no discharge, no sign of infection. Non**

tender) noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Post herpetic neuralgia**

**Dermatitis**
- Ambulatory referral to Dermatology

**Other orders**
- traMADol (ULTRAM) 50 mg tablet; Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed for Pain.

Return in about 3 months (around 7/11/2017) for prediabetes, neuralgia.
**Patient Instructions**
Follow up with dermatology for rash

See the new neurologist for treatment options
I will refill tramadol for pain control

Repeat labs will be due at our next visit in July

## Other Notes

Post herpetic neuralgia A P from Andrea Wolfrey Patton, MD (Family Medicine)

## Instructions

Return in about 3 months (around 7/11/2017) for prediabetes, neuralgia.

Follow up with dermatology for rash

See the new neurologist for treatment options
I will refill tramadol for pain control

Repeat labs will be due at our next visit in July

After Visit Summary (Printed 4/11/2017)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 128/82 Pulse 86 Temp 98.1 °F (36.7 °C) Wt 2 3 lb (11 .3 kg) (Abnormal) SpO2 96<br>BMI 37.74 kg/m² BSA 2.43 m² More Vitals |
| Flowsheets: | Custom Formula Data, Vitals Reassessment, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

Ambulatory referral to Dermatology Closed

## Medication Changes

As of 4/11/2017 10:40 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Discontinued: clotrimazole-betamethasone (LOTRI ONE) cream** | | | |

## Visit Diagnoses

**Post herpetic neuralgia** B02.29
**Dermatitis** L30.9

# Finley, Ronald D

MRN: 2554822
Description: 52 year old male

**Office Visit** 4/14/2017
HonorHealth Medical Group - Gavilan Peak

Provider: John P Deuel, DO (Family Medicine)
Primary diagnosis: Dermatitis
Reason for Visit: Urticaria

## Progress Notes

John P Deuel, DO (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 04/14/2017 - Review Complete 04/14/2017**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

No outpatient prescriptions have been marked as taking for the 4/14/17 encounter (Office Visit) with John P Deuel, DO.

**Subjective:**

**Patient ID:** Ronald D Finley is a 52 y.o. male.

Chief Complaint
Patient presents with
- Urticaria

**HPI Comments:** Recurring full body rash

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | PREDIABETES |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional: Negative for fever, appetite change, fatigue and unexpected weight change.
HENT: Negative for congestion, dental problem, facial swelling, hearing loss, nosebleeds, rhinorrhea, tinnitus, trouble swallowing and voice change.
Eyes: Negative for photophobia, pain and visual disturbance.
Respiratory: Negative for cough, choking, chest tightness and shortness of breath.
Cardiovascular: Negative for chest pain, palpitations and leg swelling.

Gastrointestinal: Negative for nausea, vomiting, abdominal pain, diarrhea, constipation and blood in stool.
Genitourinary: Negative for dysuria, hematuria, flank pain, decreased urine volume and difficulty urinating.
Musculoskeletal: Negative for myalgias, back pain, joint swelling, arthralgias, gait problem and neck pain.
Skin: Positive for rash. Negative for color change.
Neurological: Negative for dizziness, seizures, speech difficulty, weakness, numbness and headaches.
Hematological: Negative for adenopathy. Does not bruise/bleed easily.
Psychiatric/Behavioral: Negative for behavioral problems and sleep disturbance. The patient is not nervous/anxious.

**Objective:**

BP 140/78 mmHg | Pulse 100 | Temp(Src) 98.5 °F (36.9 °C) (Oral) | Resp 16 | Wt 260 lb (117.935 kg) | SpO2 98%
Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light. No scleral icterus.
Neck: Normal range of motion. Neck supple. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses. No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. He has no wheezes. He has no rales.
Abdominal: Soft. Bowel sounds are normal. He exhibits no mass.
Musculoskeletal: Normal range of motion. He exhibits no edema.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert and oriented to person, place, and time. No cranial nerve deficit.
Skin: Skin is warm and dry. Rash noted.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.

**Assessment & Plan**

Ronald was seen today for urticaria.

Diagnoses and all orders for this visit:

**Dermatitis**

- methylprednisoLONE (MEDROL DOSEPACK) 4 MG tablet; Take 1 tablet (4 mg total) by mouth daily. Dispense one DOSEPACK to be taken as directed by prescriber.
- Ambulatory referral to Dermatology

No Follow-up on file.

| | SNOMED CT(R) | |
|---|---|---|
| **1. Dermatitis** | ECZEMA | **methylprednisoLONE (MEDROL DOSEPACK) 4 MG tablet**<br>**Ambulatory referral to Dermatology** |

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 140/78 Pulse 100 (Abnormal) Temp 98.5 °F (36.9 °C) (Oral) Resp 16<br>Wt 2 0 lb (117. kg) (Abnormal) SpO2 98 BMI 37.31 kg/m² BSA 2.41 m² |
| Flowsheets: | Custom Formula Data, Vitals Reassessment, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Communications

Summary of Care sent to Jason Arthur Barr, DO
Sent 4/19/2017

## Orders Placed

Ambulatory referral to Dermatology Authorized

## Medication Changes

As of 4/14/2017 5:30 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: methylprednisoLONE (MEDROL DO EPACK) 4 MG tablet** | 0 | 4/14/2017 | 8/18/2017 |

Take 1 tablet (4 mg total) by mouth daily. Dispense one DOSEPACK to be taken as directed by prescriber. - Oral

## Visit Diagnoses

Dermatitis L30.9

# Finley, Ronald D

MRN: 2554822
Description: 52 year old male

**Office Visit** 8/18/2017
HonorHealth Medical Group - Cave Creek

Provider: Andrea Wolfrey Patton, MD (Family Medicine)
Primary diagnosis: Prediabetes
Reason for Visit: Other, Edema, Sinus Problem

## Progress Notes

Andrea Wolfrey Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 08/18/2017 - Review Complete 08/18/2017**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

No outpatient prescriptions have been marked as taking for the 8/18/17 encounter (Office Visit) with Andrea Wolfrey Patton, MD.

**Subjective:**

**Patient ID:** Ronald D Finley is a 52 y.o. male.

**Chief Complaint**
Patient presents with
- Other
  *pre-diabetes*
- Edema
- Sinus Problem
- Other
  *neuralgia*

HPI

**Prediabetes**
2/2015 Glucose 106 HgA1C: 6.1 (old records 7/2014 5.7, + microalbumin)
Discussed diet and weight loss
Referral to nutritionist
9/15 HgA1C 6.2
3/2016 6.0 1/17 6.0
8/17 Repeat testing

**Post herpetic neuralgia**
Failed gabapentin. Failed zonegram (sedation). Carbamazepine - did not feel working well.
Never tried TCA or lyrica.
Plans for neurologist for 2nd opinion - has appt 4/2017
11/16 Diagnosed as trigeminal neuralgia by Neuro - max carbamazepine 3 tablets BID - consider cyberknife technique. Pt loss of insurance (10/16) - has been off carbamazepine and

tramadol. Has been taking tylenol PM and ibuprofen 600mg ever 6-8 hours. Will refill medications for 1 month.
4/17 Currently taking ibuprofen 600mg every 6 hours. Tramadol at night
8/17 Neurologist changed to oxcarbazepine - recently increased dosage, but now with swelling in feet and hands.

sinus symptoms X 2 weeks, yellow discharge, fevers, chills. Pain maxillary sinus.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | PREDIABETES |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Respiratory: Negative for cough, shortness of breath and wheezing.
Skin: Positive for wound **(cyst on back)**.
Neurological: Positive for light-headedness and headaches.
Psychiatric/Behavioral: Negative for dysphoric mood **(improved)**.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 136/84 mmHg | Pulse 73 | Temp(Src) 98.2 °F (36.8 °C) (Tympanic) | Ht 5' 10" (1.778 m) | Wt 271 lb 9.6 oz (123.197 kg) | BMI 38.97 kg/m2 | SpO2 96%

Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oral lesions. Normal dentition. No dental abscesses. No oropharyngeal exudate, posterior oropharyngeal erythema or tonsillar abscesses.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Bowel sounds are normal. He exhibits no distension. There is no tenderness. There is no rebound and no guarding.

Musculoskeletal: Normal range of motion.
Cervical back: He exhibits normal range of motion, no tenderness, no bony tenderness and no deformity.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm.
**Mid back 1 cm cystic structure. Does not appear infected or inflammed**
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

## Assessment & Plan

Ronald was seen today for other, edema, sinus problem and other.

Diagnoses and all orders for this visit:

**Prediabetes**
- Hemoglobin A1c; Future

**Post herpetic neuralgia**
Followed neurology

**Acute non-recurrent maxillary sinusitis**
Antibiotic - see pt plan

**Elevated cholesterol**
- Comprehensive Metabolic Panel; Future
- Lipid Panel; Future

**Vitamin D deficiency disease**
- Vitamin D 25 Hydroxy; Future

**Edema, unspecified type**
Known SE of tripetal - started after increased dosage. No SOB, no chest pain. Decrease to previously dosage and call neurologist

**Other orders**
- doxycycline (MONODOX) 100 mg capsule; Take 1 capsule (100 mg total) by mouth 2 (two) times daily for 7 days.

Return in about 1 month (around 9/18/2017) for cyst removal - procedure.
**Patient Instructions**
Sinusitis
Consistent with viral infection. No evidence of bacterial infection at this time
# For congestion: nasal saline/irrigation (with netipot), antihistamine (loratadine or cetirizine), pseudofed. If you decide to try a phenylephrine nasal spray, do not use for longer than 3 days as this can make symptoms worse.
# Use tylenol or ibuprofen for discomfort or low grade fever.
# Start antibiotics

# Seek medical care if you develop worsening symptoms, continued fever, worsening pain or other concerns.

## Other Notes

Post herpetic neuralgia A&P from Andrea Wolfrey Patton, MD (Family Medicine)

Prediabetes A&P from Andrea Wolfrey Patton, MD (Family Medicine)

## Instructions

Return in about 1 month (around 9/18/2017) for cyst removal - procedure.

### Patient Instructions

After Visit Summary (Printed 8/18/2017)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 136/84 Pulse 73 Temp 98.2 °F (36.8 °C) (Tympanic) Ht 5' 10" (1.778 m)<br>Wt 271 lb . oz (123.2 kg) (Abnormal) SpO2 96% BMI 38.97 kg/m² BSA 2.47 m²<br>More Vitals |
| Flowsheets: | Custom Formula Data, Vitals Reassessment, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

**Comprehensive Metabolic Panel** (Resulted 8/21/2017, Abnormal)
**Hemoglobin A1c** (Resulted 8/21/2017, Abnormal)
Lipid Panel (Resulted 8/21/2017)
Vitamin D 25 Hydroxy (Resulted 8/21/2017)

## Medication Changes

As of 8/18/2017 1:18 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: doxycycline (MONODOX) 100 mg capsule** | 0 | 8/18/2017 | 8/25/2017 |
| Take 1 capsule (100 mg total) by mouth 2 (two) times daily for 7 days. - Oral | | | |
| **Discontinued: methylprednisoLONE (MEDROL DO EPACK) 4 MG tablet** | | | |

## Visit Diagnoses

Prediabetes R73.03
Post herpetic neuralgia B02.29

Acute non-recurrent maxillary sinusitis J01.00
Elevated cholesterol E78.00
Vitamin D deficiency disease E55.9
Edema, unspecified type R60.9

# Finley, Ronald D

MRN: 2554822
Description: 52 year old male

**Office Visit** 9/19/2017
HonorHealth Medical Group - Cave Creek

Provider: Andrea Wolfrey Patton, MD (Family Medicine)
Primary diagnosis: Epidermoid cyst
Reason for Visit: Referral, Other

## Progress Notes

Andrea Wolfrey Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 09/19/2017 - Review Complete 09/19/2017**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 9/19/17 encounter (Office Visit) with Andrea Wolfrey Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol (VENTOLIN HFA) 108 (90 Base) MCG/ACT inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. | 1 Inhaler | 0 |
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth at bedtime. | 90 tablet | 3 |
| • OXcarbazepine (TRILEPTAL) 150 mg tablet | Take 300 mg by mouth 3 (three) times daily. | | |
| • traMADol (ULTRAM) 50 mg tablet | Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed for Pain. | 60 tablet | 0 |

### Subjective:

**Patient ID:** Ronald D Finley is a 52 y.o. male.

**Chief Complaint**
Patient presents with
- Referral
- Other
  *cyst*

HPI
Here for cyst removal - growing, tender.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | PREDIABETES |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |

| | |
|---|---|
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems

**Objective:**

BP 132/84 mmHg | Pulse 57 | Temp(Src) 97.7 °F (36.5 °C) (Tympanic) | Ht 5' 10" (1.778 m) | Wt 271 lb (122.925 kg) | BMI 38.88 kg/m2 | SpO2 94%
Physical Exam

**Assessment & Plan**

Ronald was seen today for referral and other.

Diagnoses and all orders for this visit:

**Epidermoid cyst**

**Post herpetic neuralgia**
- Ambulatory referral to Neurology

No Follow-up on file.
See procedure note and patient instructions

## Procedures

Andrea Wolfrey Patton, MD (Physician) • Family Medicine

Pre-procedure Diagnoses:
1. Epidermoid cyst [L72.0]

Post-procedure Diagnoses:
1. Epidermoid cyst [L72.0]

Procedures:
1. CYST REMOVAL [SHX22 (Custom)]

**Sebaceous Cyst Excision Procedure Note**

**Pre-operative Diagnosis**: epidermoid cyst

**Post-operative Diagnosis**: same

**Locations**:mid back 6mm cystic structure with central black plug. No evidence of inflammation or infection
**Indications:** growing cyst - sometimes tender

**Anesthesia**: Lidocaine 2% without epinephrine without added sodium bicarbonate

**Procedure Details**
History of allergy to iodine: no

Patient informed of the risks (including bleeding and infection) and benefits of the procedure and Written informed consent obtained.

The lesion and surrounding area was given a sterile prep using alcohol and draped in the usual sterile fashion. An incision was made over the cyst, which was dissected free of the surrounding tissue and removed. The cyst was filled with typical sebaceous material. The wound was closed with 3-0 Nylon using simple interrupted stitches. Antibiotic ointment and a sterile dressing applied. The specimen was sent for pathologic examination. The patient tolerated the procedure well.

**EBL**: 5 ml

**Findings:**
As expected

**Condition:**
Stable

**Complications:**
none.

**Plan:**
1. Instructed to keep the wound dry and covered for 24-48h and clean thereafter.
2. Warning signs of infection were reviewed.
3. Recommended that the patient use OTC analgesics as needed for pain.
4. Return for suture removal in 7 days.

## Instructions

**Patient Instructions**

After Visit Summary (Printed 9/19/2017)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 132/84 Pulse 57 Temp 97.7 °F (36.5 °C) (Tympanic) Ht 5' 10" (1.778 m) Wt 271 lb (122. kg) (Abnormal) SpO2 94 BMI 38.88 kg/m² BSA 2.46 m² |
| Flowsheets: | Custom Formula Data, Vitals Reassessment, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Communications

Summary of Care sent to Albert Leonard Klaski, MD
Sent 9/20/2017

## Media

Scan on 9/19/2017 5:23 PM by Marylin Figueroa, MA : procedure consent 9/19/17

## Orders Placed

Ambulatory referral to Neurology Authorized

## Medication Changes

As of 9/19/2017 4:05 PM

None

## Visit Diagnoses

Epidermoid cyst L72.0
Post herpetic neuralgia B02.29

# Finley, Ronald D

MRN: 2554822
Description: 53 year old male

**Office Visit** 10/15/2017
HonorHealth Medical Group - Gavilan Peak

Provider: John P Deuel, DO (Family Medicine)
Primary diagnosis: LUQ pain
Reason for Visit: Abdominal Pain

## Progress Notes

John P Deuel, DO (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 10/15/2017 - Review Complete 10/15/2017**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Latex | Rash | 10/15/2017 |
| • Penicillins | Anaphylaxis | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 10/15/17 encounter (Office Visit) with John P Deuel, DO**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol (VENTOLIN HFA) 108 (90 Base) MCG/ACT inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. | 1 Inhaler | 0 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth at bedtime. | 90 tablet | 3 |

### Subjective:

**Patient ID:** Ronald D Finley is a 53 y.o. male.

**Chief Complaint**
Patient presents with
- Abdominal Pain
  *hemrrhoid/ constipation*

Patient gives eight-day history of intermittent episodes of sharp left upper quadrant abdominal pain. Has no fever nausea vomiting or diarrhea. No effect w/ food intake or liquid intake.

**Abdominal Pain**

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | PREDIABETES |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Gastrointestinal: Positive for abdominal pain.
All other systems reviewed and are negative.

**Objective:**
BP 138/78 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Large adult) | Pulse 61 | Temp 97.8 °F (36.6 °C) (Tympanic) | Resp 16 | Ht 5' 9" (1.753 m) | Wt (!) 275 lb (124.7 kg) | SpO2 96% | BMI 40.61 kg/m²

Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light. No scleral icterus.
Neck: Normal range of motion. Neck supple. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses. No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. He has no wheezes. He has no rales.
Abdominal: Soft. Bowel sounds are normal. He exhibits no distension and no mass. There is no rebound and no guarding.




1: Mild tenderness to the upper left lateral quadrant of the abdomen more specifically along the lateral lower rib order

Musculoskeletal: Normal range of motion. He exhibits no edema.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert and oriented to person, place, and time. No cranial nerve deficit.

Skin: Skin is warm and dry. No rash noted.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.

Procedures

**Assessment & Plan**

Ronald was seen today for abdominal pain.

Diagnoses and all orders for this visit:

**LUQ pain**
- US Abdomen Complete; Future
- naproxen (NAPROSYN) 500 mg tablet; Take 1 tablet (500 mg total) by mouth 2 (two) times daily with breakfast and dinner.

No Follow-up on file.

| | SNOMED CT(R) | |
|---|---|---|
| **1. LUQ pain** | LEFT UPPER QUADRANT PAIN | **US Abdomen Complete**<br>**naproxen (NAPROSYN) 500 mg tablet** |

## Other Notes

Addendum Note from John P Deuel, DO (Family Medicine)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 138/78 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Large adult) Pulse 61 Temp 97.8 °F (36.6 °C) (Tympanic) Resp 16 Ht 5' 9" (1.753 m) Wt 275 lb (124.7 kg) (Abnormal) SpO2 96 BMI 40.61 kg/m² BSA 2.46 m² |
| Flowsheets: | Travel Screening, Patient Health Questionnaire, Custom Formula Data, Vitals Reassessment, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

CT Abdomen Pelvis WO Contrast (Resulted 10/18/2017)
US Abdomen Complete (Resulted 10/17/2017)

## Medication Changes

As of 10/15/2017 8:10 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: naproxen (NAPRO YN) 500 mg tablet** | 3 | 10/15/2017 | 12/28/2017 |

| | Refills | Start Date | End Date |
|---|---|---|---|
| Take 1 tablet (500 mg total) by mouth 2 (two) times daily with breakfast and dinner. - Oral | | | |

## Visit Diagnoses

LUQ pain R10.12

# Finley, Ronald D

MRN: 2554822
Description: 53 year old male

**Office Visit** 10/18/2017
HonorHealth Medical Group - Gavilan Peak

Provider: Christa Marie McEnerney, DO (Family Medicine)
Primary diagnosis: Renal cyst, right
Reason for Visit: Results

## Progress Notes

Christa Marie McEnerney, DO (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 10/18/2017 - Review Complete 10/18/2017**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Latex | Rash | 10/15/2017 |
| • Penicillins | Anaphylaxis | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 10/18/17 encounter (Office Visit) with Christa Marie McEnerney, DO**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol (VENTOLIN HFA) 108 (90 Base) MCG/ACT inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. | 1 Inhaler | 0 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth at bedtime. | 90 tablet | 3 |
| • naproxen (NAPROSYN) 500 mg tablet | Take 1 tablet (500 mg total) by mouth 2 (two) times daily with breakfast and dinner. | 60 tablet | 3 |

**Subjective:**
**Chief Complaint** - Results (c/o left-side pain)

**HPI**
The patient is a 53 y.o. male who presents to clinic today for follow up on LUQ discomfort. Seen in IC a few days ago. Had US that showed mild L hydronephrosis, 7cm right renal cyst, recommended CT to look for left sided kidney stone. CT was done this morning. Appeared more consistent with left renal sinus cysts rather than hydronephrosis, no evidence of stones, colonic diverticula with non-specific increased density in fat around proximal sigmoid.

Patient reports symptoms are unchanged. States it is not pain, just discomfort, especially after eating fatty foods or dairy. Doesn't notice it other times. No diarrhea, fevers, blood in stool, hematuria, or urinary symptoms.

He previously had seen Dr. Andrea Patton but our clinic is closer for him. He had recent lab work 8/2017 that revealed persistent but improved pre-diabetes, borderline elevated lipids, but otherwise normal CMP, Vit D level. He has some asthma that is well controlled on Singulair. Only needs to use albuterol once every few weeks.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | PREDIABETES |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

**Review of Systems**
Constitutional: Denies fevers, chills.
Respiratory: Denies shortness of breath, wheezing, cough.
Cardiovascular: Denies chest pain, palpitations, dyspnea on exertion, edema.
Gastrointestinal: Denies nausea, vomiting, diarrhea, constipation, abdominal pain, melena, hematochezia.
Genitourinary: Denies dysuria, hematuria.
Musculoskeletal: Denies joint pain or swelling, back pain.
Skin: Denies rash.
Neurological: Denies any weakness, numbness, dizziness.
Psychiatric/Behavioral: Denies depressed mood, anxiety.

**Objective:**
BP 128/77 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Large adult) | Pulse 66 | Temp 98.3 °F (36.8 °C) (Tympanic) | Resp 14 | Ht 5' 9" (1.753 m) | Wt (!) 277 lb (125.6 kg) | SpO2 98% | BMI 40.91 kg/m²
**Physical Exam**
**Constitutional**: Patient is well developed and well nourished. No distress.
**HEENT**: Head normocephalic and atraumatic. No scleral icterus.
**Cardiovascular**: Heart is regular rate and rhythm without extra sounds. No murmur.
**Pulmonary/Chest**: No increased work of breathing. Lungs clear to auscultation bilaterally without wheezes, rales, or rhonchi.
**Abdominal**: Abdomen is soft, non-tender, non-distended. Normoactive bowel sounds. No masses palpated.
**Musculoskeletal**: No edema.
**Neurological**: Patient is alert and oriented. No focal neurologic deficits.
**Skin**: Skin is warm and dry.
**Psychiatric**: Patient has a normal mood and affect.
Nursing note and vitals reviewed.

**Assessment & Plan**

**1. Renal cyst, right**
-Urgent referral to urology for further eval. Large cyst on right and left sided renal sinus cysts. Patient reports having right cyst in past but much larger now per his recollection.
- Ambulatory referral to Urology

**2. Abdominal discomfort in left upper quadrant**
-I don't expect any of the renal findings or diverticulosis on US and CT are related to his discomfort. It sounds to be mild discomfort after fatty meals and dairy. No gallstones seen on

US. Recommended avoiding high fat foods and keeping food diary. If symptoms persist, return to discuss further workup.

**3. Mild intermittent asthma without complication**
-Stable. Continue Singulair.

**4. Pre-diabetes**
-Improved on most recent check. Continue working on lifestyle changes.

**5. Pure hypercholesterolemia**
-Stable on recent check. Statin not indicated based on ASCVD. Continue working on lifestyle changes.

Return in about 2 months (around 12/18/2017) for review referrals, meds.

## Other Notes

Procedure note

## Instructions

Return in about 2 months (around 12/18/2017) for review referrals, meds.

Follow up with urology ASAP.

After Visit Summary (Printed 10/18/2017)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 128/77 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Large adult)<br>Pulse 66 Temp 98.3 °F (36.8 °C) (Tympanic) Resp 14 Ht 5' 9" (1.753 m)<br>Wt 277 lb (125. kg) (Abnormal) SpO2 98 BMI 40.91 kg/m² BSA 2.47 m² |
| Flowsheets: | Travel Screening, Patient Health Questionnaire, Custom Formula Data, Vitals Reassessment, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

Ambulatory referral to Urology Authorized

## Medication Changes

As of 10/19/2017 7:12 AM

None

## Visit Diagnoses

Renal cyst, right N28.1
Abdominal discomfort in left upper quadrant R10.12
Mild intermittent asthma without complication J45.20
Pre-diabetes R73.03

Pure hypercholesterolemia E78.00

# Finley, Ronald D

MRN: 2554822
Description: 53 year old male

**Office Visit** 12/28/2017
HonorHealth Medical Group - Gavilan Peak

Provider: Christa Marie McEnerney, DO (Family Medicine)
Primary diagnosis: LUQ pain
Reason for Visit: Follow-up

## Progress Notes

Christa Marie McEnerney, DO (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 12/28/2017 - Review Complete 12/28/2017**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Latex | Rash | 10/15/2017 |
| • Penicillins | Anaphylaxis | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 12/28/17 encounter (Office Visit) with Christa Marie McEnerney, DO**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cholecalciferol (VITAMIN D3) 2000 units capsule | Take 2,500 Units by mouth daily. | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth at bedtime. | 90 tablet | 3 |

**Subjective:**
**Chief Complaint** - Follow-up (c/o GI issues. C/o left side pain and constipation)

**HPI**
The patient is a 53 y.o. male who presents to clinic today for follow up.

Left upper quadrant discomfort still present. His wife recommended he cut out gluten. He has done this for the past week and not had any discomfort in this time. He does note that he has been constipated recently. Usually improves with drinking more water. Has been doing this with minimal relief. Also increased veggie intake.

Has seen Dr. Kaplan for renal cysts. I only received one note. CT urogram again showed the cysts. Per the patient, Dr. Kaplan told him everything was "good" on CT urogram and that he didn't need procedure, f/u 1 year. Patient filled out ROI today for second office visit where this was discussed.

Asthma well controlled with Singulair.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | PREDIABETES |
| • Pure hypercholesterolemia | PURE HYPERCHOLESTEROLEMIA |
| • Low testosterone | HYPOTESTOSTERONISM |

| | |
|---|---|
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Tinnitus of both ears | BILATERAL TINNITUS |
| • Renal cyst, right | SIMPLE RENAL CYST |
| • Mild intermittent asthma without complication | MILD INTERMITTENT ASTHMA |
| • LUQ pain | LEFT UPPER QUADRANT PAIN |
| • Chronic idiopathic constipation | CHRONIC IDIOPATHIC CONSTIPATION |

**Review of Systems**
Constitutional: Denies fevers, chills, night sweats, changes in weight.
HEENT: Denies headache
Respiratory: Denies shortness of breath, wheezing, cough.
Cardiovascular: Denies chest pain, palpitations, dyspnea on exertion, edema.
Gastrointestinal: Constipation as in HPI. Denies nausea, vomiting, diarrhea, abdominal pain, melena, hematochezia.
Skin: Denies rash.
Neurological: Denies any weakness, numbness, dizziness.
Psychiatric/Behavioral: Denies depressed mood, anxiety.

**Objective:**
BP 136/82 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Large adult) | Pulse 72 | Temp 97.9 °F (36.6 °C) (Tympanic) | Resp 16 | Ht 5' 9" (1.753 m) | Wt (!) 277 lb (125.6 kg) | SpO2 96% | BMI 40.91 kg/m²

**Physical Exam**
**Constitutional**: Patient is well developed and well nourished. No distress.
**HEENT**: Head normocephalic and atraumatic. No scleral icterus.
**Cardiovascular**: Heart is regular rate and rhythm without extra sounds. No murmur.
**Pulmonary/Chest**: No increased work of breathing. Lungs clear to auscultation bilaterally without wheezes, rales, or rhonchi.
**Abdominal**: Abdomen is soft, non-tender, non-distended. Normoactive bowel sounds.
**Musculoskeletal**: No edema.
**Neurological**: Patient is alert and oriented. No focal neurologic deficits.
**Skin**: Skin is warm and dry.
**Psychiatric**: Patient has a normal mood and affect.
Nursing note and vitals reviewed.

**Assessment & Plan**

**1. LUQ pain**
-Now resolved for past week with avoiding gluten. Ok to continue dietary changes to see if this is persistent.

**2. Chronic idiopathic constipation**
-Counseled patient on increasing physical activity, water intake, fiber intake. Given instructions for trying Miralax 17gm daily if above therapies not successful.
-Discussed symptoms that would warrant return to clinic and/or ER.

**3. Prediabetes**
-Recheck labs prior to next visit.
- Hemoglobin A1c; Future

**4. Mild intermittent asthma without complication**
-Stable. Continue Singulair.

**5. Renal cyst, right**
-Obtaining most recent office note with Dr. Kaplan for review.

Return in about 2 months (around 2/28/2018) for Recheck symptoms, Labs prior to next visit.

## Instructions

Return in about 2 months (around 2/28/2018) for Recheck symptoms, Labs prior to next visit.

### Patient Instructions

After Visit Summary (Printed 12/28/2017)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 136/82 (BP Location: Left arm, Patient Position: Sitting, BP Cuff Size: Large adult) Pulse 72 Temp 97.9 °F (36.6 °C) (Tympanic) Resp 16 Ht 5' 9" (1.753 m) Wt 277 lb (125. kg) (Abnormal) SpO2 96 BMI 40.91 kg/m² BSA 2.47 m² |
| Flowsheets: | Travel Screening, Patient Health Questionnaire, Custom Formula Data, Vitals Reassessment, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

Hemoglobin A1c

## Medication Changes

As of 12/28/2017 8:47 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Discontinued: naproxen (NAPRO YN) 500 mg tablet** (Patient Discontinued) | | | |

## Visit Diagnoses

LUQ pain R10.12
Chronic idiopathic constipation K59.04
Prediabetes R73.03
Mild intermittent asthma without complication J45.20
Renal cyst, right N28.1

# Finley, Ronald D

MRN: 2554822
Description: 53 year old male

**Office Visit** 1/24/2018
HonorHealth Medical Group - Gavilan Peak

Provider: Jerry M Fioramonti, MD (Family Medicine)
Primary diagnosis: Bronchitis with bronchospasm
Reason for Visit: Cough, Sinus Problem

## Progress Notes

Jerry M Fioramonti, MD (Physician) • Family Medicine

Expand All Collapse All

swRonald D Finley is a 53 y.o. male

**Chief Complaint**

Patient presents with
- Cough
  *4 days*
- Sinus Problem

SUBJECTIVE:
Body aches, fever, chills, coughing green and brown sputum
Ribs ache from coughing. Some gurgling last night. NO SOB but using Singulair and MDI.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | PREDIABETES |
| • Pure hypercholesterolemia | PURE HYPERCHOLESTEROLEMIA |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Tinnitus of both ears | BILATERAL TINNITUS |
| • Renal cyst, right | SIMPLE RENAL CYST |
| • Mild intermittent asthma without complication | MILD INTERMITTENT ASTHMA |
| • LUQ pain | LEFT UPPER QUADRANT PAIN |
| • Chronic idiopathic constipation | CHRONIC IDIOPATHIC CONSTIPATION |

**Current Outpatient Prescriptions on File Prior to Visit**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • albuterol (VENTOLIN HFA) 108 (90 Base) MCG/ACT inhaler | Inhale 2 puffs into the lungs every 6 (six) hours as needed for Wheezing. | 1 Inhaler | 0 |
| • Cholecalciferol (VITAMIN D3) 2000 units capsule | Take 2,500 Units by mouth daily. | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth at bedtime. | 90 tablet | 3 |

No current facility-administered medications on file prior to visit.

**Allergies**

| Allergen | Reactions |
|---|---|
| • Codeine | Nausea And Vomiting |
| • Latex | Rash |
| • Penicillins | Anaphylaxis |

| | |
|---|---|
| • Amoxicillin | Rash |

**Past Surgical History:**

| Procedure | Laterality | Date |
|---|---|---|
| • APPENDECTOMY | | |
| • BICEPS TENDON REPAIR | | |
| • HERNIA REPAIR | | |
| • TONSILLECTOMY | | |

**Family History**

| Problem | Relation | Age of Onset |
|---|---|---|
| • Cancer<br>*prostate* | Father | |
| • Hypertension | Father | |
| • Hypertension | Mother | |
| • Thyroid disease | Mother | |

**Social History**

| Social History | |
|---|---|
| • Marital status: | Married |
| Spouse name: | N/A |
| • Number of children: | N/A |
| • Years of education: | N/A |

| Occupational History |
|---|
| • Not on file. |

| Social History Main Topics | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | Yes<br>*Comment: occas* |
| • Drug use: | No |
| • Sexual activity: | Yes |

| Other Topics | Concern |
|---|---|
| • Not on file | |

| Social History Narrative |
|---|
| • No narrative on file |

ROS:

**GEN**: Negative
**ENT:** Negative
**RESP:** Negative
**CV:** Negative

**GI:** Negative
**GU:** Negative
**NEURO:** Negative
**SKIN:** Negative
**MS:** Negative
**ENDOCRINE:** Negative
**PSYCH:** Negative

Above 11 point ROS performed and negative as relates to current visit except as noted in the HPI.

WN, WD, NAD. A&O x 3. VSS.
Normocephalic. Atraumatic. Conj pink, sclera white, PEARLA, EOMI, fundi benign. Canals clear, TM's normal. TMJ's not ttp. Nasal membranes inflamed, no discharge. Sinuses are ttp. Throat clear.
NECK: Supple. Good ROM. No thyromegaly, adenopathy, bruits, masses.
LUNGS: BS coarse with exp rhochi
HEART: RSR. No murmur, gallops, rubs.

Ronald was seen today for cough and sinus problem.

Diagnoses and all orders for this visit:

**Bronchitis with bronchospasm**

**Other orders**

- clarithromycin (BIAXIN) 500 mg tablet; Take 1 tablet (500 mg total) by mouth 2 (two) times daily for 10 days.
- Discontinue: HYDROcodone-chlorpheniramine (TUSSIONEX ER) 10-8 MG/5ML oral suspension; Take 5 mLs by mouth every 12 (twelve) hours as needed for up to 10 days for Cough or Congestion.
- HYDROcodone-chlorpheniramine (TUSSIONEX ER) 10-8 MG/5ML oral suspension; Take 5 mLs by mouth every 12 (twelve) hours as needed for up to 10 days for Cough or Congestion.

**Patient Instructions**

For respiratory congestion, may use humidifier at night. You may also use afrin nasal spray every 12 hours for nasal congestion and drainage but must stop using after 3 days. Take prescribed/sample meds as directed to completion. Rest and push fluids. Use tylenol or ibuprofen as needed fever or pain. Follow up with PCP if not improving within 5-7 days, sooner if getting worse.
Gylcerine, honey and lemon cough medicine OTC - for children < 6 yrs old.

## Instructions

**Patient Instructions**

After Visit Summary (Printed 1/24/2018)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 15 / 0 (Abnormal) Pulse 86 Temp 100.3 °F (37.9 °C) (Oral) Resp 16 Ht 5' 9" (1.753 m) Wt 27 lb (125.2 kg) (Abnormal) SpO2 95% BMI 40.76 kg/m² BSA 2.47 m² More Vitals |
| Flowsheets: | Custom Formula Data, Anthropometrics, Vitals Reassessment, Travel Screening, Patient Health Questionnaire |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes

As of 1/24/2018 6:01 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: clarithromycin ( IAXIN) 500 mg tablet**<br>Take 1 tablet (500 mg total) by mouth 2 (two) times daily for 10 days. - Oral | 0 | 1/24/2018 | 2/3/2018 |
| **Added: HYDROcodone-chlorpheniramine (TU IONEX ER) 10- MG/5ML oral suspension**<br>Take 5 mLs by mouth every 12 (twelve) hours as needed for up to 10 days for Cough or Congestion. - Oral | 0 | 1/24/2018 | 2/3/2018 |

## Visit Diagnoses

Bronchitis with bronchospasm J20.9

Finley,Ronald D [2554822] - DOB: - Review Flowsheets

| Component | Latest Ref Rng & Units | 3/18/2015 | 5/30/2015 | 9/29/2015 | 3/24/2016 |
|---|---|---|---|---|---|
| WBC | 3.4 - 10.8 x10E3/uL | 4.5 | | | |
| RBC | 4.14 - 5.80 x10E6/uL | 4.97 | | | |
| Hemoglobin | 12.6 - 17.7 g/dL | 14.7 | | | |
| Hematocrit | 37.5 - 51.0 % | 43.8 | | | |
| MCV | 79 - 97 fL | 88 | | | |
| MCH | 26.6 - 33.0 pg | 29.6 | | | |
| MCHC | 31.5 - 35.7 g/dL | 33.6 | | | |
| RDW | 12.3 - 15.4 % | 13.8 | | | |
| Platelets | 150 - 379 x10E3/uL | 210 | | | |
| Neutrophils | % | 51 | | | |
| Lymphs | % | 35 | | | |
| Monocytes | % | 9 | | | |
| Eosinophils | % | 5 | | | |
| Basophils | % | 0 | | | |
| Neutrophils Absolute | 1.4 - 7.0 x10E3/uL | 2.3 | | | |
| Lymphocytes Absolute | 0.7 - 3.1 x10E3/uL | 1.6 | | | |
| Monocytes Absolute | 0.1 - 0.9 x10E3/uL | 0.4 | | | |
| Eosinophils Absolute | 0.0 - 0.4 x10E3/uL | 0.2 | | | |
| Basophils Absolute | 0.0 - 0.2 x10E3/uL | 0.0 | | | |
| Immature Grans | % | 0 | | | |
| Immature Granulocytes Absolute | 0.0 - 0.1 x10E3/uL | 0.0 | | | |
| Glucose | 65 - 99 mg/dL | | 96 | | |
| BUN | 8 - 20 mg/dL | | 8 | | |
| Sodium | 136 - 144 mmol/L | | 141 | | |
| Corrected Sodium | 136 - 144 mmol/L | | Test not performed | | |
| Potassium | 3.6 - 5.0 mmol/L | | 3.8 | | |
| Chloride | 101 - 111 mmol/L | | 107 | | |
| CO2 | 22 - 32 mmol/L | | 29 | | |
| Anion Gap | 7 - 16 | | 9 | | |
| Creatinine | 0.7 - 1.2 mg/dL | | 1.0 | | |
| eGFR MDRD Non Af Amer | >60 ML/MIN | | >60 | | |
| eGFR MDRD Af Amer | >60 ML/MIN | | >60 | | |
| AST | 0 - 41 IU/L | | 24 | | |
| ALT | 0 - 63 IU/L | | 43 | | |
| Alkaline Phosphatase | 38 - 126 IU/L | | 76 | | |
| Total Protein | 6.1 - 7.9 g/dL | | 6.9 | | |
| Albumin | 3.5 - 5.0 g/dL | | 3.5 | | |
| Globulin, Total | 2.0 - 3.9 g/dL | | 3.4 | | |

02/22/2018 1:18 PM 1480583739 → 1603334708 42

Finley,Ronald D [2554822] - DOB: - Review Flowsheets

| Component | Latest Ref Rng & Units | 3/18/2015 | 5/30/2015 | 9/29/2015 | 3/24/2016 |
|---|---|---|---|---|---|
| A/G Ratio | 1.1 - 2.5 | | 1.0 | | |
| Bilirubin, Total | 0.2 - 2.0 mg/dL | | 0.40 | | |
| Calcium | 8.5 - 10.3 mg/dL | | 8.8 | | |
| Corrected Calcium | 8.9 - 10.3 mg/dL | | 9.2 | | |
| WBC | 4.0 - 10.4 K/UL | | 7.1 | | |
| RBC | 3.90 - 5.70 M/UL | | 4.86 | | |
| Hemoglobin | 10.4 - 17.4 G/DL | | 14.7 | | |
| Hematocrit | 31.5 - 46.5 % | | 44.4 | | |
| MCV | 81.0 - 97.3 FL | | 91.4 | | |
| MCH | 27.0 - 34.0 PG | | 30.2 | | |
| MCHC | 31.0 - 37.0 G/DL | | 33.1 | | |
| RDW-SD | 35.1 - 43.9 FL | | 42.7 | | |
| RDW-CV | 11.6 - 14.4 % | | 13.0 | | |
| Platelets | 120 - 339 K/UL | | 230 | | |
| MPV | 9.4 - 12.4 FL | | 9.8 | | |
| Lymphs | 10 - 50 % | | 34.3 | | |
| Lymphocytes Absolute | 1.0 - 4.8 K/UL | | 2.4 | | |
| Monocytes | 0 - 12 % | | 7.6 | | |
| Monocytes Absolute | 0.1 - 1.6 K/UL | | 0.5 | | |
| Neutrophils | 37 - 80 % | | 54.2 | | |
| Neutrophils Absolute | 1.8 - 7.0 K/UL | | 3.8 | | |
| Eosinophils | 0 - 5 % | | 3.5 | | |
| Eosinophils Absolute | 0.0 - 0.5 K/UL | | 0.3 | | |
| Basophils | 0 - 1.0 % | | 0.4 | | |
| Basophils Absolute | 0.0 - 0.2 K/UL | | 0.0 | | |
| eGFR (Non-African American) | >60 mL/min/1.73m2 | | | | |
| eGFR (African American) | >60 mL/min/1.73m2 | | | | |
| Glucose | 65 - 99 mg/dL | | | 93 | 112 (H) |
| BUN | 8 - 25 mg/dL | | | 14 | 10 |
| Creatinine | 0.60 - 1.50 mg/dL | | | 1.07 | 1.09 |
| eGFR | >=61 mL/min/1.73m2 | | | 80 | 78 |
| eGFR African Americans | >=61 mL/min/1.73m2 | | | 93 | 90 |
| BUN/Creatinine Ratio | 10.0 - 28.0 | | | 13.1 | 9.2 (L) |
| Sodium | 135 - 145 mmol/L | | | 140 | 143 |
| Potassium | 3.5 - 5.2 mmol/L | | | 4.7 | 4.5 |
| Chloride | 96 - 110 mmol/L | | | 102 | 104 |
| CO2 | 19 - 31 mmol/L | | | 27 | 24 |
| Anion Gap | 4 - 18 | | | 11 | 15 |

Printed on 2/22/2018 7:46:20 AM



02/22/2018 1:18 PM 14805883739 → 16033345708 43

Finley,Ronald D [2554822] - DOB: - Review Flowsheets

| Component | Latest Ref Rng & Units | 3/18/2015 | 5/30/2015 | 9/29/2015 | 3/24/2016 |
|---|---|---|---|---|---|
| Total Protein | 6.0 - 8.0 g/dL | | | 6.6 | |
| Albumin | 3.3 - 4.9 g/dL | | | 4.1 | |
| Globulin, Total | 2.0 - 3.7 g/dL | | | 2.5 | |
| A/G Ratio | 1.0 - 2.4 | | | 1.6 | |
| Calcium | 8.3 - 10.4 mg/dL | | | 9.3 | 9.6 |
| Alkaline Phosphatase | 40 - 129 IU/L | | | 75 | |
| ALT | 5 - 60 IU/L | | | 27 | |
| AST | 10 - 50 IU/L | | | 18 | |
| Bilirubin, Total | 0.2 - 1.3 mg/dL | | | 0.5 | |
| Diagnosis | | | | | |
| Diagnostic Comment | | | | | |
| Comments | | | | | |
| Immunofluorescent Microscopic Description | | | | | |
| Electron Microscopy | | | | | |
| SQ Summary of Findings | | | | | |
| Clinical Information | | | | | |
| Specimen Site | | | | | |
| Procedure | | | | | |
| Gross Description | | | | | |
| SQ Microscropic Description | | | | | |
| SQ Intraoperative Consult | | | | | |
| Additional Procedure | | | | | |
| Cholesterol, Total | <=199 mg/dL | | | 174 | |
| Triglycerides | <=149 mg/dL | | | 113 | |
| Cholesterol/HDL Ratio | <=4.9 | | | 3.2 | |
| HDL Cholesterol | >=40 mg/dL | | | 55 | |
| Non-HDL | <=159 mg/dL | | | 119 | |
| LDL Cholesterol, Calc | <=129 mg/dL | | | 96 | |
| VLDL Cholsterol | <=29 mg/dL | | | 23 | |
| Cholesterol, Total | <=199 mg/dL | | | | |
| HDL Cholesterol | Desirable >40 mg/dL | | | | |
| Triglycerides | <150 mg/dl | | | | |
| LDL Cholesterol (Calculated) | 0.0 - 129.0 mg/dL | | | | |
| LDL/HDL Ratio | 0.0 - 3.0 | | | | |
| Risk Factor | | | | | |
| VLDL Cholesterol | mg/dL | | | | |
| . | | | | | |
| . | | | | | |

Printed on 2/22/2018 7:46:20 AM



02/22/2018 1:18 PM 1480583739 → 16033345708 44

Finley,Ronald D [2554822] - DOB: - Review Flowsheets

| Component | Latest Ref Rng & Units | 3/18/2015 | 5/30/2015 | 9/29/2015 | 3/24/2016 |
|---|---|---|---|---|---|
| . | | | | | |
| . | | | | | |
| . | | | | | |
| **Diagnosis ICD10** | | | | | |
| . | | | | | |
| **Total CK** | **39 - 308 IU/L** | | 152 | | |
| **CK-MB** | **0.0 - 3.6 NG/ML** | | 0.9 | | |
| **CK-MB Relative %** | **%** | | 1 | | |
| **Hemoglobin A1C** | **<=5.6 %** | | | **6.2 (H)** | **6.0 (H)** |
| **EAG** | **Not Established** | | | 131 | 125 |
| **TESTOSTERONE, FREE** | **35.0 - 155.0 pg/mL** | | | | |
| **Testosterone, Total, LC/MS** | **250 - 1,100 ng/dL** | | | | |
| **EAG** | **mg/dL** | | | | |
| **Hemoglobin A1C** | **%** | | | | |
| **TSH** | **0.450 - 4.500 uIU/mL** | 0.925 | | | |
| **PSA** | **0.0 - 4.0 ng/mL** | 1.2 | | | |
| **BNP** | **0.0 - 100.0 PG/ML** | | <20.0 | | |
| **Magnesium** | **1.8 - 2.4 MG/DL** | | **1.7 (L)** | | |
| **Troponin I** | **0.00 - 0.04 NG/ML** | | <0.02 | | |
| **Testosterone** | **280 - 800 ng/dL** | | | 338 | |
| **Vit D, 25-Hydroxy** | **30.1 - 100.0 ng/mL** | | | **18.3 (L)** | **13.2 (L)** |
| **Vit D, 25-Hydroxy** | **>= 30 ng/mL considered optimum ng/mL** | | | | |

02/22/2018 1:18 PM 1480583739 → 1603345708 45

02/22/2018 1:18 PM 14805883739 → 16033345708 46

Finley,Ronald D [2554822] - DOB: - Review Flowsheets

| Component | Latest Ref Rng & Units | 9/13/2016 | 1/12/2017 | 8/21/2017 | 9/19/2017 |
|---|---|---|---|---|---|
| WBC | 3.4 - 10.8 x10E3/uL | | | | |
| RBC | 4.14 - 5.80 x10E6/uL | | | | |
| Hemoglobin | 12.6 - 17.7 g/dL | | | | |
| Hematocrit | 37.5 - 51.0 % | | | | |
| MCV | 79 - 97 fL | | | | |
| MCH | 26.6 - 33.0 pg | | | | |
| MCHC | 31.5 - 35.7 g/dL | | | | |
| RDW | 12.3 - 15.4 % | | | | |
| Platelets | 150 - 379 x10E3/uL | | | | |
| Neutrophils | % | | | | |
| Lymphs | % | | | | |
| Monocytes | % | | | | |
| Eosinophils | % | | | | |
| Basophils | % | | | | |
| Neutrophils Absolute | 1.4 - 7.0 x10E3/uL | | | | |
| Lymphocytes Absolute | 0.7 - 3.1 x10E3/uL | | | | |
| Monocytes Absolute | 0.1 - 0.9 x10E3/uL | | | | |
| Eosinophils Absolute | 0.0 - 0.4 x10E3/uL | | | | |
| Basophils Absolute | 0.0 - 0.2 x10E3/uL | | | | |
| Immature Grans | % | | | | |
| Immature Granulocytes Absolute | 0.0 - 0.1 x10E3/uL | | | | |
| Glucose | 65 - 99 mg/dL | | | 103 (H) | |
| BUN | 8 - 20 mg/dL | | | 12 | |
| Sodium | 136 - 144 mmol/L | | | 141 | |
| Corrected Sodium | 136 - 144 mmol/L | | | | |
| Potassium | 3.6 - 5.0 mmol/L | | | 4.8 | |
| Chloride | 101 - 111 mmol/L | | | 107 | |
| CO2 | 22 - 32 mmol/L | | | 28 | |
| Anion Gap | 7 - 16 | | | 6 (L) | |
| Creatinine | 0.7 - 1.2 mg/dL | | | 1.1 | |
| eGFR MDRD Non Af Amer | >60 ML/MIN | | | | |
| eGFR MDRD Af Amer | >60 ML/MIN | | | | |
| AST | 0 - 41 IU/L | | | 20 | |
| ALT | 0 - 63 IU/L | | | 30 | |
| Alkaline Phosphatase | 38 - 126 IU/L | | | 66 | |
| Total Protein | 6.1 - 7.9 g/dL | | | 6.8 | |
| Albumin | 3.5 - 5.0 g/dL | | | 4.1 | |
| Globulin, Total | 2.0 - 3.9 g/dL | | | 2.7 | |

02/22/2018 1:18 PM 14805883739 → 16033345708 47

Finley,Ronald D [2554822] - DOB: - Review Flowsheets

| Component | Latest Ref Rng & Units | 9/13/2016 | 1/12/2017 | 8/21/2017 | 9/19/2017 |
|---|---|---|---|---|---|
| A/G Ratio | 1.1 - 2.5 | | | 1.5 | |
| Bilirubin, Total | 0.2 - 2.0 mg/dL | | | 0.7 | |
| Calcium | 8.5 - 10.3 mg/dL | | | 9.4 | |
| Corrected Calcium | 8.9 - 10.3 mg/dL | | | 9.3 | |
| WBC | 4.0 - 10.4 K/UL | | | | |
| RBC | 3.90 - 5.70 M/UL | | | | |
| Hemoglobin | 10.4 - 17.4 G/DL | | | | |
| Hematocrit | 31.5 - 46.5 % | | | | |
| MCV | 81.0 - 97.3 FL | | | | |
| MCH | 27.0 - 34.0 PG | | | | |
| MCHC | 31.0 - 37.0 G/DL | | | | |
| RDW-SD | 35.1 - 43.9 FL | | | | |
| RDW-CV | 11.6 - 14.4 % | | | | |
| Platelets | 120 - 339 K/UL | | | | |
| MPV | 9.4 - 12.4 FL | | | | |
| Lymphs | 10 - 50 % | | | | |
| Lymphocytes Absolute | 1.0 - 4.8 K/UL | | | | |
| Monocytes | 0 - 12 % | | | | |
| Monocytes Absolute | 0.1 - 1.6 K/UL | | | | |
| Neutrophils | 37 - 80 % | | | | |
| Neutrophils Absolute | 1.8 - 7.0 K/UL | | | | |
| Eosinophils | 0 - 5 % | | | | |
| Eosinophils Absolute | 0.0 - 0.5 K/UL | | | | |
| Basophils | 0 - 1.0 % | | | | |
| Basophils Absolute | 0.0 - 0.2 K/UL | | | | |
| eGFR (Non-African American) | >60 mL/min/1.73m2 | | | >60 | |
| eGFR (African American) | >60 mL/min/1.73m2 | | | >60 | |
| Glucose | 65 - 99 mg/dL | 106 (H) | 96 | | |
| BUN | 8 - 25 mg/dL | 11 | 15 | | |
| Creatinine | 0.60 - 1.50 mg/dL | 1.07 | 0.95 | | |
| eGFR | >=61 mL/min/1.73m2 | 79 | 91 | | |
| eGFR African Americans | >=61 mL/min/1.73m2 | 92 | 106 | | |
| BUN/Creatinine Ratio | 10.0 - 28.0 | 10.3 | 15.8 | | |
| Sodium | 135 - 145 mmol/L | 145 | 144 | | |
| Potassium | 3.5 - 5.2 mmol/L | 4.5 | 4.6 | | |
| Chloride | 96 - 110 mmol/L | 105 | 106 | | |
| CO2 | 19 - 31 mmol/L | 27 | 25 | | |
| Anion Gap | 4 - 18 | 13 | 13 | | |

Finley,Ronald D [2554822] - DOB: - Review Flowsheets

| Component | Latest Ref Rng & Units | 9/13/2016 | 1/12/2017 | 8/21/2017 | 9/19/2017 |
|---|---|---|---|---|---|
| Total Protein | 6.0 - 8.0 g/dL | 6.9 | | | |
| Albumin | 3.3 - 4.9 g/dL | 4.1 | | | |
| Globulin, Total | 2.0 - 3.7 g/dL | 2.8 | | | |
| A/G Ratio | 1.0 - 2.4 | 1.5 | | | |
| Calcium | 8.3 - 10.4 mg/dL | 9.5 | 9.6 | | |
| Alkaline Phosphatase | 40 - 129 IU/L | 71 | | | |
| ALT | 5 - 60 IU/L | 22 | | | |
| AST | 10 - 50 IU/L | 19 | | | |
| Bilirubin, Total | 0.2 - 1.3 mg/dL | 0.4 | | | |
| Diagnosis | | | | | Cancelled |
| Diagnostic Comment | | | | | Cancelled |
| Comments | | | | | Cancelled |
| Immunofluorescent Microscopic Description | | | | | Cancelled |
| Electron Microscopy | | | | | Cancelled |
| SQ Summary of Findings | | | | | Cancelled |
| Clinical Information | | | | | Cancelled |
| Specimen Site | | | | | Cancelled |
| Procedure | | | | | Cancelled |
| Gross Description | | | | | Cancelled |
| SQ Microscropic Description | | | | | Cancelled |
| SQ Intraoperative Consult | | | | | Cancelled |
| Additional Procedure | | | | | Cancelled |
| Cholesterol, Total | <=199 mg/dL | 170 | | | |
| Triglycerides | <=149 mg/dL | 87 | | | |
| Cholesterol/HDL Ratio | <=4.9 | 3.1 | | | |
| HDL Cholesterol | >=40 mg/dL | 54 | | | |
| Non-HDL | <=159 mg/dL | 116 | | | |
| LDL Cholesterol, Calc | <=129 mg/dL | 99 | | | |
| VLDL Cholsterol | <=29 mg/dL | 17 | | | |
| Cholesterol, Total | <=199 mg/dL | | | 180 | |
| HDL Cholesterol | Desirable >40 mg/dL | | | 43 | |
| Triglycerides | <150 mg/dl | | | 112 | |
| LDL Cholesterol (Calculated) | 0.0 - 129.0 mg/dL | | | 114.6 | |
| LDL/HDL Ratio | 0.0 - 3.0 | | | 2.7 | |
| Risk Factor | | | | 4.2 | |
| VLDL Cholesterol | mg/dL | | | 22 | |
| . | | | | | Comment |
| . | | | | | Comment |

Printed on 2/22/2018 7:46:20 AM



02/22/2018 1:18 PM 1480583739 → 16033345708 48

Finley,Ronald D [2554822] - DOB: - Review Flowsheets

| Component | Latest Ref Rng & Units | 9/13/2016 | 1/12/2017 | 8/21/2017 | 9/19/2017 |
|---|---|---|---|---|---|
| . | | | | | Comment |
| . | | | | | Comment |
| . | | | | | Comment |
| Diagnosis ICD10 | | | | | Comment |
| . | | | | | Comment |
| Total CK | 39 - 308 IU/L | | | | |
| CK-MB | 0.0 - 3.6 NG/ML | | | | |
| CK-MB Relative % | % | | | | |
| Hemoglobin A1C | <=5.6 % | | 6.0 (H) | | |
| EAG | Not Established | | 125 | | |
| TESTOSTERONE, FREE | 35.0 - 155.0 pg/mL | | 57.9 | | |
| Testosterone, Total, LC/MS | 250 - 1,100 ng/dL | | 368 | | |
| EAG | mg/dL | | | 116.9 | |
| Hemoglobin A1C | % | | | 5.7 (H) | |
| TSH | 0.450 - 4.500 uIU/mL | | | | |
| PSA | 0.0 - 4.0 ng/mL | | | | |
| BNP | 0.0 - 100.0 PG/ML | | | | |
| Magnesium | 1.8 - 2.4 MG/DL | | | | |
| Troponin I | 0.00 - 0.04 NG/ML | | | | |
| Testosterone | 280 - 800 ng/dL | | | | |
| Vit D, 25-Hydroxy | 30.1 - 100.0 ng/mL | 42.3 | 39.6 | | |
| Vit D, 25-Hydroxy | >= 30 ng/mL considered optimum ng/mL | | | 30.5 | |

02/22/2018 1:18 PM 14805883739 → 16033345708 49

# US Abdomen Complete

Status: Final result

## Study Result

ULTRASOUND ABDOMEN COMPLETE

History: Left upper quadrant pain
Comparison: None.

Findings:

Abdominal ultrasound was performed.

Liver: Normal in size, configuration and echotexture. There is no measurable lesion. There is flow in the main portal vein.
Spleen: Normal is size, configuration and echotexture.
Gallbladder: There is no shadowing gallstone or abnormal wall thickening.
Common Bile Duct: 4.1mm.
Pancreas: Obscured by overlying bowel gas precluding assessment.
Abdominal Aorta: Appears normal caliber as visualized.
Inferior Vena Cava: Appears patent as visualized.
Right Kidney: 11.6 cm in length. There is no hydronephrosis. There is 6.9 x 6.0 x 6.7 cm upper pole sonolucency.
Left Kidney: 12.5 cm in length. There is mild hydronephrosis.
Ascites: None detected.

IMPRESSION:

1. Mild left hydronephrosis. Follow-up CT abdomen pelvis stone study is suggested.
2. 7 cm right renal cyst.
3. No cholelithiasis or biliary ductal dilatation.

Dictated on: 10/17/2017 11:22 AM
Interpreted by: Veronica Ruvo, DO
Signed by: Veronica Ruvo, DO
Signed Date/Time: 10/17/2017 11:25 AM

## Imaging

US Abdomen Complete (Order #121802878) on 10/17/2017 - Imaging Information

## Reviewed By

Lisa M Lukes, MA on 10/17/2017 12:48
John P Deuel, DO on 10/17/2017 11:33

## Signed by

| Signed | Date/Time | Phone | Pager |
|---|---|---|---|
| **RUVO, VERONICA** | 10/17/2017 11:25 | 602-246-2584 | |

## Result Notes

**Notes Recorded by Lisa M Lukes, MA on 10/17/2017 at 12:47 PM MST**
Called and informed patient of ultrasound results. Lisa Lukes

Finley, Ronald D (MR # 2554822)

------

**Notes Recorded by John P Deuel, DO on 10/17/2017 at 11:33 AM MST**
The findings in the left kidney would support kidney stone. Will order a CT scan to confirm

## Reviewed by

| | |
|---|---|
| Lisa M Lukes, MA | 10/17/2017 12:48 |
| John P Deuel, DO | 10/17/2017 11:33 |

## External Result Report

External Result Report

## Encounter

View Encounter

## Narrator Report

View Report

## Default Flowsheet Data (last 72 hours)

### Site ID/Time Out

No documentation.

## Order Report

Order Details

# CT Abdomen Pelvis WO Contrast

Status: Edited Result - FINAL

## Addendum

Addendum:

The findings were discussed with the patient's nurse, Aaron Shelton at approximately 9:15 AM as Dr. Deuel was not available. Also note clarification in the impression section #2 of which the last impression should state correlation with symptoms of diverticulitis/left lower quadrant pain.

Dictated on: 10/18/2017 9:35 AM
Interpreted by: David Weitz, MD
Signed by: David Weitz, MD
Signed Date/Time: 10/18/2017 9:36 AM

Addended by David J Weitz, MD on 10/18/2017 9:36 AM

## Study Result

EXAM: CT ABDOMEN AND PELVIS WITHOUT CONTRAST
CT RECONSTRUCTIONS:

HISTORY: Abdominal pain

COMPARISON: 6/26/2008

TECHNIQUE: Multiple contiguous axial images of the abdomen and pelvis were obtained without IV contrast. Oral contrast was not administered. Coronal and sagittal reformations were additionally acquired on an independent workstation. Dose reduction techniques were applied.

FINDINGS:
ABDOMEN:
The lung bases are normal.

There is left-sided perinephric stranding. Bilateral renal cysts are present including a dominant 6.6 cm cyst in the right interpolar kidney. There are left renal sinus cysts versus mild pelviectasis.

Informed liver parenchyma. No suspicious mass.

Normal gallbladder. No gallbladder calculi. No intra- or extrahepatic biliary dilatation.

Normal spleen without enlargement or mass.

Normal pancreas. No mass or ductal dilatation. No peripancreatic fluid or stranding.

No adrenal nodules.

Decompressed otherwise normal stomach.

No mesenteric or retroperitoneal lymphadenopathy.

The course and caliber of the small bowel is normal.

Colon diverticula are present. No findings to suggest diverticulitis. Moderate formed content present in the colon.

The appendix is surgically absent.

No significant plaque along a nonaneurysmal aorta.

PELVIS:
There is no pelvic sidewall or inguinal lymphadenopathy. There is no free fluid in the pelvis. The prostate gland and seminal vesicles are normal. The bladder is normal without wall thickening or intraluminal calculus. The distal ureters are normal.

There are no blastic or lytic lesions or fractures.

IMPRESSION:

1. Suspect left renal sinus cysts rather than hydronephrosis. Correlation with left flank pain is recommended however. A CT urogram may be of value if clinically indicated.

2. Colon diverticula. There is subtle increased density of the fat around the proximal sigmoid colon which is nonspecific. Symptoms of diverticulitis.

Consultation with Dr. Deuel is pending.

Dictated on: 10/18/2017 8:39 AM
Interpreted by: David Weitz, MD
Signed by: David Weitz, MD
Signed Date/Time: 10/18/2017 8:51 AM

## Imaging

CT Abdomen Pelvis WO Contrast (Order #128099035) on 10/18/2017 - Imaging Information

## Reviewed By

John P Deuel, DO on 10/19/2017 08:03

## Signed by

| Signed | Date/Time | Phone | Pager |
|---|---|---|---|
| **WEITZ, DAVID J** | 10/18/2017 08:51 | 602-246-2584 | |

## Reviewed by

John P Deuel, DO 10/19/2017 08:03

## External Result Report

External Result Report

## Encounter

View Encounter

## Narrator Report

View Report

## Default Flowsheet Data (last 72 hours)

### Site ID/Time Out

No documentation.

## Order Report

Order Details

# CT Urogram

Status: Final result

## Study Result

CT of the abdomen without and with contrast.
CT of the pelvis without and with contrast.
CT reconstructions.

CLINICAL INDICATION: Neoplasm of unspecified behavior of unspecified kidney

Technique: Pre and post contrast transaxial helical CT acquisition at 1 and 3 mm slice thickness reconstruction utilizing CT urogram protocol were obtained prior to and after the intravenous infusion of 100 cc of Isovue-370 without adverse effects.
Oral or rectal contrast was not administered. Coronal and sagittal reformatted and MIP images were also submitted for interpretation. Dose reduction technique was used per automated exposure control technique.

COMPARISON: CT abdomen pelvis without contrast 10/18/2017.

FINDINGS:

CT of the abdomen:

Visualized lung bases demonstrate right middle lobe, lingular, and left basilar linear subsegmental atelectasis is noted.

Stomach, liver, spleen, gallbladder, pancreas, and adrenal glands appear normal.

There are no renal or ureteral stones, hydronephrosis, or hydroureter detected. There are no solid enhancing renal mass is seen. Large 6.6 cm simple right superior pole renal cortical cyst is noted. Multiple nonenhancing left renal parapelvic cysts are
seen ranging in size up to 3.6 cm. Subcentimeter left superior pole renal cortical cyst is also seen. There are no intraluminal filling defect seen within the bilateral renal pelvises, renal collecting systems, ureters, and urinary bladder on delayed
phase imaging. There is no abnormal narrowing or stricture of the ureters.

There is no free fluid, free air, or pathologically enlarged lymph nodes.

CT of the pelvis:

Abdominal aorta and common iliac arteries appear grossly normal.

There is no bowel obstruction. Appendix is surgically absent per patient history. Multiple scattered diverticula are seen throughout the sigmoid colon without inflammatory change.

Small fat-containing umbilical hernia is noted.

Urinary bladder is unremarkable. Prostate gland is unremarkable. Posterior nuchal changes of prior right inguinal hernia repair are noted. There is no pelvic free fluid or pelvic lymphadenopathy.

Visualized osseous structures and soft tissues are unremarkable.

IMPRESSION:

Finley, Ronald D (MR # 2554822)

1. No CT evidence for renal or ureteral stones or obstructive uropathy.
2. No solid enhancing renal, renal collecting system, or urinary bladder masses detected.
3. Simple bilateral renal cortical cysts and left renal parapelvic cysts, as detailed above.
4. Status post appendectomy.
5. Colonic diverticulosis without CT evidence for diverticulitis.
6. Small fat-containing umbilical hernia.

Dictated on: 11/3/2017 8:58 AM
Interpreted by: Irene Lin, DO
Signed by: Irene Lin, DO
Signed Date/Time: 11/3/2017 9:13 AM

## Imaging

CT Urogram (Order #12 099043) on 11/3/2017 - Imaging Information

## Reviewed y

David Jarret Kaplan, MD on 11/4/2017 07:2

## Signed by

| Signed | Date/Time | Phone | Pager |
|---|---|---|---|
| **LIN, IRENE** | 11/03/2017 09:13 | 602-200-9339 | |

## Reviewed by

David Jarret Kaplan, MD 11/4/2017 07:2

## External Result Report

External Result Report

## Encounter

View Encounter

## Narrator Report

View Report

## Default Flowsheet Data (last 72 hours)

### Site ID/Time Out

No documentation.

## Order Report

Order Details

# ECG 12 lead

Results

Status: Final result (Resulted: 6/21/2016 12:36)

## ECG Results

None

## 6/21/2016 12:36 PM - Andrea W Patton, MD

### Narrative

```
Andrea W Patton, MD     6/21/2016 12:36 PM
My interpretation of the ECG on Ronald D Finley:
Rhythm and Rate:  Sinus Arrhythmia at 65 BPM
Axis:  Normal: (-30 to 90 degrees)
Intervals:  Normal PR, QRS, and QT Intervals
ST Segment Analysis:  No ST-Segment Abnormalities
```

### Scans on Order 77408821

Scan on 6/21/2016 2:31 PM by Heather Morales, MA : EKG 6/21/16

### Lab and Collection

ECG 12 lead on 6/21/2016

## Reviewed By List

Andrea W Patton, MD on 6/21/2016 14:06

## Order Report

Order Details

To view a High Resolution & Color copy of this fax:

1. Go to www.hellofax.com/HighRes

2. Enter Access Code: d2803fb169

# FAX

| | | | |
|---|---|---|---|
| TO: | Nancy - Appeals | FROM: | Ronald D. Finley |
| FAX: | 603-334-5708 | FAX: | |
| PHONE: | | PHONE: | |
| SUBJECT: | | DATE: | February 22, 2018 |

COMMENTS: Physician Notes Regarding Appeal -- Ronald D. Finley Claim #5616243

# Finley, Ronald D

MRN: 2554822
Description: 50 year old male

**Office Visit** 9/22/2015
HonorHealth Medical Group - Cave Creek

Provider: Andrea W Patton, MD (Family Medicine)
Primary diagnosis: Shingles
Reason for Visit: Follow-up

## Progress Notes

Andrea W Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 09/22/2015 - Review Complete 09/22/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 9/22/15 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • famciclovir (FAMVIR) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 3 (three) times daily for 7 days. | 21 tablet | 0 |
| • fluticasone (FLONASE) 50 MCG/ACT nasal | 1 spray by Nasal route daily. | 1 Bottle | 2 |
| • ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 1 tablet (800 mg total) by mouth every 6 (six) hours as needed for up to 10 days for Pain. | 30 tablet | 0 |
| • methylPREDNIsolone (MEDROL DOSPACK) 4 MG tablet | Dispense one DOSEPACK to be taken as directed by prescriber. | 1 kit | 0 |
| • montelukast (SINGULAIR) 10 MG tablet | Take 10 mg by mouth nightly. | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 50 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

HPI

Here to fu ED visit. Diagnosed with shingles. Initially started on famciclovir 500mg BID and last week back to ED started on percocet and steroid.
Today stopped percocet pain 7/10. On percocet pain 0/10. Unable to drive 2/2 narcotic use.

Pt reports has had significant increase in stress with new job (driving to Prescott daily.)
**Vitamin D deficiency**

2/2015 Vit D 15.7
Has been taking 2K. 3/17/15 Increase to 50K for 12 weeks, then recheck
9/15 recheck

**Prediabetes**
2/2015 Glucose 106 HgA1C: 6.1 (old records 7/2014 5.7, + microalbumin)
Discussed diet and weight loss
Referral to nutritionist
9/15 recheck labs

**Low testosterone**
3/2015 302, will recheck testosterone, refer to urology if > 300
9/15 recheck

**Elevated cholesterol**
2/2015 TC: 220 Trig:90 HDL:54 LDL:148
ASCVD Risk Calculator: 9.6%
Diet and exercise for 3 month trial
9/15 recheck

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |

Review of Systems
HENT: Positive for dental problem **(dental pain)** and ear pain.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Musculoskeletal: Negative.
Skin: Negative. Negative for rash **(resolved)**.
Neurological: Positive for numbness **(nerve pain at site of previous shingles rash)**.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 144/74 mmHg | Pulse 65 | Temp(Src) 98.2 °F (36.8 °C) (Tympanic) | Ht 5' 9" (1.753 m) | Wt 250 lb (113.399 kg) | BMI 36.90 kg/m2 | SpO2 97%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.

Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
He has no cervical adenopathy.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and associated orders for this visit:

**Shingles**
Refill narcotic . Will only provide 2 week course (and should last longer as pt should attempt wean ASAP) At fu consider topical

For below due for repeat labs for all chronic conditions. Pt reports stable
**Elevated cholesterol**
- Lipid Panel
- Comprehensive Metabolic Panel

**Low testosterone**
- Testosterone

**Prediabetes**
- Hemoglobin A1c

**Vitamin D deficiency**
- Vitamin D 25 Hydroxy

**Other Orders**
- oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet; Take 2 tablets by mouth every 8 (eight) hours as needed for up to 30 doses for Pain.

Return in about 3 weeks (around 10/13/2015) for physical.

## Other Notes

- Elevated cholesterol A&P from Andrea W Patton, MD (Family Medicine)
- Low testosterone A&P from Andrea W Patton, MD (Family Medicine)
- Prediabetes A&P from Andrea W Patton, MD (Family Medicine)
- Vitamin D deficiency (Resolved 10/19/2017) A&P from Andrea W Patton, MD (Family Medicine)

## Instructions

Return in about 3 weeks (around 10/13/2015) for physical.

### Patient Instructions

After Visit Summary (Printed 9/22/2015)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 144/74 Pulse 65 Temp 98.2 °F (36.8 °C) (Tympanic) Ht 5' 9" (1.753 m)<br>Wt 250 lb (113.4 kg) (Abnormal) SpO2 97% BMI 36.92 kg/m² BSA 2.35 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

**Hemoglobin A1c** (Resulted 9/29/2015, Abnormal)
**Vitamin D 25 Hydroxy** (Resulted 9/29/2015, Abnormal)
Comprehensive Metabolic Panel (Resulted 9/29/2015)
Lipid Panel (Resulted 9/29/2015)
Testosterone (Resulted 9/29/2015)

## Medication Changes

As of 9/22/2015 4:00 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Changed: oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet** | 0 | 9/22/2015 | 10/8/2015 |

Take 2 tablets by mouth every 8 (eight) hours as needed for up to 30 doses for Pain. - Oral
Previously: 2 tablets Oral Every 4 hours PRN

## Visit Diagnoses

Shingles 053.9
Elevated cholesterol 272.0
Low testosterone 257.2
Prediabetes 790.29
Vitamin D deficiency 268.9

# Finley, Ronald D

MRN: 2554822
Description: 50 year old male

**Office Visit** 10/8/2015
HonorHealth Medical Group - Cave Creek

Provider: Andrea W Patton, MD (Family Medicine)
Primary diagnosis: Post herpetic neuralgia
Reason for Visit: Follow-up

## Progress Notes

Andrea W Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 10/08/2015 - Review Complete 10/08/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 10/8/15 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • fluticasone (FLONASE) 50 MCG/ACT nasal | 1 spray by Nasal route daily. | 1 Bottle | 2 |
| • montelukast (SINGULAIR) 10 MG tablet | Take 10 mg by mouth nightly. | | |
| • oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet | Take 2 tablets by mouth At bedtime as needed for up to 30 doses for Pain. | 45 tablet | 0 |
| • [DISCONTINUED] oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet | Take 2 tablets by mouth every 8 (eight) hours as needed for up to 30 doses for Pain. | 45 tablet | 0 |

**Subjective:**

**Patient ID:** Ronald D Finley is a 50 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

HPI

Here to follow up shingles. First diagnosis 9/19/15. Reports pain 20% better, however still requiring percocet 2 tablets during the day, ibuprofen 800mg every 6 hours and tylenol PM at night. On percocet 3/10, off percocet 7/10.

Patient also has had dental complication. Abscess in tooth - thought 2/2 shingles. Now requiring antibiotics - extraction of tooth will be scheduled ASAP with bone graft.

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |

Review of Systems
HENT: Positive for dental problem **(dental pain)** and ear pain.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Musculoskeletal: Negative.
Skin: Negative. Negative for rash **(resolved)**.
Neurological: Positive for numbness **(nerve pain at site of previous shingles rash)**.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 132/79 mmHg | Pulse 68 | Temp(Src) 98.1 °F (36.7 °C) (Tympanic) | Resp 20 | Ht 5' 9" (1.753 m) | Wt 249 lb 8 oz (113.172 kg) | BMI 36.83 kg/m2 | SpO2 99%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
He has no cervical adenopathy.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and associated orders for this visit:

**Post herpetic neuralgia**

Continued nerve pain 1 month out from initial rash. No improvement with narcotics - unable to work on medication
Trial gabapentin
Percocet night only
FU 3 weeks
See FMLA paperwork (unable to work 2/2 pain and unable to drive on narcotics)

**Other Orders**

- oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet; Take 2 tablets by mouth At bedtime as needed for up to 30 doses for Pain.
- gabapentin (NEURONTIN) 300 MG capsule; Take 1 capsule (300 mg total) by mouth 3 (three) times daily.

Return in about 3 weeks (around 10/29/2015).

## Other Notes

Addendum Note from Catherine Hernandez, MA

## Instructions

Return in about 3 weeks (around 10/29/2015).

Start gabapentin Day 1: 300mg PO daily, Day 3: 300mg PO BID, Day 5: 300mg PO TID. We can increase further if needed - call.

Continue percocet for night use only.

After Visit Summary (Printed 10/8/2015)

## Additional Documentation

Vitals: BP 132/79 Pulse 68 Temp 98.1 °F (36.7 °C) (Tympanic) Resp 20 Ht 5' 9" (1.753 m)
Wt 24 lb oz (113.2 kg) (Abnormal) SpO2 99 BMI 36.84 kg/m² BSA 2.35 m²

Flowsheets: Custom Formula Data, Anthropometrics

Encounter Info: Billing Info, History, Allergies, Detailed Report

## Orders Placed

None

## Medication Changes

As of 10/8/2015 10:14 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: gabapentin (NEURONTIN) 300 MG capsule** | 0 | 10/8/2015 | 10/29/2015 |

| | Refills | Start Date | End Date |
|---|---|---|---|
| Take 1 capsule (300 mg total) by mouth 3 (three) times daily. - Oral | | | |
| **Changed: oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet** | 0 | 10/8/2015 | 10/29/2015 |
| Take 2 tablets by mouth At bedtime as needed for up to 30 doses for Pain. - Oral<br>Previously: 2 tablets Oral Every 8 hours PRN | | | |

## Visit Diagnoses

Post herpetic neuralgia B02.29
Need for influenza vaccination Z23

## Immunizations Given

Influenza vaccine injection

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 10/29/2015
HonorHealth Medical Group - Cave Creek

Provider: Andrea W Patton, MD (Family Medicine)
Primary diagnosis: Post herpetic neuralgia
Reason for Visit: Herpes Zoster

## Progress Notes

Andrea W Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 10/29/2015 - Review Complete 10/29/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 10/29/15 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • fluticasone (FLONASE) 50 MCG/ACT nasal | 1 spray by Nasal route daily. | 1 Bottle | 2 |
| • gabapentin (NEURONTIN) 300 mg capsule | Take 1 capsule (300 mg total) by mouth 3 (three) times daily. | 90 capsule | 2 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |
| • oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet | Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain. | 16 tablet | 0 |
| • PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler | INHALE 2 PUFFS BY MOUTH INTO LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZING | 6.7 g | 0 |
| • [DISCONTINUED] gabapentin (NEURONTIN) 300 MG capsule | Take 1 capsule (300 mg total) by mouth 3 (three) times daily. | 90 capsule | 0 |
| • [DISCONTINUED] montelukast (SINGULAIR) 10 MG tablet | Take 10 mg by mouth nightly. | | |
| • [DISCONTINUED] oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet | Take 2 tablets by mouth At bedtime as needed for up to 30 doses for Pain. | 45 tablet | 0 |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

Chief Complaint
Patient presents with
- Herpes Zoster

HPI

Here for follow up post herpetic neuralgia from herpes zoster of right. Currently on gabapentin 300mg TID. Some improvement in pain ~ 30%. Using roxicet at night - 4 times a week.

Symptoms today - persistent right ear pain, ringing in ears, fatigue, vertigo/dizziness, nausea, diarrhea, right sided headaches.

Tooth infection - unable to pull 2/2 infection.

Depression/anxiety - patient having anxiety about job.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |

Review of Systems
Constitutional: Positive for fatigue. Negative for fever.
HENT: Positive for dental problem **(dental pain)**, ear pain and tinnitus.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for nausea and diarrhea.
Musculoskeletal: Negative.
Skin: Negative. Negative for rash **(resolved)**.
Neurological: Positive for numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: The patient is nervous/anxious.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 138/84 mmHg | Pulse 67 | Temp(Src) 98.1 °F (36.7 °C) (Tympanic) | Ht 5' 9" (1.753 m) | Wt 249 lb (112.946 kg) | BMI 36.75 kg/m2 | SpO2 96%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
He has no cervical adenopathy.

Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for herpes zoster.

Diagnoses and associated orders for this visit:

**Post herpetic neuralgia**
Vertigo, headaches. Requiring narcotics at night, gabapentin during day.
Unable to drive 2/2 symptoms and medication.
Referral to neurology placed today

**Diarrhea**
Recent Abx, stress. Started with gabapentin
Benign abdominal exam
Start probiotic

**Elevated blood pressure**
Elevated 2/2 pain, pt reports normal in the past. No prior diagnosis HTN
Will check BP log and fu 1 month with log. Consider starting medication if still elevated

**Other Orders**
- montelukast (SINGULAIR) 10 mg tablet; Take 1 tablet (10 mg total) by mouth nightly.
- oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet; Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain.
- gabapentin (NEURONTIN) 300 mg capsule; Take 1 capsule (300 mg total) by mouth 3 (three) times daily.

Return in about 1 month (around 11/29/2015).

## Instructions

Return in about 1 month (around 11/29/2015).

Referral to neurology placed

Medications reordered

Follow up with myself or Dr. Bean in 1 month

Monitor Blood pressure at home at least once a day. Bring log to follow up appointment.

After Visit Summary (Printed 10/29/2015)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 138/84 Pulse 67 Temp 98.1 °F (36.7 °C) (Tympanic) Ht 5' 9" (1.753 m)<br>Wt 24 lb (112. kg) (Abnormal) SpO2 96 BMI 36.77 kg/m² BSA 2.34 m² More Vitals |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Communications

Summary of care document sent to Justin Xavier Mussomeli, MD
Sent 11/2/2015

## Orders Placed

Ambulatory referral to Neurology Closed

## Medication Changes

As of 10/29/2015 2:47 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Changed: oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet** | 0 | 10/29/2015 | 11/24/2015 |

Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain. - Oral
Previously: 2 tablets Oral At bedtime PRN

## Visit Diagnoses

Post herpetic neuralgia B02.29
Diarrhea R19.7
Elevated blood pressure R03.0

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 11/24/2015
HonorHealth Medical Group - Cave Creek

Provider: Andrea W Patton, MD (Family Medicine)
Primary diagnosis: Post herpetic neuralgia
Reason for Visit: Follow-up

## Progress Notes

Andrea W Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 11/24/2015 - Review Complete 11/24/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 11/24/15 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • clindamycin (CLEOCIN) 300 mg capsule | | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

HPI

Here for post herpatic neuraglia. Pt cannot get appointment prior to end of December.

Taking gabapentin - works somewhat. Pain now random "shocks." No SE on medication.

Since last visit has used ~ roxicet 9 tablets.

Patient feels like dizziness has worsened. Anxiety worsening.

Had oral surgery with grafting, started on clindamycin. Has caused nausea.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |

Review of Systems

Constitutional: Positive for fatigue. Negative for fever.
HENT: Positive for dental problem **(dental pain - s/p graft surgery and oral infection)**, ear pain and tinnitus.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for nausea.
Musculoskeletal: Negative.
Skin: Negative. Negative for rash **(resolved)**.
Neurological: Positive for dizziness and numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: The patient is nervous/anxious.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 138/88 mmHg | Pulse 65 | Resp 18 | Ht 5' 9" (1.753 m) | Wt 257 lb (116.574 kg) | BMI 37.93 kg/m2 | SpO2 98%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit.
Coordination normal.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Post herpetic neuralgia**
Given vertigo and tinnitus with continued pain pt may need head imaging
Called neurology office - got pt in next week, will defer imaging to neurology

Extended work leave for additional 4 weeks
Increase gabapentin to 400mg TID
Refill roxicet for breakthrough pain

**Vertigo**

**Tinnitus aurium, right**

**Other orders**

- oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet; Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain.
- gabapentin (NEURONTIN) 400 mg capsule; Take 1 capsule (400 mg total) by mouth 3 (three) times daily.

Return in about 4 weeks (around 12/22/2015), or if symptoms worsen or fail to improve.

## Instructions

Return in about 4 weeks (around 12/22/2015), or if symptoms worsen or fail to improve.

Increase gabapentin to 400mg three times a day, new prescription sent.

Continue as needed roxicet. Neurologist to take over prescription once you are seen.

After Visit Summary (Printed 11/24/2015)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 138/88 Pulse 65 Resp 18 Ht 5' 9" (1.753 m) Wt 257 lb (11 . kg) (Abnormal)<br>SpO2 98 BMI 37.95 kg/m² BSA 2.38 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes

As of 11/24/2015 2:57 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Changed: gabapentin (NEURONTIN) 400 mg capsule** | 2 | 11/24/2015 | 12/23/2015 |

Take 1 capsule (400 mg total) by mouth 3 (three) times daily. - Oral
Previously: 300 mg Oral 3 times daily

## Visit Diagnoses

Post herpetic neuralgia B02.29
Vertigo R42
Tinnitus aurium, right H93.11

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 12/23/2015
HonorHealth Medical Group - Cave Creek

Provider: Matthew C Bean, MD (Family Medicine)
Primary diagnosis: Post herpetic neuralgia
Reason for Visit: Follow-up

## Progress Notes

Matthew C Bean, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 12/23/2015 - Review Complete 12/23/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 12/23/15 encounter (Office Visit) with Matthew C Bean, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • fluticasone (FLONASE) 50 MCG/ACT nasal | 1 spray by Nasal route daily. | 1 Bottle | 2 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |
| • oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet | Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain. | 21 tablet | 0 |
| • zonisamide (ZONEGRAN) 25 mg capsule | Take 25 mg by mouth daily. | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up
  *post herpetic neuralgia / fmla*

**HPI Comments:** Here for follow up on post herpetic neurologia, vertigo, and tinnitus, and Nausea. He was on gabapentin and stopped that 2 days ago and started zonisamide by neurology (follow up on January 5th). The zonisamide is having nausea and worsening dizziness.
Worried about driving with vertigo and isn't driving right now.
Onset: 3 months ago
Course: same
ROS: no hearing loss

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |

| | |
|---|---|
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional:
**Per HPI**

**Objective:**

BP 134/82 mmHg | Pulse 75 | Resp 18 | Ht 5' 9" (1.753 m) | Wt 261 lb (118.389 kg) | BMI 38.53 kg/m2 | SpO2 97%
Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Eyes: EOM are normal.
Neck: Normal range of motion. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert and oriented to person, place, and time.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Post herpetic neuralgia**

**Vertigo**
Orders:
- Ambulatory referral to Physical Therapy

**Tinnitus of both ears**

**Nausea**

Orders:

- ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet; Take 1-2 tablets (4-8 mg total) by mouth every 8 (eight) hours as needed for Nausea.

No Follow-up on file.

**Patient Instructions**

Vertigo due to post herpetic neuralgia
- we will call your neurologist to see if you should continue or stop the Zonegran.
- referral to vertigo physical therapy
- follow up with neurologist on 1/5
- if not improvement, consider seeing the vertigo clinic at barrows
- use Zofran as needed for nausea
- plan on returning to work in one month. I will fill out FMLA for your work.

## Instructions

Vertigo due to post herpetic neuralgia
- we will call your neurologist to see if you should continue or stop the Zonegran.
- referral to vertigo physical therapy
- follow up with neurologist on 1/5
- if not improvement, consider seeing the vertigo clinic at barrows
- use Zofran as needed for nausea
- plan on returning to work in one month. I will fill out FMLA for your work.

After Visit Summary (Printed 12/23/2015)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 134/82 Pulse 75 Resp 18 Ht 5' 9" (1.753 m) Wt 2 1 lb (11 .4 kg) (Abnormal) |
| | SpO2 97 BMI 38.54 kg/m² BSA 2.4 m² More Vitals |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

Ambulatory referral to Physical Therapy Closed

## Medication Changes

As of 12/23/2015 12:26 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet** | 5 | 12/23/2015 | 9/20/2016 |

| | Refills | Start Date | End Date |
|---|---|---|---|
| Take 1-2 tablets (4-8 mg total) by mouth every 8 (eight) hours as needed for Nausea. - Oral | | | |
| **Discontinued: clindamycin (CLEOCIN) 300 mg capsule** | | | |
| **Discontinued: gabapentin (NEURONTIN) 400 mg capsule** | | | |

## Visit Diagnoses

Post herpetic neuralgia B02.29
Vertigo R42
Tinnitus of both ears H93.13
Nausea R11.0

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 1/22/2016
HonorHealth Medical Group - Cave Creek

Provider: Matthew C Bean, MD (Family Medicine)
Primary diagnosis: Post herpetic neuralgia
Reason for Visit: Follow-up

## Progress Notes

Matthew C Bean, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 01/22/2016 - Review Complete 01/22/2016**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 1/22/16 encounter (Office Visit) with Matthew C Bean, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |
| • ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet | Take 1-2 tablets (4-8 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 20 tablet | 5 |
| • PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler | INHALE 2 PUFFS BY MOUTH INTO LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZING | 6.7 g | 0 |
| • zonisamide (ZONEGRAN) 25 mg capsule | Take 25 mg by mouth daily. | | |
| • [DISCONTINUED] oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet | Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain. | 21 tablet | 0 |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

Chief Complaint
Patient presents with
- Follow-up
  *vertigo, pain*

**HPI Comments:** Follow up on vertigo and post herpetic neuralgia. Still having shocks in face, tinnitus. Going to physical therapy but not helping much yet.. Not working right. He missed his neurologist appointment in January. His next appointment in early February.
Onset: 5 months ago
ROS: mood is very bad and frustrating.

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional:
**Per HPI**

**Objective:**

BP 130/82 mmHg | Pulse 64 | Resp 18 | Ht 5' 9" (1.753 m) | Wt 267 lb (121.11 kg) | BMI 39.41 kg/m2 | SpO2 98%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Post herpetic neuralgia**

No Follow-up on file.
**Patient Instructions**
Post herpetic neuralgia
- follow up with neuralgia and physical therapy
- restart meditation www.headspace.com
- I will help you with FMLA and disability if needed
- http://www.practicalpainmanagement.com/patient/conditions/postherpetic-neuralgia/6-lifestyle-tips-postherpetic-neuralgia

## Instructions

Post herpetic neuralgia
- follow up with neuralgia and physical therapy
- restart meditation www.headspace.com
- I will help you with FMLA and disability if needed
- http://www.practicalpainmanagement.com/patient/conditions/postherpetic-neuralgia/6-lifestyle-tips-postherpetic-neuralgia

After Visit Summary (Printed 1/22/2016)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP **130/82** Pulse **64** Resp **18** Ht **5' 9" (1.753 m)** Wt **2 7 lb** (121.1 kg) **(Abnormal)**<br>SpO2 **98** BMI **39.43 kg/m²** BSA **2.43 m²** |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes

As of 1/22/2016 8:21 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Discontinued: oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet** | | | |

## Visit Diagnoses

Post herpetic neuralgia B02.29

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 2/25/2016
HonorHealth Medical Group - Cave Creek

Provider: Matthew C Bean, MD (Family Medicine)
Primary diagnosis: Neck pain
Reason for Visit: Follow-up

## Progress Notes

Matthew C Bean, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 02/25/2016 - Review Complete 02/25/2016**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 2/25/16 encounter (Office Visit) with Matthew C Bean, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |
| • ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet | Take 1-2 tablets (4-8 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 20 tablet | 5 |
| • PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler | INHALE 2 PUFFS BY MOUTH INTO LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZING | 6.7 g | 0 |
| • zonisamide (ZONEGRAN) 50 mg capsule | | | |
| • [DISCONTINUED] zonisamide (ZONEGRAN) 25 mg capsule | Take 50 mg by mouth daily. | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

Chief Complaint
Patient presents with
- Follow-up

**HPI Comments:** Post herpetic neuralgia improved with increased dose of zonisamide and shocks are a lot betters. They are going to keep progressing him up. Still having issue with vertigo. 50+% of what he was. He is starting long term disability paperwork.
Has joined a post neuralgia group and it has been helpful.
Also recently was rear ended. Restrained.
ROS: No LOC and no staring the windsheild.

Would like help with weight loss.

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional:
**Per HPI**

**Objective:**

BP 140/90 mmHg | Pulse 71 | Temp(Src) 97.8 °F (36.6 °C) (Oral) | Resp 18 | Ht 5' 9" (1.753 m) | Wt 269 lb (122.018 kg) | BMI 39.71 kg/m2 | SpO2 95%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
Musculoskeletal:
**No tenderness to palpation on neck and full range of motion (if tender)**
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Neck pain**
Orders:
- Ambulatory referral to Physical Therapy

**Obesity, unspecified obesity severity, unspecified obesity type**

**Post herpetic neuralgia**

No Follow-up on file.
**Patient Instructions**
**Post herpetic neuralgia - improving!**

**Neck pain due to car accident without concerning signs**

**Weight loss**
**- write down what you eat**

**- use the PACT app to help you exercise**
**- follow up with your diet log**
**- daily weigh loss calorie goal was 2000.**

**Dr. Bean's Diet Recommendations**

1. **Avoid fast food,**
2. **Avoid drinking your calories (e.g. Soda, sweetened beverages, and alcohol). Drink water, milk (~2 cups/day), tea, or coffee,**
3. **Avoid processed foods (i.e. things that come out of bags, boxes, or cans),**
4. **Mediterranean diet and their recipes are a good place to start.** The Mediterranean diet is associated with improved health status and reductions in overall death, cardiovascular mortality (heart disease and strokes), cancer, and incidence of Parkinson's disease and Alzheimer's disease.
5. Eat whole grains (e.g. whole wheat flour) and brown rice and avoid white flour and white rice,
6. Eat vegetables with every meal,
7. Fats should compose about 30% of your diet. Eating "low fat" does not improve health or help you lose weight.
   a. Avoid foods with transfats (e.g. margarine. Use olive oil or butter instead). The data against the other fats is unconvincing.
   b. Avoid foods that have been made low fat because they increase salt and sugar to make them appetizing. Salt and sugar increase cravings.
   c. Choose fats that are healthy and found in nature (e.g. olive oil, avocado, nuts, milk, and cheese).
8. Try to eat fish and/or seafood about 2 times per week,
9. Make your own food as much as possible,
10. A portion size is about the size of your fist,
11. Use herbs and spices instead of salt to flavor foods,
12. Supplements are usually unhelpful. The exception is that women between 13 years old and menopause should take 400mcg of folic acid daily to avoid birth defects in pregnancy,
13. Do not eat after 7pm,
14. Sleep 7-9 hours a day,
15. Exercise 30 minutes a day (1 hour for weight loss and all children and adolescents). Include aerobic, weight lifting, and balance work to regimen.
16. If you are trying to lose weight, write down everything that you eat. If you need help, bring this list in so that we can discuss it.
17. A healthy rate of weight loss is 1-2 pounds per week. To do this, you need to eat about 500 calories less than your daily caloric needs (http://www.calorieking.com/interactive-tools/how-many-calories-should-you-eat/?ref=nav).
18.

## Instructions

### Patient Instructions

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 140/90 Pulse 71 Temp 97.8 °F (36.6 °C) (Oral) Resp 18 Ht 5' 9" (1.753 m)<br>Wt 2 lb (122 kg) (Abnormal) SpO2 95 BMI 39.72 kg/m² BSA 2.44 m² More Vitals |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

Ambulatory referral to Physical Therapy Closed

## Medication Changes

As of 2/25/2016 9:51 AM

None

## Visit Diagnoses

Neck pain M54.2
Obesity, unspecified obesity severity, unspecified obesity type E66.9
Post herpetic neuralgia B02.29

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 3/24/2016
HonorHealth Medical Group - Cave Creek

Provider: Andrea W Patton, MD (Family Medicine)
Primary diagnosis: Prediabetes
Reason for Visit: Follow-up

## Progress Notes

Andrea W Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 03/24/2016 - Review Complete 03/24/2016**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 3/24/16 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |
| • ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet | Take 1-2 tablets (4-8 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 20 tablet | 5 |
| • PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler | INHALE 2 PUFFS BY MOUTH INTO LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZING | 6.7 g | 0 |
| • zonisamide (ZONEGRAN) 50 mg capsule | | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

Chief Complaint
Patient presents with
- Follow-up

HPI

**Prediabetes**
2/2015 Glucose 106 HgA1C: 6.1 (old records 7/2014 5.7, + microalbumin)
Discussed diet and weight loss
Referral to nutritionist
9/15 HgA1C 6.2
3/2016 - recheck

**Vitamin D deficiency**

2/2015 Vit D 15.7
Has been taking 2K. 3/17/15 Increase to 50K for 12 weeks, then recheck
9/15 18.3
3/16 recheck

**Post herpetic neuralgia**
3/2016: Improved, but not at baseline.
Followed by neurology - on zonegram. Currently 50mg

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional: Positive for fatigue. Negative for fever, activity change and appetite change.
HENT: Positive for congestion, sinus pressure and tinnitus. Negative for dental problem and ear pain.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for nausea.
Musculoskeletal: Positive for neck pain **(s/p MVA)**.
Skin: Negative. Negative for rash **(resolved)**.
Neurological: Positive for dizziness **(vertigo)** and numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: Positive for dysphoric mood **(improving)**. The patient is nervous/anxious.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 128/84 mmHg | Pulse 61 | Resp 18 | Ht 5' 9" (1.753 m) | Wt 270 lb (122.471 kg) | BMI 39.85 kg/m2 | SpO2 96%
<u>Physical Exam</u>
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.

Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Bowel sounds are normal. He exhibits no distension. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion.
Cervical back: He exhibits normal range of motion **(but slowed ROM due to pain)**, no tenderness, no bony tenderness and no deformity.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Prediabetes**

Orders:
- Hemoglobin A1c
- Basic Metabolic Panel

Recheck labs today
Diet and exercise reviewed

**Vitamin D deficiency**

Orders:
- Vitamin D 25 Hydroxy

Recheck labs

**Post herpetic neuralgia**

Followed by Neuro - next fu 3 days

**Need for Tdap vaccination**

Orders:
- Tdap vaccine greater than or equal to 7yo IM (for non-VFC and VFC use)

Return in about 4 weeks (around 4/21/2016).

## Other Notes

- Post herpetic neuralgia A P from Andrea W Patton, MD (Family Medicine)
- Vitamin D deficiency (Resolved 10/19/2017) A P from Andrea W Patton, MD (Family Medicine)
- Prediabetes A P from Andrea W Patton, MD (Family Medicine)

## Instructions

Return in about 4 weeks (around 4/21/2016).

Restart physical therapy for your neck

Get labs done today

TDap (Tetanus, Diptheria and Pertussis) vaccine updated today. Next due for Td vaccine 2026

After Visit Summary (Printed 3/24/2016)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 128/84 Pulse 61 Resp 18 Ht 5' 9" (1.753 m) Wt 270 lb (122.5 kg) (Abnormal) SpO2 96 BMI 39.87 kg/m² BSA 2.44 m² More Vitals |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

**asic Metabolic Panel** (Resulted 3/24/2016, Abnormal)
**Hemoglobin A1c** (Resulted 3/24/2016, Abnormal)
**Vitamin D 25 Hydroxy** (Resulted 3/24/2016, Abnormal)

## Medication Changes

As of 3/24/2016 9:37 AM

None

## Visit Diagnoses

Prediabetes R73.09
Vitamin D deficiency E55.9
Post herpetic neuralgia B02.29
Need for Tdap vaccination Z23

## Immunizations Given

Tdap

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 4/28/2016
HonorHealth Medical Group - Cave Creek

Provider: Andrea W Patton, MD (Family Medicine)
Primary diagnosis: Prediabetes
Reason for Visit: Follow-up

## Progress Notes

Andrea W Patton, MD (Physician) • Family Medicine

Expand All Collapse All

Allergies as of 04/28/2016 - Review Complete 04/28/2016

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

Outpatient Prescriptions Marked as Taking for the 4/28/16 encounter (Office Visit) with Andrea W Patton, MD

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • Cholecalciferol (VITAMIN D3) 10000 UNITS capsule | Take 5 capsules (50,000 Units total) by mouth once a week for 12 doses. Twice weekly for 12 weeks only | 60 capsule | 0 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |
| • ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet | Take 1-2 tablets (4-8 mg total) by mouth every 8 (eight) hours as needed for Nausea. | 20 tablet | 5 |
| • PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler | INHALE 2 PUFFS BY MOUTH INTO LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZING | 6.7 g | 0 |
| • zonisamide (ZONEGRAN) 50 mg capsule | 100 mg. | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

Chief Complaint
Patient presents with
- Follow-up

HPI
Patient reports 1 month ago developed sinus infection, which turned into chest cold. Took doxycycline.
When pt back home, colder temperature had significant worsening of sharp pains, dizzy spells.
Saw neurologist yesterday of zonisamide to 100mg.
Since returned to AZ symptoms improving.

**Prediabetes**
2/2015 Glucose 106 HgA1C: 6.1 (old records 7/2014 5.7, + microalbumin)
Discussed diet and weight loss
Referral to nutritionist
9/15 HgA1C 6.2
3/2016 6.0

**Vitamin D deficiency**
2/2015 Vit D 15.7
Has been taking 2K. 3/17/15 Increase to 50K for 12 weeks, then recheck
9/15 18.3
3/16 13.2, repeat 50K X 12 weeks, then 2K daily and recheck
4/16 No improvement, but no SE. Finish 12 weeks

**Post herpetic neuralgia**
3/2016: Improved, but not at baseline.
Failed gabapentin.
Never tried TCA or lyrica.
Followed by neurology - on zonegram. Currently 50mg

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional: Positive for fatigue. Negative for fever, activity change and appetite change.
HENT: Negative for congestion, dental problem, ear pain, sinus pressure and tinnitus.
Eyes: Negative.
Respiratory: Positive for cough **(since chest cold 2 weeks ago)**.
Cardiovascular: Negative.
Gastrointestinal: Negative for nausea.
Musculoskeletal: Positive for neck pain **(sudden sharp pain from previous shingles site)**.
Skin: Negative. Negative for rash.
Neurological: Positive for dizziness **(vertigo)** and numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: Positive for dysphoric mood **(improving)**.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 132/80 mmHg | Pulse 90 | Resp 18 | Ht 5' 9" (1.753 m) | Wt 265 lb (120.203 kg) | BMI 39.12 kg/m2 | SpO2 97%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oral lesions. Normal dentition. No dental abscesses. No oropharyngeal exudate, posterior oropharyngeal erythema or tonsillar abscesses.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Bowel sounds are normal. He exhibits no distension. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion.
Cervical back: He exhibits normal range of motion, no tenderness, no bony tenderness and no deformity.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm. No rash noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Prediabetes**
Stable, diet and exercise reviewed

**Vitamin D deficiency**
50K weekly

**Post herpetic neuralgia**
Continue zonegran per neuro
Break thru refill for ibuprofen and percocet

**Cough**
Tessalon perles prn, likely post viral. FU if not resolved in 4 weeks

**Other orders**
- ibuprofen (ADVIL,MOTRIN) 600 mg tablet; Take 1 tablet (600 mg total) by mouth every 6 (six) hours as needed for up to 10 days for Pain.
- oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet; Take 1 tablet by mouth every 6 (six) hours as needed for Pain.
- benzonatate (TESSALON PERLES) 100 mg capsule; Take 1 capsule (100 mg total) by mouth 3 (three) times daily as needed for Cough.

Return in about 2 months (around 6/28/2016).

## Other Notes

Post herpetic neuralgia A P from Andrea W Patton, MD (Family Medicine)

Vitamin D deficiency (Resolved 10/19/2017) A P from Andrea W Patton, MD (Family Medicine)

Prediabetes A P from Andrea W Patton, MD (Family Medicine)

## Instructions

Return in about 2 months (around 6/28/2016).

Follow up with neurology. If you do not get complete control with the zonegran you may want to discuss other medication options with your neurologist (like amitriptyline or Lyrica)

Follow up with me when you are back in June

After Visit Summary (Printed 4/28/2016)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 132/80 Pulse 90 Resp 18 Ht 5' 9" (1.753 m) Wt 2 5 lb (120.2 kg) (Abnormal) SpO2 97 BMI 39.13 kg/m² BSA 2.42 m² More Vitals |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes

As of 4/28/2016 1:02 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Added: benzonatate (TE ALON PERLE ) 100 mg capsule** | 0 | 4/28/2016 | 9/20/2016 |
| Take 1 capsule (100 mg total) by mouth 3 (three) times daily as needed for Cough. - Oral | | | |
| **Added: ibuprofen (ADVIL,MOTRIN) 00 mg tablet** | 1 | 4/28/2016 | 5/8/2016 |
| Take 1 tablet (600 mg total) by mouth every 6 (six) hours as needed for up to 10 days for Pain. - Oral | | | |
| **Added: oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet** | 0 | 4/28/2016 | 1/12/2017 |
| Take 1 tablet by mouth every 6 (six) hours as needed for Pain. - Oral | | | |

## Visit Diagnoses

Prediabetes R73.09
Vitamin D deficiency E55.9
Post herpetic neuralgia B02.29
Cough R05

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 6/21/2016
HonorHealth Medical Group - Cave Creek

Provider: Andrea W Patton, MD (Family Medicine)
Primary diagnosis: Vitamin D deficiency
Reason for Visit: Follow-up

## Procedures

Andrea W Patton, MD (Physician) • Family Medicine

Procedure Orders:

1. ECG 12 lead [77408821] ordered by Catherine Hernandez, MA at 06/21/16 0931

My interpretation of the ECG on Ronald D Finley:
Rhythm and Rate: Sinus Arrhythmia at 65 BPM
Axis: Normal: (-30 to 90 degrees)
Intervals: Normal PR, QRS, and QT Intervals
ST Segment Analysis: No ST-Segment Abnormalities

## Progress Notes

Andrea W Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 06/21/2016 - Review Complete 06/21/2016**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

No outpatient prescriptions have been marked as taking for the 6/21/16 encounter (Office Visit) with Andrea W Patton, MD.

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

Chief Complaint
Patient presents with
- Follow-up

HPI

Frequent heart palpitations, tinnitus, shocking pain radiating right side of face with tooth pain - taking ibuprofen and oxycodone. Using ibuprofen 200-400mg every other day, oxycodone 2 times a week.
Using zonegran - increase to 200mg when worsened, but pt does not notice improves pain.
No change in vertigo. Upset stomach and bloating. Increased depression.

Patient reports palpitations becoming less frequent - usually at night.

Patient does not want to start depression or anxiety medication.

**Post herpetic neuralgia**
3/2016: Improved, but not at baseline.
Failed gabapentin.
Never tried TCA or lyrica.
Followed by neurology - on zonegram. Currently 50mg
6/16 No improvement - still out of work. Feels zonegran not working and causing too much sedation. Referral to neurologist for 2nd opinion.

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional: Positive for fatigue. Negative for fever, activity change and appetite change.
HENT: Positive for tinnitus. Negative for congestion, dental problem, ear pain and sinus pressure.
Eyes: Negative.
Respiratory: Negative for cough.
Cardiovascular: Positive for palpitations.
Gastrointestinal: Positive for abdominal distention **(bloating)**.
Musculoskeletal: Positive for neck pain **(sudden sharp pain from previous shingles site)**.
Skin: Negative. Negative for rash.
Neurological: Positive for dizziness **(vertigo)** and numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: Positive for sleep disturbance **(improving)** and dysphoric mood **(stable)**.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 136/98 mmHg | Pulse 62 | Temp(Src) 97.6 °F (36.4 °C) (Tympanic) | Resp 20 | Ht 5' 9" (1.753 m) | Wt 267 lb (121.11 kg) | BMI 39.41 kg/m2 | SpO2 96%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.

Mouth/Throat: Oropharynx is clear and moist. No oral lesions. Normal dentition. No dental abscesses. No oropharyngeal exudate, posterior oropharyngeal erythema or tonsillar abscesses.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Bowel sounds are normal. He exhibits no distension. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion.
Cervical back: He exhibits normal range of motion, no tenderness, no bony tenderness and no deformity.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit.
Coordination normal.
Skin: Skin is warm. No rash noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

## Assessment & Plan

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Vitamin D deficiency**

Orders:
- Vitamin D 25 Hydroxy

**Elevated cholesterol**

Orders:
- Comprehensive Metabolic Panel
- Lipid Panel

**Post herpetic neuralgia**

Orders:
- Ambulatory referral to Neurology

Referral for 2nd opinion as pt without improvement

**Tinnitus of both ears**

Orders:
- Ambulatory referral to Neurology

**Vertigo**

Orders:
- Ambulatory referral to Neurology

**Palpitation**

Orders:

- ECG 12 lead

EKG wnl - pt reported improving. Will monitor for now.
Bp elevated today, pt reports always high at beginning of appt - at goal at when checks at home

Return in about 3 months (around 9/21/2016).

## Other Notes

Post herpetic neuralgia A P from Andrea W Patton, MD (Family Medicine)

## Instructions

Return in about 3 months (around 9/21/2016).

### Patient Instructions

After Visit Summary (Printed 6/21/2016)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 13 / (Abnormal) Pulse 62 Temp 97.6 °F (36.4 °C) (Tympanic) Resp 20<br>Ht 5' 9" (1.753 m) Wt 2 7 lb (121.1 kg) (Abnormal) SpO2 96 BMI 39.43 kg/m²<br>BSA 2.43 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

Comprehensive Metabolic Panel (Resulted 9/13/2016, Abnormal)
Lipid Panel (Resulted 9/13/2016)
Vitamin D 25 Hydroxy (Resulted 9/13/2016)
ECG 12 lead (Resulted 6/21/2016)
Ambulatory referral to Neurology Closed

## Medication Changes

As of 6/21/2016 9:29 AM

None

## Visit Diagnoses

Vitamin D deficiency E55.9
Elevated cholesterol E78.0
Post herpetic neuralgia B02.29
Tinnitus of both ears H93.13
Vertigo R42

Palpitation R00.2

# Finley, Ronald D

MRN: 2554822
Description: 51 year old male

**Office Visit** 9/20/2016
HonorHealth Medical Group - Cave Creek

Provider: Andrea Wolfrey Patton, MD (Family Medicine)
Primary diagnosis: Vitamin D deficiency
Reason for Visit: Follow-up, OTHER

## Progress Notes

Andrea Wolfrey Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 09/20/2016 - Review Complete 09/20/2016**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 9/20/16 encounter (Office Visit) with Andrea Wolfrey Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • carBAMazepine (TEGRETOL) 200 mg tablet | | | |
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth at bedtime. | 90 tablet | 3 |
| • traMADol (ULTRAM) 50 mg tablet | | | |
| • [DISCONTINUED] montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

Chief Complaint
Patient presents with
- Follow-up
  *review lab results*
- OTHER
  *post herpetic neuralgia*

HPI
Patient has been having anxious, depression related to frustration with post herpetic neuralgia diagnosis. Patient has had step mother and brother die in the last 3 months. Patient feels depressed.

**Vitamin D deficiency**
2/2015 Vit D 15.7
Has been taking 2K. 3/17/15 Increase to 50K for 12 weeks, then recheck
9/15 18.3
3/16 13.2, repeat 50K X 12 weeks, then 2K daily and recheck
4/16 No improvement, but no SE. Finish 12 weeks

9/16 42 - decrease to 2000 per day (current 5000 daily)

**Elevated cholesterol**
2/2015 TC: 220 Trig:90 HDL:54 LDL:148 ASCVD Risk Calculator: 9.6%, trial diet and exercise
9/15 TC: 174 Trig: 113 JD:: 55 LDL: 96
9/16 TC: 170 Trig: 87 HDL: 54 LDL: 99 ASCVD 5.8%

**Post herpetic neuralgia**
3/2016: Improved, but not at baseline.
Failed gabapentin.
Never tried TCA or lyrica.
Followed by neurology - on zonegram. Currently 50mg
6/16 No improvement - still out of work. Feels zonegran not working and causing too much sedation. Referral to neurologist for 2nd opinion.
7/16 - plan for sphenocath and start carbamazepine 200mg BID, recommend lyrica if no improvement
9/16 Pt followed by neurology. Has been unable to work.

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | PREDIABETES |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional: Positive for fatigue. Negative for fever, activity change and appetite change.
HENT: Positive for tinnitus. Negative for congestion, dental problem, ear pain and sinus pressure.
Eyes: Negative.
Respiratory: Negative for cough.
Cardiovascular: Positive for palpitations.
Gastrointestinal: Positive for abdominal distention **(bloating)**.
Musculoskeletal: Positive for neck pain **(sudden sharp pain from previous shingles site)**.
Skin: Negative. Negative for rash.
Neurological: Positive for dizziness **(vertigo)** and numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: Positive for sleep disturbance and dysphoric mood.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 122/86 mmHg | Pulse 57 | Temp(Src) 97.8 °F (36.6 °C) (Oral) | Resp 18 | Ht 5' 10" (1.778 m) | Wt 263 lb 12.8 oz (119.659 kg) | BMI 37.85 kg/m2 | SpO2 94%

Physical Exam

Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oral lesions. Normal dentition. No dental abscesses. No oropharyngeal exudate, posterior oropharyngeal erythema or tonsillar abscesses.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Bowel sounds are normal. He exhibits no distension. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion.
Cervical back: He exhibits normal range of motion, no tenderness, no bony tenderness and no deformity.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm. No rash noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up and other.

Diagnoses and all orders for this visit:

**Vitamin D deficiency**
Decrease to 2K daily

**Elevated cholesterol**
At goal

**Post herpetic neuralgia**
Followed by Neurology

**Depression**
Pt declines meds, No SI/HI
Recommend CBT

**Other orders**
- montelukast (SINGULAIR) 10 mg tablet; Take 1 tablet (10 mg total) by mouth at bedtime.

Return in about 3 months (around 12/20/2016).

**Patient Instructions**

# Try to reduce stress. This can be done with massage therapy, yoga, tai chi, exercise, or relaxation techniques. Take time for yourself!

# Recommend you see psychology for Cognitive Behavioral Therapy (CBT)

# Get immediate help if you have any feelings of hurting yourself or someone else.

Follow up in 3 months

## Other Notes

Post herpetic neuralgia A P from Andrea Wolfrey Patton, MD (Family Medicine)

Elevated cholesterol A P from Andrea Wolfrey Patton, MD (Family Medicine)

Vitamin D deficiency (Resolved 10/19/2017) A P from Andrea Wolfrey Patton, MD (Family Medicine)

## Instructions

Return in about 3 months (around 12/20/2016).

### Patient Instructions

After Visit Summary (Printed 9/20/2016)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 122/86 Pulse 57 Temp 97.8 °F (36.6 °C) (Oral) Resp 18 Ht 5' 10" (1.778 m)<br>Wt 2 3 lb 12. oz (11 .7 kg) (Abnormal) SpO2 94 BMI 37.85 kg/m² BSA 2.43 m² |
| Flowsheets: | Custom Formula Data, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes

As of 9/20/2016 9:28 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Discontinued: benzonatate (TE ALON PERLE ) 100 mg capsule** | | | |

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Discontinued: ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet** | | | |
| **Discontinued: zonisamide (ZONEGRAN) 50 mg capsule** | | | |

## Visit Diagnoses

Vitamin D deficiency E55.9
Elevated cholesterol E78.0
Post herpetic neuralgia B02.29
Mild episode of recurrent major depressive disorder F33.0

# Finley, Ronald D

MRN: 2554822
Description: 52 year old male

**Office Visit** 1/12/2017
HonorHealth Medical Group - Cave Creek

Provider: Andrea Wolfrey Patton, MD (Family Medicine)
Primary diagnosis: Postherpetic neuralgia
Reason for Visit: Follow-up

## Progress Notes

Andrea Wolfrey Patton, MD (Physician) • Family Medicine

Expand All Collapse All

**Allergies as of 01/12/2017 - Review Complete 01/12/2017**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 1/12/17 encounter (Office Visit) with Andrea Wolfrey Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth at bedtime. | 90 tablet | 3 |
| • PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler | INHALE 2 PUFFS BY MOUTH INTO LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZING | 6.7 g | 0 |
| • traMADol (ULTRAM) 50 mg tablet | Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed for Pain. | 60 tablet | 0 |
| • [DISCONTINUED] carBAMazepine (TEGRETOL) 200 mg tablet | | | |
| • [DISCONTINUED] oxyCODONE-acetaminophen (PERCOCET) 5-325 mg per tablet | Take 1 tablet by mouth every 6 (six) hours as needed for Pain. | 21 tablet | 0 |
| • [DISCONTINUED] traMADol (ULTRAM) 50 mg tablet | | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 52 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

HPI

Has rash under right axilla - present for 3 weeks. Used different Deoderant day before symptoms started. Not spreading.

**Post herpetic neuralgia**
3/2016: Improved, but not at baseline.
Failed gabapentin.
Never tried TCA or lyrica.
Followed by neurology - on zonegram. Currently 50mg
6/16 No improvement - still out of work. Feels zonegran not working and causing too much sedation. Referral to neurologist for 2nd opinion.
7/16 - plan for sphenocath and start carbamazepine 200mg BID, recommend lyrica if no improvement
9/16 Pt followed by neurology. Has been unable to work.
11/16 Diagnosed as trigeminal neuralgia by Neuro - max carbamazepine 3 tablets BID - consider cyberknife technique. Pt loss of insurance (10/16) - has been off carbamazepine and tramadol. Has been taking tylenol PM and ibuprofen 600mg ever 6-8 hours. Will refill medications for 1 month.

Patient Active Problem List

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | PREDIABETES |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | HYPOTESTOSTERONISM |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional: Positive for fatigue. Negative for fever, activity change and appetite change.
HENT: Positive for tinnitus. Negative for congestion, dental problem, ear pain and sinus pressure.
Eyes: Negative.
Respiratory: Negative for cough.
Cardiovascular: Positive for palpitations.
Gastrointestinal: Positive for abdominal distention (**bloating**).
Musculoskeletal: Positive for neck pain (**sudden sharp pain from previous shingles site**).
Skin: Positive for rash.
Neurological: Positive for dizziness (**vertigo**) and numbness (**nerve pain at site of previous shingles rash**).
Psychiatric/Behavioral: Positive for sleep disturbance and dysphoric mood.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**

BP 120/84 mmHg | Pulse 64 | Temp(Src) 97.4 °F (36.3 °C) | Wt 268 lb (121.564 kg) | SpO2 97%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:

Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oral lesions. Normal dentition. No dental abscesses. No oropharyngeal exudate, posterior oropharyngeal erythema or tonsillar abscesses.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Abdominal: Bowel sounds are normal. He exhibits no distension. There is no tenderness. There is no rebound and no guarding.
Musculoskeletal: Normal range of motion.
Cervical back: He exhibits normal range of motion, no tenderness, no bony tenderness and no deformity.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm. Rash **(right axilla, thickened, darked skin in linear streaks - possible satellite lesions)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

## Assessment & Plan

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Postherpetic neuralgia**
- Ambulatory referral to Neurology

Refill tramadol. Carbamazepine not helpful so will not restart and wait for new neurology follow up

**Trigeminal neuralgia**
- Ambulatory referral to Neurology

**Post herpetic neuralgia**

**Low testosterone**
- Testosterone, Free, Total

**Prediabetes**
- Hemoglobin A1c
- Basic Metabolic Panel

**Vitamin D deficiency**
- Vitamin D 25 Hydroxy

**Dermatitis**

Trial ketoconazole cream
Use OTC steroid if no improvement and fu

**Other orders**

- traMADol (ULTRAM) 50 mg tablet; Take 1 tablet (50 mg total) by mouth 2 (two) times daily as needed for Pain.
- ketoconazole (NIZORAL) 2 % cream; Apply topically daily for 28 days.

Return in about 3 months (around 4/12/2017).

## Other Notes

Post herpetic neuralgia A P from Andrea Wolfrey Patton, MD (Family Medicine)

## Instructions

Return in about 3 months (around 4/12/2017).

### Patient Instructions

After Visit Summary (Printed 1/12/2017)

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 120/84 Pulse 64 Temp 97.4 °F (36.3 °C) Wt 2 lb (121. kg) (Abnormal) SpO2 97<br>BMI 38.45 kg/m² BSA 2.45 m² |
| Flowsheets: | Custom Formula Data, Vitals Reassessment, Anthropometrics |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Communications

Summary of Care sent to Jeffrey S Gitt, DO
Sent 1/17/2017

## Orders Placed

**Hemoglobin A1c** (Resulted 1/12/2017, Abnormal)
Basic Metabolic Panel (Resulted 1/12/2017)
Testosterone, Free, Total (Resulted 1/12/2017)
Vitamin D 25 Hydroxy (Resulted 1/12/2017)
Ambulatory referral to Neurology Closed

## Medication Changes

As of 1/12/2017 11:26 AM

| | Refills | Start Date | End Date |
|---|---|---|---|

To view a High Resolution & Color copy of this fax:

1. Go to www.hellofax.com/HighRes

2. Enter Access Code: 73890828da

# Liberty Mutual Appeal Referral

**Appeal Referral From:** **DOVER**

Office: 096 | Manager: CRAM, BRIAN | Case Mgr: AUSTIN, JESSICA

Claimant Name: RONALD D FINLEY | Claim #: 5616243

Occupation (Job Title): STORE MANAGER | Date Sent: 2/19/2018

Diagnosis: B02.9 Zoster without complications,

Date of Disability: 9/20/2015 | Date Benefits Began: 3/20/2016

Maximum Duration: 10/31/2029 | Paid Through: 8/24/2017

Date of Denial or (DB451): 8/24/2017 | Date Appeal Received: 2/19/2018

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: DICK'S SPORTING GOODS, INC.

Product: LTD | Funding: CON

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? ERISA Plan

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

LeavesofAbsence@dcsg.com

ER Contact Addresses (including email address):

LeavesofAbsence@dcsg.com

Phone No. | FAX No.

Account Specific or Unique Contract Issues / Additional Info:

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. RONALD FINLEY

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

February 21, 2018

Mr. Ronald D. Finley

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243

Dear Mr. Ronald Finley:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Dick's Sporting Goods, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have received your request for review of the recent claim determination on your Long Term Disability (LTD) claim.

We understand that you intend to submit additional information to be reviewed as part of the appeal.

Pursuant to Employee Retirement Income Security Act (ERISA) regulations, since we are waiting for you to submit additional documentation, the days from the date of this letter until we receive your timely submission of information, are not counted as part of the appeal determination period.

In order for Liberty Life Assurance Company of Boston to conduct a timely review of your appeal, we must receive the additional information you wish to have considered in our appeal review within 10 days of this letter. If no additional information is received by March 2, 2018, your claim will be forwarded to the Appeal Review Unit for a final determination based on the information currently contained in our file.

As we discussed, you will have Dr. Patton's records from September 2015 to the presnt, faxed to my attention. Additionally, enclosed is the medical Authorization for your completion and return to my attention. Your appeal for LTD benefits will begin upon receipt of Dr. Patton's treatment records.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Nancy Winterer
Appeal Associate

Phone No.: (888) 437-7611 Ext. 16401
Secure Fax No.: (603) 334-5708

Attachments: Authorization - Medical

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-5708

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ____________________________ Relationship ________________

Signature of claimant or legal representative ________________________________

Date of Birth: ______________ Claim Number: 5616243 Date: ______________________

**A copy of this authorization will be considered as valid as the original.**

The following pages are a continuation of an interrupted fax transmission to 16034271844 from .

4 page(s) were previously delivered. This transmission is starting from page 5.

# Fax

***From***

Ronald D. Finley Claim #5616243

***To***

Jessica Austin

***Number of pages***

16

***Message***

Attached, please find my Long Term Disability Appeal for Denial Request.

## Progress Notes

**Patient:** Finley, Ronald
**Account Number:** 36829
**DOB:** **Age:** 51 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Andrea Patton

**Provider:** Albert L. Klaski, M.D.
**Date:** 02/01/2016

---

## Subjective:

**Chief Complaints:**

1. F/U.

**HPI:**

Constitutional:

Patient is a pleasant 51-year-old male returns to clinic for follow-up on his postherpetic neuralgia. Patient was started on Zonegran 25 mg by mouth daily at bedtime on last visit. Patient states that he improved on the Zonegran and we will increase to 50 mg by mouth daily at bedtime for additional trigeminal suppression. Continues to get pain and discomfort and lancinating pain intermittently at the V2, V3 positions. Patient's vertigo symptoms have also improved. Patient has been in physical therapy, doing vestibular therapy and feels that has been helpful. Advise patient may take an extra dose of the Zonegran if he has a flare in his pain component. Patient verbalized understand standing on how to take the medication if he does have a flare. We will continue to follow.

**ROS:**

10 point review of systems obtained was negative except for symptoms mentioned above.

**Medical History:** Headache/Migraine, Ringing in ears, Dizziness, Vertigo, Numbness/Tingling.

**Family History:**
Hypertension, diabetes.

**Social History:**
Patient is a nonsmoker, denies any drug or alcohol use, denies any energy drink use, drinks limited caffeine.

**Medications:** Taking Zonisamide 25 MG Capsule 1 capsule at bedtime Once a day, may use extra dose during flares, Taking Clindamycin HCl , Taking Hydrocodone-Ibuprofen , Taking Oxycodone HCl , Taking Ibuprofen , Taking Gabapentin , Taking Montelukast Sodium , Taking Proventil , Taking Fluticasone Furoate-Vilanterol , Taking Zonegran 25 Capsule 1 capsule Once a day

**Allergies:** Codeine Phosphate, Penicillin family, Amoxicillin.

## Objective:

**Vitals:** HR 89 /min, BP 137/84 mm Hg, Wt 261 lbs, Ht 5 ft 10 in, BMI 37.45 Index, Ht-cm 177.8 cm, Wt-kg 118.39 kg.

**Examination:**

General Examination:

GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic.
EYES: pupils equal, round, reactive to light and accommodation.

**Physical Examination:**

Neurologic examination:

Mental status: The patient's orientation, memory, attention, language and fund of knowledge was normal.

Cranial nerves: Visual acuity and visual fields were intact, the oculomotor, trochlear and abducens nerve was intact, no trigeminal neuropathy was noted, no facial nerve palsy was noted, hearing was intact, shoulder shrug was intact bilaterally and there was no tongue deviation with protrusion.

Sensory: Light touch was intact.

Motor: Motor examination was 5/5 throughout with sustained power. Gait and balance was normal. Muscle tone was normal throughout.

## Assessment:

**Assessment:**
1. Other postherpetic nervous system involvement - B02.29 (Primary)
2. Trigeminal neuralgia - G50.0
3. Other peripheral vertigo, unspecified ear - H81.399

**Plan:**

**1. Other postherpetic nervous system involvement**
Stop Zonisamide Capsule, 25 MG, 1 capsule at bedtime, Orally, Once a day, may use extra dose during flares ; Start Zonisamide Capsule, 50 MG, 1 capsule, Orally, Once a day at bedtime, 30 day(s), 30, Refills 3 .
Notes: #1. Increase Zonegran to 50 mg by mouth daily at bedtime for symptom relief.
#2. Patient to follow up in 1 month.

**2. Trigeminal neuralgia**
Notes: #1. Increase Zonegran to 50 mg by mouth daily at bedtime for symptom relief.
#2. Patient to follow up in 1 month.

**3. Other peripheral vertigo, unspecified ear**
Notes: #1. Continue with vestibular therapy for his vertigo component.

**Follow Up:** 4 Weeks

**Provider:** Albert L. Klaski, M.D.
**Patient:** Finley, Ronald **DOB:** **Date:** 02/01/2016



**Electronically signed by Albert Klaski , MD on 02/01/2016 at 05:27 PM CST**
**Sign off status: Completed**