## Progress Notes

**Patient:** Finley, Ronald
**Account Number:** 36829
**DOB:** **Age:** 51 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Andrea Patton

**Provider:** Albert L. Klaski, M.D.
**Date:** 04/27/2016

## Subjective:

**Chief Complaints:**
1. F/u.

**HPI:**
Constitutional:
Patient is a pleasant 51-year-old male returns to clinic for follow-up on his postherpetic neuralgia. Patient was started on Zonegran 25 mg by mouth daily at bedtime on last visit. Patient states that he was making improvements with his symptoms and felt controlled until he had to go to Chicago for a funeral. Patient states that he feels the cold weather exacerbate his symptoms, which is very plausible. Per discussion we will increase his Zonegran to 50 mg twice daily 200 mg total for improved overall relief. Patient may increase his dosing while he travels as he does have to go back to Chicago to see family. Discuss with patient how to properly increase the medication as it does go safely to 400 mg daily. Patient verbalized understanding how to self escalate to help with his symptoms. Patient may be a good candidate for the spheno catheter procedure especially with any flairs.

**ROS:**
10 point review of systems obtained was negative except for symptoms mentioned above.

**Medical History:** Headache/Migraine, Ringing in ears, Dizziness, Vertigo, Numbness/Tingling.

**Family History:**
Hypertension, diabetes.

**Social History:**
Patient is a nonsmoker, denies any drug or alcohol use, denies any energy drink use, drinks limited caffeine.

**Medications:** Taking Clindamycin HCl , Taking Hydrocodone-Ibuprofen , Taking Oxycodone HCl , Taking Ibuprofen , Taking Gabapentin , Taking Montelukast Sodium , Taking Proventil , Taking Fluticasone Furoate-Vilanterol , Taking Zonegran 25 Capsule 1 capsule Once a day, Taking Zonisamide 50 MG Capsule 1 capsule Once a day at bedtime

**Allergies:** Codeine Phosphate, Penicillin family, Amoxicillin.

## Objective:

**Vitals:** HR 66 /min, BP 153/92 mm Hg, Wt 261 lbs, Ht 5 ft 10 in, BMI 37.45 Index, Ht-cm 177.8 cm, Wt-kg 118.39 kg.

**Examination:**
General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic.
EYES: pupils equal, round, reactive to light and accommodation.

**Physical Examination:**
Neurologic examination:
Mental status: The patient's orientation, memory, attention, language and fund of knowledge was normal.
Cranial nerves: Visual acuity and visual fields were intact, the oculomotor, trochlear and abducens nerve was intact, no trigeminal neuropathy was noted, no facial nerve palsy was noted, hearing was intact, shoulder shrug was intact bilaterally and there was no tongue deviation with protrusion.
Sensory: Light touch was intact.
Motor: Motor examination was 5/5 throughout with sustained power. Gait and balance was normal. Muscle tone was normal throughout.

## Assessment:



EXHIBIT
3, part 2

**Assessment:**
1. Other postherpetic nervous system involvement - B02.29 (Primary)
2. Trigeminal neuralgia - G50.0
3. Other peripheral vertigo, unspecified ear - H81.399

**Plan:**

**1. Other postherpetic nervous system involvement**
Notes: #1. Increase Zonegran to 50 mg 2 tablets daily for improved symptom relief. Especially with his travels. Discussed that patient may take 1 extra every 3 days. If needed during flareups.
#2. Can consider other medications such as Oxtellar, or generic carbamazepine to help with his symptom control.
#3. Patient to follow up in 2 months.

**2. Trigeminal neuralgia**
Stop Zonegran Capsule, 25, 1 capsule, Orally, Once a day ; Refill Zonisamide Capsule, 50 MG, 1-4 capsules daily, Orally, Once a day at bedtime, 30 day(s), 120, Refills 3 .
Notes: #1. Increase Zonegran to 50 mg 2 tablets daily for improved symptom relief. Especially with his travels. Discussed that patient may take 1 extra every 3 days. If needed during flareups.
#2. Can consider other medications such as Oxtellar, or generic carbamazepine to help with his symptom control.
#3. Patient to follow up in 2 months.

**Follow Up:** 2 Months

**Provider:** Albert L. Klaski, M.D.
**Patient:** Finley, Ronald **DOB:** **Date:** 04/27/2016

**Electronically signed by Albert Klaski , MD on 04/27/2016 at 07:02 PM CDT**
**Sign off status: Completed**

**Progress Notes**

**Patient:** Finley, Ronald
**Account Number:** 36829
**DOB:** **Age:** 51 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Andrea Patton

**Provider:** Albert L. Klaski, M.D.
**Date:** 07/07/2016

## Subjective:

**Chief Complaints:**

1. F/u.

**HPI:**

Constitutional:

Patient is a pleasant 51-year-old male returns to clinic for follow-up on his postherpetic neuralgia. Patient was started on Zonegran 25 mg by mouth daily at bedtime on last visit. Patient states that he was making improvements with his symptoms and felt controlled until he had to go to Chicago for a funeral. Patient states that he feels the cold weather exacerbate his symptoms, which is very plausible. Per discussion we will increase his Zonegran to 50 mg twice daily 200 mg total for improved overall relief. Patient may increase his dosing while he travels as he does have to go back to Chicago to see family. Discuss with patient how to properly increase the medication as it does go safely to 400 mg daily. Patient verbalized understanding how to self escalate to help with his symptoms. Patient may be a good candidate for the spheno catheter procedure especially with any flairs.

**ROS:**

10 point review of systems obtained was negative except for symptoms mentioned above.

**Medical History:** Headache/Migraine, Ringing in ears, Dizziness, Vertigo, Numbness/Tingling.

**Family History:**
Hypertension, diabetes.

**Social History:**
Patient is a nonsmoker, denies any drug or alcohol use, denies any energy drink use, drinks limited caffeine.

**Medications:** Taking Clindamycin HCl , Taking Hydrocodone-Ibuprofen , Taking Oxycodone HCl , Taking Ibuprofen , Taking Gabapentin , Taking Montelukast Sodium , Taking Proventil , Taking Fluticasone Furoate-Vilanterol , Taking Zonisamide 50 MG Capsule 1-4 capsules daily Once a day at bedtime

**Allergies:** Codeine Phosphate, Penicillin family, Amoxicillin.

## Objective:

**Vitals:** HR 73 /min, BP 162/89 mm Hg, Wt 261 lbs, Ht 5 ft 10 in, BMI 37.45 Index, Ht-cm 177.8 cm, Wt-kg 118.39 kg.

**Examination:**

General Examination:

GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic.
EYES: pupils equal, round, reactive to light and accommodation.

**Physical Examination:**

Neurologic examination:
Mental status: The patient's orientation, memory, attention, language and fund of knowledge was normal.
Cranial nerves: Visual acuity and visual fields were intact, the oculomotor, trochlear and abducens nerve was intact, no trigeminal neuropathy was noted, no facial nerve palsy was noted, hearing was intact, shoulder shrug was intact bilaterally and there was no tongue deviation with protrusion.
Sensory: Light touch was intact.
Motor: Motor examination was 5/5 throughout with sustained power. Gait and balance was normal. Muscle tone was normal throughout.

## Assessment:

**Assessment:**
1. Trigeminal neuralgia - G50.0 (Primary)
2. Other postherpetic nervous system involvement - B02.29

**Plan:**

**1. Trigeminal neuralgia**
Start Carbamazepine Tablet, 200 MG, 1 tablet, Orally, Twice a day, 30 day(s), 60, Refills 3 .
Procedure: SphenoCath
severe trigeminal neuralgia pain. right side.

Notes: #1. Spheno-catheter procedure for difficult to control trigeminal neuralgia on the right side of his face.
#2. Start carbamazepine 200 mg by mouth every 12 for symptom relief.
#3. Patient to follow up in 2 weeks. We'll escalate and maximize carbamazepine. If ineffective we will likely progress to Lyrica.
#4. Patient to follow up in 2 weeks.

**Follow Up:** 2 Weeks

**Provider:** Albert L. Klaski, M.D.
**Patient:** Finley, Ronald **DOB:** **Date:** 07/07/2016

**Electronically signed by Albert Klaski , MD on 07/07/2016 at 07:01 PM CDT**
**Sign off status: Completed**

## Progress Notes

**Patient:** Finley, Ronald
**Account Number:** 36829
**DOB:** **Age:** 51 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Andrea Patton

**Provider:** Albert L. Klaski, M.D.
**Date:** 09/13/2016

---

### Subjective:

**Chief Complaints:**
1. F/u.

**HPI:**
Constitutional:
Patient is a 51-year-old male returns to clinic for follow-up on his trigeminal neuralgia. On last visit patient was started on carbamazepine 200 mg by mouth every 12. Patient was scheduled for a 2 week follow-up, but returns almost 2 months later. Patient states that since his last visit he has been improved, but continues to get intermittent flares that are pretty severe. Still around 10/10, lasting around 30 minutes feels debilitated. Patient states the medication has been helpful and we will increase to the 200 mg 2 tablets in the morning and at bedtime for 800 mg daily for improved prevention. Can consider oxcarbazepine patient has side effects to the medication. We'll also do some mild tramadol to help with flares. Once. Patient stabilized on medications. Consider adding extra dose of his current medication such as carbamazepine during flares.

**ROS:**
10 point review of systems obtained was negative except for symptoms mentioned above.

**Medical History:** Headache/Migraine, Ringing in ears, Dizziness, Vertigo, Numbness/Tingling.

**Family History:**
Hypertension, diabetes.

**Social History:**
Patient is a nonsmoker, denies any drug or alcohol use, denies any energy drink use, drinks limited caffeine.

**Medications:** Taking Clindamycin HCl , Taking Hydrocodone-Ibuprofen , Taking Oxycodone HCl , Taking Ibuprofen , Taking Gabapentin , Taking Montelukast Sodium , Taking Proventil , Taking Fluticasone Furoate-Vilanterol , Taking Zonisamide 50 MG Capsule 1-4 capsules daily Orally Once a day at bedtime, Taking Carbamazepine 200 MG Tablet 1 tablet Orally Twice a day

**Allergies:** Codeine Phosphate, Penicillin family, Amoxicillin.

### Objective:

**Vitals:** HR 62 /min, BP 149/88 mm Hg, Wt 261 lbs, Ht 5 ft 10 in, BMI 37.45 Index, Ht-cm 177.8 cm, Wt-kg 118.39 kg.

**Examination:**
General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic.
EYES: pupils equal, round, reactive to light and accommodation.

**Physical Examination:**
Neurologic examination:
Mental status: The patient's orientation, memory, attention, language and fund of knowledge was normal.
Cranial nerves: Visual acuity and visual fields were intact, the oculomotor, trochlear and abducens nerve was intact, no trigeminal neuropathy was noted, no facial nerve palsy was noted, hearing was intact, shoulder shrug was intact bilaterally and there was no tongue deviation with protrusion.
Sensory: Light touch was intact.
Motor: Motor examination was 5/5 throughout with sustained power. Gait and balance was normal. Muscle tone was normal throughout.

### Assessment:

**Assessment:**
1. Trigeminal neuralgia - G50.0 (Primary)

**Plan:**

**1. Trigeminal neuralgia**
Refill Carbamazepine Tablet, 200 MG, 2 tablets, Orally, Twice a day, 30 day(s), 120 Tablet, Refills 3 ; Stop Zonisamide Capsule, 50 MG, 1-4 capsules daily, Orally, Once a day at bedtime ; Start Tramadol HCl Tablet, 50 MG, 1-2 tablets as needed, Orally, every 8 hours, 30 days, 60, Refills 1 .
Notes: #1. Increase carbamazepine to 200 mg 2 tablets in the morning and at bedtime for trigeminal neuralgia relief.
#2. Should patient continue to have increased side effects switched to oxcarbazepine.
#3. Tramadol 50 mg 1-2 tabs by mouth when necessary for flares.
#4. Patient to follow up in 1 month.

**Follow Up:** 4 Weeks

**Provider:** Albert L. Klaski, M.D.
**Patient:** Finley, Ronald **DOB:** **Date:** 09/13/2016

**Electronically signed by Albert Klaski , MD on 09/22/2016 at 05:15 PM CDT**
**Sign off status: Completed**

**Progress Notes**

**Patient:** Finley, Ronald
**Account Number:** 36829
**DOB:** **Age:** 52 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Andrea Patton

**Provider:** Albert L. Klaski, M.D.
**Date:** 11/14/2016

## Subjective:

**Chief Complaints:**

1. F/U.

**HPI:**

Constitutional:

Patient is a pleasant 52-year-old male returns to clinic for follow-up on his trigeminal neuralgia symptoms. On last visit patient was increased in his carbamazepine to 200 mg 2 tablets in the morning and at nighttime and was improved at that time with a nice reduction in his overall symptoms. Patient states that since his last visit. He continues to be improved but still gets significant flares. Per discussion we'll increase his carbamazepine 3 tablets in the morning and 3 tablets at the night, which will maximize the medication. Should he not have frank improvement we can decrease back down or try switching to oxcarbazepine. Patient was given literature on CyberKnife technique for chronic trigeminal neuralgia for review. Patient may call for placement for discussion with his surgeon/radiation oncologist.

**ROS:**

10 point review of systems obtained was negative except for symptoms mentioned above.

**Medical History:** Headache/Migraine, Ringing in ears, Dizziness, Vertigo, Numbness/Tingling.

**Family History:**
Hypertension, diabetes.

**Social History:**
Patient is a nonsmoker, denies any drug or alcohol use, denies any energy drink use, drinks limited caffeine.

**Medications:** Taking Clindamycin HCl , Taking Hydrocodone-Ibuprofen , Taking Oxycodone HCl , Taking Ibuprofen , Taking Gabapentin , Taking Montelukast Sodium , Taking Proventil , Taking Fluticasone Furoate-Vilanterol , Taking Carbamazepine 200 MG Tablet 2 tablets Orally Twice a day

**Allergies:** Codeine Phosphate, Penicillin family, Amoxicillin.

## Objective:

**Vitals:** HR 93 /min, BP 137/92 mm Hg, Wt 261 lbs, Ht 5 ft 10 in, BMI 37.45 Index, Ht-cm 177.8 cm, Wt-kg 118.39 kg.

**Examination:**

General Examination:

GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic.
EYES: pupils equal, round, reactive to light and accommodation.

**Physical Examination:**

Neurologic examination:
Mental status: The patient's orientation, memory, attention, language and fund of knowledge was normal.
Cranial nerves: Visual acuity and visual fields were intact, the oculomotor, trochlear and abducens nerve was intact, no trigeminal neuropathy was noted, no facial nerve palsy was noted, hearing was intact, shoulder shrug was intact bilaterally and there was no tongue deviation with protrusion.
Sensory: Light touch was intact.
Motor: Motor examination was 5/5 throughout with sustained power. Gait and balance was normal. Muscle tone was normal throughout.

## Assessment:

**Assessment:**

1. Trigeminal neuralgia - G50.0 (Primary)

**Plan:**

**1. Trigeminal neuralgia**
Refill Carbamazepine Tablet, 200 MG, 3 tablets, Orally, Twice a day, 30 day(s), 180 Tablet, Refills 3 ; Start Tramadol HCl Tablet, 50 MG, 1-2 tablets as needed, Orally, every 8 hours, 30 days, 90, Refills 0 .
Notes: #1. Increase carbamazepine to 200 mg 3 tablets in the morning and at bedtime for trigeminal neuralgia relief.
#2. Should patient continue to have increased side effects switched to oxcarbazepine.
#3. Tramadol 50 mg 1-2 tabs by mouth when necessary for flares.
#4. Patient to follow up in 1 month.

**Follow Up:** 4 Weeks, 2 Months

**Provider:** Albert L. Klaski, M.D.
**Patient:** Finley, Ronald **DOB:** **Date:** 11/14/2016

Albert Klaski

**Electronically signed by Albert Klaski , MD on 11/14/2016 at 05:40 PM CST**
**Sign off status: Completed**

## Progress Notes

**Patient:** Finley, Ronald
**Account Number:** 36829
**DOB:** **Age:** 53 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Andrea Patton

**Provider:** Albert L. Klaski, M.D.
**Date:** 02/07/2018

## Subjective:

**Chief Complaints:**
1. F/U.

**HPI:**
Constitutional:
Patient is a pleasant 52-year-old male returns to clinic for follow-up on his trigeminal neuralgia symptoms. Patient went for a second opinion and unfortunately with his medication changes he did not do well. We will restart the carbamazepine 200 mg 1 tablet by mouth every 12 and then increase to 2 tablets in the morning and at night time. I would like patient seen at Barrows or to have discussion for possible CyberKnife for gamma knife techniques for his chronic trigeminal neuralgia.

**ROS:**
10 point review of systems obtained was negative except for symptoms mentioned above.

**Medical History:** Headache/Migraine, Ringing in ears, Dizziness, Vertigo, Numbness/Tingling.

**Family History:**
Hypertension, diabetes.

**Social History:**
Patient is a nonsmoker, denies any drug or alcohol use, denies any energy drink use, drinks limited caffeine.

**Medications:** Taking Clindamycin HCl , Taking Hydrocodone-Ibuprofen , Taking Oxycodone HCl , Taking Ibuprofen , Taking Gabapentin , Taking Montelukast Sodium , Taking Proventil , Taking Fluticasone Furoate-Vilanterol , Taking Carbamazepine 200 MG Tablet 3 tablets Orally Twice a day

**Allergies:** Codeine Phosphate, Penicillin family, Amoxicillin.

## Objective:

**Vitals:** HR 59 /min, BP 164/91 mm Hg, Wt 261 lbs, Ht 5 ft 10 in, BMI 37.45 Index, Ht-cm 177.8 cm, Wt-kg 118.39 kg.

**Examination:**
General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic.
EYES: pupils equal, round, reactive to light and accommodation.

**Physical Examination:**
Neurologic examination:
Mental status: The patient's orientation, memory, attention, language and fund of knowledge was normal.
Cranial nerves: Visual acuity and visual fields were intact, the oculomotor, trochlear and abducens nerve was intact, no trigeminal neuropathy was noted, no facial nerve palsy was noted, hearing was intact, shoulder shrug was intact bilaterally and there was no tongue deviation with protrusion.
Sensory: Light touch was intact.
Motor: Motor examination was 5/5 throughout with sustained power. Gait and balance was normal. Muscle tone was normal throughout.

## Assessment:

**Assessment:**
1. Trigeminal neuralgia - G50.0 (Primary)

**Plan:**

**1. Trigeminal neuralgia**
Refill Carbamazepine Tablet, 200 MG, 3 tablets, Orally, Twice a day, 30 day(s), 180 Tablet, Refills 3 .
Notes: #1. Restart carbamazepine 200 mg by mouth every 12 for the first week and escalated to 2 tablets twice daily.
#2. Would like patient seen at Barrows for possible gamma knife/CyberKnife for his trigeminal neuralgia.
#3. Patient to follow-up in one month.

**Provider:** Albert L. Klaski, M.D.
**Patient:** Finley, Ronald **DOB:** **Date:** 02/07/2018

To view a High Resolution & Color copy of this fax:

1. Go to www.hellofax.com/HighRes

2. Enter Access Code: 61e9c84738

# Fax

***From***

Ronald D. Finley Claim #5616243

***To***

Jessica Austin

***Number of pages***

16

***Message***

Attached, please find my Long Term Disability Appeal for Denial Request.

18 February 2018

Jessica Austin
Liberty Mutual Insurance aka. Liberty Life Assurance Company of Boston.

Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

Phone No.: (888) 437-7611

Secure Fax No.:(603) 427-1844

Re: Ronald DeWitt Finley Disability Appeal Letter for Denial Dated August 23, 2017

or

Long Term Dissabilty Benefits Dicks Sporting Goods, Inc.
Claim #: 5616243

Dear Ms. Jessica Austin Technical Claims Consultant,

Please accept this letter as Ronald D. Finley's appeal to Liberty Mutual Insurance aka. Liberty Life Assurance Company of Boston, decision to deny coverage for my Long Term Dissabilty benefits. It is my understanding based on your letter of denial dated August 23, 2017 that my long term dissabilty benefits have been denied because:
The diagnosis support by medical evidence is trigeminal neuralgia. G50.0 Based on the documentation provided, and from a neurological perspective only, the claimant has a diagnosis of trigeminal neuralgia, but there are no restrictions or limitations. It is acknowledged that the claimant developed trigeminal neuralgia after having shingles. However, Neurological examination is normal. MRI of the Brain is negative for any trigeminal nerve pathology. There is documentation that the use of Trileptal is beneficial. Based on the documentation provided, and from a neurological perspective only, the claimant has sustained Full-time medium work capacity.

As you know, I Ronald Finley was diagnosed with Shingles with complications of post herpetic neuralgia and trigeminal neuralgia on September 19, 2015. I am appealing the decision of Liberty Mutual Insurance aka. Liberty Life Assurance Company of Boston to discontinue my benefits. Because I have been unable to even attempt applying for any kind of work as I continue to suffer from extensive debilitating shocking nerve pain on the right side of my face, ear, eye, that radiates through all my teeth on the right upper and lower quadrants in my mouth. These episodes occur on average of seven to ten times a day at varying durations. I continue to suffer with, my ears ringing along with dizziness and vertigo which limits me walking do to potentially falling and injuring myself, and this condition has prevented me from driving a vehicle. I have tremendous difficulty concentrating on tasks as the pain is excruciating. This condition has me incapacitated and not being able to do anything but stay in the bed as the room spins.
I believe that you did not have all the necessary information at the time of your initial review. I have included with this letter, Physicians notes from Dr. Albert L. Klaski from Phoenix Neurology and Sleep Medicine. Dr. Klaski is a specialist in Neurology. I have been under his care since December 1, 2015. His notes discuss the need and his intent to refer me to see a specialist at Barrow Neurological Institute to be evaluated for Cyber-Knife Surgery to treat trigeminal neuralgia.

Based on this information, Ronald D. Finley is asking that you reconsider your previous decision and reinstate Long Term Disability Benefits. Should you require additional information, please do not hesitate to contact me at 623 551-9321 or 480-462-8762. I Ronald D. Finley will look forward to hearing from you in the near future.

Sincerely,

Ronald Finley

**Progress Notes**

**Patient:** Finley, Ronald
**Account Number:** 36829
**DOB:** **Age:** 51 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Andrea Patton

**Provider:** Albert L. Klaski, M.D.
**Date:** 12/01/2015

## Subjective:

**Chief Complaints:**

1. Post herpatic neurolgia / after shingles still had pain.

**HPI:**

Constitutional:

Patient is a pleasant 51-year-old male who presents to clinic with approximately 2 month history of postherpetic neuralgia symptoms. Patient states this is the second time he has had shingles. Most recent shingle episode developed along the right side of his year up to his head. Patient states this did slowly resolve, but he continues to have significant pain and discomfort along the area including deep inside his ear. He also states he gets intermittent vertigo sensations. Patient also seen a dentist who felt he may been having some dental issues on the right jawline area and has had some dental work done as well. Patient describes the discomfort as hot, burning, loss of appetite sensation like spiders crawling on his face in the areas of the V2 and V3 trigeminal positions. He also gets intermittent burning, deep in his ear. Patient was placed on gabapentin 300 mg every 8 hours, but this has been making him very tired and also has not had much relief with the medication itself. Patient is likely exhibiting postherpetic neuralgia neuropathy with crossover to intermittent trigeminal neuralgia secondary from viral infection. Per discussion we will start a longer acting medication that tends not to cause sedation was Zonegran 25 mg and after 2 weeks. We'll have patient call for possible increase to 50 mg daily at bedtime in 2 weeks. Other considerations can be carbamazepine, Lyrica. Hopefully over the course of 3-6 months patients symptoms will continue to slowly improve and resolve.

**ROS:**

10 point review of systems obtained was negative except for symptoms mentioned above.

**Medical History:** Headache/Migraine, Ringing in ears, Dizziness, Vertigo, Numbness/Tingling.

**Surgical History:** tonsillectomy , appendectomy , inguinal hernia repair , tendon repair .

**Family History:**
Hypertension, diabetes.

**Social History:**
Patient is a nonsmoker, denies any drug or alcohol use, denies any energy drink use, drinks limited caffeine.

**Medications:** Taking Clindamycin HCl , Taking Hydrocodone-Ibuprofen , Taking Oxycodone HCl , Taking Ibuprofen , Taking Gabapentin , Taking Montelukast Sodium , Taking Proventil , Taking Fluticasone Furoate-Vilanterol , Medication List reviewed and reconciled with the patient

**Allergies:** Codeine Phosphate, Penicillin family, Amoxicillin.

## Objective:

**Vitals:** HR 84 /min, BP 144/87 mm Hg, Wt 240 lbs, Ht 5 ft 10 in, BMI 34.43 Index, Ht-cm 177.8 cm, Wt-kg 108.86 kg.

**Examination:**

General Examination:

GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic.
EYES: pupils equal, round, reactive to light and accommodation.

**Physical Examination:**

Neurologic examination:
Mental status: The patient's orientation, memory, attention, language and fund of knowledge was normal.
Cranial nerves: Visual acuity and visual fields were intact, the oculomotor, trochlear and abducens nerve was intact, no trigeminal neuropathy was noted, no facial nerve palsy was noted, hearing was intact,

shoulder shrug was intact bilaterally and there was no tongue deviation with protrusion.
Sensory: Light touch was intact.
Motor: Motor examination was 5/5 throughout with sustained power. Gait and balance was normal.
Muscle tone was normal throughout.

## Assessment:

**Assessment:**
1. Other postherpetic nervous system involvement - B02.29 (Primary)

## Plan:

**1. Other postherpetic nervous system involvement**
Start Zonisamide Capsule, 25 MG, 1 capsule at bedtime, Orally, Once a day, may use extra dose during flares, 30 day(s), 45, Refills 3 .
Notes: #1. Start Zonegran 25 mg by mouth daily at bedtime for postherpetic neuropathy.
#2. Patient to call in 2 weeks to assess efficacy. We'll likely increase to 50 mg if needed. Advise patient if he has a flare to increase the medication to 2 tablets daily.
#3. Can consider Lyrica, carbamazepine.
#4. Stop gabapentin.
#5. Patient to follow up in 1 month.

**Follow Up:** 4 Weeks

**Provider:** Albert L. Klaski, M.D.
**Patient:** Finley, Ronald **DOB:** **Date:** 12/01/2015

[signature]

**Electronically signed by Albert Klaski , MD on 12/01/2015 at 05:18 PM CST**
**Sign off status: Completed**

1J291170002

Liberty Mutual. INSURANCE

RONALD D FINLEY

Liberty Mutual
Insurance

Liberty Mutual Benefits
Disability Claims
Tax Administration
P.O. Box 1525
Dover, NH 03821-1525
Phone: (888) 437-7611

Dear RONALD D FINLEY,

Claim 5616243

Your Liberty Life Assurance Company of Boston (Liberty Life) Disability Claim Manager referred your disability claim to the Financial Review Services Unit, because you were pursuing Social Security benefits at the time your claim closed.

As you know, your employer's disability plan requires us to reduce your disability benefits by the amount of income you receive from other sources, including Social Security, for yourself and any eligible dependents. A retroactive award may cause your disability claim to be considered overpaid, and you are responsible for repaying amounts paid for periods covered by your Social Security award. This obligation remains regardless of the status of your disability claim.

To update our files, please provide a copy of your most recent status from the Social Security Administration in the enclosed envelope. This could be in the form of a Denial letter or a Notice of Award. If your claim is still Pending, please keep this letter and reach out once a decision is made. If you are working with Allsup, The Advocator Group, or Doherty Cella Keane then you do not have to follow up, as they will notify us of status. If you are awarded, please provide a copy of your Notice of Award letter. Please be sure not to spend any retroactive payment you receive until we determine the overpayment of your benefits.

If you are unable to locate a copy of your most recent update, you may access this by visiting the Social Security Administration's website at www.socialsecurity.gov/myaccount where you can create an account and obtain any updates.

One self-addressed envelopes have been included for your convenience. Please call me if you have any questions.

Jess Keefer
Phone (888) 437-7611, ext 16450

1J291170002

0201000720

**SOCIAL SECURITY NOTICE**

---

From: Social Security Administration

---

Date: July 25, 2016

Claim Number:

RONALD DEWITT FINLEY

Claim for: Disability Insurance Benefits

We are writing about your claim for Social Security disability benefits. Based on a review of your health problems you do not qualify for benefits on this claim. This is because you are not disabled under our rules.

ABOUT THE DECISION

Doctors and other trained staff looked at this case and made this decision. They work for the state but used our rules.

Please remember that there are many types of disability programs, both government and private, which use different rules. A person may be receiving benefits under another program and still not be entitled under our rules. This may be true in this case.

We considered the opinions of your treating and/or examining medical sources as well as the opinions of non-medical sources in making this determination and weighed their opinion(s) in accordance with the Social Security Administration rules.

THE DECISION ON YOUR CASE

The following evidence (If any was submitted), including any you may have provided, was used to decide your claim:

PHOENIX NEUROLOGY & SLEEP MEDICINE - report received 07/08/2016
JCL-ANTHEM HEALTH CENTER - report received 06/21/2016
HONORHEALTH SONORAN HEALTH AND EMERGENCY CENTER - report received 06/24/201
FINLEY, RONALD DEWITT - report received 07/14/2016

You said you are disabled because of Postherpetic Neuralgia; Dizziness; Vertigo; Trigeminal neuralgia nerve pain; Severe ringing in the ears; Shocking pain from the eardrum throat right side of face;.

Your condition does not result in significant limitations in your ability to perform basic work activities. We have determined that your condition is not severe enough to be considered disabling. In deciding this, we considered the medical records, your statements, and how your condition affects your ability to work.

We have determined that your condition is not severe enough to be considered disabling. In deciding this, we considered the medical and other information, and how your condition affected your ability to work.

FINLEY, RONALD DEWITT

1J291170002

If your condition gets worse write, call or visit any Social Security office about filing another application.

IF YOU DISAGREE WITH THE DECISION

If you disagree with this decision, you have the right to appeal. We will review your case and consider any new facts you have. A person who did not make the first decision will decide your case.

* You have 60 days to ask for an appeal.

* The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.

* You must have a good reason for waiting more than 60 days to ask for an appeal.

* You have to ask for an appeal in writing. We will ask you to complete a form SSA-561-U2, called. "Request for Reconsideration". You may contact one of our offices or call 1-800-772-1213 to request this form. Or you may complete this form online at http://www.socialsecurity.gov/disability/appeal. Contact one of our offices if you want help.

* In addition, you should complete a "Disability Report - Appeal" to tell us about your medical condition since you filed your claim. You may contact one of our offices or call 1-800-772-1213 to request this form. Or, you may complete this report online after you complete the online Request for Reconsideration.

Please read the enclosed pamphlet, `Your Right to Question the Decision Made on Your Social Security Claim.` It contains more information about the appeal.

NEW APPLICATION

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with this decision and you file a new application instead of appealing:

* you might lose some benefits, or not qualify for any benefits, and

* we could deny the new application using this decision, if the facts and issues are the same.

So, if you disagree with this decision, you should file an appeal within 60 days.

IF YOU WANT HELP WITH YOUR APPEAL

You can have a friend, lawyer or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security Office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due Social Security benefits to pay toward the

1J291170002

fee.

DISABILITY RULES

DISABLED WORKER'S BENEFITS
You must meet certain rules to qualify for disabled worker's Social Security benefits. You must have the required work credits and your health problems must:

* keep you from doing any kind of substantial work (described below), and

* last, or be expected to last, for at least 12 months in a row, or result in death.

INFORMATION ABOUT SUBSTANTIAL WORK

Generally, substantial work is physical or mental work a person is paid to do. Work can be substantial even if it is part-time. To decide if a person's work is substantial, we consider the nature of the job duties, the skills and experience needed to do the job, and how much the person actually earns.

Usually, we find that work is substantial if gross earnings average over $1130 per month after we deduct allowable amounts. This monthly amount is higher for Social Security disability benefits due to blindness.

A person's work may be different than before his/her health problems began. It may not be as hard to do and the pay may be less. However, we may still find that the work is substantial under our rules.

If a person is self-employed, we consider the kind and value of his/her work, including his/her part in the management of the business, as well as income, to decide if the work is substantial.

OTHER BENEFITS

Based on the application you filed you are not entitled to any other benefits besides those you may already be getting. In the future, if you think you may be entitled to benefits, you will need to file again.

IF YOU HAVE ANY QUESTIONS

If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at (866) 348-7855 (866) 348-7855. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

16241 N. TATUM BLVD.
PHOENIX, AZ 85032

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us to serve you more quickly.

**Suspect Social Security Fraud?**
If you suspect Social Security fraud, please visit http://oig.ssa.gov/r or call the

FINLEY, RONALD DEWITT

1J291170002

Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**¿Sospecha que alguien está cometiendo fraude contra el Seguro Social?**
Si sospecha de fraude contra el Seguro Social, por favor visite http://oig.ssa.gov/e o llame a la línea directa de abuso y fraude de la Oficina del Inspector General, 1-800-269-0271, y oprima el 7 para español (TTY 1-866-501-2101).

***Social Security Administration***

05-10058
PFI=N,CNTYCD=PHX,CTYPCD=21,TITLEIND=02

KIR626/autoclsp/0001

CC: JEREMY DAVID PEKAS

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 24 Aug 2017 12:52:55 +0000
**To:** leavesofabsence@dcsg.com
**Subject:** Claim # 5616243, RONALD FINLEY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 9/20/2015. The claim has been approved through 8/24/2017. As of 8/25/2017 this claim is closed. The case manager for this claim is Jessica Austin. The claim number is 5616243.

If you have further questions, please call Liberty Mutual Insurance at (800) 210-0268.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. RONALD FINLEY

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

August 23, 2017

Mr. Ronald D. Finley

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243

Dear Mr. Ronald Finley:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Dick's Sporting Goods, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of your eligibility for benefits and have determined that benefits are not payable beyond August 24, 2017. Dick's Sporting Goods, Inc.'s LTD Policy requires that to receive benefits you must meet the following definition of disability:

> ***"Disability"*** *or* ***"Disabled"****, with respect to Long Term Disability, means:*
>
> 1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
>
>    i. *if the Covered Person is eligible for the 24 Month Own Occupation benefit,* ***"Disability"*** *or* ***"Disabled"*** *means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
>    ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> 2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*
>
>    ***"Disability" or "Disabled"*** *means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*
>
> ***"Own Occupation"****, with respect to Long Term Disability, means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the*

*purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed in the national economy.*

You have been receiving LTD benefits for your disability since March 20, 2016.

In order to evaluate whether or not you continued to meet the above definition of disability, we requested medical information from your physician(s).

You submitted a claim for post-herpetic trigeminal neuralgia and your claim file contains the following medical documentation:

- Records from Andrea Patton, MD, dated 9/19/15, 9/22/15, 10/8/15, 10/29/15, 11/24/15, 12/23/15
- Records from Dr. Klaski, Neurology, dated 12/1/15, 2/1/15 7/7/16, 9/13/16
- Records from Dr. Gitt, Neurology, dated 5/2/17 and 6/26/17
- MRI of the brain dated 5/24/17
- Records from JCL Deer Valley Hospital, Physical Therapy department, dated 1/6/16, 1/13/16, 2/12/16

You initially went out of work due to en episode of shingles on the right scalp. You subsequently developed post-herpetic trigeminal neuralgia on the right side of your face. You had a very complicated course including severe pain, vertigo, and unsuccessful medication trials with debilitating side effects. Most recently, you began treating with a new Neurologist, Dr. Gitt, in May 2017.

In order to assess your current level of impairment, your file was referred for a review with a physician, Board Certified in Neurology. According to the July 25, 2017 report,

*The diagnosis supported by the medical evidence is trigeminal neuralgia. G50.0.*

*Based on the documentation provided, and from a neurological perspective only, the claimant has a diagnosis of trigeminal neuralgia, but there are no restrictions and limitations.*

*It is acknowledged that the claimant developed trigeminal neuralgia after having shingles. However, neurological examination is normal. MRI of the brain is negative for any trigeminal nerve pathology. There is documentation that the use of Trileptal is beneficial.*

*Based on the documentation provided, and from a neurological perspective only, the claimant has sustained full-time medium work capacity.*

The physician reviewing your file attempted to contact Dr. Gitt to discuss your case, however he was advised by Dr. Gitt's office staff that the doctor does not get involved in disability claims. We also faxed a copy of the above review to Dr. Gitt, asking that if he did not agree with above assessment to provide any comments by August 17, 2017; to date we have not recieved a response.

Based on the medical documentation received in relation to the requirements of your occupation, you no longer meet the definition of disability outlined above. Thus benefits are no longer payable and we must close your claim.

Any pending application(s) for benefits that are considered an offset under the disability Policy continue to be applicable to your claim. If benefits are awarded retroactive to your period of disability with Liberty, you are expected to repay the amount of any other benefit you would have received during the time period that you received disability per the language of the disability Policy. Should Liberty receive notification of any such award, a representative from our Financial Review Services will notify you regarding any repayment due.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the date of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

All office treatment notes, diagnostic test results, procedure reports, and pharmacy records from June 2017 through the present date, from Dr. Gitt, Dr. Patton, or any other treating providers.

You should also provide any additional information that you feel will support your claim.

You may request to review pertinent claim file documents upon which the denial of benefits was based. If Liberty Life does not receive your written request for review within 180 days from the date of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | August 7, 2017 |
| To: | DR JEFFREY GITT DO<br>CENTER FOR NEUROLOGY AND SPINE<br>3815 E BELL ROAD<br>SUITE 2400<br>PHOENIX AZ 85032-2122 |
| Attn: | Dr. Gitt |
| Fax: | (623) 328-9181 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 7 |
| RE: | Claim #: 5616243<br>Claimant: Ronald Finley<br><br>Dick's Sporting Goods, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

August 7, 2017

Dr. Jeffrey Gitt, Do
Center For Neurology and Spine
3815 E BELL ROAD
SUITE 2400
PHOENIX, AZ 85032-2122

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Jeffrey Gitt:

We are the Disability Claim Administrator for your patient, Ronald Finley.

On August 4, 2017 a/an Peer Review was performed to assist us in determining Mr. Finley's eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

*Based on the documentation provided, and from a neurological perspective only, the claimant has sustained full-time medium work capacity.*

Please review the enclosed report by David B. Hoenig, MD , and provide any comments you wish to have considered. If you disagree with David B. Hoenig, MD 's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by August 17, 2017. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Finley allowing the release of information to our company. This authorization specifically allows you to

release medical information to us and is valid for two years from the date of Mr. Finley's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: 5616243-MEDICAL-CP/PEER REVIEW-08.04.2017

MES
Peer Review Services

# *Peer Review Report*

| | | | |
|---|---|---|---|
| **Referral Date:** | 7/25/17 | **Review Type:** | Disability |
| **Claimant's Name:** | Ronald D Finley | **Group/Policy/ Claim Number:** | 5616243 |
| **MES Case Number:** | 31817100089 | **Service:** | Initial Record Review |
| **Client:** | Liberty Mutual | **Referred By:** | Jessica Austin |

**DATA REVIEWED AND CONTACT INFORMATION:**

- Liberty Mutual-Independent Evaluation Peer Review- Jessica Austin- 7/25/2017
- Liberty Mutual Insurance- Lisa Plocharczyk- 12/4/2015
- Group Market Claimant Ops Reporting- Ronald Finley- 10/12/2015, 10/16/2015, 11/18/2015, 11/2/2015, 12/4/2015, 12/24/2015, 12/28/2015, 12/30/2015, 1/27/2016
- Facsimile- Lisa Plocharczyk- 10/13/15
- Attending Physician's Return to Work Form- Andrea Patton PHD- 9/19/15
- Medical Certification Form Employee's Serious Health Condition- Andrea Patton- 10/8/15
- Office Visit- Andrea Patton- 10/8/2015
- Cave Creek Family Medicine- Ronald D Finley- 9/22/2015
- Attending Physician's Return to Work Form- Andrea Patton MD- 9/19/15
- Facsimile- Honor Health- 10/29/15
- Medical Certification Form Employee's Serious Health Condition- Andrea Patton- 9/19/15
- Encounter Date- Andrea W Patton- 10/8/2015, 10/29/2015
- Honor Health- Catherine MH- 10/29/15
- Attending Physician's Return to Work Form- Andrea Patton MD- 9/19/15
- Medical Certification Form Employee's Serious Health Condition- Ronald Finley- 10/8/15
- Office Visit- Andrea W. Patton- 9/22/2015
- Cave Creek Family Medicine- Andrea W. Patton MD- 10/8/2015, 10/29/2015
- Facsimile- Catherine- 11/24/2015
- Honor Health- Andrea Patton- 11/24/2015
- Facsmile- Ronda- 11/30/2015- 12/28/2015
- Liberty Mutual Insurance- Dr. Andrea Patton- 11/30/2015
- HonorHealth Medical Group- Ronald D. Finley- 11/24/2015
- Progress Notes- Andrea W. Patton MD- 11/24/2015
- HonorHealth- Facsimile- 12/28/2015
- Liberty Mutual Insurance- Dr. Andrea Patton- 10/29/2015, 11/30/2015, 12/28/2015
- Office Visit- Matthew C Bean MD- 12/23/2015
- Liberty Mutual Insurance- Ronald Finley- 10/12/2015, 11/30/2015, 12/19/2015, 12/28/2015, 1/26/2016, 5/12/2016
- FAX- Jessica Austin- 2/16/2016, 12/22/2016
- Ober Pekas- Jeremy D. Pekas- 12/6/2016
- Activities Questionaire- Dick's Sporting Goods Inc.- 2/3/2016
- Family Information Questionnaire- Dick's Sporting Goods Inc.- 2/3/2016
- Liberty Mutual Insurance- Dick's Sporting Goods INc- 1/1/2014 to 1/26/2016
- Attending Physician's Fitness for Duty Statement- Andrea Patton- 9/19/15

- Medical Certification Form Employee's Serious Health Condition- Dr. Andrea Patton- 5/24/14
- Client Relations Representative- Heather Ross- 1/25/2017
- Liberty Mutual Disability- Ross Louviere- 2/11/2016
- TCMS- Ronald D. Finley- 9/20/2015
- Liberty Mutual Investigation Referral- Jessica Austin- 1/26/2016
- Liberty Mutual Disability- Jessica Austin- 1/30/2017
- Bactes- Jessica Arpin- 7/7/2017
- Phoenix Neurology & Sleep Medicine- Liberty Mutual Insurance- 10/6/2016
- Hub Enterprises, Inc.- Jessica Austin- 2/11/16
- Liberty Mutual Insurance- Dr. Jeffery Gitt- 6/30/2017
- Liberty Mutual Insurance- Ronald Ftellow- 2/3/16

On July 27, 2017 at 8:45 AM Pacific Time I called the office of Dr. Gitt and spoke to Annalisa. The doctor was not available. She took a message for the doctor to call me back regarding the claimant. On July 31, 2017 at 8:25 AM Pacific Time I spoke to Laura. The doctor was not available. She took a message for the doctor to call me back regarding the claimant. On August 1, 2017 at 8:10 AM Pacific Time I spoke to Laura. She spoke to me on behalf of the doctor. The doctor does not get involved in disability claims.

**SUMMARY OF RECORDS:**

On February 7, 2016 and February 8, 2016, the claimant is under video surveillance. He was not seen those days.

On October 12, 2016, the claimant received a letter from the Social Security Administration. It was determined that his condition is not severe enough to keep him from working.

On January 12, 2017, Dr. Patton completed restrictions for. He has shingles, postherpetic neuralgia, and trigeminal neuralgia. He can do heavy activity.

From January 23, 2017 through January 25, 2017, the claimant was under video surveillance. He was not seen on those days.

On May 2, 2017, the claimant sees Dr. Gitt. In September 2015 he had shingles in his right scalp. He complains of a sensation of a Taser in the right side of his face. He gets shocks and sparks and jolts of pain in the right side of his face involving the upper lip, lower lip, cheek, and chin on the right. Tegretol resulted in drowsiness. Zonegran did not help. Gabapentin did not help. He had vertigo that resolved. Tylenol, ibuprofen, and tramadol are not helping. He has been on disability because of this problem. Neurological examination shows normal mentation, speech, motor function, sensation, reflexes, coordination, gait, and tandem gait. Trileptal is started.

On May 24, 2017, the claimant has an MRI of the brain. There are nonspecific white matter changes. There is a normal examination of the trigeminal nerve.

On June 26, 2017, the claimant sees Dr. Gitt. He is there for trigeminal neuralgia. When he increased Trileptal to 300 mg twice a day is pain reduced dramatically. He has some episodes of pain that is less severe. Neurological examination shows normal mentation, speech, cranial nerves, motor function, sensation, reflexes, coordination, gait, and tandem gait. The plan is for Trileptal.

There is documentation from 2015 and 2016 pertaining to the claimant's general health.

**<u>REVIEW QUESTION (S):</u>**
**1. Please note all diagnoses with coinciding ICD-10 codes supported by the medical evidence (including co-morbids and ICD-10 codes).**

The diagnosis supported by the medical evidence is trigeminal neuralgia. G50.0.

**2. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc.). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing sustained full time activities throughout a work day.**

Based on the documentation provided, and from a neurological perspective only, the claimant has a diagnosis of trigeminal neuralgia, but there are no restrictions and limitations.

It is acknowledged that the claimant developed trigeminal neuralgia after having shingles. However, neurological examination is normal. MRI of the brain is negative for any trigeminal nerve pathology. There is documentation that the use of Trileptal is beneficial.

**3. Does the medical evidence support any side effects from the prescribed medications? If yes, please describe the supported impairments and outline how any impairment affects functional capacity.**

The medical evidence does not support any side effects from currently prescribed medications.

**4. In your opinion, does the claimant have full-time, sustained, medium work capacity? If no, what is the prognosis for improvement? Please outlined your rationale.**

Based on the documentation provided, and from a neurological perspective only, the claimant has sustained full-time medium work capacity.

**5. Please contact Dr. Gitt. When contacting the treating provider(s) please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability. During the conversation, the employee's functional abilities should be discussed for RTW plan/goals. Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes. Please specify issues that were not clarified and summarize where the provider opinion remains not supported by available medical records.**

Provider contact attempts are detailed above.

**<u>Conflict of Interest Attestation:</u>**
*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health*

*plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review. I attest that I have the scope of licensure and certification that typically manages the medical condition, procedure, treatment, or issue under review; and I have current, relevant experience and/or knowledge to render a determination for this case under review.*

David B. Hoenig, M.D.
Board Certified in Neurology
CA License #82847
08/04/2017

MES SOLUTIONS SINCE 1978

# INVOICE

8/4/2017
Invoice #: 31817100089

**MES Peer Review Services**
100 Morse Street
NORWOOD MA 02062
800-706-8427 (main) 781-255-0404 (fax)
www.mesgroup.com

Attention:
LIBERTY MUTUAL/DOVER/DISABILITY/PEERS
DISABILITY
100 LIBERTY WAY
P.O. BOX 1525 MAIL STOP 03F
DOVER, NH 03820

Claim Number 5616243
Claimant Ronald D. Finley
Referral Date: 7/25/2017 11:17:00 Peer Review Specialty: Neurology

Jurisdiction: AZ
Federal Id: 38-2193020
S.S. # :
D.O.I. :

Employer:
TAX ID #: 38-2193020

| Description of Services | Amount Due |
|---|---|
| Peer Review Services | 1,175.00 |
| **Total Due:** | $1,175.00 |

*Prompt payment within 30 days is greatly appreciated!*

**Remit Payment To:**

Medical Evaluation Specialists, Inc.
100 Morse Street,
Norwood MA 02062

*... priority peer review service*

MES Peer Review Services

# *Peer Review Report*

| | | | |
|---|---|---|---|
| **Referral Date:** | 7/25/17 | **Review Type:** | Disability |
| **Claimant's Name:** | Ronald D Finley | **Group/Policy/ Claim Number:** | 5616243 |
| **MES Case Number:** | 31817100089 | **Service:** | Initial Record Review |
| **Client:** | Liberty Mutual | **Referred By:** | Jessica Austin |

**DATA REVIEWED AND CONTACT INFORMATION:**

- Liberty Mutual-Independent Evaluation Peer Review- Jessica Austin- 7/25/2017
- Liberty Mutual Insurance- Lisa Plocharczyk- 12/4/2015
- Group Market Claimant Ops Reporting- Ronald Finley- 10/12/2015, 10/16/2015, 11/18/2015, 11/2/2015, 12/4/2015, 12/24/2015, 12/28/2015, 12/30/2015, 1/27/2016
- Facsimile- Lisa Plocharczyk- 10/13/15
- Attending Physician's Return to Work Form- Andrea Patton PHD- 9/19/15
- Medical Certification Form Employee's Serious Health Condition- Andrea Patton- 10/8/15
- Office Visit- Andrea Patton- 10/8/2015
- Cave Creek  Family Medicine- Ronald D Finley- 9/22/2015
- Attending Physician's Return to Work Form- Andrea Patton MD- 9/19/15
- Facsimile- Honor Health- 10/29/15
- Medical Certification Form Employee's Serious Health Condition- Andrea Patton- 9/19/15
- Encounter Date- Andrea W Patton- 10/8/2015, 10/29/2015
- Honor Health- Catherine MH- 10/29/15
- Attending Physician's Return to Work Form- Andrea Patton MD- 9/19/15
- Medical Certification Form Employee's Serious Health Condition- Ronald Finley- 10/8/15
- Office Visit- Andrea W. Patton- 9/22/2015
- Cave Creek Family Medicine- Andrea W. Patton MD- 10/8/2015, 10/29/2015
- Facsimile- Catherine- 11/24/2015
- Honor Health- Andrea Patton- 11/24/2015
- Facsmile- Ronda- 11/30/2015- 12/28/2015
- Liberty Mutual Insurance- Dr. Andrea Patton- 11/30/2015
- HonorHealth Medical Group- Ronald D. Finley- 11/24/2015
- Progress Notes- Andrea W. Patton MD- 11/24/2015
- HonorHealth- Facsimile- 12/28/2015
- Liberty Mutual Insurance- Dr. Andrea Patton- 10/29/2015, 11/30/2015, 12/28/2015
- Office Visit- Matthew C Bean MD- 12/23/2015
- Liberty Mutual Insurance- Ronald Finley- 10/12/2015, 11/30/2015, 12/19/2015, 12/28/2015, 1/26/2016, 5/12/2016
- FAX- Jessica Austin- 2/16/2016, 12/22/2016
- Ober Pekas- Jeremy D. Pekas- 12/6/2016
- Activities Questionaire- Dick's Sporting Goods Inc.- 2/3/2016
- Family Information Questionnaire- Dick's Sporting Goods Inc.- 2/3/2016
- Liberty Mutual Insurance- Dick's Sporting Goods INc- 1/1/2014 to 1/26/2016
- Attending Physician's Fitness for Duty Statement- Andrea Patton- 9/19/15

- Medical Certification Form Employee's Serious Health Condition- Dr. Andrea Patton- 5/24/14
- Client Relations Representative- Heather Ross- 1/25/2017
- Liberty Mutual Disability- Ross Louviere- 2/11/2016
- TCMS- Ronald D. Finley- 9/20/2015
- Liberty Mutual Investigation Referral- Jessica Austin- 1/26/2016
- Liberty Mutual Disability- Jessica Austin- 1/30/2017
- Bactes- Jessica Arpin- 7/7/2017
- Phoenix Neurology & Sleep Medicine- Liberty Mutual Insurance- 10/6/2016
- Hub Enterprises, Inc.- Jessica Austin- 2/11/16
- Liberty Mutual Insurance- Dr. Jeffery Gitt- 6/30/2017
- Liberty Mutual Insurance- Ronald Ftellow- 2/3/16

On July 27, 2017 at 8:45 AM Pacific Time I called the office of Dr. Gitt and spoke to Annalisa. The doctor was not available. She took a message for the doctor to call me back regarding the claimant. On July 31, 2017 at 8:25 AM Pacific Time I spoke to Laura. The doctor was not available. She took a message for the doctor to call me back regarding the claimant. On August 1, 2017 at 8:10 AM Pacific Time I spoke to Laura. She spoke to me on behalf of the doctor. The doctor does not get involved in disability claims.

**SUMMARY OF RECORDS:**

On February 7, 2016 and February 8, 2016, the claimant is under video surveillance. He was not seen those days.

On October 12, 2016, the claimant received a letter from the Social Security Administration. It was determined that his condition is not severe enough to keep him from working.

On January 12, 2017, Dr. Patton completed restrictions for. He has shingles, postherpetic neuralgia, and trigeminal neuralgia. He can do heavy activity.

From January 23, 2017 through January 25, 2017, the claimant was under video surveillance. He was not seen on those days.

On May 2, 2017, the claimant sees Dr. Gitt. In September 2015 he had shingles in his right scalp. He complains of a sensation of a Taser in the right side of his face. He gets shocks and sparks and jolts of pain in the right side of his face involving the upper lip, lower lip, cheek, and chin on the right. Tegretol resulted in drowsiness. Zonegran did not help. Gabapentin did not help. He had vertigo that resolved. Tylenol, ibuprofen, and tramadol are not helping. He has been on disability because of this problem. Neurological examination shows normal mentation, speech, motor function, sensation, reflexes, coordination, gait, and tandem gait. Trileptal is started.

On May 24, 2017, the claimant has an MRI of the brain. There are nonspecific white matter changes. There is a normal examination of the trigeminal nerve.

On June 26, 2017, the claimant sees Dr. Gitt. He is there for trigeminal neuralgia. When he increased Trileptal to 300 mg twice a day is pain reduced dramatically. He has some episodes of pain that is less severe. Neurological examination shows normal mentation, speech, cranial nerves, motor function, sensation, reflexes, coordination, gait, and tandem gait. The plan is for Trileptal.

There is documentation from 2015 and 2016 pertaining to the claimant's general health.

**<u>REVIEW QUESTION (S):</u>**

**1. Please note all diagnoses with coinciding ICD-10 codes supported by the medical evidence (including co-morbids and ICD-10 codes).**

The diagnosis supported by the medical evidence is trigeminal neuralgia. G50.0.

**2. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc.). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing sustained full time activities throughout a work day.**

Based on the documentation provided, and from a neurological perspective only, the claimant has a diagnosis of trigeminal neuralgia, but there are no restrictions and limitations.

It is acknowledged that the claimant developed trigeminal neuralgia after having shingles. However, neurological examination is normal. MRI of the brain is negative for any trigeminal nerve pathology. There is documentation that the use of Trileptal is beneficial.

**3. Does the medical evidence support any side effects from the prescribed medications? If yes, please describe the supported impairments and outline how any impairment affects functional capacity.**

The medical evidence does not support any side effects from currently prescribed medications.

**4. In your opinion, does the claimant have full-time, sustained, medium work capacity? If no, what is the prognosis for improvement? Please outlined your rationale.**

Based on the documentation provided, and from a neurological perspective only, the claimant has sustained full-time medium work capacity.

**5. Please contact Dr. Gitt. When contacting the treating provider(s) please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability. During the conversation, the employee's functional abilities should be discussed for RTW plan/goals. Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes. Please specify issues that were not clarified and summarize where the provider opinion remains not supported by available medical records.**

Provider contact attempts are detailed above.

**<u>Conflict of Interest Attestation:</u>**

*I certify that I do not accept compensation for review activities that is dependent in any way on the specific outcome of the case. To the best of my knowledge I was not involved with the specific episode of care prior to referral of the case for review. I do not have a material professional, familial, or financial conflict of interest (financial conflict of interest is defined as ownership interest of greater than 5%) regarding any of the following: the referring entity; the insurance issuer or group health*

*plan that is the subject of the review; the covered person whose treatment is the subject of the review and the covered person's authorized representative, if applicable; any officer, director or management employee of the insurance issuer that is the subject of the review; any group health plan administrator, plan fiduciary, or plan employee; the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of the review; the facility at which the recommended health care service or treatment would be provided; or the developer or manufacturer of the principle drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of the review. I attest that I have the scope of licensure and certification that typically manages the medical condition, procedure, treatment, or issue under review; and I have current, relevant experience and/or knowledge to render a determination for this case under review.*



David B. Hoenig, M.D.
Board Certified in Neurology
CA License #82847
08/04/2017

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. RONALD FINLEY

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

July 25, 2017

Mr. Ronald D. Finley

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243

Dear Mr. Ronald Finley:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Dick's Sporting Goods, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in the process of reviewing your claim. To assist us in evaluating your eligibility for benefits we have referred your file for a medical review and assessment by a Board Certified Neurologist .

We anticipate a response from the reviewing Board Certified Neurologist by August 24, 2017. If there is an unexpected delay in receiving a response we will contact you. Otherwise, we will proceed with our review of your claim once the response is received. We regret any inconveniences this delay may cause, however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

# Liberty Mutual - Independent Evaluation

## Peer Review

Requested By: Jessica Austin
Disability Claims
P.O. Box 7206
London, KY 40742-7206
(888) 437-7611 x16352
Fax: (603) 422-7909

Document Locations
- [x] Document List
- [ ] Correspondence
- [ ] Paper File

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

| | | | |
|---|---|---|---|
| Customer Name: | DICK'S SPORTING GOODS, INC. | Date Sent: | 7/25/2017 |
| Funding type: | CON | Coverage Type: | LTD |
| Claimant Name: | RONALD D FINLEY | Claim #: | 5616243 |
| Claimant Address: | | Claimant SSN: | |
| | | Claimant DOB: | |
| City: | | Claimant Tel. #: | ( |
| State: | | Claimant DOD: | 9/20/2015 |
| Zip: | | Primary Diagnosis: | Zoster without complications |
| Gender: | MALE | Att. Physician: | |
| Specialist Type Requested : | Neurology | Physician: Phone/Fax | Dr. Jeffrey Gitt, (602) 482-2116, (623) 328-9181 |

Referral Questions:

Vendor Chosen: MES Solutions

Claimant Name: RONALD D FINLEY

# Liberty Mutual - Independent Evaluation

## Peer Review

1. Please note all diagnoses with coinciding ICD-10 codes supported by the medical evidence (including co-morbids and ICD-10 codes).

2. For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. Please define in terms of frequency (never, occasional, frequent, constant) and task (sit, stand, lift/carry, type etc.). When clarifying the supported restrictions and limitations, please be sure to address endurance restrictions/limitations if any, for example, from performing sustained full time activities throughout a work day.

3. Does the medical evidence support any side effects from the prescribed medications? If yes, please describe the supported impairments and outline how any impairment affects functional capacity.

4. In your opinion, does the claimant have full-time, sustained, medium work capacity? If no, what is the prognosis for improvement. Please outlined your rationale.

5. Please contact Dr. Gitt. When contacting the treating provider(s) please clarify the information reviewed and discuss any factors that are supporting an inability to work that may not be contained in the medical records to help us understand reason for disability. During the conversation, the employee's functional abilities should be discussed for RTW plan/goals. Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes. Please specify issues that were not clarified and summarize where the provider opinion remains not supported by available medical records.

Instructions For Vendor:

Claimant Name: RONALD D FINLEY

# Liberty Mutual - Independent Evaluation

## Peer Review

n/a

Attorney Information (if applicable):

n/a

Claimant Name: RONALD D FINLEY

7P205170038

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

# Restrictions Form

Return To: Jessica Austin

| Ronald Finley | | 5616243 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

To be completed by physician:

1. DATE FIRST TREATED – ______
   DATE LAST TREATED – ______
   NEXT OFFICE VISIT – ______ DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES
2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ SEDENTARY Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ LIGHT Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ MEDIUM Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ HEAVY Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ VERY HEAVY Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM ______ TO ______.
5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE? ______
6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______ TO ______.

| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
|---|---|---|
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

7P205170038

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

June 30, 2017

Dr. Jeffrey Gitt, Do
Center For Neurology and Spine
3815 E BELL ROAD
SUITE 2400
PHOENIX, AZ 85032-2122

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Jeffrey Gitt:

We are the Disability Claim Administrator for your patient, Ronald Finley.

To evaluate Mr. Finley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2017 through the most recent date of treatment

- Completion of the Enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by July 7, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

7P205170038

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Finley allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Finley's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: Restrictions Form
5616243-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.30.2017

7P205170038

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | June 30, 2017 |
| To: | DR JEFFREY GITT DO<br>CENTER FOR NEUROLOGY AND SPINE<br>3815 E BELL ROAD<br>SUITE 2400<br>PHOENIX AZ 85032-2122 |
| Attn: | Medical Records |
| Fax: | (623) 328-9181 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 5616243<br>Claimant: Ronald Finley ✓<br><br>Dick's Sporting Goods, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

7P205170038

Feb 10 16 07:51p Finley 623-249-3518 p.16

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (855) 437-7511
Secure Fax No.: (503) 437-1844

## Authorization to Obtain and Release Psychotherapy Notes

EMPLOYEE Ronald Finley Claim 5616243

EMPLOYER/SPONSOR/CUSTOMER Dick's Sporting Goods, Inc.

Return Jessica Austin

I authorize any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversation(s) during private counseling sessions and/or group, joint or family counseling sessions.

I understand the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I understand that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I understand that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Ronald Finley
Claimant Name (Print)

Ronald Dewitt Finley
Claimant Signature

Date of Birth

2. 3. 16
Date

5616243
Claim Number

CNS
Center for Neurology and Spine

# FINLEY, RONALD

52 Y old Male, DOB:
Account Number: 158812

Home:
Guarantor: FINLEY, RONALD Insurance: MKPL-AMBETTER HEALTHNET Payer ID: 38309
Referring: Andrea Patton, MD
Appointment Facility: Center for Neurology and Spine Bell

06/26/2017

Follow up Visit: Jeffrey S. Gitt, DO

## Current Medications

**Taking**

- Clotrimazole-Betamethasone 1-0.05 % Cream APP EXT AA BID FOR 2 WKS External
- Ibuprofen
- Vitamin D
- Cetirizine HCl

**Not-Taking**

- Tramadol HCl 50 MG Tablet 1 tablet as needed Orally every 6 hrs
- Tylenol
- Oxcarbazepine 150 MG Tablet as directed Orally 1 po bid for 5 days, then 2 po bid
- Medication List reviewed and reconciled with the patient

## Past Medical History

Post herpetic neuralgia.
Trigeminal neuralgia.
Vitamin D deficiency.
Pre-diabetes.
Asthma.

## Surgical History

tonsillectomy
appendectomy
lipoma removal
HERNIA REPAIR

## Family History

Father: Prostate CA, diagnosed with Hypertension, Cancer
Mother: thyroid, diagnosed with Hypertension, seizures
Siblings: diagnosed with Hypertension

## Social History

Tobacco Use:
Tobacco Use/Smoking
Are you a *nonsmoker*
Drugs/Alcohol:
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Caffeine

## Reason for Appointment

1. Trigeminal neuralgia

## History of Present Illness

New/Follow-up Patient Consult:

Ronald indicated when he increased the Trileptal to 300 mg twice a day that his pain is reduced dramatically. He had some episodes of pain is less severe. MRI to brain showed minimal abnormality consistent with either migrainous angiopathy or mild microangiopathic changes. He had some problems with his pharmacy refilling his medicine and he has been off it for nearly 3 weeks. His pain has come back off of it.

## Vital Signs

Ht 5 ft 10 in, BP 138/84 mm Hg, HR 79 /min, Ht-cm 177.8 cm.

## Examination

Neurological Exam 1:

CORTICAL FUNCTIONS: comprehension is grossly intact.
SPEECH: normal.
CRANIAL NERVES: Pupils are equal, round, reactive to light and accommodation. Extraocular motions are intact. Visual fields are intact to confrontation. Facial strength and sensation is normal. Hearing is grossly normal. Tongue protrudes in the midline. Soft palate rises symmetrically in the midline. Normal strength of the trapezii and sternocleidomastoid muscles..
MOTOR STRENGTH: There is full strength in all major muscle groups in the upper and lower extremities. There is normal tone and bulk..
SENSORY: Normal to pinprick, light touch, and vibration in all 4 extremities..
REFLEXES: Reflexes are 2+ in the upper extremities. Reflexes are 2+ in the lower extremities..
PLANTARS: downgoing bilaterally.
CEREBELLAR SIGNS: Finger to nose is normal bilaterally. Heel-to-shin is normal bilaterally..
TREMORS: absent.
GAIT AND STATION: Gait and station are normal. Tandem gait is normal..

## Assessments

Intake: *Yes*

**Allergies**
Codeine
PENICILLIN
Amoxicillin

1. Trigeminal neuralgia - G50.0 (Primary)

Plan:
#1: Restart Trileptal 150 mg twice a day for 5 days and then 300 mg twice a day. If not helping we will increase the dose sequentially.

**Treatment**
**1. Trigeminal neuralgia**
Start Oxcarbazepine Tablet, 150 MG, as directed, Orally, 1 po bid for 5 days, then 2 po bid, 30 days, 120, Refills 0

**Follow Up**
6 Months

**Electronically signed by Jeffrey Gitt , DO on 06/26/2017 at 01:31 PM PDT**

**Sign off status: Completed**

Center for Neurology and Spine Bell
3805 E BELL RD
PHOENIX, AZ 85032-2181
Tel: 602-482-2116
Fax: 602-482-9563

7P205170038



CNS
Center for Neurology and Spine

**FINLEY, RONALD**
52 Y old Male, DOB:
Account Number: 158842

Home:
Guarantor: FINLEY, RONALD Insurance: MKPL-AMBETTER HEALTHNET Payer ID: 38309
Referring: Andrea Patton, MD
Appointment Facility: Center for Neurology and Spine Bell

05/02/2017

Progress Note: Jeffrey S. Gitt, DO

**Current Medications**
Taking
- Tramadol HCl 50 MG Tablet 1 tablet as needed Orally every 6 hrs
- Clotrimazole-Betamethasone 1-0.05 % Cream APP EXT AA BID FOR 2 WKS External
- Ibuprofen
- Tylenol
- Medication List reviewed and reconciled with the patient

**Past Medical History**
Post herpetic neuralgia
Trigeminal neuralgia
Vitamin D deficiency
Pre-diabetes
Asthma

**Surgical History**
tonsillectomy
appendectomy
lipoma removal
HERNIA REPAIR

**Family History**
Father: Prostate CA, diagnosed with Hypertension, Cancer
Mother: thyroid, diagnosed with Hypertension, seizures
Siblings: diagnosed with Hypertension

**Social History**
Tobacco Use:
Tobacco Use/Smoking
Are you a *nonsmoker*
Drugs/Alcohol:
Alcohol Screen (Audit-C)
Did you have a drink containing alcohol in the past year? *No*
Points *0*
Interpretation *Negative*
Caffeine
Intake: *Yes*

**Allergies**
Codeine

**Reason for Appointment**
1. Trigeminal Neuralgia
2. Dizziness

**History of Present Illness**
New/Follow-up Patient Consult:
Ronald is a 52-year-old male who indicates in September 2015 had shingles in his right scalp. He had a cluster of blisters which healed over. He complains of a sensation of a taser in the right side of his face. He gets shocks and sparks and jolts of pain in the right side of his face involving his upper lip lower lip and cheek and chin on the right. He has seen Dr. Albert Klasky a neurologist who put him on Tegretol. He went to 600 mg twice a day experience drowsiness. He was put on zonisamide of uncertain dose. It did not help him. He was then put on gabapentin the maximum dose being 400 mg 3 times a day which did not help him. He reports he has some vertigo which has resolved. He would occur when he would change positions or turns quickly. Dr. Klasky and recommended CyberKnife evaluation. The patient is leery of having this done. Coincidentally recently had a tooth out and a bone graft in his right mandible. He has been using Tylenol ibuprofen and tramadol which is not helping. He has been on disability because of this problem.

**Vital Signs**
Ht 5 ft 10 in, Wt 261 lbs, BMI 37.45 Index, BP 130/86 mm Hg, HR 73 /min, Ht-cm 177.8 cm, Wt-kg 118.39 kg.

**Examination**

General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished, well hydrated.
HEAD: normocephalic. There is no occipital nerve tenderness to palpation bilaterally..
EYES: pupils equal, round, reactive to light and accommodation.
NECK/THYROID: neck supple, full range of motion, no cervical lymphadenopathy. The thyroid is palpable without nodules or asymmetry..
HEART: Regular rate and rhythm without murmur or gallop.
Neurological Exam 1:
CORTICAL FUNCTIONS: comprehension is grossly intact.

7P205170038



PENICILLIN
Amoxicillin

**Review of Systems**

Hematology/Lymphatic:
Easy bleeding denies. Easy bruising denies. recurrent infections denies.
General:
Fatigue admits. Fever denies. Weight gain admits. Weight loss denies.

Ophthalmologic:
Vision loss denies. Blurred vision denies. Eye Pain denies. Double vision denies.
ENT:
Jaw pain denies. Jaw popping/clicking denies. Hearing loss denies. Ear pain denies. Ringing in the ears admits. Snoring denies.
Respiratory:
Cough denies. Wheezing denies.
Cardiovascular:
Lightheadedness denies. Passing out denies. Chest pain/pressure denies. Chest pain denies. Irregular heartbeat denies. Palpitations denies.
Gastrointestinal:
Abdominal pain denies. Constipation admits. Diarrhea admits. Nausea denies. Vomiting denies.
Genitourinary:
Kidney stones denies. Urinary retention or urgency denies. Urinary incontinence denies.
Musculoskeletal:
Neck pain denies. Mid or lower back pain admits. Sore muscles denies. Cramps denies.
Skin:
Hair loss admits. New rashes admits. Skin ulcerations denies. Hives denies.
Neurologic:
Balance difficulty denies. Coordination Denies. Dizziness denies. Headache denies. Memory loss denies. Seizures denies. Tingling/Numbness denies. Tremor denies.
Psychiatric:
Panic attacks denies. Depression denies. visual or auditory hallucinations denies. Anxiety denies.

SPEECH: normal.

CRANIAL NERVES: Pupils are equal, round, reactive to light and accommodation. Extraocular motions are intact. Visual fields are intact to confrontation. Facial strength and sensation is normal. Hearing is grossly normal. Tongue protrudes in the midline. Soft palate rises symmetrically in the midline. Normal strength of the trapezii and sternocleidomastoid muscles..

MOTOR STRENGTH: There is full strength in all major muscle groups in the upper and lower extremities. There is normal tone and bulk..

SENSORY: Normal to pinprick, light touch, and vibration in all 4 extremities..

REFLEXES: Reflexes are 2+ in the upper extremities. Reflexes are 2+ in the lower extremities..

PLANTARS: downgoing bilaterally.

CEREBELLAR SIGNS: Finger to nose is normal bilaterally. Heel-to-shin is normal bilaterally..

TREMORS: absent.

GAIT AND STATION: Gait and station are normal. Tandem gait is normal..

**Assessments**

1. Trigeminal neuralgia - G50.0 (Primary)

Plan:

#1: Begin Trileptal 150 mg twice a day for 5 days and then 300 mg twice a day. Side effects were explained. If not helping we will increase the dose sequentially. Gabapentin still could be considered as an option as he never went higher than 400 mg 3 times a day, which is a fairly low dose.
#2: Discontinue Tylenol, ibuprofen, and tramadol.
#3: MRI of the brain.

**Treatment**

**1. Trigeminal neuralgia**

Start Oxcarbazepine Tablet, 150 MG, as directed, Orally, 1 po bid for 5 days, then 2 po bid, 30 days, 120, Refills 0
IMAGING: MRI BRAIN W/O CONTRAST

**Follow Up**

after MRI

**Electronically signed by Jeffrey Gitt , DO on 05/02/2017 at 01:04 PM PDT**

**Sign off status: Completed**

**Center for Neurology and Spine Bell**
**3805 E BELL RD**
**PHOENIX, AZ 85032-2145**
**Tel: 602-482-2116**
**Fax: 602-482-9563**

7P205170038

Robert Segedin - Page 1 of 2

6/7/17

SimonMed
See Tomorrow Today

Phone-480-264-2400 Fax-602-302-5977 Address-7304 E Deer Valley Rd Ste 105, Scottsdale, AZ 85255

FINAL

SimonMed Thompson Peak
DIAGNOSTIC IMAGING REPORT

Patient: Finley, Ronald D Sex: M DOB: Age: 52 Diag. Imaging # 38796
Status: Outpatient
Referring Physician: Jeffrey S Gitt D.O.

Exam # 21926712 - May 24, 2017 - MRI 3T - BRAIN W/O CONTRAST

CLINICAL INDICATION: G50.0, trigeminal neuralgia.

TECHNIQUE: Sagittal T1, axial T2, FLAIR, DWI and ADC maps, axial and coronal GRE images were obtained. Additional high-resolution images (trigeminal neuralgia protocol) were also obtained.

COMPARISON: None.

FINDINGS: There is distortion of the anterior aspect of the brain, paranasal sinuses, and orbits on the DWI sequence. There is also obscuration of the orbits and paranasal sinuses. On the FLAIR sequence, CSF nonsuppression is present within the bifrontal convexities. This is secondary to artifact associated with the patient's nonremovable dental hardware. 6

High-resolution images through the posterior fossa demonstrate the fifth, seventh and eighth cranial nerves to be normal in size and symmetric bilaterally without masses identified along the course of these nerves or within the cerebellopontine angle cisterns or Meckel's cave regions bilaterally. There are no vascular loops contacting or deforming the cisternal segments of the fifth, seventh or eighth cranial nerves on either side. The cavernous sinuses appear symmetric bilaterally without masses. There are no masses within the infratemporal fossa or pterygopalatine fossa regions bilaterally.

Within the limitation described above, there is no diffusion restriction indicative of acute ischemia or infarct. The gray-white matter differentiation is preserved. No midline shift, mass effect, or intra- or extra-axial fluid collection is identified.

There are a few punctate foci of T2 and FLAIR hyperintense signal within the subcortical white matter of the bifrontal lobes. These are nonspecific but likely sequelae of migrainous angiopathy versus chronic microangiopathic changes. No additional or diffuse parenchymal abnormalities are identified within the brain. The gradient echo sequence does not exhibit areas of susceptibility representing calcifications or blood products. Sulci, gyri, ventricles, and cisterns are appropriate for the patient's age.

Flow voids within the major intracranial vessels are preserved. The sagittal T1 sequence demonstrates unremarkable midline structures.

The visible portions of the orbits are unremarkable. The visible paranasal sinuses and mastoid air cells are clear.

IMPRESSION:

Normal examination of the bilateral trigeminal nerves.

No acute intracranial process.

Minimal sequelae of migrainous angiopathy versus chronic microangiopathic changes.

Tadesse Eshetu, M.D.
Diplomate of American Board of Radiology
CAQ in Neuroradiology

dd: May 25, 2017

Reported by: Tadesse Eshetu M.D.
Electronically signed by: Tadesse Eshetu M.D.

Thank you for your kind referral. If you require further assistance, please contact our Radiologist Hotline at 480-551-0264.

NOTICE: This information has been disclosed to you from records protected by Federal and State confidentiality rules (42CFR Part 2 and/or ARS 36-3661). The rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains, or as otherwise permitted by statute.

7P205170038

**BACTES**
a sharecare company

We treat every medical record as if it were our own.

LIBERTY MUTUAL
PO BOX 7213
LONDON, KY 40742-7213

BACTES, a leader in fulfilling medical record requests for thousands of healthcare providers across the US, is proud to be a Sharecare company. Sharecare is an online health and wellness site that provides people with personalized resources and programs to help them live their healthiest lives. Visit www.sharecare.com today!

**Find out where your records request is:** Go to www.bactes.com and click "Status Portal" at the top of our homepage

**Receive your requested records on-line:** Go to www.bactes.com and click "eDelivery Sign Up" at the top of our homepage

**Pay for your requested records online:** Go to www.bactes.com and click "Pay Online" at the top of our homepage.

L11GF
4587-070617
RONALD FINLEY

***Visit our website - Try it - It's quick and easy!***

LOCAZ075
Jul 18 2017 11:14AM

13

**CONFIDENTIAL – MEDICAL RECORDS**

This packet may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, please forward these records to the person(s) who handles medical records for your organization. Any misuse of this information is a violation of state and federal privacy laws and is strictly prohibited. If you feel you have received these records in error, please call (800) 560-3800.

BACTES is the contracted Release of Information (ROI) provider for the source facility for these medical records. If you are interested in learning more about our ROI and related services, please call (800) 560-3800 or visit www.bactes.com.

BACTES
Security | Compliance | Trust
A Sharecare Company
sharecare

**Lelia King**
**Phone: (800) 560-3800 Ext 1121**
**Direct Fax: (858) 430-4937**
**Email: lking@bactes.com**

Bactes Imaging Solutions is a ROI service provider of MEDICAL and/or BILLING records. We recently received your request for records of the patient named on the following invoice. Our company requires payment in advance of releasing records. Included is an original invoice. Upon receipt of payment or proof of payment we will release records. If we do not receive a response within 30 days from the invoice date we will assume your office is no longer in need of the records and cancel the request. If records are needed after this time, a new request and authorization for dates of service subsequent to this request must be made directly to the medical facility.

**To expedite handling or notify BACTES of payment please complete the following information and forward using the contact info above:**

| | |
|---|---|
| Invoice Number: | Date Sent: |
| Check Number: | Check Amount: |
| Name: | Phone: |

**We accept payments online at www.BACTES.com**

We accept Visa, MasterCard, American Express and Discover

| | |
|---|---|
| Credit Card Number: | |
| Expiration Date: | Zip code: |
| Name: | Phone: |

This message is intended for the use of the person to whom it is addressed. It may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, your use of this message for any purpose is strictly prohibited. If you have received this communication in error, please delete the message and notify the sender so that we may correct our records.

NonEPreCSRev1.141231

Retarus Faxolution

**BACTES™**
a sharecare company

| | |
|---|---|
| Invoice Number: | L11GF-1 |
| Date: | 07/07/2017 |
| Customer Number: | LIB-40742 |
| Due: | Upon Receipt |

LIBERTY MUTUAL
JESSICA ARPIN
PO BOX 7213
LONDON, KY 40742

Location: AZ075
Facility: CENTER FOR NEUROLOGY AND SPINE

**Patient Name: RONALD FINLEY** **5616243**

| Item | Description | Quantity | Price | Amount |
|---|---|---|---|---|
| 1 | Processing Fee; 12 Pages | 1 | $55.00 | $55.00 |

| | |
|---|---|
| Mailing Cost: | $0.00 |
| Sub Total: | $55.00 |
| Tax: | $0.00 |
| Invoice Total | $55.00 |
| Applied: | $0.00 |
| **Balance Due:** | **$55.00** |

---

*Please cut here and submit with payment*

We accept: Visa, MasterCard, American Express, and Discover

Pay online at www.Bactes.com

Card #: ____________________ Signature: ____________________

Expiration Date: ____________________

PLEASE REMIT PAYMENT TO: TAX ID NO. 90-0998358 ** DUE UPON RECEIPT **

**BACTES**
**8344 Clairemont Mesa Blvd. Suite 201**
**San Diego, CA 92111**
**(858) 244-1811 Phone**
**(800) 560-3800 toll-free**
**(858) 430-4962 fax**

| | |
|---|---|
| Invoice Number: | L11GF-1 |
| Date: | 07/07/2017 |
| Customer Number: | LIB-40742 |
| Balance Due: | 55.00 |

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | June 30, 2017 |
| To: | DR JEFFREY GITT DO<br>CENTER FOR NEUROLOGY AND SPINE<br>3815 E BELL ROAD<br>SUITE 2400<br>PHOENIX AZ 85032-2122 |
| Attn: | Medical Records |
| Fax: | (623) 328-9181 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 5616243<br>Claimant: Ronald Finley<br><br>Dick's Sporting Goods, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

June 30, 2017

Dr. Jeffrey Gitt, Do
Center For Neurology and Spine
3815 E BELL ROAD
SUITE 2400
PHOENIX, AZ 85032-2122

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Jeffrey Gitt:

We are the Disability Claim Administrator for your patient, Ronald Finley.

To evaluate Mr. Finley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2017 through the most recent date of treatment

- Completion of the Enclosed Forms:

  X Restrictions Form
  ___ Other

We ask that you provide this information by July 7, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored LTD benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Finley allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Finley's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: Restrictions Form
5616243-EMPLOYEE/CLAIMANT-AUTHORIZATION-06.30.2017

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

# Restrictions Form

**Return To:** Jessica Austin

| Ronald Finley | | 5616243 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________
   **DATE LAST TREATED** — ____________ ____________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

**Authorization to Obtain and Release Psychotherapy Notes**

**EMPLOYEE** Ronald Finley **Claim** 5616243

**EMPLOYER/SPONSOR/CUSTOMER** Dick's Sporting Goods, Inc.

**Return** Jessica Austin

**I authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Ronald Finley
Claimant Name (Print)

Ronald Dewitt Finley
Claimant Signature

Date of Birth

2. 3. 16
Date

5616243
Claim Number

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Ronald Finley **Claim** 5616243

**EMPLOYER/SPONSOR/CUSTOMER** Dick's Sporting Goods, Inc.

**Return** Jessica Austin

**I authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

**I understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

**I understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

**I understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

**I understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Ronald Finley
Claimant Name (Print)

Date of Birth

Ronald Dewitt Finley
Claimant Signature

2. 3. 16
Date

5616243
Claim Number

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | June 26, 2017 |
| To: | DR JEFFREY GITT DO<br>CENTER FOR NEUROLOGY AND SPINE<br>3815 E BELL ROAD<br>SUITE 2400<br>PHOENIX AZ 85032-2122 |
| Attn: | medical records |
| Fax: | (623) 328-9181 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5616243<br>Claimant: Ronald Finley<br><br>Dick's Sporting Goods, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

June 26, 2017

Dr. Jeffrey Gitt, Do
Center For Neurology and Spine
3815 E BELL ROAD
SUITE 2400
PHOENIX, AZ 85032-2122

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Jeffrey Gitt:

We are the Disability Claim Administrator for your patient, Ronald Finley.

To evaluate Mr. Finley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 1, 2017 through the most recent date of treatment

- Completion of the Enclosed Forms:

  X Reimbursement Agreement Form
  __ Other

We ask that you provide this information by July 3, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: Reimbursement Agreement Form

# REIMBURSEMENT AGREEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

**Return To:** Jessica Austin

Please complete, sign, and return a copy to Liberty Mutual.

***TO BE COMPLETED BY LIBERTY MUTUAL***

Claimant Name: **Ronald Finley**

Address:

Name of Employer: **Dick's Sporting Goods, Inc.**

In consideration of the receipt of disability benefit payments received by me from the Plan Sponsor, I

( **Ronald Finley** ) hereby agree:
(Claimant Name)

(a) to repay the Plan Sponsor for such benefits to the extent they are for losses for which compensation is paid to the covered person by or on behalf of the person at fault;

(b) to allow the Plan Sponsor a lien on such compensation and to hold such compensation in a trust for the Sponsor, and;

(c) to execute and give to the Plan Sponsor any instruments needed to secure the rights under (a) and (b).

Further, when the Plan Sponsor has paid benefits to or on behalf of the injured covered person, the Plan Sponsor will be subrogated to all rights of recovery that the covered has against the person at fault. These subrogation rights will extend only to recovery of the amount the Plan Sponsor has paid. The covered person must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to the Plan Sponsor.

____________________ (Date)

____________________ (Signature of injured individual or legal representative)

**PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.**

Hub Enterprises, Inc
P.O. Box 3162
Lafayette, LA 70502
(337) 837-2608
Federal ID: 720827028

| | |
|---|---|
| **INVOICE NO.** | 214425 |
| **DATE** | 01/30/17 |

**CUSTOMER**

Jessica Austin
Liberty Mutual Disability
P.o. Box 1525
Dover, NH 03821

Re: Ronald Finley
Vs. Dick's Sporting Goods, Inc.
AZ

| TERMS: | CUSTOMER NO. | JOB NO. | P.O. No. / Claim No. |
|---|---|---|---|
| Due Upon Receipt | LMD0051 | 1601001319 | 5616243 |

| Description | Quantity | Unit of Measure | Price | Amount |
|---|---|---|---|---|
| 1/23/17 | | | | |
| Surveillance Hours - Operative 02623 | 8.00 | | | 600.00 |
| 1/24/17 | | | | |
| Surveillance Hours - Operative 02623 | 8.00 | | | 600.00 |
| 1/25/17 | | | | |
| Surveillance Hours - Operative 02623 | 8.00 | | | 600.00 |

Please remit payment to: Hub Enterprises, Inc

Invoice Due and Payable Upon Receipt
PLEASE PAY USING LIBERTY MUTUAL EXPENSE CODE:
**INVESTIGATIONS FEES**

| | |
|---|---|
| **Sub-Total** | 1,800.00 |
| **Sales Tax** | |
| **TOTAL** | $1,800.00 |

HUB Enterprises, Inc. | Where Risk Meets Resolution

January 30, 2017

**LIBERTY MUTUAL DISABILITY**
**100 LIBERTY WAY**
**DOVER, NH 03821**

| | |
|---|---|
| ADJ: | Jessica Austin |
| Insured: | Dick's Sporting Goods, Inc. |
| Claim Number: | 5616243 |

# Ronald Finley

| | |
|---|---|
| Date of Loss: | September 20, 2015 |
| Injury: | Zoster |
| Authorization: | 24 Hours |
| Status: | Final |
| Received: | January 11, 2017 |
| Investigator: | Joseph Trayer |
| HUB Case: | 1601001319.1 |
| HUB Contact: | Heather Ross |

**Confidentiality Notice**

*The content within this file contains confidential information belonging to the sender and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use or disclosure of the contents of this information is strictly prohibited. If you have received this in error, please immediately notify us by telephone to arrange for the return of the documents.*

## NATURE OF ASSIGNMENT:

On January 11, 2017, HUB Enterprises received a reauthorization from the original authorization, dated January 26, 2016, requesting an additional 24 hours of surveillance to be conducted on the above mentioned claimant. Information provided by the Client indicates that the claimant can be described as a 52-year-old male alleging Zoster as of September 20, 2015 and is believed to reside at in

## PRE SURVEILLANCE INVESTIGATION:

We conducted pre-investigative research for information associated with the claimant; Ronald Finley, and learned the following:

A person search utilizing the provided social security number confirmed the provided address to be the most current. The claimant's full name is Ronald D Finley, 52 years old. There are no aliases reported for the claimant.

### All Vehicles Registered:

An all vehicles registered search was conducted for records associated with the claimant. The following vehicles were located:

2013 Kia Sorrento
AZ-Unknown
Ronald Finley

1980 Audi 4000
IL-
Ronald Finley

Provided are license numbers as mandated by State Regulations: Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

2014 Kia Optima
AZ-Unknown
Ronald Finley

2016 Dodge Journey
AZ
Ronald and Laura Finley

2016 Honda Civic-EX
AZ-
Ronald and Laura Finley

2006 Pontiac Solstice
AZ-
Ronald and Laura Finley

A social networking site search was conducted for information associated with the claimant by utilizing the claimant's name variations; possible email address; address history; possible url and usernames; and possible telephone numbers. The searched sites include Facebook, Myspace, Twitter, LinkedIn, and YouTube.

We located a possible Mylife profile associated with the claimant; however, no photographs were posted. The profile associated the claimant with the cities Phoenix, AZ, Anthem, AZ, and Reseda, CA. The social profiles listed are verified to be associated with the claimant. The following information was located:




https://www.mylife.com/ronald-finley/nytwyng28

We located a possible Google+ profile associated with the claimant. The profile name is Kingman Arizona Ronald Finley. The following photographs and information were located:




https://plus.google.com/112465925486389125998/about

An internet search was conducted by utilizing the claimant's name variations; possible email address; address history; possible url and usernames; business or employment affiliation; and possible telephone numbers.

## SUMMARY OF INVESTIGATION:

Surveillance was conducted on Monday, January 23, 2017, Tuesday, January 24, 2017, and Wednesday, January 25, 2017. The claimant was not observed during the course of this investigation. At this time, surveillance has been completed.

### VIDEO:

*The below links will direct you to the video as described within this report. Should you experience any issues with the link, please contact HUB Enterprises at hub@hubenterprises.com or 800-873-0933. Please note video links are valid for approximately one year, but can be reissued upon request.*

**Monday, January 23, 2017**

- No claimant video was obtained during this day of the investigation.
- Area video was obtained depicting our surveillance position and/or the claimant's residence.

**Tuesday, January 24, 2017**

- No claimant video was obtained during this day of the investigation.
- Area video was obtained depicting our surveillance position and/or the claimant's residence.

**Wednesday, January 25, 2017**

- No claimant video was obtained during this day of the investigation.
- Area video was obtained depicting our surveillance position and/or the claimant's residence.

## REPORT OF INVESTIGATION:

### DESCRIPTION OF CLAIMANT

The claimant was not observed during the course of this investigation; however, information provided indicated the claimant can be described as a 52-year-old male.

**DESCRIPTION OF THE RESIDENCE**

The residence was located within the gated community of Ironwood Country Club Anthem. There were no trespassing signs and a guard at the southwest entrance.

**DIRECTIONS TO THE RESIDENCE**

- From the Phoenix, Arizona area, travel
- Continue onto .
- Turn right
- Take the r
- Merge ont
- Continue t
- Take exit
- Use the ri
- Turn right
- Turn left o
- Turn right
- Turn right
- Turn right
- Turn right
- The residence will be located on the left side of the roadway.

**Monday, January 23, 2017**

Cloudy and Raining-52

05:30AM Investigator Joseph Trayer departed the Phoenix, Arizona area, en route to the provided address, located at in

06:00AM Upon arrival, the Investigator observed the residence was located within the gated community of Ironwood Country Club Anthem. There were no trespassing signs and a guard at the southwest entrance. No vehicles associated with the claimant were observed outside of the gated community. Indirect surveillance was established, with a view of the southwest gate with a view of the most likely route of departure. Dark area video was obtained.

07:00AM Surveillance was maintained; however, no claimant activity was observed. Dark area video was obtained.

08:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

09:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

01:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:00PM Investigator Joseph Trayer discontinued surveillance and departed, en route to the Phoenix, Arizona area. Area video was obtained.

Provided are license numbers as mandated by State Regulations: Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

**Tuesday, January 24, 2017**

Cloudy-46

09:31AM Investigator Joseph Trayer departed the Phoenix, Arizona area, en route to the provided address, located at

10:01AM Upon arrival, the Investigator observed no vehicles associated with the claimant outside of the gated community. Indirect surveillance was established, with a view of the southwest gate with a view of the most likely route of departure. Area video was obtained.

11:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

01:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

03:00PM Indirect surveillance was established, with a view of the west entrance. Area video was obtained.

04:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

05:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

06:01PM Investigator Joseph Trayer discontinued surveillance and departed, en route to the Phoenix, Arizona area. Dark area video was obtained.

**Wednesday, January 25, 2017**

Sunny and Clear-54

11:30AM Investigator Joseph Trayer departed the Phoenix, Arizona area, en route to the provided address, located at in

12:00PM Upon arrival, the Investigator observed no vehicles associated with the claimant outside of the gated community. Indirect surveillance was established, with a view of the main gate. Area video was obtained.

01:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

03:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

04:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

05:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

06:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

07:00PM Surveillance was maintained; however, no claimant activity was observed. Dark area video was obtained.

08:00PM Investigator Joseph Trayer discontinued surveillance and departed, en route to the Phoenix, Arizona area. Dark area video was obtained.

## COMMENTS:

All investigative efforts have been discontinued, pending further instructions from the Client.

Should you have any questions, or wish to further discuss this matter, please feel free to contact me. We appreciate this opportunity to be of service to you.

Heather Ross
Client Relations

Lisa Xangsayasane
Case Manager

HR/LX: ct
Enclosures: **None**

**n0150383**

**From:** Heather Ross
**Sent:** Thursday, January 26, 2017 9:59:41 AM
**To:** Austin, Jessica
**Subject:** Ronald Finley 5616243 1601001319.1

Hi Jessica,

We covered surveillance yesterday with a view of the gated entrance/exit nearest to the residence, but the claimant was not observed arriving or departing

This concludes our authorization at this time

Heather Ross

Client Relations Representative

HUB Enterprises, Inc.

HRoss@HubEnterprises.Com

800.873.0933 (p)

800.436.4399 (f)

**n0150383**

**From:** Heather Ross
**Sent:** Wednesday, January 25, 2017 9:59:22 AM
**To:** Austin, Jessica
**Subject:** Ronald Finley 5616243 1601001319.1

Hi Jessica,

We covered surveillance yesterday and established surveillance with a view of the gated entrance/exit closest to the claimant's residence and likely point of departure for the claimant. He was not observed

We are continuing today

Heather Ross

Client Relations Representative

HUB Enterprises, Inc.

HRoss@HubEnterprises.Com

800.873.0933 (p)

800.436.4399 (f)

HONORHEALTH

Medical Group
Cave Creek Location
20330 N Cave Creek Rd #160
Phoenix, Arizona 85024

Corina Veatch, MD
Andrea Patton, MD
Matthew Bean, MD

# FACSIMILE

Date: 1·12·17
Patient: Ronald Finley
DOB:
Number of Pages **including** cover sheet:

This facsimile message is confidential information intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed below.

**To:** Jessica Austin

**Telephone#:** 888·437·7644 **Ext:**

**Fax #:** 603·427·1844

**From:** Andrea Patton, MD.

**Telephone:** 602-730-8443

**Fax #:** 602-730-8444

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | January 11, 2017 |
| To: | DR ANDREA PATTON<br>20330 N CAPE CREEK RD STE 160<br>PHOENIX AZ 85024 |
| Attn: | Medical Records |
| Fax: | (602) 730-8444 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5616243<br>Claimant: Ronald Finley<br><br>Dick's Sporting Goods, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

January 11, 2017

Dr. Andrea Patton
20330 N CAPE CREEK RD STE 160
PHOENIX, AZ 85024

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Andrea Patton:

We are the Disability Claim Administrator for your patient, Ronald Finley.

To evaluate Mr. Finley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 1, 2016 through the most recent date of treatment & please send

- Completion of the enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by January 18, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: Restrictions Form

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

# Restrictions Form

**Return To:** Jessica Austin

| Ronald Finley | | 5616243 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — 9/22/15
   **DATE LAST TREATED** — 1/12/17
   **NEXT OFFICE VISIT** — ~3 months

   Shingles 053.9 B02.29
   Postherpetic neuralgia Trigeminal neuralgia G50.0
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☑ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

   1) Dizziness - 4-5 times a day, last 45 min - 3 hours
   2) Sudden sharp pain face - 6-7 times a day, 30-45 minutes
   3) Tinnitus - constant

4. **RESTRICTIONS IMPOSED FROM** ________ **TO** ________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**
   unclear if able to return as symptoms not improving
   sending to new neurologist

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**
   See neuro notes. most symptoms subjective

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ________ **TO** ________.

| | | |
|---|---|---|
| Andrea Patton, MD | Family Medicine | 86-0828589 |
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| 20330 N. Cave Creek Rd | 602-730-8443 | 602-730-8444 |
| **Street Address** | **Telephone Number** | **Fax Number** |
| Phoenix, AZ 85024 | [signature] | 1/12/17 |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | January 11, 2017 |
| To: | DR ALBERT KLASKI MD<br>2940 N. LITCHFIELD ROAD<br>GOODYEAR AZ 85395 |
| Attn: | Medical Records |
| Fax: | (623) 535-9520 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5616243<br>Claimant: Ronald Finley<br><br>Dick's Sporting Goods, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

January 11, 2017

Dr. Albert Klaski, MD
2940 N. LITCHFIELD ROAD
GOODYEAR, AZ 85395

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Albert Klaski:

We are the Disability Claim Administrator for your patient, Ronald Finley.

To evaluate Mr. Finley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2016 through the most recent date of treatment

- Completion of the enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by January 18, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: Restrictions Form

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

# Restrictions Form

**Return To:** Jessica Austin

| Ronald Finley | | 5616243 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________

   **DATE LAST TREATED** — ____________ ____________________

   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | January 11, 2017 |
| To: | DR ANDREA PATTON<br>20330 N CAPE CREEK RD STE 160<br>PHOENIX AZ 85024 |
| Attn: | Medical Records |
| Fax: | (602) 730-8444 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5616243<br>Claimant: Ronald Finley<br>Dick's Sporting Goods, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

January 11, 2017

Dr. Andrea Patton
20330 N CAPE CREEK RD STE 160
PHOENIX, AZ 85024

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Andrea Patton:

We are the Disability Claim Administrator for your patient, Ronald Finley.

To evaluate Mr. Finley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from March 1, 2016 through the most recent date of treatment

- Completion of the enclosed Forms:

X Restrictions Form
__ Other

We ask that you provide this information by January 18, 2017. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: Restrictions Form

**Liberty Mutual INSURANCE**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

# Restrictions Form

**Return To:** Jessica Austin

| Ronald Finley | | 5616243 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________
   **DATE LAST TREATED** — ____________
   **NEXT OFFICE VISIT** — ____________

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM**____________**TO**____________.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

# Liberty Mutual Investigation Referral

Requested By: Jessica Austin
Disability Claims
P.O. Box 1525
Dover, NH 03821-1525
(888) 437-7611 x16352

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

Customer Name: DICK'S SPORTING GOODS, INC.

Date Sent: 1/11/2017

Funding type: FI: YES ASO: NO

Coverage Type: STD: NO LTD: YES

Claimant Name: RONALD D FINLEY

Claim #: 5616243

Claimant Address:

Claimant SSN:

Claimant DOB:

Claimant Tel. #: (

City:

State:

Zip:

Date of Hire: 4/27/2015

Date of Disability: 9/20/2015

Gender: MALE

Injury/Illness: Zoster without complications

Marital Status: U

Job Description: STORE MANAGER

No. of Dependents: 0

Claimant's Physical Description: see previous referral

---

Describe Reason For Referral:

The clmnt is out of work due to post-herpetic (shingles) trigeminal neuralgia. He continues to complain of debilitating pain that is preventing him from working, along with sedeating side effects of medications.

Instructions For Vendor:

Vendor Chosen: HUB ENTERPRISES

Please complete 3 consecutive days of surveillance and vary start times. Please contact case manager via email with updates.

Liberty Mutual.

**Liberty Life Assurance Company of Boston**

Group Disability Claims 03A
P O Box 37500
2510 West Dunlap Ave #300
Phoenix, AZ 85021
Telephone 602-861-0856
1-800-320-7585
Fax 866-841-1415

December 29, 2016

Albert L. Klaski, MD
Phoenix Neurology & Sleep Medicine
2940 N. Litchfield Road
Goodyear, AZ 85395
Tel. 623-535-0050, Fax 623-535-9520

Per Med. Asst. provider unable to sign. PG

**RE:** **Claimant:** Ronald D. Finley
**Claim#** 5616243
**DOB:**

Dear Dr. Klaski:

I was asked to review the records on your patient and advise the claims manager at Mr. Finley's disability insurance carrier, Liberty Mutual Insurance, regarding his disability claim and current status.

This note is to summarize my understanding based on review of current records. Mr. Finley appears to have improved with treatment with carbamazepine and other medications. While he is not free of his pain spells, it appears from the records that the spells are less severe and less frequent and no longer so severe that he is impaired from all work. Because he still has periodic paroxysms of pain, *one limitation is that he may require a pause or break from work up to 6 times per week for a period of 5-20 minutes to regain composure if he has a bout of severe facial pain.* There is no restriction on sitting, standing, walking, climbing, pushing, pulling, grasping, typing or with cognitive or communication skills. I cannot say with certainty whether he can drive but there is nothing in the available records to support any restriction on driving. I note that he has some sedation from the carbamazepine and if it worsens or interferes, consideration will be given to switching to oxcarbazepine.

Feel free to revise or add any comments and return it by fax to 866-841-1415. Thank you in advance.

Sincerely,

*Electronically signed*

Terry D. Fife, MD, FAAN, FANS
Professor of Neurology
University of Arizona College of Medicine
Director, Neuro-Otology & Balance Disorders
Barrow Neurological Institute
Phoenix, AZ 85013

Albert L. Klaski, MD

Date

Liberty Mutual.

**Liberty Life Assurance Company of Boston**

Group Disability Claims 03A
P O Box 37500
2510 West Dunlap Ave #300
Phoenix, AZ 85021
Telephone 602-861-0856
1-800-320-7585
Fax 866-841-1415

December 29, 2016

Albert L. Klaski, MD
Phoenix Neurology & Sleep Medicine
2940 N. Litchfield Road
Goodyear, AZ 85395
Tel. 623-535-0050, Fax 623-535-9520

| | | |
|---|---|---|
| **RE:** | **Claimant:** | Ronald D. Finley |
| | **Claim#** | 5616243 |
| | **DOB:** | |

Dear Dr. Klaski:

I was asked to review the records on your patient and advise the claims manager at Mr. Finley's disability insurance carrier, Liberty Mutual Insurance, regarding his disability claim and current status.

This note is to summarize my understanding based on review of current records. Mr. Finley appears to have improved with treatment with carbamazepine and other medications. While he is not free of his pain spells, it appears from the records that the spells are less severe and less frequent and no longer so severe that he is impaired from all work. Because he still has periodic paroxysms of pain, *one limitation is that he may require a pause or break from work up to 6 times per week for a period of 5-20 minutes to regain composure if he has a bout of severe facial pain*. There is no restriction on sitting, standing, walking, climbing, pushing, pulling, grasping, typing or with cognitive or communication skills. I cannot say with certainty whether he can drive but there is nothing in the available records to support any restriction on driving. I note that he has some sedation from the carbamazepine and if it worsens or interferes, consideration will be given to switching to oxcarbazepine.

Feel free to revise or add any comments and return it by fax to 866-841-1415. Thank you in advance.

Sincerely,

*Electronically signed*

Terry D. Fife, MD, FAAN, FANS
Professor of Neurology
University of Arizona College of Medicine
Director, Neuro-Otology & Balance Disorders
Barrow Neurological Institute
Phoenix, AZ 85013

____________________
Albert L. Klaski, MD

__________
Date

01/05/2017 08:29 (FAX) P.002/002

# Send Result Report

MFP
ECOSYS M6526cidn

KYOCERA

Firmware Version 2PY_2F00.002.102 2014.08.25

01/04/2017 17:55
[2PV_1000.003.002] [2KW_1100.002.002] [2PX_7000.002.102]

Job No.: 008447 Total Time: 0°00'32" Page: 001

# Complete

Document: doc00844720170104174805

Liberty Mutual.

Liberty Life Assurance Company of Boston

Group Disability Claims 03A
P O Box 37500
2510 West Dunlap Ave #200
Phoenix, AZ 85021
Telephone 602-851-0855
1-800-320-7385
Fax 866-841-1415

December 29, 2016

Albert L Klaski, MD
Phoenix Neurology & Sleep Medicine
2940 N. Litchfield Road
Goodyear, AZ 85395
Tel. 623-535-0050, Fax 623-535-9520

RE: Claimant: Ronald D. Finley
Claim# 9615243
DOB:

Dear Dr. Klaski:

I was asked to review the records on your patient and advise the claims manager at Mr. Finley's disability insurance carrier, Liberty Mutual Insurance, regarding his disability claim and current status.

This note is to summarize my understanding based on review of current records. Mr. Finley appears to have improved with treatment with carbamazepine and other medications. While he is not free of his pain spells, it appears from the records that the spells are less severe and less frequent and no longer so severe that he is impaired from all work. Because he still has periodic paroxysms of pain, *one limitation is that he may require a pause or break from work up to 6 times per week for a period of 5-20 minutes to regain composure if he has a bout of severe facial pain.* There is no restriction on sitting, standing, walking, climbing, pushing, pulling, grasping, typing or with cognitive or communication skills. I cannot say with certainty whether he can drive but there is nothing in the available records to support any restriction on driving. I note that he has some sedation from the carbamazepine and if it worsens or interferes, consideration will be given to switching to oxcarbazepine.

Feel free to revise or add any comments and return it by fax to 866-841-1415. Thank you in advance.

Sincerely,

*Electronically signed*

Terry D. Fife, MD, FAAN, FANS
Professor of Neurology
University of Arizona College of Medicine
Director, Neuro-Otology & Balance Disorders
Barrow Neurological Institute
Phoenix, AZ 85013

Albert L. Klaski, MD

Date

| No. | Date and Time | Destination | Times | Type | Result | Resolution/ECM |
|---|---|---|---|---|---|---|
| 001 | 01/04/17 17:48 | 96235359520 | 0°00'32" | FAX | OK | 200x100 Normal/On |



[ LWN4602854 ]

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | January 3, 2017 |
| To: | DR ALBERT KLASKI MD<br>2940 N. LITCHFIELD ROAD<br>GOODYEAR AZ 85395 |
| Attn: | Dr. Klaski |
| Fax: | (623) 535-9520 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages<br>(Including Cover): | 8 |
| RE:<br><br>Claim #: 5616243<br>Claimant: Ronald Finley<br><br>Dick's Sporting Goods, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

January 3, 2017

Dr. Albert Klaski, MD
2940 N. LITCHFIELD ROAD
GOODYEAR, AZ 85395

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Albert Klaski:

We are the Disability Claim Administrator for your patient, Ronald Finley.

On December 27, 2016 a/an Peer Review was performed to assist us in determining Mr. Finley's eligibility for continued Long Term Disability (LTD) benefits. The results of this assessment demonstrate the following:

*The patient is now able to perform full-time work. His prognosis for complete resolution of all pain in the future is uncertain but he has continued to see improvement with medication treatment.*

Please review the enclosed report by Terry D. Fife, MD, and provide any comments you wish to have considered. If you disagree with Terry D. Fife, MD's findings, please detail the specific areas with which you disagree and provide medical documentation to support your position.

We ask that you provide this information by January 13, 2017. Failure to provide the requested information may result in an adverse benefit determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

As the insurance carrier providing employer sponsored Long Term Disability (LTD) benefits coverage to your patient, we have enclosed a HIPAA compliant authorization signed by Mr. Finley allowing the release of information to our company. This authorization specifically allows you to release medical information to us and is valid for two years from the date of Mr. Finley's signature.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: 5616243-MEDICAL-CP/PEER REVIEW-12.29.2016

**Memorandum**

***From:*** Terry D. Fife, M.D. ***Date:*** December 29, 2016

***To:*** Jessica Austin 096 8*731-6352
***Claimant:*** Ronald D. Finley
***Claim#*** 5616243
***DOB:***
***DOD:*** 9/20/15 (LTD)

---

**Main Dx:** Zoster without complication
**Job:** Manager
**Employer:** Dick's Sporting Goods

Andrea Patton, MD
Cave Creek Family Medicine
20330 N. Cave Creek Road, Suite 160
Phoenix, AZ 85012-1280
Tel. 602-730-8443, Fax 602-730-8444

Albert L. Klaski, MD (neurology)
Phoenix Neurology & Sleep Medicine
2940 N. Litchfield Road
Goodyear, AZ 85395
Tel. 623-535-0050, Fax 623-535-9520

**Summary:** Claimant is a 51 year old Regional Store Manager for a Dick's Sporting Goods store in Prescott, AZ who developed a feeling like "hot lava" and "spiders" crawling across his right face and dizziness began about the same time around 9/19/15. This was later diagnosed as being shingles (varicella zoster virus recrudescence). The right facial pain continued with stabbing pains managed first with gabapentin and later zonisamide but the dizziness described as a lag feeling with quick head movements continued and seemed to limit him in driving and functioning as well. Neurological examination was normal and he was diagnosed with postherpetic neuralgia. Since summer 2016 he has had improvement with medications for postherpetic neuralgia and is tolerating them well. While he is not free of pain and still suffers symptoms, there not longer appears to be documentation of severity of the degree to impair him from work. I discussed this with the medical assistant in Dr. Klaski's office and corroborated the notes and details from the medical records.

***Claims Manager's Questions:***

Please review updated information since 5/2016. In your previous report, you indicated a 7/5/16 return to work date, based on your conversation with the treating provider, Dr. Klaski; however the claimant did not return due to continued complaints of pain, which appears to be treatment resistant.

1. **In your opinion, do the records continue to support an inability to perform medium work on a full-time basis? Please outline your rationale.**

The additional records no longer support impairment but rather suggest the claimant is able to perform medium work on a full-time basis with some limitations. His post-herpetic neuralgia continues and it is not resolved but has improved to a level of severity that he can resume full-time work. Notes from Dr. Klaski do indicate improvement with treatment. Because he still has periodic paroxysms of pain, *one limitation is that he may require a pause or break from work up to 6 times per week for a period of 5-20 minutes to regain composure if he has pain*. There is no restriction on sitting, standing, walking, climbing, pushing, pulling, grasping, typing or with cognitive or communication skills. I cannot say with certainty whether he can drive but there is nothing in the available records to support any restriction on driving. Previous reports of intermittent dizziness did not seem to be a limiting factor and most recent reports do not indicate this is a meaningful issue related to his work capability. He is able to move about and function well between the relatively infrequent paroxysms of pain. I note a similar conclusion was determined by the Social Security Administration; namely, that his symptoms are not currently severe enough to cause impairment from work.

**2. If the claimant is not able to currently perform full-time work, what is prognosis for improvement?**

The patient is now able to perform full-time work. His prognosis for complete resolution of all pain in the future is uncertain but he has continued to see improvement with medication treatment.

**3. Please outline medication side effects and how they would affect functional capacity.**

There is slight sedation from carbamazepine but records do not indicate this is an impairing side effect. Nevertheless, in the 11/14/16 note, Dr. Klaski noted consideration of a change to the less sedating oxcarbazepine (Trileptal) if side effects become troublesome on the carbamazepine. The patient is also taking narcotics medcations (hydrocodone and oxycodone) but these are not being prescribed by Dr. Klaski and it is presumed these are coming from another specialist, possibly a narcotic management physician. There is no documentation of impairment related to the narcotics and records are not entirely clear whether and how often he uses these medications.

**4. In your opinion, is another specialty review, such as pain management warranted at this time or does impairment continue to be substantiated?**

Because Dr. Klaski is managing the neuropathic pain and there has been some visit-to-visit improvement, it does not appear additional referral is needed for now. That said, it is entirely possible and perhaps even probable that he is also seeing someone regarding the narcotic medication prescriptions. In the long-term, it would be ideal to minimize any regular use of these medication if that is occurring.

He has slight drowsiness from zonisamide but this does not appear to contribute to impairment in a substantive way nor account for separate restrictions/limitations.

***Historical (from claim file):***

9/22/15 Andrea Patton, MD – visit after ED visit for Shingles and had been given Famciclovir 500 bid and Percocet and steroids. Notes stress from new job driving to Prescott daily. Dental pain and ear pain.

10/8/15 Andrea Patton, MD Attending Physician's Return to Work Form – date of injury/illness 9/19/15 due to shingles with post-herpetic neuralgia seen 9/22/14 and 10/5/15. Estimates duration 8-12 weeks.

10/8/15 Andrea Patton, MD – taking Percocet 5/325 #45 tablets but to 2 qhs prn. Shingles 20% better but still 7/10 without Percocet and 3/10 when she takes it. Also has dental abscess requiring tooth extraction. Rash that had been seen on scalp no longer visible but question of mild erythema. Deemed unable to work under influence of narcotic. Plans to try gabapentin 300 tid and Percocet only qhs. FMLA forms filled out.

11/24/15 Andrea Patton, MD – GBP helps somewhat, random sharp "shock pains", has taken 9 Percocet in past 6 weeks. Dizziness has worsened, had oral surgery. Becoming more anxious. Due to vertigo and bilateral tinnitus will get head imaging. Trying to get neurology appointment. Extending work leave for another 4 weeks. Increase GBP to 400 tid.

12/1/15 Albert Klaski, MD (Neurology) – initial visit from 2 months postherpetic neuralgia involving right side of head with pain deep inside the right ear and intermittent vertigo sensations. Also had right tooth extraction for dental abscess around the same time. Exam without otologic abnormality or facial weakness.

12/23/15 Matthew Bean, MD – neurologist 2 days earlier stopped GBP and started zonisamide which seems to be causing more dizziness and nausea. Worried about driving so is not driving. Exam is normal. Given ondansetron for nausea.

1/6/16 Honor Health JCL Deer Valley Hosp outpatient PT – note by Kathleen Gentili, PT. Describes patient report of 3-4 months of constant feeling like vision does not catch up to head. Onset of shingles in Sept 2015 felt like "hot lava" and "spiders" crawling across his face and dizziness began about the same time. Zonisamide helps reduce the "pain sparks" but does nothing for the dizziness. Feels he cannot work because he cannot drive the 70 miles to Prescott due to dizziness. Also notes he needs to be able to lift 50 lb boxes at times. He is a private pilot and has not driven in 60 months. Exam: no nystagmus, normal pursuit and eye movements and saccades and normal head impulse responses. Neg Dix Hallpike and supine roll test, Romberg neg for 30+ sec. DHI 56/100.

1/13/16 Honor Health JCL Deer Valley Hosp outpatient PT – walked 1710 feet without rest break but felt "like on a boat" afterwards, added HEP. Had been sick with a flu the prior week,.

1/22/16 Matthew Bean, MD – states unable to work for the next 6 months.

2/1/16 Albert Klaski, MD (Neurology) – continues with lancinating right V2, V3 pains improved on zonisamdie 50 mg daily at HS. Getting vestibular PT and vertigo symptoms have improved. Still using Percocet and gabapentin. Right trigeminal nerve pain, vertigo NOS. Exam: no acute distress, no trigeminal numbness, all cranial nerves intact.

2/3/18 Activities Questionnaire – sit 5 hrs/5hrs, stand 45 min/45 min, walk 60 min/50min. Does not drive due to dizziness. Cares for own hygiene issues, wife does household chores. Describes symptoms as dizziness, vertigo and pain on right side of face and ear and ringing of both ears. Reports going to PT

2/7/16 Surveillance – no video recorded no activity seen.

2/12/16 Honor Health JCL Deer Valley Hosp outpatient PT – patient was told he has bilateral hear infections and sinusitis now on Zpak explaining a missed appt. in early Feb. Endurance is improving and he is losing weight, increasing speed of VOR. "making steady progress".

3/25/16 Physician Statement, Andrea Patton, MD – seen 4/22/15, 3/24/16, 4/21/16 for vertigo and post-herpetic neuralgia with sudden spells of vertigo and inability to drive. Due to sedation from medications. Unable to work until 6/25/16.

5/24/16 Andrea Patton, MD (FP) – note indicating the patient "disabled" due to post-herpetic neuralgia with spells of sudden pain. Visits 9/22/15, 10/8/15, 10/29/15, 11/24/15, 12/23/16, 1/22/16, 2/25/16, 3/24/16, 4/28/16. Says he is unable to drive. Mentions postherpetic neuralgia "complicated by dizziness".

10/12/16 Denied SSI Disability due to not meeting severity standard as he is still able to move about and use arms, hands, legs in a satisfactory manner with no loss of motor control.

7/7/16 Albert Klaski, MD (Neurology) – started on zonisamide 25 mg qhs. Had some worsening following a trip to Chicago in June 2016 due to cold weather. Plan to increase zonisamide to eventually 100 mg bid and add carbamazepine 200 mg bid. He is planning another trip to Chicago to see family. Raised question of doing a sphenoid catheter procedure if pain worsens. Meds: clindamycin, hydrocodone/ibuprofen, oxycodone, ibuprofen, gabapentin, Singulair, Proventil, Flonase, Zonisamide 50 mg qhs. Examination was normal. Dx: post-herpetic neuralgia. No mention of active complains to dizziness.

9/13/16 Andrea Patton, MD (FP) – most recent visit was 6/21/16. Reported complaint include dizziness,

pain and fatigue. Raises possibility of "lifelong" symptoms without improvement. Seeing Dr. Patton every 3 months and Dr. Klaski every month or so.

9/13/16 Albert Klaski, MD (Neurology) – he was supposed to follow up in 2 weeks but instead did not show up for 2 months. States that since his last visit he has improved but has intermittent paroxysms of pain that are severe lasting for 30 minutes during which time he characterizes himself as debilitated. Plans increase of CBZ to 400 bid with prn tramadol. No mention made in the present illness of dizziness. Exam is normal.

11/14/16 Albert Klaski, MD (Neurology) – the patient has continued improvement but still has occasional spells of severe pain. No mention of dizziness, no falls and no impairment of motor function or balance on examination. Plan to titrate up slightly more on carbamazepine and if sedation ensues, consider a switch to oxcarbazepine (Trileptal) which should have less potential for sedation.

*Electronically signed*

Terry D. Fife, MD
Consultant, Liberty Mutual Insurance Co.
Professor of Neurology
Barrow Neurological Institute &
University of Arizona College of Medicine

## Memorandum

***From:*** Terry D. Fife, M.D. ***Date:*** December 29, 2016

***To:*** Jessica Austin 096 8*731-6352
***Claimant:*** Ronald D. Finley
***Claim#*** 5616243
***DOB:***
***DOD:*** 9/20/15 (LTD)

---

**Main Dx:** Zoster without complication
**Job:** Manager
**Employer:** Dick's Sporting Goods

Andrea Patton, MD
Cave Creek Family Medicine
20330 N. Cave Creek Road, Suite 160
Phoenix, AZ 85012-1280
Tel. 602-730-8443, Fax 602-730-8444

Albert L. Klaski, MD (neurology)
Phoenix Neurology & Sleep Medicine
2940 N. Litchfield Road
Goodyear, AZ 85395
Tel. 623-535-0050, Fax 623-535-9520

**Summary:** Claimant is a 51 year old Regional Store Manager for a Dick's Sporting Goods store in Prescott, AZ who developed a feeling like "hot lava" and "spiders" crawling across his right face and dizziness began about the same time around 9/19/15. This was later diagnosed as being shingles (varicella zoster virus recrudescence). The right facial pain continued with stabbing pains managed first with gabapentin and later zonisamide but the dizziness described as a lag feeling with quick head movements continued and seemed to limit him in driving and functioning as well. Neurological examination was normal and he was diagnosed with postherpetic neuralgia. Since summer 2016 he has had improvement with medications for postherpetic neuralgia and is tolerating them well. While he is not free of pain and still suffers symptoms, there not longer appears to be documentation of severity of the degree to impair him from work. I discussed this with the medical assistant in Dr. Klaski's office and corroborated the notes and details from the medical records.

***Claims Manager's Questions:***

Please review updated information since 5/2016. In your previous report, you indicated a 7/5/16 return to work date, based on your conversation with the treating provider, Dr. Klaski; however the claimant did not return due to continued complaints of pain, which appears to be treatment resistant.

1. **In your opinion, do the records continue to support an inability to perform medium work on a full-time basis? Please outline your rationale.**

The additional records no longer support impairment but rather suggest the claimant is able to perform medium work on a full-time basis with some limitations. His post-herpetic neuralgia continues and it is not resolved but has improved to a level of severity that he can resume full-time work. Notes from Dr. Klaski do indicate improvement with treatment. Because he still has periodic paroxysms of pain, *one limitation is that he may require a pause or break from work up to 6 times per week for a period of 5-20 minutes to regain composure if he has pain*. There is no restriction on sitting, standing, walking, climbing, pushing, pulling, grasping, typing or with cognitive or communication skills. I cannot say with certainty whether he can drive but there is nothing in the available records to support any restriction on driving. Previous reports of intermittent dizziness did not seem to be a limiting factor and most recent reports do not indicate this is a meaningful issue related to his work capability. He is able to move about and function well between the relatively infrequent paroxysms of pain. I note a similar conclusion was determined by the Social Security Administration; namely, that his symptoms are not currently severe enough to cause impairment from work.

2. **If the claimant is not able to currently perform full-time work, what is prognosis for improvement?**

   The patient is now able to perform full-time work. His prognosis for complete resolution of all pain in the future is uncertain but he has continued to see improvement with medication treatment.

3. **Please outline medication side effects and how they would affect functional capacity.**

   There is slight sedation from carbamazepine but records do not indicate this is an impairing side effect. Nevertheless, in the 11/14/16 note, Dr. Klaski noted consideration of a change to the less sedating oxcarbazepine (Trileptal) if side effects become troublesome on the carbamazepine. The patient is also taking narcotics medcations (hydrocodone and oxycodone) but these are not being prescribed by Dr. Klaski and it is presumed these are coming from another specialist, possibly a narcotic management physician. There is no documentation of impairment related to the narcotics and records are not entirely clear whether and how often he uses these medications.

4. **In your opinion, is another specialty review, such as pain management warranted at this time or does impairment continue to be substantiated?**

   Because Dr. Klaski is managing the neuropathic pain and there has been some visit-to-visit improvement, it does not appear additional referral is needed for now. That said, it is entirely possible and perhaps even probable that he is also seeing someone regarding the narcotic medication prescriptions. In the long-term, it would be ideal to minimize any regular use of these medication if that is occurring.

He has slight drowsiness from zonisamide but this does not appear to contribute to impairment in a substantive way nor account for separate restrictions/limitations.

***Historical (from claim file):***

9/22/15 Andrea Patton, MD – visit after ED visit for Shingles and had been given Famciclovir 500 bid and Percocet and steroids. Notes stress from new job driving to Prescott daily. Dental pain and ear pain.

10/8/15 Andrea Patton, MD Attending Physician's Return to Work Form – date of injury/illness 9/19/15 due to shingles with post-herpetic neuralgia seen 9/22/14 and 10/5/15. Estimates duration 8-12 weeks.

10/8/15 Andrea Patton, MD – taking Percocet 5/325 #45 tablets but to 2 qhs prn. Shingles 20% better but still 7/10 without Percocet and 3/10 when she takes it. Also has dental abscess requiring tooth extraction. Rash that had been seen on scalp no longer visible but question of mild erythema. Deemed unable to work under influence of narcotic. Plans to try gabapentin 300 tid and Percocet only qhs. FMLA forms filled out.

11/24/15 Andrea Patton, MD – GBP helps somewhat, random sharp "shock pains", has taken 9 Percocet in past 6 weeks. Dizziness has worsened, had oral surgery. Becoming more anxious. Due to vertigo and bilateral tinnitus will get head imaging. Trying to get neurology appointment. Extending work leave for another 4 weeks. Increase GBP to 400 tid.

12/1/15 Albert Klaski, MD (Neurology) – initial visit from 2 months postherpetic neuralgia involving right side of head with pain deep inside the right ear and intermittent vertigo sensations. Also had right tooth extraction for dental abscess around the same time. Exam without otologic abnormality or facial weakness.

12/23/15 Matthew Bean, MD – neurologist 2 days earlier stopped GBP and started zonisamide which seems to be causing more dizziness and nausea. Worried about driving so is not driving. Exam is normal. Given ondansetron for nausea.

1/6/16 Honor Health JCL Deer Valley Hosp outpatient PT – note by Kathleen Gentili, PT. Describes patient report of 3-4 months of constant feeling like vision does not catch up to head. Onset of shingles in Sept 2015 felt like "hot lava" and "spiders" crawling across his face and dizziness began about the same time. Zonisamide helps reduce the "pain sparks" but does nothing for the dizziness. Feels he cannot work because he cannot drive the 70 miles to Prescott due to dizziness. Also notes he needs to be able to lift 50 lb boxes at times. He is a private pilot and has not driven in 60 months. Exam: no nystagmus, normal pursuit and eye movements and saccades and normal head impulse responses. Neg Dix Hallpike and supine roll test, Romberg neg for 30+ sec. DHI 56/100.

1/13/16 Honor Health JCL Deer Valley Hosp outpatient PT – walked 1710 feet without rest break but felt "like on a boat" afterwards, added HEP. Had been sick with a flu the prior week,.

1/22/16 Matthew Bean, MD – states unable to work for the next 6 months.

2/1/16 Albert Klaski, MD (Neurology) – continues with lancinating right V2, V3 pains improved on zonisamdie 50 mg daily at HS. Getting vestibular PT and vertigo symptoms have improved. Still using Percocet and gabapentin. Right trigeminal nerve pain, vertigo NOS. Exam: no acute distress, no trigeminal numbness, all cranial nerves intact.

2/3/18 Activities Questionnaire – sit 5 hrs/5hrs, stand 45 min/45 min, walk 60 min/50min. Does not drive due to dizziness. Cares for own hygiene issues, wife does household chores. Describes symptoms as dizziness, vertigo and pain on right side of face and ear and ringing of both ears. Reports going to PT

2/7/16 Surveillance – no video recorded no activity seen.

2/12/16 Honor Health JCL Deer Valley Hosp outpatient PT – patient was told he has bilateral hear infections and sinusitis now on Zpak explaining a missed appt. in early Feb. Endurance is improving and he is losing weight, increasing speed of VOR. "making steady progress".

3/25/16 Physician Statement, Andrea Patton, MD – seen 4/22/15, 3/24/16, 4/21/16 for vertigo and post-herpetic neuralgia with sudden spells of vertigo and inability to drive. Due to sedation from medications. Unable to work until 6/25/16.

5/24/16 Andrea Patton, MD (FP) – note indicating the patient "disabled" due to post-herpetic neuralgia with spells of sudden pain. Visits 9/22/15, 10/8/15, 10/29/15, 11/24/15, 12/23/16, 1/22/16, 2/25/16, 3/24/16, 4/28/16. Says he is unable to drive. Mentions postherpetic neuralgia "complicated by dizziness".

10/12/16 Denied SSI Disability due to not meeting severity standard as he is still able to move about and use arms, hands, legs in a satisfactory manner with no loss of motor control.

7/7/16 Albert Klaski, MD (Neurology) – started on zonisamide 25 mg qhs. Had some worsening following a trip to Chicago in June 2016 due to cold weather. Plan to increase zonisamide to eventually 100 mg bid and add carbamazepine 200 mg bid. He is planning another trip to Chicago to see family. Raised question of doing a sphenoid catheter procedure if pain worsens. Meds: clindamycin, <u>hydrocodone/ibuprofen, oxycodone</u>, ibuprofen, gabapentin, Singulair, Proventil, Flonase, Zonisamide 50 mg qhs. Examination was normal. Dx: post-herpetic neuralgia. No mention of active complains to dizziness.

9/13/16 Andrea Patton, MD (FP) – most recent visit was 6/21/16. Reported complaint include dizziness,

pain and fatigue. Raises possibility of "lifelong" symptoms without improvement. Seeing Dr. Patton every 3 months and Dr. Klaski every month or so.

9/13/16 Albert Klaski, MD (Neurology) – <u>he was supposed to follow up in 2 weeks but instead did not show up for 2 months. States that since his last visit he has improved but has intermittent paroxysms of pain that are severe lasting for 30 minutes during which time he characterizes himself as debilitated.</u> Plans increase of CBZ to 400 bid with prn tramadol. No mention made in the present illness of dizziness. Exam is normal.

11/14/16 Albert Klaski, MD (Neurology) – the patient has continued improvement but still has occasional spells of severe pain. No mention of dizziness, no falls and no impairment of motor function or balance on examination. Plan to titrate up slightly more on carbamazepine and if sedation ensues, consider a switch to oxcarbazepine (Trileptal) which should have less potential for sedation.

*Electronically signed*

Terry D. Fife, MD
Consultant, Liberty Mutual Insurance Co.
Professor of Neurology
Barrow Neurological Institute &
University of Arizona College of Medicine

# FAX

| | | | |
|---|---|---|---|
| TO: | Jessica Austin | FROM: | Ronald Finley |
| FAX: | 603-427-1844 | FAX: | |
| PHONE: | 888-437-7611 | PHONE: | |
| SUBJECT: | Ronald D. Finley Claim #5616243 | DATE: | December 22, 2016 |

COMMENTS:

Jessica,

Attached please find the most recent denial letter from the Social Security Administration. This is the third denial that I have received. I am also attaching a copy of my attorney's request for hearing that was filed electronically.

If you need any further information, please contact me.

Sincerely,

Ronald D. Finley

SOCIAL SECURITY ADMINISTRATION
**RETIREMENT, SURVIVORS, AND DISABILITY INSURANCE**
Notice of Reconsideration

Telephone: (866) 348-7855
Date: **October 12, 2016**
Claim Number: HA

RONALD DEWITT FINLEY

You asked us to take another look at your claim for Social Security disability benefits. Someone who did not make the first decision reviewed your case, including any new facts we received, and found that our first decision was correct.

**The Decision on Your Case**

The following report(s) were used to decide your claim in addition to those listed on our previous notice:

PHOENIX NEUROLOGY & SLEEP MEDICAL report received 09/16/2016
HONORHEALTH MEDICAL GROUP report received 09/20/2016

We have determined that your condition is not severe enough to keep you from working. We considered the medical and other information, your age, education, training, and work experience in determining how your condition affects your ability to work.

You said you are unable to work because of post-herpetic neuralgia, dizziness, vertigo, trigeminal neuralgia nerve pain, sever ringing in the ears, shocking pain from the eardrum throat right side of face.

Though you do have discomfort, the evidence shows you are still able to move about and to use your arms, hands and legs in a satisfactory manner. The evidence shows no significant muscle weakness or loss of control. Your muscle strength, feeling and reflexes are sufficient.

The evidence does not show any other impairments which would significantly restrict you from performing work related functions. Your statements about your

ability to perform work related activities are not fully supported by the other evidence in file.

We do not have sufficient vocational information to determine whether you can perform any of your past relevant work. However, based on the evidence in file, we have determined that you can adjust to other work.

If your condition gets worse and keeps you from working, write, call or visit any Social Security office about filing another application.

## About the Decision

Please remember that there are many types of disability programs, both government and private, which use different rules. A person may be receiving benefits under another program and still not be entitled under our rules. This may be true in this case.

## The Disability Rules

You must meet certain rules to qualify for disabled worker's Social Security benefits. You must have the required work credits and your health problems must:

- keep you from doing any kind of substantial work (described below), and
- last, or be expected to last, for at least 12 months in a row, or result in death.

## Information About Substantial Work

Generally, substantial work is physical or mental work a person is paid to do. Work can be substantial even if it is part-time. To decide if a person's work is substantial, we consider the nature of the job duties, the skills and experience needed to do the job, and how much the person actually earns.

Usually, we find that work is substantial if gross earnings average over $1130 per month after we deduct allowable amounts. This monthly amount is higher for Social Security disability benefits due to blindness.

A person's work may be different than before his/her health problems began. It may not be as hard to do and the pay may be less. However, we may still find that the work is substantial under our rules.

If a person is self-employed, we consider the kind and value of his/her work, including his/her part in the management of the business, as well as income, to decide if the work is substantial.

## Other Benefits

Based on the applications you filed you are not entitled to any other benefits besides those you may already be getting. In the future, if you think you may be entitled to benefits, you will need to file again.

## If You Disagree With The Decision

If you disagree with this decision, you have the right to request a hearing. A person who has not seen your case before will look at it. That person is an Administrative Law Judge (ALJ). The ALJ will review your case again and consider any new facts you have before deciding your case.

- You have 60 days to ask for a hearing.
- The 60 days start the day after you get this letter. We assume you got this letter 5 days after the date on it unless you show us that you did not get it within the 5-day period.
- You must have a good reason for waiting more than 60 days to ask for a hearing.
- You have to ask for an appeal in writing. We will ask you to sign a form HA-501-U2, called "Request for Hearing." You may contact one of our offices or call 1-800-772-1213 to request this form. Or you may complete this form online at http://www.socialsecurity.gov/disability/appeal. Contact one of our offices if you want help.
- As part of the appeal process, you also need to tell us about your current medical condition. We provide a form for doing that, the "Disability Report - Appeal". You may contact one of our offices or call 1-800-772-1213 to request this form. Or you may complete this report online after you complete the online Request for Hearing.

## How the Hearing Process Works

The ALJ will mail you a letter at least 20 days before your hearing to tell you its date, time and place. The letter will explain the law in your case and tell you what has to be decided. Since the ALJ will review all the facts in your case, it is important that you give us any new facts as soon as you can.

The hearing is your chance to tell the ALJ why you disagree with the decision in your case. You can give the ALJ new evidence and bring people to testify for you. The ALJ also can require people to bring important papers to your hearing and give facts about your case. You can question these people at your hearing.

Please read the enclosed pamphlet "Your Right To An Administrative Law Judge Hearing and Appeals Council Review Of Your Social Security Case." It has more information about the hearing.

## It Is Important To Go To The Hearing

It is very important that you go to the hearing. If for any reason you can't go, contact the ALJ as soon as possible before the hearing and explain why. The ALJ will reschedule the hearing if you have a good reason.

If you don't go to the hearing and don't have a good reason for not going, the ALJ may dismiss your request for a hearing.

## New Application

You have the right to file a new application at any time, but filing a new application is not the same as appealing this decision. If you disagree with this decision and you file a new application instead of appealing:

- you might lose some benefits, or not qualify for any benefits, and
- we could deny the new application using this decision, if the facts and issues are the same.

So, if you disagree with this decision, you should ask for an appeal within 60 days.

### If You Want Help With Your Hearing

You can have a friend, lawyer, or someone else help you. There are groups that can help you find a lawyer or give you free legal services if you qualify. There are also lawyers who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a lawyer, we will withhold up to 25 percent of any past due Social Security benefits to pay toward the fee.

### If You Have Any Questions

If you have any questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at (866) 348-7855. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
16241 N TATUM BLVD
PHOENIX AZ 85032-3441

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly.

### Suspect Social Security Fraud?

If you suspect Social Security fraud, please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

*Social Security Administration*

Enclosures:
SSA Pub. No. 70-10281

JEREMY DAVID PEKAS
3030 N 3RD ST
1230
PHOENIX AZ 85012

(SSA-L928)

Ober Pekas
ATTORNEYS AT LAW

**ATTORNEYS**
Edward M. Ober
Jeremy D. Pekas
Erin Rose Ronstadt
Kevin Koelbel
Clayton W. Richards
Charles Scrivner

**OF COUNSEL**
Mark Caldwell

**OBER & PEKAS, PLLC**
3030 North 3rd Street
Suite 1230
Phoenix, Arizona 85012

**PHONE**
602.277.1745

**TOLL-FREE**
800.572.6222

**FACSIMILE**
602.277.0346

OberPekas.com

December 6, 2016

Ronald Dewitt Finley

Dear Mr. Finley:

Enclosed is a copy of the receipt for the Request for Hearing that I filed electronically to challenge the Notice(s) of Reconsideration. Your file will now be forwarded to the Office of Disability Adjudication and Review (ODAR).

Unfortunately, the Phoenix ODAR has a large amount of pending cases and it is currently taking 15 to 18 months from the time of the Request for Hearing until the hearing takes place.

While your claim is pending before the ODAR, it is very important that you keep us informed. Please let us know if you have a new medical impairment, a new physician, a change of address or if you try to return to work.

Thank you.

Sincerely,

Jeremy D. Pekas mr

Jeremy D. Pekas
VV:mr
Enclosure

Social Security

The Official Website of the U.S. Social Security Administration

CLIENT COPY
FOR YOUR RECORDS

# Disability Appeal

**You have successfully submitted Ronald Finley's Disability Appeal on December 6, 2016 at 4:55:49 PM Eastern Time.**

We highly recommend that you print or save a copy of the appeal for his records.

Print or Save

## Attachments

| File Name | Document Type | Size |
|---|---|---|
| 827H.Finley.pdf | Authorization to Disclose Information to SSA (SSA-827) | 140.0 KB |
| | **Total File Size:** | **140.0 KB** |

NO ACTION NEEDED

## Additional Information

Although you have submitted Ronald Finley's disability appeal online, we still need a few items from him. Please print and have him complete the following: If you are unable to print

- personalized cover sheet
- Form SSA-1696 (Appointment of Representative)

**Do you want to begin a new appeal?**

We can copy your contact information into the appeal. You will have the opportunity to edit it later.

Start Another Appeal

**Done**

GROUP BENEFITS - CLAIMS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268

Liberty Mutual. INSURANCE

| CHECK NUMBER | CHECK DATE |
|---|---|
| 31070896 | 11/10/16 |
| **CHECK AMOUNT** | **BLOCK NUMBER** |
| $*****75.00 | 002208 |

CLAIM NUMBER
0005616243
EMPLOYEE NAME
FINLEY,RONALD D.

POLICY NUMBER
GF3-880-025155-01
CUSTOMER NAME
DICK'S SPORTING GOODS, INC.
SUBSIDIARY NAME
STORE ASSOCIATES

LOCATION NAME
SALARY ASSOCIATES
ANALYST ID
N0150383

INVOICE # 00000001

EXPLANATION OF BENEFIT (EOB) STATEMENT

PAYMENT DATE: 11/10/16 PAYMENT TYPE: LTD EIN: 204772900 PAYEE: VENDOR

| PAYMENT FROM | PAYMENT THRU | GROSS PAYMENT | NET PAYMENT |
|---|---|---|---|
| 11/10/16 | 11/10/16 | $ 75.00 | $ 75.00 |

NET CHECK AMOUNT: $ 75.00

CAREFULLY DETACH CHECK BEFORE DEPOSITING - RETAIN STATEMENT FOR YOUR RECORDS

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM

SON * 002208
GROUP BENEFITS - CLAIMS
P.O. BOX 1525
DOVER, NH 03821

Liberty Mutual. INSURANCE

51-44/119
BANK OF AMERICA, HARTFORD, CT

| OFFICE NO. | B. CODE | PAYMENT IDENTIFICATION | CHECK NUMBER | CHECK DATE | PAY |
|---|---|---|---|---|---|
| 096 | 176 | 0005616243 | 31070896 | 11/10/16 | $75.00**** |

****************************************************** PAY SEVENTY FIVE DOLLARS & 00 CENTS

PAY TO THE ORDER OF

PHOENIX NEUROLOGY AND SLEEP
MEDICINE
14044 W. CAMELBACK RD
STE 216
LITCHFIELD PARK AZ 85340

VOID IF NOT PRESENTED WITHIN SIX MONTHS OF ISSUE DATE OF CHECK

TWO SIGNATURES REQUIRED IF AMOUNT IS EQUAL TO OR EXCEEDS $40,000

⑈31070896⑈ ⑆011900445⑆00000000508 71⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT

PITNEY BOWES
US POSTAGE
$00.39⁹
NOV 11 2016
ZIP 03820
000368
21 3002370

PRESORTED
FIRST CLASS

RECEIVED
NOV 29 2016
DISABILITY PRODUCTS

NIXIE 034 DE 1270 0011/17/16

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 03821152525 *1879-01159-17-17

UTF

023

GROUP BENEFITS - CLAIMS
P.O. BOX 1525
DOVER, NH 03821
1-800-210-0268

Liberty Mutual.
INSURANCE

| CHECK NUMBER | CHECK DATE |
|---|---|
| 31019143 | 10/07/16 |
| CHECK AMOUNT | BLOCK NUMBER |
| $*****75.00 | 001013 |

CLAIM NUMBER
0005616243
EMPLOYEE NAME
FINLEY,RONALD D.

POLICY NUMBER
GF3-880-025155-01
CUSTOMER NAME
DICK'S SPORTING GOODS, INC.
SUBSIDIARY NAME
STORE ASSOCIATES

LOCATION NAME
SALARY ASSOCIATES
ANALYST ID
N0150383

INVOICE # 00000001

EXPLANATION OF BENEFIT (EOB) STATEMENT

PAYMENT DATE: 10/07/16 PAYMENT TYPE: LTD EIN: 860783428 PAYEE: VENDOR

| PAYMENT FROM | PAYMENT THRU | GROSS PAYMENT | NET PAYMENT |
|---|---|---|---|
| 10/06/16 | 10/06/16 | $ 75.00 | $ 75.00 |

NET CHECK AMOUNT: $ 75.00

Sent to Phoenix Neurology
2940 N Litchfield Road
Goodyear AZ 85395
Tax EIN # 20-4772900

We are not
INTEGRATED MEDICAL SERVICES
We did not see this patient on 10/6/16

CAREFULLY DETACH CHECK BEFORE DEPOSITING - RETAIN STATEMENT FOR YOUR RECORDS

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT. CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

SON * 001013
GROUP BENEFITS - CLAIMS
P.O. BOX 1525
DOVER, NH 03821

Liberty Mutual.
INSURANCE

51-44/119
BANK OF AMERICA, HARTFORD, CT

| OFFICE NO. | B. CODE | PAYMENT IDENTIFICATION | CHECK NUMBER | CHECK DATE | PAY |
|---|---|---|---|---|---|
| 096 | 176 | 0005616243 | 31019143 | 10/07/16 | $75.00**** |

*********************************************************** PAY SEVENTY FIVE DOLLARS & 00 CENTS

PAY TO THE ORDER OF
INTEGRATED MEDICAL SRVCS INC
2940 N LITCHFIELD ROAD
GOODYEAR AZ 85395

VOID IF NOT PRESENTED WITHIN SIX MONTHS OF ISSUE DATE OF CHECK

TWO SIGNATURES REQUIRED IF AMOUNT IS EQUAL TO OR EXCEEDS $40,000

⑈31019143⑈ ⑆011900445⑆0000000508 71⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.

PHOENIX AZ 852
17 NOV 2016 PM 9 L




Group Benefits
P.O. Box 15125
Dover, NH
03821

1 check

RECEIVED
NOV 29 2016
DISABILITY PRODUCTS

03821-152525

# Liberty Mutual Consulting Physician Referral

## File Review - Standard

**Physician Specialty: Neurology**

| | | | |
|---|---|---|---|
| Office: | 0096 | Claim #: | 5616243 |
| Claimant Name: | RONALD D FINLEY | | |
| Date of Birth: | | Claim Status: | AP |
| Date of Disability: | 9/20/2015 | Date Sent: | 11/10/2016 |
| Claimant SSN: | | Date Benefits Began: | 3/20/2016 |
| Product Type: | LTD | Paid Through: | 3/19/2018 |
| Disability Level: | Own Occupation | | |

Document Locations

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

Policyholder/Self-Insured Plan Holder: DICK'S SPORTING GOODS, INC.

Referred By: AUSTIN, JESSICA 096 8*731-6352

Assigned Nurse Case Manager:

Diagnosis: B02.9 Zoster without complications,

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

Please refer to Dr. Fife for an addendum to his 5/16 review. Please review updated information since 5/2016. In your previous report, you indicated a 7/5/16 return to work date, based on your conversation with the treating provider, Dr. Klaski; however the claimant did not return due to continued complaints of pain, which appears to be treatment resistant.

1. In your opinion, do the records continue to support an inability to perform medium work on a full-time basis? Please outline your rationale.

2. If the claimant is not able to currently perform full-time work, what is prognosis for improvement?

3. Please outline medication side effects and how they would affect functional capacity.

4. In your opinion, is another specialty review, such as pain management warranted at this time or does impairment continue to be substantiated?

# Liberty Mutual Consulting Physician Referral
## File Review - Standard

**Physician Specialty: Neurology**

| | | | |
|---|---|---|---|
| Office: | 0096 | Claim #: | 5616243 |
| Claimant Name: | RONALD D FINLEY | | |
| Date of Birth: | | Claim Status: | AP |
| Date of Disability: | 9/20/2015 | Date Sent: | 11/10/2016 |
| Claimant SSN: | | Date Benefits Began: | 3/20/2016 |
| Product Type: | LTD | Paid Through: | 3/19/2018 |
| Disability Level: | Own Occupation | | |

Document Locations
- ☑ Document List
- ☐ Correspondence
- ☐ Paper File

Policyholder/Self-Insured Plan Holder: DICK'S SPORTING GOODS, INC.

Referred By: AUSTIN, JESSICA 096 8*731-6352

Assigned Nurse Case Manager:

Diagnosis: B02.9 Zoster without complications,

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

Please refer to Dr. Fife for an addendum to his 5/16 review. Please review updated information since 5/2016. In your previous report, you indicated a 7/5/16 return to work date, based on your conversation with the treating provider, Dr. Klaski; however the claimant did not return due to continued complaints of pain, which appears to be treatment resistant.

1. In your opinion, do the records continue to support an inability to perform medium work on a full-time basis? Please outline your rationale.

2. If the claimant is not able to currently perform full-time work, what is prognosis for improvement?

3. Please outline medication side effects and how they would affect functional capacity.

4. In your opinion, is another specialty review, such as pain management warranted at this time or does impairment continue to be substantiated?

Phoenix Neurology
& Sleep Medicine

2940 N Litchfield Rd
Goodyear, AZ 85395

333 W Thomas Rd Ste. 101
Phoenix, AZ 85013

2925 W Rose Garden Lane
Phoenix, AZ 85027

# FAX

**To:** Jessica @ Liberty Mutual **From:** Pat @ Phx Neurology

**Fax:** 603-427-1844 **Pages:** 10

**Phone:** **Date:** 11-10-16

**Re:** Ronald Finley DOB **CC:**

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Claim# 5616243

**Comments:**

The document accompanying this fax transmission may contain information which is protected by The Health Insurance Portability and Accountability Act (HIPPA) and as such, the use and communication of its content should only be conducted within its guidelines. As such dispensing of this information should only be to individuals on a need to know basis. If the recipient of this message is not the intended recipient, or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or arrange for the return of the original documents to our office. Thank you.

[Pick the date]

*Dr. Anderson - Dr. Torzala – Dr. Klaski – Dr. Alarcio*

*Dr. Badhwar – Dr. Foltz – Dr. Sandhu – Dr. Gill*

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

October 4, 2016

Dr. Albert Klaski, MD
2940 N. LITCHFIELD ROAD
GOODYEAR, AZ 85395

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Albert Klaski:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Dick's Sporting Goods, Inc.'s Group Disability Policy. We are writing in reference to Ronald Finley's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office . This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 11, 2016.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: 5616243-REQUEST-PROVIDER-09.15.2016

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

**Progress Notes**

**Patient:** Finley, Ronald
**Account Number:** 36829
**DOB:** **Age:** 51 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Andrea Patton

**Provider:** Albert L. Klaski, M.D.
**Date:** 07/07/2016

---

**Subjective:**

**Chief Complaints:**

1. F/u.

**HPI:**

Constitutional:

Patient is a pleasant 51-year-old male returns to clinic for follow-up on his postherpetic neuralgia. Patient was started on Zonegran 25 mg by mouth daily at bedtime on last visit. Patient states that he was making improvements with his symptoms and felt controlled until he had to go to Chicago for a funeral. Patient states that he feels the cold weather exacerbate his symptoms, which is very plausible. Per discussion we will increase his Zonegran to 50 mg twice daily 200 mg total for improved overall relief. Patient may increase his dosing while he travels as he does have to go back to Chicago to see family. Discuss with patient how to properly increase the medication as it does go safely to 400 mg daily. Patient verbalized understanding how to self escalate to help with his symptoms. Patient may be a good candidate for the spheno catheter procedure especially with any flairs.

**ROS:**

10 point review of systems obtained was negative except for symptoms mentioned above.

**Medical History:** Headache/Migraine, Ringing in ears, Dizziness, Vertigo, Numbness/Tingling.

**Family History:**
Hypertension, diabetes.

**Social History:**
Patient is a nonsmoker, denies any drug or alcohol use, denies any energy drink use, drinks limited caffeine.

**Medications:** Taking Clindamycin HCl , Taking Hydrocodone-Ibuprofen , Taking Oxycodone HCl , Taking Ibuprofen , Taking Gabapentin , Taking Montelukast Sodium , Taking Proventil , Taking Fluticasone Furoate-Vilanterol , Taking Zonisamide 50 MG Capsule 1-4 capsules daily Once a day at bedtime

**Allergies:** Codeine Phosphate, Penicillin family, Amoxicillin.

**Objective:**

**Vitals:** HR 73 /min, BP 162/89 mm Hg, Wt 261 lbs, Ht 5 ft 10 in, BMI 37.45 Index, Ht-cm 177.8 cm, Wt-kg 118.39 kg.

**Examination:**

General Examination:

GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic.
EYES: pupils equal, round, reactive to light and accommodation.

**Physical Examination:**

Neurologic examination:

Mental status: The patient's orientation, memory, attention, language and fund of knowledge was normal.
Cranial nerves: Visual acuity and visual fields were intact, the oculomotor, trochlear and abducens nerve was intact, no trigeminal neuropathy was noted, no facial nerve palsy was noted, hearing was intact, shoulder shrug was intact bilaterally and there was no tongue deviation with protrusion.
Sensory: Light touch was intact.
Motor: Motor examination was 5/5 throughout with sustained power. Gait and balance was normal. Muscle tone was normal throughout.

**Assessment:**

**Assessment:**
1. Trigeminal neuralgia - G50.0 (Primary)
2. Other postherpetic nervous system involvement - B02.29

**Plan:**

**1. Trigeminal neuralgia**
Start Carbamazepine Tablet, 200 MG, 1 tablet, Orally, Twice a day, 30 day(s), 60, Refills 3 .
Procedure: SphenoCath
severe trigeminal neuralgia pain. right side.

Notes: #1. Spheno-catheter procedure for difficult to control trigeminal neuralgia on the right side of his face.
#2. Start carbamazepine 200 mg by mouth every 12 for symptom relief.
#3. Patient to follow up in 2 weeks. We'll escalate and maximize carbamazepine. If ineffective we will likely progress to Lyrica.
#4. Patient to follow up in 2 weeks.
**Follow Up:** 2 Weeks

**Provider:** Albert L. Klaski, M.D.
**Patient:** Finley, Ronald **DOB:** **Date:** 07/07/2016



**Electronically signed by Albert Klaski , MD on 07/07/2016 at 07:01 PM CDT**
**Sign off status: Completed**

**Progress Notes**

**Patient:** Finley, Ronald
**Account Number:** 36829
**DOB:** **Age:** 51 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Andrea Patton

**Provider:** Albert L. Klaski, M.D.
**Date:** 09/13/2016

---

**Subjective:**

**Chief Complaints:**

1. F/u.

**HPI:**

Constitutional:

Patient is a 51-year-old male returns to clinic for follow-up on his trigeminal neuralgia. On last visit patient was started on carbamazepine 200 mg by mouth every 12. Patient was scheduled for a 2 week follow-up, but returns almost 2 months later. Patient states that since his last visit he has been improved, but continues to get intermittent flares that are pretty severe. Still around 10/10, lasting around 30 minutes feels debilitated. Patient states the medication has been helpful and we will increase to the 200 mg 2 tablets in the morning and at bedtime for 800 mg daily for improved prevention. Can consider oxcarbazepine patient has side effects to the medication. We'll also do some mild tramadol to help with flares. Once. Patient stabilized on medications. Consider adding extra dose of his current medication such as carbamazepine during flares.

**ROS:**

10 point review of systems obtained was negative except for symptoms mentioned above.

**Medical History:** Headache/Migraine, Ringing in ears, Dizziness, Vertigo, Numbness/Tingling.

**Family History:**
Hypertension, diabetes.

**Social History:**
Patient is a nonsmoker, denies any drug or alcohol use, denies any energy drink use, drinks limited caffeine.

**Medications:** Taking Clindamycin HCl , Taking Hydrocodone-Ibuprofen , Taking Oxycodone HCl , Taking Ibuprofen , Taking Gabapentin , Taking Montelukast Sodium , Taking Proventil , Taking Fluticasone Furoate-Vilanterol , Taking Zonisamide 50 MG Capsule 1-4 capsules daily Orally Once a day at bedtime, Taking Carbamazepine 200 MG Tablet 1 tablet Orally Twice a day

**Allergies:** Codeine Phosphate, Penicillin family, Amoxicillin.

**Objective:**

**Vitals:** HR 62 /min, BP 149/88 mm Hg, Wt 261 lbs, Ht 5 ft 10 in, BMI 37.45 Index, Ht-cm 177.8 cm, Wt-kg 118.39 kg.

**Examination:**

General Examination:

GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic.
EYES: pupils equal, round, reactive to light and accommodation.

**Physical Examination:**

Neurologic examination:

Mental status: The patient's orientation, memory, attention, language and fund of knowledge was normal.
Cranial nerves: Visual acuity and visual fields were intact, the oculomotor, trochlear and abducens nerve was intact, no trigeminal neuropathy was noted, no facial nerve palsy was noted, hearing was intact, shoulder shrug was intact bilaterally and there was no tongue deviation with protrusion.
Sensory: Light touch was intact.
Motor: Motor examination was 5/5 throughout with sustained power. Gait and balance was normal. Muscle tone was normal throughout.

**Assessment:**

**Assessment:**
1. Trigeminal neuralgia - G50.0 (Primary)

**Plan:**

**1. Trigeminal neuralgia**
Refill Carbamazepine Tablet, 200 MG, 2 tablets, Orally, Twice a day, 30 day(s), 120 Tablet, Refills 3 ; Stop Zonisamide Capsule, 50 MG, 1-4 capsules daily, Orally, Once a day at bedtime ; Start Tramadol HCl Tablet, 50 MG, 1-2 tablets as needed, Orally, every 8 hours, 30 days, 60, Refills 1 .
Notes: #1. Increase carbamazepine to 200 mg 2 tablets in the morning and at bedtime for trigeminal neuralgia relief.
#2. Should patient continue to have increased side effects switched to oxcarbazepine.
#3. Tramadol 50 mg 1-2 tabs by mouth when necessary for flares.
#4. Patient to follow up in 1 month.

**Follow Up:** 4 Weeks

**Provider:** Albert L. Klaski, M.D.
**Patient:** Finley, Ronald **DOB:** **Date:** 09/13/2016



**Electronically signed by Albert Klaski , MD on 09/22/2016 at 05:15 PM CDT**
**Sign off status: Completed**

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

September 15, 2016

Dr. Albert Klaski, MD
2940 N. LITCHFIELD ROAD
GOODYEAR, AZ 85395

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Albert Klaski:

We are the Disability Claim Administrator for your patient, Ronald Finley.

To evaluate Mr. Finley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

* Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2016 through the most recent date of treatment

* Completion of the enclosed Forms:

__ Other

We ask that you provide this information by September 22, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | September 15, 2016 |
| To: | DR ALBERT KLASKI MD<br>2940 N. LITCHFIELD ROAD<br>GOODYEAR AZ 85395 |
| Attn: | Medical Records |
| Fax: | (623) 535-9520 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611 X16352<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 5616243<br>Claimant: Ronald Finley<br><br>Dick's Sporting Goods, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | October 4, 2016 |
| To: | DR ALBERT KLASKI MD<br>2940 N. LITCHFIELD ROAD<br>GOODYEAR AZ 85395 |
| Attn: | Medical Records |
| Fax: | (623) 535-9520 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 5616243<br>Claimant: Ronald Finley<br><br>Dick's Sporting Goods, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Ronald D Finley

# fax

| | | | |
|---|---|---|---|
| TO: | Jessica Austin | FROM: | Ronald Finley |
| FAX: | 603-427-1844 | PAGES: | ~~1~~ 3 |
| PHONE: | 888-437-7611 | DATE: | Date |
| RE: | Subject | CC: | Names |

[x] Urgent [ ] For Review [ ] Please Comment [ ] Please Reply [ ] Please Recycle

Comments:

Jessica,

I am updating my direct deposit information, as my account was hacked and has been closed. Please replace my previous direct deposit account information with my new checking account information. If you have any questions please call me. Thank You.

Sincerely,

Ronald D. Finley

# DIRECT DEPOSIT APPLICATION

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

**Return To:** Jessica Austin

EMPLOYEE/CLAIMANT NAME: Ronald Finley
CLAIM NO: 5616243
EMPLOYER/SPONSOR: Dick's Sporting Goods, Inc. DATE OF BIRTH:

**CHECK ONE:** ☐ New ☑ Change
**YOUR TELEPHONE NUMBER:** (623) 551-9321
**ADDRESS:** **CITY:** **STATE:** **ZIP:**

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☑ Checking ☐ Savings **BANK NAME:** Bank of America

**9 DIGIT ABA ROUTING NUM** **BANK ADDRESS:** 39518 N. Gavilan Peak Pkwy

**YOUR ACCOUNT NUMBER:** **CITY:** Anthem **STATE:** Az **ZIP:** 85086

**BANK PHONE:** (623) 551-4959

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☑ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☑ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or ~~making~~ withdrawals from specified account.

Signed: [signature] Date: 10.18.16

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

**Bank of America**
BANK OF AMERICA, N.A. (THE "BANK")

## Non-Federal Direct Deposit Enrollment Request Form

Authorization agreement for automatic deposits (ACH credits)

**Directions for Customer Use:**

1) ***Ensure entire form is complete, then sign and date***
   - Use the ABA routing number from the state where your account was opened
2) ***Ensure appropriate Employer / Company address is used when mailing completed form***
3) ***Employer / Company should review this form for completeness and suitability.*** If Employer / Company prefers or requires their own form, use account type, number and ABA routing number below to help complete their form
4) ***Mail form directly to Employer / Company*** (Note: It is not necessary for employer or company to return the form to the bank once direct deposit is set up into the payroll system)

**Employer / Company Name:** ______________________

**Employer Address** **City** **State** **Zip**

I (we) authorize the above named **Employer / Company** to initiate credit entries to my **Bank of America** Checking and/or Savings accounts indicated below and to credit the same to such account. I (we) acknowledge that the origination of the ACH transactions to my (our) account must comply with the provisions of U.S. law.

***Note: Funds can be deposited into one account or split between accounts as a set percent or dollar amount.***

| | | |
|---|---|---|
| Account Type | [X] Checking [ ] Savings | State Acct Opened AZ |
| Account Number | | |
| ABA Routing Number | | |
| Deposit Amount | ______ % OR $ ______ (Flat Amount) | |




If monies to which I am not entitled are deposited to my account, I authorize the Employer / Company (issuer) to direct the financial institution to return said funds and I authorize the financial institution to act on the Employer / Company direction and to return said funds. This authority will remain in effect until Employer / Company has received written notification from me of its termination in such time and in such manner as to afford Employer / Company and financial institution a reasonable opportunity to act on it.

RONALD D FINLEY
Name

Address ______ City/State/Zip ______

Signature (required) ______ Date 10/18/2016 Telephone Number ______

NOTE: Written credit authorization must provide that the receiver may revoke the authorization only by notifying the originator in the manner specified in the authorization.

NAZ
00-14-9291M 002 02-2014

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. RONALD FINLEY

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

October 18, 2016

Mr. Ronald Finley

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243

Dear Mr. Ronald Finley:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Dick's Sporting Goods, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Per your October 18, 2016 request, we have enclosed the following:

A Direct Deposit Form, which must be completed in order to have benefit checks automatically deposited into a checking or savings account. Please fully complete this form and return it along with a voided check or savings account deposit slip in the enclosed return envelope.

If you have any questions regarding this matter, please contact your assigned Disability Case Manager at the number below.

Sincerely,

Brandy Pelletier
Technical Claims Specialist
On Behalf Of: Jessica Austin
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 334-8592

Attachments: Direct Deposit Application

# DIRECT DEPOSIT APPLICATION

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

**Return To:** Jessica Austin

EMPLOYEE/CLAIMANT NAME: Ronald Finley
CLAIM NO: 5616243
EMPLOYER/SPONSOR: Dick's Sporting Goods, Inc. DATE OF BIRTH: ________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER: ( ) ________**
**ADDRESS: ________ CITY: ________ STATE: ____ ZIP: ____**

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME: ________**

**9 DIGIT ABA ROUTING NUMBER: ________** **BANK ADDRESS: ________**

**YOUR ACCOUNT NUMBER: ________** **CITY: ____ STATE: ____ ZIP: ____**

**BANK PHONE: ( ) ________**

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ________ Date: ________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Liberty's bank will transfer your benefit payment directly into your bank account. Liberty recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Liberty Life Assurance Group Disability will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

**PHOENIX NEUROLOGY**
**& SLEEP MEDICINE**

2940 N. Litchfield Rd.
Goodyear, AZ 85395
Office: (623) 535-0050
Fax: (623) 535-9520

To: Liberty Mutual Insurance Fax #: 603-427-1844

INVOICE LETTER

Statement Date: 10-6-2016

Regarding: Ronald Finley

DOB: ____________

Description: Medical Records / Disability / FMLA
Charge: $75.00
Tax ID: 86-0783428

Please return with payment. Thank you.

Please make check payable to: Phoenix Neurology & Sleep Medicine, PLLC.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | October 4, 2016 |
| To: | DR ALBERT KLASKI MD<br>2940 N. LITCHFIELD ROAD<br>GOODYEAR AZ 85395 |
| Attn: | Medical Records |
| Fax: | (623) 535-9520 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 5616243<br>Claimant: Ronald Finley<br><br>Dick's Sporting Goods, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

October 4, 2016

Dr. Albert Klaski, MD
2940 N. LITCHFIELD ROAD
GOODYEAR, AZ 85395

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Albert Klaski:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Dick's Sporting Goods, Inc.'s Group Disability Policy. We are writing in reference to Ronald Finley's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office . This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by October 11, 2016.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: 5616243-REQUEST-PROVIDER-09.15.2016

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | September 15, 2016 |
| To: | DR ALBERT KLASKI MD<br>2940 N. LITCHFIELD ROAD<br>GOODYEAR AZ 85395 |
| Attn: | Medical Records |
| Fax: | (623) 535-9520 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 5616243<br>Claimant: Ronald Finley<br><br>Dick's Sporting Goods, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

September 15, 2016

Dr. Albert Klaski, MD
2940 N. LITCHFIELD ROAD
GOODYEAR, AZ 85395

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Albert Klaski:

We are the Disability Claim Administrator for your patient, Ronald Finley.

To evaluate Mr. Finley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2016 through the most recent date of treatment

- Completion of the enclosed Forms:

  __ Other

We ask that you provide this information by September 22, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Ronald D. Finley

# fax

| | | | |
|---|---|---|---|
| TO: | Jessica Austin | FROM: | Ronald Finley |
| FAX: | 603-427-1844 | PAGES: | 3 |
| PHONE: | 888-437-7611 | DATE: | September 24, 2016 |
| RE: | Ronald D. Finley Claim #5616243 | CC: | |

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Comments: Your comments here

Jessica,

I received your letter, my new home phone number is and my cell number is Attached, also please find the last statement from my Physician Dr. Andrea Patton dated 9/13/16, regarding my current physical status.

Respectfully,

Ronald D. Finley

EVERY SEASON STARTS AT DICK'S SPORTING GOODS

GOLF GALAXY

345 COURT STREET, CORAOPOLIS PA 15108
PHONE: (724) 273-4331 FAX: (724) 227-1188

August 29, 2016

Certified and US Postal

Ronald Finley

Dear Ronald:

The last correspondence we received in regards to your leave of absence was a physician's fitness for duty statement dated May 24, 2016. The documentation stated that you are temporarily incapacitated for an undetermined period-of-time. It has been our practice to consider providing additional leave, or other accommodations, which are medically necessary, when we have a reasonable expected return to full duty.

You have been on a medical leave of absence since September 18, 2015. After repeated requests, we have not received the information which indicates the anticipated full duty release from your physician. Please have the enclosed physician's release form completed by your doctor and returned to us.

**We would like to know whether you are going to have the ability to come back to work at your full duty capacity, and if so, the specific date when we can expect that to occur.**

Please return the completed release form to our office in the enclosed self-addressed envelope by **September 12, 2016.**

Should you have any questions, please contact me at (724) 273-4331.

Your failure to provide the requested medical documentation by September 12, 2016, will result in a determination being made as to your continued leave status based on available, previously-provided documentation.

Sincerely,

Jan Cronin
Benefits Coordinator

Enclosure

EVERY SEASON STARTS AT DICK'S SPORTING GOODS

345 Court Street, Coraopolis PA 15108
Main Phone: 724-273-3400 Fax: 724-227-1188

GOLF GALAXY

# Attending Physician's Return to Work Form

***Notice to physician & associate:***
***This form must be returned to employer within 24 hours of this office visit.***

**Patient's Name:** Ronald Finley

**Date of Injury/Illness:** 9/22/2015

**Nature of Injury/Illness:** post herpetic neuralgia

I treated the above patient with respect to the described Injury/Illness on most recent 6/21/2016 (date)

**Comments:** dizziness, pain, fatigue

**Diagnosis:** seen neurology - Dr Kolaski monthly possible lifelong without improvement, unknown reevaluating myself every 3 months, neurology every month

Based on the patient's current medical condition, the patient:

- ☐ May return to regular work (with no limitations) on ______
- ☒ Is temporarily disabled at this time.
- ☐ May return to work on ______ with the following limitations:
  - No lifting over ______ lbs
  - No pushing/pulling over ______ lbs
  - No reaching over shoulder level
  - No kneeling or squatting
  - No climbing of stairs/ladders
  - Should be sitting ______% of time
  - Limited use of ______
  - No use of ______
  - No repetitive bending of ______

**Length of restrictions:**

- ☐ Associate may resume regular duties on ______
- ☒ Associate will be re-evaluated on every 3 months me, monthly neurologist
- ☒ Next scheduled appointment date/time 9/20/16

[signature]
**Physician's Signature *(required)***

9/13/16
**Date *(required)***

Andrea Patton
**Print Physician's Name *(required)***

20330 N. Cave Creek #160 Phx AZ 85024
**Physician's Address *(required)***

602-730-8443
**Physician's Telephone Number *(required)***

2010

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | September 15, 2016 |
| To: | DR ALBERT KLASKI MD<br>2940 N. LITCHFIELD ROAD<br>GOODYEAR AZ 85395 |
| Attn: | Medical Records |
| Fax: | (623) 535-9520 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 5616243<br>Claimant: Ronald Finley<br><br>Dick's Sporting Goods, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

September 15, 2016

Dr. Albert Klaski, MD
2940 N. LITCHFIELD ROAD
GOODYEAR, AZ 85395

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Albert Klaski:

We are the Disability Claim Administrator for your patient, Ronald Finley.

To evaluate Mr. Finley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 1, 2016 through the most recent date of treatment

- Completion of the enclosed Forms:

__ Other

We ask that you provide this information by September 22, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. RONALD FINLEY

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

September 15, 2016

Mr. Ronald D. Finley

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243

Dear Mr. Ronald Finley:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Dick's Sporting Goods, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

On September 15, 2016, we attempted to contact you at (480) 694-0041. However, the number had been disconnected .

We need to speak with you about your disability claim. Please call us by September 29, 2016 at the number listed below so that we can discuss your claim. If you do not contact us by this date, we may be unable to evaluate your eligibility for ongoing disability benefits.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | July 27, 2016 |
| To: | DR ALBERT KLASKI MD<br>2940 N. LITCHFIELD ROAD<br>GOODYEAR AZ 85395 |
| Attn: | Medical Records |
| Fax: | (623) 535-9520 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages<br>(Including Cover): | 3 |
| RE:<br><br>Claim #: 5616243<br>Claimant: Ronald Finley<br><br>Dick's Sporting Goods, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

July 27, 2016

Dr. Albert Klaski, MD
2940 N. LITCHFIELD ROAD
GOODYEAR, AZ 85395

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Albert Klaski:

We are the Disability Claim Administrator for your patient, Ronald Finley.

To evaluate Mr. Finley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 8, 2016 through the most recent date of treatment

- Completion of the enclosed Forms:

__ Other

We ask that you provide this information by August 3, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

FAX No.

UL/11/2016/MON 03:09 PM

Phoenix Neurology & Sleep Medicine
2940 N Litchfield Rd. Goodyear, AZ 85395
623-535-0050
623-535-9520
phxneurology.com

# FAX

Attn: Brandy Pelletier
To: Liberty Mutual Insurance

Fax: 1-603-334-8592

Date: 07/11/16

Re: Ronald Finley

From: Fernanda

Fax: 623-535-9520

Phone: 623-535-0050

Cc:

Comments:
Hello. We received this request for a restrictions form, Dr. Klaski is not able to complete it. Please find records attached.
Thank You!

Pages: 7

- [ ] Urgent
- [ ] For Review
- [ ] Please Comment
- [ ] Please Reply
- [ ] Please Recycle

Compliance Disclosure: This message and its attachments may contain confidential information that is privileged. This information is intended only for the use of the intended recipient of this message. ... intended recipient of this information is prohibited from disclosing this information ... to destroy the information after its stated need ... not the intended recipient ...

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date: | July 8, 2016 |
| To: | DR ALBERT KLASKI MD<br>2940 N. LITCHFIELD ROAD<br>GOODYEAR AZ 85395 |
| Attn: | Medical Records |
| Fax: | (623) 535-9520 |
| From: | Brandy Pelletier<br>Technical Claims Specialist<br>On Behalf Of: Jessica Austin<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5616243<br>Claimant: Ronald Finley<br><br>Dick's Sporting Goods, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

July 8, 2016

Dr. Albert Klaski, MD
2940 N. LITCHFIELD ROAD
GOODYEAR, AZ 85395

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Albert Klaski:

We are the Disability Claim Administrator for your patient, Ronald Finley.

To evaluate Mr. Finley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 7, 2016 through the present.
- Completion of the enclosed Forms:

X Restrictions Form
___ Other

We ask that you provide this information by July 15, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
Technical Claims Specialist
On Behalf Of: Jessica Austin
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 334-8592

Attachments: Restrictions Form

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

# Restrictions Form

**Return To:** Brandy Pelletier

| Ronald Finley | | 5616243 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. DATE FIRST TREATED — ______________
   DATE LAST TREATED — ______________
   NEXT OFFICE VISIT — ______________

   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.
   1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM ______________ TO ______________.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?________

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ____________TO____________.

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

**Progress Notes**

**Patient:** Finley, Ronald
**Account Number:** 36829
**DOB:** **Age:** 51 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Andrea Patton

**Provider:** Albert L. Klaski, M.D.
**Date:** 07/07/2016

---

**Subjective:**

**Chief Complaints:**

1. F/u.

**HPI:**

Constitutional:

Patient is a pleasant 51-year-old male returns to clinic for follow-up on his postherpetic neuralgia. Patient was started on Zonegran 25 mg by mouth daily at bedtime on last visit. Patient states that he was making improvements with his symptoms and felt controlled until he had to go to Chicago for a funeral. Patient states that he feels the cold weather exacerbate his symptoms, which is very plausible. Per discussion we will increase his Zonegran to 50 mg twice daily 200 mg total for improved overall relief. Patient may increase his dosing while he travels as he does have to go back to Chicago to see family. Discuss with patient how to properly increase the medication as it does go safely to 400 mg daily. Patient verbalized understanding how to self escalate to help with his symptoms. Patient may be a good candidate for the spheno catheter procedure especially with any flairs.

**ROS:**

10 point review of systems obtained was negative except for symptoms mentioned above.

**Medical History:** Headache/Migraine, Ringing in ears, Dizziness, Vertigo, Numbness/Tingling.

**Family History:**
Hypertension, diabetes.

**Social History:**

Patient is a nonsmoker, denies any drug or alcohol use, denies any energy drink use, drinks limited caffeine.

**Medications:** Taking Clindamycin HCl , Taking Hydrocodone-Ibuprofen , Taking Oxycodone HCl , Taking Ibuprofen , Taking Gabapentin , Taking Montelukast Sodium , Taking Proventil , Taking Fluticasone Furoate-Vilanterol , Taking Zonisamide 50 MG Capsule 1-4 capsules daily Once a day at bedtime

**Allergies:** Codeine Phosphate, Penicillin family, Amoxicillin.

**Objective:**

**Vitals:** HR 73 /min, BP 162/89 mm Hg, Wt 261 lbs, Ht 5 ft 10 in, BMI 37.45 Index, Ht-cm 177.8 cm, Wt-kg 118.39 kg.

**Examination:**

General Examination:

GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic.
EYES: pupils equal, round, reactive to light and accommodation.

**Physical Examination:**

Neurologic examination:

Mental status: The patient's orientation, memory, attention, language and fund of knowledge was normal.
Cranial nerves: Visual acuity and visual fields were intact, the oculomotor, trochlear and abducens nerve was intact, no trigeminal neuropathy was noted, no facial nerve palsy was noted, hearing was intact, shoulder shrug was intact bilaterally and there was no tongue deviation with protrusion.
Sensory: Light touch was intact.
Motor: Motor examination was 5/5 throughout with sustained power. Gait and balance was normal. Muscle tone was normal throughout.

**Assessment:**

**Assessment:**
1. Trigeminal neuralgia - G50.0 (Primary)
2. Other postherpetic nervous system involvement - B02.29

**Plan:**

**1. Trigeminal neuralgia**
Start Carbamazepine Tablet, 200 MG, 1 tablet, Orally, Twice a day, 30 day(s), 60, Refills 3 .
Procedure: SphenoCath
severe trigeminal neuralgia pain. right side.

Notes: #1. Spheno-catheter procedure for difficult to control trigeminal neuralgia on the right side of his face.
#2. Start carbamazepine 200 mg by mouth every 12 for symptom relief.
#3. Patient to follow up in 2 weeks. We'll escalate and maximize carbamazepine. If ineffective we will likely progress to Lyrica.
#4. Patient to follow up in 2 weeks.
**Follow Up:** 2 Weeks

**Provider:** Albert L. Klaski, M.D.
**Patient:** Finley, Ronald **DOB:** **Date:** 07/07/2016



**Electronically signed by Albert Klaski , MD on 07/07/2016 at 07:01 PM CDT**
**Sign off status: Completed**

https://[illegible]

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 334-8592

| | |
|---|---|
| Date: | July 8, 2016 |
| To: | DR ALBERT KLASKI MD<br>2940 N. LITCHFIELD ROAD<br>GOODYEAR AZ 85395 |
| Attn: | Medical Records |
| Fax: | (623) 535-9520 |
| From: | Brandy Pelletier<br>Technical Claims Specialist<br>On Behalf Of: Jessica Austin<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 334-8592 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 5616243<br>Claimant: Ronald Finley<br><br>Dick's Sporting Goods, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

July 8, 2016

Dr. Albert Klaski, MD
2940 N. LITCHFIELD ROAD
GOODYEAR, AZ 85395

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Albert Klaski:

We are the Disability Claim Administrator for your patient, Ronald Finley.

To evaluate Mr. Finley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from July 7, 2016 through the present.

- Completion of the enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by July 15, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8592 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Brandy Pelletier
Technical Claims Specialist
On Behalf Of: Jessica Austin
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 334-8592

Attachments: Restrictions Form

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 334-8592

# Restrictions Form

**Return To:** Brandy Pelletier

| Ronald Finley | | 5616243 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ________
   **DATE LAST TREATED** — ________
   **NEXT OFFICE VISIT** — ________
   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ________ **TO** ________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM**________**TO**________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

# F A X S H E E T

| | |
|---|---|
| Date: | 2016-06-06 13:14:02 |
| To: | Attn: Terry D. Fife, MD |
| Subject: | Patient Document |
| Fax Number: | 1-866-841-1415 |
| To Company: | Liberty Mutual |
| From Name: | Malave Galaz,Maria |
| From Company: | PHOENIX NEUROLOGY SLEEP MED |
| From Facility: | PHOENIX NEUROLOGY SLEEP MED |
| Support Contact: | 623-535-0050 |
| Number of Pages(s): | 2 |

**This facsimile transmission contains confidential information intended for the parties identified above. If you have received this transmission in error, please immediately notify me by telephone and return the original message to me at the address listed above. Distribution, reproduction or any other use of this transmission by any party other than the intended recipient is strictly prohibited.**

Liberty Mutual.

**Liberty Life Assurance Company of Boston**

Group Disability Claims 03A
P O Box 37500
2510 West Dunlap Ave #300
Phoenix, AZ 85021
Telephone 602-861-0856
1-800-320-7585
Fax 866-841-1415

May 11, 2016

Albert L. Klaski, MD
Phoenix Neurology & Sleep Medicine
2940 N. Litchfield Road
Goodyear, AZ 85395
Tel. 623-535-0050, Fax 623-535-9520

| | | |
|---|---|---|
| **RE:** | **Claimant:** | Ronald D. Finley |
| | **Claim#** | 5616243 |
| | **DOB:** | |

Dear Dr. Klaski:

Thank you for speaking with me by phone today about your patient Ronald Finley. I was asked to review the records on your patient and advise the claims manager at Mr. Finley's disability insurance carrier, Liberty Mutual Insurance, regarding his disability claim and current status.

This note is to summarize my understanding of our phone call today. You indicated that the Mr. Finley has been generally improving from the standpoint of pain but had a little setback when he went to Chicago for a death in the family. It seems the cold air aggravated the facial pain. However, as of last visit 4/27/16 he seemed to still making progress and has another visit to Chicago this month and then the next appointment to see you is scheduled for 6/29/16. You indicated that you suspected the dizziness probably not related to the pain or prior shingles and did not seem to be a limiting factor and it was more the pain that was limiting. You agreed that he would likely be able to return to work in early July 2016 without specific restriction.

Feel free to revise or add any comments and return it by fax to 866-841-1415. Thank you in advance.

Sincerely,

*Electronically signed*

Terry D. Fife, MD, FAAN, FANS
Professor of Neurology
University of Arizona College of Medicine
Director, Neuro-Otology & Balance Disorders
Barrow Neurological Institute
Phoenix, AZ 85013

Albert Klaski M.D.
Albert L. Klaski, MD

6/6/2016
Date

Fax: 603-422-7909

Attn: Jessica Austin

RE: Ronald Finley
Claim # 5616243

EVERY SEASON STARTS AT
DICK'S SPORTING GOODS
GOLF GALAXY

345 Court Street, Pittsburgh PA 15275
Main Phone: 724-273-3400 Fax: 724-227-1188

# Attending Physician's Fitness for Duty Statement

***Notice to physician & associate:***
***This form must be returned to DICK'S Sporting Goods within 24 hours of this office visit.***

**Patient's Name:** Ronald Finley

**Date of Injury/Illness:** 9-19-15

I treated the above patient with respect to the described Injury/Illness on 9/22/15 – 4/28/16 / most recent
**(date)**

**Comments:**

**Nature of Injury/Illness:** Shingles . Postherpetic Neuralgia

Based on the patient's current medical condition, the patient:

- ☐ May return to regular work (with no limitations) on ____________
- ☑ Patient is temporally disabled at this time.
- ☐ May return to work on ____________ with the following limitations:
  - No lifting over ________ lbs
  - No pushing/pulling over ________ lbs
  - No reaching over shoulder level
  - No kneeling or squatting
  - No climbing of stairs/ladders
  - Should be sitting ______% of time
  - Limited use of ____________
  - No use of ____________
  - No repetitive bending of ________

**Length of restrictions:**

- ☐ Associate may resume regular duties on
- ☑ Associate will be re-evaluated on 11/2016 – 6 months
- ☐ Next scheduled appointment date/time

| | |
|---|---|
| [signature] **Physician's Signature** ***(required)*** | 5/24/16 **Date** ***(required)*** |
| Andrea Patton **Print Physician's Name** ***(required)*** | |
| 20330 N. Cave Creek Rd **Physician's Address** ***(required)*** | 602-730-8443 **Physician's Telephone Number** ***(required)*** |

2010

EVERY SEASON STARTS AT DICK'S SPORTING GOODS
GOLF GALAXY

345 Court Street, Coraopolis PA 15108
Phone: (724) 273-4331 Fax: (724 227-1188

# Medical Certification Form
## Employee's Serious Health Condition
(to be completed by attending physician)

Employee Name: Ronald Finley

Employer name and contact: DICK'S Sporting Goods / Golf Galaxy (724) 273-4331

Employee's Job Title: Store Manager

Check if job description is attached: ____

**For Completion by the Health Care Provider:**
INSTRUCTIONS to the HEALTH CARE PROVIDER: Your patient has requested a medical leave of absence. Fully complete all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. You answer should be your best estimate based upon your medical knowledge, experience and examination of the patient. Limit your responses to the condition for which the employee is seeking leave. Please be sure to sign the form on the last page.

Provider's name and business address: Dr. Andrea Patton
20330 N. Cave Creek Rd # 160
Phoenix, AZ 85024

Type of practice/medical specialty: Family Practice

Telephone: (602) 730-8443 Fax: (602) 730-8444

**Important Disclosure Notices:** GINA prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of employees or their family members with certain exceptions including requests for family medical history to comply with the certification provisions of the FMLA or State or local family and medical leave laws, or pursuant to a policy (even in the absence of requirements of Federal, State, or local leave laws) that permits the use of leave to care for a sick family member and that requires all employees to provide information about the health condition of the family member to substantiate the need for leave". If this exception provision is not applicable in your case, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

 CONTINUED ON NEXT PAGE 

**PART A: MEDICAL FACTS**

1. Approximate date condition commenced: 9/19/15

   Probable duration of condition: unknown

   Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
   X No ___ Yes. If yes, list dates of admission: ______

   Date(s) you treated the patient for condition: 4/28/16, 3/24/16, 2/25/16 (partner), 1/22/16 (partner), 12/23/16 (partner), 11/24/15, 10/29/15, 10/8/15, 9/22/15

   Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
   ___ No X Yes. If yes, state the nature of such treatments and expected duration of treatment: ______
   neurologist - medication

2. Is the medical condition pregnancy? X No ___ Yes. If so, expected delivery date: ______

3. Is the employee unable to perform any of his/her job functions due to the condition: ___ No ✓ Yes

   If yes, identify the job functions the employee is unable to perform: on narcotics on/off, unable to drive, vertigo

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis or any regimen of continuing treatment such as the use of specialized equipment).

   post herpetic neuralgia - complicated by pain, dizziness

**PART B: AMOUNT OF LEAVE NEEDED**

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___ No ✓ Yes

   If yes, estimate the beginning and ending dates for the period of incapacity: ~6 months, unknown recovery duration

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ___ No ✓ Yes.

   If yes, are the treatments or the reduced number of hours of work medically necessary? ___ No ✓ Yes

   Estimated treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment including the recovery period: monthly with myself & neurology

   Estimate the part-time or reduced work schedule for the employee needs, if any:

   ______ hour(s) per day; ______ days per week from ______ through ______

 CONTINUED ON NEXT PAGE 

**PART B: AMOUNT OF LEAVE NEEDED (continued)**

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? _____No __✓__Yes

Is it medically necessary for the employee to be absent from work during the flare-ups?

_____No __✓__Yes. If yes, explain: sudden pain, vertigo

Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days): Currently continuous

Frequency: ______ times per ______weeks(s) ________months(s)

Duration: _______ hours or _____day(s) per episode

Additional Comments: ______

Andrea Patton
**Name of Health Care Provider (written)**

[signature]
**Signature of Health Care Provider**

5/24/16
**Date**

May 26 16 07:51p Finley p.1

Form **W-4S**
Department of the Treasury
Internal Revenue Service

**Request for Federal Income Tax Withholding From Sick Pay**
**Give this form to the third-party payer of your sick pay.**
**Information about Form W-4S is available at *www.irs.gov/w4s*.**

OMB No. 1545-0074
**2015**

| Type or print your first name and middle initial. | Last name | Your social security number |
|---|---|---|
| RONALD D. | FINLEY | |

Home address (number and street or rural route)

City or town, state, and ZIP code

Claim or identification number (if any) . . . . . . 5616243

I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . $ 88.—

Employee's signature [signature] Date 5-23-16

Separate here and give the top part of this form to the payer. Keep the lower part for your records.

Claim # 5616 243

Attn. Jessica Austin.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. RONALD FINLEY

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

May 12, 2016

Mr. Ronald D. Finley

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243

Dear Mr. Ronald Finley:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Dick's Sporting Goods, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have completed a thorough review of the information submitted and have approved your claim for benefits.

The Policy states that to be eligible for benefits you must meet the definition of disability as defined in the LTD Policy:

*__"Disability"__ or __"Disabled"__, with respect to Long Term Disability, means:*

1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

    i. *if the Covered Person is eligible for the 24 Month Own Occupation benefit, __"Disability"__ or __"Disabled"__ means that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

    ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

2. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

    *__"Disability" or "Disabled"__ means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation.*

Based on the medical and vocational information contained in our claim file, we have determined that you are unable to perform the duties of your occupation.

We have determined that your date of disability is September 20, 2015 and your benefits begin on March 20, 2016. Benefit payment will be sent under separate cover.

The Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to benefits under the United States Social Security Act, the Public Employees' Retirement Fund, and Workers' Compensation benefits.

You will continue to receive benefits provided all contractual provisions continue to be met or until you return to work or other income benefits are awarded as defined by the Policy.

You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it to our office.

While you are eligible to receive Long Term Disability benefits, we will not require payment of any LTD premiums normally due.

In addition to your LTD benefits you may also qualify for disability benefits from the Social Security Administration. The Policy requires that you apply for Social Security benefits should your disability be expected to extend for twelve months. The enclosed Social Security fact sheet explains the advantages of obtaining an award. To apply, contact your local Social Security office or call 1-800-772-1213. Once you have applied, please let us know and provide a copy of your proof of application.

Federal and state tax withholding requirements are based upon the disability Policy established by your employer. In this case, both federal and state income tax withholding is voluntary. To elect federal income tax withholding from your benefits, please return a completed Form W-4S. You cannot elect less than $88.00 per month to be deducted for federal taxes. To elect state income tax withholding, provide us with the applicable state tax withholding form, which can be obtained from your local federal building or online at www.irs.gov.

We will continue to review your claim and request medical documentation to evaluate your continued eligibility for benefits. Please note that approval at this time does not guarantee payments through the maximum benefit duration. It is imperative that you assist with the management of your claim going forward by providing prompt responses to our requests for information. Please notify our office immediately if your condition changes or your physicians alter your treatment plan.

If your benefit is overpaid Liberty Life Assurance Company of Boston has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your LTD Policy.

In addition, while we are formally approving your claim at this time, based on the consulting physician's review and discussion with Dr. Klaski, it is anticipated that you will return to work on July 5, 2016. If you do not return to work at at that time, additional medical documentation will be need for review.

If you have any questions regarding this matter, please contact me.

Liberty Mutual Insurance offers you the convenience of managing multiple aspects of your benefits online or through your moble device, including viewing the status of your claim or leave. Visit www.mylibertyconnection.com on your computer or mobile device.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: W-4S - For use with FI and ASO with 501c9 Trust

Form **W-4S**
Department of the Treasury
Internal Revenue Service

# Request for Federal Income Tax Withholding From Sick Pay

**Give this form to the third-party payer of your sick pay.**
**Information about Form W-4S is available at *www.irs.gov/w4s*.**

OMB No. 1545-0074

**2015**

| Type or print your first name and middle initial. | Last name | Your social security number |
|---|---|---|
| | | |

Home address (number and street or rural route)

City or town, state, and ZIP code

| | |
|---|---|
| Claim or identification number (if any) . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| I request federal income tax withholding from my sick pay payments. I want the following amount to be withheld from each payment. (See **Worksheet** below.) . . . . . . . . . . . . . . . . . . . . . . . . . | **$** |

Employee's signature Date

.................................................**Separate here and give the top part of this form to the payer. Keep the lower part for your records.** ..........................................................

**Worksheet** (Keep for your records. Do not send to the Internal Revenue Service.)

| | | | |
|---|---|---|---|
| **1** | Enter amount of adjusted gross income that you expect in 2015 . . . . . . . . . . . . . . . . . | **1** | |
| **2** | If you plan to itemize deductions on Schedule A (Form 1040), enter the estimated total of your deductions. For 2015, you may have to reduce your itemized deductions if your income is over $309,900 and you are married filing jointly or are a qualifying widow(er); $284,050 if you are head of household; $258,250 if you are single and not head of household or a qualifying widow(er); or $154,950 if you are married filing separately. See Pub. 505 for details. If you do not plan to itemize deductions, enter the standard deduction. (See the instructions on page 2 for the standard deduction amount, including additional amounts for age and blindness.) . . . . . . . | **2** | |
| **3** | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3** | |
| **4** | Exemptions. Multiply $4,000 by the number of personal exemptions . . . . . . . . . . . . . | **4** | |
| **5** | Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **5** | |
| **6** | Tax. Figure your tax on line 5 by using the 2015 Tax Rate Schedule X, Y, or Z on page 2. Do not use the Tax Table or Tax Rate Schedule X, Y, or Z in the 2014 Form 1040, 1040A, or 1040EZ instructions . . . . . . | **6** | |
| **7** | Credits (child tax and higher education credits, credit for child and dependent care expenses, etc.) . . . . | **7** | |
| **8** | Subtract line 7 from line 6 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| **9** | Estimated federal income tax withheld or to be withheld from other sources (including amounts withheld due to a prior Form W-4S) during 2015 or paid or to be paid with 2015 estimated tax payments . . . . . . . . | **9** | |
| **10** | Subtract line 9 from line 8 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | |
| **11** | Enter the number of sick pay payments you expect to receive this year to which this Form W-4S will apply . . | **11** | |
| **12** | Divide line 10 by line 11. Round to the nearest dollar. This is the amount that should be withheld from each sick pay payment. Be sure it meets the requirements for the amount that should be withheld, as explained under *Amount to be withheld* below. If it does, enter this amount on Form W-4S above . . . . . . . . . . . | **12** | |

## General Instructions

**Purpose of form.** Give this form to the third-party payer of your sick pay, such as an insurance company, if you want federal income tax withheld from the payments. You are not required to have federal income tax withheld from sick pay paid by a third party. However, if you choose to request such withholding, Internal Revenue Code sections 3402(o) and 6109 and their regulations require you to provide the information requested on this form. Do not use this form if your employer (or its agent) makes the payments because employers are already required to withhold federal income tax from sick pay.

**Note.** If you receive sick pay under a collective bargaining agreement, see your union representative or employer.

**Definition.** Sick pay is a payment that you receive:

• Under a plan to which your employer is a party and

• In place of wages for any period when you are temporarily absent from work because of your sickness or injury.

**Amount to be withheld.** Enter on this form the amount that you want withheld from each payment. The amount that you enter:

• Must be in whole dollars (for example, $35, not $34.50).

• Must be at least $4 per day, $20 per week, or $88 per month based on your payroll period.

• Must not reduce the net amount of each sick pay payment that you receive to less than $10.

For payments larger or smaller than a regular full payment of sick pay, the amount withheld will be in the same proportion as your regular withholding from sick pay. For example, if your regular full payment of $100 a week normally has $25 (25%) withheld, then $20 (25%) will be withheld from a partial payment of $80.

**Caution.** You may be subject to a penalty if your tax payments during the year are not at least 90% of the tax shown on your tax return. For exceptions and details, see Pub. 505, Tax Withholding and Estimated Tax. You may pay tax during the year through withholding or estimated tax payments or both. To avoid a penalty, make sure that you have enough tax withheld or make estimated tax payments using Form 1040-ES, Estimated Tax for Individuals. You may estimate your federal income tax liability by using the worksheet above.

**Sign this form.** Form W-4S is not valid unless you sign it.

**Statement of income tax withheld.** After the end of the year, you will receive a Form W-2, Wage and Tax Statement, reporting the taxable sick pay paid and federal income tax withheld during the year. These amounts are reported to the Internal Revenue Service.

*(continued on back)*

**Changing your withholding.** Form W-4S remains in effect until you change or revoke it. You may do this by giving a new Form W-4S or a written notice to the payer of your sick pay. To revoke your previous Form W-4S, complete a new Form W-4S and write "Revoked" in the money amount box, sign it, and give it to the payer.

## Specific Instructions for Worksheet

You may use the worksheet on page 1 to estimate the amount of federal income tax that you want withheld from each sick pay payment. Use your tax return for last year and the worksheet as a basis for estimating your tax, tax credits, and withholding for this year.

You may not want to use Form W-4S if you already have your total tax covered by estimated tax payments or other withholding.

If you expect to file a joint return, be sure to include the income, deductions, credits, and payments of both yourself and your spouse in figuring the amount you want withheld.

**Caution.** If any of the amounts on the worksheet change after you give Form W-4S to the payer, you should use a new Form W-4S to request a change in the amount withheld.

### Line 2—Deductions

**Itemized deductions.** For 2015, you may have to reduce your itemized deductions if your income is over $309,900 and you are married filing jointly or are a qualifying widow(er); $284,050 if you are head of household; $258,250 if you are single and not head of household or a qualifying widow(er); or $154,950 if you are married filing separately. See Pub. 505 for details.

**Standard deduction.** For 2015, the standard deduction amounts are:

| Filing Status | Standard Deduction |
|---|---|
| Married filing jointly or qualifying widow(er) . . . . . . . | $12,600* |
| Head of household . . . . . . . . . . . . . . . . . | $9,250* |
| Single or Married filing separately . . . . . . . . . . . | $6,300* |

*If you are age 65 or older or blind, add to the standard deduction amount the additional amount that applies to you as shown in the next paragraph. If you can be claimed as a dependent on another person's return, see *Limited standard deduction for dependents,* later.

***Additional amount for the elderly or blind.*** An additional standard deduction of $1,250 is allowed for a married individual (filing jointly or separately) or qualifying widow(er) who is 65 or older or blind, $2,500 if 65 or older **and** blind. If both spouses are 65 or older or blind, an additional $2,500 is allowed on a joint return ($2,500 on a separate return if you can claim an exemption for your spouse). If both spouses are 65 or older **and** blind, an additional $5,000 is allowed on a joint return ($5,000 on a separate return if you can claim an exemption for your spouse). An additional $1,550 is allowed for an unmarried individual (single or head of household) who is 65 or older or blind, $3,100 if 65 or older **and** blind.

***Limited standard deduction for dependents.*** If you can be claimed as a dependent on another person's return, your standard deduction is the greater of (a) $1,050 or (b) your earned income plus $350 (up to the regular standard deduction for your filing status). If you are 65 or older or blind, see Pub. 505 for additional amounts that you may claim.

***Certain individuals not eligible for standard deduction.*** For the following individuals, the standard deduction is zero.

• A married individual filing a separate return if either spouse itemizes deductions.

• A nonresident alien individual.

• An individual filing a return for a period of less than 12 months because of a change in his or her annual accounting period.

### Line 7—Credits

Include on this line any tax credits that you are entitled to claim, such as the child tax and higher education credits, credit for child and dependent care expenses, earned income credit, or credit for the elderly or the disabled.

### Line 9—Tax Withholding and Estimated Tax

Enter the federal income tax that you expect will be withheld this year on income other than sick pay and any payments made or to be made with 2015 estimated tax payments. Include any federal income tax already withheld or to be withheld from wages and pensions.

## 2015 Tax Rate Schedules

### Schedule X—Single

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,225 | **$0 + 10%** | **$0** |
| 9,225 | 37,450 | **922.50 + 15%** | **9,225** |
| 37,450 | 90,750 | **5,156.25 + 25%** | **37,450** |
| 90,750 | 189,300 | **18,481.25 + 28%** | **90,750** |
| 189,300 | 411,500 | **46,075.25 + 33%** | **189,300** |
| 411,500 | 413,200 | **119,401.25 + 35%** | **411,500** |
| 413,200 | and greater | **119,996.25 + 39.6%** | **413,200** |

### Schedule Z—Head of household

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $13,150 | **$0 + 10%** | **$0** |
| 13,150 | 50,200 | **1,315 + 15%** | **13,150** |
| 50,200 | 129,600 | **6,872.50 + 25%** | **50,200** |
| 129,600 | 209,850 | **26,772.50 + 28%** | **129,600** |
| 209,850 | 411,500 | **49,192.50 + 33%** | **209,850** |
| 411,500 | 439,000 | **115,737 + 35%** | **411,500** |
| 439,000 | and greater | **125,362 + 39.6%** | **439,000** |

### Schedule Y-1—Married filing jointly or Qualifying widow(er)

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $18,450 | **$0 + 10%** | **$0** |
| 18,450 | 74,900 | **1,845 + 15%** | **18,450** |
| 74,900 | 151,200 | **10,312.50 + 25%** | **74,900** |
| 151,200 | 230,450 | **29,387.50 + 28%** | **151,200** |
| 230,450 | 411,500 | **51,577.50 + 33%** | **230,450** |
| 411,500 | 464,850 | **111,324 + 35%** | **411,500** |
| 464,850 | and greater | **129,996.50 + 39.6%** | **464,850** |

### Schedule Y-2—Married filing separately

| If line 5 is: Over— | But not over— | The tax is: | of the amount over— |
|---|---|---|---|
| $0 | $9,225 | **$0 + 10%** | **$0** |
| 9,225 | 37,450 | **922.50 + 15%** | **9,225** |
| 37,450 | 75,600 | **5,156.25 + 25%** | **37,450** |
| 75,600 | 115,225 | **14,693.75 + 28%** | **75,600** |
| 115,225 | 205,750 | **25,788.75 + 33%** | **115,225** |
| 205,750 | 232,425 | **55,662 + 35%** | **205,750** |
| 232,425 | and greater | **64,989.25 + 39.6%** | **232,425** |

**Paperwork Reduction Act Notice.** We ask for the information on this form to carry out the Internal Revenue laws of the United States.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For estimated averages, see the instructions for your income tax return.

If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

## Memorandum

***From:*** Terry D. Fife, M.D. ***Date:*** May 11, 2016

***To:*** Jessica Austin 096 8*731-6352
***Claimant:*** Ronald D. Finley
***Claim#*** 5616243
***DOB:***
***DOD:*** 9/20/15 (LTD)

---

**Main Dx:** Zoster without complication
**Job:** Manager
**Employer:** Dick's Sporting Goods

Andrea Patton, MD
Cave Creek Family Medicine
20330 N. Cave Creek Road, Suite 160
Phoenix, AZ 85012-1280
Tel. 602-730-8443, Fax 602-730-8444

Albert L. Klaski, MD (neurology)
Phoenix Neurology & Sleep Medicine
2940 N. Litchfield Road
Goodyear, AZ 85395
Tel. 623-535-0050, Fax 623-535-9520

**Summary:** Claimant is a 51 year old Regional Store Manager for a Dick's Sporting Goods store in Prescott, AZ who developed a feeling like "hot lava" and "spiders" crawling across his right face and dizziness began about the same time around 9/19/15. This was later diagnosed as being shingles (varicella zoster virus recrudescence). The right facial pain continued with stabbing pains managed first with gabapentin and later zonisamide but the dizziness described as a lag feeling with quick head movements continued and seemed to limit him in driving and functioning as well. Neurological examination was normal and he was diagnosed with postherpetic neuralgia affecting the 1st and 2nd divisions of the right trigeminal nerve and possibly affecting the labyrinth. As of mid-February the plan had been to get as VNG to test the peripheral vestibular function since he was having dizziness but had no exam findings indicative of vestibular loss. We do not have records of the VNG.

***Claims Manager's Questions:***

**1. Please note all diagnoses supported by the medical evidence.**

- Presumed right peripheral vestibulopathy but normal detailed exam of vestibular function
- Right post-herpetic neuralgia
- Hyperlipidemia
- Low Vitamin D level now supplemented

2. **Please review medical records. Please identify the diagnoses the claimant received treatment for during the following dates: 1/27/15 through 4/26/15. Please provide an outline of the treatment received in the period in question. In your opinion, did the claimant receive treatment for an impairing diagnosis during that time period?**

   I did not encounter any medical records for care during the period from 1/27/15 to 4/26/15. I note requests for records from Dr. Clark Wysong of Glendale, AZ but did not see any records from that physician.

3. **For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. When clarifying the supported restrictions and limitations, please be sure to address endurance for full-time medium work capacity.**

   The impairing diagnosis is postherpetic neuralgia. This is a known complication of shingles and can be very debilitating. Fortunately, he has been improving and Dr. Klaski and I spoke and agreed that July 5, 2016 would be a solid date of expectation full time work capacity. There are not anticipated work restrictions on or after 7/5/16. As for the dizziness he has reported, this does not appear to be on the basis of demonstrable vestibular loss and does not seem to be severe enough to warrant true restrictions or limitations at this time as best I can determine from available records and my conversation with Dr. Klaski.

4. **Does the medical evidence support any side effects from the prescribed medications? If yes, please describe the supported impairments and outline how any impairment affects functional capacity.**

   He has slight drowsiness from zonisamide but this does not appear to contribute to impairment in a substantive way nor account for separate restrictions/limitations.

5. **Please contact Dr. Klaski to discuss current clinical status and treatment plan. When contacting the treating providers please clarify the current treatment plan and expected duration and outcome of the impairments. If discussion reveals clinical improvement, please consider current functional capacity and possible work capacity with the provider(s). Discuss possible opportunities for partnership in successful outcome with provider. Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes.**

   I spoke to Dr. Klaski and he indicated that the patient seems to have been improving from the standpoint of pain but had a little setback when he went to Chicago for a death in the family and the cold air aggravated the facial pain. However, as of last visit 4/27/16 he seemed to be better and will skip in May appointment as he has to return to Chicago and then the next appointment is scheduled

for 6/29/16. Dr. Klaski felt that he would likely be able to return to work in early July 2016 and I concur. It was Dr. Klaski's impression that the dizziness is not particularly severe and probably not related to the pain or prior shingles.

I spoke with Dr. Patton's medical assistant Kathryn as Dr. Patton was out of the office. She did not have any independent knowledge of the patient but noted that the last two visits were on 3/24/16 and 4/28/16 and said she would try to fax these records for review.

***Historical (from claim file):***

9/22/15 Andrea Patton, MD – visit after ED visit for Shingles and had been given Famciclovir 500 bid and Percocet and steroids. Notes stress from new job driving to Prescott daily. Dental pain and ear pain.

10/8/15 Andrea Patton, MD Attending Physician's Return to Work Form – date of injury/illness 9/19/15 due to shingles with post-herpetic neuralgia seen 9/22/14 and 10/5/15. Estimates duration 8-12 weeks.

10/8/15 Andrea Patton, MD – taking Percocet 5/325 #45 tablets but to 2 qhs prn. Shingles 20% better but still 7/10 without Percocet and 3/10 when she takes it. Also has dental abscess requiring tooth extraction. Rash that had been seen on scalp no longer visible but question of mild erythema. Deemed unable to work under influence of narcotic. Plans to try gabapentin 300 tid and Percocet only qhs. FMLA forms filled out.

11/24/15 Andrea Patton, MD – GBP helps somewhat, random sharp "shock pains", has taken 9 Percocet in past 6 weeks. Dizziness has worsened, had oral surgery. Becoming more anxious. Due to vertigo and bilateral tinnitus will get head imaging. Trying to get neurology appointment. Extending work leave for another 4 weeks. Increase GBP to 400 tid.

12/1/15 Albert Klaski, MD (Neurology) – initial visit from 2 months postherpetic neuralgia involving right side of head with pain deep inside the right ear and intermittent vertigo sensations. Also had right tooth extraction for dental abscess around the same time. Exam without otologic abnormality or facial weakness.

12/23/15 Matthew Bean, MD – neurologist 2 days earlier stopped GBP and started zonisamide which seems to be causing more dizziness and nausea. Worried about driving so is not driving. Exam is normal. Given ondansetron for nausea.

1/6/16 Honor Health JCL Deer Valley Hosp outpatient PT – note by Kathleen Gentili, PT. Describes patient report of 3-4 months of constant feeling like vision does not catch up to head. Onset of shingles in Sept 2015 felt like "hot lava" and "spiders" crawling across his face and dizziness began about the same time. Zonisamide helps reduce the "pain sparks" but does nothing for the dizziness. Feels he cannot work because he cannot drive the 70 miles to Prescott due to dizziness. Also notes he needs to

be able to lift 50 lb boxes at times. He is a private pilot and has not driven in 60 months. Exam: no nystagmus, normal pursuit and eye movements and saccades and normal head impulse responses. Neg Dix Hallpike and supine roll test, Romberg neg for 30+ sec. DHI 56/100.

1/13/16 Honor Health JCL Deer Valley Hosp outpatient PT – walked 1710 feet without rest break but felt “like on a boat” afterwards, added HEP. Had been sick with a flu the prior week,.

1/22/16 Matthew Bean, MD – states unable to work for the next 6 months.

2/1/16 Albert Klaski, MD (Neurology) – continues with lancinating right V2, V3 pains improved on zonisamdie 50 mg daily at HS. Getting vestibular PT and vertigo symptoms have improved. Still using Percocet and gabapentin. Right trigeminal nerve pain, vertigo NOS. Exam: no acute distress, no trigeminal numbness, all cranial nerves intact.

2/3/18 Activities Questionnaire – sit 5 hrs/5hrs, stand 45 min/45 min, walk 60 min/50min. Does not drive due to dizziness. Cares for own hygiene issues, wife does household chores. Describes symptoms as dizziness, vertigo and pain on right side of face and ear and ringing of both ears. Reports going to PT

2/7/16 Surveillance – no video recorded no activity seen.

2/12/16 Honor Health JCL Deer Valley Hosp outpatient PT – patient was told he has bilateral hear infections and sinusitis now on Zpak explaining a missed appt. in early Feb. Endurance is improving and he is losing weight, increasing speed of VOR. “making steady progress”.

3/25/16 Physician Statement, Andrea Patton, MD – seen 4/22/15, 3/24/16, 4/21/16 for vertigo and post-herpetic neuralgia with sudden spells of vertigo and inability to drive. Due to sedation from medications. Unable to work until 6/25/16.

*Electronically signed*

Terry D. Fife, MD
Consultant, Liberty Mutual Insurance Co.
Professor of Neurology
Barrow Neurological Institute &
University of Arizona College of Medicine

**Liberty Life Assurance Company of Boston**

Group Disability Claims 03A
P O Box 37500
2510 West Dunlap Ave #300
Phoenix, AZ 85021
Telephone 602-861-0856
1-800-320-7585
Fax 866-841-1415

May 11, 2016

Albert L. Klaski, MD
Phoenix Neurology & Sleep Medicine
2940 N. Litchfield Road
Goodyear, AZ 85395
Tel. 623-535-0050, Fax 623-535-9520

| | | |
|---|---|---|
| **RE:** | **Claimant:** | Ronald D. Finley |
| | **Claim#** | 5616243 |
| | **DOB:** | |

Dear Dr. Klaski:

Thank you for speaking with me by phone today about your patient Ronald Finley. I was asked to review the records on your patient and advise the claims manager at Mr. Finley's disability insurance carrier, Liberty Mutual Insurance, regarding his disability claim and current status.

This note is to summarize my understanding of our phone call today. You indicated that the Mr. Finley has been generally improving from the standpoint of pain but had a little setback when he went to Chicago for a death in the family. It seems the cold air aggravated the facial pain. However, as of last visit 4/27/16 he seemed to still making progress and has another visit to Chicago this month and then the next appointment to see you is scheduled for 6/29/16. You indicated that you suspected the dizziness probably not related to the pain or prior shingles and did not seem to be a limiting factor and it was more the pain that was limiting. You agreed that he would likely be able to return to work in early July 2016 without specific restriction.

Feel free to revise or add any comments and return it by fax to 866-841-1415. Thank you in advance.

Sincerely,

*Electronically signed*

| | | |
|---|---|---|
| Terry D. Fife, MD, FAAN, FANS | Albert L. Klaski, MD | Date |

Professor of Neurology
University of Arizona College of Medicine
Director, Neuro-Otology & Balance Disorders
Barrow Neurological Institute
Phoenix, AZ 85013

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. RONALD FINLEY

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

May 6, 2016

Mr. Ronald D. Finley

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243

Dear Mr. Ronald Finley:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Dick's Sporting Goods, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are in the process of reviewing your claim. To assist us in evaluating your eligibility for benefits we have referred your file for a medical review and assessment by a Board Certified Physician.

We anticipate a response from the reviewing Board Certified Physician by June 6, 2016. If there is an unexpected delay in receiving a response we will contact you. Otherwise, we will proceed with our review of your claim once the response is received. We regret any inconveniences this delay may cause, however, the assessment is necessary to ensure a thorough review of your eligibility for benefits under the terms of the Policy.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Apr 15 16 05:35p Finley p.1

# DIRECT DEPOSIT APPLICATION

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

**Return To:** Jessica Austin

EMPLOYEE/CLAIMANT NAME: Ronald Finley
CLAIM NO: 5616243
EMPLOYER/SPONSOR: Dick's Sporting Goods, Inc. DATE OF BIRTH:

**CHECK ONE:** ☑ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** (623) 249-3516
**ADDRESS:** **CITY:** **STATE:** AZ **ZIP:** 85086

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☑ **Savings** **BANK NAME:** Bank of America

**9 DIGIT ABA ROUTING NUM** **BANK ADDRESS:** 39518 N. Gavilan Peak

**YOUR ACCOUNT NUMBER:** **CITY:** Anthem **STATE:** AZ **ZIP:** 85086

**BANK PHONE:** (623) 551-4959

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☒ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☒ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: [signature] Date: 4/15/16

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. RONALD FINLEY

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

April 14, 2016

Mr. Ronald D. Finley

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243

Dear Mr. Ronald Finley:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Dick's Sporting Goods, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Per your April 14, 2016 request, we have enclosed the following:

A Direct Deposit Form, which must be completed in order to have benefit checks automatically deposited into a checking or savings account. Please fully complete this form and return it along with a voided check or savings account deposit slip in the enclosed return envelope.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: Direct Deposit Application

# DIRECT DEPOSIT APPLICATION

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

**Return To:** Jessica Austin

EMPLOYEE/CLAIMANT NAME: Ronald Finley
CLAIM NO: 5616243
EMPLOYER/SPONSOR: Dick's Sporting Goods, Inc. DATE OF BIRTH: ____________

**CHECK ONE:** ☐ **New** ☐ **Change**
**YOUR TELEPHONE NUMBER:** ( ) ____________
**ADDRESS:** ____________ **CITY:** ____________ **STATE:** ______ **ZIP:** ______

**AUTHORIZATION AGREEMENT FOR PRE-AUTHORIZED DEPOSITS**

I (We) hereby authorize and request Liberty Life Assurance Company of Boston, hereinafter called LIBERTY, to make payment of any Disability payments owing to me (either of us) by initiating credit entries or adjustment entries to my account indicated below in the bank named below, hereinafter called BANK, and I (we) authorize and request BANK to accept any credit entries or adjustment entries initiated by LIBERTY to such account and to enter the same to such account without responsibility for the correctness thereof.

## REQUIRED FIELDS ARE BOLDED BELOW

******All must be completed or your form will be rejected******

**TYPE OF ACCOUNT:** ☐ **Checking** ☐ **Savings** **BANK NAME:** ____________

**9 DIGIT ABA ROUTING NUMBER:** ____________ **BANK ADDRESS:** ____________

**YOUR ACCOUNT NUMBER:** ____________ **CITY:** ____________ **STATE:** ______ **ZIP:** ______

**BANK PHONE:** ( ) ____________

******You must check yes or no to BOTH of the following two questions******

**WILL THESE DIRECT DEPOSIT BENEFIT PAYMENTS BE SENT TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

**DOES YOUR BANK HAVE STANDING ORDERS FROM YOU TO MOVE FUNDS FROM THE ACCOUNT WE CREDITED TO A BANK OUTSIDE THE U.S.?** ☐ **YES** ☐ **NO**

It is my understanding that this agreement may be terminated by me (either of us) at any time by written notification to LIBERTY or BANK. Any such notification to LIBERTY shall be effective only with respect to entries initiated by LIBERTY after receipt of such notification and a reasonable opportunity to act on it. Any such notification to BANK shall be effective only with respect to entries credited to my (our) account by BANK after receipt of such notification and a reasonable time to act on it. I also understand that it is my responsibility to confirm payments or funds have been deposited into the specified account before authorizing payment or making withdrawals from specified account.

Signed: ____________ Date: ____________

The term "BANK" as used on this application includes Credit Unions, Savings and Loans, etc

**ATTACH VOIDED CHECK HERE**
**Your application will be rejected unless included with the form.**

DP481 DD APLICATION 01/10

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

Liberty Life Assurance Company of Boston is pleased to offer you the security and convenience of having your Disability Benefit check deposited electronically to your bank account. Direct Deposit, often referred to as electronic fund transfer (EFT), means no more mail delays or trips to the bank to cash your check.

**How does direct deposit work?**
Liberty's bank will transfer your benefit payment directly into your bank account. Liberty recommends this payment option because it is predictable, safe and convenient.

**How do I sign up?**
Complete the enclosed Pre-Authorized Direct Deposit Application. Fold it and insert it into the enclosed pre addressed and postage paid envelope along with the **necessary voided check or savings account deposit slip** and drop in the nearest mailbox. Be sure to print all the information clearly, and sign the application. Unfortunately, we cannot accept applications by phone.

**How soon can my direct deposits begin?**
To ensure accuracy, Direct Deposit will actually begin within 10 business days following successful notification to, and verification from your bank. Generally, this means you will receive several benefit checks by mail after you send in your direct deposit application.

C**an I sign up for Direct Deposit and forward my benefit payment to a foreign bank account**?
No, at this time Liberty Life Assurance Group Disability will not allow benefit payment to be paid via EFT if they are funded to a foreign bank or intended to be forwarded to a foreign bank account.

**What if I move to a non US State or territory and receiving Direct Deposit payments?**
You will receive a notification that your direct deposit is being deactivated and provided a new form to complete for consideration of ongoing direct deposit payments.

**Will I continue to receive an Explanation of Benefits (EOB) Statement in the mail?**
Yes. Each deposit will also be confirmed by your bank on your regular bank statement each month. Funds will be deposited to your account within 3 - 5 days after the payment date shown on the Explanation of Benefits (EOB) Statement.

**What happens if I am out of town when the payment is due?**
Your deposit is in your account. You may access it any time after it is deposited.

**What if I change bank accounts?**
Notify your Disability Case Manager and a new form will be sent to you for completion with the information about your new account. We can continue the direct deposit process with your new bank following notification to and verification from your new bank. You may receive several benefit checks by mail in the interim. Do not close your original bank account until you confirm that we have discontinued the Direct Deposit process to that account.

**Can I change my mind?**
Yes. You can start or stop Direct Deposit at any time. Just notify your Disability Case Manager.

**What if I have questions?**
Call your assigned Disability Case Manager. They are available Monday through Friday from 8:30 - 4:30 P.M EST.

**What happens if I fail to complete my direct deposit application?**
Incomplete applications will be mailed back to you along with a new application for you to complete.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. RONALD FINLEY

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

April 11, 2016

Mr. Ronald D. Finley

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243

Dear Mr. Ronald Finley:

We are writing with regard to your claim for Long Term Disability Benefits (LTD) benefits under the Dick Sporting Goods, INC. Group Disability Policy. We are currently gathering information to assess your eligibility for benefits; however we will begin issuing benefits under Reservation of Rights (ROR).

As part of your review, we have referred your file for a review with a Board Certified physician, lisenced in Neurology.

You will receive benefits during this review; however, this payment, or any future payments, should not be interpreted as an admission of present or ongoing liability. We reserve our right to enforce any and all provisions of the Policy at any time. We will notify you of our decision upon completion of our review.

Your LTD Policy provides benefits at 60% of your pre-disability earnings less benefits from other income. These include, but are not limited to, benefits under the United States Social Security Act, the Public Employees' Retirement Fund, and Workers'Compensation benefits.

Your first check in the amount of $4250.00 represents benefits due from March 20, 2016 through April 19, 2016. You may have your benefit checks automatically deposited into your checking or savings account by completing the enclosed Direct Deposit Form and returning it in the envelope provided.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Friday, April 08, 2016 11:31 AM
**To:** 'leavesofabsence@dcsg.com'
**Subject:** Claim # 5616243, RONALD FINLEY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The date of disability is 9/20/2015. The claim has been approved through 3/19/2018. The case manager for this claim is Jessica Austin. The claim number is 5616243.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (800) 210-0268.

# Liberty Mutual Consulting Physician Referral
## File Review - Standard

**Physician Specialty: Neurology**

| | | | |
|---|---|---|---|
| Office: | 0096 | Claim #: | 5616243 |
| Claimant Name: | RONALD D FINLEY | | |
| Date of Birth: | | Claim Status: | PE |
| Date of Disability: | 9/20/2015 | Date Sent: | 4/7/2016 |
| Claimant SSN: | | Date Benefits Began: | 3/20/2016 |
| Product Type: | LTD | Paid Through: | 3/19/2018 |
| Disability Level: | Own Occupation | | |

Document Locations
- ☑ Document List
- ☐ Correspondence
- ☐ Paper File

Policyholder/Self-Insured Plan Holder: DICK'S SPORTING GOODS, INC.

Referred By: AUSTIN, JESSICA 096 8*731-6352

Assigned Nurse Case Manager:

Diagnosis: B02.9 Zoster without complications,

Questions or Issues for Physician: (Note - If a physician has viewed this claim in the past please detail the physician and the outcome.)

Please refer file to Dr. Fife.

1.Please note all diagnoses supported by the medical evidence.

2. Please review medical records. Please identify the diagnoses the claimant received treatment for during the following dates: 1/27/15 through 4/26/15. Please provide an outline of the treatment received in the period in question. In your opinion, did the claimant receive treament for an impairing diagnosis during that time period?

3.For each impairing diagnosis that is supported by the medical evidence, please outline reasonably supported restrictions and limitations, including duration and prognosis. When clarifying the supported restrictions and limitations, please be sure to address endurance for full-time medium work capacity.

4.Does the medical evidence support any side effects from the prescribed medications? If yes, please describe the supported impairments and outline how any impairment affects functional capacity.

5. Please contact Dr. Klaski to discuss current clinical status and treatment plan. When contacting the treating providers please clarify the current treatment plan and expected duration and outcome of the impairments. If discussion reveals clinical improvement, please consider current functional capacity and possible work capacity with the provider(s). Discuss possible opportunities for partnership in successful outcome with provider. Document information obtained from the call and resulting updates if applicable in the reasonably supported medical necessity for restrictions and limitations and their timeframes.

MAR/31/2016/THU 12:15 PM FAX No. P. 001

Phoenix Neurology & Sleep Medicine
2940 N Litchfield Rd. Goodyear, AZ 85395
623-535-0050
623-535-9520
phxneurology.com

# FAX

Attn: Jessica Austin

**To:** Liberty Mutual Insurance

**Fax:** 1-603-427-1844

**Date:** 03/31/16

**Re:** Ronald Finley

**From: Fernanda**

**Fax:** 623-535-9520

**Phone:** 623-535-0050

**Cc:**

**Pages:** 6

- [ ] Urgent
- [ ] For Review
- [ ] Please Comment
- [ ] Please Reply
- [ ] Please Recycle

**Comments:**
Hello. We received this request, Dr. Klaski is not able to complete request. If you have any questions please feel free to contact us.
Thank you!

**HIPAA Compliance Disclosure:** *This message and its attachments may contain confidential information that is legally privileged. This information is intended only for the use of the intended recipient of this message. The unauthorized recipient of this information is prohibited from disclosing this information to any other party and is required to destroy the information after its stated need has been fulfilled unless otherwise required by state law. If you are not the intended recipient, you are hereby notified that any disclosure, copying [illegible] taken with regard to the contents of these documents [illegible] error, please notify [illegible]*

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | March 2, 2016 |
| To: | DR ALBERT KLASKI MD<br>2940 N. LITCHFIELD ROAD<br>GOODYEAR AZ 85395 |
| Attn: | Medical Records |
| Fax: | (623) 535-9520 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5616243<br>Claimant: Ronald Finley<br><br>Dick's Sporting Goods, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

March 18, 2016

Dr. Albert Klaski, MD
2940 N. LITCHFIELD ROAD
GOODYEAR, AZ 85395

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Albert Klaski:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Dick's Sporting Goods, Inc.'s Group Disability Policy. We are writing in reference to Ronald Finley's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office . This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by March 25, 2016.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: 5616243-REQUEST-PROVIDER-03.02.2016

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

March 2, 2016

Dr. Albert Klaski, MD
2940 N. LITCHFIELD ROAD
GOODYEAR, AZ 85395

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Albert Klaski:

We are the Disability Claim Administrator for your patient, Ronald Finley.

To evaluate Mr. Finley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2015 through the most recent date of treatment

- Completion of the enclosed Forms:

  X Restrictions Form
  ___ Other

We ask that you provide this information by March 9, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: Restrictions Form

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

# Restrictions Form

Return To: Jessica Austin

| Ronald Finley | | 5616243 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

To be completed by physician:

1. DATE FIRST TREATED — ______
   DATE LAST TREATED — ______
   NEXT OFFICE VISIT — ______

   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying over **100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM ______ TO ______.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?______

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM TO .

| | | |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| Street Address | Telephone Number | Fax Number |
| City, State & Zip Code | Signature | Date |

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

March 18, 2016

Dr. Andrea Patton
20330 N CAPE CREEK RD STE 160
PHOENIX, AZ 85024

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Andrea Patton:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Dick's Sporting Goods, Inc.'s Group Disability Policy. We are writing in reference to Ronald Finley's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office . This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by March 25, 2016.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: 5616243-REQUEST-PROVIDER-03.02.2016

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | March 2, 2016 |
| To: | DR ANDREA PATTON<br>20330 N CAPE CREEK RD STE 160<br>PHOENIX AZ 85024 |
| Attn: | Medical Records |
| Fax: | (602) 730-8444 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 4 |
| RE:<br><br>Claim #: 5616243<br>Claimant: Ronald Finley<br><br>Dick's Sporting Goods, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

March 2, 2016

Dr. Andrea Patton
20330 N CAPE CREEK RD STE 160
PHOENIX, AZ 85024

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Andrea Patton:

We are the Disability Claim Administrator for your patient, Ronald Finley.

To evaluate Mr. Finley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2016 through the most recent date of treatment

- Completion of the enclosed Forms:

  X Restrictions Form
  ___ Other

We ask that you provide this information by March 9, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: Restrictions Form

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

# Restrictions Form

Return To: Jessica Austin

| Ronald Finley | | 5616243 |
|---|---|---|
| Employee /Claimant Name | Date of Birth | Claim Number |

**To be completed by physician:**

1. DATE FIRST TREATED — 9/22/2015
   DATE LAST TREATED — 3/24/2016
   NEXT OFFICE VISIT — 4/21/2016

   Vertigo R42
   Postherpetic neuralgia B02.29
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ SEDENTARY Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☒ LIGHT Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ MEDIUM Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ HEAVY Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
- ☐ VERY HEAVY Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc) *AND* frequency (*SEE KEY*). 2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   Vertigo comes suddenly & debilitating. Unable to drive.
   Pain requiring meds that cause sedation

4. RESTRICTIONS IMPOSED FROM 9/22/15 TO unknown, @ least 3 months 6/25/16

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?

   neurologist evaluation, vertigo physical therapy
   ≈ 6/25/16

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

   see neurology notes / testing / rehab notes

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ______ TO ______.

| Andrea Potter | MD, Family Medicine | 81-0828589 |
|---|---|---|
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| 20330 N. Cave Creek #160 | 602-730-8443 | 602-730-8444 |
| Street Address | Telephone Number | Fax Number |
| Phx AZ 85024 | [signature] | 3/25/16 |
| City, State & Zip Code | Signature | Date |

**Progress Notes**

**Patient:** Finley, Ronald
**Account Number:** 36829
**DOB:** 10/13/ **Age:** 51 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Andrea Patton

**Provider:** Albert L. Klaski, M.D.
**Date:** 02/01/2016

## Subjective:

**Chief Complaints:**
1. F/U.

**HPI:**
Constitutional:
Patient is a pleasant 51-year-old male returns to clinic for follow-up on his postherpetic neuralgia. Patient was started on Zonegran 25 mg by mouth daily at bedtime on last visit. Patient states that he improved on the Zonegran and we will increase to 50 mg by mouth daily at bedtime for additional trigeminal suppression. Continues to get pain and discomfort and lancinating pain intermittently at the V2, V3 positions. Patient's vertigo symptoms have also improved. Patient has been in physical therapy, doing vestibular therapy and feels that has been helpful. Advise patient may take an extra dose of the Zonegran if he has a flare in his pain component. Patient verbalized understand standing on how to take the medication if he does have a flare. We will continue to follow.

**ROS:**
10 point review of systems obtained was negative except for symptoms mentioned above.

**Medical History:** Headache/Migraine, Ringing in ears, Dizziness, Vertigo, Numbness/Tingling.

**Family History:**
Hypertension, diabetes.

**Social History:**
Patient is a nonsmoker, denies any drug or alcohol use, denies any energy drink use, drinks limited caffeine.

**Medications:** Taking Zonisamide 25 MG Capsule 1 capsule at bedtime Once a day, may use extra dose during flares, Taking Clindamycin HCl , Taking Hydrocodone-Ibuprofen , Taking Oxycodone HCl , Taking Ibuprofen , Taking Gabapentin , Taking Montelukast Sodium , Taking Proventil , Taking Fluticasone Furoate-Vilanterol , Taking Zonegran 25 Capsule 1 capsule Once a day

**Allergies:** Codeine Phosphate, Penicillin family, Amoxicillin.

## Objective:

**Vitals:** HR 89 /min, BP 137/84 mm Hg, Wt 261 lbs, Ht 5 ft 10 in, BMI 37.45 Index, Ht-cm 177.8 cm, Wt-kg 118.39 kg.

**Examination:**
General Examination:
GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic.
EYES: pupils equal, round, reactive to light and accommodation.

**Physical Examination:**
Neurologic examination:
Mental status: The patient's orientation, memory, attention, language and fund of knowledge was normal.
Cranial nerves: Visual acuity and visual fields were intact, the oculomotor, trochlear and abducens nerve was intact, no trigeminal neuropathy was noted, no facial nerve palsy was noted, hearing was intact, shoulder shrug was intact bilaterally and there was no tongue deviation with protrusion.
Sensory: Light touch was intact.
Motor: Motor examination was 5/5 throughout with sustained power. Gait and balance was normal. Muscle tone was normal throughout.

## Assessment:

**Assessment:**
1. Other postherpetic nervous system involvement - B02.29 (Primary)
2. Trigeminal neuralgia - G50.0
3. Other peripheral vertigo, unspecified ear - H81.399

**Plan:**

**1. Other postherpetic nervous system involvement**
Stop Zonisamide Capsule, 25 MG, 1 capsule at bedtime, Orally, Once a day, may use extra dose during flares ; Start Zonisamide Capsule, 50 MG, 1 capsule, Orally, Once a day at bedtime, 30 day(s), 30, Refills 3 .
Notes: #1. Increase Zonegran to 50 mg by mouth daily at bedtime for symptom relief.
#2. Patient to follow up in 1 month.

**2. Trigeminal neuralgia**
Notes: #1. Increase Zonegran to 50 mg by mouth daily at bedtime for symptom relief.
#2. Patient to follow up in 1 month.

**3. Other peripheral vertigo, unspecified ear**
Notes: #1. Continue with vestibular therapy for his vertigo component.

**Follow Up:** 4 Weeks

Provider: Albert L. Klaski, M.D.
Patient: Finley, Ronald DOB: **Date:** 02/01/2016

ap 2/2/16 scan for PCP

[signature]

**Electronically signed by Albert Klaski , MD on 02/01/2016 at 05:27 PM CST**
**Sign off status: Completed**

**Progress Notes**

**Patient:** Finley, Ronald
**Account Number:** 36829
**DOB:** **Age:** 51 Y **Sex:** Male
**Phone:**
**Address:**
**Pcp:** Andrea Patton

**Provider:** Albert L. Klaski, M.D.
**Date:** 12/01/2015

updated meds
12/3/15
scan

## Subjective:

**Chief Complaints:**

1. Post herpatic neurolgia / after shingles still had pain.

**HPI:**

Constitutional:

Patient is a pleasant 51-year-old male who presents to clinic with approximately 2 month history of postherpatic neuralgia symptoms. Patient states this is the second time he has had shingles. Most recent shingle episode developed along the right side of his year up to his head. Patient states this did slowly resolve, but he continues to have significant pain and discomfort along the area including deep inside his ear. He also states he gets intermittent vertigo sensations. Patient also seen a dentist who felt he may been having some dental issues on the right jawline area and has had some dental work done as well. Patient describes the discomfort as hot, burning, loss of appetite sensation like spiders crawling on his face in the areas of the V2 and V3 trigeminal positions. He also gets intermittent burning, deep in his ear. Patient was placed on gabapentin 300 mg every 8 hours, but this has been making him very tired and also has not had much relief with the medication itself. Patient is likely exhibiting postherpetic neuralgia neuropathy with crossover to intermittent trigeminal neuralgia secondary from viral infection. Per discussion we will start a longer acting medication that tends not to cause sedation was Zonegran 25 mg and after 2 weeks. We'll have patient call for possible increase to 50 mg daily at bedtime in 2 weeks. Other considerations can be carbamazepine, Lyrica. Hopefully over the course of 3-6 months patients symptoms will continue to slowly improve and resolve.

**ROS:**

10 point review of systems obtained was negative except for symptoms mentioned above.

**Medical History:** Headache/Migraine, Ringing in ears, Dizziness, Vertigo, Numbness/Tingling.

**Surgical History:** tonsillectomy , appendectomy , inguinal hernia repair , tendon repair .

**Family History:**
Hypertension, diabetes.

**Social History:**
Patient is a nonsmoker, denies any drug or alcohol use, denies any energy drink use, drinks limited caffeine.

**Medications:** Taking Clindamycin HCl , Taking Hydrocodone-Ibuprofen , Taking Oxycodone HCl , Taking Ibuprofen , Taking Gabapentin , Taking Montelukast Sodium , Taking Proventil , Taking Fluticasone Furoate-Vilanterol , Medication List reviewed and reconciled with the patient

**Allergies:** Codeine Phosphate, Penicillin family, Amoxicillin.

## Objective:

**Vitals:** HR 84 /min, BP 144/87 mm Hg, Wt 240 lbs, Ht 5 ft 10 in, BMI 34.43 Index, Ht-cm 177.8 cm, Wt-kg 108.86 kg.

**Examination:**

General Examination:

GENERAL APPEARANCE: in no acute distress, well developed, well nourished.
HEAD: normocephalic, atraumatic.
EYES: pupils equal, round, reactive to light and accommodation.

**Physical Examination:**

Neurologic examination:
Mental status: The patient's orientation, memory, attention, language and fund of knowledge was normal.
Cranial nerves: Visual acuity and visual fields were intact, the oculomotor, trochlear and abducens nerve was intact, no trigeminal neuropathy was noted, no facial nerve palsy was noted, hearing was intact,

shoulder shrug was intact bilaterally and there was no tongue deviation with protrusion.
Sensory: Light touch was intact.
Motor: Motor examination was 5/5 throughout with sustained power. Gait and balance was normal. Muscle tone was normal throughout.

## Assessment:

**Assessment:**
1. Other postherpetic nervous system involvement - B02.29 (Primary)

## Plan:

**1. Other postherpetic nervous system involvement**
Start Zonisamide Capsule, 25 MG, 1 capsule at bedtime, Orally, Once a day, may use extra dose during flares, 30 day(s), 45, Refills 3 .
Notes: #1. Start Zonegran 25 mg by mouth daily at bedtime for postherpetic neuropathy.
#2. Patient to call in 2 weeks to assess efficacy. We'll likely increase to 50 mg if needed. Advise patient if he has a flare to increase the medication to 2 tablets daily.
#3. Can consider Lyrica, carbamazepine.
#4. Stop gabapentin.
#5. Patient to follow up in 1 month.

**Follow Up:** 4 Weeks

**Provider:** Albert L. Klaski, M.D.
**Patient:** Finley, Ronald **DOB:** **Date:** 12/01/2015

**Electronically signed by Albert Klaski , MD on 12/01/2015 at 05:18 PM CST**
**Sign off status: Completed**

HONORHEALTH™

**Patient Location**

| Name | Address | Phone |
|---|---|---|
| JCL DEER VALLEY HOSPITAL | 19829 N. 27th Avenue<br>Phoenix AZ 85027-4001 | 623-879-6100 |

**Patient Information**

| Patient Name | MRN | Sex | DOB /Age |
|---|---|---|---|
| Finley, Ronald D | 2554822 | Male | (51 y.o.) |

**Admission/Discharge Information**

| Admission Date | Discharge Date | Discharge Disposition |
|---|---|---|
| 01/06/2016 | 01/06/2016 | Home or Self Care |

**Consults by Kathleen Gentili, PT at 1/6/2016 3:07 PM**

Author: Kathleen Gentili, PT Service: (none) Author Type: Physical Therapist
Filed: 1/6/2016 6:45 PM Note Time: 1/6/2016 3:07 PM Status: Addendum
Editor: Kathleen Gentili, PT (Physical Therapist)
Related Notes: Original Note by Kathleen Gentili, PT (Physical Therapist) filed at 1/6/2016 6:40 PM
**Reason for Referral:** Dizziness, abnormal gait and imbalance, muscle weakness general

**Patient History Profile**

Patient presents to vestibular PT evaluation with report of dizziness which has been constant for approximately the past 3-4 months. Pt describes his dizziness as feeling like his vision does not catch up with his eyes, his eyes aren't moving right and like he is on a merry-go-round. Patient came down with ringing in his right ear, severe pain on the right side of his head and face and then developed a rash on his head in late September 2015. He woke up with severe pain across the right side of his face which felt like" hot lava" and "spiders" crawling across his face. He also started to experience dizziness at about the same time. Patient was diagnosed with Shingles and it was determined that it also affected his some of his cranial nerve. Patient was diagnosed with "Post-Herpetic Neuralgia". Patient states that he was told it affected his Trigeminal nerve and his Vestibular nerve. Patient was put onto Gabapentin for his nerve pain in Mid-October but after his primary care physician Dr. Andrea Patton referred him to a Neurologist (Dr. Robert Klaski) in the end of December, he was switched to Zonisamide because the neurologist felt he would get better results. He has now been on Zonisamide for about 6 days and he feels like it makes him a little more tired, just as dizzy, but his pain "sparks" are a little less. Patient states that he was basically completely bed ridden for about 3 months up until right around the end of December because of pain and dizziness. He is a district manager for Dicks Sporting Goods and was running the Prescott store when this all happened. He is currently on short term disability from work because he cannot complete his work duties and he also has to drive 70 miles to Prescott for work but currently cannot drive because of his dizziness. He also feels very weak and as gained a significant amount of weight since becoming ill due to being sedentary and bed-bound and he feels that this makes him somewhat depressed. Before this happened patient was running 6 miles a day and was planning to start weight training again at LA fitness but then he got sick with Shingles. Patient has been trying to take short walks outside to regain his strength. For work he needs to be able to lift 50-60lb boxes, unloading equipment and drive at least 70 miles to work as well as drive between stores. He states that he needs to be "lucid" and needs to be able to use critical thinking to do his job. He is also a private pilot but has not flown in about 6 months. Patient did have a

follow up appointment with the Neurologist for yesterday to see how he is responding to the new medication, but the neurologist had an emergency and had to cancel so he will not be following up with him until February. Patient's goal is to get his stamina back to get back to work and learn strategies to be able to deal with the dizziness.

**Medical/Treatment History:**
**General Health:** Patient reports generally health is excellent until now .
**Past Medical History:** Please see Medical History section in the Patient Summary Information Form in Scanned Documents portion of the chart.
Patient also offers the following medical history information: Bicep tendon repair 2008, Low back injury in 2007, asthma, hernia repair 2002/2003;

Other pertinent PMH: Based on chart review of previous physician notes in Epic system it seems that patient previously had complaint of dizziness, ear pressure, tinnitus back in January 2015 (almost 1 year ago) and was given various diagnoses by various physicians including BPPV, Meniere's Disease and Labyrinthitis.

**Current Medications:** Please see Medical History section in the Patient Summary Information Form in Scanned Documents portion of the chart.
**Pertinent Test Results:** Please see the Scanned Documents portion of the chart for copies of test reports.

**Vestibular Assessment:**
**Hx of Current Illness:**
Onset: Sudden
Description: dizzy, vertigo, off balance, ringing in right ear, eyes cant keep up with head movement
Frequency of spells: daily
Duration of spells: hours
Ever received a blow to the head: No
Functional Limitations: Unable to drive, difficulty walking
Fall History: None, but near-falls
**Cervical Complaints:** stiffness
**Cervical Spine ROM:** WNL
**Vertebral Artery Test:** Negative
**Gaze Evoked Nystagmus** None
**Ocular ROM: WNL**
**Smooth Pursuit:**
Horizontal: Smooth - but patient reports difficulty keeping focus on the target
Vertical: Smooth
Diagonal up to Left: Smooth
Diagonal up to right: Smooth
**Saccades:** (quick eye movements from side to side)
Horizontal: Normal
Vertical: Normal
**VOR** (Gaze stabilization with head turning)
Tested in: room light
Horizontal: Slow
**Head Thrust**
Tested in: sitting
Left: Normal
Right: Normal

**Balance:**

| Condition | Time | Sway |
|---|---|---|
| Eyes open, firm surface | 30 seconds in romberg | Mild sway |
| Eyes closed, firm surface | 30 seconds in romberg | Moderate sway |
| Eyes open, foam surface | 25 seconds in romberg | Moderate sway |
| Eyes closed, foam surface | 15 seconds in romberg | Severe sway |

**Special Tests:**
Dix-Hallpike Maneuver: Left: Negative; Right: Negative
Roll Test: Left: No nystagmus Right: No nystagmus

**Dizziness Handicap Inventory:** 66/100

**Assessment:**
Summary of findings: Ronald is a 51 year old male who was diagnosed with neuralgia affecting his cranial nerves following a severe case of Shingles to the right side of his head who presents with complaints of dizziness and imbalance which make him unable to drive, unable to complete his work duties, difficulty with walking and decrease his quality of life. He also reports general weakness, fatigue and very poor endurance since beign diagnosed with Shingles as he was bed-bound for approximately 3 months due to dizziness and pain. Dizzy symptoms seem to be most consistent with a right sided peripheral vestibular hypofunction or loss based on his history, slowness with VOR, ringing in right ear and knowledge that his nerves to his right side were affected by the shingles virus although he did not show a positive head thrust test today which tends to indicate evidence of a peripheral vestibular hypofunction or loss. He was negative for BPPV with bilateral Dix-Hallpike testing and Horizontal Roll test and BPPV was able to be ruled out. He does not show signs of central cause for his dizziness. Most likely cause seems to be peripheral vestibular cause however recommend that he has a VNG test to confirm this and help guide therapy treatment. Patient was educated today regarding findings and recommendations for follow up VNG testing and what this involves. Patient will benefit from skilled physical therapy to address his dizziness in order to allow patient to return to work and driving as well as to improve his quality of life. He will also benefit from additional focus on LE strengthening and endurance exercises to address his significant weight gain and inability to perform his previous activities due to feeling weakness and extreme fatigue which he reports is a very significant problem as well. Due to time constraints today Functional Gait Assessment to quantify dynamic balance impairment and fall risk was not able to be performed however will be performed next session in addition to 6 minute walk test to evaluate is gait endurance and speed and set a long term goal for improvement based on age-related normal values. He is an excellent candidate for skilled PT to address the below listed problems.

Problem list:
1. Dizziness with severely impaired quality of life based on Dizziness Handicap Inventory Score of 66/100 points
2. Potential peripheral vestibular hypofunction or loss with need for compensatory exercises and training to recover and need for VNG testing to confirm diagnosis
3. Impaired balance particularly with vision eliminated and on compliant surfaces based on static

balance testing performed today (Modified CTSIB)
4. Decreased endurance due to prolonged bed rest and deconditioning
5. Decreased muscle strength due to prolonged bed rest and deconditioning

Rehab potential: Good, excellent

The evaluation findings, treatment diagnosis, potential benefit from therapy, risks/contraindications, plan of care, goals of treatment, and ability to choose another therapy care provider at any time were reviewed prior to obtaining consent for treatment.
Consent for treatment and agreement with the plan of care was obtained from the patient.

POC due date: 03/02/2016

TREATMENT PERFORMED:

(1) Therapeutic Exercise x10 minutes:
- Provided education regarding the Anatomy of the vestibular system and potential causes of dizziness including peripheral vestibular hypofunction or loss and how it can be addressed with vestibular therapy. Provided education regarding what a VNG is and recommendation that he have a VNG performed as confirmation of what is causing his dizziness and to help guide treatment. Educated patient regarding how he performed on balance testing compared to normal findings and what this indicates. x10 minutes

**Goals**
**Treatment Goals**
**Long Term Goals appear in bold, Short Term Goals are normal text.**

| **Treatment Goal** | **Start Date** | **Status**<br>**M = Met**<br>**D = Discontinued** | **Comments** |
|---|---|---|---|
| **Patient's DHI score will decrease from 66/100 to 20/100 or less, indicating their dizziness or imbalance is not influencing their activities of daily living and functional mobility as significantly as prior to starting physical therapy.** | 1/6/2016 | **Ongoing** | - |
| **Patient will be able to stand in romberg on foam with their eyes closed for 30 seconds without LOB implying an increase utilization of vestibular cues for balance, which will help decrease their likelihood of falling in an open environment where sensory cues conflict.** | 1/6/2016 | **Ongoing** | - |
| **Patient will be able to achieve an FGA score of at least 22/30 points to indicate he is** | 1/6/2016 | **Ongoing** | - |

| | | | |
|---|---|---|---|
| **considered to be a low risk of falling.** | | | |
| **Patient will be able to turn his head to the right and left during daily activities and recreational tasks without vertigo.** | 1/6/2016 | **Ongoing** | - |
| **Goal for 6 minute walk test to be added within first 2 sessions** | 1/6/2016 | **Ongoing** | - |
| **Patient will report no visual changes with quick head movements to indicate adaptation to VOR exercise for vestibular retraining** | 1/6/2016 | **Ongoing** | - |
| **Patient will be independent with a home exercise program to maintain the goals achieved in therapy after discharge** | 1/6/2016 | **Ongoing** | - |

Patient/Family involved in setting goals
Patient/Family agrees with goals and treatment plan

Long Term Goals are anticipated to be achieved in 8 weeks.

**Treatment Plan:**
Ronald will be seen 2 times a week for 8 weeks in order to achieve the listed goals through therapeutic exercise, home exercise program, balance training, education and self-management techniques, functional activities, gait training, neuromuscular reeducation, habituation training, physical performance testing and therapeutic activities.

POC due date: 03/02/2016

Please refer to the progress note of this date for specific treatment interventions
Therapist has discussed with the patient the goals and plan of care, including any treatment precautions
Thank you for the opportunity to be involved in your patient's care.

Katie Gentili, PT, DPT
AZ License #10431

HONORHEALTH™

**Patient Location**

| Name | Address | Phone |
|---|---|---|
| JCL DEER VALLEY HOSPITAL | 19829 N. 27th Avenue<br>Phoenix AZ 85027-4001 | 623-879-6100 |

**Patient Information**

| Patient Name | MRN | Sex | DOB /Age |
|---|---|---|---|
| Finley, Ronald D | 2554822 | Male | (61 y.o.) |

**Admission/Discharge Information**

| Admission Date | Discharge Date | Discharge Disposition |
|---|---|---|
| 01/13/2016 | 01/13/2016 | Home or Self Care |

**Progress Notes by Kathleen Gentili, PT at 1/13/2016 2:45 PM**

Author: Kathleen Gentili, PT Service: (none) Author Type: Physical Therapist
Filed: 1/13/2016 4:01 PM Note Time: 1/13/2016 2:45 PM Status: Signed
Editor: Kathleen Gentili, PT (Physical Therapist)

**VISIT 2**

**SUBJECTIVE:**
Patient reports that he was sick with the flu last week. He states that today he feels about 70%. Pt also states that with head movements, it feels like his eyes don't catch up to his head.

TREATMENT PERFORMED:

**OBJECTIVE:**

(1) Physical Performance Testing:
- 6 minute walk test: 1,710ft without rest break (Note patient feels like he's "on a boat" during test when turning).
BORG RPE after 6MWT: Pt rates exertion level 13 on a 6-20 scale.
- Functional Gait Assessment: Patient score 22/30 points (1) 2, (2)3, (3)1, (4)1, (5)2, (6)3, (7)3, (8)2, (9)2, (10)3

(2) Neuromuscular re-education:
- VOR x1 viewing exercise performed 30 seconds x3 reps in both horizontal and vertical planes. **(Added to HEP)**
- Standing balance firm ground: Romberg stance EC x30 seconds; Romberg stance EC with head nods x10; Romberg stance EC with head turns x10; Partial tandem stance EC x30 seconds each foot forward. **(Added to HEP)**

(3) There ex:
-NuStep BUEs/BLEs x10 minutes continuous performed at target speed 80-100spm throughout

TREATMENT PERFORMED:
-Physical performance testing: x20 minutes
-Neuromuscular re-education: x25 minutes

-Ther ex: x10 minutes
Total Time: 55 minutes

**ASSESSMENT:**
Scores 22/30 points on the Functional Gait Assessment indicating that he is just barely above the cut-off score to be considered and increased fall risk (<22/30 indicates fall risk). He had most difficulty ambulating with head nods, ambulating with head turns, turning quickly and ambulating with eyes closed. He was educated regarding VOR and performance of VOR x1 viewing exercise today as well as standing balance exercises as well as performance of these exercises at home as HEP to facilitate progress. He was able to ambulate 1,710ft during the 6 minute walk test however this is far below his age-related normal value of over 2000ft and he was fatigued afterwards and rated his perceived exertion 13 on a 6-20 scale.

**Goals**
**Treatment Goals**
**Long Term Goals appear in bold, Short Term Goals are normal text.**

| Treatment Goal | Start Date | Status<br>M = Met<br>D = Discontinued | Comments |
|---|---|---|---|
| **Patient's DHI score will decrease from 66/100 to 20/100 or less, indicating their dizziness or imbalance is not influencing their activities of daily living and functional mobility as significantly as prior to starting physical therapy.** | 1/6/2016 | **Ongoing** | - |
| **Patient will be able to stand in romberg on foam with their eyes closed for 30 seconds without LOB implying an increase utilization of vestibular cues for balance, which will help decrease their likelihood of falling in an open environment where sensory cues conflict.** | 1/6/2016 | **Ongoing** | - |
| **Patient will be able to achieve an FGA score of at least 22/30 points to indicate he is considered to be a low risk of falling.** | 1/6/2016 | **Ongoing** | - |
| **Patient will be able to turn his head to the right and left during daily activities and recreational tasks without vertigo.** | 1/6/2016 | **Ongoing** | - |
| Goal for 6 minute walk test to be added within first 2 sessions | 1/6/2016 | **Ongoing** | - |
| | | | |

| | | | |
|---|---|---|---|
| **Patient will report no visual changes with quick head movements to indicate adaptation to VOR exercise for vestibular retraining** | 1/6/2016 | **Ongoing** | - |
| **Patient will be independent with a home exercise program to maintain the goals achieved in therapy after discharge** | 1/6/2016 | **Ongoing** | - |

Patient/Family involved in setting goals
Patient/Family agrees with goals and treatment plan

Long Term Goals are anticipated to be achieved in 8 weeks.

PLAN:
-Ask about performance of VOR and standing balance at home
-Progress speed of VOR as able
-Progress balance to FOAM surface
-Add sit to stands from chair with med ball raise
-Progress resistance level for NuStep to level 3

POC due date: 03/02/2016

HONORHEALTH™

**Patient Location**

| Name | Address | Phone |
|---|---|---|
| JCL DEER VALLEY HOSPITAL | 19829 N. 27th Avenue<br>Phoenix AZ 85027-4001 | 623-879-6100 |

**Patient Information**

| Patient Name | MRN | Sex | DOB /Age |
|---|---|---|---|
| Finley, Ronald D | 2554822 | Male | (51 y.o.) |

**Admission/Discharge Information**

| Admission Date | Discharge Date | Discharge Disposition |
|---|---|---|
| 02/12/2016 | 02/12/2016 | Home or Self Care |

**Progress Notes by Kathleen Gentili, PT at 2/12/2016 2:01 PM**

Author: Kathleen Gentili, PT Service: (none) Author Type: Physical Therapist
Filed: 2/12/2016 3:13 PM Note Time: 2/12/2016 2:01 PM Status: Signed
Editor: Kathleen Gentili, PT (Physical Therapist)

**VISIT 5**

**SUBJECTIVE:**

Patient reports that he just found out that he has a double ear infection and sinus infection. He has now been on Z pak since Wednesday and will be taking it until Sunday. He reports that this is why he had to miss PT on Wednesday.

TREATMENT PERFORMED:

**OBJECTIVE:**

1) There ex:
- NuStep level 8, BUEs/BLEs x10 minutes continuous performed at target speed 100 -120spm throughout
- Sit to/from stands from standard height chair with JUMP UP and 15lb medicine ball TOSS over head and jump. Performed 2x10 reps
- 10 bouts up/down flight of 8 stairs outdoors for time for functional LE strength/endurance training (1min 34 seconds to complete today)

(2) Neuromuscular re-education:
- Alternating forward lunges onto compliant Bosu surface 2x15 reps with each LE alternating performed with 5lb free weights in each hand. Cues for abdominal engagement to improve balance control.
- Standing balance FOAM surface: Feet together EC 2x30 seconds, Feet together EC head nods x10, feet together EC head turns x10, partial tandem EC 2x30 seconds.
- SL triple-cone taps performed while standing on ARIEX FOAM 10 reps with each LE for SL balance
- VOR x1 viewing exercise performed in standing romberg position 45 seconds x3 reps in both horizontal and vertical planes. Increased speed today to 200 with metro timer app

-Dynamic stepping across 4 dynadiscs on floor with step-though pattern, performed x6 bouts with close SBA, (1 LOB able to recover independently)

TREATMENT PERFORMED:
-Neuromuscular re-education: 60 minutes
-Ther ex: 25 minutes
Total Time: 35 minutes

**ASSESSMENT:**
Patient unfortunately now has a double ear infection and sinus infection however he is being treated with antibiotics and he was able to attend therapy today and tolerated surprisingly well. Pt's endurance is improving and he is finally noticing a difference in his energy level outside the clinic and is happy that he is finally losing weight as a result of increased exercise and better activity tolerance. His complaints of dizziness were minimal today and he was able to increase speed of VOR and progress to performing on VOR in narrow BOS on compliant surface. Patient is making steady progress.

**Goals**
**Treatment Goals**
**Long Term Goals appear in bold, Short Term Goals are normal text.**

| Treatment Goal | Start Date | Status<br>M = Met<br>D = Discontinued | Comments |
|---|---|---|---|
| **Patient's DHI score will decrease from 66/100 to 20/100 or less, indicating their dizziness or imbalance is not influencing their activities of daily living and functional mobility as significantly as prior to starting physical therapy.** | 1/6/2016 | **Ongoing** | - |
| **Patient will be able to stand in romberg on foam with their eyes closed for 30 seconds without LOB implying an increase utilization of vestibular cues for balance, which will help decrease their likelihood of falling in an open environment where sensory cues conflict.** | 1/6/2016 | **Ongoing** | - |
| **Patient will be able to achieve an FGA score of at least 22/30 points to indicate he is considered to be a low risk of falling.** | 1/6/2016 | **Ongoing** | - |
| **Patient will be able to turn his head to the right and left during daily activities and** | 1/6/2016 | **Ongoing** | - |

| | | | |
|---|---|---|---|
| **recreational tasks without vertigo.** | | | |
| **Goal for 6 minute walk test to be added within first 2 sessions** | 1/6/2016 | **Ongoing** | - |
| **Patient will report no visual changes with quick head movements to indicate adaptation to VOR exercise for vestibular retraining** | 1/6/2016 | **Ongoing** | - |
| **Patient will be independent with a home exercise program to maintain the goals achieved in therapy after discharge** | 1/6/2016 | **Ongoing** | - |

Patient/Family involved in setting goals
Patient/Family agrees with goals and treatment plan

Long Term Goals are anticipated to be achieved in 8 weeks.

PLAN:
- Progress resistance level for NuStep to level 9 and speed to 100-120spm
- Continue sit to stands from chair with jump from chair and med ball toss with sets of 15 and throw/catch with 15lb med ball
- Progress forward lunges onto Bosu surface to 6lb weights each hand with sets of 15
- Continue FOAM balance EC to romberg with head nods/turns, progress half tandem balance EC to head nods/turns
- Progress speed of VOR on airex foam to 240 if able (with metronome timer app)
- Continue timing bouts on stairs for functional LE strength/endurance training
-Progress walking across dynadiscs to addition of head nods/turns between steps

POC due date: 03/02/2016

Katie Gentili, PT, DPT
AZ License #10431

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | March 18, 2016 |
| To: | DR. CLARK WYSONG |
| Attn: | Medical Records |
| Fax: | (623) 581-6461 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 5616243<br>Claimant: Ronald Finley<br><br>Dick's Sporting Goods, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

March 18, 2016

Dr. Clark Wysong

Last seen 7/14/14.
Has new PCP.
Please contact the patient.
Cherie

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Clark Wysong:

We are the Disability Claim Administrator for your patient, Ronald Finley.

To evaluate Mr. Finley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2015 through the most recent date of treatment

We ask that you provide this information by March 25, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | March 18, 2016 |
| To: | DR ALBERT KLASKI MD<br>2940 N. LITCHFIELD ROAD<br>GOODYEAR AZ 85395 |
| Attn: | Medical Records |
| Fax: | (623) 535-9520 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 6 |
| RE: | Claim #: 5616243<br>Claimant: Ronald Finley<br><br>Dick's Sporting Goods, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

March 18, 2016

Dr. Albert Klaski, MD
2940 N. LITCHFIELD ROAD
GOODYEAR, AZ 85395

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Albert Klaski:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Dick's Sporting Goods, Inc.'s Group Disability Policy. We are writing in reference to Ronald Finley's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office . This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by March 25, 2016.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: 5616243-REQUEST-PROVIDER-03.02.2016

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | March 2, 2016 |
| To: | DR ALBERT KLASKI MD<br>2940 N. LITCHFIELD ROAD<br>GOODYEAR AZ 85395 |
| Attn: | Medical Records |
| Fax: | (623) 535-9520 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5616243<br>Claimant: Ronald Finley<br><br>Dick's Sporting Goods, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

March 2, 2016

Dr. Albert Klaski, MD
2940 N. LITCHFIELD ROAD
GOODYEAR, AZ 85395

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Albert Klaski:

We are the Disability Claim Administrator for your patient, Ronald Finley.

To evaluate Mr. Finley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2015 through the most recent date of treatment

- Completion of the enclosed Forms:

  _X_ Restrictions Form
  __ Other

We ask that you provide this information by March 9, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: Restrictions Form

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

# Restrictions Form

**Return To:** Jessica Austin

| Ronald Finley | | 5616243 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. DATE FIRST TREATED — ____________
   DATE LAST TREATED — ____________
   NEXT OFFICE VISIT — ____________

   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).*
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

4. RESTRICTIONS IMPOSED FROM ____________ TO ____________.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?________

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM____________TO ____________.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | March 18, 2016 |
| To: | DR ANDREA PATTON<br>20330 N CAPE CREEK RD STE 160<br>PHOENIX AZ 85024 |
| Attn: | Medical Records |
| Fax: | (602) 730-8444 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 6 |
| RE:<br><br>Claim #: 5616243<br>Claimant: Ronald Finley<br><br>Dick's Sporting Goods, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

March 18, 2016

Dr. Andrea Patton
20330 N CAPE CREEK RD STE 160
PHOENIX, AZ 85024

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Andrea Patton:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Dick's Sporting Goods, Inc.'s Group Disability Policy. We are writing in reference to Ronald Finley's claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to your office . This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by March 25, 2016.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: 5616243-REQUEST-PROVIDER-03.02.2016

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | March 2, 2016 |
| To: | DR ANDREA PATTON<br>20330 N CAPE CREEK RD STE 160<br>PHOENIX AZ 85024 |
| Attn: | Medical Records |
| Fax: | (602) 730-8444 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 5616243<br>Claimant: Ronald Finley<br><br>Dick's Sporting Goods, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

March 2, 2016

Dr. Andrea Patton
20330 N CAPE CREEK RD STE 160
PHOENIX, AZ 85024

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Andrea Patton:

We are the Disability Claim Administrator for your patient, Ronald Finley.

To evaluate Mr. Finley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2016 through the most recent date of treatment

- Completion of the enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by March 9, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: Restrictions Form

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

# Restrictions Form

**Return To:** Jessica Austin

| Ronald Finley | | 5616243 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. DATE FIRST TREATED — ____________
   DATE LAST TREATED — ____________
   NEXT OFFICE VISIT — ____________

   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. RESTRICTIONS IMPOSED FROM ____________ TO ____________.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?________

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ____________ TO ____________.

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | March 18, 2016 |
| To: | DR. CLARK WYSONG |
| Attn: | Medical Records |
| Fax: | (623) 581-6461 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 5616243<br>Claimant: Ronald Finley<br><br>Dick's Sporting Goods, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

March 18, 2016

Dr. Clark Wysong

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Clark Wysong:

We are the Disability Claim Administrator for your patient, Ronald Finley.

To evaluate Mr. Finley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2015 through the most recent date of treatment

We ask that you provide this information by March 25, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. RONALD FINLEY

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

March 18, 2016

Mr. Ronald D. Finley

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243

Dear Mr. Ronald Finley:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Dick's Sporting Goods, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On March 2, 2016 and March 18, 2016, we requested the information below from Dr. Patton and Dr. Klaski . This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from January 1, 2016 through the most recent date of treatment from Dr. Patton and Dr. Klaski

Dick's Sporting Goods, Inc.'s LTD Policy requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than May 1, 2016 as required under the terms of the Policy.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Please be advised that we are unable to evaluate eligibility for benefits without this information. In the absence of this information, your claim may be denied.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | March 2, 2016 |
| To: | DR ANDREA PATTON<br>20330 N CAPE CREEK RD STE 160<br>PHOENIX AZ 85024 |
| Attn: | Medical Records |
| Fax: | (602) 730-8444 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages (Including Cover): | 4 |
| RE: | Claim #: 5616243<br>Claimant: Ronald Finley<br><br>Dick's Sporting Goods, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

March 2, 2016

Dr. Andrea Patton
20330 N CAPE CREEK RD STE 160
PHOENIX, AZ 85024

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Andrea Patton:

We are the Disability Claim Administrator for your patient, Ronald Finley.

To evaluate Mr. Finley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from January 1, 2016 through the most recent date of treatment

- Completion of the enclosed Forms:

  X Restrictions Form
  ___ Other

We ask that you provide this information by March 9, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: Restrictions Form

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

# Restrictions Form

**Return To:** Jessica Austin

| Ronald Finley | | 5616243 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ______________ ______________________
   **DATE LAST TREATED** — ______________ ______________________
   **NEXT OFFICE VISIT** — ______________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ______________ **TO** ______________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?**________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ______________**TO** ______________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
(888) 437-7611
Secure Fax No.: (603) 427-1844

| | |
|---|---|
| Date: | March 2, 2016 |
| To: | DR ALBERT KLASKI MD<br>2940 N. LITCHFIELD ROAD<br>GOODYEAR AZ 85395 |
| Attn: | Medical Records |
| Fax: | (623) 535-9520 |
| From: | Jessica Austin<br>Technical Claims Consultant<br>Phone No.: (888) 437-7611<br>Secure Fax No.: (603) 427-1844 |
| Total Pages<br>(Including Cover): | 4 |
| RE:<br><br>Claim #: 5616243<br>Claimant: Ronald Finley<br><br>Dick's Sporting Goods, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 437-7611 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

March 2, 2016

Dr. Albert Klaski, MD
2940 N. LITCHFIELD ROAD
GOODYEAR, AZ 85395

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Albert Klaski:

We are the Disability Claim Administrator for your patient, Ronald Finley.

To evaluate Mr. Finley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2015 through the most recent date of treatment

- Completion of the enclosed Forms:

  X Restrictions Form
  __ Other

We ask that you provide this information by March 9, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 427-1844 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: Restrictions Form

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

# Restrictions Form

**Return To:** Jessica Austin

| Ronald Finley | | 5616243 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________
   **DATE LAST TREATED** — ____________
   **NEXT OFFICE VISIT** — ____________

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________.

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

# FAX

| | | | |
|---|---|---|---|
| TO: | Jessica Austin | FROM: | Ronald Finley |
| FAX: | 603-427-1844 | FAX: | |
| PHONE: | 888-437-7611 | PHONE: | |
| SUBJECT: | LTD Benefits | DATE: | February 16, 2016 |

COMMENTS:

Jessica,

Please let me know if you need any further information.

Thank You,

Ronald D. Finley

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

January 26, 2016

Mr. Ronald D. Finley

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243

Dear Mr. Ronald Finley:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Dick's Sporting Goods, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving STD benefits since September 20, 2015. Should your disability continue through the maximum benefit date, STD benefits are payable through .

Your claim has been assigned to Jessica Austin for continued case management. During the remainder of this benefit period, we will be reviewing your claim for consideration under Dick's Sporting Goods, Inc.'s Long Term Disability (LTD) Policy. Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the STD Plan and may require that we request additional information prior to making a claim determination.

Dick's Sporting Goods, Inc.'s LTD Policy contains the following exclusion regarding pre-existing conditions:

***Pre-Existing Condition Exclusion – Not Applicable to Class 2 or Class 3***

*This policy will not cover any Disability or Partial Disability:*

1. *which is caused or contributed to by, or results from a Pre-Existing Condition; and*
2. *which begins in the first 12 months immediately after the Covered Person's effective date of coverage.*

***"Pre-Existing Condition"*** *means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to*

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: Training Education Experience
Authorization
Claimant Supplementary Statement
SS Reimbursement Agreement
Claimant Information Form
Activities Questionnaire Form
Family Information Questionnaire

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

**Return To:** Jessica Austin



EMPLOYEE/CLAIMANT NAME: Ronald Finley

CLAIM NO: 5616243 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Dick's Sporting Goods, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit 5 Hours stand 10 - 45 min walk 60 min

How many hours a day do you:

sit 5 Hours stand 10 - 45 min walk 60 min

Do you take a nap during the day?

Yes X No ______

If Yes, for how long? 1 Hour - 2 Hours At what time of the day? 3 pm - 5 pm

How many hours a day do you spend in bed? 8 - 10

Do you require any assistive devices such as a:

cane No walker No crutches No wheelchair No other N/A

How long are you able to sit in a car? UNKNOWN

Do you hold a valid driver's license?

Yes X No ______

If No, please explain: I Do Not Drive with Dizziness And Vertigo Episode

If Yes, how long are you able to drive a car? UNKNOWN

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

Phone Calls or my wife Drives Me to Doctor Appointment

Do you have children?

Yes X No ______ If Yes, what are their dates of birth Son: Son: Son: Daughter:

Do you need help caring for your children?

Yes X No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes ______ No X If Yes, please explain N/A

How many times a day do you leave the house during the week? 5

On the weekends? 2

How often do you run errands? I Do Not My Wife Does

Please describe what errands you most commonly run: Doctors Apt Physical Therapy Apt

Liberty Mutual. INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? 5 DAYS - for Apt with Doctors - Physical Therapy.

Are you left or right hand dominant? Left ____ Right X

Are you able to work in your garden? Yes ____ No X

Are you able to work on your house? Yes ____ No X

Are you able to wash your car? Yes ____ No X

How much time is spent daily on your home computer?
____ None X 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
____ None ____ 0-1 hours X 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
____ Pay bills ____ Read news/articles ____ Use search engines X Send emails
____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:
X Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics
____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? X Yes ____ No

If yes, please explain purpose and usage: Wife uses it for School

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | Wife | Yes |
| Carrying groceries into the house | Wife Children | Yes |
| Cooking meals | Wife | Yes |
| Cleaning after meals | Wife | Yes |
| Cleaning bathrooms | Wife | Yes |
| Vacuuming | Wife | Yes |
| Doing the laundry | Wife | Yes |
| Opening and responding to mail | Self | No |
| Managing your finances | Self | No |
| Balancing your checkbook | Self | No |
| Bathing yourself | Self | No |
| Styling your own hair | Self | No |
| Getting dressed | Self | No |
| Going up and down stairs | Self | No |

Have you been confined to a hospital within the last 12 months? Yes ____ No X

If Yes, please provide reason and hospital contact Information: (N/A) *Urgent Care and Emergency Room only.

Liberty Mutual. INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? I do not take Vacation

Where do you go? How do you get there (transportation method)? N/A

Are you able to pursue your hobbies? Yes ____ No X

If Yes, please describe N/A

Do you participate in an exercise program? Yes X No ____

If Yes, please describe * Physical Therapy Prescribed By Doctor /. walks

Do you do any Volunteer work? Yes ____ No X

If Yes:

how many hours per day? N/A

how many hours per week? N/A

for whom? N/A

Are you working for wages? Yes ____ No X

If Yes, please provide employer's name disability insurance is my only income

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

dizziness, vertigo, Pain on lift side of face and ear, Ringing of Ears.

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

wake up at 8:00 Am take shower, Brush teeth, Get Dressed, eat Breakfast, Go to Scheduled Physical therapy or Doctor Appointment, Complete Daily Physical therapy Home work, Try to walk, 3-5pm take Nap Eat Dinner, watch television, take medication go to Bed at 10pm

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

H. 623 · 249 · 3516 C. 480 · 694 · 0041

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Wife Laura Finley 480 · 489 · 1152

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: Ronald Dewitt Finley Date: 2 · 3 · 16

Signature: [signature]

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

**Return to:** Jessica Austin

EMPLOYEE/CLAIMANT NAME: Ronald Finley
CLAIM NO: 5616243
EMPLOYER/SPONSOR: Dick's Sporting Goods, Inc. DATE OF BIRTH: ___

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ___ Married X Divorced ___

If married, please indicate your spouse's name and date of birth. Name: Laura K. Finley DOB: ___

Do you have children? Yes X No ___

If yes, please provide additional details below, using additional space as needed.

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| Barai Finley | | | No | In College 5/2019 |
| Story Finlay | | | Yes | 5/2019 |
| M Y Finley | | | No | |
| L Finley | | | No | |

Is your spouse and/or children receiving Social Security benefits? Yes: ___ No: X

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: Ronald D. Finley Date: 8 . 3 . 16

Liberty Mutual. INSURANCE

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

**Return To:** Jessica Austin

EMPLOYEE/CLAIMANT NAME: Ronald Finley
CLAIM NO: 5616243
EMPLOYER/SPONSOR: Dick's Sporting Goods, Inc. DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2014 to 01/26/2016. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Andrea Patton
Specialty: Family Medicine
Address: 20330 N. Cave Creek Road. Phoenix Az 85024
Telephone No.: (602) 730-8443 Fax No.: ( )

Name: Clark Wysong
Specialty: Family Medicine
Address: 19875 N. 51st Ave Glendale Az
Telephone No.: (623) 581-8998 Fax No.: ( )

Name: Albert Klaski
Specialty: General Neurology
Address: 2940 N. Litchfield Rd. Good Year Az, 85395
Telephone No.: (623) 535-0051 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**MEDICAL INSURANCE CARRIER(S):**

Name: Aetna
Specialty:
Address: P.O. Box 981106 El Paso Tx 79998-1106
Telephone No.: (800) 635-3364 Fax No.: ( )

Name:
Specialty:
Address:
Telephone No.: ( ) Fax No.: ( )

**PHARMACY(S):**

Name: Walgreens
Specialty:
Address: 2411 W. Anthem Way Anthem Az 85086
Telephone No.: (623) 551-2445 Fax No.: ( )

Name: Frys Pharmacy
Specialty:
Address: 39508 N. Daisy Mtn Anthem Az 85086
Telephone No.: (623) 551-7224 Fax No.: ( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** Ronald D. Finley **DATE:** 2-3-16

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

Return to: Jessica Austin

**EMPLOYEE/CLAIMANT NAME:** Ronald Finley **CLAIM #:** 5616243

**EMPLOYER/SPONSOR:** Dick's Sporting Goods, Inc. **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) FINLEY, RONALD D. | Social Security # | Email Address | |
| Street Address | City | State AZ | Zip Code 85086 |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status MARRIED | |
| Spouse's Full Name LAURA KATHERINE FINLEY | Number of Children 4 | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name LAURA K. FINLEY Relationship to you? SPOUSE Tel #.

Have you returned to any type of employment? If yes, please provide name of employer, # hours worked per week and hourly rate of pay.
No

Do you own your own business, or are you affiliated with a corporation, partnership, or sole proprietary? If yes, please explain.
No

Do you hold a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?
No

Do you hold a professional license? If yes, for what purpose?
No

Are you associated with an Internet affiliated business? Do you have a website? If yes, please provide address(es).
No

Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.
No

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.
No

Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☒ | Wages, Salary, or Separation Pay | $ | | | |
| ☐ | ☒ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☒ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☒ | State Disability | $ | | | |
| ☐ | ☒ | Retirement (normal, early, or disability) | $ | | | |
| ☐ | ☒ | Workers' Compensation | $ | | | |
| ☐ | ☒ | Other (please describe) N/A | $ | | | |

**The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** Ronald Dewitt Finley

**DATE:** 2. 3. 16 **EMPLOYEE'S SIGNATURE:** Ronald D. Finley

Liberty Mutual. INSURANCE

# LIBERTY MUTUAL GROUP
# LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

Claimant: Ronald Finley Date of Birth:

Employer: Dick's Sporting Goods, Inc. Policy/Plan Sponsor No. 08 - 025155

A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

B) Social Security benefits <u>will be estimated</u> if:

1) I do not sign and return this form to Liberty Life within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

(Insured/Employee signature) Ronald Finley (Witness signature) [signature]

(Address) (Address)

(Date) 2. 3 .16 (Date) 2. 3 .16

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

EMPLOYEE/CLAIMANT NAME: Ronald Finley
CLAIM NO: 5616243
EMPLOYER/SPONSOR: Dick's Sporting Goods, Inc. DATE OF BIRTH: 10/13/

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: Some College Check if earned: ☐ GED ☒ HS Diploma

Vocational Training: N/A Certificate Program completed: N/A

Associates Degree: N/A College: number of years: 3.5 years

Bachelor's Degree: BA /BS Major: N/A Graduate School: MA MS CAGS PHD Degree: N/A

Professional Training, License, Certificates(s): See Resume

Are you currently attending any classes: ☐ Y ☒ N If yes, provide name of school: N/A

List any other Training or Classes Attended or Plan to Attend: N/A

Additional Skills, Hobbies & Volunteer Work N/A

Did you serve in the Armed Forces? ☐ Y ☒ N From: N/A To: N/A

Branch of Service: N/A Specialty: N/A

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: Dicks Sporting Goods Department: Store operations From: 4/27/2015 To: current
   Job Title(s): Store Manager
   Supervisory Experience ☒ Y ☐ N
   Tasks/Duties (please be specific): MGR Store Operations, Hiring, P/L financial Responsibility, Receiving, shipping Store,

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

* See Resume for all other information.

A Liberty Mutual Company

3. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

4. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

5. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

**Computer Utilization:**

Computer Training/Courses, Certifications: ______

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☒ | ☒ | Graphics Software | ☐ | ☐ |
| Internet | ☒ | ☒ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☒ | ☒ | | | |
| Spread Sheet (MS Excel) | ☒ | ☒ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: ______ | | |

How much time is spent daily on your work computer? ☒ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☒ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☒ Yes ☐ No If yes, WPM (words per minute) 40

(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______

SIGNATURE: Ronald D Finley PHONE NO: ______


ARIZONA
Driver License
Number
Expires
Date of Birth
Issued

# Ronald D. Finley

Home:
Cell:

- **Dedicated retail manager/multi –unit manager with 30 + years of experience** in "big box" retail settings and multi-store management. Consistently achieves record-high customer satisfaction rankings, improvements to the bottom line and turnaround of underperforming operations.
- **Respected builder and leader of customer-focused teams**; instills a shared, enthusiastic commitment to customer service as a key driver of company goal attainment. Leads by example and ensures the execution of all safety, security, quality and store operations policies.

## Areas of Expertise

*Multi-store Management*
*Customer Service Management*
*Complaint Handling & Resolution*
*Retail Operations Management*
*Customer Satisfaction Enhancement*
*Front-End Supervision*
*Sales & Margin Improvement*
*Teambuilding & Development*
*Cost-Reduction Strategies*
*Profit and Loss Expense Control*

## Professional Experience

PetSmart – Phoenix, AZ 03/12 to 10/14

**District Manager – East Valley District**

**Previous Districts - Scottsdale Hawaii District/West Phoenix District**

- Financial and operational responsibility for 10 retail locations generating more than 54M annually.
- Leads and develops a team of 10 direct reports with an overall District Team of more than 300 associates.
- Models and fosters an environment of excellence in customer service.
- Promotes operational excellence and compliance across PetSmart's policies and procedures.
- Drives sales through consistent customer service and execution of key merchandising functions such as WISE and planner.
- Focuses on expense control across key areas such as labor, supplies and other controllable lines.
- Ensures the safety and security of company assets, customers, pets, and associates through regular store visits and training.
- Strategically plans for future business needs through succession planning, store visits and projects.
- Collaboratively interacts with Regional Team to share best practices and deliver overall results.

---

PetSmart – Phoenix, AZ 10/08 to 03/12

**Store Manager, Store 1270, Store 0131**

- Manages, hires, trains, supervises 25+ associates in an environment which provides high levels of service and satisfaction.
- Promotes operational excellence and compliance across PetSmart's policies and procedures. Drives sales through consistent customer service and execution of key merchandising functions such as WISE and planner.
- Focuses on expense control across key areas such as labor, supplies and other controllable lines.
- Ensures the safety and security of company assets, customers, pets, and associates through regular store visits and training.
- Ensures store is in compliance with all inventory management tools to guarantee store results.
- Responsible for overall leadership, coaching and building of an independent, committed, high performing team to achieve results.
- Communicates business and financial objectives.
- Audits store performance, collects data and communicates store results to District Manager.
- Develops and coaches all management teams, provides leadership and assessment of associates' performance to ensure continuous development of all management.

---

Home Depot – Laveen, AZ 08/01 to 10/08

**Store Manager/District Operations Manager,** 02/07 to 10/08

**Previous Positions: Specialty Assistant Store Manager, Night Operations Manager, Operations Assistant Manager, Assistant Store Manager,** 08/01 to 02/07

- Manages, hires, trains, supervises 200+ associates in an environment which provides high levels of Customer Service and satisfaction.
- Advanced to increasingly responsible positions, culminating in Store Manager position directly responsible for 500 plus member team.
- Managed all aspects of the store's operation, including improving customer service, driving sales, maintain balanced inventory levels and increasing store profitability.
- Forecasts scheduling needs and ensures sufficient scheduling to meet customer demand in all areas.
- Develops strategies to improve customer service, drive sales, and increase store profitability.
- Maintains shrink; maintains balanced inventory levels; and properly maintains store assets.
- Served as District Operations Manager for a Team of 9 Big Box Retail Stores.

---

## Education and Training

Northern Illinois University — Dekalb, IL 9/82 to 5/84

**Major: Business Administration and Meteorology**

**Training**: Store Manager Lead Program, Completed numerous courses and seminars in customer service, sales strategies, inventory control, loss prevention, time management, leadership, and performance assessment. Certified PetSmart Getsmart Expert.

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

## Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Ronald Finley **Claim** 5616243

**EMPLOYER/SPONSOR/CUSTOMER** Dick's Sporting Goods, Inc.

**Return** Jessica Austin

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

Ronald Finley
Claimant Name (Print)

Ronald Dewitt Finley
Claimant Signature

Date of Birth

2. 3. 16
Date

5616243
Claim Number

*000053*

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
GROUP BENEFITS DISABILITY CLAIMS
P.O. BOX 7213
LONDON, KY 40742-7213

MR. RONALD FINLEY

40000130000000207952000053

Hub Enterprises, Inc
P.O. Box 3162
Lafayette, LA 70502
(337) 837-2608
Federal ID: 720827028

| | |
|---|---|
| **INVOICE NO.** | 177537 |
| **DATE** | 02/11/16 |

**CUSTOMER**

Jessica Austin
Liberty Mutual Disability
P.o. Box 1525
Dover, NH 03821

Re: Ronald Finley
Vs. Dick's Sporting Goods, Inc.
AZ

| **TERMS:** | **CUSTOMER NO.** | **JOB NO.** | **P.O. No. / Claim No.** |
|---|---|---|---|
| Due Upon Receipt | LMD0051 | 1601001319 | 5616243 |

| Description | Quantity | Unit of Measure | Price | Amount |
|---|---|---|---|---|
| 2/7/16 | | | | |
| Surveillance Hours - Operative 02257 | 8.00 | | | 600.00 |
| 2/8/16 | | | | |
| Surveillance Hours - Operative 02257 | 8.00 | | | 600.00 |

Please remit payment to: Hub Enterprises, Inc

Invoice Due and Payable Upon Receipt

| | |
|---|---|
| **Sub-Total** | 1,200.00 |
| **Sales Tax** | |
| **TOTAL** | $1,200.00 |

HUB Enterprises, Inc. | Where Risk Meets Resolution

February 11, 2016

**LIBERTY MUTUAL DISABILITY**
POST OFFICE BOX 1525
DOVER, NEW HAMPSHIRE 03820

| | |
|---|---|
| Adjuster: | Jessica Austin |
| Insured: | Dick's Sporting Goods, Inc. |
| Claim Number: | 5616243 |

# Ronald D. Finley

| | |
|---|---|
| Date of Loss: | September 20, 2015 |
| Injury: | Zoster |
| Authorization: | 24 Hours |
| Status: | Final |
| Received: | January 26, 2016 |
| Investigator: | Brian Zubkoff |
| HUB Case: | 1601001319 |
| HUB Contact: | Heather Ross |

**Confidentiality Notice**

*The content within this file contains confidential information belonging to the sender and is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any use or disclosure of the contents of this information is strictly prohibited. If you have received this in error, please immediately notify us by telephone to arrange for the return of the documents.*

## NATURE OF ASSIGNMENT:

On January 26, 2016, HUB Enterprises received an assignment requesting 24 hours of surveillance to be conducted on the above-mentioned claimant. Information provided indicates the claimant can be described as a 51-year-old male, and is believed to reside at in .

## PRE SURVEILLANCE INVESTIGATION:

We conducted pre-investigative research for information associated with the subject; Ronald Finley, and learned the following:

A person search utilizing the provided social security number confirmed the provided address to be the most current. The subject's full name is Ronald Dewitt Finley, 51 years old. The alias reported for the subject is Ron Finley.

**Address History:**

MARICOPA COUNTY (Sep 2009 - Jan 2016)

Utility Locator - Connect Date: 2/6/2010

, MCHENRY COUNTY (Sep 1988 - Nov 2013)

MARICOPA COUNTY (Feb 2008 - Nov 2012)

**Driver's License:**

Name: RONALD D FINLEY

DL Number:

State: Illinois

License Address: , LAKE COUNTY

DOB:

Potential SSN:

Data Source: Non-Governmental

**All Vehicles Registered:**

An all vehicles registered search was conducted for records associated with the subject. The following vehicles were located:

**2006 Pontiac Solstice roadster**

AZ license number unknown

Ronald Finley

**2013 Kia Sorento**

AZ license number unknown

Ronald Finley

**2012 Kia Optima**

AZ license number unknown

Ronald Finley

A social networking site search was conducted for information associated with the subject by utilizing the subject's name variations; possible email address; address history; possible url and usernames; and possible telephone numbers. The searched sites include Facebook, Myspace, Twitter, LinkedIn, and YouTube. No profiles were located.

An internet search was conducted by utilizing the subject's name variations; possible email address; address history; possible URL and usernames; business or employment affiliation; and possible telephone numbers. No information was located.

## SUMMARY OF INVESTIGATION:

Surveillance was conducted on Sunday, February 7, 2016 and Monday, February 8, 2016. During the course of this investigation, the claimant was not observed. The provided address was located within a gated community, which we could not gain access to. At this time, our efforts have been completed.

### VIDEO:

*The below links will direct you to the video as described within this report. Should you experience any issues with the link, please contact HUB Enterprises at hub@hubenterprises.com or 800-873-0933. Please note video links are valid for approximately one year, but can be reissued upon request.*

**Sunday, February 7, 2016**

- No claimant video was obtained during this phase of the investigation.
- Area video was obtained depicting our surveillance position and/or the claimant's residence.

**Monday, February 8, 2016**

- No claimant video was obtained during this phase of the investigation.
- Area video was obtained depicting our surveillance position and/or the claimant's residence.

## REPORT OF INVESTIGATION:

### DESCRIPTION OF CLAIMANT

The claimant was not observed during the course of this investigation; however, information provided by the Client indicates the claimant can be described as a 51-year-old male.

**DESCRIPTION OF THE RESIDENCE**

The residence was be located within the gated community, Anthem Country Club and was inaccessible, with no trespassing signs posted and a security guard present and posted within each of the offices at the three gated entrances.

**DIRECTIONS TO THE RESIDENCE**

- From the Phoenix, Arizona area, travel along , approximately 1.7 miles
- Follow
  North, approximately 27.6 miles
- Continue along
  approximately 4.1 miles
-

**Sunday, February 7, 2016**

Sunny, 56F

05:53AM Investigator Brian Zubkoff departed the Phoenix, Arizona area, en route to the claimant's provided address of .

06:33AM Upon arrival, the Investigator observed the provided address to be located within the gated community, Anthem Country Club and was unable to gain access. The neighborhood was also a manned security residential community, with a sign at the main entrance stating no trespassing. There was a security guard present and posted within the office at the gated entrance. There were two other entrance routes, which were also gated and manned by a security guard, with signs indicating no trespassing. Indirect surveillance was established, with a view of the most likely route of departure. The Investigator noted via research the claimant to be the registrant of a 2014 Dodge Journey Crossroads SUV, bearing Arizona license number and a 2015 Honda Civic coupe, bearing Arizona license number ; however, the colors were unknown. Dark area video was obtained.

07:00AM Surveillance was maintained; however, no claimant activity was observed. Low light area video was obtained.

08:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

08:04AM A drive-by of the other two entrances/exits was conducted; however, no claimant activity was observed. The Investigator noted that these entrances were also inaccessible. Area video was obtained.

09:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:09AM Surveillance was maintained; however, no claimant activity was observed. Intermittent area video was obtained.

11:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

01:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

03:00PM Area video was obtained. Investigator Brian Zubkoff discontinued surveillance and departed, en route to the Phoenix, Arizona area.

**Monday, February 8, 2016**

Sunny, 65F

05:30AM Investigator Brian Zubkoff departed the Phoenix, Arizona area, en route to the claimant's provided address of

05:50AM Upon arrival, the Investigator observed the gated community, Anthem Country Club and was unable to gain access. There were security guards present and posted within

the office at the gated entrances. Indirect surveillance was established, with a view of the most likely route of departure. Dark, intermittent area video was obtained.

07:00AM Surveillance was maintained; however, no claimant activity was observed. Low light area video was obtained.

08:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

09:08AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

10:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

11:00AM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

12:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

01:00PM Surveillance was maintained; however, no claimant activity was observed. Area video was obtained.

02:00PM Area video was obtained. Investigator Brian Zubkoff discontinued surveillance and departed, en route to the Phoenix, Arizona area.

**COMMENTS:**

All investigative efforts have been discontinued, pending further instructions from the Client.

Should you have any questions, or wish to further discuss this matter, please feel free to contact me. We appreciate this opportunity to be of service to you.

Heather Ross
Client Relations

Ross Louviere
Case Manager

HR/RL: ka
Enclosures: **None**

Provided are license numbers as mandated by State Regulations: Arizona (D/B/A HUB Detectives, Inc.) 1003020; California PI 23439; District of Columbia 3003; Florida A9400128; Georgia PDC001580; Illinois 117.001297; Indiana PI20700031; Missouri 2010016560; Montana 7576; Nevada 1269; New York 11000118203; Texas C05635; Utah P106085; Virginia 11-3838

**Initial Payment Set up Worksheet**

**Claimant's Name** Ronald Finley **DOB**

**Customer** DICK'S SPORTING GOODS,INC. (Class 1)

**LTD Claim #** 5616243

**Associated Claims** 3530535 Type STD Type

**Benefit End date of associated claims** 3/19/2016

**Contractual EP** > of the end of the STD benefit or 90 days

**Does policy include COLA provision** No Task Set Date n/a

**LTD Benefit begin date** 3/20/2016 **DOD** 9/20/2015 **AGE** 50

**Max Benefit date** 10/31/2029 End of calendar month in which EE is 65

**BME Amount** $7,083.33

**Sources used to verify BME amount**
Eligibility Approved: $85,000.00 Annually / 12 Months = BME of $7,083.33.

**Benefit percentage** 60.00 % **Gross modal benefit** $4,250.00

**Benefit Begin date** 3/20/2016

**Approved thru date** 3/19/2018 24 months own occupation

| **Offsets entered** | **Type** | **Amount** |
|---|---|---|
| **Resident / Work State:** AZ | N/A | N/A |

| **Deductions entered** | **Type** | **Amount** | **Type** | **Amount** |
|---|---|---|---|---|
| | N/A | | | |

**Tax Withholding** **Federal** N/A **State** N/A

**Completed by** **Jacilynn Dube** **Approved by**

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Wednesday, January 27, 2016 11:16 AM
**To:** 'leavesofabsence@dcsg.com'
**Subject:** Claim # 3530535, RONALD FINLEY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 9/20/2015. The claim has been approved through 3/19/2016. As of 3/20/2016 this claim is closed. The case manager for this claim is Jessica Austin. The claim number is 3530535.

If you have further questions, please call Liberty Mutual Insurance at (800) 210-0268.

# Liberty Mutual Investigation Referral

Requested By: Jessica Austin
Disability Claims
P.O. Box 1525
Dover, NH 03821-1525
(888) 437-7611 x16352

**Return Report to: GBLibertyVendorReferrals@libertymutual.com**

Customer Name: DICK'S SPORTING GOODS, INC.

Date Sent: 1/26/2016

Funding type: FI: YES ASO: NO

Coverage Type: STD: NO LTD: YES

Claimant Name: RONALD D FINLEY

Claim #: 5616243

Claimant Address:

Claimant SSN:

Claimant DOB:

Claimant Tel. #:

City:

State:

Zip:

Date of Hire: 4/27/2015

Date of Disability: 9/20/2015

Gender: MALE

Injury/Illness: Zoster without complications

Marital Status: U

Job Description: STORE MANAGER

No. of Dependents: 0

Claimant's Physical Description: none available at this time--51 yom

Describe Reason For Referral:

The claimant is alleging he is unable to work due to severe pain caused by post-herpetic neuralgia and also due to medication side effects.

Instructions For Vendor:

Vendor Chosen: HUB ENTERPRISES

Please complete three consecutive days of surveillance and vary start times. Please also complete social media search and database search. The clmnt's phone number is tied to a business called twisted comfort llc.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

MR. RONALD FINLEY

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

January 26, 2016

Mr. Ronald D. Finley

RE: Long Term Disability (LTD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 5616243

Dear Mr. Ronald Finley:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Dick's Sporting Goods, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving STD benefits since September 20, 2015. Should your disability continue through the maximum benefit date, STD benefits are payable through .

Your claim has been assigned to Jessica Austin for continued case management. During the remainder of this benefit period, we will be reviewing your claim for consideration under Dick's Sporting Goods, Inc.'s Long Term Disability (LTD) Policy. Please note that receipt of STD benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the STD Plan and may require that we request additional information prior to making a claim determination.

Dick's Sporting Goods, Inc.'s LTD Policy contains the following exclusion regarding pre-existing conditions:

***Pre-Existing Condition Exclusion – Not Applicable to Class 2 or Class 3***

*This policy will not cover any Disability or Partial Disability:*

1. *which is caused or contributed to by, or results from a Pre-Existing Condition; and*
2. *which begins in the first 12 months immediately after the Covered Person's effective date of coverage.*

***"Pre-Existing Condition"*** *means a condition resulting from an Injury or Sickness for which the Covered Person is diagnosed or received Treatment within three months prior to*

*the Covered Person's effective date of coverage.*

***"Treatment"*** *means consulting, receiving care or services provided by or under the direction of a Physician including diagnostic measures, being prescribed drugs and/or medicines, whether the Covered Person chooses to take them or not, and taking drugs and/or medicines.*

Your coverage for LTD benefits under the Policy became effective on April 27, 2015, and your disability occurred on September 20, 2015. Since your date of disability falls within 12 months of your effective date of coverage the Policy requires us to conduct a pre-existing condition investigation. This investigation is part of our overall evaluation of your eligibility for disability benefits. For your claim, the Pre-Existing investigation period we are reviewing is January 27, 2015 through April 26, 2015.

To assist us with our investigation, please provide us the full names, addresses, and telephone numbers of all medical providers, including pharmacies, which you have used from January 1, 2014 through the present date on the enclosed Claimant Information Form.

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from January 1, 2014 through the present date .

To assist us with our review, please complete the following forms and return them by the due date indicated below:

X Training Education Experience
X Authorization
X Claimant Supplementary Statement
X SS Reimbursement Agreement
X Claimant Information Form
X Activities Questionnaire Form
X Family Information Questionnaire
X A copy of your driver's lisence

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

Dick's Sporting Goods, Inc.'s LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than February 25, 2016.

If you have any questions regarding this matter, please contact me.

Sincerely,

Jessica Austin
Technical Claims Consultant
Phone No.: (888) 437-7611 Ext. 16352
Secure Fax No.: (603) 427-1844

Attachments: Training Education Experience
Authorization
Claimant Supplementary Statement
SS Reimbursement Agreement
Claimant Information Form
Activities Questionnaire Form
Family Information Questionnaire

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

**Return To:** Jessica Austin ______________



EMPLOYEE/CLAIMANT NAME: Ronald Finley ______________

CLAIM NO: 5616243 ______________ DATE OF BIRTH: ______________

EMPLOYER/SPONSOR: Dick's Sporting Goods, Inc. ______________

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ______________ stand ______________ walk ______________

How many hours a day do you:

sit ______________ stand ______________ walk ______________

Do you take a nap during the day?

Yes______________ No ______________

If Yes, for how long? ______________ At what time of the day? ______________

How many hours a day do you spend in bed? ______________

Do you require any assistive devices such as a:

cane __________ walker__________ crutches __________ wheelchair __________ other__________

How long are you able to sit in a car? ______________

Do you hold a valid driver's license?

Yes______________ No ______________

If No, please explain: ______________

If Yes, how long are you able to drive a car? ______________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______________

Do you have children?

Yes__________ No __________ If Yes, what are their dates of birth ______________

Do you need help caring for your children?

Yes __________ No __________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes__________ No __________ If Yes, please explain ______________

How many times a day do you leave the house during the week? ______________

On the weekends? ______________

How often do you run errands? ______________

Please describe what errands you most commonly run: ______________

______________

Liberty Mutual INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ______ Right ______

Are you able to work in your garden? Yes ______ No ______

Are you able to work on your house? Yes ______ No ______

Are you able to wash your car? Yes ______ No ______

How much time is spent daily on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

How much time is spent weekly on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

______ Pay bills ______ Read news/articles ______ Use search engines ______ Send emails

______ Visit chat rooms ______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ______ Yes ______ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ______ No ______

If Yes, please provide reason and hospital contact Information: ______________________________

______________________________________________________________

______________________________________________________________

Liberty Mutual INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? ____________________

Where do you go? How do you get there (transportation method)? ____________________

____________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ____________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ____________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ____________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

____________________

____________________

____________________

____________________

____________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

____________________

____________________

____________________

____________________

____________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ____________________ Date: ____________________

Signature: ____________________

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

**Return To:** Jessica Austin

EMPLOYEE/CLAIMANT NAME: Ronald Finley
CLAIM NO: 5616243
EMPLOYER/SPONSOR: Dick's Sporting Goods, Inc. DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2014 to 01/26/2016 . *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________ **DATE:** ____________

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

**Return to:** Jessica Austin

**EMPLOYEE/CLAIMANT NAME:** Ronald Finley **CLAIM #:** 5616243

**EMPLOYER/SPONSOR:** Dick's Sporting Goods, Inc. **DATE OF BIRTH:** ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment? If yes, please provide name of employer, # hours worked per week and hourly rate of pay.

Do you own your own business, or are you affiliated with a corporation, partnership, or sole proprietary? If yes, please explain.

Do you hold a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet affiliated business? Do you have a website? If yes, please provide address(es).

Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages, Salary, or Separation Pay | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | State Disability | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Retirement (normal, early, or disability) | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Workers' Compensation | $ ________ | ________ | ________ | ________ |
| ☐ | ☐ | Other (please describe) ____________ | $ ________ | ________ | ________ | ________ |

**The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:** ____________ **EMPLOYEE'S SIGNATURE:** ____________________

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

Liberty Mutual INSURANCE

**Return to:** Jessica Austin

EMPLOYEE/CLAIMANT NAME: Ronald Finley
CLAIM NO: 5616243
EMPLOYER/SPONSOR: Dick's Sporting Goods, Inc. DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____

If married, please indicate your spouse's name and date of birth. Name: ____________ DOB: ________

Do you have children? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________ Date: ____________

Liberty Mutual INSURANCE

**LIBERTY MUTUAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Ronald Finley ______ **Date of Birth:** ______

**Employer:** Dick's Sporting Goods, Inc. ______ **Policy/Plan Sponsor No.** 08 - 025155

**A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Liberty Life within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ______ **(Witness signature)** ______

**(Address)** ______ **(Address)** ______

**(Date)** ______ **(Date)** ______

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

EMPLOYEE/CLAIMANT NAME: Ronald Finley
CLAIM NO: 5616243
EMPLOYER/SPONSOR: Dick's Sporting Goods, Inc. DATE OF BIRTH: ____________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA MS CAGS PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

3. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________
______________________________

4. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________
______________________________

5. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________________________
______________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ______________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________ **PHONE NO: (   )** ______________

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-1844

# Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Ronald Finley **Claim** 5616243

**EMPLOYER/SPONSOR/CUSTOMER** Dick's Sporting Goods, Inc.

**Return** Jessica Austin

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

**Ronald Finley**
Claimant Name (Print)

Date of Birth

Claimant Signature

Date

**5616243**
Claim Number

HONORHEALTH

Medical Group
Cave Creek Location
20330 N Cave Creek Rd #160
Phoenix, Arizona 85024

Corina Veatch, MD
Andrea Patton, MD
Matthew Bean, MD

# FACSIMILE

Date: 1/22/16
Patient: Ronald Finley
DOB:
Number of Pages Including cover sheet: 2

This facsimile message is confidential information intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed below.

To: Liberty Mutual Insurance
Telephone#: Ext:
Fax #: 603 334-4178

From: Carmen MA
Telephone: 602-730-8443
Fax #: 602-730-8444

Work excuse Letter

HONORHEALTH™

January 22, 2016

FAXED

Patient: **Ronald D Finley**
Date of Birth:
Date of Visit: **1/22/2016**

To Whom it May Concern:

Ronald Finley was seen in my clinic on 1/22/2016. Due to medical reasons patient may be unable to work for the next six months. However, there is a good chance that his condition will resolve before this time.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Matthew Bean, MD

20330 N Cave Creek Rd Suite 160 Phoenix, AZ 85024 Phone: 602-730-8443 Fax: 602-730-8444

## TCMS Referral Sheet

Liberty Mutual.

| | | | |
|---|---|---|---|
| Claimant Name: | RONALD D FINLEY | DOB: | |
| Claim #: | 5616243 | Diagnosis: | B02.9 Zoster without complications, |
| Date of Disab: | 9/20/2015 | Customer: | DICK'S SPORTING GOODS, INC. |
| Office: | 0163 | Case Mgr: | Scott Quinto |

### Employer Information

| | | | | | |
|---|---|---|---|---|---|
| ERISA?: | ERISA | Telephone: | (724) 273-4958 | Fax #: | |
| Customer Name: | leave of absence - Kim Legg | Special Handling: | | | |
| Address: | 345 Court Street | | | | |
| | Coraopolis, PA 15108 | | | | |

Document Location

- [x] Document List
- [ ] Correspondence
- [ ] Paper File

### Claims Management Reassignment

| | |
|---|---|
| Policyholder: | **Active** |
| Claim Status: | **Own Occ** |
| Post Appeal Claim Review: | **No** |
| Paid Under M&N: | **No** |
| Is M&N a Co-morbid: | **No** |

Reason for Referral:

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Tuesday, January 19, 2016 10:35 AM
**To:** 'leavesofabsence@dcsg.com'
**Subject:** Claim # 5616243, RONALD FINLEY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim number is 5616243.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (888) 440-6118.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Wednesday, December 30, 2015 10:37 AM
**To:** 'leavesofabsence@dcsg.com'
**Subject:** Claim # 3530535, RONALD FINLEY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 9/20/2015. This claim is approved through 1/22/2016. This indicates an extension of benefits. The case manager for this claim is Lisa Plocharczyk. The claim number is 3530535.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (888) 440-6118.

Liberty Mutual
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-4178

| | |
|---|---|
| Date: | December 28, 2015 |
| To: | DR. ANDREA PATTON<br>20330 N CAPE CREEK RD STE 160<br>PHOENIX AZ 85024 |
| Attn: | |
| Fax: | (602) 730-8444 |
| From: | Lisa Plocharczyk<br>Disability Case Manager<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-4178 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 3530535<br>Claimant: Ronald Finley<br><br>Dick's Sporting Goods, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4178

December 28, 2015

Dr. Andrea Patton
20330 N CAPE CREEK RD STE 160
PHOENIX, AZ 85024

RE: Short Term Disability (STD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 3530535
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Andrea Patton:

We are the Disability Claim Administrator for your patient, Ronald Finley.

To evaluate Mr. Finley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 22, 2015 through the present.

We ask that you provide this information by January 8, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4178 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Plocharczyk
Disability Case Manager
Phone No.: (888) 440-6118 Ext. 10370
Secure Fax No.: (603) 334-4178

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. RONALD FINLEY

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4178

December 28, 2015

Mr. Ronald D. Finley

RE: Short Term Disability (STD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 3530535

Dear Mr. Ronald Finley:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Dick's Sporting Goods, Inc.'s Group Disability Policy. We are writing in reference to your claim for STD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On December 28, 205, we requested all office visit treatment notes from December 22, 2015 to the present from Dr. Patton. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from December 22, 2015 through the present from Dr. Patton.

Dick's Sporting Goods, Inc.'s STD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than February 10, 2016 as required under the terms of the Policy.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Plocharczyk
Disability Case Manager
Phone No.: (888) 440-6118 Ext. 10370
Secure Fax No.: (603) 334-4178

HONORHEALTH

Medical Group
Cave Creek Location
20330 N Cave Creek Rd #160
Phoenix, Arizona 85024

Corina Veatch, MD
Andrea Patton, MD
Matthew Bean, MD

# FACSIMILE

Date: 12-28-15
Patient: Ronald Finley
DOB:
Number of Pages ***Including*** cover sheet:

This facsimile message is confidential information intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed below.

**To:** Liberty Mutual

**Telephone#:** **Ext:**

**Fax #:**

**From:** Ronda

**Telephone:** 602-730-8443

**Fax #:** 602-730-8444

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4178

December 28, 2015

Dr. Andrea Patton
20330 N CAPE CREEK RD STE 160
PHOENIX, AZ 85024

RE: Short Term Disability (STD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 3530535
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Andrea Patton:

We are the Disability Claim Administrator for your patient, Ronald Finley.

To evaluate Mr. Finley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 22, 2015 through the present.

We ask that you provide this information by January 8, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4178 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Plocharczyk
Disability Case Manager
Phone No.: (888) 440-6118 Ext. 10370
Secure Fax No.: (603) 334-4178

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-4178

| | |
|---|---|
| Date: | December 28, 2015 |
| To: | DR. ANDREA PATTON<br>20330 N CAPE CREEK RD STE 160<br>PHOENIX AZ 85024 |
| Attn: | |
| Fax: | (602) 730-8444 |
| From: | Lisa Plocharczyk<br>Disability Case Manager<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-4178 |
| Total Pages (Including Cover): | 2 |
| RE:<br><br>Claim #: 3530535<br>Claimant: Ronald Finley<br><br>Dick's Sporting Goods, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

**Ronald D Finley**
**12/23/2015 9:00 AM Office Visit**
**MRN: 2554822**

Description: **Male DOB:**
Provider: **Matthew C Bean, MD**
Department: **HonorHealth Medical Group - Cave Creek**

**Diagnoses**

**Post herpetic neuralgia** - Primary
SNOMED CT(R): POSTHERPETIC NEURALGIA
Codes: B02.29

**Vertigo**
SNOMED CT(R): VERTIGO
Codes: R42

**Tinnitus of both ears**
SNOMED CT(R): BILATERAL TINNITUS
Codes: H93.13

**Nausea**
SNOMED CT(R): NAUSEA
Codes: R11.0

**Reason for Visit**

**Follow-up**
post herpetic neuralgia / fmla
Reason for Visit History

**Vital Signs - Last Recorded**

| BP | Pulse | Resp | Ht | Wt | BMI |
|---|---|---|---|---|---|
| 134/82 mmHg | 75 | 18 | 5' 9" (1.753 m) | ↑261 lb (118.389 kg) | 38.53 kg/m2 |

SpO2
97%

Vitals History

**Progress Notes**

Matthew C Bean, MD at 12/23/2015 9:20 AM

Status: Signed Editor: Matthew C Bean, MD (Physician)

**Allergies as of 12/23/2015 - Review Complete 12/23/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 12/23/15 encounter (Office Visit) with Matthew C Bean, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • fluticasone (FLONASE) 50 MCG/ACT nasal | 1 spray by Nasal route daily. | 1 Bottle | 2 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |
| • oxyCODONE-acetaminophen (ROXICET) 5 -325 mg per tablet | Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain. | 21 tablet | 0 |
| • zonisamide (ZONEGRAN) 25 mg capsule | Take 25 mg by mouth daily. | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

**Chief Complaint**
Patient presents with
• Follow-up
*post herpetic neuralgia / fmla*

**HPI Comments:** Here for follow up on post herpetic neurologia, vertigo, and tinnitus, and Nausea. He was on gabapentin and stopped that 2 days ago and started zonisamide by neurology (follow up on January 5th). The zonisamide is having nausea and worsening dizziness.
Worried about driving with vertigo and isn't driving right now.
Onset: 3 months ago
Course: same

ROS: no hearing loss

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional:
**Per HPI**

**Objective:**
BP 134/82 mmHg | Pulse 75 | Resp 18 | Ht 5' 9" (1.753 m) | Wt 261 lb (118.389 kg) | BMI 38.53 kg/m2 | SpO2 97%
Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Eyes: EOM are normal.
Neck: Normal range of motion. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert and oriented to person, place, and time.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Post herpetic neuralgia**

**Vertigo**
Orders:
- Ambulatory referral to Physical Therapy

**Tinnitus of both ears**

**Nausea**

Orders:

- ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet; Take 1-2 tablets (4-8 mg total) by mouth every 8 (eight) hours as needed for Nausea.

No Follow-up on file.

**Patient Instructions**

Vertigo due to post herpetic neuralgia
- we will call your neurologist to see if you should continue or stop the Zonegran.
- referral to vertigo physical therapy
- follow up with neurologist on 1/5
- if not improvement, consider seeing the vertigo clinic at barrows
- use Zofran as needed for nausea
- plan on returning to work in one month. I will fill out FMLA for your work.

Not recorded

**Medications Ordered This Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet**<br>Take 1-2 tablets (4-8 mg total) by mouth every 8 (eight) hours as needed for Nausea. - Oral | 20 tablet | 5 | 12/23/2015 | |

**Discontinued Medications**

| | Reason for Discontinue |
|---|---|
| **gabapentin (NEURONTIN) 400 mg capsule** | |
| **clindamycin (CLEOCIN) 300 mg capsule** | |

**Medications Last Reviewed During Encounter By**

MATTHEW C BEAN, MD on 12/23/2015 at 12:26 PM

**Reviewed Medications**

| Outpatient Medications | Ordered On | Status |
|---|---|---|
| **fluticasone (FLONASE) 50 MCG/ACT nasal** | 1/12/2015 | Taking |
| **montelukast (SINGULAIR) 10 mg tablet** | 10/29/2015 | Taking |
| **oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet** | 11/24/2015 | Taking |
| **zonisamide (ZONEGRAN) 25 mg capsule** | 12/4/2015 | Taking |
| **Cetirizine HCl (ZYRTEC PO)** | 1/29/2015 | Not Taking |
| **ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet** | 12/23/2015 | Not Taking |
| **PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler** | 3/30/2015 | Not Taking |
| **clindamycin (CLEOCIN) 300 mg capsule** | 11/24/2015 | Not Taking (Discontinued) |
| **gabapentin (NEURONTIN) 400 mg capsule** | 11/24/2015 | Not Taking (Discontinued) |

**Orders Placed This Encounter**

Normal Orders This Visit

Ambulatory referral to Physical Therapy [REF87 Custom]

**Patient Instructions**

Vertigo due to post herpetic neuralgia
- we will call your neurologist to see if you should continue or stop the Zonegran.
- referral to vertigo physical therapy
- follow up with neurologist on 1/5
- if not improvement, consider seeing the vertigo clinic at barrows
- use Zofran as needed for nausea
- plan on returning to work in one month. I will fill out FMLA for your work.

Patient Instructions History

**Level of Service**

**PR OFFICE**
**OUTPATIENT VISIT**
**15 MINUTES [99213]**

**All Flowsheet Templates (all recorded)**

Anthropometrics
Custom Formula Data
Encounter Vitals

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | PR OFFICE OUTPATIENT VISIT 15 MINUTES | 12/23/2015 | Matthew C Bean, MD | | 1 |

**Routing History**

There are no sent or routed communications associated with this encounter.

**Other Encounter Related Information**

Allergies & Medications
Problem List
History
Patient-Entered Questionnaires
Vitals

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient-Level Documents:**

Other Facility Documents - Scan on 12/24/2015 1:12 PM : Faxed excuse letter to Libetry Mutual 12/23/15

Other Facility Documents - Scan on 12/4/2015 4:15 PM : neuro consult 12/01/2015

Release of PHI (Protected Health Information) Request - Scan on 11/30/2015 8:36 AM : Records Request for Liberty Mutual- Faxed 11/30/2015

HIM ROI Authorization - Scan on 11/9/2015 7:39 AM : RECORDS REQUEST FROM LIBERTY MUTUAL

FMLA/Disability - Scan on 10/29/2015 2:57 PM : disability paperwork faxed 10/29/15

Immunizations - Scan on 10/8/2015 12:47 PM : flu vaccine consent form 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:41 AM : disability card information 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:18 AM : FMLA PAPERWORK 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:14 AM : FMLA PAPERWORK 10/8/15

Correspondence - Scan on 9/24/2015 8:08 AM : 09/20/2015 message from patient to dr patton

Miscellaneous Documents - Scan on 6/26/2012 2:26 PM : GENERAL MED/INFO HISTORY

Insurance Card - Scan on 9/19/2015 11:00 AM : AETNA

Other Facility Documents - Scan on 3/20/2015 9:06 AM : RECORDS FROM SONORAN MEDICAL

Immunizations - Scan on 2/12/2015 9:59 AM : flu immunization consent form 2/12/15

Legal Documents - Scan on 1/29/2015 4:45 PM : privacy and communication consent form 1/29/15

Exam Forms - Scan on 1/29/2015 1:27 PM : MEDICAL HISTORY

Release of PHI (Protected Health Information) Request - Scan on 1/29/2015 11:24 AM : Records Request for Sonaran Medical

Exam Forms - Scan on 1/29/2015 10:01 AM : Patient Registration Forms

Insurance Card - Scan on 1/12/2015 10:48 AM : NO LONGER ACTIVE

Insurance Card - Scan on 5/27/2014 2:03 PM : NO LONGER ACTIVE

Insurance Card - Scan on 6/30/2013 9:23 AM : UNITED HEALTHCARE

Miscellaneous Documents - Scan on 6/9/2012 9:07 AM : CONSENT

Photo ID - Scan on 6/9/2012 9:06 AM : AZ DL

Insurance Card - Scan on 6/9/2012 9:06 AM : UNITED HEALTHCARE

**Diagnoses**

**Visit Diagnosis Changes**

203473 marked as Primary Diagnosis by BEAN, MATTHEW C (15925), Wed Dec 23, 2015 9:17 AM
Added 203473 by BEAN, MATTHEW C (15925), Wed Dec 23, 2015 9:17 AM
Added 207257 by BEAN, MATTHEW C (15925), Wed Dec 23, 2015 9:18 AM
Added 387988 by BEAN, MATTHEW C (15925), Wed Dec 23, 2015 9:18 AM
Added 201717 by BEAN, MATTHEW C (15925), Wed Dec 23, 2015 9:32 AM

2015-Dec-28 11:16 AM HnorHealth Cave Creek 602-730-8444 1/8

HONORHEALTH

Medical Group
Cave Creek Location
20330 N Cave Creek Rd #160
Phoenix, Arizona 85024

Corina Veatch, MD
Andrea Patton, MD
Matthew Bean, MD

# FACSIMILE

Date: 12-28-15
Patient: Ronald Finley
DOB:
Number of Pages ***Including*** cover sheet: ____

This facsimile message is confidential information intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed below.

To: Liberty Mutual
Telephone#: ____ Ext: ____
Fax #: ____

From: Ronda
Telephone: 602-730-8443
Fax #: 602-730-8444

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4178

December 28, 2015

Dr. Andrea Patton
20330 N CAPE CREEK RD STE 160
PHOENIX, AZ 85024

RE: Short Term Disability (STD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 3530535
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Andrea Patton:

We are the Disability Claim Administrator for your patient, Ronald Finley.

To evaluate Mr. Finley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from December 22, 2015 through the present.

We ask that you provide this information by January 8, 2016. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4178 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Plocharczyk
Disability Case Manager
Phone No.: (888) 440-6118 Ext. 10370
Secure Fax No.: (603) 334-4178

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-4178

| | |
|---|---|
| Date: | December 28, 2015 |
| To: | DR. ANDREA PATTON<br>20330 N CAPE CREEK RD STE 160<br>PHOENIX AZ 85024 |
| Attn: | |
| Fax: | (602) 730-8444 |
| From: | Lisa Plocharczyk<br>Disability Case Manager<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-4178 |
| Total Pages (Including Cover): | 2 |
| RE:<br><br>Claim #: 3530535<br>Claimant: Ronald Finley<br><br>Dick's Sporting Goods, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

**Ronald D Finley**
**12/23/2015 9:00 AM Office Visit**
**MRN: 2554822**

Description: **Male DOB:**
Provider: **Matthew C Bean, MD**
Department: **HonorHealth Medical Group - Cave Creek**

**Diagnoses**

**Post herpetic neuralgia** - Primary
SNOMED CT(R): POSTHERPETIC NEURALGIA
Codes: B02.29

**Vertigo**
SNOMED CT(R): VERTIGO
Codes: R42

**Tinnitus of both ears**
SNOMED CT(R): BILATERAL TINNITUS
Codes: H93.13

**Nausea**
SNOMED CT(R): NAUSEA
Codes: R11.0

**Reason for Visit**

**Follow-up**
post herpetic neuralgia / fmla
Reason for Visit History

**Vital Signs - Last Recorded**

| BP | Pulse | Resp | Ht | Wt | BMI |
|---|---|---|---|---|---|
| 134/82 mmHg | 75 | 18 | 5' 9" (1.753 m) | ⬆261 lb (118.389 kg) | 38.53 kg/m2 |

SpO2
97%

Vitals History

**Progress Notes**

Matthew C Bean, MD at 12/23/2015 9:20 AM
Status: Signed Editor: Matthew C Bean, MD (Physician)

**Allergies as of 12/23/2015 - Review Complete 12/23/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 12/23/15 encounter (Office Visit) with Matthew C Bean, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • fluticasone (FLONASE) 50 MCG/ACT nasal | 1 spray by Nasal route daily. | 1 Bottle | 2 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |
| • oxyCODONE-acetaminophen (ROXICET) 5 -325 mg per tablet | Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain. | 21 tablet | 0 |
| • zonisamide (ZONEGRAN) 25 mg capsule | Take 25 mg by mouth daily. | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up
  *post herpetic neuralgia / fmla*

**HPI Comments:** Here for follow up on post herpetic neurologia, vertigo, and tinnitus, and Nausea. He was on gabapentin and stopped that 2 days ago and started zonisamide by neurology (follow up on January 5th). The zonisamide is having nausea and worsening dizziness.
Worried about driving with vertigo and isn't driving right now.
Onset: 3 months ago
Course: same

ROS: no hearing loss

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |
| • Post herpetic neuralgia | POSTHERPETIC NEURALGIA |
| • Vertigo | VERTIGO |
| • Tinnitus of both ears | BILATERAL TINNITUS |

Review of Systems
Constitutional:
**Per HPI**

**Objective:**
BP 134/82 mmHg | Pulse 75 | Resp 18 | Ht 5' 9" (1.753 m) | Wt 261 lb (118.389 kg) | BMI 38.53 kg/m2 | SpO2 97%
Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Eyes: EOM are normal.
Neck: Normal range of motion. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds. Exam reveals no gallop and no friction rub.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes. He has no rales.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert and oriented to person, place, and time.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Post herpetic neuralgia**

**Vertigo**
Orders:
- Ambulatory referral to Physical Therapy

**Tinnitus of both ears**

**Nausea**
Orders:
- ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet; Take 1-2 tablets (4-8 mg total) by mouth every 8 (eight) hours as needed for Nausea.

No Follow-up on file.
**Patient Instructions**
Vertigo due to post herpetic neuralgia
- we will call your neurologist to see if you should continue or stop the Zonegran.
- referral to vertigo physical therapy
- follow up with neurologist on 1/5
- if not improvement, consider seeing the vertigo clinic at barrows
- use Zofran as needed for nausea
- plan on returning to work in one month. I will fill out FMLA for your work.

Not recorded

**Medications Ordered This Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet** | 20 tablet | 5 | 12/23/2015 | |

Take 1-2 tablets (4-8 mg total) by mouth every 8 (eight) hours as needed for Nausea. - Oral

**Discontinued Medications**

| | Reason for Discontinue |
|---|---|
| **gabapentin (NEURONTIN) 400 mg capsule** | |
| **clindamycin (CLEOCIN) 300 mg capsule** | |

**Medications Last Reviewed During Encounter By**
MATTHEW C BEAN, MD on 12/23/2015 at 12:26 PM

**Reviewed Medications**

| Outpatient Medications | Ordered On | Status |
|---|---|---|
| **fluticasone (FLONASE) 50 MCG/ACT nasal** | 1/12/2015 | Taking |
| **montelukast (SINGULAIR) 10 mg tablet** | 10/29/2015 | Taking |
| **oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet** | 11/24/2015 | Taking |
| **zonisamide (ZONEGRAN) 25 mg capsule** | 12/4/2015 | Taking |
| **Cetirizine HCl (ZYRTEC PO)** | 1/29/2015 | Not Taking |
| **ondansetron (ZOFRAN-ODT) 4 mg disintegrating tablet** | 12/23/2015 | Not Taking |
| **PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler** | 3/30/2015 | Not Taking |
| **clindamycin (CLEOCIN) 300 mg capsule** | 11/24/2015 | Not Taking (Discontinued) |
| **gabapentin (NEURONTIN) 400 mg capsule** | 11/24/2015 | Not Taking (Discontinued) |

**Orders Placed This Encounter**
Normal Orders This Visit
Ambulatory referral to Physical Therapy [REF87 Custom]

**Patient Instructions**

Vertigo due to post herpetic neuralgia
- we will call your neurologist to see if you should continue or stop the Zonegran.
- referral to vertigo physical therapy
- follow up with neurologist on 1/5
- if not improvement, consider seeing the vertigo clinic at barrows
- use Zofran as needed for nausea
- plan on returning to work in one month. I will fill out FMLA for your work.

Patient Instructions History

**Level of Service**

**PR OFFICE OUTPATIENT VISIT 15 MINUTES [99213]**

**All Flowsheet Templates (all recorded)**

Anthropometrics
Custom Formula Data
Encounter Vitals

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | PR OFFICE OUTPATIENT VISIT 15 MINUTES | 12/23/2015 | Matthew C Bean, MD | | 1 |

**Routing History**

There are no sent or routed communications associated with this encounter.

**Other Encounter Related Information**

Allergies & Medications
Problem List
History
Patient-Entered Questionnaires
Vitals

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient-Level Documents:**

Other Facility Documents - Scan on 12/24/2015 1:12 PM : Faxed excuse letter to Libetry Mutual 12/23/15

Other Facility Documents - Scan on 12/4/2015 4:15 PM : neuro consult 12/01/2015

Release of PHI (Protected Health Information) Request - Scan on 11/30/2015 8:36 AM : Records Request for Liberty Mutual- Faxed 11/30/2015

HIM ROI Authorization - Scan on 11/9/2015 7:39 AM : RECORDS REQUEST FROM LIBERTY MUTUAL

FMLA/Disability - Scan on 10/29/2015 2:57 PM : disability paperwork faxed 10/29/15

Immunizations - Scan on 10/8/2015 12:47 PM : flu vaccine consent form 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:41 AM : disability card information 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:18 AM : FMLA PAPERWORK 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:14 AM : FMLA PAPERWORK 10/8/15

Correspondence - Scan on 9/24/2015 8:08 AM : 09/20/2015 message from patient to dr patton

Miscellaneous Documents - Scan on 6/26/2012 2:26 PM : GENERAL MED/INFO HISTORY

Insurance Card - Scan on 9/19/2015 11:00 AM : AETNA

Other Facility Documents - Scan on 3/20/2015 9:06 AM : RECORDS FROM SONORAN MEDICAL

Immunizations - Scan on 2/12/2015 9:59 AM : flu immunization consent form 2/12/15

Legal Documents - Scan on 1/29/2015 4:45 PM : privacy and communication consent form 1/29/15

Exam Forms - Scan on 1/29/2015 1:27 PM : MEDICAL HISTORY

Release of PHI (Protected Health Information) Request - Scan on 1/29/2015 11:24 AM : Records Request for Sonaran Medical

Exam Forms - Scan on 1/29/2015 10:01 AM : Patient Registration Forms

Insurance Card - Scan on 1/12/2015 10:48 AM : NO LONGER ACTIVE

Insurance Card - Scan on 5/27/2014 2:03 PM : NO LONGER ACTIVE

Insurance Card - Scan on 6/30/2013 9:23 AM : UNITED HEALTHCARE

Miscellaneous Documents - Scan on 6/9/2012 9:07 AM : CONSENT

Photo ID - Scan on 6/9/2012 9:06 AM : AZ DL

Insurance Card - Scan on 6/9/2012 9:06 AM : UNITED HEALTHCARE

**Diagnoses**

Visit Diagnosis Changes
203473 marked as Primary Diagnosis by BEAN, MATTHEW C (15925), Wed Dec 23, 2015 9:17 AM
Added 203473 by BEAN, MATTHEW C (15925), Wed Dec 23, 2015 9:17 AM
Added 207257 by BEAN, MATTHEW C (15925), Wed Dec 23, 2015 9:18 AM
Added 387988 by BEAN, MATTHEW C (15925), Wed Dec 23, 2015 9:18 AM
Added 201717 by BEAN, MATTHEW C (15925), Wed Dec 23, 2015 9:32 AM

**n0203502**

**From:** Plocharczyk, Lisa
**Sent:** Monday, December 28, 2015 12:02:27 PM
**To:** LeavesofAbsence@dcsg.com
**Subject:** Ronald Finley claim 3530535 notice and proof

To whom it may concern,

We are writing in regard to Ronald Finely's claim for disability benefits (claim # 3530535). His claim is currently approved through 12/24/15. We have thoroughly reviewed the claim and have determined additional information is needed in order to make an ongoing determination. We have contacted his physician(s) to obtain medical documentation to support their claim for disability benefits.

Proof must be provided by 2/10/16. In the absence of this information we will make a claim determination based on the information in our file.

If you have any questions regarding this claim, please feel free to contact me.

Thank you,

Lisa Plocharczyk
Complex II Disability Case Manager
Liberty Mutual Benefits
888-440-6118x10370
fax 603 334 4178
lisa.plocharczyk@libertymutual.com

HONORHEALTH

Medical Group
Cave Creek Location
20330 N Cave Creek Rd #160
Phoenix, Arizona 85024

Corina Veatch, MD
Andrea Patton, MD
Matthew Bean, MD

# FACSIMILE

Date: 12/23/15
Patient: Ronald Finley
DOB: [illegible]
Number of Pages **Including** cover sheet: 2

This facsimile message is confidential information intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed below.

To: Liberty Mutual Insurance
Telephone#: ______ Ext: ______
Fax #: 602 334-4178

From: Carmen MA
Telephone: 602-730-8443
Fax #: 602-730-8444

Excuse from work letter

12/24/2015 12:38am | | | #698 Page 01/02

HONORHEALTH™

December 23, 2015

Patient: **Ronald D Finley**
Date of Birth:
Date of Visit: **12/23/2015**

To Whom it May Concern:

Ronald Finley was seen in my clinic on 12/23/2015. Please excuse patient from work for an additional 4 weeks from today, pending a complete neurological evaluation.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Matthew Bean, MD

20330 N Cave Creek Rd Suite 160 Phoenix, AZ 85024 Phone: 602-730-8443 Fax: 602-730-8444

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. RONALD FINLEY

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4178

December 19, 2015

Mr. Ronald D. Finley

RE: Short Term Disability (STD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 3530535

Dear Mr. Ronald Finley:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Dick's Sporting Goods, Inc.'s Group Disability Policy. We are writing in reference to your claim for STD benefits under the Policy.

We are in need of additional information so that we may evaluate your continued eligibility for benefits. Please complete the forms indicated below and return them in the envelope provided by January 28, 2016:

- Completion of the enclosed Forms:

 X Training Education Experience
 X Authorization
 X Claimant Supplementary Statement
 X Authorization - Medical
 X SS Reimbursement Agreement
 X Claimant Information Form
 X Activities Questionnaire Form
 X Family Information Questionnaire
 __ Other

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Lisa Plocharczyk
Disability Case Manager

Phone No.: (888) 440-6118 Ext. 10370
Secure Fax No.: (603) 334-4178

Attachments: Training Education Experience
Authorization
Claimant Supplementary Statement
Authorization - Medical
SS Reimbursement Agreement
Claimant Information Form
Activities Questionnaire Form
Family Information Questionnaire

# ACTIVITIES QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4178

**Return To:** Lisa Plocharczyk



EMPLOYEE/CLAIMANT NAME: Ronald Finley

CLAIM NO: 3530535 DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: Dick's Sporting Goods, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes____________ No ____________

If Yes, for how long? ____________ At what time of the day? ____________

How many hours a day do you spend in bed? ____________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car? ____________

Do you hold a valid driver's license?

Yes____________ No ____________

If No, please explain: ____________________________________________

If Yes, how long are you able to drive a car? ____________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

____________________________________________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ____________________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ____________________

How many times a day do you leave the house during the week? ____________

On the weekends? ____________

How often do you run errands? ____________________

Please describe what errands you most commonly run: ____________________________________________

____________________________________________

Liberty Mutual INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ____________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ____________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

Liberty Mutual
INSURANCE

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? ____________________

Where do you go? How do you get there (transportation method)? ____________________

____________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ____________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ____________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ____________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

____________________

____________________

____________________

____________________

____________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

____________________

____________________

____________________

____________________

____________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ____________________ Date: ____________________

Signature: ____________________

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4178

# Authorization to Obtain and Release Information
## (Excluding Psychotherapy notes)

Employee Name Ronald Finley Claim No 3530535

Employer/Sponsor/Customer Name Dick's Sporting Goods, Inc.

Return to: Lisa Plocharczyk

I **authorize** any licensed physician, health care professionals, hospital, clinic, pharmacy, other medical or medically related facility, rehabilitation professional; vocational evaluator; government agency including the Social Security Administration and Veterans Administration, insurance or reinsurance company, credit or consumer reporting agency, financial/educational institutions and any current or former employer to release any and all of the following information to the particular Company in the Liberty Mutual Group of companies to which I am submitting claim, or to its legal representative, or to the Plan Sponsor (if Self-Insured Plan), or to persons or other organizations providing claims management services:

1. Medical information with respect to any physical or mental condition and/or treatment of me, including confidential information regarding AIDS/HIV infection, communicable diseases, alcohol and substance abuse, and mental health **(excluding psychotherapy notes).**

2. Information with respect to: job duties, earnings, employment applications, personnel records, and other work related information; records and information related to any insurance coverage and claims filed; credit information including, but not limited to, credit reports and credit applications; other financial information including bank records; complete copies of Federal and State tax returns; including attachments; and academic transcripts.

3. Information concerning Social Security benefits, including, but not limited to, monthly benefit amounts, monthly Supplemental Security Income payment amounts, entitlement dates, information from my Fact Query, and any benefits to which my dependents may be eligible under my record.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies,other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or as may be other wise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I understand that this authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this authorization. I understand that I have the right to revoke this Authorization at any time by notifying the Plan Sponsor and/or the Company in the Liberty Mutual group of companies for which I submit a claim. If I do not sign this authorization or if I alter or revoke it, Liberty may not be able to evaluate my claim(s), which may lead to my claim(s) being denied. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

Ronald Finley
Claimant Name ( Print)

Date of Birth

Claimant Signature

Date

3530535
Claim Number

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4178

**Return To:** Lisa Plocharczyk

EMPLOYEE/CLAIMANT NAME: Ronald Finley
CLAIM NO: 3530535
EMPLOYER/SPONSOR: Dick's Sporting Goods, Inc. DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 09/01/2015 to 12/18/2015. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________

Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________ **DATE:** ____________

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4178

**Return to:** Lisa Plocharczyk

**EMPLOYEE/CLAIMANT NAME:** Ronald Finley **CLAIM #:** 3530535

**EMPLOYER/SPONSOR:** Dick's Sporting Goods, Inc. **DATE OF BIRTH:** ______

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment? If yes, please provide name of employer, # hours worked per week and hourly rate of pay.

Do you own your own business, or are you affiliated with a corporation, partnership, or sole proprietary? If yes, please explain.

Do you hold a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet affiliated business? Do you have a website? If yes, please provide address(es).

Are you currently involved in any pending litigation? If yes, please explain why and provide your attorney's information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied from the point your disability began through the date you authorize this form:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages, Salary, or Separation Pay | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Retirement (normal, early, or disability) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other (please describe) ______ | $ ______ | ______ | ______ | ______ |

**The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive the Company and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be as valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______

**DATE:** ______ **EMPLOYEE'S SIGNATURE:** ______

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4178

**Return to:** Lisa Plocharczyk

EMPLOYEE/CLAIMANT NAME: Ronald Finley
CLAIM NO: 3530535
EMPLOYER/SPONSOR: Dick's Sporting Goods, Inc. DATE OF BIRTH: ______

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____

If married, please indicate your spouse's name and date of birth. Name:__________ DOB:______

Do you have children? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ______ No: ______

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________ Date: ______________

Liberty Mutual INSURANCE

**LIBERTY MUTUAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Ronald Finley **Date of Birth:** ____________

**Employer:** Dick's Sporting Goods, Inc. **Policy/Plan Sponsor No.** 08 - 025155

**A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

**B) Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Liberty Life within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ____________________ **(Witness signature)** ____________________

**(Address)** ____________________ **(Address)** ____________________

**(Date)** ____________________ **(Date)** ____________________

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4178

EMPLOYEE/CLAIMANT NAME: Ronald Finley
CLAIM NO: 3530535
EMPLOYER/SPONSOR: Dick's Sporting Goods, Inc. DATE OF BIRTH: ____________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA MS CAGS PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

3. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

4. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

5. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ____________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________ **PHONE NO: (     )** ______________

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4178

# Authorization to Obtain and Release Psychotherapy Notes

**EMPLOYEE** Ronald Finley **Claim** 3530535

**EMPLOYER/SPONSOR/CUSTOMER** Dick's Sporting Goods, Inc.

**Return** Lisa Plocharczyk

I **authorize** any physician, health plan, health care professional, mental health professional, hospital, clinic, medical facility, other health care providers, government agency and any insurance or reinsurance company to release any psychotherapy notes relating to me to the particular Company in the Liberty Mutual Group of companies to which I am submitting a claim, or to its agents, employees, or representatives, or to the Plan Sponsor (if Self Insured Plan), or to persons or other organizations providing claims management services.

By my signature below, I acknowledge that any agreements I have made to restrict my protected health information do not apply to this Authorization, and I instruct any physician, health plan, health care professional, hospital, clinic, medical facility, other health care provider, government agency, and any insurance or reinsurance company to release and disclose all of my psychotherapy notes without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations(s) during private counseling sessions and/or group, joint or family counseling sessions.

I **understand** the Company or Plan Sponsor will use the information obtained under this Authorization or directly from me to determine eligibility for insurance benefits, which may include assessing ongoing treatment. Any information obtained will not be released to any person or organizations EXCEPT to the Plan Sponsor, reinsuring companies, other companies in the Liberty Mutual Group of companies to which I am submitting a claim, Employee Assistance Programs (EAP) or other disease management or assistance programs providing services to the Plan Sponsor and/or to the Company, persons or other organizations providing claims management and claim advisory services to the Plan Sponsor and/or to the Company, the Group Policyholder and its agents/vendors for purposes of auditing the Company's administration of claims under the policy and/or assessing statistical claim data related to its benefit programs, persons or organizations providing medical treatment or services in connection with my claim, or any person performing business or legal services for them in connection with my claim(s) or as may be otherwise permitted or required by law. I also understand that, to the extent reasonably necessary, information obtained may be released to other insurance companies or insurance support organizations to detect or prevent criminal activity, fraud, material misrepresentation, or material non-disclosure in connection with insurance transactions.

I **understand** that the Company must comply with state and federal laws and regulations enacted to protect my privacy. I also understand that the information disclosed to them pursuant to this Authorization may be subject to redisclosure with my authorization or as otherwise permitted or required by law.

I **understand** that this Authorization is valid for two years from the date appearing below with my signature. I understand that I have a right to request and receive a copy of this Authorization. I agree that a photographic copy of this Authorization shall be as valid as the original. I understand that I have the right to revoke this Authorization at any time by written notification to the Plan Sponsor and/or the Company in the Liberty Mutual Group of companies for which I submit a claim. I understand that revocation will not apply to any information that is requested prior to Liberty receiving notice of revocation.

I **understand** that if I refuse to sign this Authorization to release all of my psychotherapy notes or if I alter or revoke it, the Company may not be able to process my claim for benefits and may not be able to make benefit payments.

**Ronald Finley**
Claimant Name (Print)

Date of Birth

Claimant Signature

Date

**3530535**
Claim Number

# *Job Analysis Form*

| REGULAR DUTY JOB ANALYSIS | | | | | |
|---|---|---|---|---|---|
| **DOT :** | 185.167-046 | **JOB TITLE:** | Manager | **HOURS PER WEEK:** | Varies |
| **EMPLOYER:** | Dick's Sporting Goods | | | | |
| **CONTACT:** | Short-term Disability<br>Workers Compensation | | (724) 273-4331<br>(724) 273-4269 | | |

## <u>JOB DUTIES:</u>

- Complete weekly schedules for Associates to ensure within budget.
- Check inventory and forward e-mails to order merchandise.
- Maintain sales floor, to ensure prices and signs are changed, floor is cleaned, and stocked.
- Ensure that Game Plan is implemented and assist with Game Plan.
- Customer Service, issues special request/orders and retrieve merchandise for customers.
- Open store, ensure that computers are open.
- Cash office duties, count safe at the beginning and end of day.
- Verify daily deposits.
- Front end duties, operate cash register or call for assistant.
- Organization of stockroom, ensure stockroom is neat and organized.
- Update daily reports on sales figures.
- Operate computer to maintain inventory and sales levels.
- Answer telephone and direct call to appropriate party.
- Verifies cashiers paperwork.
- Ensures services are updated, such as stringing tennis rackets, and bike repairs.
- Liaison between customer and delivery company, handle any issues and record information into computer.
- Ensure loss prevention guidelines are updated and followed, such as bag checks, camera systems and key control.
- Ensure markdowns are complete.

## <u>Other Requirements/Qualifications</u>

HOURS OF ACTIVITY ARE BASED ON AN EIGHT HOUR SHIFT

| PHYSICAL ACTIVITIES – Daily | 0 Hrs | 1 Hrs | 2 Hrs | 3 Hrs | 4 Hrs | 5 Hrs | 6 Hrs | 7 Hrs | 8 Hrs |
|---|---|---|---|---|---|---|---|---|---|
| <u>**SITTING**</u><br>- Intermittent throughout the day with standing and walking | X-- | ----X | | | | | | | |
| <u>**STANDING**</u><br>- Intermittent throughout the day with sitting and walking | | | | | X | | | | |
| <u>**WALKING**</u><br>- Intermittent throughout the day with sitting and standing | | | | | X | | | | |
| <u>**BENDING**</u><br>- Retrieving merchandise for customer, stocking merchandise on sales floor and moving floor arrangements according game plan | | <X | | | | | | | |
| | | | | | | | | | |

| PHYSICAL ACTIVITIES – Daily | 0 Hrs | 1 Hrs | 2 Hrs | 3 Hrs | 4 Hrs | 5 Hrs | 6 Hrs | 7 Hrs | 8 Hrs |
|---|---|---|---|---|---|---|---|---|---|
| **TWISTING**<br>- In combination with bending while performing various job functions | | <X | | | | | | | |
| **REACHING OVERHEAD**<br>- Seldom activity while retrieving merchandise for customer, stocking merchandise on sales floor and moving floor arrangements according game plan | | < X | | | | | | | |
| **REACHING TORSO LEVEL**<br>- While performing majority of essential job functions. | | | | | X | | | | |
| **REACHING GROUND TO WAIST**<br>- Seldom activity while retrieving merchandise for customer, stocking merchandise on sales floor and moving floor arrangements according game plan | | < X | | | | | | | |
| **CLIMBING**<br>- Ladder, while retrieving and stocking merchandise | | < X | | | | | | | |
| **PUSHING/PULLING**<br>- Seldom activity while retrieving and stocking merchandise using pallet jack, dolly, skid loader and u-boat | | < X | | | | | | | |
| **CRAWLING**<br>- NA | X | | | | | | | | |
| **LIFTING**<br>- Retrieving merchandise for customer, stocking merchandise on sales floor and moving floor arrangements according game plan | | X | | | | | | | |
| **CARRYING**<br>- Retrieving merchandise for customer, stocking merchandise on sales floor and moving floor arrangements according game plan | | X | | | | | | | |
| **KNEELING**<br>- Seldom activity at discretion of Manager. Retrieving merchandise for customer, stocking merchandise on sales floor, and moving floor arrangements according to game plan | | < X | | | | | | | |
| **CROUCHING/STOOPING/SQUATTING**<br>- Seldom activity at discretion of Manager. Retrieving merchandise for customer, stocking merchandise on sales floor, and moving floor arrangements according to game plan | | < X | | | | | | | |

**Number of Hours: _Varies ______Shifts:_ Varies**

**Work Breaks:____Based on hours worked_____________Lunch:__Based on hours worked______**

## Does the Job Require:

**Definition of Terms:**

| | |
|---|---|
| Not Required: | Activity or condition does not exist. |
| Seldom: | Activity or condition exists up to 10% or not daily. |
| Occasionally: | Activity or condition exists 11-33% of the time. |
| Frequently: | Activity or condition exists 34-66% of the time. |
| Constantly: | Activity or condition exists 67-100% of the time. |

Working at Heights Yes (ladder)

Exposure to Marked changes in temperature or humidity or extreme: No

| LIFTING | | | CARRYING | | |
|---|---|---|---|---|---|
| ITEMS | WEIGHTS | FREQUENCY | ITEMS | WEIGHTS | FREQUENCY |
| Merchandise | 5 lbs. to 1600 lbs. merchandise over 50 lbs. requires a team lift, heavier objects are lifted and carried by using dolly, u-boat, skid loader and pallet jack | Seldom to Occasional | Merchandise | 5 lbs. to 1600 lbs. merchandise over 50 lbs. requires a team lift, heavier objects are lifted an carried by using dolly, u-boat, skid loader and pallet jack | Seldom to Occasional |

| REACHING | BENDING |
|---|---|
| Reaching will occur on a Frequent basis, primarily at the torso level. This will occur during the majority of essential job functions listed. On a seldom basis, reaching from ground to waist and overhead level while retrieving merchandise for customer, stocking merchandise on sales floor, moving floor arrangements according to game plan, complete paperwork and operating computer. | Bending will occur on a Seldom to Occasional basis while retrieving merchandise for customer, stocking merchandise on sales floor and moving floor arrangements according to game plan. |

| USE OF HANDS / HANDLING | PUSHING / PULLING |
|---|---|
| This is a Frequent activity while performing all essential job functions. While Retrieving merchandise for customer, stocking merchandise on sales floor, moving floor arrangements according to game plan, complete paperwork and operating computer. | Pushing/pulling will occur on a Seldom to Occasional basis, while retrieving and stocking merchandise using dolly, pallet jack, skid loader and u-boat<br><br>A dynamometer was utilized with a minimum of 3 tests to determine the push/pull force required:<br><br>**Item pushed** — **Force:**<br>U-boat — 10 lbs.<br>Skid loader — 50 lbs.<br><br>**Item pulled** — **Force:**<br>U-boat — 12 lbs.<br>Skid loader — 53 lbs. |

**PHYSICIAN'S RETURN TO WORK FORM**

Patient's Name: ______________________________

Date of Injury/Illness: ______________________________

Nature of Injury/Illness: ______________________________

I have reviewed the Manager Job Description, and based on the patient's current medical condition, the patient:

☐ May return to work (with no limitations) on __________.

☐ Is totally incapacitated at this time. Patient will be re-evaluated on __________.

☐ May return to work on _________________ with the following limitations:

- No lifting over _________lbs.
- No pushing/pulling over _______lbs.
- Reaching over shoulder level: (Y/N) _____.
- Kneeling or squatting: (Y/N) _______.
- Climbing of stairs/ladders: (Y/N) ______.
- Should be sitting ______% of time.
- Limited use of ___________________________.
- No use of ______________________________.
- No repetitive bending of ____________________.

Length of restrictions:

Associate may resume regular duties on _________________.

Associate will be re-evaluated on _______________.

_________________________ ____________

Physician's signature Date

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Friday, December 04, 2015 10:51 AM
**To:** 'leavesofabsence@dcsg.com'
**Subject:** Claim # 3530535, RONALD FINLEY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 9/20/2015. This claim is approved through 12/24/2015. This indicates an extension of benefits. The case manager for this claim is Lisa Plocharczyk. The claim number is 3530535.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (888) 440-6118.

**n0203502**

**From:** Plocharczyk, Lisa
**Sent:** Thursday, December 03, 2015 10:30:27 AM
**To:** LeavesofAbsence@dcsg.com
**Subject:** Ronald Finely

Good afternoon:

Please note that I extended Ronald's claim thru 12/24/15 at this time. As of 12/20/15, Liberty will begin to pay him directly.

Lisa Plocharczyk
Complex II Disability Case Manager
Liberty Mutual Benefits
888-440-6118x10370
fax 603 334 4178
lisa.plocharczyk@libertymutual.com

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. RONALD FINLEY

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4178

December 4, 2015

Mr. Ronald D. Finley

RE: Short Term Disability (STD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 3530535

Dear Mr. Ronald Finley:

Please note that your claim has been extended through December 24, 2015. If you are unable to return to work, additional medical information would be needed to make an ongoing determination on the claim. If you are able to return to work before December 24, 2015, please make sure to contact us.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Plocharczyk
Disability Case Manager
Phone No.: (888) 440-6118 Ext. 10370
Secure Fax No.: (603) 334-4178

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-4178

| | |
|---|---|
| Date: | November 30, 2015 |
| To: | DR. ANDREA PATTON<br>20330 N CAPE CREEK RD STE 160<br>PHOENIX AZ 85024 |
| Attn: | |
| Fax: | (602) 730-8444 |
| From: | Lisa Plocharczyk<br>Disability Case Manager<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-4178 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 3530535<br>Claimant: Ronald Finley<br>Dick's Sporting Goods, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4178

November 30, 2015

Dr. Andrea Patton
20330 N CAPE CREEK RD STE 160
PHOENIX, AZ 85024

RE: Short Term Disability (STD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 3530535
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Andrea Patton:

We are the Disability Claim Administrator for your patient, Ronald Finley.

To evaluate Mr. Finley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2015 through the present.

We ask that you provide this information by December 10, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4178 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Plocharczyk
Disability Case Manager
Phone No.: (888) 440-6118 Ext. 10370
Secure Fax No.: (603) 334-4178

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

MR. RONALD FINLEY

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4178

November 30, 2015

Mr. Ronald D. Finley

RE: Short Term Disability (STD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 3530535

Dear Mr. Ronald Finley:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Dick's Sporting Goods, Inc.'s Group Disability Policy. We are writing in reference to your claim for STD benefits under the Policy.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On November 30, 2015, we requested all office visit treatment notes from November 1, 2015 to the present from Dr. Patton. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from November 1, 2015 through the present from Dr. Patton.

Dick's Sporting Goods, Inc.'s STD Policy requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than January 13, 2016 as required under the terms of the Policy.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Plocharczyk
Disability Case Manager
Phone No.: (888) 440-6118 Ext. 10370
Secure Fax No.: (603) 334-4178

HONORHEALTH

Medical Group
Cave Creek Location
20330 N Cave Creek Rd #160
Phoenix, Arizona 85024

Corina Vaatch, MD
Andrea Patton, MD
Matthew Bean, MD

# FACSIMILE

Date: 11-30-15

Patient: Ronald Finley

DOB:

Number of Pages **Including** cover sheet:

This facsimile message is confidential information intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed below.

To: Liberty Mutual
Lisa Blocharczyk

Telephone#: Ext:

Fax #: 603-334-4178

From: Ronda

Telephone: 602-730-8443

Fax #: 602-730-8444

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
(888) 440-6118
Secure Fax No.: (603) 334-4178

| | |
|---|---|
| Date: | November 30, 2015 |
| To: | DR. ANDREA PATTON<br>20330 N CAPE CREEK RD STE 160<br>PHOENIX AZ 85024 |
| Attn: | |
| Fax: | (602) 730-8444 |
| From: | Lisa Plocharczyk<br>Disability Case Manager<br>Phone No.: (888) 440-6118<br>Secure Fax No.: (603) 334-4178 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 3530535<br>Claimant: Ronald Finley<br><br>Dick's Sporting Goods, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (888) 440-6118 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual. INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4178

November 30, 2015

Dr. Andrea Patton
20330 N CAPE CREEK RD STE 160
PHOENIX, AZ 85024

RE: Short Term Disability (STD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 3530535
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Dr. Andrea Patton:

We are the Disability Claim Administrator for your patient, Ronald Finley.

To evaluate Mr. Finley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from November 1, 2015 through the present.

We ask that you provide this information by December 10, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4178 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Plocharczyk
Disability Case Manager
Phone No.: (888) 440-6118 Ext. 10370
Secure Fax No.: (603) 334-4178

**Ronald D Finley**
**11/24/2015 3:00 PM Office Visit**
**MRN: 2554822**

Description: **Male DOB:**
Provider: **Andrea W Patton, MD**
Department: **HonorHealth Medical Group - Cave Creek**

**Diagnoses**

**Post herpetic neuralgia** - Primary
SNOMED CT(R): POSTHERPETIC NEURALGIA
Codes: B02.29

**Vertigo**
SNOMED CT(R): VERTIGO
Codes: R42

**Tinnitus aurium, right**
SNOMED CT(R): SUBJECTIVE TINNITUS
Codes: H93.11

**Reason for Visit**

**Follow-up**
Reason for Visit History

**Vital Signs - Last Recorded**

| BP | Pulse | Resp | Ht | Wt | BMI |
|---|---|---|---|---|---|
| 136/88 mmHg | 65 | 16 | 5' 9" (1.753 m) | **257 lb (116.574 kg)** | **37.93 kg/m2** |

SpO2
98%

**Progress Notes**

Andrea W Patton, MD at 11/24/2015 2:35 PM
Status: Signed Editor: Andrea W Patton, MD (Physician)

**Allergies as of 11/24/2015 - Review Complete 11/24/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 11/24/15 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • clindamycin (CLEOCIN) 300 mg capsule | | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

HPI

Here for post herpatic neuraglia. Pt cannot get appointment prior to end of December.

Taking gabapentin - works somewhat. Pain now random "shocks." No SE on medication.

Since last visit has used ~ roxicet 9 tablets.

Patient feels like dizziness has worsened. Anxiety worsening.

Had oral surgery with grafting, started on clindamycin. Has caused nausea.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |

- Low testosterone DECREASED TESTOSTERONE LEVEL

Review of Systems
Constitutional: Positive for fatigue. Negative for fever.
HENT: Positive for dental problem **(dental pain - s/p graft surgery and oral infection)**, ear pain and tinnitus.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for nausea.
Musculoskeletal: Negative.
Skin: Negative. Negative for rash **(resolved).**
Neurological: Positive for dizziness and numbness **(nerve pain at site of previous shingles rash).**
Psychiatric/Behavioral: The patient is nervous/anxious.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**
BP 138/88 mmHg | Pulse 65 | Resp 18 | Ht 5' 9" (1.753 m) | Wt 257 lb (116.574 kg) | BMI 37.93 kg/m2 | SpO2 98%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit.
Coordination normal.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and all orders for this visit:

**Post herpetic neuralgia**
Given vertigo and tinnitus with continued pain pt may need head imaging
Called neurology office - got pt in next week, will defer imaging to neurology
Extended work leave for additional 4 weeks
Increase gabapentin to 400mg TID
Refill roxicet for breakthrough pain

**Vertigo**

**Tinnitus aurium, right**

**Other orders**
- oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet; Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain.
- gabapentin (NEURONTIN) 400 mg capsule; Take 1 capsule (400 mg total) by mouth 3 (three) times daily.

Return in about 4 weeks (around 12/22/2015), or if symptoms worsen or fail to improve.

Not recorded

**Medications Ordered This Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet**<br>Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain. - Oral | 21 tablet | 0 | 11/24/2015 | |
| **gabapentin (NEURONTIN) 400 mg capsule**<br>Take 1 capsule (400 mg total) by mouth 3 (three) times daily. - Oral | 90 capsule | 2 | 11/24/2015 | 11/23/2016 |

**Medications Last Reviewed During Encounter By**

ANDREA W PATTON, MD on 11/24/2015 at 2:57 PM

**Reviewed Medications**

| Outpatient Medications | Ordered On | Status |
|---|---|---|
| **clindamycin (CLEOCIN) 300 mg capsule** | 11/24/2015 | Taking |
| **Cetirizine HCl (ZYRTEC PO)** | 1/29/2015 | Not Taking |
| **fluticasone (FLONASE) 50 MCG/ACT nasal** | 1/12/2015 | Not Taking |
| **gabapentin (NEURONTIN) 400 mg capsule** | 11/24/2015 | Not Taking |
| **montelukast (SINGULAIR) 10 mg tablet** | 10/29/2015 | Not Taking |
| **oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet** | 11/24/2015 | Not Taking |
| **PROVENTIL HFA 108 (90 BASE) MCG/ACT Inhaler** | 3/30/2015 | Not Taking |
| **gabapentin (NEURONTIN) 300 mg capsule** | 10/29/2015 | Not Taking (Discontinued) |
| **oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet** | 10/29/2015 | Not Taking (Discontinued) |

**Patient Instructions**

Increase gabapentin to 400mg three times a day, new prescription sent.

Continue as needed roxicet. Neurologist to take over prescription once you are seen.

**Level of Service**

**PR OFFICE OUTPATIENT VISIT 15 MINUTES [99213]**

**Follow-up and Disposition**

Return in about 4 weeks (around 12/22/2015), or if symptoms worsen or fail to improve.

**All Flowsheet Templates (all recorded)**

Anthropometrics
Custom Formula Data
Encounter Vitals

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | PR OFFICE OUTPATIENT VISIT 15 MINUTES | 11/24/2015 | Andrea W Patton, MD | | 1 |

**Routing History**

There are no sent or routed communications associated with this encounter.

**Other Encounter Related Information**

Allergies & Medications
Problem List
History
Patient-Entered Questionnaires
Vitals

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient-Level Documents:**

HIM ROI Authorization - Scan on 11/9/2015 7:39 AM : RECORDS REQUEST FROM LIBERTY MUTUAL

FMLA/Disability - Scan on 10/29/2015 2:57 PM : disability paperwork faxed 10/29/15

Immunizations - Scan on 10/8/2015 12:47 PM : flu vaccine consent form 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:41 AM : disability card information 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:18 AM : FMLA PAPERWORK 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:14 AM : FMLA PAPERWORK 10/8/15

Correspondence - Scan on 9/24/2015 8:08 AM : 09/20/2015 message from patient to dr patton

Miscellaneous Documents - Scan on 6/26/2012 2:26 PM : GENERAL MED/INFO HISTORY

Insurance Card - Scan on 9/19/2015 11:00 AM : AETNA

Other Facility Documents - Scan on 3/20/2015 9:06 AM : RECORDS FROM SONORAN MEDICAL

Immunizations - Scan on 2/12/2015 9:59 AM : flu immunization consent form 2/12/15

Legal Documents - Scan on 1/29/2015 4:45 PM : privacy and communication consent form 1/29/15

Exam Forms - Scan on 1/29/2015 1:27 PM : MEDICAL HISTORY

Release of PHI (Protected Health Information) Request - Scan on 1/29/2015 11:24 AM : Records Request for Sonaran Medical

Exam Forms - Scan on 1/29/2015 10:01 AM : Patient Registration Forms

Insurance Card - Scan on 1/12/2015 10:48 AM : NO LONGER ACTIVE

Insurance Card - Scan on 5/27/2014 2:03 PM : NO LONGER ACTIVE

Insurance Card - Scan on 6/30/2013 9:23 AM : UNITED HEALTHCARE

Miscellaneous Documents - Scan on 6/9/2012 9:07 AM : CONSENT

Photo ID - Scan on 6/9/2012 9:06 AM : AZ DL

Insurance Card - Scan on 6/9/2012 9:06 AM : UNITED HEALTHCARE

**Diagnoses**

Visit Diagnosis Changes

203473 marked as Primary Diagnosis by PATTON, ANDREA (9040), Tue Nov 24, 2015 2:57 PM
Added 203473 by PATTON, ANDREA (9040), Tue Nov 24, 2015 2:57 PM
Added 207257 by PATTON, ANDREA (9040), Tue Nov 24, 2015 2:57 PM
Added 1000794 by PATTON, ANDREA (9040), Tue Nov 24, 2015 2:57 PM

**n0203502**

---

**From:** Plocharczyk, Lisa
**Sent:** Monday, November 30, 2015 9:32:08 AM
**To:** LeavesofAbsence@dcsg.com
**Subject:** Ronald Finely claim 3530535 notice and proof

To whom it may concern,

We are writing in regard to Ronald Finely's claim for disability benefits (claim # 3530535). His claim is currently approved through 11/29/15. We have thoroughly reviewed the claim and have determined additional information is needed in order to make an ongoing determination. We have contacted his physician(s) to obtain medical documentation to support their claim for disability benefits.

Proof must be provided by 1/13/16. In the absence of this information we will make a claim determination based on the information in our file.

If you have any questions regarding this claim, please feel free to contact me.

Thank you,

Lisa Plocharczyk
Complex II Disability Case Manager
Liberty Mutual Benefits
888-440-6118x10370
fax 603 334 4178
lisa.plocharczyk@libertymutual.com

HONORHEALTH

Medical Group
Cave Creek Location
20330 N Cave Creek Rd #160
Phoenix, Arizona 85024

Corina Veatch, MD
Andrea Patton, MD
Matthew Bean, MD

# FACSIMILE

Date: 11-24-15
Patient: Ronald Finley
DOB:
Number of Pages **Including** cover sheet: 2

This facsimile message is confidential information intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed below.

To: Attn: Lisa
Telephone#: Ext:
Fax #: 603-334-4178

From: Catherine, MA
Telephone: 602-730-8443
Fax #: 602-730-8444

HONORHEALTH™

November 24, 2015

Patient: **Ronald D Finley**
Date of Birth:
Date of Visit: **11/24/2015**

To Whom it May Concern:

Ronald Finley was seen in my clinic on 11/24/2015. Please excuse him from work for an additional 4 weeks from today, pending a complete neurological evaluation.

If you have any questions or concerns, please don't hesitate to call.

Sincerely,

Andrea Patton, MD

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Wednesday, November 18, 2015 11:48 AM
**To:** 'leavesofabsence@dcsg.com'
**Subject:** Claim # 3530535, RONALD FINLEY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 9/20/2015. This claim is approved through 11/29/2015. This indicates an extension of benefits. The case manager for this claim is Lisa Plocharczyk. The claim number is 3530535.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (888) 440-6118.

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Monday, November 02, 2015 10:15 AM
**To:** 'leavesofabsence@dcsg.com'
**Subject:** Claim # 3530535, RONALD FINLEY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim has a date of disability of 9/20/2015. This claim is approved through 11/13/2015. This indicates an extension of benefits. The case manager for this claim is Lisa Plocharczyk. The claim number is 3530535.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (888) 440-6118.

HONORHEALTH

Medical Group
Cave Creek Location
20330 N Cave Creek Rd #160
Phoenix, Arizona 85024

Corina Veatch, MD
Andrea Patton, MD
Matthew Bean, MD

# FACSIMILE

Date: 10-29-15
Patient: Ronald Finley
DOB:
Number of Pages Including cover sheet: 22

This facsimile message is confidential information intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed below.

To: Attn: Lisa

Telephone#: Ext:
Fax #: 603-334-4178

From: Catherine, MA
Telephone: 602-730-8443
Fax #: 602-730-8444

EVERY SEASON STARTS AT DICK'S SPORTING GOODS

345 Court Street, Coraopolis PA 15108
Main Phone: 724-273-3400 Fax: 724-227-1108

GOLF GALAXY

# Attending Physician's Return to Work Form

***Notice to physician & associate:***
***This form must be returned to employer within 24 hours of this office visit.***

**Patient's Name:** Ronald Finley

**Date of Injury/Illness:** 9/19/15

**Nature of Injury/Illness:** Shingles c̄ post herpatic neuralgia

I treated the above patient with respect to the described Injury/Illness on 9/22/15, 10/6/15 (date)

**Comments:**

**Diagnosis:** Post herpatic neuralgia requiring narcotics

Based on the patient's current medical condition, the patient:

- ☐ May return to regular work (with no limitations) on ____________
- ☒ Is temporarily disabled at this time.
- ☐ May return to work on ____________ with the following limitations:
  - No lifting over ________ lbs
  - No pushing/pulling over ________ lbs
  - No reaching over shoulder level
  - No kneeling or squatting
  - No climbing of stairs/ladders
  - Should be sitting ________% of time
  - Limited use of ____________
  - No use of ____________
  - No repetitive bending of ____________

**Length of restrictions:**

- ☐ Associate may resume regular duties on ____________
- ☒ Associate will be re-evaluated on 3 weeks
- ☐ Next scheduled appointment date/time ____________

[signature]
**Physician's Signature** ***(required)***

10/6/15
**Date** ***(required)***

Andrea Patton MD
**Print Physician's Name** ***(required)***

CAVE CREEK FAMILY MEDICINE
20330 N. CAVE CREEK RD., SUITE 160
PHOENIX, AZ 85024-1260
**Physician's Address**

602-730-8443
**Physician's Telephone Number** ***(required)***

2010

EVERY SEASON STARTS AT DICK'S SPORTING GOODS
GOLF GALAXY
345 Court Street, Coraopolis PA 15108
Phone: (724) 273-4331 Fax: (724 227-1188

# Medical Certification Form
# Employee's Serious Health Condition
(to be completed by attending physician)

Employee Name: Ronald Finley

Employer name and contact: DICK'S Sporting Goods/Golf Galaxy 724-273-4331 (ph) 724-227-1188 (fax)

Employee's Job Title: Store Manager

Check if job description is attached: ____

**For Completion by the Health Care Provider:**
INSTRUCTIONS to the HEALTH CARE PROVIDER: Your patient has requested a medical leave of absence. Fully complete all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. You answer should be your best estimate based upon your medical knowledge, experience and examination of the patient. Limit your responses to the condition for which the employee is seeking leave. Please be sure to sign the form on the last page.

Provider's name and business address: Andrea Patton
CAVE CREEK FAMILY MEDICINE
20330 N. CAVE CREEK RD., SUITE 160
PHOENIX AZ 85024-1280

Type of practice/medical specialty: Family Practice

Telephone: (602) 730-8443 Fax: (602) 730-8444

**Important Disclosure Notices:** GINA prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of employees or their family members with certain exceptions including requests for family medical history to comply with the certification provisions of the FMLA or State or local family and medical leave laws, or pursuant to a policy (even in the absence of requirements of Federal, State, or local leave laws) that permits the use of leave to care for a sick family member and that requires all employees to provide information about the health condition of the family member to substantiate the need for leave". If this exception provision is not applicable in your case, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

 CONTINUED ON NEXT PAGE 

**PART A: MEDICAL FACTS**

1. Approximate date condition commenced: 9/19/15

   Probable duration of condition: unknown 8-12 weeks guess

   Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
   X No ___ Yes. If yes, list dates of admission: ___

   Date(s) you treated the patient for condition: 9/22/15, 10/8/15

   Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
   X No ___ Yes. If yes, state the nature of such treatments and expected duration of treatment: ___

2. Is the medical condition pregnancy? X No ___ Yes. If so, expected delivery date: ___

3. Is the employee unable to perform any of his/her job functions due to the condition: ___ No X Yes

   If yes, identify the job functions the employee is unable to perform: jobs requiring concentration, driving on narcotics, vertigo

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis or any regimen of continuing treatment such as the use of specialized equipment).

   shingles complicated by severe post herpetic neuralgia

**PART B: AMOUNT OF LEAVE NEEDED**

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___ No X Yes

   If yes, estimate the beginning and ending dates for the period of incapacity: 9/19/15 – current

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ___ No X Yes.

   If yes, are the treatments or the reduced number of hours of work medically necessary? ___ No X Yes

   Estimated treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment including the recovery period: every 2-3 week

   Estimate the part-time or reduced work schedule for the employee needs, if any:

   ___ hours(s) per day; ___ days per week from ___ through ___

 CONTINUED ON NEXT PAGE 

**PART B: AMOUNT OF LEAVE NEEDED (continued)**

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? X No ____Yes once initial pain resolves

Is it medically necessary for the employee to be absent from work during the flare-ups?

____No ____Yes. If yes, explain: ____________________

Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

Frequency: ____ times per ____weeks(s) ____months(s)

Duration: ____ hours or ____day(s) per episode

Additional Comments: ____________________

Andrea Patton, MD
**Name of Health Care Provider (written)**

[signature]
**Signature of Health Care Provider**

10/8/15
**Date**

**Ronald D Finley**
**9/22/2015 3:30 PM Office Visit**
**MRN: 2554822**

Description: **Male DOB:**
Provider: **Andrea W Patton, MD**
Department: **CAVE CREEK FAMILY MEDICINE**

**Diagnoses**

**Shingles** - Primary
SNOMED CT(R): HERPES ZOSTER
Codes: 053.9

**Elevated cholesterol**
SNOMED CT(R): HYPERCHOLESTEROLEMIA
Codes: 272.0

**Low testosterone**
SNOMED CT(R): DECREASED TESTOSTERONE LEVEL
Codes: 257.2

**Prediabetes**
SNOMED CT(R): IMPAIRED GLUCOSE TOLERANCE
Codes: 790.29

**Vitamin D deficiency**
SNOMED CT(R): VITAMIN D DEFICIENCY
Codes: 268.9

**Reason for Visit**

**Follow-up**
Reason for Visit History

**Vital Signs - Last Recorded**

| BP | Pulse | Temp(Src) | Ht | Wt | BMI |
|---|---|---|---|---|---|
| 144/74 mmHg | 65 | 98.2 °F (36.8 °C) (Tympanic) | 5' 9" (1.753 m) | *250 lb (113.399 kg) | 36.90 kg/m2 |
| SpO2 97% | | | | | |

**Progress Notes**

Andrea W Patton, MD at 9/22/2015 3:41 PM

Status: Signed Editor: Andrea W Patton, MD (Physician)

**Allergies as of 09/22/2015 - Review Complete 09/22/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 08/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 9/22/15 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • famciclovir (FAMVIR) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 3 (three) times daily for 7 days. | 21 tablet | 0 |
| • fluticasone (FLONASE) 50 MCG/ACT nasal | 1 spray by Nasal route daily. | 1 Bottle | 2 |
| • ibuprofen (ADVIL,MOTRIN) 600 MG tablet | Take 1 tablet (600 mg total) by mouth every 6 (six) hours as needed for up to 10 days for Pain. | 30 tablet | 0 |
| • methylPREDNIsolone (MEDROL DOSPACK) 4 MG tablet | Dispense one DOSEPACK to be taken as directed by prescriber. | 1 kit | 0 |
| • montelukast (SINGULAIR) 10 MG tablet | Take 10 mg by mouth nightly. | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 50 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

HPI

Here to fu ED visit. Diagnosed with shingles. Initially started on famciclovir 500mg BID and last week back to ED started on percocet and steroid.
Today stopped percocet pain 7/10. On percocet pain 0/10. Unable to drive 2/2 narcotic use.

Pt reports has had significant increase in stress with new job (driving to Prescott daily.)
**Vitamin D deficiency**
2/2015 Vit D 15.7
Has been taking 2K. 3/17/15 increase to 50K for 12 weeks, then recheck
9/15 recheck

**Prediabetes**
2/2015 Glucose 106 HgA1C: 6.1 (old records 7/2014 5.7, + microalbumin)
Discussed diet and weight loss
Referral to nutritionist
9/15 recheck labs

**Low testosterone**
3/2015 302, will recheck testosterone, refer to urology if > 300
9/15 recheck

**Elevated cholesterol**
2/2015 TC: 220 Trig:90 HDL:54 LDL:148
ASCVD Risk Calculator: 9.6%
Diet and exercise for 3 month trial
9/15 recheck

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |

Review of Systems
HENT: Positive for dental problem **(dental pain)** and ear pain.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Musculoskeletal: Negative.
Skin: Negative. Negative for rash **(resolved).**
Neurological: Positive for numbness **(nerve pain at site of previous shingles rash).**

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**
BP 144/74 mmHg | Pulse 65 | Temp(Src) 98.2 °F (36.8 °C) (Tympanic) | Ht 5' 9" (1.753 m) | Wt 250 lb (113.399 kg) | BMI 36.90 kg/m2 | SpO2 97%
Physical Exam

Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
He has no cervical adenopathy.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and associated orders for this visit:

**Shingles**
Refill narcotic . Will only provide 2 week course (and should last longer as pt should attempt wean ASAP) At fu consider topical

For below due for repeat labs for all chronic conditions. Pt reports stable
**Elevated cholesterol**
- Lipid Panel
- Comprehensive Metabolic Panel

**Low testosterone**
- Testosterone

**Prediabetes**
- Hemoglobin A1c

**Vitamin D deficiency**
- Vitamin D 25 Hydroxy

**Other Orders**
- oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet; Take 2 tablets by mouth every 8 (eight) hours as needed for up to 30 doses for Pain.

Return in about 3 weeks (around 10/13/2015) for physical.

Not recorded

**Medications Ordered This Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet (Discontinued)** | 45 tablet | 0 | 9/22/2015 | 10/8/2015 |

Take 2 tablets by mouth every 8 (eight) hours as needed for up to 30 doses for Pain. - Oral
Reason for Discontinue: **Reorder**

**Medications Last Reviewed During Encounter By**

ANDREA W PATTON, MD on 9/22/2015 at 4:00 PM

**Reviewed Medications**

| Outpatient Medications | Ordered On | Status |
|---|---|---|
| **famciclovir (FAMVIR) 500 MG tablet** | 9/19/2015 | Taking |
| **fluticasone (FLONASE) 50 MCG/ACT nasal** | 1/12/2015 | Taking |
| **ibuprofen (ADVIL,MOTRIN) 800 MG tablet** | 9/20/2015 | Taking |
| **methylPREDNIsolone (MEDROL DOSPACK) 4 MG tablet** | 9/20/2015 | Taking |
| **montelukast (SINGULAIR) 10 MG tablet** | 1/29/2015 | Taking |
| **Cetirizine HCl (ZYRTEC PO)** | 1/29/2015 | Not Taking |
| **oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet** | 9/22/2015 | Not Taking |
| **PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler** | 3/30/2015 | Not Taking |
| **oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet** | 9/20/2015 | Not Taking (Discontinued) |

**Orders Placed This Encounter**

Normal Orders This Visit
Comprehensive Metabolic Panel [LAB17 Custom]
Hemoglobin A1c [LAB90 Custom]
Lipid Panel [LAB18 Custom]
Testosterone [LAB124 Custom]
Vitamin D 25 Hydroxy [LAB535 Custom]
**Results are available for this encounter**

**Patient Instructions**

**Herpes Zoster**

**WHAT YOU SHOULD KNOW:**

Herpes zoster (HZ) is also called shingles. It is an infection caused by the same virus that causes chickenpox (varicella-zoster virus). After you get chickenpox, the virus stays in your body for several years without causing any symptoms. HZ occurs when the virus becomes active again. Once active, the virus will travel along a nerve to your skin and cause a rash.



Shingles *ADAM.

**INSTRUCTIONS:**
**Medicines:**

- **Antiviral medicine:** These help decrease symptoms and healing time. They may also decrease your risk of developing nerve pain. You will need to start taking them within 3 days of the start of symptoms to prevent nerve pain.
- **Pain medicine:** You may need NSAIDs, acetaminophen, or opioid medicine depending on how much pain you are in.
- **Topical anesthetics:** These are used to numb the skin and decrease pain. They can be used as a cream, gel, spray, or patch.
- **Anticonvulsants:** These decrease nerve pain and may help you sleep at night.
- **Antidepressants:** These may also be used to decrease nerve pain.

**Follow up with your healthcare provider as directed:** Write down your questions so you remember to ask them during your visits.
**Self-care:** Keep your rash clean and dry. Cover your rash with a bandage or clothing. Do not use bandages that stick to your skin. The sticky part may irritate your skin and make your rash last longer.
**Prevent the spread of herpes zoster:** The virus can be passed to a person who has never had chickenpox. This person may get chickenpox, but not shingles. You may pass the virus to others as long as you have a rash. The virus is spread by direct contact with the fluid from the blisters. Usually, you cannot spread the virus once the blisters dry up.
**Prevention:** A vaccine may be given to adults 50 years of age and older to help prevent shingles. Ask for more information about this vaccine.
**Contact your primary healthcare provider if:**

- You feel weak or have a headache.
- You have a cough, chills, or a fever.
- You have abdominal pain, nausea, or vomiting.
- Your rash becomes more itchy or painful.
- Your rash spreads to other parts of your body.
- Your pain worsens and does not go away even after taking medicine.
- You have questions or concerns about your condition or care.

**Return to the emergency department if:**

- You have painful, red, warm skin around the blisters, or the blisters drain pus.
- Your neck is stiff or you have trouble moving it.
- You have trouble moving your arms, legs, or face.
- You have a seizure.
- You have weakness in an arm or leg.
- You become confused, or have difficulty speaking.

- You have dizziness, a severe headache, hearing or vision loss.

© 2014 Truven Health Analytics Inc. Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.
The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

**Level of Service**

PR OFFICE OUTPATIENT VISIT 25 MINUTES [99214]

**Follow-up and Disposition**

Return in about 3 weeks (around 10/13/2015) for physical.

**All Flowsheet Templates (all recorded)**

Anthropometrics
Custom Formula Data
Encounter Vitals

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99214 | PR OFFICE OUTPATIENT VISIT 25 MINUTES | 9/22/2015 | Andrea W Patton, MD | | 1 |

**Routing History**

There are no sent or routed communications associated with this encounter.

**Other Encounter Related Information**

Allergies & Medications
Problem List
History
Patient-Entered Questionnaires
Vitals

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient-Level Documents:**

Immunizations - Scan on 10/8/2015 12:47 PM : flu vaccine consent form 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:41 AM : disability card information 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:18 AM : FMLA PAPERWORK 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:14 AM : FMLA PAPERWORK 10/8/15

Correspondence - Scan on 9/24/2015 8:08 AM : 09/20/2015 message from patient to dr patton

Miscellaneous Documents - Scan on 6/26/2012 2:26 PM : GENERAL MED/INFO HISTORY

Insurance Card - Scan on 9/19/2015 11:00 AM : AETNA

Other Facility Documents - Scan on 3/20/2015 9:06 AM : RECORDS FROM SONORAN MEDICAL

Immunizations - Scan on 2/12/2015 9:59 AM : flu immunization consent form 2/12/15

Legal Documents - Scan on 1/29/2015 4:45 PM : privacy and communication consent form 1/29/15

Exam Forms - Scan on 1/29/2015 1:27 PM : MEDICAL HISTORY

Release of PHI (Protected Health Information) Request - Scan on 1/29/2015 11:24 AM : Records Request for Sonaran Medical

Exam Forms - Scan on 1/29/2015 10:01 AM : Patient Registration Forms

Insurance Card - Scan on 1/12/2015 10:48 AM : NO LONGER ACTIVE

Insurance Card - Scan on 5/27/2014 2:03 PM : NO LONGER ACTIVE

Insurance Card - Scan on 6/30/2013 9:23 AM : UNITED HEALTHCARE

Miscellaneous Documents - Scan on 6/9/2012 9:07 AM : CONSENT

Photo ID - Scan on 6/9/2012 9:06 AM : AZ DL

Insurance Card - Scan on 6/9/2012 9:06 AM : UNITED HEALTHCARE

**Diagnoses**

Visit Diagnosis Changes
184320 marked as Primary Diagnosis by PATTON, ANDREA (9040), Tue Sep 22, 2015 3:40 PM
Added 184320 by PATTON, ANDREA (9040), Tue Sep 22, 2015 3:40 PM
Added 257726 by PATTON, ANDREA (9040), Tue Sep 22, 2015 3:55 PM
Added 657512 by PATTON, ANDREA (9040), Tue Sep 22, 2015 3:55 PM
Added 331333 by PATTON, ANDREA (9040), Tue Sep 22, 2015 3:55 PM
Added 727666 by PATTON, ANDREA (9040), Tue Sep 22, 2015 3:55 PM

**Ronald D Finley**
**10/8/2015 9:30 AM Office Visit**
**MRN: 2554822**

Description: **Male DOB:**
Provider: **Andrea W Patton, MD**
Department: **CAVE CREEK FAMILY MEDICINE**

**Diagnoses**

**Post herpetic neuralgia** - Primary
SNOMED CT(R): POSTHERPETIC NEURALGIA
Codes: B02.29

**Need for influenza vaccination**
SNOMED CT(R): NEEDS INFLUENZA IMMUNIZATION
Codes: Z23

**Reason for Visit**

**Follow-up**
Reason for Visit History

**Vital Signs - Last Recorded**

| BP | Pulse | Temp(Src) | Resp | Ht | Wt |
|---|---|---|---|---|---|
| 132/79 mmHg | 68 | 98.1 °F (36.7 °C) (Tympanic) | 20 | 5' 9" (1.753 m) | ***249 lb 8 oz (113.172 kg)** |

| BMI | SpO2 |
|---|---|
| 36.83 kg/m2 | 99% |

**Progress Notes**

Andrea W Patton, MD at 10/8/2015 9:49 AM
Status: Signed Editor: Andrea W Patton, MD (Physician)

**Allergies as of 10/08/2015 - Review Complete 10/08/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 10/8/15 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • fluticasone (FLONASE) 50 MCG/ACT nasal | 1 spray by Nasal route daily. | 1 Bottle | 2 |
| • montelukast (SINGULAIR) 10 MG tablet | Take 10 mg by mouth nightly. | | |
| • oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet | Take 2 tablets by mouth At bedtime as needed for up to 30 doses for Pain. | 45 tablet | 0 |
| • [DISCONTINUED] oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet | Take 2 tablets by mouth every 8 (eight) hours as needed for up to 30 doses for Pain. | 45 tablet | 0 |

**Subjective:**

**Patient ID:** Ronald D Finley is a 50 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

HPI

Here to follow up shingles. First diagnosis 9/19/15. Reports pain 20% better, however still requiring percocet 2 tablets during the day, ibuprofen 800mg every 6 hours and tylenol PM at night. On percocet 3/10, off percocet 7/10.

Patient also has had dental complication. Abscess in tooth - thought 2/2 shingles. Now requiring antibiotics - extraction of tooth will be scheduled ASAP with bone graft.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |

Review of Systems
HENT: Positive for dental problem **(dental pain)** and ear pain.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Musculoskeletal: Negative.
Skin: Negative. Negative for rash **(resolved).**
Neurological: Positive for numbness **(nerve pain at site of previous shingles rash).**

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**
BP 132/79 mmHg | Pulse 68 | Temp(Src) 98.1 °F (36.7 °C) (Tympanic) | Resp 20 | Ht 5' 9" (1.753 m) | Wt 249 lb 8 oz (113.172 kg) | BMI 36.83 kg/m2 | SpO2 99%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
He has no cervical adenopathy.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and associated orders for this visit:

**Post herpetic neuralgia**
Continued nerve pain 1 month out from initial rash. No improvement with narcotics - unable to work on medication
Trial gabapentin
Percocet night only

FU 3 weeks
See FMLA paperwork (unable to work 2/2 pain and unable to drive on narcotics)

**Other Orders**

- oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet; Take 2 tablets by mouth At bedtime as needed for up to 30 doses for Pain.
- gabapentin (NEURONTIN) 300 MG capsule; Take 1 capsule (300 mg total) by mouth 3 (three) times daily.

Return in about 3 weeks (around 10/29/2015).

Not recorded

**Medications Ordered This Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet**<br>Take 2 tablets by mouth At bedtime as needed for up to 30 doses for Pain. - Oral | 45 tablet | 0 | 10/8/2015 | |
| **gabapentin (NEURONTIN) 300 MG capsule**<br>Take 1 capsule (300 mg total) by mouth 3 (three) times daily. - Oral | 90 capsule | 0 | 10/8/2015 | 10/7/2016 |

**Immunizations Administered During Today's Encounter:**

| Date | Drug Name | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 10/8/15 | Influenza vaccine injection | 0.5 mL | IM | LD | Catherine Hernandez, MA |

**Medications Last Reviewed During Encounter By**

ANDREA W PATTON, MD on 10/8/2015 at 10:14 AM

**Reviewed Medications**

| Outpatient Medications | Ordered On | Status |
|---|---|---|
| **Cetirizine HCl (ZYRTEC PO)** | 1/29/2015 | Taking |
| **fluticasone (FLONASE) 50 MCG/ACT nasal** | 1/12/2015 | Taking |
| **montelukast (SINGULAIR) 10 MG tablet** | 1/29/2015 | Taking |
| **oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet** | 10/8/2015 | Taking |
| **oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet** | 9/22/2015 | Taking (Discontinued) |
| **gabapentin (NEURONTIN) 300 MG capsule** | 10/8/2015 | Not Taking |
| **PROVENTIL HFA 108 (90 BASE) MCG/ACT Inhaler** | 3/30/2015 | Not Taking |

**Orders Placed This Encounter**

Normal Orders This Visit
Flu vaccine greater than or equal to 18yo IM [IMM122 Custom]

**Immunization Questions 10/8/2015**

| | | Question | Answer | Comment |
|---|---|---|---|---|
| **Influenza vaccine injection** | 10/08/2015 | Was consent obtained and VIS given? | **Consent Given** | |

**Patient Instructions**

Start gabapentin Day 1: 300mg PO daily, Day 3: 300mg PO BID, Day 5: 300mg PO TID. We can increase further if needed - call.

Continue percocet for night use only.

**Level of Service**

**PR OFFICE OUTPATIENT VISIT 15 MINUTES [99213]**

**Follow-up and Disposition**

Return in about 3 weeks (around 10/29/2015).

**All Flowsheet Templates (all recorded)**

Anthropometrics
Custom Formula Data
Encounter Vitals

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | PR OFFICE OUTPATIENT VISIT 15 MINUTES | 10/8/2015 | Andrea W Patton, MD | 25 | 1 |
| 90661 | PR FLU VACCINE, CELL CULTURE, PRESV FREE | 10/8/2015 | Andrea W Patton, MD | | 1 |
| 90471 | PR IMMUNIZ ADMIN,1 SINGLE/COMB VAC/TOXOID | 10/8/2015 | Andrea W Patton, MD | | 1 |

**Routing History**

There are no sent or routed communications associated with this encounter.

**Other Encounter Related Information**

Allergies & Medications
Problem List
History
Patient-Entered Questionnaires
Vitals

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient-Level Documents:**

Immunizations - Scan on 10/8/2015 12:47 PM : flu vaccine consent form 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:41 AM : disability card information 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:18 AM : FMLA PAPERWORK 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:14 AM : FMLA PAPERWORK 10/8/15

Correspondence - Scan on 9/24/2015 8:08 AM : 09/20/2015 message from patient to dr patton

Miscellaneous Documents - Scan on 6/26/2012 2:26 PM : GENERAL MED/INFO HISTORY

Insurance Card - Scan on 9/19/2015 11:00 AM : AETNA

Other Facility Documents - Scan on 3/20/2015 9:06 AM : RECORDS FROM SONORAN MEDICAL

Immunizations - Scan on 2/12/2015 9:59 AM : flu immunization consent form 2/12/15

Legal Documents - Scan on 1/29/2015 4:45 PM : privacy and communication consent form 1/29/15

Exam Forms - Scan on 1/29/2015 1:27 PM : MEDICAL HISTORY

Release of PHI (Protected Health Information) Request - Scan on 1/29/2015 11:24 AM : Records Request for Sonaran Medical

Exam Forms - Scan on 1/29/2015 10:01 AM : Patient Registration Forms

Insurance Card - Scan on 1/12/2015 10:48 AM : NO LONGER ACTIVE

Insurance Card - Scan on 5/27/2014 2:03 PM : NO LONGER ACTIVE

Insurance Card - Scan on 6/30/2013 9:23 AM : UNITED HEALTHCARE

Miscellaneous Documents - Scan on 6/9/2012 9:07 AM : CONSENT

Photo ID - Scan on 6/9/2012 9:06 AM : AZ DL

Insurance Card - Scan on 6/9/2012 9:06 AM : UNITED HEALTHCARE

**Diagnoses**

Visit Diagnosis Changes
203473 marked as Primary Diagnosis by PATTON, ANDREA (9040), Thu Oct 8, 2015 10:14 AM
Added 203473 by PATTON, ANDREA (9040), Thu Oct 8, 2015 10:14 AM
Added 292758 by HERNANDEZ, CATHERINE (918), Thu Oct 8, 2015 10:31 AM {Addendum}

**Ronald D Finley**
**10/29/2015 2:30 PM Office Visit**
**MRN: 2554822**

Description: **Male DOB:**
Provider: **Andrea W Patton, MD**
Department: **CAVE CREEK FAMILY MEDICINE**

**Diagnoses**

**Post herpetic neuralgia** - Primary
SNOMED CT(R): POSTHERPETIC NEURALGIA
Codes: B02.29

**Diarrhea**
SNOMED CT(R): DIARRHEA
Codes: R19.7

**Elevated blood pressure**
SNOMED CT(R): ELEVATED BLOOD PRESSURE
Codes: R03.0

**Reason for Visit**

**Herpes Zoster**
Reason for Visit History

**Vital Signs - Last Recorded**

| BP | Pulse | Temp(Src) | Ht | Wt | BMI |
|---|---|---|---|---|---|
| 138/84 mmHg | 67 | 98.1 °F (36.7 °C) (Tympanic) | 5' 9" (1.753 m) | *249 lb (112.946 kg) | 36.75 kg/m2 |

SpO2
98%

Vitals History

**Progress Notes**

Andrea W Patton, MD at 10/29/2015 2:22 PM

Status: Signed Editor: Andrea W Patton, MD (Physician)

**Allergies as of 10/29/2015 - Review Complete 10/29/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 10/29/15 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • fluticasone (FLONASE) 50 MCG/ACT nasal | 1 spray by Nasal route daily. | 1 Bottle | 2 |
| • gabapentin (NEURONTIN) 300 mg capsule | Take 1 capsule (300 mg total) by mouth 3 (three) times daily. | 90 capsule | 2 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |
| • oxyCODONE-acetaminophen (ROXICET) 5 -325 mg per tablet | Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain. | 16 tablet | 0 |
| • PROVENTIL HFA 108 (90 BASE) MCG/ACT Inhaler | INHALE 2 PUFFS BY MOUTH INTO LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZING | 6.7 g | 0 |
| • [DISCONTINUED] gabapentin (NEURONTIN) 300 MG capsule | Take 1 capsule (300 mg total) by mouth 3 (three) times daily. | 90 capsule | 0 |
| • [DISCONTINUED] montelukast (SINGULAIR) 10 MG tablet | Take 10 mg by mouth nightly. | | |
| • [DISCONTINUED] oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet | Take 2 tablets by mouth At bedtime as needed for up to 30 doses for Pain. | 45 tablet | 0 |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

**Chief Complaint**
Patient presents with
- Herpes Zoster

HPI
Here for follow up post herpetic neuralgia from herpes zoster of right. Currently on gabapentin 300mg TID. Some improvement in pain ~ 30%. Using roxicet at night - 4 times a week.

Symptoms today - persistent right ear pain, ringing in ears, fatigue, vertigo/dizziness, nausea, diarrhea, right sided headaches.

Tooth infection - unable to pull 2/2 infection.

Depression/anxiety - patient having anxiety about job.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |

Review of Systems
Constitutional: Positive for fatigue. Negative for fever.
HENT: Positive for dental problem **(dental pain)**, ear pain and tinnitus.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for nausea and diarrhea.
Musculoskeletal: Negative.
Skin: Negative. Negative for rash **(resolved)**.
Neurological: Positive for numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: The patient is nervous/anxious.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**
BP 138/84 mmHg | Pulse 67 | Temp(Src) 98.1 °F (36.7 °C) (Tympanic) | Ht 5' 9" (1.753 m) | Wt 249 lb (112.946 kg) | BMI 36.75 kg/m2 | SpO2 96%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
He has no cervical adenopathy.

Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for herpes zoster.

Diagnoses and associated orders for this visit:

**Post herpetic neuralgia**
Vertigo, headaches. Requiring narcotics at night, gabapentin during day.
Unable to drive 2/2 symptoms and medication.
Referral to neurology placed today

**Diarrhea**
Recent Abx, stress. Started with gabapentin
Benign abdominal exam
Start probiotic

**Elevated blood pressure**
Elevated 2/2 pain, pt reports normal in the past. No prior diagnosis HTN
Will check BP log and fu 1 month with log. Consider starting medication if still elevated

**Other Orders**
- montelukast (SINGULAIR) 10 mg tablet; Take 1 tablet (10 mg total) by mouth nightly.
- oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet; Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain.
- gabapentin (NEURONTIN) 300 mg capsule; Take 1 capsule (300 mg total) by mouth 3 (three) times daily.

Return in about 1 month (around 11/29/2015).

Not recorded

**Medications Ordered This Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **montelukast (SINGULAIR) 10 mg tablet**<br>Take 1 tablet (10 mg total) by mouth nightly. - Oral | 90 tablet | 3 | 10/29/2015 | |
| **oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet**<br>Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain. - Oral | 16 tablet | 0 | 10/29/2015 | |
| **gabapentin (NEURONTIN) 300 mg capsule**<br>Take 1 capsule (300 mg total) by mouth 3 (three) times daily. - Oral | 90 capsule | 2 | 10/29/2015 | 10/28/2016 |

**Medications Last Reviewed During Encounter By**

ANDREA W PATTON, MD on 10/29/2015 at 2:47 PM

**Reviewed Medications**

| Outpatient Medications | Ordered On | Status |
|---|---|---|
| **Cetirizine HCl (ZYRTEC PO)** | 1/29/2015 | Taking |
| **fluticasone (FLONASE) 50 MCG/ACT nasal** | 1/12/2015 | Taking |
| **gabapentin (NEURONTIN) 300 mg capsule** | 10/29/2015 | Taking |
| **montelukast (SINGULAIR) 10 mg tablet** | 10/29/2015 | Taking |
| **oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet** | 10/29/2015 | Taking |
| **PROVENTIL HFA 108 (90 BASE) MCG/ACT Inhaler** | 3/30/2015 | Taking |
| **gabapentin (NEURONTIN) 300 MG capsule** | 10/8/2015 | Taking (Discontinued) |
| **montelukast (SINGULAIR) 10 MG tablet** | 1/29/2015 | Taking (Discontinued) |
| **oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet** | 10/8/2015 | Taking (Discontinued) |

**Orders Placed This Encounter**

Normal Orders This Visit
Ambulatory referral to Neurology [REF46 Custom]

**Patient Instructions**

Referral to neurology placed

Medications reordered

Follow up with myself or Dr. Bean in 1 month

Monitor Blood pressure at home at least once a day. Bring log to follow up appointment.

**Level of Service**

**PR OFFICE OUTPATIENT VISIT 25 MINUTES [99214]**

**Follow-up and Disposition**

Return in about 1 month (around 11/29/2015).

**All Flowsheet Templates (all recorded)**

Anthropometrics
Custom Formula Data
Encounter Vitals

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99214 | PR OFFICE OUTPATIENT VISIT 25 MINUTES | 10/29/2015 | Andrea W Patton, MD | | 1 |

**Routing History**

There are no sent or routed communications associated with this encounter.

**Other Encounter Related Information**

Allergies & Medications
Problem List
History
Patient-Entered Questionnaires
Vitals

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient-Level Documents:**

Immunizations - Scan on 10/8/2015 12:47 PM : flu vaccine consent form 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:41 AM : disability card information 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:18 AM : FMLA PAPERWORK 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:14 AM : FMLA PAPERWORK 10/8/15

Correspondence - Scan on 9/24/2015 8:08 AM : 09/20/2015 message from patient to dr patton

Miscellaneous Documents - Scan on 6/26/2012 2:26 PM : GENERAL MED/INFO HISTORY

Insurance Card - Scan on 9/19/2015 11:00 AM : AETNA

Other Facility Documents - Scan on 3/20/2015 9:06 AM : RECORDS FROM SONORAN MEDICAL

Immunizations - Scan on 2/12/2015 9:59 AM : flu immunization consent form 2/12/15

Legal Documents - Scan on 1/29/2015 4:45 PM : privacy and communication consent form 1/29/15

Exam Forms - Scan on 1/29/2015 1:27 PM : MEDICAL HISTORY

Release of PHI (Protected Health Information) Request - Scan on 1/29/2015 11:24 AM : Records Request for Sonaran Medical

Exam Forms - Scan on 1/29/2015 10:01 AM : Patient Registration Forms

Insurance Card - Scan on 1/12/2015 10:48 AM : NO LONGER ACTIVE

Insurance Card - Scan on 5/27/2014 2:03 PM : NO LONGER ACTIVE

Insurance Card - Scan on 6/30/2013 9:23 AM : UNITED HEALTHCARE

Miscellaneous Documents - Scan on 6/9/2012 9:07 AM : CONSENT

Photo ID - Scan on 6/9/2012 9:06 AM : AZ DL

Insurance Card - Scan on 6/9/2012 9:06 AM : UNITED HEALTHCARE

**Diagnoses**

Visit Diagnosis Changes
201864 marked as Primary Diagnosis by PATTON, ANDREA (9040), Thu Oct 29, 2015 2:46 PM
Added 201864 by PATTON, ANDREA (9040), Thu Oct 29, 2015 2:46 PM
201864 unflagged as Primary Diagnosis by PATTON, ANDREA (9040), Thu Oct 29, 2015 2:46 PM
Deleted 201864 by PATTON, ANDREA (9040), Thu Oct 29, 2015 2:46 PM
203473 marked as Primary Diagnosis by PATTON, ANDREA (9040), Thu Oct 29, 2015 2:46 PM
Added 203473 by PATTON, ANDREA (9040), Thu Oct 29, 2015 2:46 PM
Added 787.91.ICD-9-CM by PATTON, ANDREA (9040), Thu Oct 29, 2015 2:46 PM
Added 298502 by PATTON, ANDREA (9040), Thu Oct 29, 2015 2:47 PM

Create In Basket Message

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211

ANDREA PATTON
20330 N CAPE CREEK RD STE 160
PHOENIX AZ 85024

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone No.: (888) 440-6118
Secure Fax No.: (603) 334-4178

October 29, 2015

Andrea Patton
20330 N CAPE CREEK RD STE 160
PHOENIX, AZ 85024

RE: Short Term Disability (STD) Benefits
Dick's Sporting Goods, Inc.
Claim #: 3530535
Claimant: Ronald Finley
Claimant D.O.B.:

Dear Andrea Patton:

We are the Disability Claim Administrator for your patient, Ronald Finley.

To evaluate Mr. Finley's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 20, 2015 through the present.

We ask that you provide this information by November 9, 2015. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-4178 or mailed to the above address.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lisa Plocharczyk
Disability Case Manager
Phone No.: (888) 440-6118 Ext. 10370
Secure Fax No.: (603) 334-4178

HONORHEALTH

Medical Group
Cave Creek Location
20330 N Cave Creek Rd #160
Phoenix, Arizona 85024

Corina Veatch, MD
Andrea Patton, MD
Matthew Bean, MD

# FACSIMILE

Date: 10-29-15
Patient: Ronald Finley
DOB:
Number of Pages Including cover sheet: 22

This facsimile message is confidential information intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed below.

To: Attn: Lisa

Telephone#: Ext:
Fax #: 603-334-4178

From: Catherine, MA
Telephone: 602-730-8443
Fax #: 602-730-8444

EVERY SEASON STARTS AT DICK'S SPORTING GOODS

345 Court Street, Coraopolis PA 15108
Main Phone: 724-273-3400 Fax: 724-227-1108

GOLF GALAXY

# Attending Physician's Return to Work Form

***Notice to physician & associate:***
***This form must be returned to employer within 24 hours of this office visit.***

**Patient's Name:** Ronald Finley

**Date of Injury/Illness:** 9/19/15

**Nature of Injury/Illness:** Shingles c̄ post herpatic neuralgia

I treated the above patient with respect to the described Injury/Illness on 9/22/15, 10/6/15 (date)

**Comments:**

**Diagnosis:** Post herpatic neuralgia requiring narcotics

Based on the patient's current medical condition, the patient:

- ☐ May return to regular work (with no limitations) on ______
- ☒ Is temporarily disabled at this time.
- ☐ May return to work on ______ with the following limitations:
  - No lifting over ______ lbs
  - No pushing/pulling over ______ lbs
  - No reaching over shoulder level
  - No kneeling or squatting
  - No climbing of stairs/ladders
  - Should be sitting ______% of time
  - Limited use of ______
  - No use of ______
  - No repetitive bending of ______

**Length of restrictions:**

- ☐ Associate may resume regular duties on ______
- ☒ Associate will be re-evaluated on 3 weeks
- ☐ Next scheduled appointment date/time ______

[signature]
**Physician's Signature *(required)***

10/6/15
**Date *(required)***

Andrea Patton MD
**Print Physician's Name *(required)***

CAVE CREEK FAMILY MEDICINE
20330 N. CAVE CREEK RD., SUITE 160
PHOENIX, AZ 85024-1260
**Physician's Address**

602-730-8443
**Physician's Telephone Number *(required)***

2010

# Medical Certification Form
## Employee's Serious Health Condition
(to be completed by attending physician)

EVERY SEASON STARTS AT DICK'S SPORTING GOODS
GOLF GALAXY
345 Court Street, Coraopolis PA 15108
Phone: (724) 273-4331 Fax: (724 227-1188

Employee Name: Ronald Finley

Employer name and contact: DICK'S Sporting Goods/Golf Galaxy 724-273-4331 (ph) 724-227-1188 (fax)

Employee's Job Title: Store Manager

Check if job description is attached: ____

**For Completion by the Health Care Provider:**
INSTRUCTIONS to the HEALTH CARE PROVIDER: Your patient has requested a medical leave of absence. Fully complete all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. You answer should be your best estimate based upon your medical knowledge, experience and examination of the patient. Limit your responses to the condition for which the employee is seeking leave. Please be sure to sign the form on the last page.

Provider's name and business address: Andrea Patton
CAVE CREEK FAMILY MEDICINE
20330 N. CAVE CREEK RD., SUITE 160
PHOENIX AZ 85024-1280

Type of practice/medical specialty: Family Practice

Telephone: (602) 730-8443 Fax: (602) 730-8444

**Important Disclosure Notices:** GINA prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of employees or their family members with certain exceptions including requests for family medical history to comply with the certification provisions of the FMLA or State or local family and medical leave laws, or pursuant to a policy (even in the absence of requirements of Federal, State, or local leave laws) that permits the use of leave to care for a sick family member and that requires all employees to provide information about the health condition of the family member to substantiate the need for leave". If this exception provision is not applicable in your case, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

 CONTINUED ON NEXT PAGE 

**PART A: MEDICAL FACTS**

1. Approximate date condition commenced: 9/19/15

   Probable duration of condition: unknown 8-12 weeks guess

   Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
   X No ___ Yes. If yes, list dates of admission: ___

   Date(s) you treated the patient for condition: 9/22/15, 10/6/15

   Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
   X No ___ Yes. If yes, state the nature of such treatments and expected duration of treatment: ___

2. Is the medical condition pregnancy? X No ___ Yes. If so, expected delivery date: ___

3. Is the employee unable to perform any of his/her job functions due to the condition: ___ No X Yes

   If yes, identify the job functions the employee is unable to perform: jobs requiring concentration, driving on narcotics, vertigo

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis or any regimen of continuing treatment such as the use of specialized equipment).

   shingles complicated by severe post herpetic neuralgia

**PART B: AMOUNT OF LEAVE NEEDED**

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___ No X Yes

   If yes, estimate the beginning and ending dates for the period of incapacity: 9/19/15 – current

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ___ No X Yes.

   If yes, are the treatments or the reduced number of hours of work medically necessary? ___ No X Yes

   Estimated treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment including the recovery period: every 2-3 week

   Estimate the part-time or reduced work schedule for the employee needs, if any:

   ___ hours(s) per day; ___ days per week from ___ through ___


CONTINUED ON NEXT PAGE

**PART B: AMOUNT OF LEAVE NEEDED (continued)**

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? X No ____Yes once initial pain resolved

Is it medically necessary for the employee to be absent from work during the flare-ups?

____No ____Yes. If yes, explain: ______________________________

Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

Frequency: _____ times per _____weeks(s) ______months(s)

Duration: _____ hours or ____day(s) per episode

Additional Comments: ______________________________

Andrea Patton, MD
**Name of Health Care Provider (written)**

[signature]
**Signature of Health Care Provider**

10/8/15
**Date**

**Ronald D Finley**
**9/22/2015 3:30 PM Office Visit**
**MRN: 2554822**

Description: **Male DOB:**
Provider: **Andrea W Patton, MD**
Department: **CAVE CREEK FAMILY MEDICINE**

**Diagnoses**

**Shingles** - Primary
SNOMED CT(R): HERPES ZOSTER
Codes: 053.9
**Elevated cholesterol**
SNOMED CT(R): HYPERCHOLESTEROLEMIA
Codes: 272.0
**Low testosterone**
SNOMED CT(R): DECREASED TESTOSTERONE LEVEL
Codes: 257.2
**Prediabetes**
SNOMED CT(R): IMPAIRED GLUCOSE TOLERANCE
Codes: 790.29
**Vitamin D deficiency**
SNOMED CT(R): VITAMIN D DEFICIENCY
Codes: 268.9

**Reason for Visit**

Follow-up
Reason for Visit History

**Vital Signs - Last Recorded**

| BP | Pulse | Temp(Src) | Ht | Wt | BMI |
|---|---|---|---|---|---|
| 144/74 mmHg | 65 | 98.2 °F (36.8 °C) (Tympanic) | 5' 9" (1.753 m) | *250 lb (113.399 kg) | 36.90 kg/m2 |
| SpO2 97% | | | | | |

**Progress Notes**

Andrea W Patton, MD at 9/22/2015 3:41 PM

Status: Signed Editor: Andrea W Patton, MD (Physician)

**Allergies as of 09/22/2015 - Review Complete 09/22/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 08/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 9/22/15 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • famciclovir (FAMVIR) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 3 (three) times daily for 7 days. | 21 tablet | 0 |
| • fluticasone (FLONASE) 50 MCG/ACT nasal | 1 spray by Nasal route daily. | 1 Bottle | 2 |
| • ibuprofen (ADVIL,MOTRIN) 600 MG tablet | Take 1 tablet (600 mg total) by mouth every 6 (six) hours as needed for up to 10 days for Pain. | 30 tablet | 0 |
| • methylPREDNIsolone (MEDROL DOSPACK) 4 MG tablet | Dispense one DOSEPACK to be taken as directed by prescriber. | 1 kit | 0 |
| • montelukast (SINGULAIR) 10 MG tablet | Take 10 mg by mouth nightly. | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 50 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

HPI

Here to fu ED visit. Diagnosed with shingles. Initially started on famciclovir 500mg BID and last week back to ED started on percocet and steroid.
Today stopped percocet pain 7/10. On percocet pain 0/10. Unable to drive 2/2 narcotic use.

Pt reports has had significant increase in stress with new job (driving to Prescott daily.)
**Vitamin D deficiency**
2/2015 Vit D 15.7
Has been taking 2K. 3/17/15 increase to 50K for 12 weeks, then recheck
9/15 recheck

**Prediabetes**
2/2015 Glucose 106 HgA1C: 6.1 (old records 7/2014 5.7, + microalbumin)
Discussed diet and weight loss
Referral to nutritionist
9/15 recheck labs

**Low testosterone**
3/2015 302, will recheck testosterone, refer to urology if > 300
9/15 recheck

**Elevated cholesterol**
2/2015 TC: 220 Trig:90 HDL:54 LDL:148
ASCVD Risk Calculator: 9.6%
Diet and exercise for 3 month trial
9/15 recheck

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |

Review of Systems
HENT: Positive for dental problem **(dental pain)** and ear pain.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Musculoskeletal: Negative.
Skin: Negative. Negative for rash **(resolved).**
Neurological: Positive for numbness **(nerve pain at site of previous shingles rash).**

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**
BP 144/74 mmHg | Pulse 65 | Temp(Src) 98.2 °F (36.8 °C) (Tympanic) | Ht 5' 9" (1.753 m) | Wt 250 lb (113.399 kg) | BMI 36.90 kg/m2 | SpO2 97%
Physical Exam

Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
He has no cervical adenopathy.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and associated orders for this visit:

**Shingles**
Refill narcotic . Will only provide 2 week course (and should last longer as pt should attempt wean ASAP) At fu consider topical

For below due for repeat labs for all chronic conditions. Pt reports stable
**Elevated cholesterol**
- Lipid Panel
- Comprehensive Metabolic Panel

**Low testosterone**
- Testosterone

**Prediabetes**
- Hemoglobin A1c

**Vitamin D deficiency**
- Vitamin D 25 Hydroxy

**Other Orders**
- oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet; Take 2 tablets by mouth every 8 (eight) hours as needed for up to 30 doses for Pain.

Return in about 3 weeks (around 10/13/2015) for physical.

Not recorded

**Medications Ordered This Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet (Discontinued)** | 45 tablet | 0 | 9/22/2015 | 10/8/2015 |

Take 2 tablets by mouth every 8 (eight) hours as needed for up to 30 doses for Pain. - Oral
Reason for Discontinue: **Reorder**

**Medications Last Reviewed During Encounter By**

ANDREA W PATTON, MD on 9/22/2015 at 4:00 PM

**Reviewed Medications**

| Outpatient Medications | Ordered On | Status |
|---|---|---|
| **famciclovir (FAMVIR) 500 MG tablet** | 9/19/2015 | Taking |
| **fluticasone (FLONASE) 50 MCG/ACT nasal** | 1/12/2015 | Taking |
| **ibuprofen (ADVIL,MOTRIN) 800 MG tablet** | 9/20/2015 | Taking |
| **methylPREDNIsolone (MEDROL DOSPACK) 4 MG tablet** | 9/20/2015 | Taking |
| **montelukast (SINGULAIR) 10 MG tablet** | 1/29/2015 | Taking |
| **Cetirizine HCl (ZYRTEC PO)** | 1/29/2015 | Not Taking |
| **oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet** | 9/22/2015 | Not Taking |
| **PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler** | 3/30/2015 | Not Taking |
| **oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet** | 9/20/2015 | Not Taking (Discontinued) |

**Orders Placed This Encounter**

Normal Orders This Visit
Comprehensive Metabolic Panel [LAB17 Custom]
Hemoglobin A1c [LAB90 Custom]
Lipid Panel [LAB18 Custom]
Testosterone [LAB124 Custom]
Vitamin D 25 Hydroxy [LAB535 Custom]
**Results are available for this encounter**

**Patient Instructions**

**Herpes Zoster**

**WHAT YOU SHOULD KNOW:**
Herpes zoster (HZ) is also called shingles. It is an infection caused by the same virus that causes chickenpox (varicella-zoster virus). After you get chickenpox, the virus stays in your body for several years without causing any symptoms. HZ occurs when the virus becomes active again. Once active, the virus will travel along a nerve to your skin and cause a rash.



Shingles ©ADAM.

**INSTRUCTIONS:**
**Medicines:**

- **Antiviral medicine:** These help decrease symptoms and healing time. They may also decrease your risk of developing nerve pain. You will need to start taking them within 3 days of the start of symptoms to prevent nerve pain.
- **Pain medicine:** You may need NSAIDs, acetaminophen, or opioid medicine depending on how much pain you are in.
- **Topical anesthetics:** These are used to numb the skin and decrease pain. They can be used as a cream, gel, spray, or patch.
- **Anticonvulsants:** These decrease nerve pain and may help you sleep at night.
- **Antidepressants:** These may also be used to decrease nerve pain.

**Follow up with your healthcare provider as directed:** Write down your questions so you remember to ask them during your visits.
**Self-care:** Keep your rash clean and dry. Cover your rash with a bandage or clothing. Do not use bandages that stick to your skin. The sticky part may irritate your skin and make your rash last longer.
**Prevent the spread of herpes zoster:** The virus can be passed to a person who has never had chickenpox. This person may get chickenpox, but not shingles. You may pass the virus to others as long as you have a rash. The virus is spread by direct contact with the fluid from the blisters. Usually, you cannot spread the virus once the blisters dry up.
**Prevention:** A vaccine may be given to adults 60 years of age and older to help prevent shingles. Ask for more information about this vaccine.
**Contact your primary healthcare provider if:**

- You feel weak or have a headache.
- You have a cough, chills, or a fever.
- You have abdominal pain, nausea, or vomiting.
- Your rash becomes more itchy or painful.
- Your rash spreads to other parts of your body.
- Your pain worsens and does not go away even after taking medicine.
- You have questions or concerns about your condition or care.

**Return to the emergency department if:**

- You have painful, red, warm skin around the blisters, or the blisters drain pus.
- Your neck is stiff or you have trouble moving it.
- You have trouble moving your arms, legs, or face.
- You have a seizure.
- You have weakness in an arm or leg.
- You become confused, or have difficulty speaking.

- You have dizziness, a severe headache, hearing or vision loss.

© 2014 Truven Health Analytics Inc. Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

**Level of Service**

PR OFFICE
OUTPATIENT VISIT
25 MINUTES [99214]

**Follow-up and Disposition**

Return in about 3 weeks (around 10/13/2015) for physical.

**All Flowsheet Templates (all recorded)**

Anthropometrics
Custom Formula Data
Encounter Vitals

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99214 | PR OFFICE OUTPATIENT VISIT 25 MINUTES | 9/22/2015 | Andrea W Patton, MD | | 1 |

**Routing History**

There are no sent or routed communications associated with this encounter.

**Other Encounter Related Information**

Allergies & Medications
Problem List
History
Patient-Entered Questionnaires
Vitals

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient-Level Documents:**

Immunizations - Scan on 10/8/2015 12:47 PM : flu vaccine consent form 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:41 AM : disability card information 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:18 AM : FMLA PAPERWORK 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:14 AM : FMLA PAPERWORK 10/8/15

Correspondence - Scan on 9/24/2015 8:08 AM : 09/20/2015 message from patient to dr patton

Miscellaneous Documents - Scan on 6/28/2012 2:26 PM : GENERAL MED/INFO HISTORY

Insurance Card - Scan on 9/19/2015 11:00 AM : AETNA

Other Facility Documents - Scan on 3/20/2015 9:06 AM : RECORDS FROM SONORAN MEDICAL

Immunizations - Scan on 2/12/2015 9:59 AM : flu immunization consent form 2/12/15

Legal Documents - Scan on 1/29/2015 4:45 PM : privacy and communication consent form 1/29/15

Exam Forms - Scan on 1/29/2015 1:27 PM : MEDICAL HISTORY

Release of PHI (Protected Health Information) Request - Scan on 1/29/2015 11:24 AM : Records Request for Sonoran Medical

Exam Forms - Scan on 1/29/2015 10:01 AM : Patient Registration Forms

Insurance Card - Scan on 1/12/2015 10:48 AM : NO LONGER ACTIVE

Insurance Card - Scan on 5/27/2014 2:03 PM : NO LONGER ACTIVE

Insurance Card - Scan on 6/30/2013 9:23 AM : UNITED HEALTHCARE

Miscellaneous Documents - Scan on 6/9/2012 9:07 AM : CONSENT

Photo ID - Scan on 6/9/2012 9:06 AM : AZ DL

Insurance Card - Scan on 6/9/2012 9:06 AM : UNITED HEALTHCARE

**Diagnoses**

Visit Diagnosis Changes
184320 marked as Primary Diagnosis by PATTON, ANDREA (9040), Tue Sep 22, 2015 3:40 PM
Added 184320 by PATTON, ANDREA (9040), Tue Sep 22, 2015 3:40 PM
Added 257726 by PATTON, ANDREA (9040), Tue Sep 22, 2015 3:55 PM
Added 657512 by PATTON, ANDREA (9040), Tue Sep 22, 2015 3:55 PM
Added 331333 by PATTON, ANDREA (9040), Tue Sep 22, 2015 3:55 PM
Added 727666 by PATTON, ANDREA (9040), Tue Sep 22, 2015 3:55 PM

**Ronald D Finley**
**10/8/2015 9:30 AM Office Visit**
**MRN: 2554822**

Description: **Male DOB:**
Provider: **Andrea W Patton, MD**
Department: **CAVE CREEK FAMILY MEDICINE**

**Diagnoses**

**Post herpetic neuralgia** - Primary
SNOMED CT(R): POSTHERPETIC NEURALGIA
Codes: B02.29

**Need for influenza vaccination**
SNOMED CT(R): NEEDS INFLUENZA IMMUNIZATION
Codes: Z23

**Reason for Visit**

**Follow-up**
Reason for Visit History

**Vital Signs - Last Recorded**

| BP | Pulse | Temp(Src) | Resp | Ht | Wt |
|---|---|---|---|---|---|
| 132/79 mmHg | 68 | 98.1 °F (36.7 °C) (Tympanic) | 20 | 5' 9" (1.753 m) | ***249 lb 8 oz (113.172 kg)** |
| BMI | SpO2 | | | | |
| 36.83 kg/m2 | 99% | | | | |

**Progress Notes**

Andrea W Patton, MD at 10/8/2015 9:49 AM

Status: Signed Editor: Andrea W Patton, MD (Physician)

**Allergies as of 10/08/2015 - Review Complete 10/08/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 10/8/15 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • fluticasone (FLONASE) 50 MCG/ACT nasal | 1 spray by Nasal route daily. | 1 Bottle | 2 |
| • montelukast (SINGULAIR) 10 MG tablet | Take 10 mg by mouth nightly. | | |
| • oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet | Take 2 tablets by mouth At bedtime as needed for up to 30 doses for Pain. | 45 tablet | 0 |
| • [DISCONTINUED] oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet | Take 2 tablets by mouth every 8 (eight) hours as needed for up to 30 doses for Pain. | 45 tablet | 0 |

**Subjective:**

**Patient ID:** Ronald D Finley is a 50 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

HPI

Here to follow up shingles. First diagnosis 9/19/15. Reports pain 20% better, however still requiring percocet 2 tablets during the day, ibuprofen 800mg every 6 hours and tylenol PM at night. On percocet 3/10, off percocet 7/10.

Patient also has had dental complication. Abscess in tooth - thought 2/2 shingles. Now requiring antibiotics - extraction of tooth will be scheduled ASAP with bone graft.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |

Review of Systems
HENT: Positive for dental problem **(dental pain)** and ear pain.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Musculoskeletal: Negative.
Skin: Negative. Negative for rash **(resolved).**
Neurological: Positive for numbness **(nerve pain at site of previous shingles rash).**

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**
BP 132/79 mmHg | Pulse 68 | Temp(Src) 98.1 °F (36.7 °C) (Tympanic) | Resp 20 | Ht 5' 9" (1.753 m) | Wt 249 lb 8 oz (113.172 kg) | BMI 36.83 kg/m2 | SpO2 99%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
He has no cervical adenopathy.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and associated orders for this visit:

**Post herpetic neuralgia**
Continued nerve pain 1 month out from initial rash. No improvement with narcotics - unable to work on medication
Trial gabapentin
Percocet night only

FU 3 weeks
See FMLA paperwork (unable to work 2/2 pain and unable to drive on narcotics)

**Other Orders**

- oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet; Take 2 tablets by mouth At bedtime as needed for up to 30 doses for Pain.
- gabapentin (NEURONTIN) 300 MG capsule; Take 1 capsule (300 mg total) by mouth 3 (three) times daily.

Return in about 3 weeks (around 10/29/2015).

Not recorded

**Medications Ordered This Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet**<br>Take 2 tablets by mouth At bedtime as needed for up to 30 doses for Pain. - Oral | 45 tablet | 0 | 10/8/2015 | |
| **gabapentin (NEURONTIN) 300 MG capsule**<br>Take 1 capsule (300 mg total) by mouth 3 (three) times daily. - Oral | 90 capsule | 0 | 10/8/2015 | 10/7/2016 |

**Immunizations Administered During Today's Encounter:**

| Date | Drug Name | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 10/8/15 | Influenza vaccine injection | 0.5 mL | IM | LD | Catherine Hernandez, MA |

**Medications Last Reviewed During Encounter By**

ANDREA W PATTON, MD on 10/8/2015 at 10:14 AM

**Reviewed Medications**

| Outpatient Medications | Ordered On | Status |
|---|---|---|
| **Cetirizine HCl (ZYRTEC PO)** | 1/29/2015 | Taking |
| **fluticasone (FLONASE) 50 MCG/ACT nasal** | 1/12/2015 | Taking |
| **montelukast (SINGULAIR) 10 MG tablet** | 1/29/2015 | Taking |
| **oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet** | 10/8/2015 | Taking |
| **oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet** | 9/22/2015 | Taking (Discontinued) |
| **gabapentin (NEURONTIN) 300 MG capsule** | 10/8/2015 | Not Taking |
| **PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler** | 3/30/2015 | Not Taking |

**Orders Placed This Encounter**

Normal Orders This Visit
Flu vaccine greater than or equal to 18yo IM [IMM122 Custom]

**Immunization Questions 10/8/2015**

| | | Question | Answer | Comment |
|---|---|---|---|---|
| **Influenza vaccine injection** | 10/08/2015 | Was consent obtained and VIS given? | **Consent Given** | |

**Patient Instructions**

Start gabapentin Day 1: 300mg PO daily, Day 3: 300mg PO BID, Day 5: 300mg PO TID. We can increase further if needed - call.

Continue percocet for night use only.

**Level of Service**

**PR OFFICE OUTPATIENT VISIT 15 MINUTES [99213]**

**Follow-up and Disposition**

Return in about 3 weeks (around 10/29/2015).

**All Flowsheet Templates (all recorded)**

Anthropometrics
Custom Formula Data
Encounter Vitals

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | PR OFFICE OUTPATIENT VISIT 15 MINUTES | 10/8/2015 | Andrea W Patton, MD | 25 | 1 |
| 90661 | PR FLU VACCINE, CELL CULTURE, PRESV FREE | 10/8/2015 | Andrea W Patton, MD | | 1 |
| 90471 | PR IMMUNIZ ADMIN,1 SINGLE/COMB VAC/TOXOID | 10/8/2015 | Andrea W Patton, MD | | 1 |

**Routing History**

There are no sent or routed communications associated with this encounter.

**Other Encounter Related Information**

Allergies & Medications
Problem List
History
Patient-Entered Questionnaires
Vitals

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient-Level Documents:**

Immunizations - Scan on 10/8/2015 12:47 PM : flu vaccine consent form 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:41 AM : disability card information 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:18 AM : FMLA PAPERWORK 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:14 AM : FMLA PAPERWORK 10/8/15

Correspondence - Scan on 9/24/2015 8:08 AM : 09/20/2015 message from patient to dr patton

Miscellaneous Documents - Scan on 6/26/2012 2:26 PM : GENERAL MED/INFO HISTORY

Insurance Card - Scan on 9/19/2015 11:00 AM : AETNA

Other Facility Documents - Scan on 3/20/2015 9:06 AM : RECORDS FROM SONORAN MEDICAL

Immunizations - Scan on 2/12/2015 9:59 AM : flu immunization consent form 2/12/15

Legal Documents - Scan on 1/29/2015 4:45 PM : privacy and communication consent form 1/29/15

Exam Forms - Scan on 1/29/2015 1:27 PM : MEDICAL HISTORY

Release of PHI (Protected Health Information) Request - Scan on 1/29/2015 11:24 AM : Records Request for Sonaran Medical

Exam Forms - Scan on 1/29/2015 10:01 AM : Patient Registration Forms

Insurance Card - Scan on 1/12/2015 10:48 AM : NO LONGER ACTIVE

Insurance Card - Scan on 5/27/2014 2:03 PM : NO LONGER ACTIVE

Insurance Card - Scan on 6/30/2013 9:23 AM : UNITED HEALTHCARE

Miscellaneous Documents - Scan on 6/9/2012 9:07 AM : CONSENT

Photo ID - Scan on 6/9/2012 9:06 AM : AZ DL

Insurance Card - Scan on 6/9/2012 9:06 AM : UNITED HEALTHCARE

**Diagnoses**

Visit Diagnosis Changes
203473 marked as Primary Diagnosis by PATTON, ANDREA (9040), Thu Oct 8, 2015 10:14 AM
Added 203473 by PATTON, ANDREA (9040), Thu Oct 8, 2015 10:14 AM
Added 292756 by HERNANDEZ, CATHERINE (918), Thu Oct 8, 2015 10:31 AM {Addendum}

**Ronald D Finley**
**10/29/2015 2:30 PM Office Visit**
**MRN: 2554822**

Description: **Male DOB:**
Provider: **Andrea W Patton, MD**
Department: **CAVE CREEK FAMILY MEDICINE**

**Diagnoses**

**Post herpetic neuralgia** - Primary
SNOMED CT(R): POSTHERPETIC NEURALGIA
Codes: B02.29

**Diarrhea**
SNOMED CT(R): DIARRHEA
Codes: R19.7

**Elevated blood pressure**
SNOMED CT(R): ELEVATED BLOOD PRESSURE
Codes: R03.0

**Reason for Visit**

**Herpes Zoster**
Reason for Visit History

**Vital Signs - Last Recorded**

| BP | Pulse | Temp(Src) | Ht | Wt | BMI |
|---|---|---|---|---|---|
| 138/84 mmHg | 67 | 98.1 °F (36.7 °C) (Tympanic) | 5' 9" (1.753 m) | *249 lb (112.946 kg) | 36.75 kg/m2 |

SpO2
98%

Vitals History

**Progress Notes**

Andrea W Patton, MD at 10/29/2015 2:22 PM

Status: Signed Editor: Andrea W Patton, MD (Physician)

**Allergies as of 10/29/2015 - Review Complete 10/29/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 10/29/15 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • fluticasone (FLONASE) 50 MCG/ACT nasal | 1 spray by Nasal route daily. | 1 Bottle | 2 |
| • gabapentin (NEURONTIN) 300 mg capsule | Take 1 capsule (300 mg total) by mouth 3 (three) times daily. | 90 capsule | 2 |
| • montelukast (SINGULAIR) 10 mg tablet | Take 1 tablet (10 mg total) by mouth nightly. | 90 tablet | 3 |
| • oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet | Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain. | 16 tablet | 0 |
| • PROVENTIL HFA 108 (90 BASE) MCG/ACT Inhaler | INHALE 2 PUFFS BY MOUTH INTO LUNGS EVERY 6 HOURS AS NEEDED FOR WHEEZING | 6.7 g | 0 |
| • [DISCONTINUED] gabapentin (NEURONTIN) 300 MG capsule | Take 1 capsule (300 mg total) by mouth 3 (three) times daily. | 90 capsule | 0 |
| • [DISCONTINUED] montelukast (SINGULAIR) 10 MG tablet | Take 10 mg by mouth nightly. | | |
| • [DISCONTINUED] oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet | Take 2 tablets by mouth At bedtime as needed for up to 30 doses for Pain. | 45 tablet | 0 |

**Subjective:**

**Patient ID:** Ronald D Finley is a 51 y.o. male.

**Chief Complaint**
Patient presents with
- Herpes Zoster

HPI
Here for follow up post herpetic neuralgia from herpes zoster of right. Currently on gabapentin 300mg TID. Some improvement in pain ~ 30%. Using roxicet at night - 4 times a week.

Symptoms today - persistent right ear pain, ringing in ears, fatigue, vertigo/dizziness, nausea, diarrhea, right sided headaches.

Tooth infection - unable to pull 2/2 infection.

Depression/anxiety - patient having anxiety about job.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |

Review of Systems
Constitutional: Positive for fatigue. Negative for fever.
HENT: Positive for dental problem **(dental pain)**, ear pain and tinnitus.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Gastrointestinal: Positive for nausea and diarrhea.
Musculoskeletal: Negative.
Skin: Negative. Negative for rash **(resolved)**.
Neurological: Positive for numbness **(nerve pain at site of previous shingles rash)**.
Psychiatric/Behavioral: The patient is nervous/anxious.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**
BP 138/84 mmHg | Pulse 67 | Temp(Src) 98.1 °F (36.7 °C) (Tympanic) | Ht 5' 9" (1.753 m) | Wt 249 lb (112.946 kg) | BMI 36.75 kg/m2 | SpO2 96%
<u>Physical Exam</u>
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
He has no cervical adenopathy.

Neurological: He is alert. He has normal strength. No cranial nerve deficit or sensory deficit. Coordination normal.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for herpes zoster.

Diagnoses and associated orders for this visit:

**Post herpetic neuralgia**
Vertigo, headaches. Requiring narcotics at night, gabapentin during day.
Unable to drive 2/2 symptoms and medication.
Referral to neurology placed today

**Diarrhea**
Recent Abx, stress. Started with gabapentin
Benign abdominal exam
Start probiotic

**Elevated blood pressure**
Elevated 2/2 pain, pt reports normal in the past. No prior diagnosis HTN
Will check BP log and fu 1 month with log. Consider starting medication if still elevated

**Other Orders**
- montelukast (SINGULAIR) 10 mg tablet; Take 1 tablet (10 mg total) by mouth nightly.
- oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet; Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain.
- gabapentin (NEURONTIN) 300 mg capsule; Take 1 capsule (300 mg total) by mouth 3 (three) times daily.

Return in about 1 month (around 11/29/2015).

Not recorded

**Medications Ordered This Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **montelukast (SINGULAIR) 10 mg tablet**<br>Take 1 tablet (10 mg total) by mouth nightly. - Oral | 90 tablet | 3 | 10/29/2015 | |
| **oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet**<br>Take 1 tablet by mouth At bedtime as needed for up to 30 doses for Pain. - Oral | 16 tablet | 0 | 10/29/2015 | |
| **gabapentin (NEURONTIN) 300 mg capsule**<br>Take 1 capsule (300 mg total) by mouth 3 (three) times daily. - Oral | 90 capsule | 2 | 10/29/2015 | 10/28/2016 |

**Medications Last Reviewed During Encounter By**

ANDREA W PATTON, MD on 10/29/2015 at 2:47 PM

**Reviewed Medications**

| Outpatient Medications | Ordered On | Status |
|---|---|---|
| **Cetirizine HCl (ZYRTEC PO)** | 1/29/2015 | Taking |
| **fluticasone (FLONASE) 50 MCG/ACT nasal** | 1/12/2015 | Taking |
| **gabapentin (NEURONTIN) 300 mg capsule** | 10/29/2015 | Taking |
| **montelukast (SINGULAIR) 10 mg tablet** | 10/29/2015 | Taking |
| **oxyCODONE-acetaminophen (ROXICET) 5-325 mg per tablet** | 10/29/2015 | Taking |
| **PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler** | 3/30/2015 | Taking |
| **gabapentin (NEURONTIN) 300 MG capsule** | 10/8/2015 | Taking (Discontinued) |
| **montelukast (SINGULAIR) 10 MG tablet** | 1/29/2015 | Taking (Discontinued) |
| **oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet** | 10/8/2015 | Taking (Discontinued) |

**Orders Placed This Encounter**

Normal Orders This Visit
Ambulatory referral to Neurology [REF46 Custom]

**Patient Instructions**

Referral to neurology placed

Medications reordered

Follow up with myself or Dr. Bean in 1 month

Monitor Blood pressure at home at least once a day. Bring log to follow up appointment.

**Level of Service**

**PR OFFICE OUTPATIENT VISIT 25 MINUTES [99214]**

**Follow-up and Disposition**

Return in about 1 month (around 11/29/2015).

**All Flowsheet Templates (all recorded)**

Anthropometrics
Custom Formula Data
Encounter Vitals

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99214 | PR OFFICE OUTPATIENT VISIT 25 MINUTES | 10/29/2015 | Andrea W Patton, MD | | 1 |

**Routing History**

There are no sent or routed communications associated with this encounter.

**Other Encounter Related Information**

Allergies & Medications
Problem List
History
Patient-Entered Questionnaires
Vitals

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient-Level Documents:**

Immunizations - Scan on 10/8/2015 12:47 PM : flu vaccine consent form 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:41 AM : disability card information 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:18 AM : FMLA PAPERWORK 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:14 AM : FMLA PAPERWORK 10/8/15

Correspondence - Scan on 9/24/2015 8:08 AM : 09/20/2015 message from patient to dr patton

Miscellaneous Documents - Scan on 6/26/2012 2:26 PM : GENERAL MED/INFO HISTORY

Insurance Card - Scan on 9/19/2015 11:00 AM : AETNA

Other Facility Documents - Scan on 3/20/2015 9:06 AM : RECORDS FROM SONORAN MEDICAL

Immunizations - Scan on 2/12/2015 9:59 AM : flu immunization consent form 2/12/15

Legal Documents - Scan on 1/29/2015 4:45 PM : privacy and communication consent form 1/29/15

Exam Forms - Scan on 1/29/2015 1:27 PM : MEDICAL HISTORY

Release of PHI (Protected Health Information) Request - Scan on 1/29/2015 11:24 AM : Records Request for Sonaran Medical

Exam Forms - Scan on 1/29/2015 10:01 AM : Patient Registration Forms

Insurance Card - Scan on 1/12/2015 10:48 AM : NO LONGER ACTIVE

Insurance Card - Scan on 5/27/2014 2:03 PM : NO LONGER ACTIVE

Insurance Card - Scan on 6/30/2013 9:23 AM : UNITED HEALTHCARE

Miscellaneous Documents - Scan on 6/9/2012 9:07 AM : CONSENT

Photo ID - Scan on 6/9/2012 9:06 AM : AZ DL

Insurance Card - Scan on 6/9/2012 9:06 AM : UNITED HEALTHCARE

**Diagnoses**

Visit Diagnosis Changes
201864 marked as Primary Diagnosis by PATTON, ANDREA (9040), Thu Oct 29, 2015 2:46 PM
Added 201864 by PATTON, ANDREA (9040), Thu Oct 29, 2015 2:46 PM
201864 unflagged as Primary Diagnosis by PATTON, ANDREA (9040), Thu Oct 29, 2015 2:46 PM
Deleted 201864 by PATTON, ANDREA (9040), Thu Oct 29, 2015 2:46 PM
203473 marked as Primary Diagnosis by PATTON, ANDREA (9040), Thu Oct 29, 2015 2:46 PM
Added 203473 by PATTON, ANDREA (9040), Thu Oct 29, 2015 2:46 PM
Added 787.91.ICD-9-CM by PATTON, ANDREA (9040), Thu Oct 29, 2015 2:46 PM
Added 298502 by PATTON, ANDREA (9040), Thu Oct 29, 2015 2:47 PM

Create In Basket Message

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Friday, October 16, 2015 10:41 AM
**To:** 'leavesofabsence@dcsg.com'
**Subject:** Claim # 3530535, RONALD FINLEY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The date of disability is 9/20/2015. The claim has been approved through 11/1/2015. The case manager for this claim is Lisa Plocharczyk. The claim number is 3530535.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (888) 440-6118.

EVERY SEASON STARTS AT DICK'S SPORTING GOODS

345 Court Street, Coraopolis PA 15108
Main Phone: 724-273-3400 Fax: 724-227-1188

GOLF GALAXY

# Attending Physician's Return to Work Form

***Notice to physician & associate:***
***This form must be returned to employer within 24 hours of this office visit.***

**Patient's Name:** Ronald Finley

**Date of Injury/Illness:** 9/19/15

**Nature of Injury/Illness:** Shingles c̄ post herpatic neuralgia

I treated the above patient with respect to the described Injury/Illness on 9/22/15, 10/8/15 **(date)**

**Comments:**

**Diagnosis:** Post herpatic neuralgia requiring narcotics

Based on the patient's current medical condition, the patient:

- ☐ May return to regular work (with no limitations) on ____________
- ☒ Is temporarily disabled at this time.
- ☐ May return to work on ____________ with the following limitations:
  - ○ No lifting over ______ lbs
  - ○ No pushing/pulling over ______ lbs
  - ○ No reaching over shoulder level
  - ○ No kneeling or squatting
  - ○ No climbing of stairs/ladders
  - ○ Should be sitting ______% of time
  - ○ Limited use of ____________
  - ○ No use of ____________
  - ○ No repetitive bending of ______

**Length of restrictions:**

- ☐ Associate may resume regular duties on ____________
- ☒ Associate will be re-evaluated on 3 weeks
- ☐ Next scheduled appointment date/time ____________

[signature]
**Physician's Signature** ***(required)***

10/8/15
**Date** ***(required)***

Andrea Patton, MD
**Print Physician's Name** ***(required)***

CAVE CREEK FAMILY MEDICINE
20330 N. CAVE CREEK RD., SUITE 160
PHOENIX, AZ 85024-1280
**Physician's Address** ***(required)***

602-730-8443
**Physician's Telephone Number** ***(required)***

2010

## PART B: AMOUNT OF LEAVE NEEDED (continued)

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? __X__No ______Yes once initial pain resolves

   Is it medically necessary for the employee to be absent from work during the flare-ups?

   _____No _____Yes. If yes, explain: ________________________________________

   Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

   Frequency: ______ times per ______weeks(s) ________months(s)

   Duration: _______ hours or _____day(s) per episode

Additional Comments: ______________________________________________________

Andrea Patton, MD

**Name of Health Care Provider (written)**

[signature]

**Signature of Health Care Provider**

10/8/15

**Date**

**PART A: MEDICAL FACTS**

1. Approximate date condition commenced: 9/19/15

   Probable duration of condition: unknown 8-12 weeks guess

   Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
   X No ____Yes. If yes, list dates of admission: ____

   Date(s) you treated the patient for condition: 9/22/15, 10/6/15

   Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
   X No ____Yes. If yes, state the nature of such treatments and expected duration of treatment: ____

2. Is the medical condition pregnancy? X No ____Yes. If so, expected delivery date: ____

3. Is the employee unable to perform any of his/her job functions due to the condition: ____No X Yes

   If yes, identify the job functions the employee is unable to perform: jobs requiring concentration, driving on narcotics, vertigo

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis or any regimen of continuing treatment such as the use of specialized equipment).

   shingles complicated by severe post herpetic neuralgia

**PART B: AMOUNT OF LEAVE NEEDED**

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ____No X Yes

   If yes, estimate the beginning and ending dates for the period of incapacity: 9/19/15 – current

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ____No X Yes.

   If yes, are the treatments or the reduced number of hours of work medically necessary? ____No X Yes

   Estimated treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment including the recovery period: every 2-3 week

   Estimate the part-time or reduced work schedule for the employee needs, if any:

   ____hours(s) per day; ____days per week from ____through____

 CONTINUED ON NEXT PAGE 

# Medical Certification Form
# Employee's Serious Health Condition

(to be completed by attending physician)

EVERY SEASON STARTS AT DICK'S SPORTING GOODS. GOLF GALAXY

345 Court Street, Coraopolis PA 15108
Phone: (724) 273-4331 Fax: (724 227-1188

Employee Name: **Ronald Finley**

Employer name and contact: DICK'S Sporting Goods/Golf Galaxy 724-273-4331 (ph) 724-227-1188 (fax)

Employee's Job Title: Store Manager

Check if job description is attached: ______

**For Completion by the Health Care Provider:**
INSTRUCTIONS to the HEALTH CARE PROVIDER: Your patient has requested a medical leave of absence. Fully complete all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. You answer should be your best estimate based upon your medical knowledge, experience and examination of the patient. Limit your responses to the condition for which the employee is seeking leave. Please be sure to sign the form on the last page.

Provider's name and business address: Andrea Patton

CAVE CREEK FAMILY MEDICINE
20330 N. CAVE CREEK RD., SUITE 160
PHOENIX, AZ 85024-1280

Type of practice/medical specialty: Family Practice

Telephone: (602) 730-8443 Fax: (602) 730-8444

**Important Disclosure Notices:** GINA prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of employees or their family members with certain exceptions including requests for family medical history to comply with the certification provisions of the FMLA or State or local family and medical leave laws, or pursuant to a policy (even in the absence of requirements of Federal, State, or local leave laws) that permits the use of leave to care for a sick family member and that requires all employees to provide information about the health condition of the family member to substantiate the need for leave". If this exception provision is not applicable in your case, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

 CONTINUED ON NEXT PAGE 

Liberty Mutual.

# Reporting Your Disability Claim by Phone

The Short-Term Disability Plan is sponsored in partnership with Liberty Mutual. **Telephonic claim reporting** services are provided by Liberty Life Assurance Company of Boston, a member of the Liberty Mutual Group.

The disability management procedures give you the information and support you need to quickly and efficiently apply for short-term disability benefits should you become disabled. Our partnership with Liberty Mutual Group offers associates direct access to the claims resources as well as state-of-the-art technology and medical protocols. Reporting claims is simple. *You can call 24 hours a day, 7 days a week. Just follow the steps below.*

## When Do I Report a Claim?

You may report a claim up to 2 weeks in advance of a planned disability absence (such as childbirth or prescheduled surgery) **OR** as soon as you think your absence from work (due to injury or illness) may extend beyond 7 days. If you have an unexpected illness or injury, report your claim as soon as possible.

## How Do I Report a Claim?

A wallet card is attached – see below. Cut out and place this card in your wallet for when you have a disability claim.

1. Report your absence to your manager
2. See your physician or medical care provider

   ***Note: Liberty requires your physician to provide information about your medical condition. If this information cannot be obtained, benefits may be delayed.***
3. Make a photocopy of the **Disability Authorization Card** at your physician's office. Sign and date the copy and leave it with your physician or medical care provider.
4. Call the toll-free number: **1-800-255-3910 OR** submit your claim via our website: **www.MyLibertyConnection.com**

   **Claimant Service ID:** SPORTS **Your PIN:** Your SSN (no spaces or punctuation)

## What Information Do I need to Provide?

- Your name and SSN
- Your complete address and phone number
- Your physician or medical care provider's name & phone number
- Your last day worked and first day absent from work because of the medical condition
- You are employed by Dick's Sporting Goods

You will also be asked additional questions about yourself, your Physician or medical care provider and your medical condition.

## Will I Receive Verification of my Claim?

You'll receive your claim number and the telephone number of your Liberty Claim Team. Have a pen and paper ready.

You can also view the status of your claim online at: www.mylibertyclaimstatus.com. You will need your claim number.

## Family Medical Leave Act (FMLA)

Short-term disability & FMLA are tracked concurrently, which means that an absence due to illness or injury that qualifies you for short-term disability payments will also be counted as leave covered by FMLA. You will be sent notification of your eligibility for FMLA under separate cover from the Benefits Department.

---

Liberty Mutual. **Company ID:** 08-025155

**DISABILITY AUTHORIZATION CARD**

If you are disabled due to an injury or an illness, or are hospitalized for more than 7 consecutive days,

SIMPLY CALL: 1-800-255-3910
to be connected to a Customer Service Representative.

Or you may submit your claim via our website at **www.mylibertyclaim.com**
Claimant Service ID: *SPORTS*
Your PIN: Your SSN (no spaces or punctuation)

**You will also need to make a photocopy of the back of this authorization card at your physician or medical care provider's office. Sign and date the copy and leave it with your physician or medical care provider.**

---

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

**Authorization to Release Information**

I authorize any licensed physician or medical care provider having information available with respect to any physical or mental condition and/or treatment of me, to give any and all information to the particular Company within the Liberty Mutual Group of companies and/or Plan Sponsor to which I am submitting a claim. I understand that the information obtained by use of this Authorization will be used by the Company to determine eligibility for benefits. This Authorization is valid for the duration of my claims. I know that I may request a copy of this Authorization and I agree that a photographic copy shall be as valid as the original.

[signature] 10·8·15

Employee's signature Date

# fax

| | | | |
|---|---|---|---|
| TO: | Lisa Plocharczyk | FROM: | Ronald Finley |
| FAX: | 603-422-0117 | PAGES: | 6 |
| PHONE: | 888-440-6118 x 10370 | DATE: | 10/13/2015 |
| RE: | Short Term Disability Claim | CC: | |

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply ☐ Please Recycle

Comments:

Ronald D Finley

Claim #3530535

Dicks Sporting Goods

HONORHEALTH

Medical Group
Cave Creek Location
20330 N Cave Creek Rd #160
Phoenix, Arizona 85024

Corina Veatch, MD
Andrea Patton, MD
Matthew Bean, MD

# FACSIMILE

Date: 10-13-15
Patient: Ronald Finley
DOB: ____
Number of Pages **Including** cover sheet: ____

This facsimile message is confidential information intended only for the use of the individual or entity named below. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that all dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at the number listed below.

**To:** Lisa Plocharczyk

**Telephone#:** ____ **Ext:** ____

**Fax #:** 603-422-0117

**From:** Leonda

**Telephone:** 602-730-8443

**Fax #:** 602-730-8444

EVERY SEASON STARTS AT DICK'S SPORTING GOODS

345 Court Street, Coraopolis PA 15108
Main Phone: 724-273-3400 Fax: 724-227-1188

GOLF GALAXY

# Attending Physician's Return to Work Form

***Notice to physician & associate:***
***This form must be returned to employer within 24 hours of this office visit.***

**Patient's Name:** Ronald Finley

**Date of Injury/Illness:** 9/19/15

**Nature of Injury/Illness:** Shingles c̄ post herpatic neuralgia

I treated the above patient with respect to the described Injury/Illness on 9/22/15, 10/6/15 (date)

**Comments:**

**Diagnosis:** Post herpatic neuralgia requiring narcotics

Based on the patient's current medical condition, the patient:

- ☐ May return to regular work (with no limitations) on ____________
- ☒ Is temporarily disabled at this time.
- ☐ May return to work on ____________, with the following limitations:
  - ○ No lifting over ______ lbs
  - ○ No pushing/pulling over ______ lbs
  - ○ No reaching over shoulder level
  - ○ No kneeling or squatting
  - ○ No climbing of stairs/ladders
  - ○ Should be sitting ______% of time
  - ○ Limited use of ____________
  - ○ No use of ____________
  - ○ No repetitive bending of ____________

**Length of restrictions:**

- ☐ Associate may resume regular duties on ____________
- ☒ Associate will be re-evaluated on 3 weeks
- ☐ Next scheduled appointment date/time ____________

[signature]
**Physician's Signature *(required)***

**Date *(required)***: 10/6/15

Andrea Patton, MD
**Print Physician's Name *(required)***

CAVE CREEK FAMILY MEDICINE
20330 N. CAVE CREEK RD., SUITE 160
PHOENIX, AZ 85024-1280
**Physician's Address**

602-730 8443
**Physician's Telephone Number *(required)***

2010

EVERY SEASON STARTS AT DICK'S SPORTING GOODS
GOLF GALAXY
345 Court Street, Coraopolis PA 15108
Phone: (724) 273-4331 Fax: (724 227-1188

# Medical Certification Form
## Employee's Serious Health Condition
(to be completed by attending physician)

Employee Name: **Ronald Finley**

Employer name and contact: DICK'S Sporting Goods/Golf Galaxy 724-273-4331 (ph) 724-227-1188 (fax)

Employee's Job Title: Store Manager

Check if job description is attached: ____

**For Completion by the Health Care Provider:**
INSTRUCTIONS to the HEALTH CARE PROVIDER: Your patient has requested a medical leave of absence. Fully complete all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. You answer should be your best estimate based upon your medical knowledge, experience and examination of the patient. Limit your responses to the condition for which the employee is seeking leave. Please be sure to sign the form on the last page.

Provider's name and business address: Andrea Patton
CAVE CREEK FAMILY MEDICINE
20330 N. CAVE CREEK RD., SUITE 160
PHOENIX, AZ 85024-1280

Type of practice/medical specialty: Family Practice

Telephone: (602) 730-8443 Fax: (602) 730-8444

**Important Disclosure Notices:** GINA prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of employees or their family members with certain exceptions including requests for family medical history to comply with the certification provisions of the FMLA or State or local family and medical leave laws, or pursuant to a policy (even in the absence of requirements of Federal, State, or local leave laws) that permits the use of leave to care for a sick family member and that requires all employees to provide information about the health condition of the family member to substantiate the need for leave". If this exception provision is not applicable in your case, we are asking that you not provide any genetic information when responding to this request for medical information. 'Genetic information,' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

 CONTINUED ON NEXT PAGE 

**PART A: MEDICAL FACTS**

1. Approximate date condition commenced: 9/19/15

   Probable duration of condition: unknown 8-12 weeks guess

   Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
   X No ___ Yes. If yes, list dates of admission: ___

   Date(s) you treated the patient for condition: 9/22/15, 10/6/15

   Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
   X No ___ Yes. If yes, state the nature of such treatments and expected duration of treatment: ___

2. Is the medical condition pregnancy? X No ___ Yes. If so, expected delivery date: ___

3. Is the employee unable to perform any of his/her job functions due to the condition: ___ No X Yes

   If yes, identify the job functions the employee is unable to perform: jobs requiring concentration, driving on narcotics, vertigo

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis or any regimen of continuing treatment such as the use of specialized equipment).

   shingles complicated by severe post herpatic neuralgia

**PART B: AMOUNT OF LEAVE NEEDED**

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___ No X Yes

   If yes, estimate the beginning and ending dates for the period of incapacity: 9/19/15 - current

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ___ No X Yes.

   If yes, are the treatments or the reduced number of hours of work medically necessary? ___ No X Yes

   Estimated treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment including the recovery period: every 2-3 week

   Estimate the part-time or reduced work schedule for the employee needs, if any:

   ___ hours(s) per day; ___ days per week from ___ through ___

 CONTINUED ON NEXT PAGE 

**PART B: AMOUNT OF LEAVE NEEDED (continued)**

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? _X_No ____Yes once initial pain resolves

Is it medically necessary for the employee to be absent from work during the flare-ups?

____No ____Yes. If yes, explain: ________________________________

Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

Frequency: ______ times per ______weeks(s) ________months(s)

Duration: _______ hours or _____day(s) per episode

Additional Comments: ________________________________

Andrea Patton, MD
**Name of Health Care Provider (written)**

[signature]
**Signature of Health Care Provider**

10/8/15
**Date**

**Ronald D Finley**
**10/8/2015 9:30 AM Office Visit**
**MRN: 2554822**

Description: **Male DOB:**
Provider: **Andrea W Patton, MD**
Department: **CAVE CREEK FAMILY MEDICINE**

**Diagnoses**

**Post herpetic neuralgia** - Primary
SNOMED CT(R): POSTHERPETIC NEURALGIA
Codes: B02.29

**Need for influenza vaccination**
SNOMED CT(R): NEEDS INFLUENZA IMMUNIZATION
Codes: Z23

**Reason for Visit**

**Follow-up**
Reason for Visit History

**Vital Signs - Last Recorded**

| BP | Pulse | Temp(Src) | Resp | Ht | Wt |
|---|---|---|---|---|---|
| 132/79 mmHg | 68 | 98.1 °F (36.7 °C) (Tympanic) | 20 | 5' 9" (1.753 m) | ↑249 lb 6 oz (113.172 kg) |

| BMI | SpO2 |
|---|---|
| 36.83 kg/m2 | 99% |

**Progress Notes**

Andrea W Patton, MD at 10/8/2015 9:49 AM

Status: Signed Editor: Andrea W Patton, MD (Physician)

**Allergies as of 10/08/2015 - Review Complete 10/08/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 10/8/15 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • Cetirizine HCl (ZYRTEC PO) | Take by mouth. | | |
| • fluticasone (FLONASE) 50 MCG/ACT nasal | 1 spray by Nasal route daily. | 1 Bottle | 2 |
| • montelukast (SINGULAIR) 10 MG tablet | Take 10 mg by mouth nightly. | | |
| • oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet | Take 2 tablets by mouth At bedtime as needed for up to 30 doses for Pain. | 45 tablet | 0 |
| • [DISCONTINUED] oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet | Take 2 tablets by mouth every 8 (eight) hours as needed for up to 30 doses for Pain. | 45 tablet | 0 |

**Subjective:** [illegible]

**Patient ID:** Ronald D Finley is a 50 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

HPI

Here to follow up shingles. First diagnosis 9/19/15. Reports pain 20% better, however still requiring percocet 2 tablets during the day, ibuprofen 800mg every 6 hours and tylenol PM at night. On percocet 3/10, off percocet 7/10.

Patient also has had dental complication. Abscess in tooth - thought 2/2 shingles. Now requiring antibiotics - extraction of tooth will be scheduled ASAP with bone graft.

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
| --- | --- |
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |

Review of Systems
HENT: Positive for dental problem **(dental pain)** and ear pain.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Musculoskeletal: Negative.
Skin: Negative. Negative for rash **(resolved).**
Neurological: Positive for numbness **(nerve pain at site of previous shingles rash).**

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**
BP 132/79 mmHg | Pulse 68 | Temp(Src) 98.1 °F (36.7 °C) (Tympanic) | Resp 20 | Ht 5' 9" (1.753 m) | Wt 249 lb 8 oz (113.172 kg) | BMI 36.83 kg/m2 | SpO2 99%
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
He has no cervical adenopathy.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and associated orders for this visit:

**Post herpetic neuralgia**
Continued nerve pain 1 month out from initial rash. No improvement with narcotics - unable to work on medication
Trial gabapentin
Percocet night only

FU 3 weeks
See FMLA paperwork (unable to work 2/2 pain and unable to drive on narcotics)

**Other Orders**

- oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet; Take 2 tablets by mouth At bedtime as needed for up to 30 doses for Pain.
- gabapentin (NEURONTIN) 300 MG capsule; Take 1 capsule (300 mg total) by mouth 3 (three) times daily.

Return in about 3 weeks (around 10/29/2015).

Not recorded

**Medications Ordered This Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet** | 45 tablet | 0 | 10/8/2015 | |
| Take 2 tablets by mouth At bedtime as needed for up to 30 doses for Pain. - Oral | | | | |
| **gabapentin (NEURONTIN) 300 MG capsule** | 90 capsule | 0 | 10/8/2015 | 10/7/2016 |
| Take 1 capsule (300 mg total) by mouth 3 (three) times daily. - Oral | | | | |

**Immunizations Administered During Today's Encounter:**

| Date | Drug Name | Dose | Route | Site | Given By |
|---|---|---|---|---|---|
| 10/8/15 | Influenza vaccine injection | 0.5 mL | IM | LD | Catherine Hernandez, MA |

**Medications Last Reviewed During Encounter By**

ANDREA W PATTON, MD on 10/8/2015 at 10:14 AM

**Reviewed Medications**

| Outpatient Medications | Ordered On | Status |
|---|---|---|
| **Cetirizine HCl (ZYRTEC PO)** | 1/29/2015 | Taking |
| **fluticasone (FLONASE) 50 MCG/ACT nasal** | 1/12/2015 | Taking |
| **montelukast (SINGULAIR) 10 MG tablet** | 1/29/2015 | Taking |
| **oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet** | 10/8/2015 | Taking |
| **oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet** | 9/22/2015 | Taking (Discontinued) |
| **gabapentin (NEURONTIN) 300 MG capsule** | 10/8/2015 | Not Taking |
| **PROVENTIL HFA 108 (90 BASE) MCG/ACT inhaler** | 3/30/2015 | Not Taking |

**Orders Placed This Encounter**

Normal Orders This Visit
Flu vaccine greater than or equal to 18yo IM [IMM122 Custom]

**Immunization Questions 10/8/2015**

| | | Question | Answer | Comment |
|---|---|---|---|---|
| **Influenza vaccine injection** | 10/08/2015 | Was consent obtained and VIS given? | **Consent Given** | |

**Patient Instructions**

Start gabapentin Day 1: 300mg PO daily, Day 3: 300mg PO BID, Day 5: 300mg PO TID. We can increase further if needed - call.

Continue percocet for night use only.

**Level of Service**

**PR OFFICE OUTPATIENT VISIT 15 MINUTES [99213]**

**Follow-up and Disposition**

Return in about 3 weeks (around 10/29/2015).

**All Flowsheet Templates (all recorded)**

Anthropometrics
Custom Formula Data
Encounter Vitals

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99213 | PR OFFICE OUTPATIENT VISIT 15 MINUTES | 10/8/2015 | Andrea W Patton, MD | 25 | 1 |
| 90661 | PR FLU VACCINE, CELL CULTURE, PRESV FREE | 10/8/2015 | Andrea W Patton, MD | | 1 |
| 90471 | PR IMMUNIZ ADMIN,1 SINGLE/COMB VAC/TOXOID | 10/8/2015 | Andrea W Patton, MD | | 1 |

**Routing History**

There are no sent or routed communications associated with this encounter.

**Other Encounter Related Information**

Allergies & Medications
Problem List
History
Patient-Entered Questionnaires
Vitals

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient-Level Documents:**

Immunizations - Scan on 10/8/2015 12:47 PM : flu vaccine consent form 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:41 AM : disability card information 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:18 AM : FMLA PAPERWORK 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:14 AM : FMLA PAPERWORK 10/8/15

Correspondence - Scan on 9/24/2015 8:08 AM : 09/20/2015 message from patient to dr patton

Miscellaneous Documents - Scan on 6/26/2012 2:26 PM : GENERAL MED/INFO HISTORY

Insurance Card - Scan on 9/19/2015 11:00 AM : AETNA

Other Facility Documents - Scan on 3/20/2015 9:06 AM : RECORDS FROM SONORAN MEDICAL

Immunizations - Scan on 2/12/2015 9:59 AM : flu immunization consent form 2/12/15

Legal Documents - Scan on 1/29/2015 4:45 PM : privacy and communication consent form 1/29/15

Exam Forms - Scan on 1/29/2015 1:27 PM : MEDICAL HISTORY

Release of PHI (Protected Health Information) Request - Scan on 1/29/2015 11:24 AM : Records Request for Sonaran Medical

Exam Forms - Scan on 1/29/2015 10:01 AM : Patient Registration Forms

Insurance Card - Scan on 1/12/2015 10:48 AM : NO LONGER ACTIVE

Insurance Card - Scan on 5/27/2014 2:03 PM : NO LONGER ACTIVE

Insurance Card - Scan on 6/30/2013 9:23 AM : UNITED HEALTHCARE

Miscellaneous Documents - Scan on 6/9/2012 9:07 AM : CONSENT

Photo ID - Scan on 6/9/2012 9:06 AM : AZ DL

Insurance Card - Scan on 6/9/2012 9:06 AM : UNITED HEALTHCARE

**Diagnoses**

Visit Diagnosis Changes
203473 marked as Primary Diagnosis by PATTON, ANDREA (9040), Thu Oct 8, 2015 10:14 AM
Added 203473 by PATTON, ANDREA (9040), Thu Oct 8, 2015 10:14 AM
Added 292758 by HERNANDEZ, CATHERINE (918), Thu Oct 8, 2015 10:31 AM {Addendum}

**Ronald D Finley**
**9/22/2015 3:30 PM Office Visit**
**MRN: 2554822**

Description: **Male DOB:**
Provider: **Andrea W Patton, MD**
Department: **CAVE CREEK FAMILY MEDICINE**

**Diagnoses**

**Shingles** - Primary
SNOMED CT(R): HERPES ZOSTER
Codes: 053.9

**Elevated cholesterol**
SNOMED CT(R): HYPERCHOLESTEROLEMIA
Codes: 272.0

**Low testosterone**
SNOMED CT(R): DECREASED TESTOSTERONE LEVEL
Codes: 257.2

**Prediabetes**
SNOMED CT(R): IMPAIRED GLUCOSE TOLERANCE
Codes: 790.29

**Vitamin D deficiency**
SNOMED CT(R): VITAMIN D DEFICIENCY
Codes: 268.9

**Reason for Visit**

**Follow-up**
Reason for Visit History

**Vital Signs - Last Recorded**

| BP | Pulse | Temp(Src) | Ht | Wt | BMI |
|---|---|---|---|---|---|
| 144/74 mmHg | 65 | 98.2 °F (36.8 °C) (Tympanic) | 5' 9" (1.753 m) | ↑ **250 lb (113.399 kg)** | 36.90 kg/m2 |
| SpO2 97% | | | | | |

**Progress Notes**

Andrea W Patton, MD at 9/22/2015 3:41 PM
Status: Signed Editor: Andrea W Patton, MD (Physician)

**Allergies as of 09/22/2015 - Review Complete 09/22/2015**

| Allergen | Reaction | Noted |
|---|---|---|
| • Codeine | Nausea And Vomiting | 05/27/2014 |
| • Penicillins | | 06/09/2012 |
| • Amoxicillin | Rash | 05/27/2014 |

**Outpatient Prescriptions Marked as Taking for the 9/22/15 encounter (Office Visit) with Andrea W Patton, MD**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • famciclovir (FAMVIR) 500 MG tablet | Take 1 tablet (500 mg total) by mouth 3 (three) times daily for 7 days. | 21 tablet | 0 |
| • fluticasone (FLONASE) 50 MCG/ACT nasal | 1 spray by Nasal route daily. | 1 Bottle | 2 |
| • ibuprofen (ADVIL,MOTRIN) 800 MG tablet | Take 1 tablet (800 mg total) by mouth every 6 (six) hours as needed for up to 10 days for Pain. | 30 tablet | 0 |
| • methylPREDNIsolone (MEDROL DOSPACK) 4 MG tablet | Dispense one DOSEPACK to be taken as directed by prescriber. | 1 kit | 0 |
| • montelukast (SINGULAIR) 10 MG tablet | Take 10 mg by mouth nightly. | | |

**Subjective:**

**Patient ID:** Ronald D Finley is a 50 y.o. male.

**Chief Complaint**
Patient presents with
- Follow-up

HPI

Here to fu ED visit. Diagnosed with shingles. Initially started on famciclovir 500mg BID and last week back to ED started on percocet and steroid.
Today stopped percocet pain 7/10. On percocet pain 0/10. Unable to drive 2/2 narcotic use.

Pt reports has had significant increase in stress with new job (driving to Prescott daily.)
**Vitamin D deficiency**
2/2015 Vit D 15.7
Has been taking 2K. 3/17/15 Increase to 50K for 12 weeks, then recheck
9/15 recheck

**Prediabetes**
2/2015 Glucose 106 HgA1C: 6.1 (old records 7/2014 5.7, + microalbumin)
Discussed diet and weight loss
Referral to nutritionist
9/15 recheck labs

**Low testosterone**
3/2015 302, will recheck testosterone, refer to urology if > 300
9/15 recheck

**Elevated cholesterol**
2/2015 TC: 220 Trig:90 HDL:54 LDL:148
ASCVD Risk Calculator: 9.6%
Diet and exercise for 3 month trial
9/15 recheck

**Patient Active Problem List**

| Diagnosis | SNOMED CT(R) |
|---|---|
| • Prediabetes | IMPAIRED GLUCOSE TOLERANCE |
| • Elevated cholesterol | HYPERCHOLESTEROLEMIA |
| • Vitamin D deficiency | VITAMIN D DEFICIENCY |
| • Low testosterone | DECREASED TESTOSTERONE LEVEL |

Review of Systems
HENT: Positive for dental problem **(dental pain)** and ear pain.
Eyes: Negative.
Respiratory: Negative.
Cardiovascular: Negative.
Musculoskeletal: Negative.
Skin: Negative. Negative for rash **(resolved)**.
Neurological: Positive for numbness **(nerve pain at site of previous shingles rash)**.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history and problem list.

**Objective:**
BP 144/74 mmHg | Pulse 65 | Temp(Src) 98.2 °F (36.8 °C) (Tympanic) | Ht 5' 9" (1.753 m) | Wt 250 lb (113.399 kg) | BMI 36.90 kg/m2 | SpO2 97%
Physical Exam

Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Mouth/Throat: Oropharynx is clear and moist. No oropharyngeal exudate.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal.
Musculoskeletal: Normal range of motion.
Lymphadenopathy:
He has no cervical adenopathy.
Skin: Skin is warm. No rash **(no longer visible - mild erythema in scalp at area of previous rash per pt)** noted.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.
Nursing note and vitals reviewed.

**Assessment & Plan**

Ronald was seen today for follow-up.

Diagnoses and associated orders for this visit:

**Shingles**
Refill narcotic . Will only provide 2 week course (and should last longer as pt should attempt wean ASAP) At fu consider topical

For below due for repeat labs for all chronic conditions. Pt reports stable
**Elevated cholesterol**
- Lipid Panel
- Comprehensive Metabolic Panel

**Low testosterone**
- Testosterone

**Prediabetes**
- Hemoglobin A1c

**Vitamin D deficiency**
- Vitamin D 25 Hydroxy

**Other Orders**
- oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet; Take 2 tablets by mouth every 8 (eight) hours as needed for up to 30 doses for Pain.

Return in about 3 weeks (around 10/13/2015) for physical.

Not recorded

**Medications Ordered This Encounter**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet (Discontinued)** | 45 tablet | 0 | 9/22/2015 | 10/6/2015 |

Take 2 tablets by mouth every 8 (eight) hours as needed for up to 30 doses for Pain. - Oral
Reason for Discontinue: **Reorder**

**Medications Last Reviewed During Encounter By**

ANDREA W PATTON, MD on 9/22/2015 at 4:00 PM

**Reviewed Medications**

| Outpatient Medications | Ordered On | Status |
|---|---|---|
| **famciclovir (FAMVIR) 500 MG tablet** | 9/19/2015 | Taking |
| **fluticasone (FLONASE) 50 MCG/ACT nasal** | 1/12/2015 | Taking |
| **ibuprofen (ADVIL,MOTRIN) 800 MG tablet** | 9/20/2015 | Taking |
| **methylPREDNIsolone (MEDROL DOSPACK) 4 MG tablet** | 9/20/2015 | Taking |
| **montelukast (SINGULAIR) 10 MG tablet** | 1/29/2015 | Taking |
| **Cetirizine HCl (ZYRTEC PO)** | 1/29/2015 | Not Taking |
| **oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet** | 9/22/2015 | Not Taking |
| **PROVENTIL HFA 108 (90 BASE) MCG/ACT Inhaler** | 3/30/2015 | Not Taking |
| **oxyCODONE-acetaminophen (ROXICET) 5-325 MG per tablet** | 9/20/2015 | Not Taking (Discontinued) |

**Orders Placed This Encounter**

Normal Orders This Visit
Comprehensive Metabolic Panel [LAB17 Custom]
Hemoglobin A1c [LAB90 Custom]
Lipid Panel [LAB18 Custom]
Testosterone [LAB124 Custom]
Vitamin D 25 Hydroxy [LAB535 Custom]
**Results are available for this encounter**

**Patient Instructions**

**Herpes Zoster**

**WHAT YOU SHOULD KNOW:**

Herpes zoster (HZ) is also called shingles. It is an infection caused by the same virus that causes chickenpox (varicella-zoster virus). After you get chickenpox, the virus stays in your body for several years without causing any symptoms. HZ occurs when the virus becomes active again. Once active, the virus will travel along a nerve to your skin and cause a rash.



Shingles ©ADAM.

**INSTRUCTIONS:**
**Medicines:**

- **Antiviral medicine:** These help decrease symptoms and healing time. They may also decrease your risk of developing nerve pain. You will need to start taking them within 3 days of the start of symptoms to prevent nerve pain.
- **Pain medicine:** You may need NSAIDs, acetaminophen, or opioid medicine depending on how much pain you are in.
- **Topical anesthetics:** These are used to numb the skin and decrease pain. They can be used as a cream, gel, spray, or patch.
- **Anticonvulsants:** These decrease nerve pain and may help you sleep at night.
- **Antidepressants:** These may also be used to decrease nerve pain.

**Follow up with your healthcare provider as directed:** Write down your questions so you remember to ask them during your visits.
**Self-care:** Keep your rash clean and dry. Cover your rash with a bandage or clothing. Do not use bandages that stick to your skin. The sticky part may irritate your skin and make your rash last longer.
**Prevent the spread of herpes zoster:** The virus can be passed to a person who has never had chickenpox. This person may get chickenpox, but not shingles. You may pass the virus to others as long as you have a rash. The virus is spread by direct contact with the fluid from the blisters. Usually, you cannot spread the virus once the blisters dry up.
**Prevention:** A vaccine may be given to adults 50 years of age and older to help prevent shingles. Ask for more information about this vaccine.
**Contact your primary healthcare provider if:**

- You feel weak or have a headache.
- You have a cough, chills, or a fever.
- You have abdominal pain, nausea, or vomiting.
- Your rash becomes more itchy or painful.
- Your rash spreads to other parts of your body.
- Your pain worsens and does not go away even after taking medicine.
- You have questions or concerns about your condition or care.

**Return to the emergency department if:**

- You have painful, red, warm skin around the blisters, or the blisters drain pus.
- Your neck is stiff or you have trouble moving it.
- You have trouble moving your arms, legs, or face.
- You have a seizure.
- You have weakness in an arm or leg.
- You become confused, or have difficulty speaking.

- You have dizziness, a severe headache, hearing or vision loss.

© 2014 Truven Health Analytics Inc. Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or Truven Health Analytics.
The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

**Level of Service**

**PR OFFICE**
**OUTPATIENT VISIT**
**25 MINUTES [99214]**

**Follow-up and Disposition**

Return in about 3 weeks (around 10/13/2015) for physical.

**All Flowsheet Templates (all recorded)**

Anthropometrics
Custom Formula Data
Encounter Vitals

**All Charges for This Encounter**

| Code | Description | Service Date | Service Provider | Modifiers | Qty |
|---|---|---|---|---|---|
| 99214 | PR OFFICE OUTPATIENT VISIT 25 MINUTES | 9/22/2015 | Andrea W Patton, MD | | 1 |

**Routing History**

There are no sent or routed communications associated with this encounter.

**Other Encounter Related Information**

Allergies & Medications
Problem List
History
Patient-Entered Questionnaires
Vitals

**Encounter-Level Documents:**

There are no encounter-level documents.

**Order-Level Documents:**

There are no order-level documents.

**Patient-Level Documents:**

Immunizations - Scan on 10/8/2015 12:47 PM : flu vaccine consent form 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:41 AM : disability card information 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:18 AM : FMLA PAPERWORK 10/8/15

FMLA/Disability - Scan on 10/8/2015 10:14 AM : FMLA PAPERWORK 10/8/15

Correspondence - Scan on 9/24/2015 8:08 AM : 09/20/2015 message from patient to dr patton

Miscellaneous Documents - Scan on 6/26/2012 2:26 PM : GENERAL MED/INFO HISTORY

Insurance Card - Scan on 9/19/2015 11:00 AM : AETNA

Other Facility Documents - Scan on 3/20/2015 8:06 AM : RECORDS FROM SONORAN MEDICAL

Immunizations - Scan on 2/12/2015 9:59 AM : flu immunization consent form 2/12/15

Legal Documents - Scan on 1/29/2015 4:45 PM : privacy and communication consent form 1/29/15

Exam Forms - Scan on 1/29/2015 1:27 PM : MEDICAL HISTORY

Release of PHI (Protected Health Information) Request - Scan on 1/29/2015 11:24 AM : Records Request for Sonaran Medical

Exam Forms - Scan on 1/29/2015 10:01 AM : Patient Registration Forms

Insurance Card - Scan on 1/12/2015 10:48 AM : NO LONGER ACTIVE

Insurance Card - Scan on 5/27/2014 2:03 PM : NO LONGER ACTIVE

Insurance Card - Scan on 6/30/2013 9:23 AM : UNITED HEALTHCARE

Miscellaneous Documents - Scan on 6/9/2012 9:07 AM : CONSENT

Photo ID - Scan on 6/9/2012 9:06 AM : AZ DL

Insurance Card - Scan on 6/9/2012 9:06 AM : UNITED HEALTHCARE

**Diagnoses**

Visit Diagnosis Changes
184320 marked as Primary Diagnosis by PATTON, ANDREA (9040), Tue Sep 22, 2015 3:40 PM
Added 184320 by PATTON, ANDREA (9040), Tue Sep 22, 2015 3:40 PM
Added 257728 by PATTON, ANDREA (9040), Tue Sep 22, 2015 3:55 PM
Added 657512 by PATTON, ANDREA (9040), Tue Sep 22, 2015 3:55 PM
Added 331333 by PATTON, ANDREA (9040), Tue Sep 22, 2015 3:55 PM
Added 727666 by PATTON, ANDREA (9040), Tue Sep 22, 2015 3:55 PM

«Sequence_Number»

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7211
London, KY 40742-7211

Liberty Mutual INSURANCE

RONALD FINLEY

*4000000200216 3*

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7211
London, KY 40742-7211
Phone: (888) 440-6118
Secure Fax No.: (603) 422-0117

October 12, 2015

RONALD FINLEY

RE: DICK'S SPORTING GOODS, INC.
Short Term Disability Benefits
Claim #: 3530535

MR. FINLEY

We acknowledge receipt of your request for consideration of disability benefits.

Liberty Life Assurance Company is required to inform you of certain state mandated regulations, one of which is fraud notification.

For your protection, Arizona law requires us to provide the following statement: Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

Sincerely,

Lisa Plocharczyk
Disability Case Manager
Phone: (888) 440-6118
Secure Fax No.: (603) 422-0117

**From:** Grp Mkt Clm Ops Reporting
**Sent:** Monday, October 12, 2015 9:54 AM
**To:** 'leavesofabsence@dcsg.com'
**Subject:** Claim #: 3530535, RONALD FINLEY

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for short term disability benefits. The claim number is 3530535.

If you have further questions or if the employee has returned to work, please call Liberty Mutual Insurance at (888) 440-6118.