Erin Rose Ronstadt, SBN 028362
Clayton W. Richards, SBN 029054
OBER PEKAS RONSTADT, PLLC
3030 N. 3rd Street, Suite 1230
Phoenix AZ 85012
Phone: (602) 277-1745
Fax: (602) 761-4443
erin@oberpekas.com
clayton@oberpekas.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ronald Dewitt Finley,<br><br>Plaintiff,<br><br>v.<br><br>Dick's Sporting Goods Health and Welfare Plan, an ERISA benefit plan; Liberty Life Assurance Company of Boston, a plan fiduciary; and Dick's Sporting Goods, Inc., the plan administrator,<br><br>Defendants. | No. CV-19-1215-PHX-DWL<br><br>**STIPULATED MOTION TO EXTEND DISCOVERY BRIEFING DEADLINES** |

Plaintiff Ronald Dewitt Finley ("Plaintiff") and Defendant Liberty Life Assurance Company of Boston ("Defendant") hereby stipulate and jointly request a one-month extension of time for their respective discovery briefing deadlines. Pursuant to this Court's May 10, 2019 Case Management Order (Doc. 24), Plaintiff's deadline to submit a brief concerning his position regarding the need for and scope of discovery is currently set for June 15, 2019, and Defendant's response to Plaintiff's brief is set for June 29, 2019.

The parties request this extension, so that they may engage in – and focus their resources on – good faith settlement discussions. By exploring settlement prospects before conferring on discovery, the parties may avoid expense and potentially preserve judicial resources; settling the lawsuit would obviate the need for discovery briefing. Counsel for the

parties have settled cases together before and therefore anticipate that early settlement efforts in this case will be productive.

For these reasons, the parties respectfully request until **Monday, July 15, 2019** for Plaintiff to submit his discovery brief, and until **Monday, July 29, 2019** for Defendant to submit its response. This extension request is made in good faith and is not for the purpose of delay.

RESPECTFULLY SUBMITTED this 4th day of June, 2019.

OBER PEKAS RONSTADT

By: *s/ Erin Rose Ronstadt*
Erin Rose Ronstadt
Clayton W. Richards
*Attorneys for Plaintiff*

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: *s/ Iwana Rademaekers*
Iwana Rademaekers
*Attorney for Defendant Liberty*

## CERTIFICATE OF SERVICE

I certify that on June 4, 2019, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Iwana Rademaekers, SBN Texas 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550, Suite 550, Dallas, TX 75254
Phone:(214) 564-9542
iwana@rademaekerslaw.com
*Attorney for Defendant*

*s/ Ashley Porter*

OBER PEKAS RONSTADT
3030 North 3rd Street, Suite 1230
Phoenix, AZ 85012
(602) 277-1745