**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Ronald Dewitt Finley,

Plaintiff,

v.

Dick's Sporting Goods Health and Welfare Plan, an ERISA benefit plan; Liberty Life Assurance Company of Boston, a plan fiduciary; and Dick's Sporting Goods, Inc., the plan administrator,

Defendants.

No. CV-19-1215-PHX-DWL

**ORDER**

Upon review of the parties' Stipulated Motion to Extend Discovery Briefing Deadlines, and good cause appearing,

IT IS ORDERED granting the Stipulation. Plaintiff shall file a brief concerning his position regarding the need for and scope of discovery on or before **Monday, July 15, 2019**, and Defendant shall file its response to Plaintiff's discovery brief on or before **Monday, July 29, 2019**.