**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald D. Finley,<br><br>    Plaintiff,<br><br>v.<br><br>Dick's Sporting Goods Health and Welfare Plan, et al.,<br><br>    Defendants. | No. CV-19-01215-PHX-DWL<br><br>**ORDER** |

Pending before the Court is the parties' Stipulated Motion to Extend Discovery Briefing Deadlines (Doc. 26). The parties request this extension to engage in settlement discussions. (Doc. 26 at 1.)

The Court's Case Management Order states notes that the parties "are encouraged to discuss settlement at all times during the pendency of the litigation," but adds that "the Court will not extend the case management deadlines if and when the parties elect to pursue settlement efforts" and that "[t]he parties should plan their settlement efforts accordingly." (Doc. 24 at 5.)

Accordingly,

**IT IS ORDERED** that the parties' Stipulated Motion to Extend Discovery Briefing Deadlines (Doc. 26) is denied.

Dated this 6th day of June, 2019.

Dominic W. Lanza
United States District Judge