Erin Rose Ronstadt, SBN 028362
Clayton W. Richards, SBN 029054
OBER PEKAS RONSTADT, PLLC
3030 N. 3rd Street, Suite 1230
Phoenix AZ 85012
Phone: (602) 277-1745
Fax: (602) 761-4443
erin@oberpekas.com
clayton@oberpekas.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ronald Dewitt Finley,<br><br>Plaintiff,<br><br>v.<br><br>Dick's Sporting Goods Health and Welfare Plan, an ERISA benefit plan; Liberty Life Assurance Company of Boston, a plan fiduciary; and Dick's Sporting Goods, Inc., the plan administrator,<br><br>Defendants. | No. CV-19-1215-PHX-DWL<br><br>**NOTICE OF SETTLEMENT** |

The parties hereby give notice that they have negotiated a settlement in the above-referenced matter. Counsel for the parties are finalizing settlement and Plaintiff will file a Stipulation of Dismissal With Prejudice within 30 days.

Dated this 12th day of June, 2019.

OBER PEKAS RONSTADT

By: *s/ Erin Rose Ronstadt*
Erin Rose Ronstadt
Clayton W. Richards
*Attorneys for Plaintiff*

OBER PEKAS RONSTADT
3030 North 3rd Street, Suite 1230
Phoenix, AZ 85012
(602) 277-1745

**CERTIFICATE OF SERVICE**

I certify that on June 12, 2019, I electronically transmitted the foregoing to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Iwana Rademaekers, SBN Texas 16452560
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, TX 75254
iwana@rademaekerslaw.com
*Attorney for Defendant*

*s/ Ashley Porter*