**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Ronald D. Finley,

Plaintiff,

v.

Dick's Sporting Goods Health and Welfare Plan, et al.,

Defendants.

No. CV-19-01215-PHX-DWL

**ORDER**

The Court having received notice that this case has settled (Doc. 28),

**IT IS ORDERED** that the Clerk of Court shall, without further notice, **DISMISS** this entire case on **July 22, 2019**, with prejudice, and shall enter judgment accordingly, unless *prior thereto* a party files a request for reinstatement on the Court's trial calendar.

**IT IS FURTHER ORDERED** vacating any pending hearings and denying any pending motions as moot.

Dated this 21st day of June, 2019.

Dominic W. Lanza
United States District Judge