**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Tel: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

Attorneys for Defendant

Erin Ronstadt, SBN 028362
Clayton W. Richards, SBN 029054
**OBER PEKAS RONSTADT**
3030 N. 3rd Street, Suite 1230
Phoenix, AZ 85012
PH: (602) 277-1745
FX: (602) 761-4443
Email: erin@oberpekas.com
Email: clayton@oberpekas.com

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Finley,<br><br>Plaintiff,<br>vs.<br><br>Liberty Life Assurance Company of Boston,<br><br>Defendant. | Case No. 2:19cv01215-PHX-DWL<br><br>**STIPULATION OF DIMISSAL WITH PREJUDICE** |

Plaintiff Ronald Finley ("Plaintiff") and Defendant Liberty Life Assurance Company of Boston ("Defendant") file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 17th day of July, 2019.

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

By: /s/ Iwana Rademaekers
Iwana Rademaekers
Attorney for Defendant Liberty
Life Assurance Company of Boston

\- AND -

**OBER PEKAS RONSTADT**

By: /s/ Erin Ronstadt
Erin Ronstadt
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of July, 2019, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Erin Ronstadt, SBN 028362
Email: erin@oberpekas.com

Clayton W. Richards, SBN 029054
email: clayton@oberpekas.com

*Attorney for Plaintiff*

By: /s/Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.