**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Ronald D. Finley,

Plaintiff,

v.

Dick's Sporting Goods Health and Welfare Plan, et al.,

Defendants.

No. CV-19-01215-PHX-DWL

**ORDER**

**IT IS ORDERED** granting the Stipulation of Dismissal (Doc. 30).

**IT IS FURTHER ORDERED** that all claims in the above-captioned case are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

Dated this 18th day of July, 2019.

Dominic W. Lanza
United States District Judge